BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL-_____-In re BCBS Litigation

SCHEDULE OF ACTIONS

<u>NORTHERN DISTRICT OF ALABAMA</u>

| **Case Captions** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|
| **Plaintiffs:**<br>Fred R. Richards and Richard and Sons Construction Company, Inc.<br><br>**Defendants:**<br>Blue Cross and Blue Shield of Alabama<br>Blue Cross and Blue Shield Association | N.D. Ala. | 2:12-cv-01133-RDP | R. David Proctor |
| **Plaintiffs:**<br>One Stop Environmental, LLC. And Nicholas A. Layman<br><br>**Defendants:**<br>Blue Cross and Blue Shield of Alabama<br>Blue Cross and Blue Shield Association | N.D. Ala. | 2:12-cv-01910-RDP | R. David Proctor |
| **Plaintiffs:**<br>Chris Bajalieh and Consumer Financial Foundation of America, Inc.<br><br>**Defendants:**<br>Blue Cross and Blue Shield of Alabama<br>Blue Cross and Blue Shield Association | N.D. Ala. | 2:12-cv-02185 | R. David Proctor |

**Plaintiffs:**
American Electric Motor     N.D. Ala.     2:12-cv-02169     R. David Proctor
Services, Inc.

**Defendants:**
Blue Cross and Blue Shield of Alabama
Blue Cross and Blue Shield Association

---

**Plaintiffs:**                  N.D. Ala.     2:12-cv-02525     R. David Proctor
GC Advertising, LLC
and CB Roofing, LLC

**Defendants:**
Blue Cross and Blue Shield of Alabama
Blue Cross and Blue Shield Association

---

**Plaintiffs:**
Jerry L. Conway, D.C.         N.D. Ala.     2:12-cv-02532     R. David Proctor

**Defendants:**
Blue Cross and Blue Shield of Alabama
Blue Cross and Blue Shield Association
Anthem, Inc.
Premara Blue Cross
Of Alaska;
Arkansas Blue Cross and
Blue Shield;
Anthem Blue Cross and
Blue Shield of Connecticut;
Highmark Blue Cross and
Blue Shield of Delaware;
Blue Cross and Blue
Shield of Florida;
Blue Cross and Blue
Shield of Georgia;
Hawaii Medical
Service Assoc. d/b/a
Blue Cross and Blue
Shield of Hawaii;
Health Care Service Corp.
d/b/a Blue Cross and
Blue Shield of Illinois;
Anthem Blue Cross and
Blue Shield of Indiana;

Wellmark, Inc. d/b/a
Blue Cross and Blue
Shield of Iowa;
Blue Cross and Blue
Shield of Kansas;
Blue Cross and Blue
Shield of Louisiana;
Anthem Health Plans
Of Maine;
CareFirst Blue Cross
and Blue Shield of
Maryland;
Blue Cross and Blue
Shield of Massachusetts;
Blue Cross and Blue
Shield of Michigan;
Blue Cross and Blue
Shield of Minnesota;
Blue Cross and Blue
Shield of Mississippi;
Anthem Blue Cross
and Shield of Missouri;
Blue Cross and Blue
Shield of Kansas City;
Blue Cross and Blue
Shield of Nebraska;
Anthem Blue Cross and
Blue Shield of New Hampshire;
Horizon Blue Cross and Blue
Shield of New Jersey;
Blue Cross and Blue Shield
of New Mexico;
Excellus Blue Cross
Blue Shield of New York;
Blue Cross and Blue Shield
of North Carolina;
Blue Cross and Blue Shield
Of Oklahoma;
Blue Cross of Northeastern
Pennsylvania- Wilkes-Barre,
Highmark, Inc., Independence
Blue Cross, Triple S-Salud, Inc.;
Blue Cross and Blue Shield
of Rhode Island;
Blue Cross and Blue Shield of
South Carolina;

Wellmark of South Dakota, Inc.,
d/b/a Wellmark Blue Cross and
Blue Shield of South Dakota;
Blue Cross and Blue Shield of
Tennessee;
Blue Cross and Blue Shield of
Texas;
Blue Cross and Blue Shield of
Vermont;
Anthem Blue Cross and Blue
Shield of Virginia, Inc.;
Highmark Blue Cross,
Blue Shield of West
Virginia;

---

**Plaintiffs:**
Thomas A. Carder, Jr.      N.D. Ala.      2:12-cv-02537      R. David Proctor
and Industrial Sales and
Service, LLC

**Defendants:**
Blue Cross and Blue Shield of Alabama
Blue Cross and Blue Shield Association

---

### WESTERN DISTRICT OF NORTH CAROLINA

**Plaintiffs:**                W.D. N.C.     5:12-cv-17     Richard Voorhees
Kelli R. Cerven
Keith O. Cerven
Teresa M. Cerven
C. F. W. Vending, LLC
SHGI Corporation

**Defendants:**
Blue Cross and Blue
Shield of North Carolina

Blue Cross and Blue
Shield Association

## WESTERN DISTRICT OF TENNESSEE

**Plaintiff:**  W.D. TN   2:12-cv-02359-JTF-CGC   John T. Fowlkes
Mary Morrissey

**Defendant:**
Blue Cross and Blue
Shield of Tennessee, Inc.