BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULITIDISTRICT LITIGATION

In re BCBS            MDL-

Proof of Service

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of actions and this Certification of Service was served by First Class Mail on September 7th 2012, to the following:

Clerk United States
District Court For the Western Division
Division of North Carolina, Statesville Division
200 w. Broad St.
Statesville NC 28677

Clerk United States
District Court for the Western Division of Tennessee
167 N. Main St.
Room 242
Memphis TN 38103

Clerk United States
District Court for the Northern District of Alabama
Hugo L. Black U.S Courthouse
172 9 Fifth Avenue North
Birmingham AL 35203

Joe R. Whatley Jr.
Whatley Kallas LLC
2001 Park Place Tower Suite 1000
Birmingham AL 35203
Attorney for: Jerry C. Conway D.C
N.D Ala No. 2:12-cv-02532-RDP

John D. Saxton. P.C.
2119 Third Ave North
Birmingham AL 35203
jsaxon@saxonattorneys.com
and Industrial Sales & Services LLC
N.D. Ala. 2:12-cv-02537-RDP

Chris T. Hellums
Jonathan S. Mann
Pittman, Dutton & Hellums.P.C.
2001 Park Place North Suite 1100
Birmingham AL 35203
PDH-efiling@pittmandutton.com
Counsel for plaintiffs: One Stop Environmental LLC
And Nicholas A. Layman
N.D. Ala. No. 2:12-cv-01910-RDP

Charles M. Thompson Esq.
Charles M. Thompson P.A.
1401 Doug Baker Blvd St. E 107-135
Birmingham AL 35203
Counsel For Plantiffs: Fred R. Richards
And Richard and Sons Construction Company Inc.
N.D. Ala. No. 2:12-cv-01133-RDP

Charles M. Thompson Esq.
1401 Doug Baker Blvd St. E 107-121
Birmingham AL 35203
CMTLAW@aol.com
Counsel for plaintiff: American Electric
N.D Ala. No. 2:12-cv-02169-RDP

David J. Guin
Tammy M. Stokes
Star M. Tyner
Donaldson & Guin LLC
The Financial Center
505 20th Street North, Suite 1000
Birmingham, Alabama 35203
davidg@dglawfirm.com
Tammys@dglawfirm.com
start@dglawfirm.com
Counsel for Plaintiffs:  Chris Bajalieh
And Consumer Financial Foundation of
America, Inc;
N.D Ala. No. 2:12-cv-02185 RDP

Larry S. McDevitt
David M. Wilkerson
The Van Winkle Law Firm
11 North Market Street
Ashville NC 28801
lmcdevitt@vwlawfirm.com
dwilkerson@vwlawfirm.com
Counsel for Plaintiffs
Kelli R. Cerven, Keith O. Cerven,
Teresa M. Cerven CFW Vending LLC
And SHGI Corporation
W.D. N.C No: 5:12-cv-17

Gerald F. Easter
369 N. Main Street
Memphis TN 38103
Counsel For Plaintiffs Mary Morrissey
W.D. TN. No: 2:12-cv-02359-JTF-cgc

_____
Greg L. Davis
Attorney For G.C advertising LLC
and C.B Roofing LLC.

Greg Davis
Davis and Taliaferro LLC
7031 Halcyon Park Dr.
Montgomery AL 36117
Tel: (334) 832-9080
Fax: (334) 409-7001
gldavis@knology.net