BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULITIDISTRICT LITIGATION

In re: BCBS              MDL-

**Proof of Service**

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of actions and this Certification of Service was served by First Class Mail on September 7th 2012, to the following:

Clerk United States
District Court For the Western Division
Division of North Carolina, Statesville Division
200 w. Broad St.
Statesville NC 28677
Via United States Mail

Clerk United States
District Court for the Western Division of Tennessee
167 N. Main St.
Room 242
Memphis TN 38103
Via United States Mail

Clerk United States
District Court for the Northern District of Alabama
Hugo L. Black U.S Courthouse
172 9 Fifth Avenue North
Birmingham AL 35203
Via United States Mail

Joe R. Whatley Jr.
W. Tucker Brown
Whatley Kallas LLC
2001 Park Place Tower Suite 1000
Birmingham AL 35203
**Attorney for: Jerry C. Conway D.C**
**N.D Ala No. 2:12-cv-02532-RDP**
**Via email**

Dennis G. Pantazis
WIGGINS CHILDS QUINN & PANTAZIS
301 19th Street, North

Birmingham, AL 35203-3204
**Attorney for Jerry C. Conway**
**Via email**


E. Kirk Wood
Michael E. Gurley
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL 35238
**Attorney for Jerry L. Conway**
**Via email**

Nicholas B. Roth
EYSTER KEY TUBB ROTH
MIDDLETON & ADAMS, LLP
402 E. Moulton Street
P.O. Box 1607
Decatur, AL 35602
**Attorney for Jerry L. Conway**
**Via email**

John D. Saxton.
Adam W. Pittman
JOHN D. SAXON, P.C.
2119 Third Ave North
Birmingham AL 35203
jsaxon@saxonattorneys.com
**Thomas A. Carder, Jr. and Industrial Sales & Services LLC**
**N.D. Ala. 2:12-cv-02537-RDP**
**Via email**

Chris T. Hellums
Jonathan S. Mann
Pittman, Dutton & Hellums.P.C.
2001 Park Place North Suite 1100
Birmingham AL 35203
PDH-efiling@pittmandutton.com
Counsel for plaintiffs: One Stop Environmental LLC
**And Nicholas A. Layman**
**N.D. Ala. No. 2:12-cv-01910-RDP**
**Via email**

Arthur N. Bailey, Jr.
HAUSFIELD, LLP
44 Montgomery Street

Suite 3400
San Francisco, CA 94101
**Attorney for Nicholas Layman**
**Via email**

Chris T. Hellums
Jonathan S. Mann
Pittman, Dutton & Hellums.P.C.
2001 Park Place North Suite 1100
Birmingham AL 35203
PDH-efiling@pittmandutton.com
**Counsel for plaintiffs: Nicholas A. Layman**
**N.D. Ala. No. 2:12-cv-01910-RDP**
**Via Email**

Edgar Dean Gankendorff
Eric R. Belin
PROVOATY & GANKENDORFF, LLC
650 Poydras Street, Suite 2700
New Orleans, LA 70130
**Attorney for Nicholas A. Layman**
**Via email**

William A. Isaacson
BOIES SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, D.C. 20015
**Attorney for Nicholas A. Layman**
**Via email**

Arthur N. Bailey, Jr.
HAUSFELD, LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94101
**Attorney for One Stop Environmental**
**Via email**

Michael D. Hausfeld
HAUSFELD, LLP
1700 K. Street, N.W.
Suite 650
Washington, DC 20006
**Attorney for One Stop Environmental**
**Via email**

Edgar Dean Gankendorff
Eric R. Belin
PROVOATY & GANKENDORFF, LLC
650 Poydras Street, Suite 2700
New Orleans, LA 70130
**Attorney for One Stop Environmental, LLC**
**Via email**

William A. Isaacson
BOIES SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, D.C. 20015
**Attorney for One Stop Environmental, LLC**
**Via email**


Charles M. Thompson Esq.
CHARLES M. THOMPSON, P.C.
1401 Doug Baker Blvd St. E 107-135
Birmingham AL 35203
**Counsel For Plantiffs: Fred R. Richards**
**And Richard and Sons Construction Company Inc.**
N.D. Ala. No. 2:12-cv-01133-RDP

John D. Saxon.
Adam W. Pittman
JOHN D. SAXON, P.C.
2119 Third Ave North
Birmingham AL 35203
jsaxon@saxonattorneys.com
**Attorney for Fred R. Richards**
**Via email**

Daniel A. Small
Laura Alexander
Meghan M. Boone
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005
**Attorney for Fred R. Richards**
**Via email**

Chris T. Hellums
Pittman, Dutton & Hellums.P.C.
2001 Park Place North Suite 1100
Birmingham AL 35203
PDH-efiling@pittmandutton.com
**Attorney for Richards and Sons Construction Company, Inc.**
**Via email**

John D. Saxon.
Adam W. Pittman
JOHN D. SAXON, P.C.
2119 Third Ave North
Birmingham AL 35203
jsaxon@saxonattorneys.com
**Attorney for Richards and Sons Construction Co., LLC**
**Via email**

Daniel A. Small
Laura Alexander
Meghan M. Boone
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005
**Attorney for Richards and Sons Construction Co., LLC**
**Via email**

Charles M. Thompson Esq.
1401 Doug Baker Blvd St. E 107-121
Birmingham AL 35203
CMTLAW@aol.com
**Counsel for plaintiff: American Electric**
N.D Ala. No. 2:12-cv-02169-RDP

Daniel E. Gustafson
Daniel C. Hedlund
Ellen M. Ahrens
GUSTAFSON GLUEK, PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
eahrens@gustafsongluek.com
**Attorneys for American Electric Motor Services, Inc.**
**Via email**

Dianne M. Nast
Erin C. Burns
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
dnast@rodanast.com
eburns@rodanast.com
**Attorneys for American Electric Motor Services, Inc.**
**Via email**

David J. Guin
Tammy M. Stokes
Star M. Tyner
Donaldson & Guin LLC
The Financial Center
505 20th Street North, Suite 1000
Birmingham, Alabama 35203
davidg@dglawfirm.com
Tamnys@dglawfirm.com
start@dglawfirm.com
**Counsel for Plaintiffs: Chris Bajalieh**
**And Consumer Financial Foundation of**
**America, Inc;**
N.D Ala. No. 2:12-cv-02185 RDP
**Via email**


Larry S. McDevitt
David M. Wilkerson
The Van Winkle Law Firm
11 North Market Street
Ashville NC 28801
lmcdevitt@vwlawfirm.com
dwilkerson@vwlawfirm.com
**Counsel for Plaintiffs**
**Kelli R. Cerven, Keith O. Cerven,**
**Teresa M. Cerven CFW Vending LLC**
**And SHGI Corporation**
W.D. N.C No: 5:12-cv-17

Arthur Nash Bailey, Jr.
HAUSFELD, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
abailey@hausfeldllp.com

**Attorney for Plaintiffs Kelli R. Cerven,
Keith O. Cerven, Teresa M. Cerven,
CFW Vending, LLC, SHGI Corporation
Via email**

Carl S. Kravitz
Cyril Vincent Smith, III
ZUCKERMAN SPAEDER, LLP
1800 M. Street, NW
Suite 1000
Washington, DC 20036
ckravitz@zuckerman.com
csmith@zuckerman.com
**Attorney for Plaintiffs Kelli R. Cerven,
Keith O. Cerven, Teresa M. Cerven,
CFW Vending, LLC, SHGI Corporation
Via email**

Daniel Patrick Moylan
ZUCKERMAN SPAEDER, LLP
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
dmoylan@zuckerman.com
**Attorney for Plaintiffs Kelli R. Cerven,
Keith O. Cerven, Teresa M. Cerven,
CFW Vending, LLC, SHGI Corporation
Via email**

J. Michael Malone
Hendren & Malone, PLLC
4600 Marriott Drive
Suite 150
Raleigh, NC 27612
mmalonelaw@aol.com
**Attorney for Plaintiffs Kelli R. Cerven,
Keith O. Cerven, Teresa M. Cerven,
CFW Vending, LLC, SHGI Corporation
Via email**

Kathleen Simpson Kiernan
William A. Isaacson
BOIES, SCHILLER & FLEXNER, LLP
5301 Wisconsin Avenue
Suite 800
Washington, DC

kkiernan@bsfllp.com
wisaacson@bsfllp.com
**Attorney for Plaintiffs Kelli R. Cerven,
Keith O. Cerven, Teresa M. Cerven,
CFW Vending, LLC, SHGI Corporation
Via email**

Gerald F. Easter
GERALD F. EASTER, ATTORNEY AT LAW
369 N. Main Street
Memphis TN 38103
jerryeaster1@gmail.com
**Counsel For Plaintiffs Mary Morrissey
W.D. TN. No: 2:12-cv-02359-JTF-cgc
Via email**


William Gordon Ball
BALL & SCOTT
550 West Main Street
Suite 601
Knoxville, TN 37902
gball@ballandscott.com
**Attorney for Mary Morrissey
Via email**

**DEFENDANTS:**

**GC Advertising, LLC, et al v. Blue Cross and Blue Shield of Aalbama, et al
2:12-cv-02525-RDP**

Blue Cross and Blue Shield of Alabama
c/o Carl S. Burkhalter
MAYNARD COOPPER & GALE, P.C.
AmSouth Harbert Plaza, Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618
Via email

Blue Cross and Blue Shield Association
1310 G. Street, N.W.
Washington, DC 20005
Via United States Mail

**Conway v. Blue Cross and Blue Shield of Alabama, et al**
**2:12-cv-01133-RDP**
Blue Cross and Blue Shield of Alabama
c/o Carl S. Burkhalter
MAYNARD COOPPER & GALE, P.C.
AmSouth Harbert Plaza, Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618
Via email

Anthem, Inc.
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Premera Blue Cross of Alaska
c/o J. Bentley Owens, III
STARNES DAVIS FLORIE, LLP
P.O. Box 598512
Birmingham, AL 35259-8512
Via email

Arkansas Blue Cross and Blue Shield
P.O. Box 2181
Little Rock, AR 72203-2181
Via United States Mail

Anthem Blue Cross and Blue Shield
Of Connecticut
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Highmark Blue Cross and Blue Shield
Of Delaware
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Blue Cross and Blue Shield of
Florida
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Blue Cross and Blue Shield of
Georgia
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Hawaii Medical Service Assoc.
d/b/a Blue Cross and Blue Shield of
Hawaii
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Health Care Service Corp.
d/b/a Blue Cross and Blue Shield of
Illinois
300 E. Randolph Street
Chicago, IL 60601
Via United States Mail

Anthem Blue Cross and Blue
Shield of Indiana
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Wellmark, Inc.
d/b/a Blue Cross and Blue Shield
of Iowa
100 Pearl Street, 14th Floor
Hartford, CT 06103

Via United States Mail

Blue Cross and Blue Shield of
Kansas
c/o Brian P. Kappel
LIGHTFOOT FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
Via email

Blue Cross and Blue Shield of Louisiana
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Anthem Health Plans of Maine
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

CareFirst Blue Cross and Blue
Shield of Maryland
10455 and 10453 Mill Run Circle
Owings, MD 21117
Via United States Mail

Blue Cross and Blue Shield of
Massachusetts
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Blue Cross and Blue Shield of
Michigan
The Commons
20500 Civic Center Drive
Southfield, MI 48076
Via United States Mail

Blue Cross and Blue Shield of
Minnesota
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Blue Cross and Blue Shield of
Mississippi
3545 Lakeland Drive
Flowood, MS 39232
Via United States Mail

Anthem Blue Cross and Blue
Shield of Missouri
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Blue Cross and Blue Shield of
Kansas City
c/o Brian P. Kappel
LIGHTFOOT FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
Via email

Blue Cross and Blue Shield of
Nebraska
c/o Brian P. Kappel
LIGHTFOOT FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
Via email

Anthem Blue Cross and Blue Shield
of New Hampshire
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Horizon Blue Cross and Blue Shield
of New Jersey
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Blue Cross and Blue Shield of
New Mexico
P.O. Box 27630
Albuquerque, NM 87125-7630
Via United States Mail

Excellus BlueCross BlueShield
of New York
333 Butternut Drive
Syracuse, NY 13214-1803
Via United States Mail

Blue Cross and Blue Shield
of North Carolina
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Blue Cross and Blue Shield
of Oklahoma
P.O. Box 3283
Tulsa, OK 74102-3283
Via United States Mail

Blue Cross of Northeastern
Pennsylvania, Wilkes-Barre
70 North Main Street
Wilkes-Barre, PA 18711
Via United States Mail

Independence Blue Cross
1901 Market Street
Philadelphia, PA 19103-1480
Via United States Mail

Triple S- Salud, Inc.
1441 Roosevelt Avenue
San Juan, Puerto Rico 00920
Via United States Mail

Blue Cross and Blue Shield of
Rhode Island
500 Exchange Street
Providence, RI 02903
Blue Cross and Blue Shield of
South Carolina
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Wellmark of South Dakota, Inc.
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Blue Cross and Blue Shield of
Tennessee
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Blue Cross and Blue Shield of
Texas
1001 E. Lookout Drive
Richardson, TX 75082
Via United States Mail

Blue Cross and Blue Shield of
Vermont
P.O. Box 186
Montpelier, VT 05601
Via United States Mail

Anthem Blue Cross and Blue
Shield of Virginia, Inc.
c/o Craig A. Hoover
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Via email

Highmark Blue Cross, Blue Shield
of West Virginia
P.O. Box 7026
Wheeling, WV 26003
Via United States Mail

Blue Cross and Blue Shield
Association
1310 G. Street, N.W.
Washington, DC 20005
Via United States Mail

Highmark, Inc.
Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222-3099
Via United States Mail

**Carder, et al v. Blue Cross and Blue Shield of Alabama, et al
2:12-cv-01133-RDP**

Blue Cross and Blue Shield of Alabama
c/o Carl S. Burkhalter
MAYNARD COOPER & GALE, P.C.
AmSouth Harbert Plaza, Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618
Via email

Blue Cross and Blue Shield Association
1310 G. Street, N.W.
Washington, DC 20005
Via United States Mail

**One Stop Environmental, LLC, et al v. Blue Cross and Blue
Shield of Alabama, et al
2:12-cv-01133-RDP**

Blue Cross and Blue Shield of Alabama
c/o Carl S. Burkhalter
MAYNARD COOPER & GALE, P.C.
AmSouth Harbert Plaza, Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618
Via email

Blue Cross and Blue Shield Association
c/o Kimberly R. West
WALLACE JORDAN RATLIFF & BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
P.O. Box 530910
Birmingham, AL 35253
Via email

**Richards, et al v. Blue Cross and Blue Shield of Alabama, et al**
**2:12-cv-01133-RDP**
Blue Cross and Blue Shield of Alabama
c/o Carl S. Burkhalter
MAYNARD COOPER & GALE, P.C.
AmSouth Harbert Plaza, Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618
Via email

Blue Cross and Blue Shield Association
c/o Daniel E. Laytin
KIRKLAND & ELLIS, LLP
300 North LaSalle
Chicago, IL 60654
Via email

**American Electric Motor Services, Inc. v. Blue Cross and Blue Shield of Alabama, et al**
**2:12-cv-02169-RDP**

Blue Cross and Blue Shield of Alabama
c/o Carl S. Burkhalter
MAYNARD COOPER & GALE, P.C.
AmSouth Harbert Plaza, Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618
Via email

Blue Cross and Blue Shield Association
c/o Kimberly R. West
WALLACE JORDAN RATLIFF & BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
P.O. Box 530910
Birmingham, AL 35253
Via email

**Bajalieh et al v. Blue Cross and Blue Shield of Alabama, et al**
**2:12-cv-02185-RDP**

Blue Cross and Blue Shield of Alabama
c/o Carl S. Burkhalter
MAYNARD COOPER & GALE, P.C.
AmSouth Harbert Plaza, Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618
Via email

Blue Cross and Blue Shield Association
c/o Kimberly R. West
WALLACE JORDAN RATLIFF & BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
P.O. Box 530910
Birmingham, AL 35253
Via email

**Cerven et al v. Blue Cross and Blue Shield of North Carolina, et al**
**5:12-cv-00017-RLV-DCK**

Blue Cross and Blue Shield of North Carolina
c/o Adam H. Charnes
KILPATRICK TOWNSEND & STOCKTON, LLP
1001 W. Fourth Street
Winston-Salem, NC 27101
Via email

Blue Cross and Blue Shield Association
c/o Daniel W. Laytin
KIRKLAND & ELLIS, LLP
300 North La Salle
Chicago, IL 60654

Via email

**Morrissey v. Blue Cross Blue Shield of Tennessee, Inc., et al**
**2:12-cv-02359-JTF-cgc**

Blue Cross Blue Shield of Tennessee, Inc.
c/o Justin Wade Bernick
HOGAN LOVELLS
555 Thirteenth Street, NW
Washington, DC 20004
Via email

Blue Cross and Blue Shield Association
c/o Daniel W. Laytin
KIRKLAND & ELLIS, LLP
300 North La Salle
Chicago, IL 60654
Via email

Greg L. Davis
Attorney For G.C advertising LLC
and C.B Roofing LLC.

Greg Davis
Davis and Taliaferro LLC
7031 Halcyon Park Dr.
Montgomery AL 36117
Tel: (334) 832-9080
Fax: (334) 409-7001
gldavis@knology.net