LEAD

# U.S. District Court
## Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:12-cv-01133-RDP

Richards et al v. Blue Cross and Blue Shield of Alabama et al | Date Filed: 04/17/2012
--- | ---
Assigned to: Judge R David Proctor | Jury Demand: Plaintiff
Member case: (View Member Case) | Nature of Suit: 410 Anti-Trust
Cause: 15:1 Antitrust Litigation | Jurisdiction: Federal Question

**Plaintiff**

**Fred R Richards**                          represented by   **Adam W Pittman**
JOHN D SAXON PC
2119 Third Avenue North
Birmingham, AL 35203
205-324-0223
Fax: 205-323-1583
Email: apittman@saxonattorneys.com
*ATTORNEY TO BE NOTICED*

**Charles M Thompson**
CHARLES M THOMPSON PC
1401 Doug Baker Blvd.
Suite 107-121
Birmingham, AL 35242
205-995-0068
Fax: 205-995-0078
Email: CMTLAW@aol.com
*ATTORNEY TO BE NOTICED*

**Daniel A Small**
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005
202-408-4600
Fax: 202-408-4699
Email: dsmall@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**John D Saxon**

JOHN D SAXON PC
2119 3rd Avenue North, Suite 100
Birmingham, AL 35203
205-324-0223
Fax: 205-323-1583
Email: jsaxon@saxonattorneys.com
*ATTORNEY TO BE NOTICED*

**Laura Alexander**
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Avenue NW
Suite 500 West
Washington, DC 20005
202-408-4600
Fax: 202-408-4699
Email: lalexander@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Meghan M Boone**
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005
202-408-4600
Fax: 202-408-4699
Email: mboone@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richards and Sons Construction Company Inc**
*on behalf of themselves and all others similarly situated*

represented by **Adam W Pittman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles M Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher T Hellums**
PITTMAN DUTTON & HELLUMS
PC
1100 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

205-322-8880
Fax: 205-278-2711
Email:
PDH-efiling@pittmandutton.com
*ATTORNEY TO BE NOTICED*

**Daniel A Small**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John D Saxon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meghan M Boone**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Blue Cross and Blue Shield of Alabama**                represented by **Carl S Burkhalter**
MAYNARD COOPER & GALE PC
AmSouth Harbert Plaza, Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618
254-1000
Email:
cburkhalter@maynardcooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James L Priester**
MAYNARD COOPER & GALE PC
2400 Regions/Harbert Plaza
1901 Sixth Avenue N
Birmingham, AL 35203
205-254-1000
Fax: 205-254-1999
Email: jpriester@maynardcooper.com

*ATTORNEY TO BE NOTICED*

**Pamela B Slate**
HILL HILL CARTER FRANCO COLE
& BLACK PC
425 S Perry Street
Montgomery, AL 36104
334-834-7600
Fax: 334-386-4381
Email: pslate@hillhillcarter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Cross and Blue Shield**                    represented by **Daniel E Laytin**
**Association**                                                    KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
312-862-2000
Fax: 312-862-2200
Email: daniel.laytin@kirkland.com
*ATTORNEY TO BE NOTICED*

**Ian R Conner**
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
202-879-5000
Fax: 202-879-5200
Email: ian.conner@kirkland.com
*ATTORNEY TO BE NOTICED*

**Kimberly R West**
WALLACE JORDAN RATLIFF &
BRANDT LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
PO Box 530910
Birmingham, AL 35253
205-870-0555
Fax: 205-871-7534
Email: kwest@wallacejordan.com
*ATTORNEY TO BE NOTICED*

**Mark M Hogewood**
WALLACE JORDAN RATLIFF &

BRANDT, LLC
P O Box 530910
Birmingham, AL 35253
205-870-0555
Fax: 205-874-3245
Email:
mhogewood@wallacejordan.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2012 | 1 | CLASS ACTION COMPLAINT against Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Alabama (Filing fee $350 Receipt# B4601032815), filed by Fred R Richards, Richards and Sons Construction Company Inc.(AVC) (Entered: 04/17/2012) |
| 04/17/2012 | 2 | DISCLOSURE Statement Pursuant to Local Rule 3.4 by Fred R Richards, Richards and Sons Construction Company Inc. (AVC) (Entered: 04/17/2012) |
| 04/17/2012 | 3 | AMENDED CLASS ACTION COMPLAINT against All Defendants, filed by Fred R Richards, Richards and Sons Construction Company Inc.(Thompson, Charles) Modified on 4/18/2012 (AVC). (Entered: 04/17/2012) |
| 04/18/2012 | 4 | Request for service by certified mail filed by Fred R Richards, Richards and Sons Construction Company Inc. (Thompson, Charles) (Entered: 04/18/2012) |
| 04/18/2012 | 5 | Summons Issued as to Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Alabama; mailed certified mail. (AVC) (Entered: 04/18/2012) |
| 04/20/2012 | 6 | SUMMONS Returned Executed Blue Cross and Blue Shield of Alabama served on 4/19/2012, answer due 5/10/2012. (AVC) (Entered: 04/20/2012) |
| 04/27/2012 | 7 | SUMMONS Returned Executed Blue Cross and Blue Shield Association served on 4/24/2012, answer due 5/15/2012. (AVC) (Entered: 04/27/2012) |
| 05/08/2012 | 8 | NOTICE of Appearance by Carl S Burkhalter on behalf of Blue Cross and Blue Shield of Alabama (Burkhalter, Carl) Modified on 5/9/2012 (AVC). (Entered: 05/08/2012) |
| 05/08/2012 | 9 | Consent MOTION to Extend Time to File Responsive Pleading to Plaintiffs' Complaint by Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Alabama. (Burkhalter, Carl) Modified on 5/8/2012 (AVC). (Entered: 05/08/2012) |
| 05/09/2012 | 10 | TEXT ORDER- The court has before it Defendants' Consent Motion to Extend Time to File Responsive Pleading to Plaintiffs' Complaint (Doc. # 9), filed May 8, 2012. Defendants request until July 2, 2012 to submit a response to Plaintiffs' Complaint. For good cause shown, the Motion (Doc. # 9) is GRANTED. |

|  |  | Defendants SHALL file a response to Plaintiff's Complaint on or before July 2, 2012. Signed by Judge R David Proctor on 5/9/2012. (AVC) (Entered: 05/09/2012) |
|---|---|---|
| 05/09/2012 | 11 | NOTICE of Appearance by Kimberly R West on behalf of Blue Cross and Blue Shield Association (West, Kimberly) (Entered: 05/09/2012) |
| 05/10/2012 | 12 | INITIAL ORDER GOVERNING ALL FURTHER PROCEEDINGS- reminding parties of their obligations under FRCP 26(f) and Local Rule LR26.1(d)- with appendices attached. Signed by Judge R David Proctor on 5/10/2012. (AVC) (Entered: 05/10/2012) |
| 05/15/2012 | 13 | MOTION for Leave to Appear Pro Hac Vice by Fred R Richards, Richards and Sons Construction Company Inc. (Attachments: # 1 Exhibit A)(Small, Daniel) (Entered: 05/15/2012) |
| 05/15/2012 | 14 | MOTION for Leave to Appear Pro Hac Vice by Fred R Richards, Richards and Sons Construction Company Inc. (Attachments: # 1 Exhibit A)(Alexander, Laura) (Entered: 05/15/2012) |
| 05/15/2012 | 15 | MOTION for Leave to Appear Pro Hac Vice by Fred R Richards, Richards and Sons Construction Company Inc. (Attachments: # 1 Exhibit A)(Boone, Meghan) (Entered: 05/15/2012) |
| 05/16/2012 | 16 | TEXT ORDER - The court has before it three Motions for Admission of Counsel Pro Hac Vice (Docs. # 13-15), filed by Attorneys Daniel A. Small, Laura Alexander, and Meghan M. Boone on behalf of Plaintiffs. The Motions (Docs. # 13-15) are CONDITIONALLY GRANTED. On or before May 23, 2012, each Attorney SHALL certify to the court that he or she has read and understands: (1) any local rules applicable in this District; (b) the Alabama State Bar Pledge of Professionalism which can be accessed at http://www.alabar.org/service/Pledge.cfm; and (c) this court's CM/ECF requirements. Failure to submit the above item will result in vacatur of the conditional grant of the attorney's motion. Signed by Judge R David Proctor on 05/16/12. (SFR, ) (Entered: 05/16/2012) |
| 05/17/2012 |  | PHV Fee paid: $50, Receipt# 1126-1664701 (ALND# B4601033702). (Small, Daniel) Modified on 5/17/2012 (AVC). (Entered: 05/17/2012) |
| 05/17/2012 |  | PHV Fee paid: $50, Receipt# 1126-1664712 (ALND# B4601033703). (Alexander, Laura) Modified on 5/17/2012 (AVC). (Entered: 05/17/2012) |
| 05/17/2012 |  | PHV Fee paid: $50, Receipt# 1126-1664716 (ALND# B4601033705). (Boone, Meghan) Modified on 5/17/2012 (AVC). (Entered: 05/17/2012) |
| 05/18/2012 | 17 | CERTIFICATE of Counsel re 16 Order on Motion for Leave to Appear,,,,,,,, by Daniel A Small on behalf of Fred R Richards, Richards and Sons Construction Company Inc (Small, Daniel) (Entered: 05/18/2012) |

| 05/18/2012 | 18 | CERTIFICATE of Counsel re 16 Order on Motion for Leave to Appear,,,,,,,, by Laura Alexander on behalf of Fred R Richards, Richards and Sons Construction Company Inc (Alexander, Laura) (Entered: 05/18/2012) |
| --- | --- | --- |
| 05/18/2012 | 19 | CERTIFICATE of Counsel re 16 Order on Motion for Leave to Appear,,,,,,,, by Meghan M Boone on behalf of Fred R Richards, Richards and Sons Construction Company Inc (Boone, Meghan) (Entered: 05/18/2012) |
| 05/23/2012 | 20 | MOTION for Leave to Appear Pro Hac Vice by Blue Cross and Blue Shield Association. (Attachments: # 1 Exhibit Application and Declaration of Daniel E. Laytin in Support of Pro Hac Motion)(West, Kimberly) (Entered: 05/23/2012) |
| 05/23/2012 | 21 | MOTION for Leave to Appear Pro Hac Vice by Blue Cross and Blue Shield Association. (Attachments: # 1 Exhibit Application and Declaration of Ian R. Conner in Support of Pro Hac Motion)(West, Kimberly) (Entered: 05/23/2012) |
| 05/24/2012 | | PHV Fee paid: $50, Receipt # 1126-1669898 (ALND# B4601033857). (West, Kimberly) Modified on 5/24/2012 (AVC). (Entered: 05/24/2012) |
| 05/24/2012 | 22 | TEXT ORDER -The court has before it Motions for Admission Pro Hac Vice (Docs. # 20, 21) filed by Defendant Blue Cross and Blue Shield Association on behalf of Attorneys Daniel E. Laytin and Ian R. Conner. The Attorneys have completed the requirements to appear pro hac vice in this court. Accordingly, the Motions (Docs. # 20, 21) are GRANTED. Signed by Judge R David Proctor on 5/24/2012. (AVC) (Entered: 05/24/2012) |
| 05/24/2012 | | PHV Fee paid: $50, Receipt# 1126-1670036 (ALND# B4601033858). (West, Kimberly) Modified on 5/24/2012 (AVC). (Entered: 05/24/2012) |
| 06/08/2012 | 23 | MOTION to Consolidate Cases *Unopposed CV-12-1133 and CV-12-1910* by Blue Cross and Blue Shield of Alabama. (Burkhalter, Carl) (Entered: 06/08/2012) |
| 06/08/2012 | 24 | ORDER- This case is before the court on Dft Blue Cross and Blue Shield of Alabama's Unopposed Motion to Consolidate (23 in 2:12-cv-01133-RDP; 5 in 2:12-cv-01910-RDP). The motion is GRANTED. In the future, all other documents should be electronically filed only in the lead case 2:12-CV-01133-RDP, but should bear the style used on this order. Signed by Judge R David Proctor on 6/8/2012. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP(AVC) (Entered: 06/08/2012) |
| 06/08/2012 | 25 | NOTICE of Appearance by John D Saxon on behalf of Fred R Richards, Richards and Sons Construction Company Inc Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP(Saxon, John) (Entered: 06/08/2012) |
| 06/08/2012 | 26 | NOTICE of Appearance by Adam W Pittman on behalf of Fred R Richards, Richards and Sons Construction Company Inc Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP(Pittman, Adam) (Entered: 06/08/2012) |

| 06/13/2012 | 27 | NOTICE of Appearance by James L Priester on behalf of Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Alabama Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP(Priester, James) (Entered: 06/13/2012) |
|---|---|---|
| 06/20/2012 | 28 | MOTION for Leave to Appear Pro Hac Vice by Nicholas A Layman, One Stop Environmental, LLC. (Attachments: # 1 Exhibit)Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP(Hellums, Christopher) (Entered: 06/20/2012) |
| 06/20/2012 | | PHV Fee paid: $50, Receipt# 1126-1689820 (ALND# B4601034577). Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP(Hellums, Christopher) Modified on 6/20/2012 (AVC). (Entered: 06/20/2012) |
| 06/20/2012 | 29 | MOTION for Leave to Appear Pro Hac Vice by Nicholas A Layman, One Stop Environmental, LLC. (Attachments: # 1 Exhibit)Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP(Hellums, Christopher) (Entered: 06/20/2012) |
| 06/20/2012 | | PHV Fee paid: $ 50, Receipt# 1126-1689828 (ALND# B4601034578). Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP(Hellums, Christopher) Modified on 6/20/2012 (AVC). (Entered: 06/20/2012) |
| 06/20/2012 | 30 | MOTION for Leave to Appear Pro Hac Vice by Nicholas A Layman, One Stop Environmental, LLC. (Attachments: # 1 Exhibit)Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP(Hellums, Christopher) (Entered: 06/20/2012) |
| 06/20/2012 | | PHV Fee paid: $50, Receipt# 1126-1689837 (ALND# B4601024579). Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP(Hellums, Christopher) Modified on 6/20/2012 (AVC). (Entered: 06/20/2012) |
| 06/20/2012 | 31 | MOTION for Leave to Appear Pro Hac Vice by Nicholas A Layman, One Stop Environmental, LLC. (Attachments: # 1 Exhibit)Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP(Hellums, Christopher) (Entered: 06/20/2012) |
| 06/20/2012 | | PHV Fee paid: $ 50, Receipt# 1126-1689840 (ALND# B4601024580). Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP(Hellums, Christopher) Modified on 6/20/2012 (AVC). (Entered: 06/20/2012) |
| 06/21/2012 | 32 | TEXT ORDER - The court has before it motions to appear pro hac vice in this case filed on behalf of Attorneys William A. Isaacson, Michael D. Hausfeld, Edgar D. Gankendorff, and Eric R.G. Belin (Docs. # 28-31). Each attorney has satisfied the requirements for appearing pro hac vice in this action. Accordingly, the motions (Docs. # 28-31) are GRANTED and the attorneys are ADMITTED to appear in this case pro hac vice. Signed by Judge R David Proctor on 06/21/12. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP(SFR, ) (Entered: 06/21/2012) |
| 06/21/2012 | 33 | Consent MOTION Coordinate Pleading Deadline and Briefing Schedule by Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Alabama. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910- |

|  |  | RDP(Burkhalter, Carl) (Entered: 06/21/2012) |
|---|---|---|
| 06/21/2012 | 34 | TEXT ORDER -This case is before the court on the parties' Consent Motion to Coordinate Pleading Deadline and Briefing Schedule (Doc. # 33), filed June 21, 2012. For good cause shown, the Motion (Doc. # 33) is GRANTED. Accordingly, the following deadlines are in place: (1) any motions filed by Defendants responding to the Complaints, as well as supporting briefs, are due by July 16, 2012; (2) any responsive briefs filed by Plaintiffs are due by August 13, 2012; and any replies filed by Defendants are due by August 27, 2012. Signed by Judge R David Proctor on 6/21/2012. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP(AVC) (Entered: 06/21/2012) |
| 06/25/2012 | 35 | ORDER-This case is before the court on pltf's Chris Bajalieh and Consumer Foundation Education of America, Inc.'s Unopposed Motion to Consolidate (6 in 2:12-cv-02185-RDP). The motion is GRANTED. The Clerk is hereby DIRECTED to CONSOLIDATE case 2:12-cv-2185-RDP with case 2:12-cv-1133. In the future, all other documents should be electronically filed only in the lead case, but should bear the style used in this order. Signed by Judge R David Proctor on 6/25/2012. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02185-RDP(AVC) (Entered: 06/25/2012) |
| 06/26/2012 | 36 | MOTION to Consolidate Cases (Unopposed) by Blue Cross and Blue Shield Association. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02185-RDP(West, Kimberly) (Entered: 06/26/2012) |
| 06/26/2012 | 37 | MOTION for Status Conference by Nicholas A Layman, One Stop Environmental, LLC. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02185-RDP(Hellums, Christopher) Modified on 6/26/2012 (AVC). (Entered: 06/26/2012) |
| 06/27/2012 | 38 | ORDER-This case is before the court on Dft Blue Cross and Blue Shield Association's (BCBSA) Unopposed Motion to Consolidate (8 in 2:12-cv-02185-RDP, 36 in 2:12-cv-01133-RDP, 20 in 2:12-cv-01910-RDP). The motion is GRANTED. The Clerk is DIRECTED to CONSOLIDATE American Electric Motor Services, Inc. v BCBSA, et al with Richards et al v. BCBSA. Signed by Judge R David Proctor on 6/26/2012. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP(AVC) (Entered: 06/27/2012) |
| 06/27/2012 | 39 | NOTICE of Appearance by Kimberly R West on behalf of Blue Cross and Blue Shield Association Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP(West, Kimberly) (Entered: 06/27/2012) |
| 06/27/2012 | 40 | NOTICE of Appearance by Mark M Hogewood on behalf of Blue Cross and Blue Shield Association Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP(Hogewood, Mark) (Entered: 06/27/2012) |

| 06/28/2012 | 41 | ORDER-This matter is before the court on Pltfs' Motion for Status Conference, (37 in 2:12-cv-01133-RDP, 21 in 2:12-cv-01910-RDP, 9 in 2:12-cv-02185-RDP). The motion is GRANTED. This case is SET for a status conference at 11am on 7/25/2012, in Courtroom 7A of the Hugo L. Black US Courthouse. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP(AVC) (Entered: 06/28/2012) |
|---|---|---|
| 07/10/2012 | 42 | ALL PARTIES' Proposed Agenda for July 25,2012 Status Conference by Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Alabama, Nicholas A Layman, One Stop Environmental, LLC, Chris Bajalieh, Consumer Financial Education Foundation of America Inc, American Electric Motor Services Inc, Fred R Richards, Richards and Sons Construction Company Inc. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP(Small, Daniel) Modified on 7/11/2012 (AVC). (Entered: 07/10/2012) |
| 07/10/2012 | 43 | Consent MOTION to Vacate (34 in 2:12-cv-01133-RDP, 34 in 2:12-cv-01133-RDP) Order,,, Terminate Motions,, by Blue Cross and Blue Shield Association. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP(West, Kimberly) (Entered: 07/10/2012) |
| 07/11/2012 | 44 | TEXT ORDER - The court has before it Defendants' Agreed Motion to Vacate (Doc. # 43), filed July 10, 2012. The parties request that the court vacate the June 21, 2012 scheduling order. The Motion (Doc. # 43) is GRANTED. The court will set a briefing schedule at the July 25, 2012 conference. Signed by Judge R David Proctor on 07/11/12. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP(SFR, ) (Entered: 07/11/2012) |
| 07/24/2012 | 45 | MOTION for Admission Pro Hac Vice of Arthur N. Bailey, Jr. by Richards and Sons Construction Company Inc. (Attachments: # 1 Exhibit)Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP(Hellums, Christopher) Modified on 7/24/2012 (AVC). (Entered: 07/24/2012) |
| 07/24/2012 | 46 | TEXT ORDER -This matter is before the court on the Motion for Admission Pro Hac Vice of Arthur N. Bailey, Jr. (Doc. # 45). The Motion (Doc. # 45) is GRANTED. Signed by Judge R David Proctor on 7/24/2012. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP(AVC) (Entered: 07/24/2012) |
| 07/24/2012 | | PHV Fee paid: $50, Receipt# 1126-1716393 (ALND# B4601035590). Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP(Hellums, Christopher) Modified on 7/24/2012 (AVC). (Entered: 07/24/2012) |

| | | |
|---|---|---|
| 07/25/2012 | | Minute Entry for proceedings held before Judge R David Proctor: Status Conference held on 7/25/2012. The court will enter a separate order outlining the deadlines as indicated on the record. (Court Reporter Anita McCorvey.) Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP(KLL) (Entered: 07/27/2012) |
| 07/26/2012 | 47 | TEXT ORDER -On July 25, 2012, the court conducted a status conference in these consolidated cases. At the status conference, the court was informed that an additional case, Case No. 2:12-cv-02532-LSC, Conway v. Blue Cross and Blue Shield of Alabama, et al, had been filed and may be appropriate for consolidation with this case, despite the fact that additional defendants are named in that case. At the status conference, counsel for Blue Cross and Blue Shield Association agreed to undertake to notify the defendants in that case that, if they intend to oppose consolidation of that case with these cases, they should file a notice with the court on or before August 3, 2012. Counsel for Blue Cross and Blue Shield Association is DIRECTED to make those other Blue Cross and Blue Shield entities who are named in that case and with whom the have contact aware of this Order. Signed by Judge R David Proctor on 7/26/2012. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP(AVC) (Entered: 07/26/2012) |
| 07/27/2012 | 48 | ORDER-By agreement of the parties, it is ORDERED that case 2:12-cv-2525-KOB, be consolidated with case 2:12-cv-1133-RDP. In the future, all other documents should be electronically filed only in the lead case 2:12-CV-1133-RDP. Signed by Judge R David Proctor on 7/27/2012. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP(AVC) (Entered: 07/27/2012) |
| 07/27/2012 | 49 | ORDER-By agreement of the parties, it is ORDERED that case 2:12-cv-2537-TMP will be consolidated with 2:12-cv-1133-RDP. In the future, all other documents should be electronically filed only in the lead case 2:12-CV-01133-RDP. Signed by Judge R David Proctor on 7/27/2012. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02537-RDP(AVC) (Entered: 07/27/2012) |
| 07/27/2012 | 50 | ORDER -It is the courts intent to appoint Interim Lead Class Counsel pursuant to Federal Rule of Civil Procedure 23(g)(3) in these consolidated cases. Applications and/or nominations for the Interim Lead Class Counsel position must be filed with the Clerks Office electronically on or before Tuesday, September 4, 2012. Signed by Judge R David Proctor on 7/27/2012. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02537-RDP(AVC) (Entered: 07/27/2012) |

| | | |
|---|---|---|
| 07/31/2012 | 51 | Transcript of Proceedings held on 7/25/2012, before Judge R. David Proctor. Court Reporter/Transcriber Anita McCorvey, Telephone number 205-278-2063. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local /court forms/transcripts/Transcript Redaction Policy.pdf) See Transcript Redaction Policy Redaction Request due 8/21/2012. Redacted Transcript Deadline set for 8/31/2012. Release of Transcript Restriction set for 10/29/2012. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02537-RDP(AVC) (AVC, ). (Entered: 07/31/2012) |
| 08/02/2012 | 52 | Amended Transcript of Proceedings held on 7/25/2012, before Judge R. David Proctor. Court Reporter/Transcriber Anita McCorvey, Telephone number 205-278-2063. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court forms/transcripts/Transcript Redaction Policy.pdf) See Transcript Redaction Policy Redaction Request due 8/23/2012. Redacted Transcript Deadline set for 9/4/2012. Release of Transcript Restriction set for 10/31/2012. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02537-RDP(AVC) (Entered: 08/02/2012) |
| 08/07/2012 | 53 | ORDER-This matter is before the court on the Provider Pltfs' Motion to Consolidate and Establish Seperate Track (#2 in 2:12-cv-02532-LSC). By agreement of the parties and over no objection from others, it is ORDERED that the motion is GRANTED, and that case 2:12-cv-2532-LSC, be consolidated with case 2:12-cv-1133-RDP. In the future, all other documents should be electronically filed only in the lead case, Richards, et al. v. Blue Cross and Blue Shield of Alabama, et al., 2:12-CV-01133-RDP. Signed by Judge R David Proctor on 8/6/2012. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(AVC) (Entered: 08/07/2012) |
| 08/10/2012 | 54 | NOTICE of Appearance by James L Priester on behalf of Blue Cross and Blue Shield of Alabama. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv- |

| | | |
|---|---|---|
| | | 02532-RDP, 2:12-cv-02537-RDP(Priester, James) Modified on 8/10/2012 (AVC). (Entered: 08/10/2012) |
| 08/16/2012 | 55 | NOTICE of Appearance by Carl S Burkhalter on behalf of Blue Cross and Blue Shield of Alabama. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Burkhalter, Carl) Modified on 8/16/2012 (AVC). (Entered: 08/16/2012) |
| 08/17/2012 | 56 | STIPULATION *(Agreed) of the Conway Parties* by Blue Cross and Blue Shield Association. filed by Blue Cross and Blue Shield Association Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(West, Kimberly) (Entered: 08/17/2012) |
| 08/17/2012 | 57 | TEXT ORDER - This matter is before the court on the Agreed Stipulation of the Conway Parties (Doc. # 56), filed August 17, 2012. Although the court approves of the parties' agreement regarding the timing of responsive pleadings, counsel for Defendants who have not yet appeared are DIRECTED to file notices of appearance at their earliest convenience in order to receive notices via the court's CM/ECF system. Signed by Judge R David Proctor on 08/17/12. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-02532-RDP(SFR, ) (Entered: 08/17/2012) |
| 08/17/2012 | 58 | NOTICE of Appearance by Pamela B Slate on behalf of Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Alabama Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Slate, Pamela) (Entered: 08/17/2012) |
| 08/20/2012 | 59 | MOTION for Leave to Appear pro hac vice *of Charles R. Watkins* by Chris Bajalieh, Consumer Financial Education Foundation of America Inc. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Guin, David) (Entered: 08/20/2012) |
| 08/20/2012 | 60 | MOTION for Leave to Appear pro hac vice *of John R. Wylie* by Chris Bajalieh, Consumer Financial Education Foundation of America Inc. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Guin, David) (Entered: 08/20/2012) |
| 08/21/2012 | 61 | ORDER-Before the court is the Motion for Admission Pro Hac Vice of Charles R. Watkins (59 in 2:12-cv-01133-RDP). The motion is CONDITIONALLY GRANTED. By 8/27/2012, Attorney Watkins SHALL: pay the $50 filing fee, and Certify to the court that he has read and understands: any local rules applicable in this District; the Alabama State Bar Pledge of Professionalism; this court's CM/ECF requirements. Signed by Judge R David Proctor on 8/21/2012. |

| | | |
|---|---|---|
| | | Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(AVC) (Entered: 08/21/2012) |
| 08/21/2012 | 62 | MOTION for Leave to Appear pro hac vice *of John R. Wylie* by Chris Bajalieh, Consumer Financial Education Foundation of America Inc. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Guin, David) (Entered: 08/21/2012) |
| 08/21/2012 | 63 | CERTIFICATE of Counsel *of Charles R. Watkins in support of Motion to Appear Pro Hac Vice* by David J Guin on behalf of Chris Bajalieh, Consumer Financial Education Foundation of America Inc Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Guin, David) (Entered: 08/21/2012) |
| 08/21/2012 | | PHV Fee paid: $100.00, Receipt# B4601036372 for Attorneys Charles R. Watkins and John R. Wylie. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(AVC) (Entered: 08/21/2012) |
| 08/21/2012 | 64 | ORDER-Before the court is Motion for Admission Pro Hac Vice of John R. Wylie (62 in 2:12-cv-01133-RDP). The Motion is CONDITIONALLY GRANTED. By 8/27/2012, Attorney Wylie SHALL: pay the $50 filing fee, and Certify to the court that he has read and understands: any local rules applicable in this District; the Alabama State Bar Pledge of Professionalism; and this court's CM/ECF requirements. Signed by Judge R David Proctor on 8/21/2012. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(AVC) (Entered: 08/21/2012) |
| 08/27/2012 | 65 | NOTICE of Appearance by J Bentley Owens, III on behalf of Premera Blue Cross of Alaska Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Owens, J) (Entered: 08/27/2012) |
| 08/27/2012 | 66 | MOTION for Leave to Appear Pro Hac Vice *for Gwendolyn C. Payton* by Premera Blue Cross of Alaska. (Attachments: # 1 Exhibit A)Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Owens, J) (Entered: 08/27/2012) |
| 08/27/2012 | 67 | MOTION for Leave to Appear Pro Hac Vice *for Erin M. Wilson* by Premera Blue Cross of Alaska. (Attachments: # 1 Exhibit A)Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Owens, J) (Entered: 08/27/2012) |

| 08/27/2012 | | PHV Fee paid: $50, Receipt# 1126-1743094 (ALND# B4601036526). Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Owens, J) Modified on 8/30/2012 (AVC). (Entered: 08/27/2012) |
| 08/27/2012 | | PHV Fee paid: $50, Receipt# 1126-1743100 (ALND# B4601036527). Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Owens, J) Modified on 8/30/2012 (AVC). (Entered: 08/27/2012) |
| 08/27/2012 | 68 | NOTICE of Appearance by John M Johnson on behalf of Blue Cross and Blue Shield of Kansas, Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Nebraska Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Johnson, John) (Entered: 08/27/2012) |
| 08/27/2012 | 69 | NOTICE of Appearance by Brian P Kappel on behalf of Blue Cross and Blue Shield of Kansas, Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Nebraska Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Kappel, Brian) (Entered: 08/27/2012) |
| 08/27/2012 | 70 | MOTION for Limited Admission *(Pro Hac Vice of Kathleen Taylor Sooy)* by Blue Cross and Blue Shield of Kansas, Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Nebraska. (Attachments: # 1 Exhibit 1)Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Johnson, John) (Entered: 08/27/2012) |
| 08/27/2012 | | PHV Fee paid: $50, Receipt# 1126-1743195 (ALND# B4601036529). Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Johnson, John) Modified on 8/30/2012 (AVC). (Entered: 08/27/2012) |
| 08/27/2012 | 71 | MOTION for Limited Admission *(Pro Hac Vice of Tracy A. Roman)* by Blue Cross and Blue Shield of Kansas, Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Nebraska. (Attachments: # 1 Exhibit 1)Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Johnson, John) (Entered: 08/27/2012) |
| 08/27/2012 | | PHV Fee paid: $50, Receipt# 1126-1743214 (ALND# B4601036530). Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Johnson, John) Modified on 8/30/2012 (AVC). (Entered: |

| | | 08/27/2012) |
|---|---|---|
| 08/29/2012 | 72 | ORDER: 70 and 71 , Motions for Leave to Appear PHV for Kathleen Taylor Sooy and Tracy Roman are GRANTED; 66 and 67 , Motions for Leave to Appear Pro Hac Vice for Gwendolyn Payton and Erin Wilson are CONDITIONALLY GRANTED, as further set out in order. Signed by Judge R David Proctor on 08/29/12. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(CVA) Modified on 8/29/2012 (CVA). (Entered: 08/29/2012) |
| 08/30/2012 | 73 | NOTICE of Appearance by Cavender C Kimble on behalf of Anthem Blue Cross and Blue Shield of Connecticut, Anthem Blue Cross and Blue Shield of Indiana, Anthem Blue Cross and Blue Shield of New Hampshire, Anthem Blue Cross and Blue Shield of Virginia Inc, Anthem Blue Cross and Shield of Missouri, Anthem Health Plans of Maine, Anthem Inc, Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield of Georgia, Blue Cross and Blue Shield of Louisiana, Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of South Carolina, Hawaii Medical Service Assoc, Horizon Blue Cross and Blue Shield of New Jersey, Wellmark of South Dakota Inc Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Kimble, Cavender) (Entered: 08/30/2012) |
| 08/30/2012 | 74 | MOTION for Leave to Appear Pro Hac Vice *Craig A. Hoover* by Anthem Blue Cross and Blue Shield of Connecticut, Anthem Blue Cross and Blue Shield of Indiana, Anthem Blue Cross and Blue Shield of New Hampshire, Anthem Blue Cross and Blue Shield of Virginia Inc, Anthem Blue Cross and Shield of Missouri, Anthem Health Plans of Maine, Anthem Inc, Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield of Georgia, Blue Cross and Blue Shield of Louisiana, Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of South Carolina, Hawaii Medical Service Assoc, Horizon Blue Cross and Blue Shield of New Jersey, Wellmark of South Dakota Inc. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Kimble, Cavender) (Entered: 08/30/2012) |
| 08/30/2012 | 75 | MOTION for Leave to Appear Pro Hac Vice *J. Robert Robertson* by Anthem Blue Cross and Blue Shield of Connecticut, Anthem Blue Cross and Blue Shield of New Hampshire, Anthem Blue Cross and Blue Shield of Virginia Inc, Anthem Blue Cross and Shield of Missouri, Anthem Health Plans of Maine, Anthem Inc, Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield of Georgia, Blue Cross and Blue Shield of Louisiana, Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of South |

| | | |
|---|---|---|
| | | Carolina, Hawaii Medical Service Assoc, Horizon Blue Cross and Blue Shield of New Jersey, Wellmark of South Dakota Inc. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Kimble, Cavender) (Entered: 08/30/2012) |
| 08/30/2012 | 76 | MOTION for Leave to Appear Pro Hac Vice *Emily M. Yinger* by Anthem Blue Cross and Blue Shield of Connecticut, Anthem Blue Cross and Blue Shield of Indiana, Anthem Blue Cross and Blue Shield of New Hampshire, Anthem Blue Cross and Blue Shield of Virginia Inc, Anthem Blue Cross and Shield of Missouri, Anthem Health Plans of Maine, Anthem Inc, Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield of Georgia, Blue Cross and Blue Shield of Louisiana, Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of South Carolina, Hawaii Medical Service Assoc, Horizon Blue Cross and Blue Shield of New Jersey, Wellmark of South Dakota Inc. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Kimble, Cavender) (Entered: 08/30/2012) |
| 08/30/2012 | 77 | MOTION for Leave to Appear Pro Hac Vice *E. Desmond Hogan* by Anthem Blue Cross and Blue Shield of Connecticut, Anthem Blue Cross and Blue Shield of Indiana, Anthem Blue Cross and Blue Shield of New Hampshire, Anthem Blue Cross and Blue Shield of Virginia Inc, Anthem Blue Cross and Shield of Missouri, Anthem Health Plans of Maine, Anthem Inc, Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield of Georgia, Blue Cross and Blue Shield of Louisiana, Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of South Carolina, Hawaii Medical Service Assoc, Horizon Blue Cross and Blue Shield of New Jersey, Wellmark of South Dakota Inc. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Kimble, Cavender) (Entered: 08/30/2012) |
| 08/30/2012 | 78 | NOTICE of Appearance by D Keith Andress on behalf of Blue Cross and Blue Shield of Tennessee Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Andress, D) (Entered: 08/30/2012) |
| 08/30/2012 | 79 | MOTION for Leave to Appear Pro Hac Vice *N. Thomas Connally* by Anthem Blue Cross and Blue Shield of Connecticut, Anthem Blue Cross and Blue Shield of Indiana, Anthem Blue Cross and Blue Shield of New Hampshire, Anthem Blue Cross and Blue Shield of Virginia Inc, Anthem Blue Cross and Shield of Missouri, Anthem Health Plans of Maine, Anthem Inc, Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield of Georgia, Blue Cross and Blue Shield of Louisiana, Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of North Carolina, |

| | | Blue Cross and Blue Shield of South Carolina, Hawaii Medical Service Assoc, Horizon Blue Cross and Blue Shield of New Jersey, Wellmark of South Dakota Inc. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Kimble, Cavender) (Entered: 08/30/2012) |
|---|---|---|
| 08/30/2012 | 80 | NOTICE of Appearance by Kevin R Garrison on behalf of Blue Cross and Blue Shield of Tennessee Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Garrison, Kevin) (Entered: 08/30/2012) |
| 08/30/2012 | 81 | NOTICE of Appearance by Emily M Yinger on behalf of Anthem Blue Cross and Blue Shield of Connecticut, Anthem Blue Cross and Blue Shield of Indiana, Anthem Blue Cross and Blue Shield of New Hampshire, Anthem Blue Cross and Blue Shield of Virginia Inc, Anthem Blue Cross and Shield of Missouri, Anthem Health Plans of Maine, Anthem Inc, Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield of Georgia, Blue Cross and Blue Shield of Louisiana, Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of South Carolina, Blue Cross and Blue Shield of Tennessee, Hawaii Medical Service Assoc, Horizon Blue Cross and Blue Shield of New Jersey, Wellmark of South Dakota Inc Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Yinger, Emily) (Entered: 08/30/2012) |
| 08/30/2012 | 82 | NOTICE of Appearance by N Thomas Connally, III on behalf of Anthem Blue Cross and Blue Shield of Connecticut, Anthem Blue Cross and Blue Shield of Indiana, Anthem Blue Cross and Blue Shield of New Hampshire, Anthem Blue Cross and Blue Shield of Virginia Inc, Anthem Blue Cross and Shield of Missouri, Anthem Health Plans of Maine, Anthem Inc, Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield of Georgia, Blue Cross and Blue Shield of Louisiana, Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of South Carolina, Blue Cross and Blue Shield of Tennessee, Hawaii Medical Service Assoc, Horizon Blue Cross and Blue Shield of New Jersey, Wellmark of South Dakota Inc Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Connally, N) (Entered: 08/30/2012) |
| 08/30/2012 | 83 | NOTICE of Appearance by E Desmond Hogan on behalf of Anthem Blue Cross and Blue Shield of Connecticut, Anthem Blue Cross and Blue Shield of Indiana, Anthem Blue Cross and Blue Shield of New Hampshire, Anthem Blue Cross and Blue Shield of Virginia Inc, Anthem Blue Cross and Shield of Missouri, Anthem Health Plans of Maine, Anthem Inc, Blue Cross and Blue Shield of |

| | | Florida, Blue Cross and Blue Shield of Georgia, Blue Cross and Blue Shield of Louisiana, Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of South Carolina, Blue Cross and Blue Shield of Tennessee, Hawaii Medical Service Assoc, Horizon Blue Cross and Blue Shield of New Jersey, Wellmark of South Dakota Inc Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Hogan, E) (Entered: 08/30/2012) |
|---|---|---|
| 08/30/2012 | 84 | NOTICE of Appearance by Craig A Hoover on behalf of Anthem Blue Cross and Blue Shield of Connecticut, Anthem Blue Cross and Blue Shield of Indiana, Anthem Blue Cross and Blue Shield of New Hampshire, Anthem Blue Cross and Blue Shield of Virginia Inc, Anthem Blue Cross and Shield of Missouri, Anthem Health Plans of Maine, Anthem Inc, Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield of Georgia, Blue Cross and Blue Shield of Louisiana, Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of South Carolina, Blue Cross and Blue Shield of Tennessee, Hawaii Medical Service Assoc, Horizon Blue Cross and Blue Shield of New Jersey, Wellmark of South Dakota Inc Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Hoover, Craig) (Entered: 08/30/2012) |
| 08/31/2012 | 85 | NOTICE of Appearance by J Robert Robertson on behalf of Anthem Blue Cross and Blue Shield of Connecticut, Anthem Blue Cross and Blue Shield of Indiana, Anthem Blue Cross and Blue Shield of New Hampshire, Anthem Blue Cross and Blue Shield of Virginia Inc, Anthem Blue Cross and Shield of Missouri, Anthem Health Plans of Maine, Anthem Inc, Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield of Georgia, Blue Cross and Blue Shield of Louisiana, Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of South Carolina, Blue Cross and Blue Shield of Tennessee, Hawaii Medical Service Assoc, Horizon Blue Cross and Blue Shield of New Jersey, Wellmark of South Dakota Inc Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Robertson, J) (Entered: 08/31/2012) |
| 08/31/2012 | 86 | ORDER-Before the court are Motions for Admission Pro Hac Vice on behalf of Craig A. Hoover 74 , J. Robert Robertson 75 , Emily M. Yinger 76 , E. Desmond Hogan 77 , and N. Thomas Connally 79 . The motions are CONDITIONALLY GRANTED. By 9/7/2012, the Attorneys seeking admission SHALL pay the $50 pro hac vice fee; and Certify to the court that they have read and understand: any local rules applicable in this District; the Alabama |

| | | State Bar Pledge of Professionalism; this court's CM/ECF requirements. Signed by Judge R David Proctor on 8/30/2012. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(AVC) (Entered: 08/31/2012) |
|---|---|---|
| 08/31/2012 | | PHV Fee paid: $250.00, Receipt# B4601036604, for Attorneys Craig A. Hoover, J. Robert Robertson, Emily M. Yinger, E. Desmond Hogan and N. Thomas Connally. Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(AVC) (Entered: 08/31/2012) |
| 09/04/2012 | 87 | NOTICE of Compliance re: Attorneys Gwendolyn C. Payton and Erin M. Wilson by Premera Blue Cross of Alaska re (31 in 2:12-cv-02532-RDP)(Attachments: # 1 Exhibit Application and Declaration of Gwendolyn C. Payton in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Application and Declaration of Erin M. Wilson in Support of Motion for Admission Pro Hac Vice)Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Owens, J) Modified on 9/4/2012 (AVC). (Entered: 09/04/2012) |
| 09/04/2012 | 88 | MOTION to be Appointed Lead Counsel in the Provider Track by Jerry L Conway. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Whatley, Joe) Modified on 9/4/2012 (AVC). (Entered: 09/04/2012) |
| 09/04/2012 | 89 | Brief re(50 in 2:12-cv-01133-RDP) Order,, *Application to Appoint Cohen Milstein as Interim Class Counsel and John D. Saxon as Interim Liaison Counsel.* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Small, Daniel) (Entered: 09/04/2012) |
| 09/04/2012 | 90 | JOINT Application of Boies, Schiller & Flexner LLP, Donaldson & Guin, LLC, and Pittman, Dutton & Hellums, PC to Serve as Interim co-Lead Counsel by Nicholas A Layman, One Stop Environmental, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Hellums, Christopher) Modified on 9/5/2012 (AVC). (Entered: 09/04/2012) |
| 09/04/2012 | 91 | MOTION to Appoint Counsel Greg Davis Interim Lead Class Counsel in the Subscriber Track by GC Advertising LLC. Associated Cases: 2:12-cv- |

| | | |
|---|---|---|
| | | 01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Davis, Gregory) Modified on 9/5/2012 (AVC). (Entered: 09/04/2012) |
| 09/05/2012 | 92 | CERTIFICATION of Emily M. Yinger Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Yinger, Emily) Modified on 9/6/2012 (AVC). (Entered: 09/05/2012) |
| 09/05/2012 | 93 | CERTIFICATION of N. Thomas Connally Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Connally, N) Modified on 9/6/2012 (AVC). (Entered: 09/05/2012) |
| 09/05/2012 | 94 | CERTIFICATION of E. Desmond Hogan Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Hogan, E) Modified on 9/6/2012 (AVC). (Entered: 09/05/2012) |
| 09/05/2012 | 95 | CERTIFICATION of Craig A. Hoover Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Hoover, Craig) Modified on 9/6/2012 (AVC). (Entered: 09/05/2012) |
| 09/05/2012 | 96 | CERTIFICATIION of J. Robert Robertson Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Robertson, J) Modified on 9/6/2012 (AVC). (Entered: 09/05/2012) |
| 09/06/2012 | 97 | NOTICE by Thomas A Carder, Jr, Industrial Sales & Service LLC, American Electric Motor Services Inc, Fred R Richards, Richards and Sons Construction Company Inc re (89 in 2:12-cv-01133-RDP) Brief, *SUPPLEMENT TO THE APPLICATION TO APPOINT COHEN MILSTEIN AS INTERIM CLASS COUNSEL AND JOHN D. SAXON AS INTERIM LIAISON COUNSEL* Associated Cases: 2:12-cv-01133-RDP, 2:12-cv-01910-RDP, 2:12-cv-02169-RDP, 2:12-cv-02185-RDP, 2:12-cv-02525-RDP, 2:12-cv-02532-RDP, 2:12-cv-02537-RDP(Small, Daniel) (Entered: 09/06/2012) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/07/2012 08:33:52 | | |
| **PACER Login:** | gd0814 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:12-cv-01133-RDP |
| **Billable Pages:** | 14 | **Cost:** | 1.40 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA**
Southern Division

FILED

2012 APR 17  A 10: 52

U.S. DISTRICT COURT
N.D. OF ALABAMA

|  |  |  |
|---|---|---|
| Fred R. Richards and Richards and Sons Construction Company, Inc., on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs | ) ) | **CLASS ACTION COMPLAINT** |
| v. | ) ) | CV-12-P-1133-S |
| Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield Association, | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## CLASS ACTION COMPLAINT

Plaintiffs Fred R. Richards and Richards and Sons Construction Company, Inc., individually and on behalf of a class of all those similarly situated, bring this action for treble damages under the antitrust laws of the United States against Defendants Blue Cross and Blue Shield of Alabama ("BCBS-AL") and Blue Cross and Blue Shield Association ("BCBSA"), and demand a trial by jury.

### NATURE OF THE CASE

1.      Defendants and the 37 other members of BCBSA have conspired to divide and allocate markets for commercial, consumer health insurance. In particular, Defendants and the 37 other BCBSA member plans agreed that none of the other BCBSA member plans would compete with BCBS-AL in the market for commercial health insurance in the state of Alabama.

2.      Over at least the last four years, BCBS-AL has faced very little competition in the sale of commercial health insurance in Alabama. BCBS-AL has dominated that market for years

1

and currently has a 90 percent market share, with the next largest insurer possessing a mere five percent share.

3.      Absent the alleged conspiracy, BCBS-AL would have faced competition in this market from other Blue Cross plans.  BCBS-AL would have responded to this substantial increase in competition by lowering its premiums for at least its individual and small group commercial insurance policies.

4.      Plaintiffs bring this action on behalf of all individuals and entities in the state of Alabama that purchased individual or small group commercial health insurance from BCBS-AL from April 16, 2008 through the present (the "Class Period") to recover the overcharges they paid for BCBS-AL's health insurance plans in the state of Alabama.

## JURISDICTION AND VENUE

5.      This action is instituted under Sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26, to recover treble damages and the costs of this suit, including reasonable attorneys' fees, against Defendants for the injuries sustained by Plaintiffs and the members of the Class by reason of the violations, as hereinafter alleged, of Section 1 of the Sherman Act, 15 U.S.C. § 1.

6.      This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1337 and Sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15(a) and 26.

7.      Venue is proper in this district pursuant to Sections 4, 12 and 16 of the Clayton Act, 15 U.S.C. §§ 15, 22, and 26, and 28 U.S.C. § 1391.

## PARTIES

**Plaintiffs**

8.      Plaintiff Fred R. Richards has resided at 475 Cardinal Cove Circle Hoover, AL 35226, since November 2010. He has been enrolled in Blue Cross Blue Shield Total Blue for

2

Family Health Insurance Policy that has covered himself and his three children during the Class Period. Plaintiff Richards and his family at other times during the Class Period had BCBS-AL health insurance coverage through the group plan provided by Plaintiff Richards and Sons Construction Company, Inc.

9.      Plaintiff Richards and Sons Construction Company, Inc. is an Alabama Corporation located at 1301 Avenue I, Bessemer, AL 35020. Richards & Sons has twelve (12) full-time employees for whom it has purchased the Blue Cross Blue Shield 300 Plan for Group Health Benefits during the Class Period.

**Defendants**

10.      Defendant BCBSA is a corporation with its principal place of business in Chicago, Illinois and organized under the laws of the State of Illinois. BCBSA is owned and controlled by its thirty-eight member plans, which operate under the Blue Cross and Blue Shield trademarks and trade names. These plans created BCBSA to hold and manage the Blue Cross and Blue Shield trademarks and trade names. BCBSA operates as a licensor for its member plans. BCBSA is governed by a board of directors composed of the chief executive officers from most Blue plans and is primarily funded by plans' dues. Approximately 100 million Americans across all 50 states are covered by health plans licensed by BCBSA.

11.      Defendant BCBS-AL is a health insurance provider located in Birmingham, Alabama. BCBS-AL was founded in 1936, and currently administers health and dental programs for over 3 million individuals. BCBS-AL is by far the largest provider of healthcare benefits in Alabama. BCBS-AL licenses the Blue Cross and Blue Shield trademarks and trade names from BCBSA and is also a member of BCBSA.

## CLASS ACTION ALLEGATIONS

12.     Plaintiffs bring this action on behalf of themselves and as a class action under the provisions of Rules 23(a), 23(b)(1), and 23(b)2) of the Federal Rules of Civil Procedure on behalf of all members of the following class:

> All persons or entities who, at any time from April 16, 2008 to the present, paid health insurance premiums directly to BCBS-AL for individual or small group full-service commercial health insurance. Excluded from the class are Defendants and their respective parent companies, subsidiaries, affiliates, officers and directors, government entities, the attorneys representing parties in this action, and all court personnel involved with this action.

13.     Plaintiffs do not know the exact number of class members because such information is in the exclusive control of Defendants.  But due to the nature of the trade and commerce involved, Plaintiffs believe that there are thousands, if not millions, of Class members as above described, the exact number and their identities being known by Defendants.

14.     The Class is so numerous and geographically dispersed that joinder of all members is impracticable.

15.     There are numerous questions of law and fact common to the class, including *inter alia*:

- whether the thirty-eight member organizations of BCBSA have agreed to allocate or divide commercial health insurance markets or customers amongst themselves;

- whether the restrictions contained in BCBSA's license agreement amount to a *per se* violation of Section 1 of the Sherman Act;

- whether BCBSA has coordinated a conspiracy among its thirty-eight members to allocate health insurance markets;

4

- whether BCBS-AL has illegally entered into agreements with BCBSA and the other thirty-seven members of BCBSA to allocate health insurance markets;

- whether the premiums charged by BCBS-AL for individual and small group commercial health insurance were artificially inflated as a result of the alleged conspiracy; and

- the appropriate class-wide measure of damages

16.    Plaintiffs are members of the Class, Plaintiffs' claims are typical of the claims of the other Class members, and Plaintiffs will fairly and adequately protect the interests of the Class.   Plaintiffs are direct purchasers of individual and small group commercial health insurance, and their interests are coincident with, and not antagonistic to, those of the other members of the Class.

17.    Plaintiffs are represented by counsel who are competent and experienced in the prosecution of antitrust and class action litigation.

18.    The prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudications, establishing incompatible standards of conduct for Defendants.

19.    The questions of law and fact common to the members of the Class predominate over any questions affecting only individual members.

20.    A class action is superior to the other available methods for the fair and efficient adjudication of this controversy.  The Class is ascertainable, and records should exist from which Class members can be identified.  Prosecution as a class action will eliminate the possibility of repetitious litigation.  Treatment as a class action will permit a large number of similarly situated

persons to adjudicate their common claims in a single forum simultaneously, efficiently, and without the duplication of effort and expense that numerous individual actions would engender. This class action presents no difficulties in management that would preclude its maintenance as a class action.

## TRADE AND COMMERCE

21.     The activities of Defendants and their co-conspirators, as described in this Complaint, were within the flow of and substantially affected interstate commerce.

22.     BCBSA is a nationwide trade organization. The thirty-eight member companies of BCBSA collectively provide health insurance to 99 million members across all fifty states, the District of Columbia, and Puerto Rico. BCBSA enters into agreements with its thirty-eight member companies, including BCBS-AL, throughout the United States, and these agreements are means by which the market allocation challenged in this case was established and continues. BCBS-AL provides health coverage to more than 3 million people throughout the state of Alabama and around the country. BCBS-AL purchases health care for its members in the state of Alabama and also throughout the United States when its members travel outside of their home states. Accordingly, BCBS-AL and BCBSA are engaged in interstate commerce, and their conduct alleged herein has had a significant impact on interstate commerce.

23.     The illegal agreements into which Defendants entered have had a direct, substantial, and reasonably foreseeable effect on commerce between the states.

## BCBS-AL AND BCBSA TODAY

24.     BCBS-AL is a member of BCBSA, a trade association for Blue Cross and Blue Shield health insurance plans which holds the Blue Shield and Blue Cross trademarks. Through license agreements coordinated by BCBSA, BCBS-AL and the 37 other members of BCBSA

6

have agreed to illegally allocate markets and refrain from competing with one another in violation of Section 1 of the Sherman Act.

25.    BCBSA licenses BCBS-AL to use the Blue Cross and Blue Shield trademarks in the state of Alabama. By agreement among the 38 BCBSA member companies, no other member is allowed to use the Blue Cross or Blue Shield trademarks in Alabama. BCBSA and its members have agreed to similar exclusive licenses of the Blue Cross and Blue Shield trademarks in other states and geographic regions throughout the United States.

26.    BCBS-AL is by far the largest provider of health insurance in Alabama. Among providers of commercial HMO and PPO insurance in Alabama, BCBS-AL enjoys a 90% market share. The second largest health insurance provider in the state, United Healthcare, has only a 5% share, despite being the largest single health carrier in the United States generally.

27.    BCBS-AL's near-complete dominance of the commercial health insurance market in Alabama allows it to set prices for its individual and small group commercial health insurance policies at supra-competitive prices.

### History of BCBSA

28.    The first Blue Cross plan was established in 1934, when an executive with the forerunner to Blue Cross and Blue Shield of Minnesota identified his hospital care program with a solid blue Greek cross design. Other hospital plans around the country began to use the same blue cross symbol. At the outset, the various plans using the Blue Cross symbol were not affiliated with one another, but were emerging and independent hospital care plans.

29.    In 1939, the Blue Shield symbol was devised by a medical service plan. The blue shield symbol was devised to indicate that the medical services plans were distinct from the

hospital plans using the blue cross logo, but also to show that the two types of plans were companions, intended to offer complementary coverage.

30.     In the 1940s, the Blue Cross Commission, a predecessor to BCBSA was created. The Blue Cross Commission was a national organization of Blue Cross plans. A few years later, a national organization for Blue Shield companies, Associated Medical Care Plans, was created. In the early 1960s, Associated Medical Care Plans changed its name to Association of Blue Shield Plans. In the 1970s, the Association of Blue Shield Plans changed its name again, becoming the Blue Shield Association.

31.     The Blue Shield Association and the Blue Cross Commission merged in the early 1980s to become BCBSA.

32.     By the 1990s, Blue Cross and Blue Shield plans had 37.5 million enrollees. By 2003, that number had climbed to more than 88 million. By 2009, it reached 100 million.

33.     In 1994, BCBSA abandoned its longstanding rule that Blue Cross and Blue Shield plans must be not-for-profit entities. This rule change led to Blues across the country converting to for-profit status.

34.     Over the years since the formation of the Blue Cross and Blue Shield associations, various Blue Cross and Blue Shield member plans have merged, with the result that by 2011, only 38 local Blue Cross and Blue Shield companies remained.

## BCBSA LICENSE AGREEMENT

35.     BCBSA controls the Blue Cross and Blue Shield trademarks and trade names.

36.     A Plan may only legally operate under the Blue Cross or Blue Shield trademark or trade name if it first obtains a license from BCBSA.

8

37.   In prior litigation, BCBSA has taken the position that it has no legal identity outside of its members.

38.   A Plan may only obtain a license from BCBSA to use the Blue Cross or Blue Shield trademarks and trade names by entering into licensing agreement with BCBSA ("BCBSA License Agreement"). Each of the BCBSA member plans has entered into a BCBSA License Agreement, and by agreement of the member plans, each of those BCBSA License Agreements is substantially the same.

39.   The BCBSA License Agreement grants a member plan the right to use the Blue Cross and Blue Shield trademarks and trade names only within that plan's designated service area, defined as the geographical area(s) served by the plan on June 30, 1972, and/or as to which the plan has been granted a subsequent license. In effect, then, the BCBSA License Agreement fixes the service area of each plan to the area served by that plan on June 30, 1972. Mandatory guidelines imposed by BCBSA on member plans further limit the plans' abilities to compete outside of their respective service areas.

40.   According to the Government Accountability Office: "The [BCBSA] license agreement restricts plans from using the trademark outside their prescribed service area to prevent competition among plans using the Blue Cross and Blue Shield names and trademarks."

41.   In prior litigation, BCBSA has admitted the existence of territorial allocation agreements between and among its members, and at least one court has taken notice that the pattern has existed for many years.

42.   The BCBSA License Agreement is a naked horizontal territorial allocation by and among BCBSA and the member plans.

43.     In prior litigation, BCBSA has taken the position that its territorial allocation agreements have an impact on insurance rates.

44.     These explicit, horizontal agreements to divide various geographic health insurance markets within the United States, including the agreement to exclusively license the Blue Cross and Blue Shield trademarks in Alabama to Blue Cross and Blue Shield of Alabama have reduced competition and have resulted in fewer health insurance choices for Alabama residents and increased premiums charged to members of BCBS-AL's individual and small group commercial health insurance plans.

45.     This reduced competition and inflated premiums would not be possible without Defendants' illegal agreements to eliminate competition and divide markets.  But for those agreements, other BCBSA member companies would compete with Blue Cross and Blue Shield of Alabama in Alabama, resulting in increased choice for Alabama residents and decreased health insurance premiums.

46.     But for the illegal market allocation agreements entered into by BCBSA, BCBS-AL, and the thirty-seven other BCBSA licensees, there would be more competition for health insurance in Alabama and lower premiums.

## VIOLATIONS ALLEGED

## COUNT 1

## CONTRACT, COMBINATION, OR CONSPIRACY IN RESTRAINT OF TRADE IN VIOLATION OF SHERMAN ACT, SECTION 1

47.     Plaintiffs incorporate and re-allege each allegation set forth in the preceding paragraphs of this Complaint.

48.     Throughout the Class Period, Defendants, by and through their officers, directors, employees, agents, or other representatives, in violation of Section 1 of the Sherman Act, 15

10

U.S.C. § 1, had an agreement, understanding, and conspiracy in restraint of trade to allocate markets, reduce competition, restrict output, and increase prices for commercial, consumer individual and small group health insurance sold in Alabama.

49.     Plaintiffs and the other members of the Class have been injured in their business and property by reason of Defendants' unlawful combination, contract, conspiracy, and agreement.   Plaintiffs and other Class members have paid higher prices for commercial individual and small group health insurance than they otherwise would have paid in the absence of Defendants' conduct. This injury is of the type the federal antitrust laws were designed to prevent and flows from that which makes Defendants' conduct unlawful.

50.     Accordingly, Plaintiffs and the Class members seek damages, to be trebled pursuant to federal antitrust law, and costs of suit, including reasonable attorney's fees.

## RELIEF REQUESTED

WHEREFORE, Plaintiffs request that this Court:

a)  Determine that this action may be maintained as a class action under Fed. R. Civ. P. 23;

b)  Adjudge and decree that BCBSA and BCBS-AL have violated Section 1 of the Sherman Act;

c)  Award Plaintiffs and the Class damages three times the amount by which premiums charged by BCBS-AL have been artificially inflated above their competitive levels since April 16, 2008;

d)  Award costs including reasonable attorneys' fees to Plaintiffs;

e)  Hold a trial by jury; and

f)  Award any such other and further relief as may be just and proper.

This 16th day of April, 2012.

Dated:  April 17, 2012

Respectfully submitted,

_____
Charles M. Thompson, Esq.
Charles M. Thompson, P.C.
1401 Doug Baker Blvd., Ste. 107-135
Birmingham, AL 35242
Tel:  (205) 995-0068
Fax:  (205) 995-0078


Daniel A. Small
Laura M. Alexander
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (205) 408-4699