BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re Blue Cross Blue Shield Antitrust Litigation**. | MDL No. 2406 |

## NOTICE OF RELATED ACTION

To: Clerk of the Panel
    Judicial Panel on Multidistrict Litigation
    Thurgood Marshall Federal Judiciary Building
    One Columbus Circle, N.E.
    Room G-255, North Lobby
    Washington, D.C. 20002-8004

     According, to J.P.M.L. Rule 7.1(a), defendant Louisiana Health Service & Indemnity Co. (d/b/a Blue Cross & Blue Shield of Louisiana) gives notice that the case listed in the accompanying Schedule of Related Actions is a potential tag-along action that relates to the cases pending for consolidation as *In re Blue Cross Blue Shield Antitrust Litigation*, MDL 2406. The action identified on the accompanying Schedule of Related Actions was filed, removed to federal court, and has come to the defendant's attention as a potential tag-along action within the past week.

     A courtesy copy of the complaint and docket sheet for the related action identified in the schedule is likewise attached.

                                            Respectfully Submitted:

                                            /s/Charles A. O'Brien, III
                                            Charles A. O'Brien, III (#10143)
                                            Allison N. Pham (#29369)
                                            Post Office Box 98029
                                            Baton Rouge, LA 70898-9029
                                            Telephone: (225) 295-2454
                                            Facsimile: (225) 297-2760

A.M. "Tony" Clayton (#21191)
Michael P. Fruge (#26287)
Clayton, Fruge & Ward
3741 La. Highway 1 South
Port Allen, LA  70767
Telephone:  (225) 344-7000
Facsimile:  (225) (225) 383-7631

*Counsel for Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana*