BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re Blue Cross Blue Shield Antitrust Litigation**. | MDL No. 2406 |

## SCHEDULE OF ACTIONS

Charles A. O'Brien, III (#10143)
Allison N. Pham (#29369)
Post Office Box 98029
Baton Rouge, LA  70898-9029
Telephone:  (225) 295-2454
Facsimile:  (225) 297-2760

A.M. "Tony" Clayton (#21191)
Michael P. Fruge (#26287)
Clayton, Fruge & Ward
3741 La. Highway 1 South
Port Allen, LA  70767
Telephone:  (225) 344-7000
Facsimile:  (225) 383-7631

*Counsel for Louisiana Health Service & Indemnity Co*
*d/b/a Blue Cross and Blue Shield of Louisiana*

September 10, 2012

### SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Hilda Jarreau<br><br>**Defendants:**<br>Louisiana Health Service & Indemnity Co. (d.b.a. Blue Cross Blue Shield of Louisiana) | Middle District of Louisiana | 3:12-cv-00421 | Honorable James J. Brady<br>Honorable Magistrate Stephen C. Riedlinger |

Submitted, this the 10th day of September 2012

s/Charles A. O'Brien, III
Charles A. O'Brien, III (#10143)
Allison N. Pham (#29369)
Post Office Box 98029
Baton Rouge, LA  70898-9029
Telephone:  (225) 295-2454
Facsimile:  (225) 297-2760

A.M. "Tony" Clayton (#21191)
Michael P. Fruge (#26287)
Clayton, Fruge & Ward
3741 La. Highway 1 South
Port Allen, LA  70767
Telephone:  (225) 344-7000
Facsimile:  (225) 383-7631

*Counsel for Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing **Schedule of Actions** has been served on all counsel of record by facsimile transmission, electronic mail, or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed, to his last known addresses as follows:

>Nicholas R. Rockforte
>Patrick W. Pendley
>Stan P. Baudin
>Christopher L. Coffin
>PENDLEY, BAUDIN & COFFIN, L.L.P.
>P.O. Drawer 71
>Plaquemine, Louisiana 70765

>Gordon Ball
>Thomas S. Scott, Jr.
>Christopher T. Cain
>BALL & SCOTT LAW Offices
>Bank of America Center, Suite 601
>550 Main Street
>Knoxville, Tennessee 37902

Baton Rouge, Louisiana, this 10th day of September, 2012.

/s/ Charles A. O'Brien, III
_____
Charles A. O'Brien, III