## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **Notice of Related Action** has been served on all counsel of record by facsimile transmission, electronic mail, or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed, to his last known addresses as follows:

    Nicholas R. Rockforte
    Patrick W. Pendley
    Stan P. Baudin
    Christopher L. Coffin
    PENDLEY, BAUDIN & COFFIN, L.L.P.
    P.O. Drawer 71
    Plaquemine, Louisiana 70765

    Gordon Ball
    Thomas S. Scott, Jr.
    Christopher T. Cain
    BALL & SCOTT LAW Offices
    Bank of America Center, Suite 601
    550 Main Street
    Knoxville, Tennessee 37902

Baton Rouge, Louisiana, this 10th day of September, 2012.

                                              /s/ Charles A. O'Brien, III
                                              _____
                                                  Charles A. O'Brien, III