**CERTIFICATE OF SERVICE**

      I hereby certify on September 20, 2012, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: September 20, 2012
       Buffalo, New York

                                  /s/ Edward S. Bloomberg
                            Edward S. Bloomberg
                            Phillips Lytle LLP
                            Attorneys for *Excellus BlueCross BlueShield of New York*
                            3400 HSBC Center
                            Buffalo, New York 14203-2887
                            Telephone No. (716) 847-8400
                            Facsimile: (716) 852-6100
                            ebloomberg@phillipslytle.com

Doc # 01-2605415.1