**CERTIFICATE OF SERVICE**

      I hereby certify on September 20, 2012, the foregoing Corporate Disclosure Statement was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated:  September 20, 2012
          Buffalo, New York

                          /s/ Edward S. Bloomberg
                        Edward S. Bloomberg
                        Phillips Lytle LLP
                        Attorneys for *Excellus BlueCross BlueShield of New York*
                        3400 HSBC Center
                        Buffalo, New York  14203-2887
                        Telephone No. (716) 847-8400
                        Facsimile: (716) 852-6100
                        ebloomberg@phillipslytle.com

Doc # 01-2605425.1