UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION - MDL NO. 2406

## PROOF OF SERVICE

I certify that on September 20, 2012, I caused a true and correct copy of foregoing Notice of Appearance of Cheri D. Green to be served on the following parties by the following means:

**Jerry L. Conway, Plaintiff**    represented by    **Dennis G. Pantazis**
WIGGINS CHILDS QUINN & PANTAZIS
301 19th Street, North
Birmingham, AL 35203-3204
**Via Email**

**E. Kirk Wood , Jr.**
WOOD LAW FIRM LLC
PO Box 382434
Birmingham, AL 35238
**Via Email**

**Edith M. Kallas**
WHATLEY KALLAS LLC
380 Madison Avenue, 23rd Floor
New York, NY 10017
**Via Email**

**Joe R. Whatley , Jr.**
WHATLEYKALLAS LLC
2001 Park Place North, Suite 1000
Birmingham, AL 35203
**Via Email**

**Michael E. Gurley , Jr.**
WOOD LAW FIRM LLC
P.O. Box 382434
Birmingham, AL 35238-2434
**Via Email**

        **Nicholas B. Roth**
EYSTER KEY TUBB ROTH
MIDDLETON & ADAMS LLP
402 E Moulton Street
PO Box 1607
Decatur, AL 35602
**Via Email**

        **W. Tucker Brown**
WHATLEYKALLAS LLC
2001 Park Place North, Suite 1000
Birmingham, AL 35203
**Via Email**

**Defendants**

**Blue Cross and Blue Shield of Alabama**    represented by    **Carl S. Burkhalter**
MAYNARD COOPER & GALE PC
AmSouth Harbert Plaza, Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618
**Via Email**

        **James L. Priester**
MAYNARD COOPER & GALE PC
2400 Regions/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203-2618
**Via Email**

        **Pamela B. Slate**
HILL HILL CARTER FRANCO
COLE & BLACK PC
425 S Perry Street
Montgomery, AL 36104
**Via Email**

**Anthem Inc.**    represented by    **Craig A. Hoover**
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
**Via Email**

        **E. Desmond Hogan**
HOGAN LOVELLS US LLP
555 13th Stree NW

Washington, DC 20004
**Via Email**

**Emily M. Yinger**
HOGAN LOVELLS US LLP
7930 Jones Branch Drive
9th Floor Park Place Building
McLean, VA 22102
**Via Email**

**J. Robert Robertson**
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
**Via Email**

**N Thomas Connally , III**
HOGAN LOVELLS US LLP
7930 Jones Branch Drive
9th Floor, Park Place Building
McLean, VA 22102
**Via Email**

**Cavender C. Kimble**
BALCH & BINGHAM LLP
1901 6th Avenue N, Suite 1500
PO Box 306
Birmingham, AL 35201-0306
**Via Email**

**Premera Blue Cross of Alaska**  represented by  **J. Bentley Owens , III**
STARNES DAVIS FLORIE LLP
PO Box 598512
Birmingham, AL 35259-8512
**Via Email**

**Erin M. Wilson**
LANE POWELL PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338
**Via Email**

**Gwendolyn C Payton**
LANE POWELL PC
1420 Fifth Avenue

|  |  |  |
|---|---|---|
|  |  | Suite 4200<br>Seattle, WA 98101-2338<br>**Via Email** |
| **Arkansas Blue Cross and Blue Shield** | represented by | **Gary M. London**<br>BURR & FORMAN LLP<br>Southtrust Tower, Suite 3100<br>420 North 20th Street<br>Birmingham, AL 35203<br>**Via Email**<br><br>**Alan D. Rutenberg**<br>FOLEY & LARDNER LLP<br>3000 K Street NW, Suite 600<br>Washington, DC 20007-5109<br>**Via Email**<br><br>**Devin Clarke Dolive**<br>BURR & FORMAN LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203<br>**Via Email**<br><br>**Michael A. Naranjo**<br>FOLEY & LARDNER LLP<br>555 California Street, Suite 1700<br>San Francisco, CA 94104-1520<br>**Via Email** |
| **Anthem Blue Cross and Blue Shield of Connecticut** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email**<br><br>**E. Desmond Hogan**<br>HOGAN LOVELLS US LLP<br>555 13th Stree NW<br>Washington, DC 20004<br>**Via Email**<br><br>**Emily M. Yinger**<br>HOGAN LOVELLS US LLP |

7930 Jones Branch Drive
9th Floor Park Place Building
McLean, VA 22102
**Via Email**

**J. Robert Robertson**
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
**Via Email**

**N Thomas Connally , III**
HOGAN LOVELLS US LLP
7930 Jones Branch Drive
9th Floor, Park Place Building
McLean, VA 22102
**Via Email**

**Cavender C. Kimble**
BALCH & BINGHAM LLP
1901 6th Avenue N, Suite 1500
PO Box 306
Birmingham, AL 35201-0306
**Via Email**

| | | |
|---|---|---|
| **Highmark Blue Cross and Blue Shield of Delaware** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Blue Cross and Blue Shield of Florida** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Blue Cross and Blue Shield of Georgia** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004 |

|  |  |  |
|---|---|---|
|  |  | **Via Email** |
| **Hawaii Medical Service Assoc**.<br>*d/b/a Blue Cross and Blue Shield of Hawaii* | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Health Care Service Corp**.<br>*d/b/a Blue Cross and Blue Shield of Illinois* |  | 300 E. Randolph Street<br>Chicago, IL  60601<br>**Via United States Mail** |
| **Anthem Blue Cross and Blue Shield of Indiana** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Wellmark Inc**<br>*d/b/a Blue Cross and Blue Shield of Iowa* |  | 100 Pearl Street, 14th Floor<br>Hartford, CT  06103<br>**Via United States Mail** |
| **Blue Cross and Blue Shield of Kansas** | represented by | **Brian P. Kappel**<br>LIGHTFOOT FRANKLIN & WHITE LLC<br>400 20th Street North<br>Birmingham, AL 35203<br>**Via Email**<br><br>**John M. Johnson**<br>LIGHTFOOT FRANKLIN & WHITE LLC<br>The Clark Building<br>400 20th Street N<br>Birmingham, AL 35203<br>**Via Email**<br><br>**Kathleen Taylor Sooy**<br>CROWELL AND MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004 |

|  |  |  |
|---|---|---|
|  |  | **Via Email** |
|  |  | **Tracy A. Roman**<br>CROWELL AND MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>**Via Email** |
| **Blue Cross and Blue Shield of Louisiana** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Anthem Health Plans of Maine** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **CareFirst Blue Cross and Blue Shield of Maryland** | represented by | **H. James Koch**<br>ARMBRECHT JACKSON LLLP<br>PO Box 290<br>Mobile, AL 36601<br>251-405-1300<br>**Via Email** |
|  |  | **Andrew W. Martin , Jr**<br>ARMBRECHT JACKSON LLP<br>PO Box 290<br>Mobile, AL 36601<br>**Via Email** |
|  |  | **Brian K Norman**<br>SHAMOUN & NORMAN LLP<br>1755 Wittington Place, Suite 200<br>Dallas, TX 75234<br>**Via Email** |
| **Blue Cross and Blue Shield of Massachusetts** | represented by | **Craig A Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |

| | | |
|---|---|---|
| **Blue Cross and Blue Shield of Michigan** | | The Commons<br>20500 Civic Center Drive<br>Southfield, MI  48076<br>**Via United States Mail** |
| **Blue Cross and Blue Shield of Minnesota** | represented by | **Craig A Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Blue Cross and Blue Shield of Mississippi** | represented by | **Cheri D. Green**<br>BRUNINI GRANTHAM GROWER & HEWES PLLC<br>190 E Capitol Street<br>Suite 100<br>Jackson, MS 39201<br>**Via Email**<br><br>**Christopher A. Shapley**<br>BRUNINI GRANTHAM GROWER & HEWES PLLC<br>284 E Capitol Street, Suite 1400<br>PO Drawer 119<br>Jackson, MS 39201<br>**Via Email**<br><br>**R. David Kaufman**<br>BRUNINI GRANTHAM GROWER & HEWES PLLC<br>190 E Capitol Street, Suite 100<br>Jackson, MS 39201<br>**Via Email**<br><br>**Scott F. Singley**<br>BRUNINI GRANTHAM GROWER & HEWES PLLC<br>410 Main Street<br>PO Box 7520<br>Columbus, MS 39705<br>**Via Email** |
| **Anthem Blue Cross and Shield of Missouri** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP |

|  |  |  |
|---|---|---|
|  |  | 555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Blue Cross and Blue Shield of Kansas City** | represented by | **Brian P. Kappel**<br>LIGHTFOOT FRANKLIN & WHITE LLC<br>400 20th Street North<br>Birmingham, AL 35203<br>**Via Email** |
| **Blue Cross and Blue Shield of Nebraska** | represented by | **Brian P Kappel**<br>LIGHTFOOT FRANKLIN & WHITE LLC<br>400 20th Street North<br>Birmingham, AL 35203<br>**Via Email** |
| **Anthem Blue Cross and Blue Shield of New Hampshire** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Horizon Blue Cross and Blue Shield of New Jersey** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Blue Cross and Blue Shield of New Mexico** |  | P.O. Box 27630<br>Albuquerque, NM  87125-7630<br>**Via United States Mail** |
| **Excellus BlueCross BlueShield of New York** |  | 333 Butternut Drive<br>Syracuse, NY  13214-1803<br>**Via United States Mail** |
| **Blue Cross and Blue Shield of North Carolina** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Blue Cross and Blue Shield of Oklahoma** |  | P.O. Box 3283<br>Tulsa, OK  74102-3283<br>**Via United States Mail** |

| | | |
|---|---|---|
| **Blue Cross of Northeastern Pennsylvania**<br>*Wilkes-Barre* | | 70 North Main Street<br>Wilkes-Barre, PA  1871<br>**Via United States Mail** |
| **Independence Blue Cross** | | 1901 Market Street<br>Philadelphia, PA  19103-1480<br>**Via United States Mail** |
| **Triple S - Salud Inc.** | represented by | **Pedro Santiago-Rivera**<br>REICHARD & ESCALERA<br>255 Ponce De Leon Ave.<br>MCS Plaza, Tenth Floor<br>San Juan, Puerto Rico  00917-1913<br>**Via Email**<br><br>**Rafael Escalera-Rodriguez**<br>REICHARD & ESCALERA<br>255 Ponce De Leon Ave.<br>MCS Plaza, Tenth Floor<br>San Juan, Puerto Rico 00917-1913<br>**Via Email** |
| **Blue Cross and Blue Shield of Rhode Island** | | 500 Exchange Street<br>Providence, RI  02903<br>**Via United States Email** |
| **Blue Cross and Blue Shield of South Carolina** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Wellmark of South Dakota Inc**<br>*d/b/a Wellmark Blue Cross and Blue Shield of South Dakota* | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Blue Cross and Blue Shield of Tennessee** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |

|  |  |  |
|---|---|---|
|  |  | **D. Keith Andress**<br>BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC<br>420 North 20th Street, Suite 1600<br>Birmingham, AL 35203-5202<br>**Via Email** |
|  |  | **Kevin R Garrison**<br>BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC<br>Wachovia Tower<br>420 North 20th Street, Suite 1600<br>Birmingham, AL 35203-5202<br>**Via Email** |
| **Blue Cross and Blue Shield of Texas** |  | 1001 E. Lookout Drive<br>Richardson, TX 75082<br>**Via United States Mail** |
| **Blue Cross and Blue Shield of Vermont** |  | P.O. Box 186<br>Montpelier, VT 05601<br>**Via United States Mail** |
| **Anthem Blue Cross and Blue Shield of Virginia Inc**. | represented by | **Craig A Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Highmark Blue Cross, Blue Shield of West Virginia** |  | P.O. Box 7026<br>Wheeling WV 26003<br>**Via United States Mail** |
| **Blue Cross and Blue Shield Association** | represented by | **Daniel E. Laytin**<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>**Via Email** |
|  |  | **Ian R. Conner**<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, NW |

|  |  |
|---|---|
|  | Washington, DC 20005<br>**Via Email**<br><br>**Kimberly R. West**<br>WALLACE JORDAN RATLIFF &<br>BRANDT LLC<br>First Commercial Bank Building<br>800 Shades Creek Parkway, Suite 400<br>PO Box 530910<br>Birmingham, AL 35253<br>**Via Email**<br><br>**Mark M. Hogewood**<br>WALLACE JORDAN RATLIFF &<br>BRANDT, LLC<br>P O Box 530910<br>Birmingham, AL 35253<br>**Via Email** |
| **Highmark Inc**. | Fifth Avenue Place<br>120 Fifth Avenue<br>Pittsburgh, PA  15222-3099<br>**Via United States Mail** |
|  | /s/ Cheri D. Green_____<br>Cheri D. Green<br>Attorney for Blue Cross Blue Shield<br>of Mississippi |
| BRUNINI GRANTHAM GROWER<br>& HEWES PLLC<br>190 E Capitol Street<br>Suite 100<br>Jackson, MS 39201<br>Telephone:  601-948-3101<br>Facsimile:  601-960-6902<br>cgreen@brunini.com |  |