**CERTIFICATE OF SERVICE**

     I hereby certify that on September 20, 2012, the foregoing Corporate Disclosure Statement was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: September 20, 2012
        Birmingham, Alabama

                                        s/ James L. Priester
                                        James L. Priester
                                        *Attorney for Defendant,*
                                        *Blue Cross and Blue Shield of Alabama*
                                        Maynard Cooper & Gale, P.C.
                                        1901 6th Avenue North, Suite 2400
                                        Birmingham, AL  35203
                                        Telephone No.:  (205) 254-1000
                                        Facsimile:         (205) 254-1999
                                        jpriester@maynardcooper.com