**CERTIFICATE OF SERVICE**

     I hereby certify that on September 20, 2012, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: September 20, 2012
       Birmingham, Alabama

                                    s/ James L. Priester
                                    James L. Priester
                                    *Attorney for Defendant,*
                                    *Blue Cross and Blue Shield of Alabama*
                                    Maynard Cooper & Gale, P.C.
                                    1901 6th Avenue North, Suite 2400
                                    Birmingham, AL  35203
                                    Telephone No.:  (205) 254-1000
                                    Facsimile:        (205) 254-1999
                                    jpriester@maynardcooper.com