# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406   &  TITLE - IN RE: Blue Cross Blue Shield Antitrust Litigation

# NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Defendant Triple-S Salud, Inc.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Conway v. Blue Cross and Blue Shield of Alabama et al, ND Ala., 2:12-cv-02532

*************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| September 21, 2012 | s/Rafael Escalera-Rodriguez |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Telephone No.: (787)-777-8888        Fax No.: (787) 765-4225

Email Address: escalera@reichardescalera.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

**PROOF OF SERVICE**

I hereby certify that on this same date I sent a copy of the foregoing to the following:

John D. Saxon
Adam W. Pittman
JOHN D. SAXON, P.C.
2119 Third Ave North
Birmingham AL 35203
Via email:  jsaxon@saxonattorneys.com; apittman@saxonattorneys.com

Daniel A. Small
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC 20005
Via email:  dsmall@cohenmilstein.com

Charles M. Thompson
CHARLES M. THOMPSON, P.C.
1401 Doug Baker Blvd.
Suite 107-135
Birmingham, AL  35242
Via email:  CMTLA@aol.com

Chris T. Hellums
Jonathan S. Mann
PITTMAN DUTTON & HELLUMS, PC
2001 Park Place North, Suite 1100
Birmingham, AL  35203
Via email:  PDH-efiling@pittmandutton.com

William A. Isaacson
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC  20015
Via email:  wisaacson@bsflp.com

Michael D. Hausfeld
HAUSFELD LLP
1700 k Street NW, Suite 650
Washington, DC  20006
Via email:  mahusfeld@hausfeldllp.com

Edgar D. Gankendorff
PROVOSTY & GANKENDORFF, LLC
650 Poydras Street, Suite 2700
New Orleans, LA  70130
Via email:  egankendorff@provostylaw.com

Charles M. Thompson
CHARLES M. THOMPSON, P.C.
1401 Doug Baker Blvd.
Suite 107-135
Birmingham, AL  35242
Via email:  CMTLA@aol.com

Daniel E. Gustafson
Daniel C. Hedlund
Ellen M. Ahrens
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN  55402
Via email:  dgustafson@gustafsongluek.com; dhedlund@dgustafson@gustafsongluek.com;
eahrens@ dgustafson@gustafsongluek.com

Dianne M. Nast
RODANAST, PC
801 Estelle Dr.
Lancaster PA  17601
Via email:  dnast@rodanast.com

David J. Guin
Tammy M. Stokes
Star M. Tyner
DONALDSON & GUIN, LLC
The Financial Center
505 20th Street North, Suite 1000
Birmingham, AL  35203
Via email:  davidg@dglawfirm.com; tammys@dglawfirm.com; start@dglawfirm.com

John Wylie
DONALDSON & GUIN, LLC
300 S. Wacker Drive, Suite 1700
Chicago, IL  60606
Via email:  Johnw@dglawfirm.com

Greg L. Davis
DAVIS & TALIAFERRO, LLC
7031 Halcyon Park Drive
Montgomery, AL 36117
Via email: gldavis@knology.net

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEYKALLAS, LLC
2001 Park Place Tower, Suite 1000
Birmingham, AL 35203
Via email: jwhatley@whatleykallas.com; tbrown@whatleykallas.com

Edith M. Kallas
WHATLEYKALLAS, LLC
380 Madison Avenue, 23rd Floor
New York, NY 10017
Via email: ekallas@whatleykallas.com

Deborah Winegard
WHATLEYKALLAS, LLC
1068 Virginia Avenue, NE
Atlanta, GA 30306
Via email: dweingard@whatleykallas.com

Edward Kirk Wood, Jr.
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL 35233
Via email: ekirkwoodl@bellsouth.net

Nicholas B. Roth
EYSTER KEY TUBB WEAVER & ROTH
402 east Moulton Street, SE
Decatur, AL 35601
Via email: nbroth@eysterkey.com

Dennis G. Pantazis
WIGGINS CHILDS QUINN & PANTAZIS
The Kress Building
301 19th Street North
Birmingham, AL 35203
Via email: dgp@wcqp.com

Michael E. Gurley, Jr.
Attorney at Law
P.O. Box 382732
Birmingham, AL 35238
Via email: mgurleyjr@yahoo.com


John D. Saxon
Adam W. Pittman
JOHN D. SAXON, P.C.
2119 Third Ave North
Birmingham AL 35203
Via email: jsaxon@saxonattorneys.com; apittman@saxonattorneys.com

Eric L. Cramer
Ellen Noteware
BERGER & MONTAGUE, PC
1622 Locust Street
Philadelphia, PA 19103
Via Email: ecramer@bm.net; enoteware@bm.net

Joshua P. Davis
2130 Fulton Street
San Francisco, CA 94117
Via Email: davisj@usfca.edu

Kendall S. Zylstra
Richard D. Schwartz
FARUQI & FARUQI, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Via Email: kzylstra@fauqilaw.com; rschwartz@faruqilaw.com

Michael J. Brickman
Kimberly Keevers Palmer
RICHARSON PATRICK WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401
Via Email: mbrickman@rpwb.com; kkeevers@rpwb.com

Joseph Golberg
Vincent J. Ward
FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD, PC
20 First Plaza NW, Suite 700
Albuquerque, NM 87102

4

Via Email: jg@fbdlaw.com; vjw@fdblaw.com

Stanley P. Baudin
Christopher L. Coffin
Patrick Wayne Pendley
Nicholas R. Rockforte
PENDLEY BAUDIN & COFFIN, LLP
P.O. Drawer 71
Plaquemine, LA 70764-0071
Via email: sbaudin@pbclawfirm.com; ccoffin@pbclawfirm.com; pwpendley@pbclawfirm.com; nrockforte@pbclawfirm.com

Larry S. McDevitt
David M. Wilkerson
THE VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
Via email: lmcdevitt@vwlawfirm.com; dwilkerson@vwlawfirm.com

Michael D. Hausfeld
HAUSFELD LLP
1700 k Street NW, Suite 650
Washington, DC 20006
Via email: mahusfeld@hausfeldllp.com

Arthur Nash Bailey, Jr.
HAUSFELD LLP
44 Montgomery Street
Ste 3400
San Francisco, CA 94104
Via email: abailey@hausfeldllp.com

William A. Isaacson
Kathleen Simpson Kiernan
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Via email: wisaacson@bsflp.com; kkiernan@bsflp.com

J. Michael Malone
HENDREN & MALONE, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Via email: mmalone@aol.com

5

Carl S Kravitz
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Via email: ckravitz @zuckerman.com

Cyril Vincent Smith, III
Daniel Patrick Moylan
ZUCKERMAN SPAEDER LLP
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
Via email: csmith@zuckerman.com; dmoylan@zuckerman.com

Gerald F. Easter
369 N. Main Street
Memphis, TN 38103
Via email: jerryeasterl@gmail.com

W. Gordon Ball
BALL & SCOTT LAW OFFICES
550 West Main Street, Suite 601
Knoxville, TN 37902
Via email: gball@ballandscott.com

Carl S. Burkhalter
James L. Priester
MAYNARD COOPER & GALE, PC
1901 6th Avenue North
Birmingham, AL 35203-2618
Via email: cburkhalter@maynardcooper.com; jpriester@maynardcooper.com

Pamela B. Slate
HILL HILL CARTER FRANCO COLE & BLACK, PC
425 South Perry Street
Montgomery, AL 36104
Via email: pslate@hillhillcarter.com

Kimberly R. West
Mark M. Hogewood
WALLACE JORDAN RATLIFF & BRANDT, LLC
First Commercial Bank Bldg.
800 Shades Creek Parkway, Suite 400
P.O. Box 530910
Birmingham, AL 35253

6

Via email: kwest@wallacejordan.com; mhogewood@wallacejordan.com

Daniel E. Laytin
Ian R. Conner
KIRKLAND & ELLIS, LLP
300 North LaSalle
Chicago, IL 60654
Via email: daniel.laytin@kirkland.com; ian.conner@kirkland.com

E. Desmond Hogan
Craig A. Hoover
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
Via US Mail

Cavender C. Kimble
BALCH & BINGHAM, LLP
1901 6th Avenue North, Suite 1500
P.O. Box 306
Birmingham, AL 35201-0306
Via e-mail: ckimble@balch.com

Arkansas Blue Cross and Blue Shield
c/o Mark White, CEO
601 S. Gaines Street
Little Rock, AR 72201
Via U.S. Mail

John M. Johnson
Brian P. Kappel
LIGHTFOOT FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Via ECF system: jjohnson@lightfootlaw.com; bkappel@lightfoot.com

Blue Cross and Blue Shield of Michigan
c/o Daniel J. Loepp, CEO
600 E. Lafayette Blvd.
Detroit, MI 48226
Via U.S. Mail

7

Blue Cross and Blue Shield of Mississippi

Scott F. Singley
BRUNINI GRANTHAM GROWER & HEWES, PLLC
410 Main Street
Columbus, MS 39701
Via email: ssingley@brunini.com

Blue Cross and Blue Shield of New Mexico
c/o Kurt Shipley, President
5701 Balloon Fiesta Parkway, NE
Albuquerque, NM 87113
Via U.S. Mail

Adam H. Charnes
Chad Dwight Hansen
Daniel R. Taylor, Jr.
KILPATRICK TOWNSEND & STOCKTON LLP
1001 W. Fourth Street
Winston-Salem, NC 27101
Via email: acharnes@kilpatricktownsend.com
Via email: ChadHansen@KilpatrickTownsend.com
Via email: DanTaylor@KilpatrickTownsend.com

Emily M. Yinger
Nathaniel Thomas Connally, III
Thomas Michael Trucksess
HOGAN LOVELLS US LLP
7930 Jones Branch Drive, 9th Floor
Park Place II Building
McLean, VA 22102
Via email: emily.yinger@hoganlovells.com
Via email: tom.connally@hoganlovells.com
Via email: Thomas.trucksess@hoganlovells.com

J. Robert Robertson
Justin W. Bernick
Robert F. Leibenluft
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004
Email: robby.robertson@hoganlovells.com
Email: justin.bernick@hoganlovells.com
Email: robert.leibenfluft@hoganlovells.com

8

Jennifer K. Van Zant
BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP
P.O. Box 26000
Greensboro, NC 27420
Email: jvanzant@brookspierce.com

**Blue Cross of Northeastern Pennsylvania**
c/o John P. Moses, Chairman
19 N. Main Street
Wilkes-Barre, PA  18711
Via U.S. Mail

**Blue Cross and Blue Shield of Oklahoma**
c/o Ted Haynes, President
1400 S. Boston Avenue
Tulsa, OK  74119
Via U.S. Mail

**Blue Cross and Blue Shield of Rhode Island**
c/o Peter Andruszkiewicz, CEO
500 Exchange Street
Providence, RI  02903
Via U.S. Mail

Justin Wade Bernick
HOGAN LOVELLS
555 Thirteenth Street, NW
Washington, DC 20004
202-637-5600
Via email: justin.bernick@hoganlovells.com

Matthew G. White
R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ-Memphis
First Tennessee Bank Building
165 Madison Ave., Ste. 2000
Memphis, TN 38103
Via email: mwhite@bakerdonelson.com
Via email: mglover@bakerdonelson.com

**Blue Cross and Blue Shield of Texas**
c/o Bert Marshall, President
 1001 E. Lookout Drive
Richardson, TX  75082
Via U.S. Mail

**Blue Cross and Blue Shield of Vermont**
c/o Don George, CEO
445 Industrial Lane
Berlin, VT  05602
Via U.S. Mail

**Carefirst Blue Cross and Blue Shield of Maryland**
c/o Chester Burrell, CEO
10455 Mill Run Circle
Owings Mills, MD  21117
Via U.S. Mail

**Excellus Blue Cross and Blue Shield of New York**
c/o Randall L. Clark, Chairman
333 Butternut Drive
Syracuse, NY  13214-1803
Via U.S. Mail

**Healthcare Service Corp., d/b/a/ Blue Cross and Blue Shield of Illinois**
c/o Raymond F. McCaskey, CEO
300 East Randolph Street
Chicago, IL  60601-5099
Via U.S. Mail

**Highmark Blue Cross and Blue Shield of Delaware**
c/o Timothy J. Constantine, President
800 Delaware Avenue
Wilmington, DE  19801
Via U.S. Mail

**Highmark Blue Cross and Blue Shield of West Virginia**
c/o William Winkenwerder, CEO
614 Market Street
Parkersburg, WV  26102
Via U.S. Mail

**Highmark, Inc.**
c/o Kenneth R. Melani, President
1800 Center Street
Camp Hill, PA  17011
Via U.S. Mail

**Independence Blue Cross**
1901 Market Street
Philadelphia, PA  19103-1480

Tony Clayton
Michael Paul Fruge
CLAYTON & FRUGE
607 North Alexander Avenue
Port Allen, LA  70767
Via email:  tclaytonlaw@aol.com; michaelfruge@claytonfrugelaw.com

Charles A. O'Brien, III
Allison N. Pham
BLUE CROSS and BLUE SHIELD OF LOUISIANA
5525 Reitz Avenue
P.O. Box 58029
Baton Rouge, LA  70898-9029
Via email:  andy.o'brien@bcbsla.com; Allison.pham@bcbsla.com

J. Bentley Owens, III
STARNES DAVIS FLORIE, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259-8512
Via ECF system:  jbo@starneslaw.com

**Wellmark Blue Cross and Blue Shield of Iowa**
c/o John D. Forsyth, CEO
1331 Grand avenue
Des Moines, Iowa  50306
Via U.S. Mail

   In San Juan, Puerto Rico, this 21st day of September, 2012.

           *s/Rafael Escalera-Rodriguez*
           **RAFAEL ESCALERA-RODRIGUEZ**
           USDC-PR 122,609
           **REICHARD & ESCALERA**
           Attorneys for co-defendant TRIPLE-S SALUD, INC.
           PO Box 364148
           San Juan, PR 00936-4148
           Tel.: (787) 777-8888
           Fax: (787) 765-4225
           e-mail: escalera@reichardescalera.com