BEFORE THE UNITED STATES
JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Blue Cross Blue Shield Antitrust Litigation – MDL No. 2406

**Proof of Service**

I certify that on September 21, 2012, I caused a true and correct copy of foregoing Corporate Disclosure Statment to be served on the following parties by the following means:

**Via US Mail:**

Clerk of the Court
U.S. District Court for the Northern
District of Alabama
Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Clerk of the Court
U.S. District Court for the Western District
of Tennessee
167 N. Main Street
Room 242
Memphis, TN 38103

Clerk of the Court
U.S. District Court for the Western District
of North Carolina
200 W. Broad St.
Statesville, NC 28677

**Via email:**

Larry S. McDevitt
David M. Wilkerson
THE VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
lmcdevitt@vwlawfirm.com
dwilkerson@vwlawfirm.com

Michael D. Hausfeld
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
mhausfeld@hausfeldllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, DC 20015
wisaacson@bsfllp.com

J. Michael Malone
HENDREN & MALONE, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
mmalonelaw@aol.com

*Attorneys for Plaintiffs Kelli R. Cerven, Keith O. Cerven, Teresa M. Cerven, CFW Vending LLC, and SHGI Corporation*

Charles M. Thompson
CHARLES M. THOMPSON, P.C.
1401 Doug Baker Blvd., Suite 107-135
Birmingham, AL 35242
CMTLAW@aol.com

Laura M. Alexander
Meghan M. Boone
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave, NW
Suite 500 West
Washington, DC 20005
lalexander@cohenmilstein.com
mboone@cohenmilstein.com

John D. Saxon
Adam W. Pittman
JOHN D SAXON PC
2119 Third Avenue North
Birmingham, AL 35203
(205) 324-0223
Fax: (205) 323-1583
jsaxon@saxonattorneys.com
apittman@saxonattorneys.com

*Attorneys for Plaintiffs Fred R. Richards, Richards and Sons Construction Co., Inc., Thomas A. Carder, Jr., and Industrial Sales & Service LLC*

Eric L. Cramer
Ellen Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
ecramer@bm.net
enoteware@bm.net

Joshua P. Davis
2130 Fulton Street
San Francisco, CA 94117
davisj@usfca.edu

Kendall S. Zylstra
Richard D. Schwartz
FARUQI & FARUQI, LLP
101 Greenwood Ave.
Suite 600
Jenkintown, PA 19046
kzylstra@faruqilaw.com
rschwartz@faruqilaw.com

Michael J. Brickman
Kimberly Keevers Palmer
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
174 East Bay St.
Charleston, SC 29401
mbrickman@rpwb.com
kkeevers@rpwb.com

Joseph Goldberg
Vincent J. Ward
FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD, P.C.
20 First Plaza NW, Suite 700
Albuquerque, NM 87102
jg@fbdlaw.com
vjw@fbdlaw.com

*Attorneys for Plaintiffs Thomas A. Carder, Jr., and Industrial Sales & Service LLC*

Chris T. Hellums
Jonathan S. Mann
PITTMAN, DUTTON & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
PDH-efiling@pittmandutton.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, DC 20015
wisaacson@bsfllp.com

Michael D. Hausfeld
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
mhausfeld@hausfeldllp.com

Edgar D. Gankendorff
PROVOSTY & GANKENDORFF, L.L.C.
650 Poydras Street, Suite 2700
New Orleans, LA 70130
egankendorff@provostylaw.com

*Attorneys for Plaintiffs One Stop Environmental and Nicholas A. Layman*

Charles M. Thompson,
1401 Doug Baker Blvd.,
Birmingham, AL 35242
CMTLAW@aol.com

Daniel E. Gustafson
Daniel C. Hedlund
Ellen M. Ahrens
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
eahrens@gustafsongluek.com

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
dnast@rodanast.com

*Attorneys for Plaintiff American Electric Motor Services, Inc.*

Stanley P. Baudin
Christopher L. Coffin
Patrick Wayne Pendley
Nicholas R. Rockforte
PENDLEY, BAUDIN & COFFIN, LLP
P.O. Drawer 71
24110 Eden St.
Plaquemine, LA 70764-0071
sbaudin@pbclawfirm.com
ccoffin@pbclawfirm.com
pwpendley@pbclawfirm.com
nrockforte@pbclawfirm.com

*Attorneys for Plaintiff Hilda Jarreau*

Gerald F. Easter
369 N. Main Street
Memphis, TN 38103
jerryeaster1@gmail.com

W. Gordon Ball
BALL & SCOTT LAW OFFICES
550 West Main Street, Suite 601
Knoxville, TN 37902
gball@ballandscott.com

*Attorneys for Plaintiff Mary Morrissey*

David J. Guin
Tammy M. Stokes
Star M. Tyner
DONALDSON & GUIN, LLC
The Financial Center
505 20th St. North, Suite 1000
Birmingham, AL 35203
davidg@dglawfirm.com
tammys@dglawfirm.com
start@dglawfirm.com

*Attorneys for Plaintiffs Chris Bajalieh and Consumer Financial Educational Foundation of America, Inc.*

Greg L. Davis
DAVIS & TALIAFERRO, LLC
7031 Halcyon Park Drive
Montgomery, Alabama 36117
gldavis@knology.net

*Attorney for Plaintiffs GC Advertising LLC and CB Roofing LLC*

Joe R. Whatley , Jr.
W. Tucker Brown
WHATLEY KALLAS, LLC
2001 Park Place North, Suite 1000
Birmingham, AL 35203
jwhatley@whatleykallas.com
tbrown@whatleykallas.com

E. Kirk Wood , Jr.
WOOD LAW FIRM LLC
PO Box 382434
Birmingham, AL 35238
ekirkwood1@bellsouth.net

Nicholas B. Roth
EYSTER KEY TUBB ROTH
MIDDLETON & ADAMS LLP
402 E Moulton Street
PO Box 1607
Decatur, AL 35602
nbroth@eysterkey.com

Dennis G. Pantazis
WIGGINS CHILDS QUINN &
PANTAZIS
301 19th Street, North
Birmingham, AL 35203-3204
dgp@wcqp.com

*Attorneys for Plaintiffs Jerry L. Conway, D.C.*

John M. Johnson
Brian P. Kappel
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 20th Street N
Birmingham, AL 35203
jjohnson@lightfootlaw.com
bkappel@lightfootlaw.com

*Attorneys for Defendants Blue Cross and Blue Shield of Kansas, Blue Cross and Blue Shield of Kansas City, and Blue Cross and Blue Shield of Nebraska*

Daniel Edward Laytin
Ian R. Conner
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
daniel.laytin@kirkland.com
ian.conner@kirkland.com

Kimberly R. West
Mark M. Hogewood
WALLACE JORDAN RATLIFF &
BRANDT LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
PO Box 530910
Birmingham, AL 35253
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Attorneys for Defendant Blue Cross and Blue Shield Association*

Tony Clayton
Michael Paul Fruge
CLAYTON & FRUGE
607 North Alexander Avenue
Port Allen, LA 70767
tclaytonlaw@aol.com
michaelfruge@claytonfrugelaw.com

Charles Andrew O'Brien, III
Allison Nunley Pham
BLUE CROSS AND BLUE SHIELD OF
LOUISIANA
5525 Reitz Avenue
P.O. Box 58029
Baton Rouge, LA 70898-9029
Andy.O'Brien@bcbsla.com
allison.pham@bcbsla.com

*Attorneys for Defendant Louisiana Health Service & Indemnity Company*

Carl S. Burkhalter
James L. Priester
MAYNARD COOPER & GALE PC
1901 6th Avenue North
Birmingham, AL 35203-2618
cburkhalter@maynardcooper.com
jpriester@maynardcooper.com

Pamela B. Slate
HILL HILL CARTER FRANCO COLE &
BLACK PC
425 S Perry Street
Montgomery, AL 36104
pslate@hillhillcarter.com

*Attorneys for Defendant Blue Cross and Blue Shield of Alabama*

Edward S. Bloomberg
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, NY 14203
ebloomberg@phillipslytle.com

*Attorney for Defendant Excellus BlueCross BlueShield of New York*

Rafael Escalera-Rodriguez
REICHARD & ESCALERA
MCS Plaza  255 Av Juan Ponce De León
San Juan, 00917, Puerto Rico
escalera@reichardescalera.com

*Attorney for Defendant Triple-S Salud, Inc.*

Gary M. London
BURR & FORMAN LLP
420 20th St N #3400
Birmingham, AL 35203
glondon@burr.com

*Attorney for Defendant Arkansas Blue Cross and Blue Shield*

Justin Wade Bernick
Nathaniel Thomas Connally, III
Robert F. Leibenluft
J. Robert Robertson
Thomas Michael Trucksess
HOGAN LOVELLS
555 Thirteenth Street, NW
Washington, DC 20004
justin.bernick@hoganlovells.com
tom.connally@hoganlovells.com
robert.leibenluft@hoganlovells.com
robby.robertson@hoganlovells.com
thomas.trucksess@hoganlovells.com

Adam H. Charnes
Chad D. Hansen
Daniel R. Taylor, Jr.
KILPATRICK TOWNSEND &
STOCKTON LLP
1001 W. Fourth Street
Winston-Salem, NC 27101
acharnes@kilpatricktownsend.com
chadhansen@kilpatricktownsend.com
dantaylor@kilpatricktownsend.com

*Attorneys for Defendant Blue Cross and Blue Shield of North Carolina*

Cavender C. Kimble
BALCH & BINGHAM LLP
1901 6th Avenue N, Suite 1500
PO Box 306
Birmingham, AL 35201-0306
ckimble@balch.com

*Attorney for Defendants Anthem Inc., Anthem Blue Cross and Blue Shield of Connecticut, Indiana, New Hampshire, Virginia, Missouri, Maine, Florida, Georgia, Louisiana, Massachusetts, Minnesota, North Carolina, South Carolina, Hawaii Medical Service Association, Horizon Blue Cross and Blue Shield of New Jersey, and Wellmark of South Dakota Inc.*

| | |
|---|---|
| H. James Koch<br>Andrew W. Martin , Jr<br>Brian K Norman<br>ARMBRECHT JACKSON LLP<br>PO Box 290<br>Mobile, AL 36601<br>hjk@ajlaw.com<br>awm@ajlaw.com<br>bkn@ajlaw.com<br><br>*Attorneys for Defendant CareFirst Blue Cross and Blue Shield of Maryland* | Cheri D. Green<br>Christopher A. Shapley<br>R. David Kaufman<br>Scott F. Singley<br>BRUNINI GRANTHAM GROWER & HEWES PLLC<br>190 E Capitol Street<br>Suite 100<br>Jackson, MS 39201<br>cgreen@brunini.com<br>cshapley@brunini.com<br>dkaufman@brunini.com<br>ssingley@brunini.com<br><br>*Attorneys for Defendant Blue Cross and Blue Shield of Mississippi* |

**Via U.S. Mail**

| | |
|---|---|
| Blue Cross and Blue Shield Association<br>1310 G. Street NW<br>Washington, DC 20005 | Blue Cross and Blue Shield of Texas<br>1001 E. Lookout Drive<br>Richardson, TX 75082 |
| Blue Cross and Blue Shield of Michigan<br>20500 Civic Center Drive<br>Southfield, MI 48076 | Blue Cross and Blue Shield of Vermont<br>P.O. Box 186<br>Montpelier, VT 05601 |
| Blue Cross and Blue Shield of New Mexico<br>P.O. Box 27630<br>Albuquerque, NM 87125-7630 | Blue Cross and Blue Shield of Rhode Island<br>500 Exchange Street<br>Providence, RI 02903 |
| Health Care Service Corp.<br>300 E Randolph Street<br>Chicago, IL 60601 | Blue Cross of Northeastern Pennsylvania<br>70 North Main Street<br>Wilkes-Barre, PA 18711 |
| Independence Blue Cross<br>1901 Market Street<br>Philadelphia, PA 19103-1480 | Highmark Inc.<br>Fifth Ave Place<br>120 Fifth Ave.<br>Pittsburg, PA 15222-3099 |
| Blue Cross and Blue Shield of Oklahoma<br>P.O. Box 3283<br>Tulsa, OK 74102-3283 | Wellmark Inc.<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103 |

Dated: September 21, 2012				*/s/ Daniel A. Small*
						Daniel A. Small
						Cohen Milstein Sellers & Toll PLLC
						1100 New York Ave, NW
						Suite 500 West
						Washington, DC 20005
						Tel: 202-408-4600
						Fax: 202-408-4699
						*Attorney for Plaintiffs Fred R. Richards and*
						*Richards and Sons Construction Co., Inc*