### SCHEDULE OF ACTIONS

| Case name | District | Case No. |
| --- | --- | --- |
| Fred R. Richards and Richards and Sons Construction Co. Inc. v. Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield Association | Northern District of Alabama - Southern Division | 2:12-cv-01133-RDP |
| One Stop Environmental, LLC and Nicholas A. Layman v. Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield Association | Northern District of Alabama - Southern Division | 2:12-cv-01910-RDP |
| American Electric Motor Services, Inc., on Behalf of Itself and All Others Similarly Situated v. Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield Association | Northern District of Alabama - Southern Division | 2:12-cv-02169-RDP |
| Chris Bajalieh and Consumer Financial Education Foundation of America, Inc. v. Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield Association | Northern District of Alabama - Southern Division | 2:12-cv-02185-RDP |
| GC Advertising, LLC; CB Roofing LLC, On Behalf of Themselves and All Others Similarly Situated v. Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield Association | Northern District of Alabama - Southern Division | 2:12-cv-02525-RDP |
| Thomas A. Carder, Jr., and Industrial Sales & Service, LLC, on Behalf of Themselves and All Others Similarly Situated v. Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield Association | Northern District of Alabama - Southern Division | 2:12-cv-02537-RDP |
| Jerry L. Conway, D.C. On behalf of Himself and All Others Similarly Situated v. Blue Cross and Blue Shield of Alabama, et al., | Northern District of Alabama - Southern Division | 2:12-cv-02532-RDP |
| Kelli R. Cerven, Keith O. Cerven, Teresa M. Cerven, CFW Vending LLC, and SHGI Corporation v. Blue Cross & Blue Shield of North Carolina and Blue Cross & Blue Shield Association | Western District of North Carolina - Statesville Division | 5:12-cv-17-RLV-DCK |
| Mary Morrissey and Paul N. Poston Jr., individually and on behalf of all others similarly situated v. Blue Cross & Blue Shield of Tennessee, and Blue Cross & Blue Shield Association | Western District of Tennessee | 2:12-cv-02359-JTF-CGC |
| Hilda Jarreau, on behalf of herself and all others similarly situated v. Louisiana Health Service & Indemnity Co., d/b/a Blue Cross & Blue Shield of Louisiana | Middle District of Louisiana | 3:12-cv-00421-JJB-SCR |