## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 21, 2012, the foregoing Corporate Disclosure Statement was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                /s/ Daniel E. Laytin
                Daniel E. Laytin
                Kirkland & Ellis LLP
                300 North LaSalle
                Chicago, IL 60654
                Telephone: 312.862.2000
                Facsimile:  312.862.2200
                daniel.laytin@kirkland.com
                *Attorney for Blue Cross and*
                *Blue Shield Association*