# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406 & TITLE - IN RE: Blue Cross Blue Shield Antitrust Litigation

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Plaintiffs Chris Bajalieh and Consumer Financial Education Foundation of America, Inc.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Bajalieh v. Blue Cross and Blue Shield of Alabama, No. 12-cv-02185 (N.D. Ala.)

***********************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| Sept. 21, 2012 | Tammy McClendon Stokes |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Tammy McClendon Stokes, Donaldson & Guin, LLC, 505 20th Street North, Suite 1000, Birmingham, AL 35203

Telephone No.: (205) 226-2282     Fax No.: (205) 226-2357

Email Address: tammys@dglawfirm.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

I certify that on September 21, 2012, I caused a true and correct copy of the foregoing Notice of Appearance to be served on the following parties by the following means:

**ALN/2:12-cv-02169 Notice has been electronically mailed to:**

Carl Burkhalter
cburkhalter@maynardcooper.com

Daniel C. Hedlund
dhedlund@gustafsongluek.com

Daniel E. Gustafson
dgustafson@gustafsongluek.com

Dianne M. Nast
dnast@rodanast.com

Ellen M. Ahrens
eahrens@gustafsongluek.com

Erin C. Burns
eburns@rodanast.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Pamela B. Slate
pslate@hillhillcarter.com

Charles M. Thompson
CMTLAW@aol.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

**ALN/2:12-cv-02525 Notice has been electronically mailed to:**

Carl Burkhalter
cburkhalter@maynardcooper.com

Gregory L. Davis
gldavis@knology.net

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Pamela B. Slate
pslate@hillhillcarter.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

**ALN/2:12-cv-02532 Notice has been electronically mailed to:**

Brian P. Kappel
bkappel@lightfootlaw.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Cavender C. Kimble
ckimble@balch.com

Craig A. Hoover
craig.hoover@hoganlovells.com,
miranda.berge@hoganlovells.com

D. Keith Andress
kandress@bakerdonelson.com

Dennis G. Pantazis, Jr.
dpantazisjr@wcqp.com, dgp@wcqp.com

E. Desmond Hogan
desmond.hogan@hoganlovells.com

E. Kirk Wood, Jr.
ekirkwood1@bellsouth.net,
bakercarla@bellsouth.net

Edward S. Bloomberg
ebloomberg@phillipslytle.com,
dwallum@phillipslytle.com

Emily M. Yinger
emily.yinger@hoganlovells.com,
albert.hagovsky@hoganlovells.com

Erin M. Wilson
wilsonem@lanepowell.com

Gwendolyn C. Payton
paytong@lanepowell.com

J. Bentley Owens, III
jbo@starneslaw.com

J. Robert Robertson
robby.robertson@hoganlovells.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Edith M. Kallas
ekallas@whatleykallas.com

Joe R. Whatley, Jr.
jwhatley@whatleykallas.com,
ecf@wdklaw.com

John M. Johnson
jjohnson@lightfootlaw.com

Kathleen Taylor Sooy
ksooy@crowell.com

Kevin R. Garrison
krgarrison@bakerdonelson.com

Michael E. Gurley, Jr.
mgurleyjr@yahoo.com

N. Thomas Connally, III
tom.connally@hoganlovells.com

Nicholas B. Roth
nbroth@eysterkey.com

Pamela B. Slate
pslate@hillhillcarter.com

Rafael Escalera-Rodriguez
escalera@reichardescalera.com,
santiagop@reichardescalera.com

Tracy A. Roman
troman@crowell.com

W. Tucker Brown
tbrown@whatleykallas.com,
ecf@wdklaw.com

J. Bentley Owens, III
jbo@starneslaw.com

Gary M. London
glondon@burr.com

Alan D. Rutenberg
arutenberg@foley.com

Devin Clark Dolive
ddolive@burr.com

| | |
|---|---|
| Michael A. Naranjo<br>mnaranjo@foley.com | **ALN/2:12-cv-02532 Notice will not be electronically mailed to:** |
| John M. Johnson<br>jjohnson@lightfootlaw.com | Blue Cross and Blue Shield of Michigan<br>20500 Civic Center Drive<br>Southfield, MI 48076 |
| H. James Koch<br>hjk@ajlaw.com | Blue Cross and Blue Shield of New Mexico<br>P.O. Box 27630<br>Albuquerque, NM 87125-7630 |
| Andrew W. Martin, Jr.<br>awm@ajlaw.com | Blue Cross and Blue Shield of Oklahoma<br>P.O. Box 3283<br>Tulsa, OK 74102-3283 |
| Brian K. Norman<br>bkn@snlegal.com | |
| Cheri D. Green<br>cgreen@brunini.com | Blue Cross and Blue Shield of Rhode Island<br>500 Exchange Street<br>Providence, RI 02903 |
| Christopher A. Shapley<br>cshapley@brunini.com | Blue Cross and Blue Shield of Texas<br>1001 E. Lookout Drive<br>Richardson, TX 75082 |
| R. David Kaufman<br>dkaufman@brunini.com | Blue Cross and Blue Shield of Vermont<br>P.O. Box 186<br>Montpelier, VT 05601 |
| Scott F. Singley<br>Ssingley@brunini.com | |
| Pedro Santiago-Rivera<br>santiagopedro@reichardescalera.com | Blue Cross of Northeastern Pennsylvania<br>70 North Main Street<br>Wilkes-Barre, PA 18711 |
| Kevin R. Garrison<br>krgarrison@bakerdonelson.com | Health Care Service Corp.<br>300 E Randolph Street<br>Chicago, IL 60601 |
| Daniel E. Laytin<br>Daniel.laytin@kirkland.com | |
| Ian R. Conner<br>Ian.conner@kirkland.com | Highmark Blue Cross, Blue Shield of West Virginia<br>P.O. Box 7026<br>Wheeling, WV 26003 |
| Kimberly R. West<br>kwest@wallacejordan.com | Highmark Inc.<br>Fifth Ave Place<br>120 Fifth Ave.<br>Pittsburg, PA 15222-3099 |
| Mark M. Hogewood<br>mhogewood@wallacejordan.com | |

Independence Blue Cross
1901 Market Street
Philadelphia, PA 19103-1480

**ALN/2:12-cv-02185 Notice has been electronically mailed to:**

Carl Burkhalter
cburkhalter@maynardcooper.com

Charles R. Watkins
charlesw@dglawfirm.com

David J. Guin
davidg@dglawfirm.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

John R. Wylie
Johnw@dglawfirm.com,
Tressyw@dglawfirm.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Pamela B. Slate
pslate@hillhillcarter.com

Star Mishkel Tyner
start@dglawfirm.com

Tammy McClendon Stokes
tstokes@dglawfirm.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

**ALN/2:12-cv-02537 Notice has been electronically mailed to:**

Adam W. Pittman
apittman@saxonattorneys.com

Carl Burkhalter
cburkhalter@maynardcooper.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

John D. Saxon
jsaxon@saxonattorneys.com

Pamela B. Slate
pslate@hillhillcarter.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

**ALN/2:12-cv-01910 Notice has been electronically mailed to:**

Arthur Nash Bailey, Jr.
abailey@hausfeldllp.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Christopher T. Hellums
PDH-efiling@pittmandutton.com

Edgar D. Gankendorff
egankendorff@provostylaw.com

Eric R. Belin
ebelin@provostylaw.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Jonathan S. Mann
PDH-efiling@pittmandutton.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Michael D. Hausfeld
mhausfeld@hausfeldllp.com

Pamela B. Slate
pslate@hillhillcarter.com

William A. Isaacson
wisaacson@bsfllp.com, llaing@bsfllp.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

**ALN/2:12-cv-01133 Notice has been electronically mailed to:**

Adam W. Pittman
apittman@saxonattorneys.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Christopher T. Hellums
PDH-efiling@pittmandutton.com

Daniel A. Small
dsmall@cohenmilstein.com,
awentworth@cohenmilstein.com,
efilings@cohenmilstein.com

Daniel Edward Laytin
daniel.laytin@kirkland.com

Ian Robert Conner
ian.conner@kirkland.com,
john.wunderlich@kirkland.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

John D. Saxon
jsaxon@saxonattorneys.com

Kimberly R. West
kwest@wallacejordan.com

Laura Alexander
lalexander@cohenmilstein.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Meghan M. Boone
mboone@cohenmilstein.com

Pamela B. Slate
pslate@hillhillcarter.com

Charles M. Thompson
CMTLAW@aol.com


/s/ Tammy McClendon Stokes
Of Counsel