# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____ & TITLE - IN RE: _____

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

      This party's parent corporation(s) are listed below:

      The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

      This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_____    _____
      Signature of Attorney                                        Name of Firm

_____    _____
      Address                                                  City/State/Zip Code

Date _____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement.
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

I certify that on September 21, 2012, I caused a true and correct copy of the foregoing Corporate Disclosure to be served on the following parties by the following means:

**ALN/2:12-cv-02169 Notice has been electronically mailed to:**

Carl Burkhalter
cburkhalter@maynardcooper.com

Daniel C. Hedlund
dhedlund@gustafsongluek.com

Daniel E. Gustafson
dgustafson@gustafsongluek.com

Dianne M. Nast
dnast@rodanast.com

Ellen M. Ahrens
eahrens@gustafsongluek.com

Erin C. Burns
eburns@rodanast.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Pamela B. Slate
pslate@hillhillcarter.com

Charles M. Thompson
CMTLAW@aol.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

**ALN/2:12-cv-02525 Notice has been electronically mailed to:**

Carl Burkhalter
cburkhalter@maynardcooper.com

Gregory L. Davis
gldavis@knology.net

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Pamela B. Slate
pslate@hillhillcarter.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

**ALN/2:12-cv-02532 Notice has been electronically mailed to:**

Brian P. Kappel
bkappel@lightfootlaw.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Cavender C. Kimble
ckimble@balch.com

Craig A. Hoover
craig.hoover@hoganlovells.com,
miranda.berge@hoganlovells.com

D. Keith Andress
kandress@bakerdonelson.com

Dennis G. Pantazis, Jr.
dpantazisjr@wcqp.com, dgp@wcqp.com

E. Desmond Hogan
desmond.hogan@hoganlovells.com

E. Kirk Wood, Jr.
ekirkwood1@bellsouth.net,
bakercarla@bellsouth.net

Edward S. Bloomberg
ebloomberg@phillipslytle.com,
dwallum@phillipslytle.com

Emily M. Yinger
emily.yinger@hoganlovells.com,
albert.hagovsky@hoganlovells.com

Erin M. Wilson
wilsonem@lanepowell.com

Gwendolyn C. Payton
paytong@lanepowell.com

J. Bentley Owens, III
jbo@starneslaw.com

J. Robert Robertson
robby.robertson@hoganlovells.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Edith M. Kallas
ekallas@whatleykallas.com

Joe R. Whatley, Jr.
jwhatley@whatleykallas.com,
ecf@wdklaw.com

John M. Johnson
jjohnson@lightfootlaw.com

Kathleen Taylor Sooy
ksooy@crowell.com

Kevin R. Garrison
krgarrison@bakerdonelson.com

Michael E. Gurley, Jr.
mgurleyjr@yahoo.com

N. Thomas Connally, III
tom.connally@hoganlovells.com

Nicholas B. Roth
nbroth@eysterkey.com

Pamela B. Slate
pslate@hillhillcarter.com

Rafael Escalera-Rodriguez
escalera@reichardescalera.com,
santiagop@reichardescalera.com

Tracy A. Roman
troman@crowell.com

W. Tucker Brown
tbrown@whatleykallas.com,
ecf@wdklaw.com

J. Bentley Owens, III
jbo@starneslaw.com

Gary M. London
glondon@burr.com

Alan D. Rutenberg
arutenberg@foley.com

Devin Clark Dolive
ddolive@burr.com

| | |
|---|---|
| Michael A. Naranjo<br>mnaranjo@foley.com | **ALN/2:12-cv-02532 Notice will not be electronically mailed to:** |
| John M. Johnson<br>jjohnson@lightfootlaw.com | Blue Cross and Blue Shield of Michigan<br>20500 Civic Center Drive<br>Southfield, MI 48076 |
| H. James Koch<br>hjk@ajlaw.com | Blue Cross and Blue Shield of New Mexico<br>P.O. Box 27630<br>Albuquerque, NM 87125-7630 |
| Andrew W. Martin, Jr.<br>awm@ajlaw.com | Blue Cross and Blue Shield of Oklahoma<br>P.O. Box 3283<br>Tulsa, OK 74102-3283 |
| Brian K. Norman<br>bkn@snlegal.com | |
| Cheri D. Green<br>cgreen@brunini.com | Blue Cross and Blue Shield of Rhode Island<br>500 Exchange Street<br>Providence, RI 02903 |
| Christopher A. Shapley<br>cshapley@brunini.com | Blue Cross and Blue Shield of Texas<br>1001 E. Lookout Drive<br>Richardson, TX 75082 |
| R. David Kaufman<br>dkaufman@brunini.com | Blue Cross and Blue Shield of Vermont<br>P.O. Box 186<br>Montpelier, VT 05601 |
| Scott F. Singley<br>Ssingley@brunini.com | |
| Pedro Santiago-Rivera<br>santiagopedro@reichardescalera.com | Blue Cross of Northeastern Pennsylvania<br>70 North Main Street<br>Wilkes-Barre, PA 18711 |
| Kevin R. Garrison<br>krgarrison@bakerdonelson.com | Health Care Service Corp.<br>300 E Randolph Street<br>Chicago, IL 60601 |
| Daniel E. Laytin<br>Daniel.laytin@kirkland.com | |
| Ian R. Conner<br>Ian.conner@kirkland.com | Highmark Blue Cross, Blue Shield of West Virginia<br>P.O. Box 7026<br>Wheeling, WV 26003 |
| Kimberly R. West<br>kwest@wallacejordan.com | Highmark Inc.<br>Fifth Ave Place |
| Mark M. Hogewood<br>mhogewood@wallacejordan.com | 120 Fifth Ave.<br>Pittsburg, PA 15222-3099 |

Independence Blue Cross
1901 Market Street
Philadelphia, PA 19103-1480

**ALN/2:12-cv-02185 Notice has been electronically mailed to:**

Carl Burkhalter
cburkhalter@maynardcooper.com

Charles R. Watkins
charlesw@dglawfirm.com

David J. Guin
davidg@dglawfirm.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

John R. Wylie
Johnw@dglawfirm.com,
Tressyw@dglawfirm.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Pamela B. Slate
pslate@hillhillcarter.com

Star Mishkel Tyner
start@dglawfirm.com

Tammy McClendon Stokes
tstokes@dglawfirm.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

**ALN/2:12-cv-02537 Notice has been electronically mailed to:**

Adam W. Pittman
apittman@saxonattorneys.com

Carl Burkhalter
cburkhalter@maynardcooper.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

John D. Saxon
jsaxon@saxonattorneys.com

Pamela B. Slate
pslate@hillhillcarter.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

**ALN/2:12-cv-01910 Notice has been electronically mailed to:**

Arthur Nash Bailey, Jr.
abailey@hausfeldllp.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Christopher T. Hellums
PDH-efiling@pittmandutton.com

Edgar D. Gankendorff
egankendorff@provostylaw.com

Eric R. Belin
ebelin@provostylaw.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Jonathan S. Mann
PDH-efiling@pittmandutton.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Michael D. Hausfeld
mhausfeld@hausfeldllp.com

Pamela B. Slate
pslate@hillhillcarter.com

William A. Isaacson
wisaacson@bsfllp.com, llaing@bsfllp.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

**ALN/2:12-cv-01133 Notice has been electronically mailed to:**

Adam W. Pittman
apittman@saxonattorneys.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Christopher T. Hellums
PDH-efiling@pittmandutton.com

Daniel A. Small
dsmall@cohenmilstein.com,
awentworth@cohenmilstein.com,
efilings@cohenmilstein.com

Daniel Edward Laytin
daniel.laytin@kirkland.com

Ian Robert Conner
ian.conner@kirkland.com,
john.wunderlich@kirkland.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

John D. Saxon
jsaxon@saxonattorneys.com

Kimberly R. West
kwest@wallacejordan.com

Laura Alexander
lalexander@cohenmilstein.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Meghan M. Boone
mboone@cohenmilstein.com

Pamela B. Slate
pslate@hillhillcarter.com

Charles M. Thompson
CMTLAW@aol.com

**NCW/5:12-cv-00017 Notice has been electronically mailed to:**

Larry S. McDevitt
lmcdevitt@vwlawfirm.com,
sholder@vwlawfirm.com

Adam H. Charnes
acharnes@kilpatricktownsend.com

William A. Isaacson
wisaacson@bsfllp.com, llaing@bsfllp.com

David J. Zott
david.zott@kirkland.com

Robert F. Leibenluft
robert.leibenluft@hoganlovells.com

Michael D. Hausfeld
mhausfeld@hausfeldllp.com

J. Michael Malone
mmalonelaw@aol.com

David Matthew Wilkerson
dwilkerson@vwlawfirm.com

Daniel R. Taylor, Jr.
DanTaylor@KilpatrickTownsend.com

Daniel E. Laytin
daniel.laytin@kirkland.com

Ian R. Conner
ian.conner@kirkland.com

Emily M. Yinger
emily.yinger@hoganlovells.com

J. Robert Robertson
robby.robertson@hoganlovells.com

James Thomas Williams, Jr.
jwilliams@brookspierce.com

Jennifer K. Van Zant
jvanzant@brookspierce.com

Chad Dwight Hansen
ChadHansen@KilpatrickTownsend.com

Nathaniel Thomas Connally, III
tom.connally@hoganlovells.com

Justin W. Bernick
justin.bernick@hoganlovells.com

Thomas Michael Trucksess
thomas.trucksess@hoganlovells.com

Kathleen Simpson Kiernan
kkiernan@bsfllp.com

Arthur Nash Bailey, Jr.
abailey@hausfeldllp.com

Carl S. Kravitz
ckravitz@zuckerman.com

Cyril Vincent Smith, III
csmith@zuckerman.com

Daniel Patrick Moylan
dmoylan@zuckerman.com

**TNW/2:12-cv-02359 Notice has been electronically mailed to:**

Randall D. Noel
randy.noel@butlersnow.com

R. Mark Glover
mglover@bakerdonelson.com

Daniel Edward Laytin
daniel.laytin@kirkland.com

Gerald F. Easter
jerryeaster1@gmail.com

Matthew G. White
mwhite@bakerdonelson.com

David John Zott
david.zott@kirkland.com

Ian Robert Conner
ian.conner@kirkland.com

William Gordon Ball
gball@ballandscott.com

Justin Wade Bernick
justin.bernick@hoganlovells.com

                                                /s/ Tammy McClendon Stokes
                                                Of Counsel