## IN THE UNITED STATES JUDICIAL PANEL
## ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | Case Number:  MDL NO. 2406 |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Triple-S Salud, Inc, through the undersigned attorney, and very respectfully states:

1.      Triple-S Salud, Inc. is wholly owned by Triple-S Management Corporation. Triple-S Management Corporation is a publicly traded company.

**WHEREFORE**, it is respectfully requested that the Panel take notice of the above.

**RESPECTFULLY SUBMITTED.**

**WE HEREBY CERTIFY**: that on this same date a true and exact copy of the foregoing motion has been filed using the CM/ECF system which will send notification of such filing via e-mail to all counsels of record.

In San Juan, Puerto Rico, this 24th day of September, 2012.

*s/Rafael Escalera-Rodriguez*
**RAFAEL ESCALERA RODRIGUEZ**
SUPREME COURT OF PUERTO RICO 5,310
USDC-PR 122,609
**REICHARD & ESCALERA**
Attorneys for co-defendant TRIPLE-S SALUD, INC.
PO Box 364148
San Juan, PR 00936-4148
Tel.: (787) 777-8888
Fax: (787) 765-4225
e-mail: escalera@reichardescalera.com