

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p 202 624-2500 ▪ f 202 628-5116

Kathleen Sooy
(202) 624-2608
KSooy@crowell.com

September 24, 2012

**VIA ECF**

Clerk of the Panel
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C.  20544-0005

Re:   *In Re Blue Cross Blue Shield Antitrust Litigation*

Dear Clerk of the Court:

We write to withdraw docket entries Nos. 23-26 because these filings were not properly linked in the system to *Jerry L. Conway, D.C. v. Blue Cross and Blue Shield of Alabama, et. al.,* Case No. 2:12-cv-02532 (N.D. Ala.).  We will refile to properly link the documents to the *Conway* case.

Thank you.

Very truly yours,

Kathleen Taylor Sooy