BEFORE THE UNITED STATES
JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Blue Cross Blue Shield Antitrust Litigation – MDL No. 2406

**Proof of Service**

I certify that on September 24, 2012, I caused a true and correct copy of foregoing Notice of Appearance to be served on the following parties by the following means:

**Via US Mail:**

Clerk of the Court
U.S. District Court for the Northern
District of Alabama
Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Clerk of the Court
U.S. District Court for the Western District
of Tennessee
167 N. Main Street
Room 242
Memphis, TN 38103

Clerk of the Court
U.S. District Court for the Western District
of North Carolina
200 W. Broad St.
Statesville, NC 28677

**Via email:**

Larry S. McDevitt
David M. Wilkerson
THE VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
lmcdevitt@vwlawfirm.com
dwilkerson@vwlawfirm.com

Michael D. Hausfeld
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
mhausfeld@hausfeldllp.com

Arthur Nash Bailey, Jr.
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
abailey@ hausfeldllp.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, DC 20015
wisaacson@bsfllp.com

J. Michael Malone
HENDREN & MALONE, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
mmalonelaw@aol.com

Carl S. Kravitz
ZUCKERMAN SPAEDER LLP
1800 M. Street, NW, Suite 1000
Washington, DC 20036
ckravitz@zuckerman.com

Daniel Patrick Moylan
Cyril Vincent Smith, III
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
dmoylan@ zuckerman.com
csmith@ zuckerman.com

*Attorneys for Plaintiffs Kelli R. Cerven,
Keith O. Cerven, Teresa M. Cerven, CFW
Vending LLC, and SHGI Corporation*

Charles M. Thompson
CHARLES M. THOMPSON, P.C.
1401 Doug Baker Blvd., Suite 107-135
Birmingham, AL 35242
CMTLAW@aol.com

Daniel Small
Laura M. Alexander
Meghan M. Boone
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave, NW
Suite 500 West
Washington, DC 20005
dsmall@cohenmilstein.com
lalexander@cohenmilstein.com
mboone@cohenmilstein.com

John D. Saxon
Adam W. Pittman
JOHN D SAXON PC
2119 Third Avenue North
Birmingham, AL 35203
(205) 324-0223
Fax: (205) 323-1583
jsaxon@saxonattorneys.com
apittman@saxonattorneys.com

*Attorneys for Plaintiffs Fred R. Richards,
Richards and Sons Construction Co., Inc.,
Thomas A. Carder, Jr., and Industrial
Sales & Service LLC*

R Mark Glover
Matthew G. White
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ PC
First Tennessee Bank Building
165 Madison Ave., Suite 2000
Memphis, TN 38103
mglover@bakerdonelson.com
mwhite@bakerdonelson.com

D. Keith Andress
Kevin R Garrison
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ PC
420 North 20th Street, Suite 1600
Birmingham, AL 35203-5202
kandress@ bakerdonelson.com
krgarrison@ bakerdonelson.com

*Attorneys for Defendants Blue Cross and Blue Shield of Alabama*

Randall D. Noel
BUTLER SNOW O'MARA STEVENS &
CANNADA, PLLC
6075 Poplar Avenue, 5th Floor
Memphis, TN 38119
randy.noel@bultersnow.com

Gregory D. Davis
DAVIS & TALIAFERRO, LLC
7031 Halcyon Park Drive
Montgomery, Alabama
36117 gldavis@knology.net

*Attorneys for Plaintiffs GC Advertising LLC and CB Roofing LLC*

Jennifer K. Van Zant
James Thomas Williams, Jr.
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
230 North Elm Street, Suite 2000
PO Box 26000
Greensboro, NC 27420-6000
jvanzant@brookspierce.com
jwilliams@ brookspierce.com

*Attorneys for Blue Cross and Blue Shield Association and Blue Cross and Blue Shield of North Carolina*

Chris T. Hellums
Jonathan S. Mann
PITTMAN, DUTTON & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
PDH-efiling@pittmandutton.com

William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, DC 20015
wisaacson@bsfllp.com

Michael D. Hausfeld
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
mhausfeld@hausfeldllp.com

Arthur Nash Bailey, Jr.
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
abailey@ hausfeldllp.com

Edgar D. Gankendorff
Eric R Belin
PROVOSTY & GANKENDORFF, L.L.C.
650 Poydras Street, Suite 2700
New Orleans, LA 70130
egankendorff@provostylaw.com
ebelin@ provostylaw.com

*Attorneys for Plaintiffs One Stop Environmental and Nicholas A. Layman*

Charles M. Thompson,
1401 Doug Baker Blvd.,
Birmingham, AL 35242
CMTLAW@aol.com

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
dnast@rodanast.com

*Attorneys for Plaintiff American Electric Motor Services, Inc.*

Stanley P. Baudin
Christopher L. Coffin
Patrick Wayne Pendley
Nicholas R. Rockforte
PENDLEY, BAUDIN & COFFIN, LLP
P.O. Drawer 71
24110 Eden St.
Plaquemine, LA 70764-0071
sbaudin@pbclawfirm.com
ccoffin@pbclawfirm.com
pwpendley@pbclawfirm.com
nrockforte@pbclawfirm.com

*Attorneys for Plaintiff Hilda Jarreau*

John Stone Campbell, III
L. Adam Thames
TAYLOR, PORTER, BROOKS & PHILLIPS
PO Box 2471
Baton Rouge, LA 70821
johnstone.campbell@taylorporter.com
adam.thames@taylorporter.com

*Attorneys for The Blue Cross and Blue Shield Association*

Gerald F. Easter
369 N. Main Street
Memphis, TN 38103
jerryeaster1@gmail.com

W. Gordon Ball
BALL & SCOTT LAW OFFICES
550 West Main Street, Suite 601
Knoxville, TN 37902
gball@ballandscott.com

*Attorneys for Plaintiff Mary Morrissey*

David J. Guin
Tammy M. Stokes
Star M. Tyner
DONALDSON & GUIN, LLC
The Financial Center
505 20th St. North, Suite 1000
Birmingham, AL 35203
davidg@dglawfirm.com
tammys@dglawfirm.com
start@dglawfirm.com

Charles R. Watkins
John R. Wylie
DONALDSON & GUIN, LLC
300 South Wacker Drive, Suite 1700A
Chicago, IL 60606
charlesw@dglawfirm.com
johnw@dglawfirm.com

*Attorneys for Plaintiffs Chris Bajalieh and Consumer Financial Educational Foundation of America, Inc.*

Joe R. Whatley, Jr.
W. Tucker Brown
Edith M. Kallas
WHATLEY KALLAS, LLC
2001 Park Place North, Suite 1000
Birmingham, AL 35203
jwhatley@whatleykallas.com
tbrown@whatleykallas.com
ekallas@whatleykallas.com

E. Kirk Wood, Jr.
Michael E Gurley, Jr.
WOOD LAW FIRM LLC
PO Box 382434
Birmingham, AL 35238
ekirkwood1@bellsouth.net
mgurleyjr@yahoo.com

Nicholas B. Roth
EYSTER KEY TUBB ROTH
MIDDLETON & ADAMS LLP
402 E Moulton Street
PO Box 1607
Decatur, AL 35602
nbroth@eysterkey.com

Dennis G. Pantazis
WIGGINS CHILDS QUINN &
PANTAZIS
301 19th Street, North
Birmingham, AL 35203-3204
dgp@wcqp.com

*Attorneys for Plaintiffs Jerry L. Conway, D.C.*

John M. Johnson
Brian P. Kappel
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 20th Street N
Birmingham, AL 35203
jjohnson@lightfootlaw.com
bkappel@lightfootlaw.com

*Attorneys for Defendants Blue Cross and Blue Shield of Kansas, Blue Cross and Blue Shield of Kansas City, and Blue Cross and Blue Shield of Nebraska*

Daniel Edward Laytin
Ian R. Conner
David John Zott
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
daniel.laytin@kirkland.com
ian.conner@kirkland.com
david.zott@kirkland.com

Kimberly R. West
Mark M. Hogewood
WALLACE JORDAN RATLIFF &
BRANDT LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
PO Box 530910
Birmingham, AL 35253
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Attorneys for Defendant Blue Cross and Blue Shield Association*

Tony Clayton
Michael Paul Fruge
CLAYTON & FRUGE
607 North Alexander Avenue Port
Allen, LA 70767
tclaytonlaw@aol.com
michaelfruge@claytonfrugelaw.com

Charles Andrew O'Brien, III
Allison Nunley Pham
BLUE CROSS AND BLUE SHIELD OF LOUISIANA
5525 Reitz Avenue
P.O. Box 58029
Baton Rouge, LA 70898-9029
Andy.O'Brien@bcbsla.com
allison.pham@bcbsla.com

*Attorneys for Defendant Louisiana Health Service & Indemnity Company*

Carl S. Burkhalter
James L. Priester
MAYNARD COOPER & GALE PC
1901 6th Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
cburkhalter@maynardcooper.com
jpriester@maynardcooper.com

Pamela B. Slate
HILL HILL CARTER FRANCO COLE &
BLACK PC
425 S Perry Street
Montgomery, AL 36104
pslate@hillhillcarter.com

*Attorneys for Defendant Blue Cross and Blue Shield of Alabama*


E. Desmond Hogan
Justin Wade Bernick
Criag A. Hoover
Robert F. Leibenluft
J. Robert Robertson
HOGAN LOVELLS
555 Thirteenth Street, NW
Washington, DC 20004
desmond.hogan@hoganlovells.com
justin.bernick@hoganlovells.com
craig.hoover@ hoganlovells.com
robert.leibenluft@hoganlovells.com
robby.robertson@hoganlovells.com

Nathaniel Thomas Connally, III
Thomas Michael Trucksess
Emily M. Yinger
HOGAN LOVELLS
Park Place II
7930 Jones Branch Drive, 9th Floor
McLean, VA 22102
tom.connally@hoganlovells.com
thomas.trucksess@hoganlovells.com
emily.yinger@ hoganlovells.com

Cavender C. Kimble
BALCH & BINGHAM LLP
1901 6th Avenue N, Suite 1500
PO Box 306
Birmingham, AL 35201-0306
ckimble@balch.com

*Attorneys for Defendants Anthem Inc., Anthem Blue Cross and Blue Shield of Connecticut, Indiana, New Hampshire, Virginia, Missouri, Maine, Florida, Georgia, Louisiana, Massachusetts, Minnesota, North Carolina, South Carolina, Hawaii Medical Service Association, Horizon Blue Cross and Blue Shield of New Jersey, and Wellmark of South Dakota Inc.*


Adam H. Charnes
Chad D. Hansen
Daniel R. Taylor, Jr.
KILPATRICK TOWNSEND & STOCKTON LLP
1001 W. Fourth Street
Winston-Salem, NC 27101
acharnes@kilpatricktownsend.com
chadhansen@kilpatricktownsend.com
dantaylor@kilpatricktownsend.com

*Attorneys for Defendant Blue Cross and Blue Shield of North Carolina*


Devin Clarke Dolive
Gary M. London
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
ddolive@burr.com
glondon@burr.com

*Attorneys for Defendant Arkansas Blue Cross and Blue Shield*

Rafael Escalera-Rodriguez
Pedro Santiago-Rivera
REICHARD & ESCALERA
255 Ponce De Leon Ave.
MCS Plaza, Tenth Floor
San Juan 00917-1913
Puerto Rico
escalera@reichardescalera.com
santiagopedro@reichardescalera.com

*Attorneys for Defendant Triple S-Salud Inc.*

Cheri D. Green
R. David Kaufman
Christopher A. Shapley
Scott F. Singley
BRUNINI GRANTHAM GROWER & HEWES PLLC
190 E Capital Street, Suite 100
Jackson, MS 39201
cgreen@brunini.com
dkaufman@ brunini.com
cshapley@ brunini.com
ssingley@ brunini.com

*Attorneys for Defendant Blue Cross and Blue Shield of Mississippi*

H. James Koch
Andrew W. Martin, Jr.
ARMBRECHT JACKSON LLLP
PO Box 290
Mobile, AL 36601
hjk@ajlaw.com
awm@ajlaw.com

Brian K. Norman
SHAMOUN & NORMAN LLP
1755 Wittington Place, Suite 200
Dallas, TX 75234
bkn@snlegal.com

*Attorneys for Defendant CareFirst Blue Cross and Blue Shield of Maryland*

Michael A. Naranjo
Alan D. Rutenberg
FOLEY & LARNDER LLP
555 California Street, Suite 1700
San Francisco, CA 94104-1520
mnaranjo@foley.com
arutenberg@foley.com

*Attorneys for Defendant Arkansas Blue Cross and Blue Shield*

J. Bentley Owens, III
STARNES DAVIS FLORIE LLP
PO Box 598512
Birmingham, AL 35259-8512
jbo@starneslaw.com

Gwendolyn C. Payton
Erin M. Wilson
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2338
paytong@lanepowell.com
wilsonem@lanepowell.com

*Attorneys for Premera Blue Cross of Alaska*

Tracey A. Roman
Kathleen Taylor Sooy
CROWELL AND MORING LLP
1001Pennsylvania Avenue NW
Washington, DC 20004
troman@crowell.com
ksooy@crowell.com

*Attorneys for Blue Cross and Blue Shield of Kansas*

**Via U.S. Mail**

Arkansas Blue Cross and Blue Shield
P.O. Box 2181
Little Rock, AR 72203-2181

Blue Cross and Blue Shield Association
1310 G. Street NW
Washington, DC 20005

Blue Cross and Blue Shield of Michigan
20500 Civic Center Drive
Southfield, MI 48076

Blue Cross and Blue Shield of Mississippi
3545 Lakeland Drive
Flowood, MS 39232

Blue Cross and Blue Shield of New Mexico
P.O. Box 27630
Albuquerque, NM 87125-7630

CareFirst Blue Cross and Blue Shield of Maryland
10455 Mill Run Circle
Owings, MD 21117

Health Care Service Corp.
300 E Randolph Street
Chicago, IL 60601

Independence Blue Cross
1901 Market Street
Philadelphia, PA 19103-1480

Blue Cross and Blue Shield of Oklahoma
P.O. Box 3283
Tulsa, OK 74102-3283

Blue Cross and Blue Shield of Texas
1001 E. Lookout Drive
Richardson, TX 75082

Blue Cross and Blue Shield of Vermont
P.O. Box 186
Montpelier, VT 05601

Blue Cross and Blue Shield of Rhode Island
500 Exchange Street
Providence, RI 02903

Blue Cross of Northeastern Pennsylvania
70 North Main Street
Wilkes-Barre, PA 18711

Excellus BlueCross BlueShield of New York
333 Butternut Drive
Syracuse, NY 13214-1803

Highmark Inc.
Fifth Ave Place
120 Fifth Ave.
Pittsburg, PA 15222-3099

Wellmark Inc.
100 Pearl Street, 14th Floor
Hartford, CT 06103

Dated: September 24, 2012

*/s/ Daniel C. Hedlund*
Daniel C. Hedlund
Gustafson Gluek PLLC
120 South Sixth Street
Suite 2600
Minneapolis, MN 55402
Tel: 612-333-8844
Fax: 612-339-6622

*Attorney for Plaintiffs American Electric Motor Services, Inc.*