**BEFORE THE UNITED STATES
JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

I hereby certify that on September 24, 2012, the foregoing Corporate Disclosure Statement was electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

DATED: September 24, 2012

s/Daniel C. Hedlund
Daniel C. Hedlund
**GUSTAFSON GLUEK PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402
Phone:  (612) 333-8844
Fax:  (612) 339-6622
Email: dhedlund@gustafsongluek.com

*Attorney for Plaintiffs American Electric Motor Services, Inc.*
