# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406    & TITLE - IN RE:    Blue Cross Blue Shield Antitrust Litigation

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

See attached list.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

See attached list.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 9/24/2012 | /s/ Craig A. Hoover |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Craig A. Hoover, Hogan Lovells US LLP, 555 Thirteenth Street, NW, Washington DC 20004

Telephone No.: 202-637-5694      Fax No.: 202-637-5910

Email Address: craig.hoover@hoganlovells.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

**Parties Represented (legal name in parenthesis):**

- Anthem, Inc.;
- Anthem Blue Cross and Blue Shield of Connecticut (Anthem Health Plans, Inc.);
- Blue Cross and Blue Shield of Georgia (Blue Cross and Blue Shield of Georgia, Inc.);
- Anthem Blue Cross and Blue Shield of Indiana (Anthem Insurance Companies, Inc.);
- Anthem Health Plans of Maine, Inc.;
- Anthem Blue Cross and Blue Shield of Missouri (HMO Missouri, Inc.);
- Anthem Health Plans of New Hampshire (Anthem Health Plans of New Hampshire, Inc.);
- Anthem Blue Cross and Blue Shield of Virginia Inc. (Anthem Health Plans of Virginia);
- Blue Cross and Blue Shield of North Carolina;
- Blue Cross and Blue Shield of Florida (Blue Cross and Blue Shield of Florida, Inc.);
- Blue Cross and Blue Shield of Louisiana (Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana);
- Blue Cross and Blue Shield of Massachusetts;
- Blue Cross and Blue Shield of Minnesota (BCBSM, Inc.);
- Blue Cross and Blue Shield of South Carolina;
- Blue Cross and Blue Shield of Tennessee (Blue Cross and Blue Shield of Tennessee, Inc.);
- Hawaii Medical Service Association d/b/a Blue Cross and Blue Shield of Hawaii;
- Horizon Blue Cross and Blue Shield of New Jersey (Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross and Blue Shield of New Jersey);
- Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota; and
- Wellmark, Inc. d/b/a Blue Cross and Blue Shield of Iowa (Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa).

**Case Captions:**

- Appearing on behalf of all above-named defendants in:

    *Conway v. Blue Cross and Blue Shield of Alabama, et al.* (N.D. Ala., Case No. 2:12-cv-02532);

- Appearing on behalf of Blue Cross and Blue Shield of North Carolina in:

    *Cerven v. Blue Cross and Blue Shield of North Carolina, et al.* (W.D.N.C., Case No. 5:12-cv-17);

- Appearing on behalf of Blue Cross and Blue Shield of Tennessee in:

    *Morrissey v. Blue Cross and Blue Shield of Tennessee, Inc., et al.* (W.D.Tenn., Case No. 2:12-cv-02359)

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## CERTIFICATE OF SERVICE

I certify that on September 24, 2012, I caused a true and correct copy of the foregoing to be served on the following parties by the following means:

**ALN/2:12-cv-02169 Notice has been electronically mailed to:**

Carl Burkhalter
cburkhalter@maynardcooper.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Daniel C. Hedlund
dhedlund@gustafsongluek.com

Kimberly R. West
kwest@wallacejordan.com

Daniel E. Gustafson
dgustafson@gustafsongluek.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Dianne M. Nast
dnast@rodanast.com

Pamela B. Slate
pslate@hillhillcarter.com

Ellen M. Ahrens
eahrens@gustafsongluek.com

Charles M. Thompson
cmtlaw@aol.com

Erin C. Burns
eburns@rodanast.com

Ian R. Conner
Ian.conner@kirkland.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

**ALN/2:12-cv-02525 Notice has been electronically mailed to:**

Carl Burkhalter
cburkhalter@maynardcooper.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Gregory L. Davis
gldavis@knology.net

Ian R. Conner
Ian.conner@kirkland.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Kimberly R. West
kwest@wallacejordan.com

| | |
|---|---|
| Pamela B. Slate<br>pslate@hillhillcarter.com | Mark M. Hogewood<br>mhogewood@wallacejordan.com |

**ALN/2:12-cv-02532 Notice has been electronically mailed to:**

Brian P. Kappel
bkappel@lightfootlaw.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Dennis G. Pantazis, Jr.
dpantazisjr@wcqp.com,
dgp@wcqp.com

E. Kirk Wood, Jr.
ekirkwood1@bellsouth.net,
bakercarla@bellsouth.net

Edward S. Bloomberg
ebloomberg@phillipslytle.com,
dwallum@phillipslytle.com

Erin M. Wilson
wilsonem@lanepowell.com

Gwendolyn C. Payton
paytong@lanepowell.com

J. Bentley Owens, III
jbo@starneslaw.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Edith M. Kallas
ekallas@whatleykallas.com

Joe R. Whatley, Jr.
jwhatley@whatleykallas.com

John M. Johnson
jjohnson@lightfootlaw.com

Tracy A. Roman
troman@crowell.com

W. Tucker Brown
tbrown@whatleykallas.com

J. Bentley Owens, III
jbo@starneslaw.com

Gary M. London
glondon@burr.com

Alan D. Rutenberg
arutenberg@foley.com

Devin Clark Dolive
ddolive@burr.com

Michael A. Naranjo
mnaranjo@foley.com

John M. Johnson
jjohnson@lightfootlaw.com

H. James Koch
hjk@ajlaw.com

Andrew W. Martin, Jr.
awm@ajlaw.com

Brian K. Norman
bkn@snlegal.com

Cheri D. Green
cgreen@brunini.com

2

Kathleen Taylor Sooy
ksooy@crowell.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Michael E. Gurley, Jr.
mgurleyjr@yahoo.com

Nicholas B. Roth
nbroth@eysterkey.com

Pamela B. Slate
pslate@hillhillcarter.com

Rafael Escalera-Rodriguez
Pedro Santiago-Rivera
escalera@reichardescalera.com,
santiagop@reichardescalera.com

Christopher A. Shapley
cshapley@brunini.com

R. David Kaufman
dkaufman@brunini.com

Scott F. Singley
Ssingley@brunini.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

Kimberly R. West
kwest@wallacejordan.com

### ALN/2:12-cv-02532 Notice has been sent via First Class Mail:

Blue Cross and Blue Shield of Michigan
20500 Civic Center Drive
Southfield, MI 48076

Blue Cross and Blue Shield of New Mexico
P.O. Box 27630
Albuquerque, NM 87125-7630

Blue Cross and Blue Shield of Oklahoma
P.O. Box 3283
Tulsa, OK 74102-3283

Blue Cross and Blue Shield of Rhode Island
500 Exchange Street
Providence, RI 02903

Blue Cross and Blue Shield of Texas
1001 E. Lookout Drive
Richardson, TX 75082

Blue Cross of Northeastern Pennsylvania
70 North Main Street
Wilkes-Barre, PA 18711

Health Care Service Corp.
300 E Randolph Street
Chicago, IL 60601

Highmark Blue Cross, Blue Shield of West Virginia
P.O. Box 7026
Wheeling, WV 26003

Highmark Inc.
Fifth Ave Place
120 Fifth Ave.
Pittsburg, PA 15222-3099

Independence Blue Cross
1901 Market Street
Philadelphia, PA 19103-1480

Blue Cross and Blue Shield of Vermont
P.O. Box 186
Montpelier, VT 05601

Highmark Blue Cross and Blue Shield of Delaware
800 Delaware Avenue,
Wilmington, DE 19801

### ALN/2:12-cv-02185 Notice has been electronically mailed to:

Carl Burkhalter
cburkhalter@maynardcooper.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Charles R. Watkins
charlesw@dglawfirm.com

Pamela B. Slate
pslate@hillhillcarter.com

David J. Guin
davidg@dglawfirm.com

Star Mishkel Tyner
start@dglawfirm.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Tammy McClendon Stokes
tstokes@dglawfirm.com

John R. Wylie
Johnw@dglawfirm.com,
Tressyw@dglawfirm.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Kimberly R. West
kwest@wallacejordan.com

Ian R. Conner
Ian.conner@kirkland.com

### ALN/2:12-cv-02537 Notice has been electronically mailed to:

Adam W. Pittman
apittman@saxonattorneys.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Ian R. Conner
Ian.conner@kirkland.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Kimberly R. West
kwest@wallacejordan.com

John D. Saxon
jsaxon@saxonattorneys.com

Mark M. Hogewood
mhogewood@wallacejordan.com

4

Pamela B. Slate
pslate@hillhillcarter.com

### ALN/2:12-cv-01910 Notice has been electronically mailed to:

Arthur Nash Bailey, Jr.
abailey@hausfeldllp.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Christopher T. Hellums
ChrisH@pittmandutton.com

Edgar D. Gankendorff
egankendorff@provostylaw.com

Eric R. Belin
ebelin@provostylaw.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Jonathan S. Mann
JonM@pittmandutton.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Michael D. Hausfeld
mhausfeld@hausfeldllp.com

Pamela B. Slate
pslate@hillhillcarter.com

William A. Isaacson
wisaacson@bsfllp.com,
llaing@bsfllp.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

### ALN/2:12-cv-01133 Notice has been electronically mailed to:

Adam W. Pittman
apittman@saxonattorneys.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Christopher T. Hellums
ChrisH@pittmandutton.com

Daniel A. Small
dsmall@cohenmilstein.com,
awentworth@cohenmilstein.com

John D. Saxon
jsaxon@saxonattorneys.com

Kimberly R. West
kwest@wallacejordan.com

Laura Alexander
lalexander@cohenmilstein.com

Mark M. Hogewood
mhogewood@wallacejordan.com

\\NORTHVA - 040293/000100 - 535902 v1

Daniel Edward Laytin
daniel.laytin@kirkland.com

Meghan M. Boone
mboone@cohenmilstein.com

Ian Robert Conner
ian.conner@kirkland.com,
john.wunderlich@kirkland.com

Pamela B. Slate
pslate@hillhillcarter.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Charles M. Thompson
cmtlaw@aol.com

### NCWD/5:12-cv-00017 Notice has been electronically mailed to:

Arthur Nash Bailey , Jr.
abailey@hausfeldllp.com

Larry Stephen McDevitt
lmcdevitt@vwlawfirm.com

Carl S Kravitz
ckravitz@zuckerman.com

Michael D. Hausfeld
mhausfeld@hausfeldllp.com

Cyril Vincent Smith , III
csmith@zuckerman.com

William A. Isaacson
wisaacson@bsfllp.com

Daniel Patrick Moylan
dmoylan@zuckerman.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

David Matthew Wilkerson
dwilkerson@vwlawfirm.com

David J. Zott
david.zott@kirkland.com

J. Michael Malone
mmalonelaw@aol.com

Ian R. Conner
Ian.conner@kirkland.com

Kathleen Simpson Kiernan
kkiernan@bsfllp.com

James Thomas Williams , Jr.
jwilliams@brookspierce.com

Jennifer K. Van Zant
jvanzant@brookspierce.com

Chad Dwight Hansen
ChadHansen@KilpatrickTownsend.com

### TNWD/2:12-cv-02359 Notice has been electronically mailed to:

William Gordon Ball
gball@ballandscott.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Gerald F. Easter
jerryeaster1@gmail.com

David J. Zott
david.zott@kirkland.com

Randall D. Noel
randy.noel@butlersnow.com

Ian R. Conner
Ian.conner@kirkland.com

**LAMD/3:12-cv-00421 Notice has been electronically mailed to:**

Nicholas R. Rockforte
nrockforte@pbclawfirm.com

Michael Paul Fruge
michaelfruge@claytonfrugelaw.com

Christopher L. Coffin
ccoffin@pbclawfirm.com

Tony Clayton
tclaytonlaw@aol.com

Patrick Wayne Pendley
pwpendley@pbclawfirm.com

John Stone Campbell, III
johnstone.campbell@taylorporter.com

Stanley P. Baudin
sbaudin@pbclawfirm.com

Daniel E. Laytin
daniel.laytin@kirkland.com

L. Adam Thames
adam.thames@taylorporter.com

David John Zott
david.zott@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

[SIGNATURE PAGE FOLLOWS]

/s/ Craig A. Hoover
Craig A. Hoover
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
craig.hoover@hoganlovells.com
*Admitted pro hac vice*

*Counsel for Anthem, Inc., Anthem Blue Cross and Blue Shield of Connecticut, Blue Cross and Blue Shield of Georgia, Anthem Blue Cross and Blue Shield of Indiana, Anthem Health Plans of Maine, Inc., Anthem Blue Cross and Blue Shield of Missouri, Anthem Health Plans of New Hampshire, Anthem Blue Cross and Blue Shield of Virginia, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield of Louisiana, Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of South Carolina, Blue Cross and Blue Shield of Tennessee, Hawaii Medical Service Association d/b/a Blue Cross and Blue Shield of Hawaii, Horizon Blue Cross and Blue Shield of New Jersey, Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota, and Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa*