# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406 & TITLE - IN RE: Blue Cross Blue Shield Antitrust Litigation

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Conway v. Blue Cross and Blue Shield of Alabama, et al. (N.D. Ala., Case No. 2:12-cv-02532)

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for see attached list, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑ This party's parent corporation(s) are listed below:

See attached list.

☑ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

See attached list.

**OR**

☐ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ Craig A. Hoover
Signature of Attorney

Hogan Lovells US LLP
Name of Firm

555 Thirteenth Street, NW
Address

Washington, DC 20004
City/State/Zip Code

Date 9/24/2012

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

**Parent corporations, all of which are publicly-held corporations which own 10% or more of the party's stock:**

- Anthem, Inc. no longer exists and thus has no parent corporation and no corporation that owns 10% or more of its stock.
- Anthem Blue Cross and Blue Shield of Connecticut (legal name Anthem Health Plans, Inc.) has parent corporations ATH Holding Company, LLC and WellPoint, Inc.
- Blue Cross and Blue Shield of Georgia (legal name Blue Cross and Blue Shield of Georgia, Inc.) has parent corporations Cerulean Companies, Inc., Anthem Holding Corp., and WellPoint, Inc.
- Anthem Blue Cross and Blue Shield of Indiana (legal name Anthem Insurance Companies, Inc.) has parent corporation WellPoint, Inc.
- Anthem Health Plans of Maine, Inc. has parent corporations ATH Holding Company, LLC and WellPoint, Inc.
- Anthem Blue Cross and Blue Shield of Missouri (legal name HMO Missouri, Inc.) has parent corporations RightCHOICE Managed Care, Inc., Anthem Holding Corp., and WellPoint, Inc.
- Anthem Health Plans of New Hampshire (legal name Anthem Health Plans of New Hampshire, Inc.) has parent corporations ATH Holding Company, LLC and WellPoint, Inc.
- Anthem Blue Cross and Blue Shield of Virginia: (legal name Anthem Health Plans of Virginia) has parent corporations Anthem Southeast, Inc. and WellPoint, Inc.

**Parties Represented:**

- Anthem, Inc.;
- Anthem Blue Cross and Blue Shield of Connecticut;
- Blue Cross and Blue Shield of Georgia;
- Anthem Blue Cross and Blue Shield of Indiana;
- Anthem Health Plans of Maine, Inc.;
- Anthem Blue Cross and Blue Shield of Missouri;
- Anthem Health Plans of New Hampshire; and
- Anthem Blue Cross and Blue Shield of Virginia.

**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**CERTIFICATE OF SERVICE**

I certify that on September 24, 2012, I caused a true and correct copy of the foregoing to be served on the following parties by the following means:

**ALN/2:12-cv-02169 Notice has been electronically mailed to:**

Carl Burkhalter
cburkhalter@maynardcooper.com

James Louis Priester
jpriester@maynardcooper.com, ajohnson@maynardcooper.com

Daniel C. Hedlund
dhedlund@gustafsongluek.com

Kimberly R. West
kwest@wallacejordan.com

Daniel E. Gustafson
dgustafson@gustafsongluek.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Dianne M. Nast
dnast@rodanast.com

Pamela B. Slate
pslate@hillhillcarter.com

Ellen M. Ahrens
eahrens@gustafsongluek.com

Charles M. Thompson
cmtlaw@aol.com

Erin C. Burns
eburns@rodanast.com

Ian R. Conner
Ian.conner@kirkland.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

**ALN/2:12-cv-02525 Notice has been electronically mailed to:**

Carl Burkhalter
cburkhalter@maynardcooper.com

Gregory L. Davis
gldavis@knology.net

James Louis Priester
jpriester@maynardcooper.com, ajohnson@maynardcooper.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

Kimberly R. West
kwest@wallacejordan.com

Pamela B. Slate
pslate@hillhillcarter.com

Mark M. Hogewood
mhogewood@wallacejordan.com

**ALN/2:12-cv-02532 Notice has been electronically mailed to:**

Brian P. Kappel
bkappel@lightfootlaw.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Dennis G. Pantazis, Jr.
dpantazisjr@wcqp.com,
dgp@wcqp.com

E. Kirk Wood, Jr.
ekirkwood1@bellsouth.net,
bakercarla@bellsouth.net

Edward S. Bloomberg
ebloomberg@phillipslytle.com,
dwallum@phillipslytle.com

Erin M. Wilson
wilsonem@lanepowell.com

Gwendolyn C. Payton
paytong@lanepowell.com

J. Bentley Owens, III
jbo@starneslaw.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Edith M. Kallas
ekallas@whatleykallas.com

Joe R. Whatley, Jr.
jwhatley@whatleykallas.com

John M. Johnson
jjohnson@lightfootlaw.com

Tracy A. Roman
troman@crowell.com

W. Tucker Brown
tbrown@whatleykallas.com

J. Bentley Owens, III
jbo@starneslaw.com

Gary M. London
glondon@burr.com

Alan D. Rutenberg
arutenberg@foley.com

Devin Clark Dolive
ddolive@burr.com

Michael A. Naranjo
mnaranjo@foley.com

John M. Johnson
jjohnson@lightfootlaw.com

H. James Koch
hjk@ajlaw.com

Andrew W. Martin, Jr.
awm@ajlaw.com

Brian K. Norman
bkn@snlegal.com

Cheri D. Green
cgreen@brunini.com

Kathleen Taylor Sooy
ksooy@crowell.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Michael E. Gurley, Jr.
mgurleyjr@yahoo.com

Nicholas B. Roth
nbroth@eysterkey.com

Pamela B. Slate
pslate@hillhillcarter.com

Rafael Escalera-Rodriguez
Pedro Santiago-Rivera
escalera@reichardescalera.com,
santiagop@reichardescalera.com

Christopher A. Shapley
cshapley@brunini.com

R. David Kaufman
dkaufman@brunini.com

Scott F. Singley
Ssingley@brunini.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

Kimberly R. West
kwest@wallacejordan.com

**ALN/2:12-cv-02532 Notice has been sent via First Class Mail:**

Blue Cross and Blue Shield of Michigan
20500 Civic Center Drive
Southfield, MI 48076

Blue Cross and Blue Shield of New Mexico
P.O. Box 27630
Albuquerque, NM 87125-7630

Blue Cross and Blue Shield of Oklahoma
P.O. Box 3283
Tulsa, OK 74102-3283

Blue Cross and Blue Shield of Rhode Island
500 Exchange Street
Providence, RI 02903

Blue Cross and Blue Shield of Texas
1001 E. Lookout Drive
Richardson, TX 75082

Blue Cross of Northeastern Pennsylvania
70 North Main Street
Wilkes-Barre, PA 18711

Health Care Service Corp.
300 E Randolph Street
Chicago, IL 60601

Highmark Blue Cross, Blue Shield of West Virginia
P.O. Box 7026
Wheeling, WV 26003

Highmark Inc.
Fifth Ave Place
120 Fifth Ave.
Pittsburg, PA 15222-3099

Independence Blue Cross
1901 Market Street
Philadelphia, PA 19103-1480

Blue Cross and Blue Shield of Vermont
P.O. Box 186
Montpelier, VT 05601

Highmark Blue Cross and Blue Shield of Delaware
800 Delaware Avenue,
Wilmington, DE 19801

**ALN/2:12-cv-02185 Notice has been electronically mailed to:**

Carl Burkhalter
cburkhalter@maynardcooper.com

Charles R. Watkins
charlesw@dglawfirm.com

David J. Guin
davidg@dglawfirm.com

James Louis Priester
jpriester@maynardcooper.com, ajohnson@maynardcooper.com

John R. Wylie
Johnw@dglawfirm.com, Tressyw@dglawfirm.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Pamela B. Slate
pslate@hillhillcarter.com

Star Mishkel Tyner
start@dglawfirm.com

Tammy McClendon Stokes
tstokes@dglawfirm.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

**ALN/2:12-cv-02537 Notice has been electronically mailed to:**

Adam W. Pittman
apittman@saxonattorneys.com

Carl Burkhalter
cburkhalter@maynardcooper.com

James Louis Priester
jpriester@maynardcooper.com, ajohnson@maynardcooper.com

John D. Saxon
jsaxon@saxonattorneys.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Pamela B. Slate
pslate@hillhillcarter.com

**ALN/2:12-cv-01910 Notice has been electronically mailed to:**

Arthur Nash Bailey, Jr.
abailey@hausfeldllp.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Christopher T. Hellums
ChrisH@pittmandutton.com

Edgar D. Gankendorff
egankendorff@provostylaw.com

Eric R. Belin
ebelin@provostylaw.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Jonathan S. Mann
JonM@pittmandutton.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Michael D. Hausfeld
mhausfeld@hausfeldllp.com

Pamela B. Slate
pslate@hillhillcarter.com

William A. Isaacson
wisaacson@bsfllp.com,
llaing@bsfllp.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

**ALN/2:12-cv-01133 Notice has been electronically mailed to:**

Adam W. Pittman
apittman@saxonattorneys.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Christopher T. Hellums
ChrisH@pittmandutton.com

Daniel A. Small
dsmall@cohenmilstein.com,
awentworth@cohenmilstein.com

John D. Saxon
jsaxon@saxonattorneys.com

Kimberly R. West
kwest@wallacejordan.com

Laura Alexander
lalexander@cohenmilstein.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Daniel Edward Laytin
daniel.laytin@kirkland.com

Ian Robert Conner
ian.conner@kirkland.com,
john.wunderlich@kirkland.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Meghan M. Boone
mboone@cohenmilstein.com

Pamela B. Slate
pslate@hillhillcarter.com

Charles M. Thompson
cmtlaw@aol.com

**NCWD/5:12-cv-00017 Notice has been electronically mailed to:**

Arthur Nash Bailey , Jr.
abailey@hausfeldllp.com

Carl S Kravitz
ckravitz@zuckerman.com

Cyril Vincent Smith , III
csmith@zuckerman.com

Daniel Patrick Moylan
dmoylan@zuckerman.com

David Matthew Wilkerson
dwilkerson@vwlawfirm.com

J. Michael Malone
mmalonelaw@aol.com

Kathleen Simpson Kiernan
kkiernan@bsfllp.com

Jennifer K. Van Zant
jvanzant@brookspierce.com

Larry Stephen McDevitt
lmcdevitt@vwlawfirm.com

Michael D. Hausfeld
mhausfeld@hausfeldllp.com

William A. Isaacson
wisaacson@bsfllp.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

David J. Zott
david.zott@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

James Thomas Williams , Jr.
jwilliams@brookspierce.com

Chad Dwight Hansen
ChadHansen@KilpatrickTownsend.com

**TNWD/2:12-cv-02359 Notice has been electronically mailed to:**

William Gordon Ball
gball@ballandscott.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Gerald F. Easter
jerryeaster1@gmail.com

Randall D. Noel
randy.noel@butlersnow.com

David J. Zott
david.zott@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

**LAMD/3:12-cv-00421 Notice has been electronically mailed to:**

Nicholas R. Rockforte
nrockforte@pbclawfirm.com

Christopher L. Coffin
ccoffin@pbclawfirm.com

Patrick Wayne Pendley
pwpendley@pbclawfirm.com

Stanley P. Baudin
sbaudin@pbclawfirm.com

L. Adam Thames
adam.thames@taylorporter.com

Ian R. Conner
Ian.conner@kirkland.com

Michael Paul Fruge
michaelfruge@claytonfrugelaw.com

Tony Clayton
tclaytonlaw@aol.com

John Stone Campbell , III
johnstone.campbell@taylorporter.com

Daniel E. Laytin
daniel.laytin@kirkland.com

David John Zott
david.zott@kirkland.com

[SIGNATURE PAGE FOLLOWS]

/s/ Craig A. Hoover
Craig A. Hoover
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
craig.hoover@hoganlovells.com
*Admitted pro hac vice*

*Counsel for Anthem, Inc., Anthem Blue Cross and Blue Shield of Connecticut, Blue Cross and Blue Shield of Georgia, Anthem Blue Cross and Blue Shield of Indiana, Anthem Health Plans of Maine, Inc., Anthem Blue Cross and Blue Shield of Missouri, Anthem Health Plans of New Hampshire, Anthem Blue Cross and Blue Shield of Virginia, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield of Louisiana, Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of South Carolina, Blue Cross and Blue Shield of Tennessee, Hawaii Medical Service Association d/b/a Blue Cross and Blue Shield of Hawaii, Horizon Blue Cross and Blue Shield of New Jersey, Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota, and Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa*