**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**CERTIFICATE OF SERVICE**

      I certify that on September 24, 2012, I caused a true and correct copy of the foregoing to be served on the following parties by the following means:

**Notice will be electronically mailed to:**

Brian P. Kappel
bkappel@lightfootlaw.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Cavender C. Kimble
ckimble@balch.com

D. Keith Andress
kandress@bakerdonelson.com

Daniel Edward Laytin
daniel.laytin@kirkland.com

Dennis G. Pantazis, Jr
dpantazisjr@wcqp.com
dgp@wcqp.com

E. Desmond Hogan
desmond.hogan@hoganlovells.com

E. Kirk Wood, Jr
ekirkwood1@bellsouth.net
bakercarla@bellsouth.net

Edward S. Bloomberg
ebloomberg@phillipslytle.com,
dwallum@phillipslytle.com

Emily M. Yinger
emily.yinger@hoganlovells.com,
albert.hagovsky@hoganlovells.com

Erin M. Wilson
wilsonem@lanepowell.com

Gwendolyn Cecilia Payton
paytong@lanepowell.com
rountreei@lanepowell.com

J. Bentley Owens, III
jbo@starneslaw.com

J. Robert Robertson
robby.robertson@hoganlovells.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Joe R. Whatley, Jr
jwhatley@whatleykallas.com
ecf@wdklaw.com

John M. Johnson
jjohnson@lightfootlaw.com

Kathleen Taylor Sooy
ksooy@crowell.com

Kevin R. Garrison
krgarrison@bakerdonelson.com

Michael E. Gurley, Jr
mgurleyjr@yahoo.com

N. Thomas Connally, III
tom.connally@hoganlovells.com

Nicholas B. Roth
nbroth@eysterkey.com

Pamela B. Slate
pslate@hillhillcarter.com

Rafael Escalera-Rodriguez
escalera@reichardescalera.com,
santiagop@reichardescalera.com

Tracy A. Roman
troman@crowell.com

W. Tucker Brown
tbrown@whatleykallas.com
ecf@wdklaw.com

Adam H. Charnes
acharnes@kilpatricktownsend.com

Arthur Nash Bailey, Jr
abailey@hausfeldllp.com

Carl S. Kravitz
ckravitz@zuckerman.com

Chad D. Hansen
ChadHansen@KilpatrickTownsend.com

Craig A. Hoover
craig.hoover@hoganlovells.com
miranda.berge@hoganlovells.com

Cyril Vincent Smith, III
csmith@zuckerman.com

Daniel Patrick Moylan
dmoylan@zuckerman.com

Daniel R. Taylor , Jr
DanTaylor@KilpatrickTownsend.com

David John Zott
david.zott@kirkland.com
zachary.holmstead@kirkland.com

David Matthew Wilkerson
dwilkerson@vwlawfirm.com

Ian Robert Conner
ian.conner@kirkland.com
john.wunderlich@kirkland.com

J. Michael Malone
mmalonelaw@aol.com

James Thomas Williams , Jr
jwilliams@brookspierce.com

Jennifer K. Van Zant
jvanzant@brookspierce.com

Kathleen Simpson Kiernan
kkiernan@bsfllp.com

Larry Stephen McDevitt
lmcdevitt@vwlawfirm.com,
sholder@vwlawfirm.com

Michael D. Hausfeld
mhausfeld@hausfeldllp.com

Robert F. Leibenluft
robert.leibenluft@hoganlovells.com

Thomas Michael Trucksess
thomas.trucksess@hoganlovells.com

William A. Isaacson
wisaacson@bsfllp.com
llaing@bsfllp.com

Gerald F. Easter
jerryeaster1@gmail.com

Justin Wade Bernick
justin.bernick@hoganlovells.com

Matthew G. White
mwhite@bakerdonelson.com

R. Mark Glover
mglover@bakerdonelson.com

Randall D. Noel
randy.noel@butlersnow.com

William Gordon Ball
gball@ballandscott.com

**Notice will be sent via first class mail to:**

Arkansas Blue Cross and Blue Shield
P.O. Box 2181
Little Rock, AR 72203-2181

Blue Cross and Blue Shield Association
1310 G. Street NW
Washington, DC 20005

Blue Cross and Blue Shield of Michigan
20500 Civic Center Drive
Southfield, MI 48076

Blue Cross and Blue Shield of New Mexico
P.O. Box 27630
Albuquerque, NM 87125-7630

Blue Cross and Blue Shield of Oklahoma
P.O. Box 3283
Tulsa, OK 74102-3283

Blue Cross and Blue Shield of Rhode Island
500 Exchange Street
Providence, RI 02903

Blue Cross and Blue Shield of Texas
1001 E. Lookout Drive
Richardson, TX 75082

Blue Cross and Blue Shield of Vermont
P.O. Box 186
Montpelier, VT 05601

Blue Cross of Northeastern Pennsylvania
70 North Main Street
Wilkes-Barre, PA 18711

CareFirst Blue Cross and Blue Shield of Maryland
10455 Mill Run Circle
Owings, MD 21117

Health Care Service Corp.
300 E Randolph Street
Chicago, IL 60601

Highmark Blue Cross, Blue Shield of West Virginia
P.O. Box 7026
Wheeling, WV 26003

Highmark Inc.
Fifth Ave Place
120 Fifth Ave.
Pittsburg, PA 15222-3099

Independence Blue Cross
1901 Market Street
Philadelphia, PA 19103-1480

Wellmark Inc.
100 Pearl Street, 14th Floor
Hartford, CT 06103

Dated:  September 24, 2012

_/s/ William Isaacson_____