**PARTIES REPRESENTED**

| | |
|---|---|
| Kelli R. Cerven | Plaintiff |
| Keith O. Cerven | Plaintiff |
| Teresa M. Cerven | Plaintiff |
| CFW Vending LLC | Plaintiff |
| SHGI Corporation | Plaintiff |