# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____2406_____ & TITLE - IN RE: _____Blue Cross Blue Shield Antitrust Litigation_____

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):
Conway v. Blue Cross and Blue Shield of Alabama, et al., ND Ala., 2:12-cv-02532

---

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____CareFirst of Maryland, Inc._____, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑    This party's parent corporation(s) are listed below:

CareFirst, Inc.

☐    The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☐    This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

s/Brian K. Norman
_____          Shamoun & Norman, LLP
Signature of Attorney                         _____
                                                          Name of Firm

1755 Wittington Place, Suite 200, LB 25          Dallas, Texas 75234
_____          _____
Address                                               City/State/Zip Code

Date September 24, 2012
_____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

# BEFORE THE UNITED STATES
## JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

In re: Blue Cross Blue Shield Antitrust Litigation—MDL No. 2406

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2012, I caused a true and correct copy of the foregoing to be served on the following parties by the following means:

ALN/2:12-cv-02169 Notice has been electronically mailed to:

Carl Burkhalter
cburkhalter@maynardcooper.com

Daniel Hedlund
dhedlund@gustafsongluek.com

Daniel M. Nast
dnast@rodanast.com

Ellen M. Ahrens
eahrens@gustafsongluek.com

Erin C. Burns
eburns@rodanast.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Kimberly R. West
Kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Pamela B. Slate
pslate@hillhillcarter.com

Charles M. Thompson
Cmtlaw@aol.com

Ian R. Conner
Ian.conner@kirkland.com

ALN/2:12-cv-02525 Notice has been electronically mailed to:

Carl Burkhalter
cburkhalter@maynardcooper.com

Gregory L. Davis
gldavis@knology.net

Daniel E. Laytin
Daniel.laytin@kirkland.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Ian R. Conner
Ian.conner@kirkland.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Kimberly R. West
Kwest@wallacejordan.com

Pamela B. Slate
pslate@hillhillcarter.com

ALN/2:12-cv-02532 Notice has been electronically mailed to:

Brian P. Kappel
bkappel@lightfootlaw.com

Joe R. Whatley, Jr.
jwhatley@whalteykallas.com

Carl Burkhalter
cburkhalter@maynardcooper.com

John M. Johnson
jjohnson@lightfootlaw.com

Dennis G. Pantazis
dgp@wcqp.com

Tracy A. Roman
troman@crowell.com

E. Kirk Wood, Jr.
Ekirkwood1@bellsouth.net

W Tucker Brown
tbrown@whatleykallas.com

Edward S. Bloomberg
ebloomberg@phillipslythe.com,
dwallum@phillipslythe.com

Gary M. London
glondon@burr.com

Erin M. Wilson
wilsonem@lanepowell.com

Alan D. Rutenberg
arutenberg@foley.com

Gwendolyn C. Payton
paytong@lanepowell.com

Devin Clarke Dolive
ddolive@burr.com

J. Bentley Owens, III
jbo@starneslaw.com

Michael A. Naranjo
mnaranjo@foley.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

H. James Koch
hjk@ajlaw.com
Andrew W. Martin, Jr.
Awm@ajlaw.com

Edith M. Kallas
ekallas@whatleykallas.com

Cheri D. Green
cgreen@brunini.com

Kathleen Taylor Sooy
ksooy@crowell.com

Mark M. Hogewood
mhogewood@wallacejordan.com
Michael E. Gurley, Jr.
mgurleyjr@yahoo.com

Nicholas B. Roth
nbroth@eysterkey.com

Pamela B. Slate
pslate@hillhillcarter.com

Rafael Escalera-Rodriguez
escalera@reichardescalera.com

Pedro Santiago-Rivera
santiagopedro@reichardescalera.com

Christopher A. Shapley
cshapley@brunini.com

R. David Kaufman
dkaufman@brunini.com

Scott F. Singley
ssingley@brunini.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

Kimberly R. West
kwest@wallacejordan.com

ALN/2:12-cv-02532 Notice has been sent via Certified Mail Return Receipt Requested:

Blue Cross and Blue Shield of Michigan
20500 Civic Center Drive
Southfield, MI 48076

Blue Cross and Blue Shield of New Mexico
P.O. Box 27630
Albuquerque, NM 87125

Blue Cross and Blue Shield of Oklahoma
P.O. Box 3283
Tulsa, OK 74102

Blue Cross and Blue Shield of Rhode Island
500 Exchange Street
Providence, RI 02903
Blue Cross and Blue Shield of Texas
1001 E. Lookout Drive
Richardson, TX 75082

Blue Cross of Northeastern Pennsylvania
70 North Main Street
Wilkes-Barre, PA 18711

Health Care Service Corp.
300 E. Randolph Street
Chicago, IL 60601

Highmark Blue Cross and Blue Shield of
West Virginia
P.O. Box 7026
Wheeling, WV 26003

Highmark, Inc.
Fifth Ave. Place
120 Fifth Ave.
Pittsburg, PA 15222

Independence Blue Cross
1901 Market Street
Philadelphia, PA 19103

Blue Cross and Blue Shield of Vermont
P.O. Box 186
Montpelier, VT 05601

Highmark Blue Cross and Blue Shield of
Delaware
800 Delaware Ave.
Wilmington, DE 19801

ALN/2:12-cv-02185 Notice has been electronically mailed to:

Carl Burkhalter
cburkhalter@maynardcooper.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Kimberly R. West
Kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Ian R. Conner
Ian.conner@kirkland.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Pamela B. Slate
pslate@hillhillcarter.com

Charles R. Watkins
charlesw@dglawfirm.com

David J. Guin
Davidg@dglawfirm.com

John R. Wylie
johnw@dglawfirm.com

Star Mishkel Tyner
start@dglawfirm.com

Tammy McClendon Stokes
tstokes@dglawfirm.com

ALN/2:12-cv-02537 Notice has been electronically mailed to:

Adam W. Pittman
apittman@saxonattorneys.com

Carl Burkhalter
cburkhalter@maynardcooper.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Kimberly R. West
Kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Ian R. Conner
Ian.conner@kirkland.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Pamela B. Slate
pslate@hillhillcarter.com

John D. Saxon
jsaxon@saxonattorneys.com

ALN/2:12-cv-01910 Notice has been electronically mailed to:

Arthur Nash Bailey, Jr.
abailey@hausfeldllp.com

Carl Burkhalter
cburkhalter@maynardcooper.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Kimberly R. West
Kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Ian R. Conner
Ian.conner@kirkland.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Pamela B. Slate
pslate@hillhillcarter.com

Christopher T. Hellums
christH@pittmandutton.com

Edgar D. Gankendorff
egankendorff@provostylaw.com

Eric R. Belin
ebelin@provostylaw.com

Jonathan S. Mann
jonM@pittmandutton.com

Michael D. Hausfeld
mhausfeld@hausfeldllp.com

William A. Isaacson
wisaacson@bsfllp.com

ALN/2:12-cv-01133 Notice has been electronically mailed to:

Adam W. Pittman
apittman@saxonattorneys.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Christopher T. Hellums
christH@pittmandutton.com

Daniel A. Small
dsmall@cohenmilstein.com

John D. Saxon
jsaxon@saxonattorneys.com

Kimberly R. West
Kwest@wallacejordan.com

Laura Alexander
lalexander@cohenmilstein.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Meghan M. Boone
mboone@cohenmilstein.com

Pamela B. Slate
pslate@hillhillcarter.com

Charles M. Thompson
cmtlaw@aol.com

NCWD/5:12-cv-00017 Notice has been electronically mailed to:

Arthur Nash Bailey, Jr.
abailey@hausfeldllp.com

Carl S. Kravitz
ckravitz@zuckerman.com

Cyril Vincent Smith, III
csmith@zuckerman.com

Daniel Patrick Moylan
dmoylan@zuckerman.com

David Matthew Wilkerson
Dwilkerson@vwlawfirm.com

J. Michael Malone
mmalonelaw@aol.com

Kathleen Simpson Kiernan
kkiernan@bsfllp.com

Jennifer K. Van Zant
jvanzant@brookspierce.com

Larry Stephen McDevitt
lmcdevitt@vwlawfirm.com

Michael D. Hausfeld
mhausfeld@hausfeldllp.com

William A. Isaacson
wisaacson@bsfllp.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

David J. Zott
David.zott@kirkland.com

James Thomas Williams, Jr.
jwilliams@brookspierce.com

Ian R. Conner
Ian.conner@kirkland.com

Chad Dwight Hansen
chadhansen@kilpatricktownsend.com

TNWD/2:12-cv-02359 Notice has been electronically mailed to:

William Gordon Ball
gball@ballandscott.com

Randall D. Noel
Randy.noel@butlersnow.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

David J. Zott
David.zott@kirkland.com

Gerald F. Easter
Jerryeaster1@gmail.com

Ian R. Conner
Ian.conner@kirkland.com

LAMD/3:12-cv-00421 Notice has been electronically mailed to:

Nicholas R. Rockforte
nrockforte@pbclawfirm.com

Ian R. Conner
Ian.conner@kirkland.com

Christopher L. Coffin
ccoffin@pbclawfirm.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Patrick Wayne Pendley
pwpendley@pbclawfirm.com

Michael Paul Fruge
michaelfruge@claytonfrugelaw.com

Stanley P. Baudin
sbaudin@pbclawfirm.com

Tony Clayton
tclaytonlaw@aol.com

L. Adams Thames
Adam.thames@taylorporter.com

John Stone Campbell, III
Johnstone.campbell@taylorporter.com

David J. Zott
David.zott@kirkland.com

Respectfully submitted,

By: _____

   **BRIAN K. NORMAN**

**SHAMOUN & NORMAN, LLP**
1755 Wittington Place, Ste. 200, LB 25
Dallas, Texas 75234
Telephone:    (214) 987-1745
Telecopier:   (214) 521-9033

**ATTORNEY FOR DEFENDANT
CAREFIRST OF MARYLAND, INC.**

Respectfully submitted,

By:_____

**BRIAN K. NORMAN**

**SHAMOUN & NORMAN, LLP**
1755 Wittington Place, Ste. 200, LB 25
Dallas, Texas 75234
Telephone:     (214) 987-1745
Telecopier:     (214) 521-9033

**ATTORNEY FOR DEFENDANT**
**CAREFIRST OF MARYLAND, INC.**