## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2012, the foregoing Notice of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Kimberly R. West
Kimberly R. West
Wallace, Jordan, Ratliff & Brandt LLC
P.O. Box 530910
Birmingham, AL 35253
TEL: (205) 874-0352
FAX: (205) 871-7534
kwest@wallacejordan.com

*Attorney for Defendant Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma*