## **CORPORATE DIVISIONS**

The following entities, which are listed as defendants in *Jerry L. Conway, D.C. v. Blue Cross and Blue Shield of Alabama, et al.,* Case No. 2-12-cv-02532-RDP, (N.D. Ala.), are divisions of Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, and are not separate corporate entities:

Blue Cross and Blue Shield of Illinois;

Blue Cross and Blue Shield of Texas;

Blue Cross and Blue Shield of Oklahoma;

Blue Cross and Blue Shield of New Mexico.