**FILED**
2012 Jul-26 AM 10:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Jerry L. Conway, D.C., on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>Blue Cross and Blue Shield of Alabama, Anthem, Inc., Premera Blue Cross of Alaska, Arkansas Blue Cross and Blue Shield, Anthem Blue Cross and Blue Shield of Connecticut, Highmark Blue Cross and Blue Shield of Delaware, Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield of Georgia, Hawaii Medical Service Assoc. d/b/a Blue Cross and Blue Shield of Hawaii, Health Care Service Corp. d/b/a/ Blue Cross and Blue Shield of Illinois, Anthem Blue Cross and Blue Shield of Indiana, Wellmark, Inc. d/b/a Blue Cross and Blue Shield of Iowa, Blue Cross and Blue Shield of Kansas, Blue Cross and Blue Shield of Louisiana, Anthem Health Plans of Maine, CareFirst Blue Cross and Blue Shield of Maryland, Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of Michigan, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of Mississippi, Anthem Blue Cross and Shield of Missouri, Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Nebraska, Anthem Blue Cross and Blue Shield of New Hampshire, Horizon Blue Cross and Blue Shield of New Jersey, Blue Cross and Blue Shield of New Mexico, Excellus BlueCross BlueShield of New York, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield Of Oklahoma, Blue Cross of Northeastern | CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

Pennsylvania – Wilkes-Barre, Highmark, )
Inc., Independence Blue Cross, Triple S – )
Salud, Inc., Blue Cross and Blue Shield of )
Rhode Island, Blue Cross and Blue Shield )
of South Carolina, Wellmark of South )
Dakota, Inc. d/b/a Wellmark Blue Cross )
and Blue Shield of South Dakota, )
Blue Cross and Blue Shield of )
Tennessee, Blue Cross and Blue Shield of )
Texas, Blue Cross and Blue Shield of )
Vermont, Anthem Blue Cross and Blue )
Shield of Virginia, Inc., Highmark Blue )
Cross, Blue Shield of West Virginia and )
Blue Cross and Blue Shield )
Association, )
)
               Defendants. )