## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2012, the Notice of Appearance and Corporate Disclosure Statement were electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        s/ John D. Briggs

---

John D. Briggs, Esq.
Axinn Veltrop & Harkrider, LLP
950 F Street, NW
Washington, DC 20004
TEL:  (202) 912-4700
FAX:  (202) 912-4701
jdb@avhlaw.com

*Attorney for Defendant Independence Blue Cross*