# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION ) ) ) ) ) | **MDL NO. 2406**<br><br>**NOTICE OF APPEARANCE** |

## APPEARANCE OF COUNSEL

Please enter the appearance of Todd M. Stenerson as counsel for Defendant Blue Cross Blue Shield of Michigan in the above captioned matter.

Respectfully submitted,

Todd M. Stenerson (P51953)
HUNTON & WILLIAMS LLP
2200 Pennsylvania Ave., NW
Washington, DC  20037
Phone:  202-955-1500
Fax:      202-778-2201
tstenerson@hunton.com

*Attorneys for Defendant Blue Cross Blue Shield of Michigan*

Dated:  September 24, 2012

## CERTIFICATE OF SERVICE

On the date below written, the undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was delivered as indicated to:

**VIA ECF:**

Brian Norman               bkn@snlegal.com, jlambro@snlegal.com
Brian P. Kappel            bkappel@lightfootlaw.com
Carl Burkhalter            cburkhalter@maynardcooper.com
Cavender C. Kimble         ckimble@balch.com
Craig A. Hoover            craig.hover@hoganlovells.com, miranda.berge@hoganlovells.com\
D. Keith Andress           kandress@bakerdonelson.com
Daniel Edward Laytin       daniel.laytin@kirland.com
Dennis G. Pantazis, Jr.    dpantazisjr@wcqp.com, dgp@wcqp.com
E. Desmond Hogan           desmond.hogan@hoganlovells.com
E. Kirk Wood, Jr.          ekirkwood1@bellsouth.net, bakercarla@bellsouth.net
Edward S. Bloomberg        ebloomberg@phillipslytle.com, dwallum@phillislytle.com
Emily M. Yinger            empily.yinger@hoganlovells.com, albert.hagovsky@hoganlovells.com
Erin W. Wilson             wilsonem@lanepowell.com
Gwendolyn Cecilia Payton   paytong@lanepowell.com, roundtreei@lanepowell.com
J. Bentley Owens, III      jbo@starneslaw.com
J. Robert Robertson        robby.robertson@hoganlovells.com
James Louis Priester       jpriester@maynardcooper.com, ajohnson@maynardcooper.com
Joe R. Whatley, Jr.        jwhatley@whatleykallas.com ecf@wdklaw.com
John DeQuedville Briggs    jdb@avhlaw.com
John M. Johnson            jjohnson@lightfootlaw.com
Kathleen Taylor Sooy       ksooy@crowell.com
Kevin R. Garrison          krgarrison@bakerdonelson.com
Kimberly R. West           kwest@wallacejordan.com
Michael E. Gurley, Jr.     mgurleyjr@yahoo.com
N. Thomas Connally, III    tom.connally@hoganlovells.com
Nicholas B. Roth           nbroth@eysterkey.com
Pamela B. Slate            pslate@hillhillcarter.com
Rafael Escalera-Rodriguez  escalera@reichardescalera.com, santiagop@reichardescalera.com
Tracy A. Roman             troman@crowell.com
W. Tucker Brown            tbrown@whatleykallas.com, ecf@wdklaw.com

**VIA FIRST-CLASS MAILED PRE-PAID TO:**

Arkansas Blue Cross and Blue Shield
P.O. Box 2181
Little Rock, AR  72203-2181

Blue Cross and Blue Shield
   of Michigan
20500 Civic Center Drive
Southfield, MI  48076

Blue Cross and Blue Shield
   of Rhode Island
500 Exchange Street
Providence, RI  02903

Blue Cross and Blue Shield
   of Vermont
P. O. Box 186
Montpelier, VT  05601

Blue Cross of Northeastern Pennsylvania
70 North Main Street
Wilkes-Barre, PA  18711

Highmark Blue Cross, Blue Shield
   of West Virginia
P. O. Box 7026
Wheeling, WV  26003

Highmark Inc.
Fifth Ave Place
120 Fifth Ave.
Pittsburg, PA  15222-3099

Independence Blue Cross
1901 Market Street
Philadelphia, PA  19103-1480

     DATED the 25th of September, 2012.