# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | )<br>)<br>)    **MDL NO. 2406**<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Corporate Disclosure

Statement (Dkt. No. 58) was served as indicated to:

**VIA ECF:**

Brian Norman          bkn@snlegal.com, jlambro@snlegal.com
Brian P. Kappel          bkappel@lightfootlaw.com
Carl Burkhalter          cburkhalter@maynardcooper.com
Cavender C. Kimble          ckimble@balch.com
Craig A. Hoover          craig.hover@hoganlovells.com, miranda.berge@hoganlovells.com\
D. Keith Andress          kandress@bakerdonelson.com
Daniel Edward Laytin          daniel.laytin@kirland.com
Dennis G. Pantazis, Jr.          dpantazisjr@wcqp.com, dgp@wcqp.com
E. Desmond Hogan          desmond.hogan@hoganlovells.com
E. Kirk Wood, Jr.          ekirkwood1@bellsouth.net, bakercarla@bellsouth.net
Edward S. Bloomberg          ebloomberg@phillipslytle.com, dwallum@phillislytle.com
Emily M. Yinger          empily.yinger@hoganlovells.com, albert.hagovsky@hoganlovells.com
Erin W. Wilson          wilsonem@lanepowell.com
Gwendolyn Cecilia Payton          paytong@lanepowell.com, roundtreei@lanepowell.com
J. Bentley Owens, III          jbo@starneslaw.com
J. Robert Robertson          robby.robertson@hoganlovells.com
James Louis Priester          jpriester@maynardcooper.com, ajohnson@maynardcooper.com
Joe R. Whatley, Jr.          jwhatley@whatleykallas.com ecf@wdklaw.com
John DeQuedville Briggs          jdb@avhlaw.com
John M. Johnson          jjohnson@lightfootlaw.com
Kathleen Taylor Sooy          ksooy@crowell.com
Kevin R. Garrison          krgarrison@bakerdonelson.com
Kimberly R. West          kwest@wallacejordan.com
Michael E. Gurley, Jr.          mgurleyjr@yahoo.com
N. Thomas Connally, III          tom.connally@hoganlovells.com
Nicholas B. Roth          nbroth@eysterkey.com
Pamela B. Slate          pslate@hillhillcarter.com
Rafael Escalera-Rodriguez          escalera@reichardescalera.com, santiagop@reichardescalera.com
Tracy A. Roman          troman@crowell.com

W. Tucker Brown      tbrown@whatleykallas.com, ecf@wdklaw.com

**VIA FIRST-CLASS MAILED PRE-PAID TO:**

Arkansas Blue Cross and Blue Shield
P.O. Box 2181
Little Rock, AR  72203-2181

Blue Cross and Blue Shield
   of Michigan
20500 Civic Center Drive
Southfield, MI  48076

Blue Cross and Blue Shield
   of Rhode Island
500 Exchange Street
Providence, RI  02903

Blue Cross and Blue Shield
   of Vermont
P. O. Box 186
Montpelier, VT  05601

Blue Cross of Northeastern Pennsylvania
70 North Main Street
Wilkes-Barre, PA  18711

Highmark Blue Cross, Blue Shield
   of West Virginia
P. O. Box 7026
Wheeling, WV  26003

Highmark Inc.
Fifth Ave Place
120 Fifth Ave.
Pittsburg, PA  15222-3099

Independence Blue Cross
1901 Market Street
Philadelphia, PA  19103-1480

                              Respectfully submitted,


                              /s/ Todd M. Stenerson
                              Todd M. Stenerson (P51953)
                              HUNTON & WILLIAMS LLP
                              2200 Pennsylvania Ave., NW
                              Washington, DC  20037
                              Phone:  202-955-1500
                              Fax:     202-778-2201
                              tstenerson@hunton.com

                              *Attorneys for Defendant Blue Cross
                              Blue Shield of Michigan*

Dated:  September 25, 2012

## CERTIFICATE OF SERVICE

On the date below written, the undersigned hereby certifies that a true and correct copy of the foregoing **CERTIFICATE OF SERVICE** was delivered as indicated to:

**VIA ECF:**

| | |
|---|---|
| Brian Norman | bkn@snlegal.com, jlambro@snlegal.com |
| Brian P. Kappel | bkappel@lightfootlaw.com |
| Carl Burkhalter | cburkhalter@maynardcooper.com |
| Cavender C. Kimble | ckimble@balch.com |
| Craig A. Hoover | craig.hover@hoganlovells.com, miranda.berge@hoganlovells.com\ |
| D. Keith Andress | kandress@bakerdonelson.com |
| Daniel Edward Laytin | daniel.laytin@kirland.com |
| Dennis G. Pantazis, Jr. | dpantazisjr@wcqp.com, dgp@wcqp.com |
| E. Desmond Hogan | desmond.hogan@hoganlovells.com |
| E. Kirk Wood, Jr. | ekirkwood1@bellsouth.net, bakercarla@bellsouth.net |
| Edward S. Bloomberg | ebloomberg@phillipslytle.com, dwallum@phillislytle.com |
| Emily M. Yinger | empily.yinger@hoganlovells.com, albert.hagovsky@hoganlovells.com |
| Erin W. Wilson | wilsonem@lanepowell.com |
| Gwendolyn Cecilia Payton | paytong@lanepowell.com, roundtreei@lanepowell.com |
| J. Bentley Owens, III | jbo@starneslaw.com |
| J. Robert Robertson | robby.robertson@hoganlovells.com |
| James Louis Priester | jpriester@maynardcooper.com, ajohnson@maynardcooper.com |
| Joe R. Whatley, Jr. | jwhatley@whatleykallas.com ecf@wdklaw.com |
| John DeQuedville Briggs | jdb@avhlaw.com |
| John M. Johnson | jjohnson@lightfootlaw.com |
| Kathleen Taylor Sooy | ksooy@crowell.com |
| Kevin R. Garrison | krgarrison@bakerdonelson.com |
| Kimberly R. West | kwest@wallacejordan.com |
| Michael E. Gurley, Jr. | mgurleyjr@yahoo.com |
| N. Thomas Connally, III | tom.connally@hoganlovells.com |
| Nicholas B. Roth | nbroth@eysterkey.com |
| Pamela B. Slate | pslate@hillhillcarter.com |
| Rafael Escalera-Rodriguez | escalera@reichardescalera.com, santiagop@reichardescalera.com |
| Tracy A. Roman | troman@crowell.com |
| W. Tucker Brown | tbrown@whatleykallas.com, ecf@wdklaw.com |

## VIA FIRST-CLASS MAILED PRE-PAID TO:

Arkansas Blue Cross and Blue Shield
P.O. Box 2181
Little Rock, AR  72203-2181

Blue Cross and Blue Shield
    of Michigan
20500 Civic Center Drive
Southfield, MI  48076

Blue Cross and Blue Shield
    of Rhode Island
500 Exchange Street
Providence, RI  02903

Blue Cross and Blue Shield
    of Vermont
P. O. Box 186
Montpelier, VT  05601

Blue Cross of Northeastern Pennsylvania
70 North Main Street
Wilkes-Barre, PA  18711

Highmark Blue Cross, Blue Shield
    of West Virginia
P. O. Box 7026
Wheeling, WV  26003

Highmark Inc.
Fifth Ave Place
120 Fifth Ave.
Pittsburg, PA  15222-3099

Independence Blue Cross
 1901 Market Street
 Philadelphia, PA  19103-1480

DATED the 25th of September, 2012.

/s/ Todd M. Stenerson_____