# Exhibit 1

Judicial Motion Report for **Proctor, Hon. R. David**

**Type of Motion ( January 2007 - September 2012 )**

| Type of Motion | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Total |
|---|---|---|---|---|---|---|---|
| **Dismiss (non-voluntary)** | 74 | 90 | 69 | 56 | 64 | 39 | 392 |
| **Summary Judgment** | 49 | 31 | 47 | 23 | 30 | 20 | 200 |
| **Protective Order** | 35 | 26 | 24 | 14 | 26 | 9 | 134 |
| **Compel Discovery** | 29 | 22 | 16 | 5 | 12 | 11 | 95 |
| **Remand** | 14 | 17 | 25 | 14 | 10 | 5 | 85 |
| **In Limine** | 19 | 9 | 22 | 5 | 14 | 9 | 78 |
| **Compel Arbitration** | 2 | 4 | 1 | 5 | 3 | 2 | 17 |
| **Temporary Restraining Order** | 3 | 3 | 4 | 4 | 3 | 0 | 17 |
| **Preliminary Injunction** | 2 | 2 | 3 | 3 | 1 | 0 | 11 |
| **Certify Class** | 2 | 4 | 0 | 0 | 1 | 1 | 8 |
| **Other** | 1 | 0 | 0 | 1 | 2 | 0 | 4 |
| **Total** | 230 | 208 | 211 | 130 | 166 | 96 | 1041 |

**Case Types ( January 2007 - September 2012 )**

| Case Types | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Total |
|---|---|---|---|---|---|---|---|
| **Employment/Labor** | 77 | 67 | 84 | 47 | 35 | 24 | 334 |
| **Torts/Negligence** | 27 | 31 | 34 | 20 | 34 | 22 | 168 |
| **Commercial Law and Contracts** | 54 | 24 | 33 | 15 | 16 | 13 | 155 |
| **Civil Rights** | 29 | 25 | 27 | 10 | 30 | 12 | 133 |
| **Insurance** | 21 | 23 | 5 | 8 | 26 | 8 | 91 |
| **Creditor/Debtor** | 10 | 6 | 6 | 1 | 3 | 2 | 28 |
| **Government** | 4 | 4 | 5 | 5 | 5 | 3 | 26 |
| **Intellectual Property - Trademarks** | 8 | 2 | 3 | 3 | 3 | 0 | 19 |
| **Intellectual Property - Copyrights** | 3 | 7 | 3 | 0 | 0 | 0 | 13 |
| **Other** | 2 | 15 | 6 | 10 | 4 | 5 | 42 |

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

| | | | | | | |
|---|---|---|---|---|---|---|
| Other | 0 | 10 | 16 | 13 | 11 | 6 | 56 |
| Total | 235 | 214 | 222 | 132 | 167 | 95 | 1065 |

**Time Before Deciding on Motion ( January 2007 - September 2012 )**

| Time Before Deciding | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Total |
|---|---|---|---|---|---|---|---|
| 0 - 30 days | 117 | 119 | 86 | 63 | 71 | 21 | 477 |
| 31 - 90 days | 29 | 25 | 30 | 19 | 17 | 14 | 134 |
| 91 - 180 days | 45 | 21 | 15 | 10 | 13 | 17 | 121 |
| 181 - 365 days | 20 | 20 | 23 | 12 | 17 | 13 | 105 |
| > 1 year | 11 | 3 | 12 | 10 | 3 | 2 | 41 |
| Total | 222 | 188 | 166 | 114 | 121 | 67 | 878 |

**Role of Filing Party ( January 2007 - September 2012 )**

| Role of Filing Party | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Total |
|---|---|---|---|---|---|---|---|
| Defendant | 161 | 153 | 147 | 85 | 137 | 75 | 758 |
| Plaintiff | 80 | 63 | 66 | 49 | 23 | 19 | 300 |
| Counter-Defendant | 19 | 13 | 9 | 4 | 8 | 3 | 56 |
| Counter-Claimant | 8 | 3 | 2 | 0 | 2 | 7 | 22 |
| Respondent | 0 | 0 | 0 | 1 | 2 | 3 | 6 |
| Cross-Defendant | 0 | 0 | 3 | 0 | 0 | 1 | 4 |
| Cross-Claimant | 0 | 0 | 0 | 2 | 0 | 0 | 2 |
| Petitioner | 2 | 0 | 0 | 0 | 0 | 0 | 2 |
| Third-Party Defendant | 0 | 0 | 1 | 0 | 1 | 0 | 2 |
| Intervenor | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Other | 0 | 0 | 1 | 0 | 1 | 0 | 2 |
| Total | 270 | 232 | 229 | 141 | 175 | 108 | 1155 |

**Name of Filing Party ( January 2007 - September 2012 )**

| Name of Filing Party | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Total |
|---|---|---|---|---|---|---|---|
| UNITED STATES PIPE AND FOUNDRY CO INC | 0 | 4 | 14 | 0 | 0 | 0 | 18 |
| DRUMMOND CO INC | 0 | 0 | 3 | 2 | 5 | 4 | 14 |
| AMERICAN MOTOR- | 0 | 3 | 2 | 0 | 8 | 0 | 13 |

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IST INSURANCE CO | | | | | | | |
| SOCIAL SECURITY ADMINISTRATION | 0 | 0 | 3 | 4 | 5 | 0 | 12 |
| DRUMMOND LTD | 0 | 0 | 2 | 2 | 3 | 4 | 11 |
| AMERICAN MOTORISTS INSURANCE CO | 0 | 3 | 2 | 0 | 3 | 0 | 8 |
| METROPOLITAN LIFE INSURANCE COMPANY AS SUCCESSOR OF NEW ENGLAND MUTUAL LIFE INSRUANCE COMPANY A CORP | 0 | 0 | 0 | 0 | 8 | 0 | 8 |
| OFFICER J BEECHEM INDIVIDUALLY | 2 | 1 | 5 | 0 | 0 | 0 | 8 |
| OREILLY AUTOMOTIVE INC | 8 | 0 | 0 | 0 | 0 | 0 | 8 |
| UNITED STATES PIPE AND FOUNDRY COMPANY LLC | 0 | 1 | 6 | 1 | 0 | 0 | 8 |
| Other | 371 | 291 | 304 | 193 | 229 | 132 | 1520 |
| Total | 381 | 303 | 341 | 202 | 261 | 140 | 1628 |

**Result of Motion ( January 2007 - September 2012 )**

| Result of Motion | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Total |
|---|---|---|---|---|---|---|---|
| Granted | 89 | 97 | 66 | 47 | 51 | 21 | 371 |
| Unknown | 70 | 36 | 36 | 28 | 13 | 10 | 193 |
| Denied | 46 | 28 | 29 | 14 | 28 | 17 | 162 |
| Pending | 4 | 19 | 44 | 16 | 45 | 29 | 157 |
| Denied as Moot | 8 | 19 | 21 | 14 | 17 | 6 | 85 |
| Granted in Part | 13 | 7 | 14 | 11 | 12 | 13 | 70 |
| Withdrawn | 0 | 2 | 1 | 0 | 0 | 0 | 3 |
| Total | 230 | 208 | 211 | 130 | 166 | 96 | 1041 |

**Attorney Filing Motion ( January 2007 - September 2012 )**

| Attorney Filing Motion | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Total |
|---|---|---|---|---|---|---|---|

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Davis, William A. III** | 2 | 2 | 5 | 3 | 7 | 5 | 24 |
| **Dupont, Audrey Yearout** | 0 | 4 | 18 | 1 | 0 | 0 | 23 |
| **Lee, Jeffrey Allen** | 0 | 4 | 16 | 1 | 2 | 0 | 23 |
| **Allenstein, Myron K.** | 14 | 3 | 1 | 0 | 0 | 3 | 21 |
| **Ellis, Thomas E** | 0 | 6 | 4 | 0 | 11 | 0 | 21 |
| **Allen, Mitchell G.** | 0 | 3 | 16 | 0 | 0 | 0 | 19 |
| **Knee, Tara Smelley** | 4 | 3 | 9 | 0 | 0 | 0 | 16 |
| **Piggott, Philip G.** | 0 | 0 | 4 | 2 | 6 | 4 | 16 |
| **Wells, Huey Thomas III** | 0 | 0 | 4 | 2 | 6 | 4 | 16 |
| **Johnson, John S.** | 1 | 3 | 0 | 1 | 10 | 0 | 15 |
| **Other** | 569 | 434 | 482 | 419 | 325 | 197 | 2426 |
| **Total** | 590 | 462 | 559 | 429 | 367 | 213 | 2620 |

**Law Firm Filing Motion ( January 2007 - September 2012 )**

| Law Firm Filing Motion | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Total |
|---|---|---|---|---|---|---|---|
| **Maynard Cooper & Gale, P.C.** | 14 | 8 | 27 | 4 | 11 | 2 | 66 |
| **Burr & Forman LLP** | 15 | 12 | 5 | 9 | 5 | 0 | 46 |
| **Starnes Davis Florie LLP** | 7 | 2 | 10 | 0 | 9 | 0 | 28 |
| **U.S. Attorney's Office, Northern District of Alabama** | 2 | 5 | 4 | 7 | 10 | 0 | 28 |
| **Bradley Arant Boult Cummings LLP** | 3 | 2 | 12 | 7 | 3 | 0 | 27 |
| **Carr Allison** | 7 | 6 | 2 | 3 | 6 | 0 | 24 |
| **Baker, Donelson, Bearman, Caldwell & Berkowitz, PC** | 4 | 4 | 6 | 7 | 1 | 0 | 22 |
| **Balch & Bingham LLP** | 5 | 5 | 2 | 3 | 7 | 0 | 22 |
| **Hand Arendall LLC** | 1 | 4 | 0 | 5 | 10 | 2 | 22 |
| **Christian & Small LLP** | 5 | 1 | 9 | 5 | 1 | 0 | 21 |
| **Other** | 200 | 167 | 206 | 152 | 89 | 51 | 865 |
| **Total** | 263 | 216 | 283 | 202 | 152 | 55 | 1171 |

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.