# Exhibit 3

| United States Judicial Panel on Multidistrict Litigation | | | | | Report Date: 9/5/2012 |
|---|---|---|---|---|---|
| **MDL Statistics Report - Distribution of Pending MDL Dockets** | | | | | |
| **MDL Filters:** Limited to **Active Litigations** | | | | | |

| District | Judge (Title) | Docket No. | Litigation | Actions Now Pending | Total Actions (Historical) |
|---|---|---|---|---|---|
| ALN | Inge P Johnson   (U.S. District Judge) | MDL - 2092 | IN RE: Chantix (Varenicline) Products Liability Litigation | 2,622 | 2,964 |
| ARE | Billy Roy Wilson   (Sr. District Judge) | MDL - 1507 | IN RE: Prempro Products Liability Litigation | 5,892 | 9,760 |
| AZ | James A Teilborg   (U.S. District Judge) | MDL - 2119 | IN RE: Mortgage Electronic Registration Systems (MERS) Litigation | 1 | 93 |
| CAC | Cormac J Carney   (U.S. District Judge) | MDL - 2172 | IN RE: Toyota Motor Corp. Hybrid Brake Marketing, Sales Practices, and Products Liability Litigation | 12 | 14 |
|  | David O Carter   (U.S. District Judge) | MDL - 2145 | IN RE: Medical Capital Securities Litigation | 3 | 13 |
|  | Dale S Fischer   (U.S. District Judge) | MDL - 2274 | IN RE: CitiMortgage, Inc., Home Affordable Modification Program (HAMP) Contract Litigation | 11 | 11 |
|  | Andrew J. Guilford   (U.S. District Judge) | MDL - 2008 | IN RE: Land Rover LR3 Tire Wear Products Liability Litigation | 4 | 9 |
|  | Andrew J. Guilford   (U.S. District Judge) | MDL - 2093 | IN RE: DIRECTV, Inc., Early Cancellation Fee Marketing and Sales Practices Litigation | 8 | 12 |
|  | Philip S Gutierrez   (U.S. District Judge) | MDL - 2074 | IN RE: WellPoint, Inc., Out-of-Network "UCR" Rates Litigation | 1 | 13 |
|  | Robert Gary Klausner   (U.S. District Judge) | MDL - 1816 | IN RE: Katz Interactive Call Processing Patent Litigation | 12 | 54 |
|  | Margaret M Morrow   (U.S. District Judge) | MDL - 1980 | IN RE: Toys "R" Us - Delaware, Inc., Fair and Accurate Credit Transactions Act (FACTA) Litigation | 2 | 2 |
|  | Margaret M Morrow   (U.S. District Judge) | MDL - 2291 | IN RE: Wesson Oil Marketing and Sales Practices Litigation | 3 | 7 |
|  | S. James Otero   (U.S. District Judge) | MDL - 1891 | IN RE: Korean Air Lines Co., Ltd., Antitrust Litigation | 1 | 74 |
|  | Mariana R Pfaelzer   (Sr. District Judge) | MDL - 2265 | IN RE: Countrywide Financial Corp. Mortgage-Backed Securities Litigation | 23 | 29 |
|  | Dean D Pregerson   (U.S. District Judge) | MDL - 2199 | IN RE: POM Wonderful LLC Marketing and Sales Practices Litigation | 16 | 22 |
|  | James V Selna   (U.S. District Judge) | MDL - 2151 | IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | 348 | 392 |
|  | Christina A Snyder   (U.S. District Judge) | MDL - 2317 | IN RE: Oreck Corporation Halo Vacuum and Air Purifiers Marketing and Sales Practices Litigation | 6 | 6 |
|  | George H Wu   (U.S. District Judge) | MDL - 2007 | IN RE: Aftermarket Automotive Lighting Products Antitrust Litigation | 6 | 9 |
|  | George H Wu   (U.S. District Judge) | MDL - 2153 | IN RE: United Parcel Service "Air-in-Ground" Marketing and Sales Practices Litigation | 1 | 5 |
|  | George H Wu   (U.S. District Judge) | MDL - 2302 | IN RE: A-Power Energy Generation Systems, Ltd., Securities Litigation | 4 | 5 |
| CAN | Charles R Breyer   (Sr. District Judge) | MDL - 1699 | IN RE: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation | 6 | 2,192 |
|  | Charles R Breyer   (Sr. District Judge) | MDL - 1913 | IN RE: Transpacific Passenger Air Transportation Antitrust Litigation | 26 | 26 |
|  | Charles R Breyer   (Sr. District Judge) | MDL - 2159 | IN RE: AutoZone, Inc., Wage and Hour Employment Practices Litigation | 4 | 6 |
|  | Edward M. Chen   (U.S. District Judge) | MDL - 2330 | IN RE: Carrier IQ, Inc., Consumer Privacy Litigation | 69 | 69 |
|  | Maxine M Chesney   (Sr. District Judge) | MDL - 2032 | IN RE: Chase Bank USA, N.A., "Check Loan" Contract Litigation | 30 | 34 |
|  | Samuel Conti   (Sr. District Judge) | MDL - 1917 | IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | 54 | 56 |
|  | Edward J. Davila   (U.S. District Judge) | MDL - 2314 | IN RE: Facebook Internet Tracking Litigation | 29 | 29 |
|  | Phyllis J Hamilton   (U.S. District Judge) | MDL - 1486 | IN RE: Dynamic Random Access Memory (DRAM) Antitrust Litigation | 25 | 52 |
|  | Thelton E Henderson   (Sr. District Judge) | MDL - 2269 | IN RE: Bank of America Credit Protection Marketing and Sales Practices Litigation | 8 | 8 |
|  | Susan Yvonne Illston   (U.S. District Judge) | MDL - 1827 | IN RE: TFT-LCD (Flat Panel) Antitrust Litigation | 145 | 156 |
|  | Susan Yvonne Illston   (U.S. District Judge) | MDL - 2124 | IN RE: Conseco Life Insurance Co. Lifetrend Insurance Marketing and Sales Practices Litigation | 1 | 4 |
|  | Lucy H. Koh   (U.S. District Judge) | MDL - 2250 | IN RE: iPhone/iPad Application Consumer Privacy Litigation | 19 | 19 |
|  | Richard G. Seeborg   (U.S. District Judge) | MDL - 1987 | IN RE: Webkinz Antitrust Litigation | 5 | 5 |
|  | Richard G. Seeborg   (U.S. District Judge) | MDL - 2143 | IN RE: Optical Disk Drive Products Antitrust Litigation | 38 | 38 |
|  | James Ware   (Chief Judge, USDC) | MDL - 2028 | IN RE: Edward H. Okun Internal Revenue Service § 1031 Tax Deferred Exchange Litigation | 0 | 3 |
|  | James Ware   (Chief Judge, USDC) | MDL - 2045 | IN RE: Apple iPhone 3G Products Liability Litigation | 11 | 13 |
|  | James Ware   (Chief Judge, USDC) | MDL - 2184 | IN RE: Google Inc. Street View Electronic Communications Litigation | 19 | 19 |
|  | Jeffrey S White   (U.S. District Judge) | MDL - 2264 | IN RE: Google Inc. Android Consumer Privacy Litigation | 11 | 11 |
|  | Ronald M Whyte   (Sr. District Judge) | MDL - 2188 | IN RE: Apple Inc. iPhone 4 Marketing, Sales Practices and Products Liability Litigation | 18 | 18 |
| CAS | Michael M. Anello   (U.S. District Judge) | MDL - 2286 | IN RE: Midland Credit Management, Inc., Telephone Consumer Protection Act Litigation | 4 | 4 |
|  | Anthony J. Battaglia   (U.S. District Judge) | MDL - 2258 | IN RE: Sony Gaming Networks and Customer Data Security Breach Litigation | 65 | 65 |
|  | Roger T Benitez   (U.S. District Judge) | MDL - 1889 | IN RE: Peregrine Systems, Inc., Securities Litigation | 1 | 35 |
|  | Roger T Benitez   (U.S. District Judge) | MDL - 2245 | IN RE: Cardtronics ATM Fee Notice Litigation | 3 | 10 |
|  | Larry Alan Burns   (U.S. District Judge) | MDL - 2121 | IN RE: Musical Instruments and Equipment Antitrust Litigation | 34 | 38 |
|  | John A Houston   (U.S. District Judge) | MDL - 2295 | IN RE: Portfolio Recovery Associates, LLC, Telephone Consumer Protection Act Litigation | 9 | 9 |
|  | Jeffrey T Miller   (Sr. District Judge) | MDL - 2261 | IN RE: Jiffy Lube International, Inc., Text Spam Litigation | 7 | 7 |
|  | Barry Ted Moskowitz   (Chief Judge, USDC) | MDL - 2087 | IN RE: Hydroxycut Marketing and Sales Practices Litigation | 118 | 127 |
|  | Dana M Sabraw   (U.S. District Judge) | MDL - 2238 | IN RE: Groupon, Inc., Marketing and Sales Practices Litigation | 17 | 18 |
| CO | John L Kane, Jr   (Sr. District Judge) | MDL - 2063 | IN RE: Oppenheimer Rochester Funds Group Securities Litigation | 30 | 30 |
| CT | Alvin W Thompson   (Chief Judge, USDC) | MDL - 1894 | IN RE: U.S. Foodservice, Inc., Pricing Litigation | 1 | 3 |
| DC | Rosemary M Collyer   (U.S. District Judge) | MDL - 1880 | IN RE: Papst Licensing Digital Camera Patent Litigation | 1 | 15 |
|  | Paul L Friedman   (Sr. District Judge) | MDL - 1869 | IN RE: Rail Freight Fuel Surcharge Antitrust Litigation | 7 | 18 |
|  | Ellen Segal Huvelle   (U.S. District Judge) | MDL - 2254 | IN RE: LivingSocial Marketing and Sales Practices Litigation | 6 | 6 |
|  | Richard J Leon   (U.S. District Judge) | MDL - 1668 | IN RE: Federal National Mortgage Association Securities, Derivative & "ERISA" Litigation | 2 | 18 |

| | | | | | |
|---|---|---|---|---|---|
| | Emmet G Sullivan   (U.S. District Judge) | MDL - 1993 | IN RE: Polar Bear Endangered Species Act Listing and § 4(d) Rule Litigation | 2 | 12 |
| | Emmet G Sullivan   (U.S. District Judge) | MDL - 2165 | IN RE: Endangered Species Act Section 4 Deadline Litigation | 0 | 15 |
| | Robert L. Wilkins   (U.S. District Judge) | MDL - 2360 | IN RE: Science Applications International Corp. (SAIC) Backup Tape Data Theft Litigation | 8 | 8 |
| DE | Sue L Robinson   (U.S. District Judge) | MDL - 2358 | IN RE: Google Inc. Cookie Placement Consumer Privacy Litigation | 23 | 23 |
| | Gregory M Sleet   (Chief Judge, USDC) | MDL - 2200 | IN RE: Armodafinil Patent Litigation | 5 | 8 |
| | Gregory M Sleet   (Chief Judge, USDC) | MDL - 2344 | IN RE: Bear Creek Technologies, Inc., ('722) Patent Litigation | 15 | 15 |
| | Leonard P Stark   (U.S. District Judge) | MDL - 1717 | IN RE: Intel Corp. Microprocessor Antitrust Litigation | 56 | 82 |
| FLM | Anne C Conway   (Chief Judge, USDC) | MDL - 1769 | IN RE: Seroquel Products Liability Litigation | 2 | 8,272 |
| | James S Moody, Jr   (Sr. District Judge) | MDL - 1626 | IN RE: Accutane (Isotretinoin) Products Liability Litigation | 11 | 69 |
| | James D Whittemore   (U.S. District Judge) | MDL - 2173 | IN RE: Photochromic Lens Antitrust Litigation | 17 | 29 |
| FLS | Cecilia M Altonaga   (U.S. District Judge) | MDL - 2051 | IN RE: Denture Cream Products Liability Litigation | 101 | 207 |
| | James Lawrence King   (Sr. District Judge) | MDL - 2036 | IN RE: Checking Account Overdraft Litigation | 60 | 100 |
| | Joan A Lenard   (U.S. District Judge) | MDL - 2324 | IN RE: Horizon Organic Milk Plus DHA Omega-3 Marketing and Sales Practices Litigation | 7 | 7 |
| | Kenneth A Marra   (U.S. District Judge) | MDL - 1916 | IN RE: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation | 13 | 17 |
| | Kenneth A Marra   (U.S. District Judge) | MDL - 2246 | IN RE: Air Crash Near Rio Grande, Puerto Rico, on December 3, 2008 | 6 | 7 |
| | Donald M Middlebrooks   (U.S. District Judge) | MDL - 1928 | IN RE: Trasylol Products Liability Litigation | 350 | 1,829 |
| | Federico A Moreno   (Chief Judge, USDC) | MDL - 1334 | IN RE: Managed Care Litigation | 2 | 126 |
| | Patricia A Seitz   (U.S. District Judge) | MDL - 2183 | IN RE: Brican America LLC Equipment Lease Litigation | 4 | 6 |
| GAM | Clay D Land   (U.S. District Judge) | MDL - 2004 | IN RE: Mentor Corp. ObTape Transobturator Sling Products Liability Litigation | 112 | 174 |
| GAN | Timothy C Batten, Sr   (U.S. District Judge) | MDL - 2089 | IN RE: Delta/AirTran Baggage Fee Antitrust Litigation | 1 | 14 |
| | William S Duffey, Jr   (U.S. District Judge) | MDL - 2329 | IN RE: Wright Medical Technology, Inc., Conserve Hip Implant Products Liability Litigation | 37 | 38 |
| | J. Owen Forrester   (Sr. District Judge) | MDL - 2171 | IN RE: Capital One Bank Credit Card Interest Rate Litigation | 4 | 4 |
| | J. Owen Forrester   (Sr. District Judge) | MDL - 2218 | IN RE: Camp Lejeune, North Carolina, Water Contamination Litigation | 11 | 11 |
| | Thomas W Thrash, Jr   (U.S. District Judge) | MDL - 1804 | IN RE: Stand 'n Seal Products Liability Litigation | 1 | 41 |
| | Thomas W Thrash, Jr   (U.S. District Judge) | MDL - 1845 | IN RE: ConAgra Peanut Butter Products Liability Litigation | 12 | 386 |
| | Thomas W Thrash, Jr   (U.S. District Judge) | MDL - 2084 | IN RE: AndroGel Antitrust Litigation (No. II) | 17 | 17 |
| ID | B. Lynn Winmill   (Chief Judge, USDC) | MDL - 2186 | IN RE: Fresh and Process Potatoes Antitrust Litigation | 6 | 6 |
| ILC | Michael P McCuskey   (U.S. District Judge) | MDL - 2104 | IN RE: IKO Roofing Shingle Products Liability Litigation | 9 | 10 |
| ILN | Marvin E Aspen   (Sr. District Judge) | MDL - 1715 | IN RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | 111 | 523 |
| | Elaine E Bucklo   (Sr. District Judge) | MDL - 2364 | IN RE: Nebivolol ('040) Patent Litigation | 2 | 2 |
| | Ruben Castillo   (U.S. District Judge) | MDL - 1996 | IN RE: Potash Antitrust Litigation (No. II) | 1 | 9 |
| | John W Darrah   (U.S. District Judge) | MDL - 2217 | IN RE: Discover Card Payment Protection Plan Marketing and Sales Practices Litigation | 1 | 8 |
| | Robert M Dow, Jr   (U.S. District Judge) | MDL - 2031 | IN RE: Dairy Farmers of America, Inc., Cheese Antitrust Litigation | 9 | 9 |
| | Robert W Gettleman   (Sr. District Judge) | MDL - 1957 | IN RE: Aftermarket Automotive Filters Antitrust Litigation | 35 | 60 |
| | Joan B Gottschall   (Sr. District Judge) | MDL - 2109 | IN RE: Plasma-Derivative Protein Therapies Antitrust Litigation | 18 | 19 |
| | Joan B Gottschall   (Sr. District Judge) | MDL - 2334 | IN RE: Liberty Refund Anticipation Loan Litigation | 10 | 10 |
| | Joan B Gottschall   (Sr. District Judge) | MDL - 2373 | IN RE: H&R Block Refund Anticipation Loan Litigation | 9 | 9 |
| | John F Grady   (Sr. District Judge) | MDL - 986 | IN RE: "Factor VIII or IX Concentrate Blood Products" Products Liability Litigation | 119 | 377 |
| | John F Grady   (Sr. District Judge) | MDL - 1703 | IN RE: Sears, Roebuck & Co. Tools Marketing and Sales Practices Litigation | 2 | 7 |
| | James F Holderman, Jr   (Chief Judge, USDC) | MDL - 1536 | IN RE: Sulfuric Acid Antitrust Litigation | 7 | 7 |
| | James F Holderman, Jr   (Chief Judge, USDC) | MDL - 1940 | IN RE: Aqua Dots Products Liability Litigation | 13 | 13 |
| | James F Holderman, Jr   (Chief Judge, USDC) | MDL - 2103 | IN RE: Kentucky Grilled Chicken Coupon Marketing and Sales Practices Litigation | 0 | 4 |
| | James F Holderman, Jr   (Chief Judge, USDC) | MDL - 2303 | IN RE: Innovatio IP Ventures, LLC, Patent Litigation | 12 | 12 |
| | Matthew F Kennelly   (U.S. District Judge) | MDL - 1997 | IN RE: Text Messaging Antitrust Litigation | 33 | 38 |
| | Matthew F Kennelly   (U.S. District Judge) | MDL - 2223 | IN RE: Navistar 6.0 L Diesel Engine Products Liability Litigation | 38 | 38 |
| | Matthew F Kennelly   (U.S. District Judge) | MDL - 2372 | IN RE: Watson Fentanyl Patch Products Liability Litigation | 28 | 28 |
| | Joan Humphrey Lefkow   (U.S. District Judge) | MDL - 2371 | IN RE: Unified Messaging Solutions LLC Patent Litigation | 37 | 37 |
| | Charles R Norgle, Sr   (U.S. District Judge) | MDL - 1604 | IN RE: Ocwen Federal Bank FSB Mortgage Servicing Litigation | 2 | 93 |
| | Rebecca R Pallmeyer   (U.S. District Judge) | MDL - 2167 | IN RE: JPMorgan Chase Bank Home Equity Line of Credit Litigation | 11 | 11 |
| | Rebecca R Pallmeyer   (U.S. District Judge) | MDL - 2272 | IN RE: Zimmer NexGen Knee Implant Products Liability Litigation | 620 | 624 |
| | James B Zagel   (U.S. District Judge) | MDL - 1946 | IN RE: BP Products North America, Inc., Antitrust Litigation (No. II) | 1 | 20 |
| ILS | David R Herndon   (Chief Judge, USDC) | MDL - 2100 | IN RE: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation | 9,171 | 10,044 |
| | David R Herndon   (Chief Judge, USDC) | MDL - 2385 | IN RE: Pradaxa (Dabigatran Etexilate) Products Liability Litigation | 93 | 106 |
| INS | Sarah Evans Barker   (U.S. District Judge) | MDL - 2055 | IN RE: Zimmer Holdings, Inc., Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation | 0 | 3 |
| | David F Hamilton   (U.S. Circuit Judge) | MDL - 1313 | IN RE: AT&T Corp. Fiber Optic Cable Installation Litigation | 2 | 44 |
| | Larry J McKinney   (Sr. District Judge) | MDL - 2181 | IN RE: Method of Processing Ethanol Byproducts and Related Subsystems ('858) Patent Litigation | 13 | 13 |
| KS | John W Lungstrum   (Sr. District Judge) | MDL - 1616 | IN RE: Urethane Antitrust Litigation | 7 | 33 |
| | John W Lungstrum   (Sr. District Judge) | MDL - 2138 | IN RE: Bank of America Wage and Hour Employment Practices Litigation | 24 | 29 |
| | Kathryn H Vratil   (Chief Judge, USDC) | MDL - 1840 | IN RE: Motor Fuel Temperature Sales Practices Litigation | 41 | 51 |
| KYE | Joseph M Hood   (Sr. District Judge) | MDL - 1877 | IN RE: ClassicStar Mare Lease Litigation | 17 | 30 |
| | Danny C Reeves   (U.S. District Judge) | MDL - 2226 | IN RE: Darvocet, Darvon and Propoxyphene Products Liability Litigation | 101 | 213 |
| KYW | Jennifer B Coffman   (Chief Judge, USDC) | MDL - 2016 | IN RE: Yamaha Motor Corp. Rhino ATV Products Liability Litigation | 156 | 330 |
| | John G Heyburn, II   (U.S. District Judge) | MDL - 1974 | IN RE: Countrywide Financial Corp. Mortgage Lending Practices Litigation | 4 | 4 |
| | Thomas B Russell   (Sr. District Judge) | MDL - 2308 | IN RE: Skechers Toning Shoe Products Liability Litigation | 35 | 35 |
| LAE | Carl J Barbier   (U.S. District Judge) | MDL - 2179 | IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 636 | 741 |
| | Kurt D Engelhardt   (U.S. District Judge) | MDL - 1873 | IN RE: FEMA Trailer Formaldehyde Products Liability Litigation | 3,485 | 4,806 |

| | | | | | |
|---|---|---|---|---|---|
| | Eldon E Fallon (U.S. District Judge) | MDL - 1355 | IN RE: Propulsid Products Liability Litigation | 85 | 474 |
| | Eldon E Fallon (U.S. District Judge) | MDL - 1657 | IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation | 703 | 10,314 |
| | Eldon E Fallon (U.S. District Judge) | MDL - 2047 | IN RE: Chinese-Manufactured Drywall Products Liability Litigation | 314 | 356 |
| | Sarah S Vance (Chief Judge, USDC) | MDL - 2328 | IN RE: Pool Products Distribution Market Antitrust Litigation | 33 | 35 |
| LAW | Rebecca F Doherty (U.S. District Judge) | MDL - 2299 | IN RE: Actos (Pioglitazone) Products Liability Litigation | 633 | 650 |
| MA | Nathaniel M Gorton (U.S. District Judge) | MDL - 2067 | IN RE: Celexa and Lexapro Marketing and Sales Practices Litigation | 4 | 9 |
| | Michael A Ponsor (Sr. District Judge) | MDL - 2208 | IN RE: Prudential Insurance Company of America SGLI/VGLI Contract Litigation | 4 | 4 |
| | Patti B Saris (U.S. District Judge) | MDL - 1456 | IN RE: Pharmaceutical Industry Average Wholesale Price Litigation | 11 | 133 |
| | Patti B Saris (U.S. District Judge) | MDL - 1629 | IN RE: Neurontin Marketing, Sales Practices and Products Liability Litigation | 5 | 253 |
| | F. Dennis Saylor (U.S. District Judge) | MDL - 2375 | IN RE: Body Science LLC Patent Litigation | 5 | 5 |
| | Richard G Stearns (U.S. District Judge) | MDL - 2290 | IN RE: JPMorgan Chase Mortgage Modification Litigation | 16 | 17 |
| | Rya W Zobel (U.S. District Judge) | MDL - 2193 | IN RE: Bank of America Home Affordable Modification Program (HAMP) Contract Litigation | 32 | 32 |
| | Rya W Zobel (U.S. District Judge) | MDL - 2242 | IN RE: Prograf Antitrust Litigation | 8 | 8 |
| MD | Catherine C Blake (U.S. District Judge) | MDL - 2294 | IN RE: Webvention LLC ('294) Patent Litigation | 12 | 22 |
| | Marvin J Garbis (Sr. District Judge) | MDL - 1961 | IN RE: Municipal Mortgage & Equity, LLC, Securities and Derivative Litigation | 12 | 14 |
| | J. Frederick Motz (Sr. District Judge) | MDL - 1586 | IN RE: Mutual Funds Investment Litigation | 1 | 438 |
| | Roger W Titus (U.S. District Judge) | MDL - 2083 | IN RE: KBR, Inc., Burn Pit Litigation | 56 | 56 |
| MIE | Marianne O Battani (Sr. District Judge) | MDL - 2311 | IN RE: Automotive Parts Antitrust Litigation | 105 | 106 |
| | Paul D Borman (U.S. District Judge) | MDL - 1952 | IN RE: Packaged Ice Antitrust Litigation | 96 | 100 |
| | Sean F Cox (U.S. District Judge) | MDL - 1867 | IN RE: OnStar Contract Litigation | 34 | 35 |
| | Sean F Cox (U.S. District Judge) | MDL - 2042 | IN RE: Refrigerant Compressors Antitrust Litigation | 36 | 51 |
| | Bernard A Friedman (Sr. District Judge) | MDL - 1718 | IN RE: Ford Motor Co. Speed Control Deactivation Switch Products Liability Litigation | 5 | 172 |
| MIW | Robert Holmes Bell (U.S. District Judge) | MDL - 1846 | IN RE: Trade Partners, Inc., Investors Litigation | 11 | 11 |
| MN | Michael James Davis (Chief Judge, USDC) | MDL - 1431 | IN RE: Baycol Products Liability Litigation | 2 | 9,107 |
| | Michael James Davis (Chief Judge, USDC) | MDL - 1836 | IN RE: Mirapex Products Liability Litigation | 28 | 439 |
| | Michael James Davis (Chief Judge, USDC) | MDL - 2359 | IN RE: HardiePlank Fiber Cement Siding Litigation | 8 | 8 |
| | Donovan W Frank (U.S. District Judge) | MDL - 2249 | IN RE: Vehicle Tracking and Security System ('844) Patent Litigation | 15 | 21 |
| | Richard H Kyle (Sr. District Judge) | MDL - 2059 | IN RE: Activated Carbon-Based Hunting Clothing Marketing and Sales Practices Litigation | 2 | 10 |
| | Ann D Montgomery (U.S. District Judge) | MDL - 1958 | IN RE: Zurn Pex Plumbing Products Liability Litigation | 15 | 15 |
| | Ann D Montgomery (U.S. District Judge) | MDL - 2090 | IN RE: Wholesale Grocery Products Antitrust Litigation | 2 | 4 |
| | John R Tunheim (U.S. District Judge) | MDL - 1943 | IN RE: Levaquin Products Liability Litigation | 1,793 | 1,861 |
| MOE | Henry Edward Autrey (U.S. District Judge) | MDL - 1672 | IN RE: Express Scripts, Inc., Pharmacy Benefits Management Litigation | 9 | 22 |
| | Henry Edward Autrey (U.S. District Judge) | MDL - 2382 | IN RE: Emerson Electric Co. Wet/Dry Vac Marketing and Sales Practices Litigation | 7 | 7 |
| | Catherine D Perry (Chief Judge, USDC) | MDL - 1811 | IN RE: Genetically Modified Rice Litigation | 194 | 412 |
| | Rodney W Sippel (U.S. District Judge) | MDL - 1736 | IN RE: Celexa and Lexapro Products Liability Litigation | 13 | 57 |
| | Rodney W Sippel (U.S. District Judge) | MDL - 1964 | IN RE: NuvaRing Products Liability Litigation | 952 | 1,019 |
| | E. Richard Webber (Sr. District Judge) | MDL - 1907 | IN RE: Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation | 20 | 20 |
| MOW | Fernando J Gaitan, Jr (Chief Judge, USDC) | MDL - 2361 | IN RE: Simply Orange Orange Juice Marketing and Sales Practices Litigation | 12 | 12 |
| | Ortrie D Smith (Sr. District Judge) | MDL - 1967 | IN RE: Bisphenol-A (BPA) Polycarbonate Plastic Products Liability Litigation | 27 | 38 |
| NCW | Graham C Mullen (Sr. District Judge) | MDL - 1932 | IN RE: Family Dollar Stores, Inc., Wage and Hour Employment Practices Litigation | 14 | 27 |
| | Graham C Mullen (Sr. District Judge) | MDL - 2384 | IN RE: Swisher Hygiene, Inc., Securities and Derivative Litigation | 6 | 6 |
| NH | Paul J Barbadoro (U.S. District Judge) | MDL - 2320 | IN RE: Colgate-Palmolive Softsoap Antibacterial Hand Soap Marketing and Sales Practices Litigation | 10 | 10 |
| | Steven J McAuliffe (U.S. District Judge) | MDL - 2263 | IN RE: Dial Complete Marketing and Sales Practices Litigation | 15 | 17 |
| NJ | Dennis M Cavanaugh (U.S. District Judge) | MDL - 2353 | IN RE: Tropicana Orange Juice Marketing and Sales Practices Litigation | 15 | 15 |
| | Claire C. Cecchi (U.S. District Judge) | MDL - 1663 | IN RE: Insurance Brokerage Antitrust Litigation | 13 | 51 |
| | Stanley R Chesler (U.S. District Judge) | MDL - 1658 | IN RE: Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation | 9 | 43 |
| | Stanley R Chesler (U.S. District Judge) | MDL - 2020 | IN RE: Aetna, Inc., Out-of-Network "UCR" Rates Litigation | 8 | 13 |
| | Faith S Hochberg (U.S. District Judge) | MDL - 1479 | IN RE: Neurontin Antitrust Litigation | 4 | 22 |
| | Jose L Linares (U.S. District Judge) | MDL - 1730 | IN RE: Hypodermic Products Antitrust Litigation | 1 | 10 |
| | William J Martini (U.S. District Judge) | MDL - 1763 | IN RE: Human Tissue Products Liability Litigation | 12 | 252 |
| | William J Martini (U.S. District Judge) | MDL - 2280 | IN RE: Morgan Stanley Smith Barney LLC Wage and Hour Employment Practices Litigation | 5 | 5 |
| | Joel A Pisano (U.S. District Judge) | MDL - 2243 | IN RE: Fosamax (Alendronate Sodium) Products Liability Litigation (No. II) | 606 | 613 |
| | Esther Salas (U.S. District Judge) | MDL - 1687 | IN RE: Ford Motor Co. E-350 Van Products Liability Litigation (No. II) | 5 | 5 |
| | Peter G Sheridan (U.S. District Judge) | MDL - 2094 | IN RE: Cheerios Marketing and Sales Practices Litigation | 5 | 5 |
| | Peter G Sheridan (U.S. District Judge) | MDL - 2332 | IN RE: Lipitor Antitrust Litigation | 28 | 29 |
| | Susan D Wigenton (U.S. District Judge) | MDL - 2158 | IN RE: Zimmer Durom Hip Cup Products Liability Litigation | 80 | 158 |
| | Susan D Wigenton (U.S. District Judge) | MDL - 2228 | IN RE: Sprint Premium Data Plan Marketing and Sales Practices Litigation | 8 | 9 |
| NV | Lloyd D George (Sr. District Judge) | MDL - 1357 | IN RE: NOS Communications, Inc., Billing Practices Litigation | 0 | 9 |
| | Robert Clive Jones (Chief Judge, USDC) | MDL - 1878 | IN RE: Southwest Exchange, Inc., Internal Revenue Service § 1031 Tax Deferred Exchange Litigation | 1 | 5 |
| | Robert Clive Jones (Chief Judge, USDC) | MDL - 2357 | IN RE: Zappos.com, Inc., Customer Data Security Breach Litigation | 11 | 11 |
| NYE | Brian M Cogan (U.S. District Judge) | MDL - 1738 | IN RE: Vitamin C Antitrust Litigation | 4 | 10 |
| | Brian M Cogan (U.S. District Judge) | MDL - 2023 | IN RE: Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation | 13 | 13 |
| | Nicholas G Garaufis (U.S. District Judge) | MDL - 2221 | IN RE: American Express Anti-Steering Rules Antitrust Litigation (No. II) | 13 | 13 |
| | John Gleeson (U.S. District Judge) | MDL - 1720 | IN RE: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | 54 | 55 |
| | John Gleeson (U.S. District Judge) | MDL - 1775 | IN RE: Air Cargo Shipping Services Antitrust Litigation | 103 | 105 |
| | John Gleeson (U.S. District Judge) | MDL - 2331 | IN RE: Propecia (Finasteride) Products Liability Litigation | 33 | 33 |

| | | | | | |
|---|---|---|---|---|---|
| | Dora Lizette Irizarry   (U.S. District Judge) | MDL - 2215 | IN RE: Glaceau Vitaminwater Marketing and Sales Practice Litigation (No. II) | 6 | 6 |
| | Kiyo Matsumoto   (U.S. District Judge) | MDL - 2120 | IN RE: Pamidronate Products Liability Litigation | 20 | 23 |
| NYS | Naomi Reice Buchwald   (Sr. District Judge) | MDL - 2262 | IN RE: Libor-Based Financial Instruments Antitrust Litigation | 10 | 29 |
| | P. Kevin Castel   (U.S. District Judge) | MDL - 1995 | IN RE: Time Warner Inc. Set-Top Cable Television Box Antitrust Litigation | 6 | 7 |
| | P. Kevin Castel   (U.S. District Judge) | MDL - 2058 | IN RE: Bank of America Corp. Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation | 7 | 39 |
| | Miriam Goldman Cedarbaum   (Sr. District Judge) | MDL - 2072 | IN RE: Federal Home Loan Mortgage Corp. (Freddie Mac) Securities Litigation | 4 | 5 |
| | Denise L Cote   (Sr. District Judge) | MDL - 2293 | IN RE: Electronic Books Antitrust Litigation | 28 | 29 |
| | Paul A Crotty   (U.S. District Judge) | MDL - 1945 | IN RE: State Street Bank and Trust Co. Fixed Income Funds Investment Litigation | 2 | 10 |
| | Paul A Crotty   (U.S. District Judge) | MDL - 2013 | IN RE: Fannie Mae Securities and Employee Retirement Income Security Act (ERISA) Litigation | 8 | 24 |
| | George B Daniels   (U.S. District Judge) | MDL - 1379 | IN RE: Literary Works in Electronic Databases Copyright Litigation | 2 | 5 |
| | George B Daniels   (U.S. District Judge) | MDL - 1570 | IN RE: Terrorist Attacks on September 11, 2001 | 23 | 28 |
| | Kevin Thomas Duffy   (U.S. District Judge) | MDL - 1584 | IN RE: Federal Home Loan Mortgage Corp. Securities & Derivative Litigation (No. II) | 0 | 8 |
| | Paul G Gardephe   (U.S. District Judge) | MDL - 2011 | IN RE: The Reserve Fund Securities and Derivative Litigation | 23 | 40 |
| | Paul G Gardephe   (U.S. District Judge) | MDL - 2157 | IN RE: JPMorgan Auction Rate Securities (ARS) Marketing Litigation | 3 | 5 |
| | Thomas P Griesa   (Sr. District Judge) | MDL - 2052 | IN RE: Tremont Group Holdings, Inc., Securities Litigation | 3 | 24 |
| | Thomas P Griesa   (Sr. District Judge) | MDL - 2075 | IN RE: Austin Capital Management, Ltd., Securities and Employee Retirement Income Security Act (ERISA) Litigation | 2 | 6 |
| | Thomas P Griesa   (Sr. District Judge) | MDL - 2082 | IN RE: Meridian Funds Group Securities & Employee Retirement Income Security Act (ERISA) Litigation | 5 | 5 |
| | Barbara S Jones   (U.S. District Judge) | MDL - 1291 | IN RE: Omeprazole Patent Litigation | 4 | 22 |
| | Barbara S Jones   (U.S. District Judge) | MDL - 2027 | IN RE: Satyam Computer Services, Ltd., Securities Litigation | 12 | 12 |
| | Lewis A Kaplan   (Sr. District Judge) | MDL - 2017 | IN RE: Lehman Brothers Holdings, Inc., Securities & Employee Retirement Income Security Act (ERISA) Litigation | 54 | 55 |
| | Lewis A Kaplan   (Sr. District Judge) | MDL - 2335 | IN RE: Bank of New York Mellon Corp. Foreign Exchange Transactions Litigation | 9 | 9 |
| | John F Keenan   (Sr. District Judge) | MDL - 1789 | IN RE: Fosamax Products Liability Litigation | 987 | 1,104 |
| | Victor Marrero   (Sr. District Judge) | MDL - 1950 | IN RE: Municipal Derivatives Antitrust Litigation | 1 | 36 |
| | Victor Marrero   (Sr. District Judge) | MDL - 2088 | IN RE: Fairfield Greenwich Group Securities Litigation | 1 | 56 |
| | Victor Marrero   (Sr. District Judge) | MDL - 2338 | IN RE: MF Global Holdings Ltd. Investment Litigation | 2 | 25 |
| | Lawrence M McKenna   (Sr. District Judge) | MDL - 1529 | IN RE: Adelphia Communications Corp. Securities & Derivative Litigation (No. II) | 60 | 75 |
| | Colleen McMahon   (U.S. District Judge) | MDL - 2378 | IN RE: Park West Galleries, Inc., Litigation | 9 | 9 |
| | Robert P Patterson, Jr   (Sr. District Judge) | MDL - 2213 | IN RE: Commodity Exchange, Inc., Silver Futures and Options Trading Litigation | 43 | 43 |
| | William H Pauley, III   (U.S. District Judge) | MDL - 1409 | IN RE: Currency Conversion Fee Antitrust Litigation | 2 | 35 |
| | William H Pauley, III   (U.S. District Judge) | MDL - 2296 | IN RE: Tribune Company Fraudulent Conveyance Litigation | 54 | 55 |
| | Loretta A Preska   (Chief Judge, USDC) | MDL - 2030 | IN RE: Merrill Lynch & Co., Inc., Auction Rate Securities (ARS) Marketing Litigation | 5 | 11 |
| | Jed S Rakoff   (Sr. District Judge) | MDL - 1902 | IN RE: Refco Inc. Securities Litigation | 84 | 120 |
| | Jed S Rakoff   (Sr. District Judge) | MDL - 2241 | IN RE: Fenofibrate Patent Litigation | 8 | 8 |
| | Shira Ann Scheindlin   (Sr. District Judge) | MDL - 1358 | IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | 31 | 183 |
| | Shira Ann Scheindlin   (Sr. District Judge) | MDL - 1499 | IN RE: South African Apartheid Litigation | 5 | 14 |
| | Shira Ann Scheindlin   (Sr. District Judge) | MDL - 2275 | IN RE: Gerova Financial Group, Ltd., Securities Litigation | 4 | 5 |
| | Sidney H Stein   (Sr. District Judge) | MDL - 1603 | IN RE: OxyContin Antitrust Litigation | 18 | 94 |
| | Sidney H Stein   (Sr. District Judge) | MDL - 2070 | IN RE: Citigroup Inc. Securities Litigation | 21 | 22 |
| | Laura Taylor Swain   (U.S. District Judge) | MDL - 1688 | IN RE: Pfizer Inc. Securities, Derivative & "ERISA" Litigation | 23 | 31 |
| | Laura Taylor Swain   (U.S. District Judge) | MDL - 2043 | IN RE: Citigroup, Inc., Auction Rate Securities (ARS) Marketing Litigation (No. II) | 1 | 6 |
| | Robert W Sweet   (Sr. District Judge) | MDL - 1963 | IN RE: The Bear Stearns Companies Inc. Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation | 28 | 29 |
| | Robert W Sweet   (Sr. District Judge) | MDL - 2352 | IN RE: Century 21 Department Stores, LLC, Fair and Accurate Credit Transactions Act (FACTA) Litigation | 5 | 5 |
| NYW | William M Skretny   (Chief Judge, USDC) | MDL - 2085 | IN RE: Air Crash Near Clarence Center, New York, on February 12, 2009 | 21 | 60 |
| OHN | James G Carr   (Sr. District Judge) | MDL - 1953 | IN RE: Heparin Products Liability Litigation | 265 | 571 |
| | Patricia A Gaughan   (U.S. District Judge) | MDL - 2044 | IN RE: Vertrue Inc. Marketing and Sales Practices Litigation | 13 | 13 |
| | James S Gwin   (U.S. District Judge) | MDL - 2001 | IN RE: Whirlpool Corp. Front-Loading Washer Products Liability Litigation | 10 | 10 |
| | David A Katz   (Sr. District Judge) | MDL - 1742 | IN RE: Ortho Evra Products Liability Litigation | 40 | 1,571 |
| | David A Katz   (Sr. District Judge) | MDL - 2197 | IN RE: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation | 4,685 | 4,750 |
| | Donald C Nugent   (U.S. District Judge) | MDL - 2220 | IN RE: KABA Simplex Locks Marketing and Sales Practices Litigation | 13 | 14 |
| | Kathleen McDonald O'Malley   (U.S. Circuit Judge) | MDL - 1535 | IN RE: Welding Fume Products Liability Litigation | 1 | 12,681 |
| | Solomon Oliver, Jr   (Chief Judge, USDC) | MDL - 2003 | IN RE: National City Corp. Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation | 6 | 26 |
| | Benita Y. Pearson   (U.S. District Judge) | MDL - 2316 | IN RE: Ford Motor Co. Spark Plug and 3-Valve Engine Products Liability Litigation | 5 | 5 |
| | Dan A Polster   (U.S. District Judge) | MDL - 1909 | IN RE: Gadolinium Contrast Dyes Products Liability Litigation | 165 | 729 |
| | Dan A Polster   (U.S. District Judge) | MDL - 2066 | IN RE: Oral Sodium Phosphate Solution-Based Products Liability Litigation | 1 | 195 |
| | Dan A Polster   (U.S. District Judge) | MDL - 2319 | IN RE: Bayer Healthcare LLC and Merial Limited Flea Control Products Marketing and Sales Practices Litigation | 10 | 10 |
| | Jack Zouhary   (U.S. District Judge) | MDL - 2196 | IN RE: Polyurethane Foam Antitrust Litigation | 46 | 77 |
| OHS | Sandra S Beckwith   (Sr. District Judge) | MDL - 2050 | IN RE: Bill of Lading Transmission and Processing System Patent Litigation | 0 | 14 |
| | Gregory L Frost   (U.S. District Judge) | MDL - 2233 | IN RE: Porsche Cars North America, Inc., Plastic Coolant Tubes Products Liability Litigation | 8 | 8 |
| | James L Graham   (Sr. District Judge) | MDL - 1565 | IN RE: National Century Financial Enterprises, Inc., Investment Litigation | 1 | 22 |
| OKW | Robin J Cauthron   (U.S. District Judge) | MDL - 2048 | IN RE: Cox Enterprises, Inc., Set-Top Cable Television Box Antitrust Litigation | 1 | 22 |
| | Robin J Cauthron   (U.S. District Judge) | MDL - 2309 | IN RE: Transdata, Inc., Smart Meters Patent Litigation | 9 | 9 |
| OR | Michael W Mosman   (U.S. District Judge) | MDL - 2053 | IN RE: Helicopter Crash Near Weaverville, California, on August 5, 2008 | 1 | 20 |
| PAE | Harvey Bartle, III   (U.S. District Judge) | MDL - 1203 | IN RE: Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation | 103 | 20,187 |
| | Anita B Brody   (Sr. District Judge) | MDL - 2034 | IN RE: Comcast Corp. Set-Top Cable Television Box Antitrust Litigation | 24 | 24 |
| | Anita B Brody   (Sr. District Judge) | MDL - 2323 | IN RE: National Football League Players' Concussion Injury Litigation | 132 | 133 |

| | | | | | |
|---|---|---|---|---|---|
| | Legrome D Davis   (U.S. District Judge) | MDL - 1684 | IN RE: Plastics Additives Antitrust Litigation (No. II) | 7 | 14 |
| | Jan E DuBois   (Sr. District Judge) | MDL - 2081 | IN RE: Blood Reagents Antitrust Litigation | 32 | 34 |
| | C. Darnell Jones, II   (U.S. District Judge) | MDL - 1782 | IN RE: Pharmacy Benefit Managers Antitrust Litigation | 5 | 6 |
| | J. Curtis Joyner   (Chief Judge, USDC) | MDL - 2235 | IN RE: Foot Locker, Inc., Fair Labor Standards Act (FLSA) and Wage and Hour Litigation | 5 | 5 |
| | Thomas N. O'Neill, Jr   (Sr. District Judge) | MDL - 2270 | IN RE: CertainTeed Fiber Cement Siding Litigation | 14 | 14 |
| | Gene E.K. Pratter   (U.S. District Judge) | MDL - 2002 | IN RE: Processed Egg Products Antitrust Litigation | 22 | 30 |
| | Gene E.K. Pratter   (U.S. District Judge) | MDL - 2284 | IN RE: Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation | 105 | 106 |
| | Eduardo C Robreno   (U.S. District Judge) | MDL - 875 | IN RE: Asbestos Products Liability Litigation (No. VI) | 7,252 | 191,970 |
| | Cynthia M Rufe   (U.S. District Judge) | MDL - 1871 | IN RE: Avandia Marketing, Sales Practices and Products Liability Litigation | 3,819 | 4,611 |
| | Cynthia M Rufe   (U.S. District Judge) | MDL - 2342 | IN RE: Zoloft (Sertraline Hydrochloride) Products Liability Litigation | 157 | 157 |
| | Juan R Sanchez   (U.S. District Judge) | MDL - 2337 | IN RE: Royal Alliance Associates, Inc., Securities Litigation | 9 | 9 |
| | R. Barclay Surrick   (Sr. District Judge) | MDL - 1912 | IN RE: Fasteners Antitrust Litigation | 35 | 35 |
| PAM | Christopher C Conner   (U.S. District Judge) | MDL - 1935 | IN RE: Chocolate Confectionary Antitrust Litigation | 91 | 93 |
| | Yvette Kane   (Chief Judge, USDC) | MDL - 2380 | IN RE: Shop-Vac Marketing and Sales Practices Litigation | 10 | 10 |
| PAW | Donetta W Ambrose   (Sr. District Judge) | MDL - 1942 | IN RE: Flat Glass Antitrust Litigation (No. II) | 1 | 27 |
| | Donetta W Ambrose   (Sr. District Judge) | MDL - 2021 | IN RE: Le-Nature's, Inc., Commercial Litigation | 6 | 8 |
| | Joy Flowers Conti   (U.S. District Judge) | MDL - 2056 | IN RE: Enterprise Rent-A-Car Wage & Hour Employment Practices Litigation | 15 | 15 |
| | Nora Barry Fischer   (U.S. District Judge) | MDL - 2354 | IN RE: Maxim Integrated Products, Inc., Patent Litigation | 18 | 18 |
| | Gary L Lancaster   (Chief Judge, USDC) | MDL - 1674 | IN RE: Community Bank of Northern Virginia Mortgage Lending Practices Litigation | 4 | 8 |
| RI | Mary M Lisi   (Chief Judge, USDC) | MDL - 1842 | IN RE: Kugel Mesh Hernia Patch Products Liability Litigation | 1,961 | 2,072 |
| SC | Joseph F Anderson, Jr   (U.S. District Judge) | MDL - 2054 | IN RE: LandAmerica 1031 Exchange Services, Inc., Internal Revenue Service § 1031 Tax Deferred Exchange Litigation | 2 | 4 |
| | J Michelle Childs   (U.S. District Judge) | MDL - 2283 | IN RE: Building Materials Corporation of America Asphalt Roofing Shingle Products Liability Litigation | 11 | 12 |
| | David C Norton   (U.S. District Judge) | MDL - 2333 | IN RE: MI Windows and Doors, Inc., Products Liability Litigation | 8 | 8 |
| TNE | Curtis Lynn Collier   (Chief Judge, USDC) | MDL - 2343 | IN RE: Skelaxin (Metaxalone) Antitrust Litigation | 12 | 13 |
| | J. Ronnie Greer   (U.S. District Judge) | MDL - 1899 | IN RE: Southeastern Milk Antitrust Litigation | 1 | 7 |
| TNM | Todd J Campbell   (Chief Judge, USDC) | MDL - 1760 | IN RE: Aredia and Zometa Products Liability Litigation | 454 | 667 |
| TNW | J. Daniel Breen   (U.S. District Judge) | MDL - 1551 | IN RE: Reciprocal of America (ROA) Sales Practices Litigation | 18 | 19 |
| | Samuel H Mays, Jr   (U.S. District Judge) | MDL - 2009 | IN RE: Regions Morgan Keegan Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation | 27 | 57 |
| | Jon P McCalla   (Chief Judge, USDC) | MDL - 2234 | IN RE: Wal-Mart ATM Fee Notice Litigation | 7 | 11 |
| TXE | Leonard E Davis   (Chief Judge, USDC) | MDL - 2355 | IN RE: Parallel Networks, LLC, ('111) Patent Litigation | 9 | 9 |
| TXN | Jane J Boyle   (U.S. District Judge) | MDL - 1983 | IN RE: Indianapolis Life Insurance Company I.R.S. § 412(i) and § 419 Plans Life Insurance Marketing Litigation | 3 | 9 |
| | David C Godbey   (U.S. District Judge) | MDL - 2099 | IN RE: Stanford Entities Securities Litigation | 88 | 103 |
| | James Edgar Kinkeade   (U.S. District Judge) | MDL - 2244 | IN RE: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation | 1,705 | 1,714 |
| TXS | Keith P Ellison   (U.S. District Judge) | MDL - 2185 | IN RE: BP p.l.c. Securities Litigation | 14 | 26 |
| | Melinda Harmon   (U.S. District Judge) | MDL - 1446 | IN RE: Enron Corp. Securities, Derivative & "ERISA" Litigation | 6 | 199 |
| | Gray H. Miller   (U.S. District Judge) | MDL - 2266 | IN RE: Wells Fargo Wage and Hour Employment Practices Litigation (No. III) | 1 | 6 |
| | Lee H Rosenthal   (U.S. District Judge) | MDL - 2046 | IN RE: Heartland Payment Systems, Inc., Customer Data Security Breach Litigation | 2 | 35 |
| WVS | Joseph R Goodwin   (Chief Judge, USDC) | MDL - 2187 | IN RE: C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation | 1,084 | 1,095 |
| | Joseph R Goodwin   (Chief Judge, USDC) | MDL - 2325 | IN RE: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation | 1,225 | 1,225 |
| | Joseph R Goodwin   (Chief Judge, USDC) | MDL - 2326 | IN RE: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation | 885 | 885 |
| | Joseph R Goodwin   (Chief Judge, USDC) | MDL - 2327 | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation | 1,320 | 1,324 |
| | Joseph R Goodwin   (Chief Judge, USDC) | MDL - 2387 | IN RE: Coloplast Corp. Pelvic Support Systems Products Liability Litigation | 33 | 33 |
| **Report Totals:** | | | 293 | 59,657 | 324,730 |

Total Number of MDL Dockets: **293**

Total Number of Transferee Districts:  **54**

Total Number of Transferee Judges: **217**
- 28   Chief Judge, USDC
- 55   Sr. District Judge
-  2   U.S. Circuit Judge
- 132   U.S. District Judge