## BEFORE THE JUDICIAL PANEL ON MULTIDITRICT LITIGATION

In re: Blue Cross Blue Shield       )
Antitrust Litigation                 )          MDL Docket No. 2406
                                     )

### PLAINTIFFS BAJALIEH AND CONSUMER FINANCIAL EDUCATION FOUNDATION OF AMERICA'S OPPOSITION TO MOTION FOR TRANSFER

Plaintiffs Bajalieh and Consumer Financial Education Foundation of America (ALN/2:12-cv-02185) oppose the Motion for Transfer filed by movants GC Advertising, LLC and CB Roofing, LLC.

In short, each of the subscriber cases involves a distinct geographic market and each is expected to involve the interpretation of state-specific insurance regulatory schemes. Accordingly, and for the reasons set out more fully in Plaintiff Cerven's Opposition to Motion for Transfer, plaintiffs Bajalieh and Consumer Financial Education Foundation of American oppose the Motion to Transfer.[1]

Respectfully submitted,

/s/ Tammy McClendon Stokes
David J. Guin (ASB-3461-G67D)
Tammy M. Stokes (ASB-6084-K69T)
Star M. Tyner (ASB-4799-A49T)
DONALDSON & GUIN, LLC
The Financial Center
505 20th Street North, Suite 1000
Birmingham, Alabama 35203
Telephone:  (205) 226-2282
Facsimile:   (205) 226-2357
Email:      davidg@dglawfirm.com
            tammys@dglawfirm.com
            start@dglawfirm.com

*Counsel for Plaintiffs Bajalieh and Consumer Financial Education Foundation of America*

---

[1] Plaintiffs fully adopt as if set forth herein in its entirety Plaintiff Cerven's Opposition to Motion for Transfer.

## CERTIFICATE OF SERVICE

I certify that on October 1, 2012, I caused a true and correct copy of the foregoing Joinder to Plaintiff Cerven's Opposition to Motion for Transfer to be served on the following parties by the following means:

**ALN/2:12-cv-02169 Notice has been electronically mailed to:**

Carl Burkhalter
cburkhalter@maynardcooper.com

Daniel C. Hedlund
dhedlund@gustafsongluek.com

Daniel E. Gustafson
dgustafson@gustafsongluek.com

Dianne M. Nast
dnast@rodanast.com

Ellen M. Ahrens
eahrens@gustafsongluek.com

Erin C. Burns
eburns@rodanast.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Pamela B. Slate
pslate@hillhillcarter.com

Charles M. Thompson
CMTLAW@aol.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

**ALN/2:12-cv-02525 Notice has been electronically mailed to:**

Carl Burkhalter
cburkhalter@maynardcooper.com

Gregory L. Davis
gldavis@knology.net

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Pamela B. Slate
pslate@hillhillcarter.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

**ALN/2:12-cv-02532 Notice has been electronically mailed to:**

Brian P. Kappel
bkappel@lightfootlaw.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Cavender C. Kimble
ckimble@balch.com

Craig A. Hoover
craig.hoover@hoganlovells.com,
miranda.berge@hoganlovells.com

D. Keith Andress
kandress@bakerdonelson.com

Dennis G. Pantazis, Jr.
dpantazisjr@wcqp.com, dgp@wcqp.com

E. Desmond Hogan
desmond.hogan@hoganlovells.com

E. Kirk Wood, Jr.
ekirkwood1@bellsouth.net,
bakercarla@bellsouth.net

Edward S. Bloomberg
ebloomberg@phillipslytle.com,
dwallum@phillipslytle.com

Emily M. Yinger
emily.yinger@hoganlovells.com,
albert.hagovsky@hoganlovells.com

Erin M. Wilson
wilsonem@lanepowell.com

Gwendolyn C. Payton
paytong@lanepowell.com

J. Bentley Owens, III
jbo@starneslaw.com

J. Robert Robertson
robby.robertson@hoganlovells.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Edith M. Kallas
ekallas@whatleykallas.com

Joe R. Whatley, Jr.
jwhatley@whatleykallas.com,
ecf@wdklaw.com

John M. Johnson
jjohnson@lightfootlaw.com

Kathleen Taylor Sooy
ksooy@crowell.com

Kevin R. Garrison
krgarrison@bakerdonelson.com

Michael E. Gurley, Jr.
mgurleyjr@yahoo.com

N. Thomas Connally, III
tom.connally@hoganlovells.com

Nicholas B. Roth
nbroth@eysterkey.com

Pamela B. Slate
pslate@hillhillcarter.com

Rafael Escalera-Rodriguez
escalera@reichardescalera.com,
santiagop@reichardescalera.com

Tracy A. Roman
troman@crowell.com

W. Tucker Brown
tbrown@whatleykallas.com,
ecf@wdklaw.com

J. Bentley Owens, III
jbo@starneslaw.com

Gary M. London
glondon@burr.com

Alan D. Rutenberg
arutenberg@foley.com

Devin Clark Dolive
ddolive@burr.com

Michael A. Naranjo
mnaranjo@foley.com

John M. Johnson
jjohnson@lightfootlaw.com

H. James Koch
hjk@ajlaw.com

Andrew W. Martin, Jr.
awm@ajlaw.com

Brian K. Norman
bkn@snlegal.com

Cheri D. Green
cgreen@brunini.com

Christopher A. Shapley
cshapley@brunini.com

R. David Kaufman
dkaufman@brunini.com

Scott F. Singley
Ssingley@brunini.com

Pedro Santiago-Rivera
santiagopedro@reichardescalera.com

Kevin R. Garrison
krgarrison@bakerdonelson.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood

mhogewood@wallacejordan.com

**ALN/2:12-cv-02532 Notice will not be electronically mailed to:**

Blue Cross and Blue Shield of Michigan
20500 Civic Center Drive
Southfield, MI 48076

Blue Cross and Blue Shield of New Mexico
P.O. Box 27630
Albuquerque, NM 87125-7630

Blue Cross and Blue Shield of Oklahoma
P.O. Box 3283
Tulsa, OK 74102-3283

Blue Cross and Blue Shield of Rhode Island
500 Exchange Street
Providence, RI 02903

Blue Cross and Blue Shield of Texas
1001 E. Lookout Drive
Richardson, TX 75082

Blue Cross and Blue Shield of Vermont
P.O. Box 186
Montpelier, VT 05601

Blue Cross of Northeastern Pennsylvania
70 North Main Street
Wilkes-Barre, PA 18711

Health Care Service Corp.
300 E Randolph Street
Chicago, IL 60601

Highmark Blue Cross, Blue Shield of West Virginia
P.O. Box 7026
Wheeling, WV 26003

Highmark Inc.
Fifth Ave Place
120 Fifth Ave.
Pittsburg, PA 15222-3099

Independence Blue Cross
1901 Market Street
Philadelphia, PA 19103-1480

**ALN/2:12-cv-02185 Notice has been electronically mailed to:**

Carl Burkhalter
cburkhalter@maynardcooper.com

Charles R. Watkins
charlesw@dglawfirm.com

David J. Guin
davidg@dglawfirm.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

John R. Wylie
Johnw@dglawfirm.com,
Tressyw@dglawfirm.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Pamela B. Slate
pslate@hillhillcarter.com
Star Mishkel Tyner
start@dglawfirm.com

Tammy McClendon Stokes
tstokes@dglawfirm.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

**ALN/2:12-cv-02537 Notice has been electronically mailed to:**

Adam W. Pittman
apittman@saxonattorneys.com

Carl Burkhalter
cburkhalter@maynardcooper.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

John D. Saxon
jsaxon@saxonattorneys.com

Pamela B. Slate
pslate@hillhillcarter.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

**ALN/2:12-cv-01910 Notice has been electronically mailed to:**

Arthur Nash Bailey, Jr.
abailey@hausfeldllp.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Christopher T. Hellums
PDH-efiling@pittmandutton.com

Edgar D. Gankendorff
egankendorff@provostylaw.com

Eric R. Belin
ebelin@provostylaw.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Jonathan S. Mann
PDH-efiling@pittmandutton.com

Kimberly R. West
kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Michael D. Hausfeld
mhausfeld@hausfeldllp.com

Pamela B. Slate
pslate@hillhillcarter.com

William A. Isaacson
wisaacson@bsfllp.com, llaing@bsfllp.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

**ALN/2:12-cv-01133 Notice has been electronically mailed to:**

Adam W. Pittman
apittman@saxonattorneys.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Christopher T. Hellums
PDH-efiling@pittmandutton.com

Daniel A. Small
dsmall@cohenmilstein.com,
awentworth@cohenmilstein.com,
efilings@cohenmilstein.com

Daniel Edward Laytin
daniel.laytin@kirkland.com

Ian Robert Conner
ian.conner@kirkland.com,
john.wunderlich@kirkland.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

John D. Saxon
jsaxon@saxonattorneys.com

Kimberly R. West
kwest@wallacejordan.com

Laura Alexander
lalexander@cohenmilstein.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Meghan M. Boone
mboone@cohenmilstein.com

Pamela B. Slate
pslate@hillhillcarter.com

Charles M. Thompson
CMTLAW@aol.com

/s/ Tammy McClendon Stokes
*Of Counsel*