BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE: BLUE CROSS AND BLUE SHIELD ANTITRUST LITIGATION | ) ) ) ) ) | MDL No. 2406 |

**JOINDER OF PLAINTIFF MARY MORRISSEY TO MOTION FOR TRANSFER AND COORDINATION FILED BY GC ADVERTISING, LLC AND CB ROOFING, LLC**

Mary Morrissey, Plaintiff in a pending antitrust class action captioned Morrissey v. Blue Cross and Blue Shield of Tennessee, Inc., Civil No. 2:12-cv-02359 (W.D. TN), file this Response in opposition to Plaintiffs GC Advertising, LLC and CB Roofing, LLC's Motion for Transfer of Actions Pursuant To 28 U.S.C. § 1407 For Coordinated Or Consolidated Pretrial Proceedings (docket no. 2) (the "Motion to Transfer").

Plaintiff, Mary Morrissey, hereby respectfully joins in, adopts and incorporates herein by reference as her position on the Motion to Transfer, the position set forth in the response of Plaintiff, Hilda Jareau, plaintiff in the Middle District of Louisiana action styled, *Jareau v. La. Health Serv. & Indem. Co. dba Blue Cross Blue Shield of Louisiana, Inc.*, Civil Action No. 3:12-cv-00421, wherein Ms. Jareau opposes transfer, but if transfer is determined by the Panel to be appropriate, then that the related actions should be transferred to the Eastern District of Louisiana.

Respectfully submitted, this 2nd day of October, 2012.

/s/ W. Gordon Ball
W. Gordon Ball, Esq., TN BPR # 001135
BALL & SCOTT LAW OFFICES
550 West Main Street, Suite 601
Knoxville, Tennessee 37902
Telephone: 865.525.7028
Fax: 865.525.4679