UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406 – IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION

CERTIFICATE OF SERVICE

I hereby certify on October 12, 2012, the foregoing Notice of Presentation or Waiver of Oral Argument was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: October 12, 2012
Buffalo, New York

/s/ Edward S. Bloomberg
Edward S. Bloomberg
Phillips Lytle LLP
Attorneys for *Excellus BlueCross BlueShield of New York*
3400 HSBC Center
Buffalo, New York  14203-2887
Telephone No. (716) 847-8400
Facsimile: (716) 852-6100
ebloomberg@phillipslytle.com

Doc # 01-2610416.1