BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | ) ) ) ) ) ) ) | MDL-2406 |

## NOTICE OF RELATED ACTION

Plaintiff, Donald Ridge, individually and on behalf of a Class of persons similarly situated, pursuant to Rule 6.2(d) of the Rules for Multidistrict Litigation, respectfully notifies the Panel of a related action to be considered for coordination under Section 1407 along with the other actions currently before the Panel in MDL 2406.

On October 8, 2012, the related action was filed in the United States District Court for the Western District of Kentucky, Louisville Division and is styled as *Donald Ridge, individually and on behalf of a Class of persons similarly situated v. Anthem Health Plans of Kentucky, Inc., Blue Cross and Blue Shield Association and Wellpoint, Inc.*, Case No. 3-12-cv-636-S (W.D. Ky.). A copy of the Complaint is attached hereto as Exhibit A.

Respectfully submitted,

**JONES WARD PLC**
Lawrence L. Jones II

 /s/ Lawrence L. Jones II
Marion E. Taylor Building
312 South Fourth Street, Sixth Floor
Louisville, Kentucky 40202
Phone: (502) 882-6000
Facsimile: (502) 587-2002
larry@jonesward.com
*Counsel for Donald Ridge, individually and on behalf of a Class of persons similarly situated*