BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | MDL-2406 |

**SCHEDULE OF NEW RELATED ACTIONS**

| Case Caption | Court | Civil Action Number | Judge |
|---|---|---|---|
| Plaintiff: Donald Ridge<br><br>Defendants: Anthem Health Plans of Kentucky, Inc., Wellpoint, Inc. and Blue Cross and Blue Shield Association | Western District of Kentucky | 3:12-cv-636-S | Charles R. Simpson II |