## U.S. District Court
## Western District of Kentucky (Louisville)
### CIVIL DOCKET FOR CASE #: 3:12-cv-00636-CRS

| | |
|---|---|
| Ridge v. Anthem Health Plans of Kentucky, Inc. et al | Date Filed: 10/08/2012 |
| Assigned to: Judge Charles R. Simpson, III | Jury Demand: Plaintiff |
| Cause: 15:15 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Donald Ridge**　　　　　　　　　　represented by　**Lawrence L. Jones , II**
*individually and on behalf of a Class of persons similarly situated*

Jones Ward PLC
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
502-882-6000
Fax: 502-587-2007
Email: larry@jonesward.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Anthem Health Plans of Kentucky, Inc.**

**Defendant**

**Blue Cross and Blue Shield Association**

**Defendant**

**WellPoint, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2012 | 1 | COMPLAINT against Anthem Health Plans of Kentucky, Inc., Blue Cross and Blue Shield Association, WellPoint, Inc. Filing fee $ 350, receipt number 644 1499401., filed by Donald Ridge. (Attachments: # 1 Summons Tendered Anthem, # 2 Summons Tendered BCBSA, # 3 Summons WellPoint, # 4 Cover Sheet) (JSS) (Entered: 10/09/2012) |
| 10/09/2012 | 2 | Case Assignment (Random Selection): Case Assigned to Charles R. Simpson III. Magistrate designation: Dave Whalin. (JSS) (Entered: 10/09/2012) |
| 10/09/2012 | 3 | Summons Issued as to Anthem Health Plans of Kentucky, Inc., Blue Cross and Blue Shield Association, WellPoint, Inc.. **Counsel for Plaintiff is responsible for printing and serving the attached issued summons(es).** (Attachments: # 1 Summons, # 2 Summons) (JSS) (Entered: 10/09/2012) |

| 10/16/2012 | 4 | NOTICE *of Filing Amended Summons* by Donald Ridge (Attachments: # 1 Summons Amended Summons) (Jones, Lawrence) (Entered: 10/16/2012) |
| --- | --- | --- |
| 10/17/2012 | 5 | Alias Summons Issued as to WellPoint, Inc.. Counsel for Plaintiff is responsible for printing and serving the attached issued summons(es). (JSS) (Entered: 10/17/2012) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 10/19/2012 13:17:06 | | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:12-cv-00636-CRS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |