BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) | MDL-2406 |

## CERTIFICATE OF SERVICE

I hereby certify that the Notice of Appearance was served via the Court's ECF/CM system to the following parties:

| | |
|---|---|
| Brian Norman | bkn@snlegal.com, jlambro@snlegal.com |
| Brian P. Kappel | bkappel@lightfootlaw.com |
| Carl Burkhalter | cburkhalter@maynardcooper.com |
| Cavender C. Kimble | ckimble@balch.com |
| Craig A. Hoover | craig.hover@hoganlovells.com, miranda.berge@hoganlovells.com |
| D. Keith Andress | kandress@bakerdonelson.com |
| Daniel Edward Laytin | daniel.laytin@kirland.com |
| Dennis G. Pantazis, Jr. | dpantazisjr@wcqp.com, dgp@wcqp.com |
| E. Desmond Hogan | desmond.hogan@hoganlovells.com |
| E. Kirk Wood, Jr. | ekirkwoodl@bellsouth.net, bakercarla@bellsouth.net |
| Edward S. Bloomberg | ebloomberg@phillipslytle.com, dwallum@phillislytle.com |
| Emily M. Yinger | empily.yinger@hoganlovells.com, albert.hagovsky@hoganlovells.com |
| Erin W. Wilson | wilsonem@lanepowell.com |
| Gwendolyn Cecilia Payton | paytong@lanepowell.com, roundtreei@lanepowell.com |
| J. Bentley Owens, Ill | jbo@starneslaw.com |
| J. Robert Robertson | robby.robertson@hoganlovells.com |
| James Louis Priester | jpriester@maynardcooper.com, ajohnson@maynardcooper.com |
| Joe R. Whatley, Jr. | jwhatley@whatleykallas.com, ecf@wdklaw.eom |
| John DeQuedville Briggs | jdb@avhlaw.eom |
| John M. Johnson | jjohnson@lightfootlaw.eom |
| Kathleen Taylor Sooy | ksooy@crowell.com |
| Kevin R. Garrison | krgarrison@bakerdonelson.com |
| Kimberly R. West | kwest@wallacejordan.com |
| Michael E. Gurley, Jr. | mgurleyjr@yahoo.com |
| N. Thomas Connally, III | tom.connally@hoganlovells.com |
| Nicholas B. Roth | nbroth@eysterkey.com |
| Pamela B. Slate | pslate@hillhillcarter.com |
| Rafael Escalera-Rodriguez | escalera@reichardescalera.com, santiagop@reichardescalera.com |
| Tracy A. Roman | troman@crowell.com |

| | |
|---|---|
| W. Tucker Brown | tbrown@whatleykallas.com, ecf@wdklaw.com |
| Edgar Hyde Carby | hcarby@carbylaw.com |
| Phillip E. Carby | pcarby@carbylaw.com |
| Jacob T.E. Stutzman | jstutzman@cwplaw.com |
| James L. Warren, III | jwarren@cwplaw.com |

I hereby certify that the Notice of Appearance was served via United States mail to the following parties:

Anthem Health Plans of Kentucky, Inc.
13550 Triton Park Blvd.
Louisville, Kentucky 40223

Arkansas Blue Cross and Blue Shield
P.O. Box 2181
Little Rock, AR 72203-2181

Blue Cross and Blue Shield of Michigan
20500 Civic Center Drive
Southfield, MI 48076

Blue Cross and Blue Shield of Mississippi
3545 Lakeland Drive
Flowood, MS 39232

Blue Cross and Blue Shield of Rhode Island
500 Exchange Street
Providence, RI 02903

Blue Cross and Blue Shield of Vermont
P. 0. Box 186
Montpelier, VT 05601

Blue Cross of Northeastern Pennsylvania
70 North Main Street
Wilkes-Barre, PA 18711

Highmark Blue Cross, Blue Shield
of West Virginia
P. 0. Box 7026
Wheeling, WV 26003

Highmark Inc.
Fifth Ave Place
120 Fifth Ave.
Pittsburg, PA 15222-3099

Independence Blue Cross
1901 Market Street
Philadelphia, PA 19103-1480

Wellpoint, Inc.
120 Monument Circle
Indianapolis, Indiana 46204

        Respectfully submitted,

        **JONES WARD PLC**
        Lawrence L. Jones II


        _/s/ Lawrence L. Jones II_____
        Marion E. Taylor Building
        312 South Fourth Street, Sixth Floor
        Louisville, Kentucky 40202
        Phone: (502) 882-6000
        Facsimile: (502) 587-2002
        larry@jonesward.com
        *Counsel for Donald Ridge, individually and on behalf of a Class of persons similarly situated*