# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2406 & TITLE - IN RE: Blue Cross Blue Shield Antitrust Litigation

[✔] This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note**: A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note**: In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

[✔] Support Centralization in Northern District of Alabama

[ ] Oppose Centralization

[ ] Other

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

Plaintiff Donald Ridge, individually and on behalf of a Class of persons similarly situated.

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

Ridge v. Anthem Health Plans of Kentucky, Inc., et al., Case No. 3-12-cv-636-S (W.D. Ky.)

Name and Address of Attorney Designated to Present Oral Argument:

| Lawrence L. Jones II | Jones Ward PLC | Louisville | Kentucky |
|---|---|---|---|
| Name | Law Firm | City | State |

Telephone No.: (502) 882-6000     Email Address: larry@jonesward.com

| 10/18/12 | Lawrence L. Jones II | /s/ Lawrence L. Jones II |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (1/12)