## BEFORE THE UNITED STATES JUDICIAL PANEL

## ON MULTIDISTRICT LITIGATION

_____
)
)
**IN RE: BLUE CROSS BLUE**       )
**SHIELD ANTITRUST**          )          **MDL No.: 2406**
**LITIGATION**                 )
)
_____ )

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff Lawrence Cohn LLC, on behalf of himself and all others similarly situated, respectfully gives notice to the Clerk of the Panel of a related action to be considered under Section 1407 along with the other actions currently before the Panel in MDL 2406.

The related action was filed on October 19, 2012, in the Northern District of Illinois and is styled as *Lawrence Cohn LLC v. HMSA BSH, d/b/a Blue Cross and Blue Shield of Hawaii, et al.*, Case No. 1:12-CV-08448. A copy of the Complaint is attached hereto as Exhibit A.

Dated: October 19, 2012          Respectfully submitted,

FOOTE, MEYERS, MIELKE & FLOWERS LLC

/s/ Robert M. Foote_____

Robert M. Foote, Esq. (#03124325)
FOOTE, MEYERS, MIELKE & FLOWERS, LLC
3 North Second Street, Suite 300
Saint Charles, IL 60174
Telephone: (630) 232-6333
Facsimile:  (630) 845-8982

*Attorney for Plaintiff Lawrence Cohn LLC*