BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In Re Blue Cross Blue Shield Antitrust Litigation MDL No. 2406

# SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Lawrence Cohn LLC, on Behalf of Himself and All Others Similarly Situated.<br><br>**Defendants:**<br>HMSA BSH, d/b/a Blue Cross and Blue Shield of Hawaii; and Blue Cross and Blue Shield Association | Northern District of Illinois – Eastern Division | 1:12-cv-8448 | TBD |