BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In Re Blue Cross Blue Shield Antitrust Litigation MDL No. 2406

### Certificate of Service

I certify that on October 22, 2012, I caused a true copy of the foregoing Notice of Appearance to be electronically filed with the Clerk of the Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notification of such filing upon all counsel of record in the related action. I hereby certify that a true copy was served by First Class Mail on October 22, 2012, to the following:

Anthem Health Plans of Kentucky, Inc.
13550 Triton Park Blvd.
Louisville, Kentucky 40223

Arkansas Blue Cross and Blue Shield
P.O. Box 2181
Little Rock, AR 72203-2181

Blue Cross and Blue Shield of Michigan
20500 Civic Center Drive
Southfield, MI 48076

Blue Cross and Blue Shield of Mississippi
3545 Lakeland Drive
Flowood, MS 39232

Blue Cross and Blue Shield of Rhode Island
500 Exchange Street
Providence, RI 02903

Blue Cross and Blue Shield of Vermont
P.O. Box 186
Montpelier, VT 05601

Blue Cross of Northeastern Pennsylvania
70 North Main Street
Wilkes-Barre, PA 18711

Highmark Blue Cross, Blue Shield
of West Virginia
P.O. Box 7026
Wheeling, WV 26003

Highmark Inc.
Fifth Ave Place
120 Fifth Ave.
Pittsburg, PA 15222-3099

Independence Blue Cross
1901 Market Street
Philadelphia, PA 19103-1480

Wellpoint, Inc.
120 Monument Circle
Indianapolis, Indiana 46204

    /s/Robert M. Foote
    Robert M. Foote, Esq.