# EXHIBIT 1

**MDL No. 2406** IN RE: Blue Cross Blue Shield Antitrust Litigation
Date filed: 09/06/2012
Date of last filing: 10/19/2012

# Associated Cases

| MDL | Civil Action | Start Date | End Date |
|---|---|---|---|
| MDL No. 2406 | ALN/2:12-cv-01133 Richards et al v. Blue Cross and Blue Shield of Alabama et al (Motion) | 09/07/2012 | 09/07/2012 |
| | ALN/2:12-cv-01910 One Stop Environmental, LLC et al v. Blue Cross and Blue Shield of Alabama et al (Motion) | 09/07/2012 | 09/07/2012 |
| | ALN/2:12-cv-02169 American Electric Motor Services Inc v. Blue Cross and Blue Shield of Alabama et al (Motion) | 09/07/2012 | 09/07/2012 |
| | ALN/2:12-cv-02185 Bajalieh et al v. Blue Cross and Blue Shield of Alabama et al (Motion) | 09/07/2012 | 09/07/2012 |
| | ALN/2:12-cv-02525 GC Advertising LLC et al v. Blue Cross and Blue Shield of Alabama et al (Motion) | 09/07/2012 | 09/07/2012 |
| | ALN/2:12-cv-02532 Conway v. Blue Cross and Blue Shield of Alabama et al (Motion) | 09/07/2012 | 09/07/2012 |
| | ALN/2:12-cv-02537 Carder et al v. Blue Cross and Blue Shield of Alabama et al (Motion) | 09/07/2012 | 09/07/2012 |
| | KYW/3:12-cv-00636 Ridge v. Anthem Health Plans of Kentucky, Inc. et al (Related Case) | 10/18/2012 | 10/19/2012 |
| | LAE/2:12-cv-02410 Plessy v. Blue Cross and Blue Shield of Alabama et al (Related Case) | 10/03/2012 | 10/03/2012 |
| | LAM/3:12-cv-00421 Jarreau v. Louisiana Health Service & Indemnity Company (Related Case) | 09/10/2012 | 09/11/2012 |
| | MSS/3:12-cv-00684 McCumber v. Blue Cross and Blue Shield of Mississippi (Related Case) | 10/15/2012 | 10/15/2012 |
| | NCW/5:12-cv-00017 Cerven et al v. Blue Cross and Blue Shield of North Carolina et al (Motion) | 09/07/2012 | 09/07/2012 |
| | PAW/2:12-cv-00692 UPMC v. HIGHMARK, INC. et al (Related Case) | 10/18/2012 | 10/01/2012 |
| | TNW/2:12-cv-02359 Morrissey v. Blue Cross Blue Shield of Tennessee, Inc. (Motion) | 09/07/2012 | 09/07/2012 |