**CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2012, the foregoing Notice was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      /s/ Gordon Ball
      Gordon Ball

BALL & SCOTT LAW OFFICES
550 West Main Street, Suite 601
Knoxville, Tennessee 37902
Telephone: 865.525.7028
Fax: 865.525.4679
gball@ballandscott.com