**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDSTRICT LITIGATION**

**In re Blue Cross Blue Shield Antitrust Litigation**                    **No. 2406**

**<u>NOTICE OF RELATED ACTION</u>**

To:    Clerk of the Panel
       Judicial Panel on Multidistrict Litigation
       Thurgood Marshall Federal Judiciary Building
       One Columbus Circle, N.E.
       Room G-255, North Lobby
       Washington, D.C. 20002-8004

Pursuant to Rule 6.2(d), defendants WellPoint, Inc. d/b/a Anthem Insurance Companies, Inc. hereby gives notice of the filing of the following related action in the Superior Court of Indiana, Marion County: *Ryan Ray, et al. v. WellPoint, Inc. d/b/a Anthem Insurance Companies, Inc*., Cause No. 49D12 12 09 CT 038162.  The case has been removed to the United States District Court for the Southern District of Indiana, No. 1:12-cv-1576-JMS-TAB (S.D. Ind).  A Schedule of Related Action accompanies this filing.

This related action, like at least fourteen related actions filed before it under consideration for centralization into *In re Blue Cross Blue Shield Antitrust Litigation*, No. 2406, alleges that BCBSA's license agreements are the product of a conspiracy among the BCBSA and 38 health plans around the country to restrain trade by allocating commercial-healthcare-insurance markets in violation of antitrust laws. Thus, this related action is appropriate for centralization along with the other related cases.

1

The complaint, which was filed on September 28, 2012, is attached as Exhibit A.   A copy of the Notice of Removal is attached as Exhibit B.


Dated: October 26, 2012                          Respectfully submitted,


                                                 _____/s/ Craig A. Hoover_____
                                                 Craig A. Hoover
                                                 E. Desmond Hogan
                                                 Hogan Lovells US LLP
                                                 Columbia Square
                                                 555 Thirteenth Street, NW
                                                 Washington, District of Columbia 20004
                                                 Tel: (202) 637-5600
                                                 Fax: (202) 637-5910
                                                 craig.hoover@hoganlovells.com
                                                 desmond.hogan@hoganlovells.com


                                                 *Attorneys for Defendant WellPoint, Inc.*
                                                 *D/B/A Anthem Insurance Companies, Inc.*