BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDSTRICT LITIGATION

In re Blue Cross Blue Shield Antitrust Litigation                    No. 2406

SCHEDULE OF RELATED ACTION

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs**: Ryan Ray, et al.  **Defendants**: WellPoint, Inc. d/b/a Anthem Insurance Companies, Inc. | United States District Court for the Southern District of Indiana | 1:12-cv-1576-JMS-TAB | Jane E. Magnus-Stinson |

Dated: October 26, 2012                         Respectfully submitted,

                         ____/s/ Craig A. Hoover_____
                         Craig A. Hoover
                         E. Desmond Hogan
                         Hogan Lovells US LLP
                         Columbia Square
                         555 Thirteenth Street, NW
                         Washington, District of Columbia 20004
                         Tel: (202) 637-5600
                         Fax: (202) 637-5910
                         craig.hoover@hoganlovells.com
                         desmond.hogan@hoganlovells.com

                         *Attorneys for Defendant WellPoint, Inc.*
                         *D/B/A Anthem Insurance Companies, Inc.*