**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Notice of Related Action was served this 26th day of October, 2012 by first class mail directed to the following:

Jonathan Little
Saeed & Little LLP
1433 Meridian
Indianapolis, IN 46202
jon@slllawfirm.com

Gordon Ball
Ball & Scott
555 W. Main Street
Knoxville, TN 37902

Patrick W. Pendley
Nicholas R. Rockforte
Pentley, Baudin & Coffin, LLP
P.O. Drawer 71
Plaquemine, LA 70765

                                              ____/s/ Craig A. Hoover_____
                                              Craig A. Hoover