## U.S. District Court
## Southern District of Indiana (Indianapolis)
## CIVIL DOCKET FOR CASE #: 1:12-cv-01576-JMS-TAB

RAY v. WELLPOINT INC
Assigned to: Judge Jane Magnus-Stinson
Referred to: Magistrate Judge Tim A. Baker
Case in other court: Marion Superior Court, 49D12-1209-CT038162
Cause: 28:1446 Breach of Contract- Insurance

Date Filed: 10/26/2012
Jury Demand: None
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**RYAN RAY**     represented by **Christopher G. Scanlon**
FAEGRE BAKER DANIELS LLP - Indianapolis
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204
(317)237-0300
Fax: (317)237-1000
Email: chris.scanlon@FaegreBD.com
*ATTORNEY TO BE NOTICED*

**Paul A. Wolfla**
FAEGRE BAKER DANIELS LLP - Indianapolis
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204
(317) 237-0300
Fax: (317) 237-1000
Email: paul.wolfla@faegrebd.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WELLPOINT INC**     represented by **Christopher G. Scanlon**
*doing business as*
ANTHEM INSURANCE COMPANIES INC
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul A. Wolfla**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 10/26/2012 | 1 | NOTICE OF REMOVAL from Marion Superior Court, case number 49D 12 12 09 CT 038162, filed by Defendant WELLPOINT INC. (Attachments: # 1 State Court Record Complaint Class Action, # 2 Exhibit Declaration, # 3 Civil Cover Sheet, # 4 Receipt #IP032553 in the amount of $350.00)(AAM) (Entered: 10/30/2012) |
|---|---|---|
| 10/26/2012 | 2 | NOTICE of Appearance by Christopher G. Scanlon on behalf of Defendant WELLPOINT INC. (AAM) (Entered: 10/30/2012) |
| 10/26/2012 | 3 | NOTICE of Appearance by Paul A. Wolfla on behalf of Defendant WELLPOINT INC. (AAM) (Entered: 10/30/2012) |
| 10/26/2012 | 4 | Corporate Disclosure Statement by WELLPOINT INC identifying Other Affiliate ANTHEM INSURANCE COMPANIES INC for WELLPOINT INC. (AAM) (Entered: 10/30/2012) |
| 10/30/2012 | 5 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (AAM) (Entered: 10/30/2012) |
| 10/30/2012 | 6 | MOTION for Attorney(s) E. Desmond Hogan to Appear pro hac vice. , filed by Defendant WELLPOINT INC. (Attachments: # 1 Text of Proposed Order) (Wolfla, Paul) (Entered: 10/30/2012) |
| 10/30/2012 | 7 | MOTION for Attorney(s) Craig A. Hoover to Appear pro hac vice. , filed by Defendant WELLPOINT INC. (Attachments: # 1 Text of Proposed Order) (Wolfla, Paul) (Entered: 10/30/2012) |
| 10/30/2012 | 8 | MOTION for Attorney(s) Elizabeth A. Jose to Appear pro hac vice. , filed by Defendant WELLPOINT INC. (Attachments: # 1 Text of Proposed Order) (Wolfla, Paul) (Entered: 10/30/2012) |

**Case #: 1:12-cv-01576-JMS-TAB**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/31/2012 08:18:20 | | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-01576-JMS-TAB |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |