# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2406 & TITLE - IN RE: Blue Cross Blue Shield Antitrust Litigation

☐ This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

☑ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

☐ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

☑ Support Centralization in Northern District of Alabama

☐ Oppose Centralization

☐ Other _____

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

Blue Cross Blue Shield of Mississippi, A Mutual Insurance Company

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

Jerry L. Conway, et al. v. Blue Cross Blue Shield of Alabama, et al.; No. 2:12-cv-02532

Name and Address of Attorney Designated to Present Oral Argument:

N/A

| Name | Law Firm | City | State |

Telephone No.: _____   Email Address: _____

| 11/01/2012 | Cheri D. Green | /s/ Cheri D. Green |
| Date | Printed Name | Authorized Signature |

## **ADDITIONAL CASE**

Harry M. McCumber v. Blue Cross Blue Shield of Mississippi, A Mutual Insurance Company, No. 3:12-cv-684