UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION - MDL NO. 2406

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2012, the foregoing Notice of Presentation or Waiver of Oral Argument was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated:  November 1, 2012

/s/  Cheri D. Green
Cheri D. Green
*Attorney for Blue Cross Blue Shield of Mississippi*

BRUNINI GRANTHAM GROWER & HEWES PLLC
190 E Capitol Street
Suite 100
Jackson, MS 39201
Telephone:  601-948-3101
Facsimile:  601-960-6902
cgreen@brunini.com

01457026