BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re Blue Cross Blue Shield Antitrust Litigation**. | MDL No. 2406 |

## NOTICE OF RELATED ACTION

To: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

According, to J.P.M.L. Rules 6.2(d) and 7.1(a), defendant Blue Cross & Blue Shield Association gives notice that the case listed in the accompanying Schedule of Related Action is a tag-along action under Rule 1.1(h) that relates to the cases on a pending motion to transfer to create *In re Blue Cross Blue Shield Antitrust Litigation*, MDL 2406. The action identified on the accompanying Schedule was filed on September 10, 2012, and has come to the defendant's attention as a tag-along action.

The suit, like the several related actions filed before it, alleges that BCBSA's license agreements amount to an allocation among the Blue Plans of the commercial-healthcare-insurance market in violation of antitrust laws. Even though plaintiff's complaint includes additional claims that are different from those related to BCBSA's license agreements, section 1407 does not require a complete identity or even majority of common issues as a prerequisite to centralization, and the presence of different nuances does not negate the existence of some common questions of fact.

– 2 –

*See, e.g., In re Oxycontin Antitrust Litig.*, 542 F. Supp. 2d 1359, 1360−61 (J.P.M.L. 2008). Thus, this case is appropriate for centralization along with the other related cases.

A courtesy copy of the complaint and docket sheet for the related action identified in the schedule is likewise attached.

/s/ Daniel E. Laytin

*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200