# Exhibit 1

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re Blue Cross Blue Shield Antitrust Litigation**. | MDL No. 2406 |

## SCHEDULE OF RELATED ACTION

David J. Zott, P.C.
David.Zott@kirkland.com
Daniel E. Laytin
Daniel.Laytin@kirkland.com
Ian R. Conner
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200

November 2, 2012

## SCHEDULE OF ACTIONS

| **Case Captions** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|
| **Plaintiffs:**<br>LifeWatch Services, Inc. | Eastern District of Pennsylvania | 2:12-cv-05146 | Honorable Eduardo C. Robreno |
| **Defendants:**<br>Blue Cross & Blue Shield Association;<br>HighMark Inc.;<br>WellPoint, Inc.;<br>Horizon Blue Cross Blue Shield of New Jersey;<br>Blue Cross Blue Shield of South Carolina;<br>Blue Cross Blue Shield of Minnesota. | | | |

Submitted, this the 2nd day of November 2012

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200