# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT**

MDL No. _____  & TITLE - IN RE: _____

_____  This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note**: A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

_____  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note**: In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

_____  Support Centralization in _____

_____  Oppose Centralization

_____  Other _____

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

Blue Cross and Blue Shield of Nebraska

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

See attached list

Name and Address of Attorney Designated to Present Oral Argument:

| Kathleen Taylor Sooy | Crowell & Moring LLP | Washington, D.C. | |
|---|---|---|---|
| Name | Law Firm | City | State |

Telephone No.: 202-624-2500     Email Address: ksooy@crowell.com

|  |  | /s/ Kathleen Taylor Sooy |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (1/12)

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re:<br>Blue Cross Blue Shield Antitrust Litigation | MDL No. 2406 |

### List of Actions

*Jerry L. Conway, D.C. v. Blue Cross and Blue Shield of Alabama, et al.*
Case No. 2:12-cv-2532 (N.D. Ala.)

*Audrey Plessy v. Blue Cross and Blue Shield of Alabama, et al.*
Case No. 2:12-cv-02410 (E.D. La.)