# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2406 & TITLE - IN RE: Blue Cross Blue Shield Antitrust Litigation

**☑** This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties.  Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

**☐** This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i).  (**Note**:  A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

**☐** This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1.  (**Note**:  In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

**☑** Support Centralization in Northern District of Alabama  (Judge Proctor)

**☐** Oppose Centralization

**☐** Other

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

 See attached list

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

 See attached list

Name and Address of Attorney Designated to Present Oral Argument:

| Craig A. Hoover | Hogan Lovells | Washington | DC |
|---|---|---|---|
| Name | Law Firm | City | State |

Telephone No.: 202-637-5694          Email Address: craig.hoover@hoganlovells.com

| 11/5/2012 | Craig A. Hoover | s/ Craig A. Hoover |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (1/12)

**Parties Represented (legal name in parenthesis):**

- Anthem, Inc.;
- Anthem Blue Cross and Blue Shield of Connecticut (Anthem Health Plans, Inc.);
- Blue Cross and Blue Shield of Georgia (Blue Cross and Blue Shield of Georgia, Inc.);
- Anthem Blue Cross and Blue Shield of Indiana (Anthem Insurance Companies, Inc.);
- Anthem Health Plans of Maine, Inc.;
- Anthem Blue Cross and Blue Shield of Missouri (HMO Missouri, Inc.);
- Anthem Health Plans of New Hampshire (Anthem Health Plans of New Hampshire, Inc.);
- Anthem Blue Cross and Blue Shield of Virginia Inc. (Anthem Health Plans of Virginia);
- Blue Cross and Blue Shield of North Carolina;
- Blue Cross and Blue Shield of Florida (Blue Cross and Blue Shield of Florida, Inc.);
- Blue Cross and Blue Shield of Louisiana (Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana);
- Blue Cross and Blue Shield of Massachusetts;
- Blue Cross and Blue Shield of Minnesota (BCBSM, Inc.);
- Blue Cross and Blue Shield of South Carolina;
- Blue Cross and Blue Shield of Tennessee (Blue Cross and Blue Shield of Tennessee, Inc.);
- Hawaii Medical Service Association d/b/a Blue Cross and Blue Shield of Hawaii;
- Horizon Blue Cross and Blue Shield of New Jersey (Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross and Blue Shield of New Jersey);
- Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota;
- Wellmark, Inc. d/b/a Blue Cross and Blue Shield of Iowa (Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa);
- WellPoint, Inc.; and
- Anthem Health Plans of Kentucky, Inc.

**Case Captions:**

- Appearing on behalf of all above-named defendants (except WellPoint, Inc. and Anthem Health Plans of Kentucky, Inc.) in:

    *Conway v. Blue Cross and Blue Shield of Alabama, et al.* (N.D. Ala., Case No. 2:12-cv-02532)

- Appearing on behalf of Blue Cross and Blue Shield of North Carolina in:

    *Cerven, et al. v. Blue Cross and Blue Shield of North Carolina, et al.* (W.D.N.C., Case No. 5:12-cv-00017)

- Appearing on behalf of Blue Cross and Blue Shield of Tennessee in:

    *Morrissey v. Blue Cross and Blue Shield of Tennessee, Inc., et al.* (W.D. Tenn., Case No. 2:12-cv-02359)

- Appearing on behalf of WellPoint, Inc. in:

  *Ray v. WellPoint, Inc. d/b/a Anthem Insurance Companies, Inc.* (S.D. Ind., Case No. 1:12-cv-1576-JMS-TAB)

- Appearing on behalf of Anthem Health Plans of Kentucky, Inc., and WellPoint, Inc. in:

  *Ridge v. Anthem Health Plans of Kentucky, Inc., et al.* (W.D. Ky., Case No. 3:12-cv-00636)

- Appearing on behalf of Horizon Blue Cross and Blue Shield of New Jersey, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of South Carolina, and WellPoint, Inc. in:

  *LifeWatch Services, Inc. v. Highmark, Inc., et al.* (E.D. Pa., Case No. 2:12-cv-05146)