# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# MDL No. 2406 – IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2012, the foregoing Notice of Presentation of Oral Argument was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Craig A. Hoover
Craig A. Hoover
