**United States Judicial Panel on Multidistrict Litigation**
**MDL No. 2406 & Title – IN RE: Blue Cross Blue Shield Antitrust Litigation**

*Richards et al v. Blue Cross and Blue Shield of Alabama et al*, Northern District of Alabama, 2:12-cv-01133-RDP;

*One Stop Environmental, LLC et al v. Blue Cross and Blue Shield of Alabama et al*, Northern District of Alabama, 2:12-cv-01910-RDP;

*Bajalieh et al v. Blue Cross and Blue Shield of Alabama et al,* Northern District of Alabama; 2:12-cv-02185-RDP;

*American Electric Motor Services Inc v. Blue Cross and Blue Shield of Alabama et al,* Northern District of Alabama, 2:12-cv-02169-RDP;

*GC Advertising LLC et al v. Blue Cross and Blue Shield of Alabama et al,* Northern District of Alabama, 2:12-cv-02525-RDP;

*Carder et al v. Blue Cross and Blue Shield of Alabama et al,* Northern District of Alabama, 2:12-cv-02537-RDP;

*Conway v. Blue Cross and Blue Shield of Alabama et al,* Northern District of Alabama, 2:12-cv-02532-RDP; and

*Plessy v. Blue Cross and Blue Shield of Alabama, et al.*, United States District Court, For the Eastern District of Louisiana, 2:120-cv-02410-MLCF-KWR.