# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 2406 – IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION

### CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2012, the foregoing Notice of Waiver of Oral Argument was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: November 5, 2012
Birmingham, Alabama

                                        s/ James L. Priester
                                        James L. Priester
*Attorney for Defendant,*
*Blue Cross and Blue Shield of Alabama*
Maynard Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL  35203
Telephone No.:  (205) 254-1000
Facsimile:       (205) 254-1999
jpriester@maynardcooper.com