# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2406 & TITLE - IN RE: Blue Cross Blue Shield Antitrust Litigation

[ ] This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

[✓] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

[✓] Support Centralization in   Northern District of Alabama

[ ] Oppose Centralization

[ ] Other _____

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

Defendant CareFirst Blue Cross and Blue Shield of Maryland, Inc.

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

Conway v. Blue Cross and Blue Shield of Alabama, et al., ND Ala., 2:12-cv-02532

Name and Address of Attorney Designated to Present Oral Argument:

N/A
_____    _____    _____    _____
     Name                    Law Firm                  City                  State


Telephone No.: _____   Email Address: _____


11/05/2012          Brian K. Norman              /s/ Brian K. Norman
_____      _____       _____
   Date              Printed Name                 Authorized Signature


JPML Form 9 (1/12)

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406 –IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2012, the foregoing Notice of Waiver of Oral Argument was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: November 5, 2012
Dallas, Texas

/s/ Brian K. Norman
**BRIAN K. NORMAN**
*Attorney for Defendant,*
*CareFirst Blue Cross and Blue Shield of Maryland, Inc.*
**SHAMOUN & NORMAN, LLP**
1755 Wittington Place, Suite 200, LB25
Dallas, Texas  75234
Telephone: (214) 987-1745
Facsimile: (214) 521-9033
*bkn@snlegal.com*