# EXHIBIT A

## Defendants Represented

Blue Cross and Blue Shield Association

## Additional Parties on Whose Behalf Argument Will be Presented

Blue Cross and Blue Shield of Mississippi

Excellus BlueCross BlueShield of New York

Blue Cross and Blue Shield of Alabama

Triple S - Salud Inc.

Premera Blue Cross of Alaska

CareFirst Blue Cross and Blue Shield of Maryland

Blue Cross and Blue Shield of New Mexico

Blue Cross and Blue Shield of Oklahoma

Blue Cross and Blue Shield of Texas

Health Care Service Corp

Blue Cross Blue Shield of Michigan

USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield