# EXHIBIT B

## SCHEDULE OF ACTIONS

| Case name | District | Case No. |
|---|---|---|
| Fred R. Richards and Richards and Sons Construction Co. Inc. v. Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield Association | Northern District of Alabama - Southern Division | 2:12-cv-01133-RDP |
| One Stop Environmental, LLC and Nicholas A. Layman v. Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield Association | Northern District of Alabama - Southern Division | 2:12-cv-01910-RDP |
| American Electric Motor Services, Inc., on Behalf of Itself and All Others Similarly Situated v. Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield Association | Northern District of Alabama - Southern Division | 2:12-cv-02169-RDP |
| Chris Bajalieh and Consumer Financial Education Foundation of America, Inc. v. Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield Association | Northern District of Alabama - Southern Division | 2:12-cv-02185-RDP |
| GC Advertising, LLC; CB Roofing LLC, On Behalf of Themselves and All Others Similarly Situated v. Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield Association | Northern District of Alabama - Southern Division | 2:12-cv-02525-RDP |
| Thomas A. Carder, Jr., and Industrial Sales & Service, LLC, on Behalf of Themselves and All Others Similarly Situated v. Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield Association | Northern District of Alabama - Southern Division | 2:12-cv-02537-RDP |
| Jerry L. Conway, D.C. On behalf of Himself and All Others Similarly Situated v. Blue Cross and Blue Shield of Alabama, et al., | Northern District of Alabama - Southern Division | 2:12-cv-02532-RDP |
| Kelli R. Cerven, Keith O. Cerven, Teresa M. Cerven, CFW Vending LLC, and SHGI Corporation v. Blue Cross & Blue Shield of North Carolina and Blue Cross & Blue Shield Association | Western District of North Carolina - Statesville Division | 5:12-cv-17-RLV-DCK |
| Mary Morrissey and Paul N. Poston Jr., individually and on behalf of all others similarly situated v. Blue Cross & Blue Shield of Tennessee, and Blue Cross & Blue Shield Association | Western District of Tennessee | 2:12-cv-02359-JTF-CGC |

| Case name | District | Case No. |
|---|---|---|
| Hilda Jarreau, on behalf of herself and all others similarly situated v. Louisiana Health Service & Indemnity Co., d/b/a Blue Cross & Blue Shield of Louisiana | Middle District of Louisiana | 3:12-cv-00421-JJB-SCR |
| LifeWatch Services, Inc. v. Highmark Inc., Blue Cross and Blue Shield Association, Wellpoint, Inc., Horizon Blue Cross Blue Shield of New Jersey, Blue Cross Blue Shield of South Carolina, and Blue Cross Blue Shield of Minnesota | Eastern District of Pennsylvania | 2:12-cv-05146-ER |
| Audrey Plessy, on behalf of herself and all others similarly situated v. Blue Cross and Blue Shield of Alabama, Anthem, Inc., Premera Blue Cross of Alaska, Arkansas Blue Cross and Blue Shield, Anthem Blue Cross and Blue Shield of Connecticut, Highmark Blue Cross and Blue Shield of Delaware, Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield of Georgia, Hawaii Medical Service Assoc. d/b/a Blue Cross and Blue Shield of Hawaii, Health Care Service Corp. d/b/a Blue Cross and Blue Shield of Illinois, Anthem Blue Cross and Blue Shield of Indiana, Wellmark, Inc. d/b/a Blue Cross and Blue Shield of Iowa, Blue Cross and Blue Shield of Kansas, Blue Cross and Blue Shield of Louisiana, Anthem Health Plans of Maine, CareFirst Blue Cross and Blue Shield of Maryland, Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of Michigan, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of Mississippi, Anthem Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Nebraska, Anthem Blue Cross and Blue Shield of New Hampshire, Horizon Blue Cross and Blue Shield of New Jersey, Blue Cross and Blue Shield of New Mexico, Excellus BlueCross BlueShield of New York, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Oklahoma, Blue Cross of Northeastern Pennsylvania - Wilkes Barre, Highmark, Inc., Independence Blue Cross, Triple S - Salud, Inc., Blue Cross and Blue Shield of Rhode Island, Blue Cross and Blue Shield of South Carolina, Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota, Blue Cross and Blue Shield of Tennessee, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of Vermont, Anthem | Eastern District of Louisiana | 2:12-cv-02410-MLCF-KWR |

| Case name | District | Case No. |
|---|---|---|
| Blue Cross and Blue Shield of Virginia, Inc., Highmark Blue Cross, Blue Shield of West Virginia, and Blue Cross and Blue Shield Association | | |
| Harry M. McCumber, on behalf of himself and all others similarly situated v. Blue Cross and Blue Shield of Mississippi, a Mutual Insurance Company | Southern District of Mississippi - Jackson Division | 3:12-cv-00684 |
| Donald Ridge individually and on behalf of a Class of persons similarly situated v. Anthem Health Plans of Kentucky, Inc., Blue Cross and Blue Shield Association, and Wellpoint, Inc. | Western District of Kentucky - Louisville Division | 3:12-cv-636-S |
| Lawrence Cohn, LLC, on behalf of himself and all others similarly situated v. HMSA BSH, d/b/a Blue Cross and Blue Shield of Hawaii, and Blue Cross and Blue Shield Association | Northern District of Illinois - Eastern Division | 1:12-cv-8448 |
| Ryan Ray, et al. v. Wellpoint, Inc. D/B/A Anthem Insurance Companies, Inc. | Southern District of Indiana | 1:12-cv-1576 |