**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November, 2012, a copy of the foregoing Notice of Presentation was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system, which will send notice of electronic filing to all parties of record.

/s/ Daniel E. Laytin
Daniel E. Laytin