# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2406 ___ & TITLE - IN RE: Blue Cross Blue Shield Antitrust Litigation ___

[✓] This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties.  Panel Rule 11.1(d)(i) states that:

Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i).  (**Note**:  A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1.  (**Note**:  In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

[ ] Support Centralization in ___
[✓] Oppose Centralization
[ ] Other ___

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

See attached list - Exhibit A

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

See attached list - Exhibit B

Name and Address of Attorney Designated to Present Oral Argument:

| Laura Alexander | Cohen Milstein Sellers & Toll PLLC | Washington | DC |
|---|---|---|---|
| Name | Law Firm | City | State |

Telephone No.:  202-408-4600                    Email Address:  lalexander@cohenmilstein.com

| 11/8/12 | Laura Alexander | /s/ Laura Alexander |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (1/12)