# Exhibit A

**Parties Represented**

Plaintiffs Fred R. Richards, Richards & Sons Construction Co.

Plaintiffs Thomas A. Carder, Jr. Industrial Sales & Service, LLC