# Exhibit B

## Schedule of Actions

| Case Title | District | Case No. |
|---|---|---|
| *Richards v. Blue Cross and Blue Shield of Alabama* | N.D. Ala. | 2:12-cv-1133-RDP |
| *Carder v. Blue Cross and Blue Shield of Alabama* | N.D. Ala. | 2:12-cv-2537-RDP |