**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of November, 2012, a true and correct copy of the foregoing Notice of Presentation was electronically filed with the Judicial Panel on Multidistrict Litigation via the CM/ECF system, which will send notice of electronic filing to all parties of record.

                                                                                   */s/ Daniel A. Small*
                                                                                   Daniel A. Small