# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 2406 – IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION

### CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2012, the foregoing Notice of Waiver of Oral Argument was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: November 8, 2012

s/ Daniel C. Hedlund
Daniel C. Hedlund
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dhedlund@gustafsongluek.com

*Attorney for Plaintiff*
*American Electric Motor Services Inc.*