# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2406 & TITLE - IN RE: Blue Cross Blue Shield Antitrust Litigation

[ ] This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

[✓] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note**: A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note**: In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

[ ] Support Centralization in _____

[ ] Oppose Centralization

[ ] Other _____

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

Plaintiffs Consumer Financial Education Foundation of America, Inc. and Chris Bajalieh

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

Bajalieh v. Blue Cross and Blue Shield of Alabama, 2:12-cv-02185-RDP (N.D. Ala.)

Name and Address of Attorney Designated to Present Oral Argument:

| Name | Law Firm | City | State |

Telephone No.: 205-503-4512     Email Address: tammys@dglawfirm.com

| 11/09/12 | Tammy M. Stokes | *signature* |
| Date | Printed Name | Authorized Signature |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 9th day of November, 2012, a copy of the foregoing Notice of Waiver of Oral Argument was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system, which will send notice of electronic filing to all parties of record.

    /s/ Tammy M. Stokes
Tammy M. Stokes