UNITED STATES JUDICIAL PANEL ON MULTIDITRICT LITIGATION
Mdl No. 2406 – IN RE; BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2012, the foregoing Notice of Presentation or Waiver of Oral Argument was electronically filed with the court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ Chris T. Hellums
Chris T. Hellums (ASB-5583-L73C)
PITTMAN, DUTTON & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 328-2711
Email: PDH-efiling@pittmandutton.com

*One of the Attorneys for Plaintiffs One Stop Environmental, LLC and Nicholas A. Layman*