BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In re: Blue Cross Blue Shield Antitrust Litigation ) ) ) ) ) | MDL Docket No. 2406 |

## NOTICE OF RELATED ACTION

To:  Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE
Room G-255, North Lobby
Washington, DC 20002-8004

Pursuant to J.P.M.L. Rules 1.1(h) and 6.2(d), counsel for plaintiffs in *Cerven et al v. Blue Cross and Blue Shield of North Carolina et al*, 5:12-cv-17 (W.D.N.C.) hereby gives notice of the filing of the following related action on November 13, 2012 in the Middle District of Louisiana: *Galactic Funk Touring, Inc. et al v. Blue Cross and Blue Shield of Louisiana et al*, 3:12-cv-00709-BAJ-MJU (M.D. La.). The Complaint is attached as Exhibit A.

Dated: November 14, 2012

Respectfully submitted,
By:  /s/ William A. Isaacson
William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Tel: 202-237-2727; Fax: 202-237-6131
Email: wisaacson@bsfllp.com

*Attorney for Plaintiffs Kelli R. Cerven, Keith O. Cerven, Teresa M. Cerven, CFW Vending LLC, and SHGI Corporation*