BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Blue Cross Blue Shield Antitrust Litigation | MDL Docket No. 2406 |

## SCHEDULE OF RELATED ACTION

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| *Plaintiffs*: Galactic Funk Touring, Inc.; Renee Allie; et al<br><br>*Defendants*: Blue Cross and Blue Shield of Louisiana and Blue Cross and Blue Shield Association | United States District Court for the Middle District of Louisiana | 3:12-cv-00709-BAJ-MJU | Chief Judge Brian A. Jackson |

Dated: November 14, 2012

Respectfully submitted,
By:  /s/ William A. Isaacson
William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Tel: 202-237-2727; Fax: 202-237-6131
Email: wisaacson@bsfllp.com

*Attorney for Plaintiffs Kelli R. Cerven, Keith O. Cerven, Teresa M. Cerven, CFW Vending LLC, and SHGI Corporation*