**CERTIFICATE OF SERVICE**

I hereby certify that on this the 14th day of November, 2012, a copy of the foregoing Notice of Related Action was electronically filed with the Judicial Panel on Multidistrict Litigation using the CM/ECF system, which will send notice of electronic filing to all parties of record.

    By: _/s/ William A. Isaacson_____
    William A. Isaacson
    BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Avenue NW, Suite 800
    Washington, DC 20015
    Tel: 202-237-2727; Fax: 202-237-6131
    Email: wisaacson@bsfllp.com