BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) ) ) ) ) ) ) MDL No.: 2406 |

**INTERESTED PARTY RESPONSE OF UPMC**
**IN OPPOSITION TO RELATED CASE DESIGNATION**

Paul M. Pohl (Pa. No. 21625)
Leon F. DeJulius, Jr. (Pa. No. 90383)
Rebekah B. Kcehowski (Pa. No. 90219)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Tel: (412) 391-3939
Fax: (412) 394-7959
pmpohl@jonesday.com
lfdejulius@jonesday.com
rbkcehowski@jonesday.com

Joe Sims (*Pro Hac Vice* granted)
Kathy Fenton (*Pro Hac Vice* granted)
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001-2113
Tel: (202) 879-3939
Fax: (202) 626-1700
jsims@jonesday.com
kmfenton@jonesday.com

Paul H. Titus (Pa. No. 01399)
SCHNADER HARRISON SEGAL & LEWIS LLP
Fifth Avenue Place, Suite 2700
Pittsburgh, PA  15222-3001
Tel: (412) 577-5200
Fax: (412) 765-3858
ptitus@schnader.com

*Attorneys for Plaintiffs*

Dated:  November 21, 2012

1. UPMC recently became aware that a lawsuit it filed in the Western District of Pennsylvania, *UPMC v. Highmark, Inc. et al*. (PAW/2:12-cv-00692), has mistakenly been identified as a related case in these proposed MDL proceedings (*In re: Blue Cross Blue Shield Antitrust Litigation*, MDL No. 2406). Pursuant to Rule 6.2(e) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, UPMC files this interested party brief to inform the panel of that mistake.

2. On November 2, 2012, UPMC was served with the Interested Party Response of Lawrence Cohn LLC in Support of the Motion for Transfer of Actions to the Northern District of Alabama Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings. *See* Dkt. 89. That Response contains a list of "Associated Cases," which identifies *UPMC v. Highmark, Inc. et al*. (PAW/2:12-cv-00692). Dkt. 89-1. The *UPMC v. Highmark, Inc. et al*. case is not subject to the original motion to transfer (or any supplement), and, prior to the filing of Lawrence Cohn LLC's Response, it does not appear that any party identified *UPMC v. Highmark, Inc. et al*. as a related case.

3. Like the motion to transfer, Lawrence Cohn LLC's Response argues for consolidation and transfer of so-called Blues conspiracy cases, *i.e.*, those alleging that Blue Cross Blue Shield Association ("BCBSA") licensees have allocated geographic markets for health insurance in a manner that violates the antitrust laws. *See* Dkt. 89 at 2-3.

4. UPMC filed its original complaint in *UPMC v. Highmark, Inc. et al*. on May 23, 2012. Dkt. 1 (PAW/2:12-cv-00692). Therein, UPMC alleged, among other allegations, that Highmark, a health insurer, was engaged in an illegal conspiracy as a BCBSA licensee to divide markets in a manner that violated the antitrust laws. On August 8, 2012, BCBSA sought to intervene in UPMC's lawsuit on the theory that its original complaint alleged a Blues conspiracy

and thus implicated BCBSA's license agreements.  Dkt. 43 (Paw/2:12-cv-00692).  Before that motion was decided, however, UPMC, represented by new counsel, filed an amended complaint as of right pursuant to Federal Rule of Civil Procedure 15.  That amended complaint, filed September 20, 2012 and attached hereto as Exhibit A, removes all references to BCBSA, its licensees, and any so-called Blues conspiracy.  Dkt. 64 (Paw/2:12-cv-00692).  Thereafter, BCBSA withdrew its motion to intervene due to the amended complaint.  Dkt. 74 (Paw/2:12-cv-00692), Exhibit B.

5.   After receiving Lawrence Cohn LLC's Response, UPMC's counsel informed Lawrence Cohn LLC's counsel, Robert Foote, of its amended complaint.  On November 19, 2012, UPMC's counsel spoke with Mr. Foote's colleague, Matthew Herman.  Mr. Herman informed UPMC's counsel that both he and his client, Lawrence Cohn LLC, agree that they mistakenly identified *UPMC v. Highmark, Inc. et al*. as a related case.  Mr. Herman further indicated that he did not object to UPMC notifying the panel directly of this mistake and, in fact, suggested it do so.

| | |
|---|---|
| Dated November 21, 2012 | */s/ Leon F. DeJulius, Jr.*<br>Paul M. Pohl (Pa. No. 21625)<br>Leon F. DeJulius, Jr. (Pa. No. 90383)<br>Rebekah B. Kcehowski (Pa. No. 90219)<br>JONES DAY<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219<br>Tel: (412) 391-3939<br>Fax: (412) 394-7959<br>pmpohl@jonesday.com<br>lfdejulius@jonesday.com<br>rbkcehowski@jonesday.com |

Joe Sims (*Pro Hac Vice* granted)
Kathy Fenton (*Pro Hac Vice* granted)
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001-2113
Tel: (202) 879-3939
Fax: (202) 626-1700
jsims@jonesday.com
kmfenton@jonesday.com

Paul H. Titus (Pa. No. 01399)
SCHNADER HARRISON SEGAL &
LEWIS LLP
Fifth Avenue Place, Suite 2700
Pittsburgh, PA  15222-3001
Tel: (412) 577-5200
Fax: (412) 765-3858
ptitus@schnader.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2012, a copy of the foregoing pleading was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system which will send notice of electronic filing to all parties of record.

>   */s/ Leon F. DeJulius, Jr.*
>   Leon F. DeJulius, Jr.