# Exhibit B

# Blue Cross Blue Shield Association's Stipulation Withdrawing Motion to Intervene Based on UPMC's First Amended Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UPMC, UPMC HEALTH PLAN, INC., and PRODIGO SOLUTIONS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>HIGHMARK, INC. AND WEST PENN ALLEGHENY HEALTH SYSTEM, INC., PROTOCO PPI LLC, PROTOCO SUPPLY CHAIN SERVICES LLC, and HMPG PHARMACY LLC,<br><br>Defendants. | No. 2:12- cv-00692-JFC<br><br>*Electronically Filed and Served* |

## STIPULATION

With the consent of the undersigned parties, Intervening Defendant, Blue Cross Blue Shield Association, withdraws its Motion to Intervene (Dkt. #43) in light of the Amended Complaint filed by Plaintiff, UPMC, et al. (Dkt. #64).

Dated: September 28, 2012

Respectfully submitted:

/s/ Paul H. Titus
Paul H. Titus (Pa. No. 01399
SCHNADER HARRISON SEGAL &
LEWIS LLP
Fifth Avenue Place, Suite 2700
Pittsburgh, PA 15222-3001
Tel: (412) 577-5200
Fax: (412) 765-3858
ptitus@schnader.com

/s/ Margaret M. Zwisler (pro hac vice)
Jennifer L. Giordano (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Tel: (202) 637-2200
Fax: (202) 637-2201
Margaret.zwisler@lw.com
Jennifer.giordano@lw.com

Paul M. Pohl (Pa. No. 21625)
Leon F. DeJulius, Jr. (Pa. No. 90383)
Rebekah B. Kcehowski (Pa. No. 90219)
JONES DAY
500 Grant Street, Suite 2500
Pittsburgh, PA 15219
Tel: (412) 391-3939
Fax: (412) 394-7959
pmpohl@jonesday.com
lfdejulius@jonesday.com
rbkcehowski@jonesday.com

Joe Sims (*pro hac vice*)
Kathy Fenton (*pro hac vice*)
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001-2113
Tel: (202) 879-3939
Fax: (202) 626-1700
jsims@jonesday.com
kmfenton@jonesday.com

*Attorneys for Plaintiffs*

John G. Ebken
GORDON & REES LLP
707 Grant Street, Suite 2305
Pittsburgh, PA 15219
Tel: (412) 577-7400
Fax: (412) 347-5461
jebken@gordonrees.com

Alfred C. Pfeiffer, Jr. (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
Al.pfeiffer@lw.com

*Attorneys for Highmark Inc.*

/s/ *Barbara Sicalides*
Barbara Sicalides
Barbara W. Mather
Barak A. Bassman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
sicalidb@pepperlaw.com
bassmanb@pepperlaw.com

*Attorneys for West Penn Allegheny Health System, Inc.*

/s/ *David A. Strassburger*
David A. Strassburger (Pa. No. 76027)
E. J. Strassburger (Pa. No. 10231)
STRASSBURGER McKENNA
   GUTNICK & GEFSKY
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222
Tel: (412) 281-5423
Fax: (412) 281-8264
dstrassburger@smgglaw.com
ejstrass@smgglaw.com

                David J. Zott, P.C.
                Daniel E. Laytin
                Ian R. Conner
                KLIRKLAND & ELLIS LLP
                300 N. LaSalle Street
                Chicago, IL 60654
                Tel: (312) 862-2000
                Fax: (312) 862-2200

                *Attorneys for Blue Cross Blue Shield*
                *Association*