# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2406  & TITLE - IN RE: Blue Cross Blue Shield Antitrust Litigation

[✓] This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note**: A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note**: In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

[✓] Support Centralization in  the Northern District of Alabama

[ ] Oppose Centralization

[ ] Other _____

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

See Exhibit A.

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

See Exhibit B.

Name and Address of Attorney Designated to Present Oral Argument:

| Patrick W. Pendley | Pendley Baudin Coffi | Plaquemine | LA |
|---|---|---|---|
| Name | Law Firm | City | State |

Telephone No.: (225) 687-6396    Email Address: nrockforte@pbclawfirm.com

| 11/21/12 | Patrick W. Pendley | *signature* |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (1/12)