# EXHIBIT

A

## **Plaintiffs Represented**

Hilda Jarreau

Ryan Ray

Audrey Plessy

Brett Watts

Dale Ward

Jennifer Ray Davidson

Harry M. McCumber

Deborah Piercy

Lisa Tomazolli

Melissa Allen

William Lee Sosebee