# EXHIBIT B

SCHEDULE OF ACTIONS

| Case Name | District | Case No |
|---|---|---|
| Hilda Jarreau, on behalf of herself and all others similarly situated v. Louisiana Health Service & Indemnity Co., d/b/a Blue Cross & Blue Shield of Louisiana | Middle District of Louisiana | 3:12-cv-00421-JJB-SCR |
| Ryan Ray, et al. v. Wellpoint, d/b/a Anthem Insurance Company, Inc. | Southern District of Indiana | 1:12-cv-01576-JMS-TAB |
| Audrey Plessy, on behalf of herself and all others similarly situated v. Blue Cross and Blue Shield of Alabama, Anthem, Inc., Premera Blue Cross of Alaska, Arkansas Blue Cross and Blue Shield, Anthem Blue Cross and Blue Shield of Connecticut, Highmark Blue Cross and Blue Shield of Delaware, Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield of Georgia, Hawaii Medical Service Assoc. d/b/a Blue Cross and Blue Shield of Hawaii, Health Care Service Corp. d/b/a Blue Cross and Blue Shield of Illinois, Anthem Blue Cross and Blue Shield of Indiana, Wellmark, Inc. d/b/a Blue Cross and Blue Shield of Iowa, Blue Cross and Blue Shield of Kansas, Blue Cross and Blue Shield of Louisiana, Anthem Health Plans of Maine, CareFirst Blue Cross and Blue Shield of Maryland, Blue Cross and Blue Shield of Massachusetts, Blue Cross and Blue Shield of Michigan, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of Mississippi, Anthem Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Nebraska, Anthem Blue Cross and Blue Shield of New Hampshire, Horizon Blue Cross and Blue Shield of New Jersey, Blue Cross and Blue Shield of New Mexico, Excellus BlueCross BlueShield of New York, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Oklahoma, Blue Cross of Northeastern Pennsylvania- Wilkes Barre, Highmark, Inc., Independence Blue Cross, Triple S - Salud, Inc., Blue Cross and Blue Shield of Rhode Island, Blue Cross and Blue Shield of South Carolina, Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota, Blue Cross and Blue Shield of Tennessee, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of Vermont, Anthem | Eastern District of Louisiana | 2:12-cv-02410-MLCF-KWR |

| Case name | District | Case No. |
|---|---|---|
| Brett Watts and Dale Ward, et al. v. Blue Cross Blue Shield of Texas, et al. | Northern District Texas, Dallas Division | 3:12-cv-04256-O |
| Jennifer Ray Davidson, on behalf of herself and all others similarly situated v. Blue Cross and Blue Shield of Alabama, et al. | Northern District of Florida | 5:12-cv-00370-RS-GRJ |
| Harry M. McCumber, on behalf of himself and all others similarly situated v. Blue Cross and Blue Shield of Mississippi | Southern District of Mississippi – Jackson Division | 3:12-cv-00684 HTW-LRA |
| Deborah Piercy and Lisa Tomazolli, on behalf of themselves and all others similarly situated v. Healthcare Service Corp. d/b/a Blue Cross Blue Shield of Illinois | First Circuit Court for the First Judicial District, Union County, Illinois | 2012-L-28 |
| Melissa Allen, individually and on behalf of all others similarly situated v. Blue Cross of Idaho Health Services Inc. | Fourth Jud. Dist. Court, County of Ada, Idaho | cv-oc1220817 |
| William Lee Sosebee, individually and on behalf of all others similarly situated v. Usable Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield | Circuit Court for Pulaski County, Arkansas | 60CV 2012 5368 |