## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2012, a copy of the foregoing Notice of Presentation of Oral Argument was electronically field with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system, which will automatically send notice of electronic filing to all parties of record.

/s Patrick W. Pendley
Patrick W. Pendley