# Exhibit 1

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* Blue Cross Blue Shield Antitrust Litigation. | MDL No. 2406 |

## SCHEDULE OF RELATED ACTION

David J. Zott, P.C.
David.Zott@kirkland.com
Daniel E. Laytin
Daniel.Laytin@kirkland.com
Ian R. Conner
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200

November 26, 2012

SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>John G. Thompson | Western District of<br>Michigan | 2:12-cv-00420 | Honorable R. Allan Edgar |
| **Defendants:**<br>Blue Cross & Blue Shield Association;<br>Blue Cross & Blue Shield of Michigan | | | |

Submitted, this the 26th day of November 2012

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200