# Exhibit 1

**BCBSA'S SUPPLEMENTAL INFORMATION AND REPLY TO LIFEWATCH'S OPPOSITION: EXHIBIT 1**

### Northern District of Alabama

1. *Richards v. Blue Cross & Blue Shield of Ala.*, Case No. 2:12-cv-01133 (N.D. Ala. Apr. 17, 2012).
2. *One Stop Envt'l. v. Blue Cross & Blue Shield of Ala.*, No. 2:12-cv-01910 (N.D. Ala. May 17, 2012).
3. *Am. Elec. Motor Servs., Inc. v. Blue Cross & Blue Shield of Ala.*, No. 2:12-cv-02169 (N.D. Ala. June 14, 2012).
4. *Bajalieh v. Blue Cross & Blue Shield of Ala.*, No. 2:12-cv-02185 (N.D. Ala. June 15, 2012).
5. *Carder, Jr. v. Blue Cross & Blue Shield of Ala.*, No. 2:12-cv-02537 (N.D. Ala. July 24, 2012).
6. *GC Adver., LLC v. Blue Cross & Blue Shield of Ala.*, No. 2:12-cv-02525 (N.D. Ala. July 24, 2012).
7. *Conway, D.C. v. Blue Cross & Blue Shield of Ala.*, No. 2:12-cv-02532 (N.D. Ala. July 24, 2012).

### Northern District of Florida

8. *Davidson v. Blue Cross & Blue Shield of Fla., et al.*, No. 5:12-cv-370 (N.D. Fla. Nov. 15, 2012).

### Northern District of Illinois

9. *Lawrence Cohn, LLC v. HMSA BSH (d.b.a. Blue Cross & Blue Shield of Hawaii*, No. 1:12-cv-8448 (N.D. Ill. Oct. 19, 2012).

### Southern District of Indiana

10. *Ray v. Wellpoint, Inc.*, No. 1:12-cv-1576 (S.D. Ind. Sept. 28, 2012).

### Western District of Kentucky

11. *Ridge v. Anthem Health Plans of Ky.*, No. 3:12-cv-00636 (W.D. Ky. Oct. 8, 2012).

### Eastern District of Louisiana

12. *Plessy v. Blue Cross & Blue Shield of Ala.*, No. 2:12-cv-02410 (E.D. La. Oct. 1, 2012).

### Middle District of Louisiana

13. *Jarreau v. La. Health Serv. & Indemn. Co. (d.b.a. Blue Cross & Blue Shield of La.)*, No. 3:12-cv-00421 (M.D. La. June 6, 2012).
14. *Galactic Funk Touring, Inc., et al. v. Blue Cross & Blue Shield of La., et al.,* 3:12-cv-709 (M.D. La. Nov. 13, 2012).

**Western District of Michigan**

    15. *Thompson v. Blue Cross & Blue Shield of Mich.,* No. 2:12-cv-00420 (W.D. Mich. Nov. 7, 2012).

**Southern District of Mississippi**

    16. *McCumber v. Blue Cross & Blue Shield of Miss.,* Case No. 3:12-cv-684 (S.D. Miss. Oct. 2, 2012).

**Western District of North Carolina**

    17. *Cerven v. Blue Cross & Blue Shield of North Carolina,* No. 5:12-cv-00017 (W.D.N.C. Feb. 7, 2012).

**Eastern District of Pennsylvania**

    18. *LifeWatch Servs., Inc. v. Highmark, Inc. et al.,* 2:12-cv-05146 (E.D. Pa. Sept. 10, 2012).

**Western District of Tennessee**

    19. *Morrissey v. Blue Cross & Blue Shield of Tenn.*, No. 2:12-cv-02359 (W.D. Tenn. May 11, 2012).

**Northern District of Texas**

    20. *Watts v. Blue Cross & Blue Shield of Tx.*, No. 3:12-cv-04256 (N.D. Tex. Oct. 22, 2012).