BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | ) | |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD | ) | MDL No. 2406 |
| ANTITRUST LITIGATION | ) | |
| | ) | |
| | ) | |

**RESPONSE OF DEFENDANT HIGHMARK, INC.
IN SUPPORT OF MDL TRANSFER**

Defendant Highmark, Inc. respectfully submits this memorandum in support of the Response of Certain Defendants in Support of MDL Transfer (Docket No. 69). Highmark supports transfer and centralization of these cases by the Judicial Panel on Multidistrict Litigation — as do all the defendants in the cases before the Panel — and in particular supports transfer of *LifeWatch* for the reasons set forth in the Interested Party Response filed by several other Blue Plans (Docket No. 118). Highmark joins defendants' brief in support of transfer, and joins defendants' request for the transfer of the cases proposed for centralization, along with tag-along actions, to the Northern District of Alabama.

Respectfully submitted, this the 28th day of November 2012.

/s/ Erica B. Zolner

Helen E. Witt
Erica B. Zolner
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000
Fax: (312) 862-2200

1

Related Action: *LifeWatch Services, Inc. v. Highmark Inc.*, 2:12-cv-05146-ER

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November, 2012, a copy of the foregoing Response of Defendant Highmark, Inc. in Support of MDL Transfer was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system, which will send notice of electronic filing to all parties of record.

/s/ Erica B. Zolner
Erica B. Zolner

[SIGNATURE PAGE FOLLOWS]

/s/ Erica B. Zolner
Erica B. Zolner
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000
Fax: (312) 862-2200
erica.zolner@kirkland.com

*Counsel for Highmark, Inc.*
