BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* Blue Cross Blue Shield Antitrust Litigation. | MDL No. 2406 |

## UPDATED SCHEDULE OF ACTIONS

To:  Clerk of the Panel
     Judicial Panel on Multidistrict Litigation
     Thurgood Marshall Federal Judiciary Building
     One Columbus Circle, N.E.
     Room G-255, North Lobby
     Washington, D.C. 20002-8004

According, to JPML Rules 6.2(d) and 7.1(a), and in advance of oral argument, defendant Blue Cross & Blue Shield Association submits this updated schedule of actions that relates to the pending motion to transfer to create *In re Blue Cross Blue Shield Antitrust Litigation*, MDL 2406.

Two actions in the updated schedule are tag-along actions under Rule 1.1(h) that relate to the pending MDL motion. These two actions are: (1) *Watts v. Blue Cross & Blue Shield of Texas,* No. 3:12-cv-04256 (N.D. Tex. filed Oct. 22, 2012), and (2) *Ray Davidson v. Blue Cross & Blue Shield of Alabama,* No. 5:12-cv-00370 (N.D. Fla. filed Nov. 15, 2012). A courtesy copy of the complaints and docket sheets for those actions identified in the schedule but not previously provided to the panel are likewise attached as exhibits.

/s/ Daniel E. Laytin

        David J. Zott, P.C.
        David.Zott@kirkland.com
        Daniel E. Laytin
        Daniel.Laytin@kirkland.com
        Ian R. Conner
        Ian.Conner@kirkland.com
        KIRKLAND & ELLIS LLP
        300 N. LaSalle Street
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Telecopier: (312) 862-2200

November 28, 2012