SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| *Cerven v. Blue Cross & Blue Shield of N.C.*<br>**Plaintiffs:**<br>Kelli R. Cerven, Keith O. Cerven, Teresa M. Cerven, CFW Vending LLC, and SHGI Corp.<br><br>**Defendants:**<br>Blue Cross & Blue Shield of North Carolina, and Blue Cross & Blue Shield Association | Western District of North Carolina | 5:12-cv-00017-RLV | Honorable Richard L. Voorhees<br><br>Honorable Magistrate David C. Keesler |
| *Richards v. Blue Cross & Blue Shield of Ala.*<br>**Plaintiffs:**<br>Fred R. Richards, and Richards & Sons Construction Co.<br><br>**Defendants:**<br>Blue Cross & Blue Shield of Alabama, and Blue Cross & Blue Shield Association | Northern District of Alabama | 2:12-cv-01133-RDP | Honorable R. David Proctor |
| *Morrissey v. Blue Cross & Blue Shield of Tenn.*<br>**Plaintiffs:**<br>Mary Morrissey<br><br>**Defendants:**<br>Blue Cross & Blue Shield of Tennessee | Western District of Tennessee | 2:12-cv-02359 | Honorable John T. Fowlkes |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Intervenor:** Blue Cross & Blue Shield Association | | | |
| *One Stop Envt'l. LLC v. Blue Cross & Blue Shield of Ala.* **Plaintiffs:** One Stop Environmental LLC and Nicholas A. Layman **Defendants:** Blue Cross & Blue Shield of Alabama, and Blue Cross & Blue Shield Association | Northern District of Alabama | 2:12-cv-01910-JEO | Honorable R. David Proctor |
| *Jarreau v. La. Health Serv. Indem. Co.* **Plaintiffs:** Hilda Jarreau **Defendants:** Louisiana Health Service & Indemnity Co. (d.b.a. Blue Cross Blue Shield of Louisiana) | Middle District of Louisiana | 3:12-cv-00421 | Honorable James J. Brady Honorable Magistrate Stephen C. Riedlinger |
| *Am. Elec. Motor Servs., Inc. v. Blue Cross & Blue Shield of Ala.* **Plaintiffs:** American Electric Motor Services, Inc. | Northern District of Alabama | 2:12-cv-02169 | Honorable R. David Proctor |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Defendants:**<br>Blue Cross & Blue Shield of Alabama, and Blue Cross & Blue Shield Association | | | |
| *Bajalieh v. Blue Cross & Blue Shield of Ala.*<br>**Plaintiffs:**<br>Chris Bajalieh and Consumer Financial Education Foundation of America, Inc.<br><br>**Defendants:**<br>Blue Cross & Blue Shield of Alabama, and Blue Cross & Blue Shield Association | Northern District of Alabama | 2:12-cv-02185 | Honorable R. David Proctor |
| *Conway v. Blue Cross & Blue Shield of Ala.*<br>**Plaintiffs:**<br>Jerry L. Conway<br><br>**Defendants:**<br>Blue Cross & Blue Shield of Alabama; Anthem Inc.; Premera Blue Cross of Alaska; Arkansas Blue Cross and Blue Shield; Anthem Blue Cross & Blue Shield of Connecticut; Highmark Blue Cross & Blue Shield of Delaware; Blue Cross & Blue Shield of Florida; Blue Cross & Blue Shield of Georgia; Hawaii Medical Service Association (d.b.a. Blue Cross & Blue Shield | Northern District of Alabama | 2:12-cv-02532 | Honorable R. David Proctor |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| of Hawaii); Health Care Service Corp (d.b.a. Blue Cross & Blue Shield of Illinois); Anthem Blue Cross & Blue Shield of Indiana; Wellmark, Inc. (d.b.a. Blue Cross & Blue Shield of Iowa); Blue Cross & Blue Shield Kansas; Blue Cross & Blue Shield of Louisiana; Anthem Health Plans of Maine; Carefirst Blue Cross & Blue Shield of Maryland; Blue Cross & blue Shield of Massachusetts; Blue Cross & Blue Shield of Michigan; Blue Cross & Blue Shield of Minnesota; Blue Cross & Blue Shield of Mississippi; Anthem Blue Cross & Blue Shield of Missouri; Blue Cross & Blue Shield of Kansas City; Blue Cross & Blue Shield of Nebraska; Anthem Blue Cross & Blue Shield of New Hampshire; Horizon Blue Cross & Blue Shield of New Jersey; Blue Cross & Blue Shield of New Mexico; Excellus BlueCross BlueShield of New York; Blue Cross & Blue Shield of North Carolina; Blue Cross & Blue Shield of Oklahoma; Blue Cross of Northeastern Pennsylvania; Highmark, Inc.; Independence Blue Cross; Triple S - Salud Inc.; Blue Cross & Blue Shield of Rhode Island; Blue Cross & Blue Shield of South Carolina; Wellmark of South Dakota; Blue Cross & Blue Shield of Tennessee; Blue Cross & Blue Shield of Texas; Blue Cross & Blue Shield of Vermont; Anthem Blue Cross | | | |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| & Blue Shield of Virginia, Inc.; Highmark Blue Cross & Blue Shield of West Virginia; and Blue Cross & Blue Shield Association | | | |
| *GC Adver. LLC v. Blue Cross & Blue Shield of Ala.*<br>**Plaintiffs:**<br>GC Advertising, LLC, and CB Roofing, LLC<br><br>**Defendants:**<br>Blue Cross & Blue Shield of Alabama; and Blue Cross & Blue Shield Association | Northern District of Alabama | 2:12-cv-02525 | Honorable R. David Proctor |
| *Carder v. Blue Cross & Blue Shield of Ala.*<br>**Plaintiffs:**<br>Thomas A. Carder, Jr.<br><br>**Defendants:**<br>Blue Cross & Blue Shield of Alabama, and Blue Cross & Blue Shield Association | Northern District of Alabama | 2:12-cv-02537 | Honorable R. David Proctor |
| *LifeWatch Serv. Inc. v. Highmark Inc.*<br>**Plaintiffs:**<br>LifeWatch Services, Inc.<br><br>**Defendants:** | Eastern District of Pennsylvania | 2:12-cv-05146 | Honorable Eduardo C. Robreno |

| Case Captions | Court | Civil Action No. | Judge |
| --- | --- | --- | --- |
| Blue Cross & Blue Shield Association; HighMark Inc.; WellPoint, Inc.; Horizon Blue Cross Blue Shield of New Jersey; Blue Cross Blue Shield of South Carolina; and Blue Cross Blue Shield of Minnesota. | | | |
| *Ray v. WellPoint, Inc.*<br>**Plaintiffs:**<br>Ryan Ray<br><br>**Defendants:**<br>WellPoint Inc. (d/b/a Anthem Insurance Companies) | Southern District of Indiana | 1:12-cv-01576 | Honorable Jane Magnust-Stinson |
| *Plessy v. Blue Cross & Blue Shield of Ala.*<br>**Plaintiffs:**<br>Audrey Plessy<br><br>**Defendants:**<br>Blue Cross & Blue Shield of Alabama; Anthem Inc.; Premera Blue Cross of Alaska; Arkansas Blue Cross and Blue Shield; Anthem Blue Cross & Blue Shield of Connecticut; Highmark Blue Cross & Blue Shield of Delaware; Blue Cross & Blue Shield of Florida; Blue Cross & Blue Shield of Georgia; Hawaii Medical Service Association (d.b.a. Blue Cross & Blue Shield of Hawaii); Health Care Service Corp (d.b.a. Blue | Eastern District of Louisiana | 2:12-cv-02410 | Honorable Martin L.C. Feldman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Cross & Blue Shield of Illinois); Anthem Blue Cross & Blue Shield of Indiana; Wellmark, Inc. (d.b.a. Blue Cross & Blue Shield of Iowa); Blue Cross & Blue Shield Kansas; Blue Cross & Blue Shield of Louisiana; Anthem Health Plans of Maine; Carefirst Blue Cross & Blue Shield of Maryland; Blue Cross & blue Shield of Massachusetts; Blue Cross & Blue Shield of Michigan; Blue Cross & Blue Shield of Minnesota; Blue Cross & Blue Shield of Mississippi; Anthem Blue Cross & Blue Shield of Missouri; Blue Cross & Blue Shield of Kansas City; Blue Cross & Blue Shield of Nebraska; Anthem Blue Cross & Blue Shield of New Hampshire; Horizon Blue Cross & Blue Shield of New Jersey; Blue Cross & Blue Shield of New Mexico; Excellus BlueCross BlueShield of New York; Blue Cross & Blue Shield of North Carolina; Blue Cross & Blue Shield of Oklahoma; Blue Cross of Northeastern Pennsylvania; Highmark, Inc.; Independence Blue Cross; Triple S - Salud Inc.; Blue Cross & Blue Shield of Rhode Island; Blue Cross & Blue Shield of South Carolina; Wellmark of South Dakota; Blue Cross & Blue Shield of Tennessee; Blue Cross & Blue Shield of Texas; Blue Cross & Blue Shield of Vermont; Anthem Blue Cross & Blue Shield of Virginia, Inc.; Highmark Blue Cross | | | |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| & Blue Shield of West Virginia; and Blue Cross & Blue Shield Association | | | |
| *McCumber v. Blue Cross & Blue Shield of Miss.*<br>**Plaintiffs:**<br>Harry M. McCumber<br><br>**Defendants:**<br>Blue Cross & Blue Shield of Mississippi | Southern District of Mississippi | 3:12-cv-00684 | Honorable Henry T. Wingate |
| *Ridge v. Anthem Health Plans of Ky. Inc.*<br>**Plaintiffs:**<br>Donald Ridge<br><br>**Defendants:**<br>Anthem Health Plans of Kentucky, Inc.; WellPoint, Inc.; and Blue Cross & Blue Shield Association | Western District of Kentucky | 3:12-cv-00636 | Honorable Charles R. Simpson III |
| *Lawrence Cohn LLC v. HMSA BSH*<br>**Plaintiffs:**<br>Lawrence Cohn LLC<br><br>**Defendants:**<br>HMSA BSH (d/b/a Blue Cross & Blue Shield of Hawaii); and Blue Cross & Blue Shield Association | Northern District of Illinois, Eastern Division | 1:12-cv-08448 | Honorable John Tharp |
| *Watts v. Blue Cross & Blue Shield of Tex.* | Northern District of Texas, | 3:12-cv-04256 | Honorable Reed C. |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Brett Watts and Dale Ward<br><br>**Defendants:**<br>Blue Cross & Blue Shield of Texas; and Blue Cross & Blue Shield Association | Dallas Division | | O'Connor |
| *Thompson v. Blue Cross Blue Shield of Mich.*<br>**Plaintiffs:**<br>John G. Thompson<br><br>**Defendants:**<br>Blue Cross Blue Shield of Michigan; and Blue Cross & Blue Shield Association | Western District of Michigan | 2:12-cv-00420 | Honorable Judge R. Allan Edgar |
| *Galactic Funk Touring, Inc. v. Blue Cross & Blue Shield of La.*<br>**Plaintiffs:**<br>Galactic Funk Touring Inc. and Renee Allie<br><br>**Defendants:**<br>Blue Cross & Blue Shield of Louisiana; and Blue Cross & Blue Shield Association | Middle District of Louisiana | 3:12-cv-00709 | Honorable Brian A. Jackson |
| *Ray Davidson v. Blue Cross & Blue Shield of Ala.*<br>**Plaintiffs:**<br>Jennifer Ray Davidson | Northern District of Florida | 5:12-cv-00370 | Honorable Richard Smoak |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Defendants:**<br>Blue Cross & Blue Shield of Alabama; Anthem Inc.; Premera Blue Cross of Alaska; Arkansas Blue Cross and Blue Shield; Anthem Blue Cross & Blue Shield of Connecticut; Highmark Blue Cross & Blue Shield of Delaware; Blue Cross & Blue Shield of Florida; Blue Cross & Blue Shield of Georgia; Hawaii Medical Service Association (d.b.a. Blue Cross & Blue Shield of Hawaii); Health Care Service Corp (d.b.a. Blue Cross & Blue Shield of Illinois); Anthem Blue Cross & Blue Shield of Indiana; Wellmark, Inc. (d.b.a. Blue Cross & Blue Shield of Iowa); Blue Cross & Blue Shield Kansas; Blue Cross & Blue Shield of Louisiana; Anthem Health Plans of Maine; Carefirst Blue Cross & Blue Shield of Maryland; Blue Cross & blue Shield of Massachusetts; Blue Cross & Blue Shield of Michigan; Blue Cross & Blue Shield of Minnesota; Blue Cross & Blue Shield of Mississippi; Anthem Blue Cross & Blue Shield of Missouri; Blue Cross & Blue Shield of Kansas City; Blue Cross & Blue Shield of Nebraska; Anthem Blue Cross & Blue Shield of New Hampshire; Horizon Blue Cross & Blue Shield of New Jersey; Blue Cross & Blue Shield of New Mexico; Excellus BlueCross BlueShield of New York; Blue Cross & Blue Shield of North | | | |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Carolina; Blue Cross & Blue Shield of Oklahoma; Blue Cross of Northeastern Pennsylvania; Highmark, Inc.; Independence Blue Cross; Triple S - Salud Inc.; Blue Cross & Blue Shield of Rhode Island; Blue Cross & Blue Shield of South Carolina; Wellmark of South Dakota; Blue Cross & Blue Shield of Tennessee; Blue Cross & Blue Shield of Texas; Blue Cross & Blue Shield of Vermont; Anthem Blue Cross & Blue Shield of Virginia, Inc.; Highmark Blue Cross & Blue Shield of West Virginia; and Blue Cross & Blue Shield Association | | | |

Submitted, this the 26th day of November 2012

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200