BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CERTIFICATE OF SERVICE

I hereby certify that the November 23, 2012 Notice of Appearance of Edgar D. Gankendorff [Dkt. No. 119] was electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated:  November 29, 2012

  /s/ Edgar D. Gankendorff
Provosty & Gankendorff LLC
650 Poydras Street, Suite 2700
New Orleans, LA 70130
Tel: 504-410-2795
Fax: 504-410-2796
egankendorff@provostylaw.com