IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ALABAMA

MDL No. 2406 - **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION**

CONSENT OF TRANSFEREE COURT

The United States District Court for the Northern District of Alabama hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable R. David Proctor for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

*Sharon Lovelace Blackburn*
Chief Judge

Date: 12/7/12

PLEASE **FAX** OR **EMAIL** THE SIGNED FORM TO:

Mr. Jeffery N. Lüthi, Clerk of the Panel, Judicial Panel on Multidistrict Litigation @ fax number 202-502-2888 or email address MDLPanelOrders/JPML/DCA/JPML/USCOURTS.

**THIS ASSIGNMENT IS CONFIDENTIAL UNTIL ORDER OF TRANSFER IS FILED BY THE PANEL**

*[Stamp: JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, 2012 DEC -7 A 10:39, RECEIVED CLERK'S OFFICE]*