BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| In re Blue Cross Blue Shield Antitrust Litigation | ) ) ) | MDL No. 2406 |

**NOTICE OF POTENTIAL TAG-ALONG**

To:  Clerk of the Panel
    Judicial Panel on Multidistrict Litigation
    Thurgood Marshall Federal Judiciary Building
    One Columbus Circle, N.E.
    Room G-255, North Lobby
    Washington, D.C.  20002-8004

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Blue Cross of Idaho Heath Service, Inc., by and through undersigned counsel, hereby notifies the Panel of the following potential tag-along action: *Melissa Allen v. Blue Cross of Idaho Health Service, Inc.*, Case No. CV-OC-2012-20817.  On December 13, 2012, the case was removed to the United States District Court for the District of Idaho, Case No. 1:12-cv-00619-REB.  A copy of the *Allen* complaint is attached as Exhibit A, and a copy of the Notice of Removal is attached as Exhibit B.

A Schedule of Actions accompanies this filing.

Dated:  December 14, 2012                Respectfully submitted,

                        /s/ Kathleen Taylor Sooy
                        Kathleen Taylor Sooy
                        CROWELL & MORING LLP
                        1001 Pennsylvania Avenue, NW
                        Washington, D.C.  20004
                        Telephone:  (202) 624-2500
                        Facsimile:  (202) 628-5116
                        ksooy@crowell.com

                        *Counsel for Blue Cross of Idaho Health Service, Inc.*