BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Blue Cross Blue Shield Antitrust Litigation  )  MDL No. 2406

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Melissa Allen<br><br>**Defendant:** Blue Cross of Idaho Health Services, Inc. | United States District Court of Idaho | 1:12-cv-00619 | Ronald E. Bush |

Dated:  December 14, 2012                    Respectfully submitted,

/s/ Kathleen Taylor Sooy
Kathleen Taylor Sooy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
ksooy@crowell.com

*Counsel for Blue Cross of Idaho Health Service, Inc.*

2