**CERTIFICATE OF SERVICE**

      I hereby certify that on December 14, 2012, the foregoing Notice of Potential Tag-Along was served by First Class Mail on the following:

Bruce C Jones
Eric B. Swartz
Jones & Swartz PLLC
1673 W. Shoreline Drive, Suite 200 [83702]
P.O. Box 7808
Boise, Idaho 83707-7808

Patrick W. Pendley
Nicholas R. Rockforte
Pendley, Baudin & Coffin
24110 Eden Street
P.O. Drawer 71
Plaquemine, Louisiana 70765

Gordon Ball
Ball & Scott Law Offices
Bank of America Center
Suite 601
550 Main Street
Knoxville, Tennessee 37902

                                                  /s/ Kathleen Taylor Sooy
                                                  Kathleen Taylor Sooy