# Exhibit 1

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* Blue Cross Blue Shield Antitrust Litigation. | MDL No. 2406 |

**SCHEDULE OF RELATED ACTION**

David J. Zott, P.C.
David.Zott@kirkland.com
Daniel E. Laytin
Daniel.Laytin@kirkland.com
Ian R. Conner
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200

December 14, 2012

SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>The Surgical Center for Excellence, LLLP<br>Daniel C. Daube, Jr., M.D., LLC<br>Pandhandle Orthopedics, LLC<br>Michael Gilmore, M.D.<br>Brain & Spine, LLC<br>Northwest Florida Surgery Center, Inc.<br><br>**Defendants:**<br>Blue Cross and Blue Shield of Alabama<br>Anthem, Inc.<br>Premera Blue Cross of Alaska<br>Arkansas Blue Cross and Blue Shield<br>Anthem Blue Cross and Blue Shield of Connecticut<br>Highmark Blue Cross and Blue Shield of Delaware<br>Blue Cross and Blue Shield of Florida<br>Blue Cross and Blue Shield of Georgia<br>Hawaii Medical Service Assoc.<br>  d/b/a Blue Cross and Blue Shield of Hawaii<br>Health Care Service Corp.<br>  d/b/a Blue Cross and Blue Shield of Illinois<br>Anthem Blue Cross and Blue Shield of Indiana<br>Wellmark, Inc.<br>  d/b/a Blue Cross and Blue Shield of Iowa | Northern District of Florida | 5:12-cv-00388-RS-CJK | Honorable Richard Smoak |

Blue Cross and Blue Shield of Kansas
Blue Cross and Blue Shield of Louisiana
Anthem Health Plans of Maine
CareFirst Blue Cross and Blue Shield of Maryland
Blue Cross and Blue Shield of Massachusetts
Blue Cross and Blue Shield of Michigan
Blue Cross and Blue Shield of Minnesota
Blue Cross and Blue Shield of Mississippi
Anthem Blue Cross and Shield of Missouri
Blue Cross and Blue Shield of Kansas City
Blue Cross and Blue Shield of Nebraska
Anthem Blue Cross and
  Blue Shield of New Hampshire
Horizon Blue Cross and Blue Shield of New Jersey
Blue Cross and Blue Shield of New Mexico
Excellus BlueCross BlueShield of New York
Blue Cross and Blue Shield of North Carolina
Blue Cross and Blue Shield of Oklahoma
Blue Cross of Northeastern Pennsylvania-
  Wilkes-Barre
Highmark, Inc.
Independence Blue Cross
Triple S-Salud, Inc.
Blue Cross and Blue Shield of Rhode Island
Blue Cross and Blue Shield of South Carolina
Wellmark of South Dakota, Inc.
  d/b/a Wellmark Blue Cross

and Blue Shield of South Dakota
Blue Cross and Blue Shield of Tennessee
Blue Cross and Blue Shield of Texas
Blue Cross and Blue Shield of Vermont
Anthem Blue Cross and Blue Shield of Virginia, Inc.
Highmark Blue Cross
Blue Shield of West Virginia
Blue Cross and Blue Shield Association

Submitted, this the 14th day of December, 2012

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200

− 3 −