### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re<br>Blue Cross Blue Shield Antitrust Litigation | MDL Docket No. 2406 |

### CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2012, I caused the following to be filed via the Courts CM/ECF system:

NOTICE OF APPEARANCE FOR CTO-2 filed by Debra Brewer Hayes on behalf of Plaintiffs BRAIN & SPINE LLC, DANIEL C DAUBE JR MD LLC, MICHAEL GILMORE, Northwest Florida Surgery Center, Inc., PANHANDLE ORTHOPEDICS LLC, THE SURGICAL CENTER FOR EXCELLENCE LLLP Associated Cases: MDL No. 2406, FLN/5:12-cv-00388, D.E. 138

Dated this 20th day of December, 2012.

/s/Debra Brewer Hayes
DEBRA BREWER HAYES
Texas Bar No. 05656790
Of Counsel, Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX  77027
281-768-4716 Direct
713-622-7271 Main
713-623-8724 Fax
dhayes@dhayeslaw.com

Attorney for Plaintiffs