BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL Docket No. 2406        In re: Blue Cross Blue Shield Antitrust Litigation

*LifeWatch Services, Inc. v. Highmark, Inc., et al*, E.D. Pennsylvania 2:12-cv-05146

NOTICE OF OPPOSITION TO CTO-1

I represent Plaintiff LifeWatch Services, Inc. in the above captioned action which is included on the conditional transfer order (CTO-1). Plaintiff LifeWatch Services, Inc. submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

                        s/Lara Fetsco Phillip
                        Lara Fetsco Phillip (P67353)
                        David A. Ettinger ( P26537)
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
(313) 465-7518

Michael J. McCarrie
PA I.D. #57671
1500 Market Street, Suite 4100
Philadelphia, PA 19102
(267) 886-1852 (office); (215) 735-1714 (fax)
mjm@artzhealthlaw.com

Counsel for LifeWatch Services, Inc.

11832289.1