BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In re: Blue Cross Blue Shield Antitrust Litigation ) ) ) ) ) | MDL Docket No. 2406 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2012, a copy of the foregoing pleading was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system which will send notice of electronic filing to all parties of record.

/s/ Lara Fetsco Phillip
LARA FETSCO PHILLIP

11695268.1