## CERTIFICATE OF SERVICE

  I hereby certify that on this 3rd day of January, 2013, a copy of the foregoing Notice of Appearance was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system, which will send notice of electronic filing to all parties of record.

                /s/ Erica B. Zolner
                Erica B. Zolner

                Erica B. Zolner
                KIRKLAND & ELLIS LLP
                300 N. LaSalle Street
                Chicago, IL 60654
                Phone: (312) 862-2000
                Fax: (312) 862-2200
                erica.zolner@kirkland.com

                *Counsel for Highmark, Inc.*