BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Blue Cross Blue Shield Antitrust Litigation ) ) ) ) ) | MDL Docket No. 2406 |

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2013, a copy of the foregoing pleading was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system which will send notice of electronic filing to all parties of record.

/s/ Lara Fetsco Phillip
LARA FETSCO PHILLIP

11695268.1