**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**MDL No. 2406 – IN RE BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION**

**CERTIFICATE OF SERVICE**

I certify that on January 3, 2013, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Craig A. Hoover
Craig A. Hoover

*Counsel for Horizon Blue Cross Blue Shield of New Jersey, Blue Cross Blue Shield of South Carolina, Blue Cross Blue Shield of Minnesota, and WellPoint, Inc.*