## CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2013, the foregoing Notice of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Daniel E. Laytin
Daniel E. Laytin
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Telephone: 312.862.2000
Facsimile: 312.862.2200
daniel.laytin@kirkland.com
*Attorney for Blue Cross and Blue Shield Association*