## CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2013, the foregoing Corporate Disclosure Statement was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      /s/ Daniel E. Laytin
      Daniel E. Laytin
      Kirkland & Ellis LLP
      300 North LaSalle
      Chicago, IL 60654
      Telephone: 312.862.2000
      Facsimile: 312.862.2200
      daniel.laytin@kirkland.com
      *Attorney for Blue Cross and Blue Shield Association*