BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) ) ) ) | MDL No.:  2406 |

## NOTICE OF FILING

The undersigned hereby give notice to the Panel of the filing of the attached related action in the United States District Court for the Southern District of Florida (Attachment 3). The undersigned believe they are obligated to provide this notice to the Panel. The undersigned gives notice to the Panel so that it can decide which court should decide the within matter. We are, of course, pleased to have either court decide the case. By these filings, we are simply providing notice to the Panel and seeking guidance on an issue whose resolution will conserve judicial resources and expedite this MDL.

Respectfully submitted on this the 7th day of January, 2013.

 /s/ Joe R. Whatley, Jr.
Joe R. Whatley, Jr.

*One of the Attorneys for Plaintiff Dr. Jerry L. Conway, DC*

OF COUNSEL:

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLC
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel.: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
         tbrown@whatleykallas.com

1

Edith M. Kallas
WHATLEY KALLAS, LLC
380 Madison Avenue, 23rd Floor
New York, NY  10017
Tel:  212-447-7060
Fax: 800-922-4851
Email: ekallas@whatleykallas.com

Deborah Winegard
WHATLEY KALLAS, LLC
1068 Virginia Avenue, NE
Atlanta, GA  30306
Tel:  404-607-8222
Fax: 404-607-8451
Email: dwinegard@whatleykallas.com

Edward Kirk Wood, Jr.
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL  35233
Tel:  205-612-0243
Email: ekirkwood1@bellsouth.net

Michael E. Gurley, Jr.
Attorney at Law
P. O. Box 382732
Birmingham, AL  35238
Fax: (877) 267-5245
Email: mgurleyjr@yahoo.com