# EXHIBIT 1

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* Blue Cross Blue Shield Antitrust Litigation. | MDL No. 2406 |

## SCHEDULE OF RELATED ACTION

David J. Zott, P.C.
David.Zott@kirkland.com
Daniel E. Laytin
Daniel.Laytin@kirkland.com
Ian R. Conner
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200

January 9, 2013

SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Thomas A. Sult, MD<br>3rd Opinion Co. | U.S. District Court, District of Minnesota | 0:13-cv-00033 | Magistrate Judge Janie S. Mayerson |

**Defendants:**
Blue Cross and Blue Shield of Alabama
Anthem, Inc.
Premera Blue Cross of Alaska
Arkansas Blue Cross and Blue Shield
Anthem Blue Cross and Blue Shield of Connecticut
Highmark Blue Cross and Blue Shield of Delaware
Blue Cross and Blue Shield of Florida
Blue Cross and Blue Shield of Georgia
Hawaii Medical Service Assoc.
  d/b/a Blue Cross and Blue Shield of Hawaii
Health Care Service Corp.
  d/b/a Blue Cross and Blue Shield of Illinois
Anthem Blue Cross and Blue Shield of Indiana
Wellmark, Inc.
  d/b/a Blue Cross and Blue Shield of Iowa
Blue Cross and Blue Shield of Kansas
Blue Cross and Blue Shield of Louisiana
Anthem Health Plans of Maine
CareFirst Blue Cross and Blue Shield of Maryland

Blue Cross and Blue Shield of Massachusetts
Blue Cross and Blue Shield of Michigan
Blue Cross and Blue Shield of Minnesota
Blue Cross and Blue Shield of Mississippi
Anthem Blue Cross and Shield of Missouri
Blue Cross and Blue Shield of Kansas City
Blue Cross and Blue Shield of Nebraska
Anthem Blue Cross and
  Blue Shield of New Hampshire
Horizon Blue Cross and Blue Shield of New Jersey
Blue Cross and Blue Shield of New Mexico
Excellus BlueCross BlueShield of New York
Blue Cross and Blue Shield of North Carolina
Blue Cross and Blue Shield of Oklahoma
Blue Cross of Northeastern
  Pennsylvania – Wilkes-Barre
Highmark, Inc.
Independence Blue Cross
Triple S – Salud, Inc.
Blue Cross and Blue Shield of Rhode Island
Blue Cross and Blue Shield of South Carolina
Wellmark of South Dakota, Inc.
  d/b/a Wellmark Blue Cross and
  Blue Shield of South Dakota
Blue Cross and Blue Shield of Tennessee
Blue Cross and Blue Shield of Texas
Blue Cross and Blue Shield of Vermont

Anthem Blue Cross and Blue Shield of Virginia, Inc.

Highmark Blue Cross

Blue Shield of West Virginia

Blue Cross and Blue Shield Association

Submitted, this the 9th day of January, 2013

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200