# EXHIBIT 2

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200