# EXHIBIT 1

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* Blue Cross Blue Shield Antitrust Litigation. | MDL No. 2406 |

## SCHEDULE OF RELATED ACTION

David J. Zott, P.C.
David.Zott@kirkland.com
Daniel E. Laytin
Daniel.Laytin@kirkland.com
Ian R. Conner
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200

January 9, 2013

SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Heritage Medical Partners, LLC<br><br>**Defendants:**<br>Blue Cross and Blue Shield of Alabama<br>Anthem, Inc.<br>Premera Blue Cross of Alaska<br>Arkansas Blue Cross and Blue Sheild<br>Anthem Blue Cross and Blue Shield of Connecticut<br>Highmark Blue Cross and Blue Shield of Delaware<br>Blue Cross and Blue Shield of Florida<br>Blue Cross and Blue Shield of Georgia<br>Hawaii Medical Service Assoc.<br>  d/b/a Blue Cross and Blue Shield of Hawaii<br>Health Care Service Corp.<br>  d/b/a Blue Cross and Blue Shield of Illinois<br>Anthem Blue Cross and Blue Shield of Indiana<br>Wellmark, Inc.<br>  d/b/a Blue Cross and Blue Shield f Iowa<br>Blue Cross and Blue Shield of Kansas<br>Blue Cross and Blue Shield of Louisiana<br>Anthem Health Plans of Maine<br>CareFirst Blue Cross and Blue Shield of Maryland<br>Blue Cross and Blue Shield of Massachusetts | U.S. District Court, District of South Carolina, Beaufort Division | 9:13-cv-00081 | Honorable David C. Norton |

Blue Cross and Blue Shield of Michigan
Blue Cross and Blue Shield of Minnesota
Blue Cross and Blue Shield of Mississippi
Anthem Blue Cross and Shield of Missouri
Blue Cross and Blue Shield of Kansas City
Blue Cross and Blue Shield of Nebraska
Anthem Blue Cross and
   Blue Shield of New Hampshire
Horizon Blue Cross and Blue Shield of New Jersey
Blue Cross and Blue Shield of New Mexico
Excellus BlueCross BlueShield of New York
Blue Cross and Blue Shield of North Carolina
Blue Cross and Blue Shield of Oklahoma
Blue Cross of Northeastern
   Pennsylvania – Wilkes-Barre
Highmark, Inc.
Independence Blue Cross
Triple S – Salud, Inc.
Blue Cross and Blue Shield of Rhode Island
Blue Cross and Blue Shield of South Carolina
Wellmark of South Dakota, Inc.
   d/b/a Wellmark Blue Cross and
   Blue Shield of South Dakota
Blue Cross and Blue Shield of Tennessee
Blue Cross and Blue Shield of Texas
Blue Cross and Blue Shield of Vermont
Anthem Blue Cross and Blue Shield of Virginia, Inc.

– 2 –

Defendant's Motion to Transfer and Coordinate for
Pretrial Proceedings in the District Court of South Carolina, Beaufort Division

Highmark Blue Cross

Blue Shield of West Viriginia

Blue Cross and Blue Shield Association

Submitted, this the 9th day of January, 2013

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200

− 3 −

Defendant's Motion to Transfer and Coordinate for
Pretrial Proceedings in the District Court of South Carolina, Beaufort Division