## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2013, a copy of the foregoing pleading was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system, which will send notice of electronic filing to all parties of record.

/s/ Daniel E. Laytin
Daniel E. Laytin