# Exhibit 4



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406) } } } } } } } } } | Master File No.: 2:13-CV-20000-RDP<br><br>This document relates to all cases. |

## CASE MANAGEMENT ORDER NO. 1
## REGARDING INITIAL STATUS CONFERENCE

**I.     Initial Status Conference**

A.     This matter is **SET** for a status conference at **9:30 a.m., Thursday, February 21, 2013**, in Courtroom 7A at the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama.

B.     To minimize costs and facilitate a manageable conference, parties are not required to attend the conference, and parties with similar interests are expected to agree to the extent practicable on a single attorney to act on their joint behalf at the conference. A party will not, by designating an attorney to represent its interests at the conference, be precluded from other representation during the litigation. Counsel for persons or entities who are not named as parties presently, but may be later joined as parties or are parties in related litigation pending in other federal and state courts, are welcome to attend the conference.

C.     The court will issue further orders about the development of an agenda for the status conference.

**II.     Responsive Pleadings Discovery**

A.     As noted above, the MDL Proceedings are set for a status conference on February 21, 2013. Pending that status conference, deadlines for responsive pleadings, outstanding discovery, and

motions practice in the MDL Proceedings, and any tag-along or directly filed actions over which this Court acquires jurisdiction, are **STAYED**. No further discovery shall be initiated until further order of this Court.

      B.      Each party shall take reasonable steps to preserve documents and other records, including electronic documents, containing information potentially relevant to the subject matter of this litigation.

### III. Miscellaneous

      A.      The Clerk of Court will maintain a master docket case file under Case No. 13cv20000 captioned *In Re: Blue Cross Blue Shield Antitrust Litigation*, with the identification "MDL 2406." When a pleading is intended to be applicable to all actions, this shall be indicated by the words "This Document Relates to All Cases," as demonstrated by the caption of this Order. When a pleading is intended to apply to a specific case, it shall be filed in that specific case and not on the master docket.

      B.      Any attorney admitted to practice and in good standing in any United States District Court is admitted *pro hac vice* in this litigation and association of co-counsel for purposes of filing and/or litigation, including direct filing, is not required. To the extent not already done, any attorney representing a party in this action must register for and have a CM/ECF login name and password for this District.

      **DONE** and **ORDERED** this \_\_\_\_8th\_\_\_\_ day of January, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE