# EXHIBIT 1

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* Blue Cross Blue Shield Antitrust **Litigation**. | MDL No. 2406 |

## SCHEDULE OF RELATED ACTION

David J. Zott, P.C.
David.Zott@kirkland.com
Daniel E. Laytin, P.C.
Daniel.Laytin@kirkland.com
Ian R. Conner
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200

February 4, 2013

SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Chiropractic Plus, P.C. | U.S. District Court,<br>Southern District of Texas,<br>Houston Division | 4:13-cv-00234 | Currently unassigned |

**Defendants:**
Blue Cross and Blue Shield of Alabama
Anthem, Inc.
Premera Blue Cross of Alaska
Arkansas Blue Cross and Blue Sheild
Anthem Blue Cross and Blue Shield of Connecticut
Highmark Blue Cross and Blue Shield of Delaware
Blue Cross and Blue Shield of Florida
Blue Cross and Blue Shield of Georgia
Hawaii Medical Service Assoc.
  d/b/a Blue Cross and Blue Shield of Hawaii
Health Care Service Corp.
  d/b/a Blue Cross and Blue Shield of Illinois
Anthem Blue Cross and Blue Shield of Indiana
Wellmark, Inc.
  d/b/a Blue Cross and Blue Shield f Iowa
Blue Cross and Blue Shield of Kansas
Blue Cross and Blue Shield of Louisiana
Anthem Health Plans of Maine
CareFirst Blue Cross and Blue Shield of Maryland
Blue Cross and Blue Shield of Massachusetts

Blue Cross and Blue Shield of Michigan

Blue Cross and Blue Shield of Minnesota

Blue Cross and Blue Shield of Mississippi

Anthem Blue Cross and Shield of Missouri

Blue Cross and Blue Shield of Kansas City

Blue Cross and Blue Shield of Nebraska

Anthem Blue Cross and
   Blue Shield of New Hampshire

Horizon Blue Cross and Blue Shield of New Jersey

Blue Cross and Blue Shield of New Mexico

Excellus BlueCross BlueShield of New York

Blue Cross and Blue Shield of North Carolina

Blue Cross and Blue Shield of Oklahoma

Blue Cross of Northeastern
   Pennsylvania – Wilkes-Barre

Highmark, Inc.

Independence Blue Cross

Triple S – Salud, Inc.

Blue Cross and Blue Shield of Rhode Island

Blue Cross and Blue Shield of South Carolina

Wellmark of South Dakota, Inc.
   d/b/a Wellmark Blue Cross and
   Blue Shield of South Dakota

Blue Cross and Blue Shield of Tennessee

Blue Cross and Blue Shield of Texas

Blue Cross and Blue Shield of Vermont

Anthem Blue Cross and Blue Shield of Virginia, Inc.

– 2 –

Highmark Blue Cross Blue Shield of West Viriginia

Blue Cross and Blue Shield Association

Submitted, this the 4th day of February, 2013

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200

Defendant's Motion to Transfer and Coordinate for
Pretrial Proceedings in the US District Court of Southern District of Texas, Houston Division