# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:          **March 21, 2013**

LOCATION OF HEARING SESSION:     United States Courthouse Annex
                                 Courtroom 15B
                                 333 West Broadway
                                 San Diego, California  92101

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the hearing session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **March 4, 2013.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc:  Clerk, U.S. District Court for the Southern District of California

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

### HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on March 21, 2013, the Panel will convene a hearing session in San Diego, California, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | W. Royal Furgeson, Jr. |
| Paul J. Barbadoro | Marjorie O. Rendell |
| Charles R. Breyer | Lewis A. Kaplan |

SCHEDULE OF MATTERS FOR HEARING SESSION
March 21, 2013 -- San Diego, California

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT[1]

MDL No. 2428 - **IN RE: FRESENIUS GRANUFLO/NATURALYTE DIALYSATE
PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Patricia Jones, etc., and Dwaine Haerinck, etc., to transfer the
following actions to the United States District Court for the District of Massachusetts:

<u>Southern District of Florida</u>

Gloria Washington Smith, etc. v. Fresenius USA, Inc., et al., C.A. No. 1:12-23634

<u>Middle District of Georgia</u>

Melissa Mott Harvey, etc. v. Fresenius Medical Care Holdings Inc., et al.,
    C.A. No. 4:12-00328

<u>Northern District of Georgia</u>

Antonio McCollum, et al. v. Fresenius Medical Care Holdings, Inc., et al.,
    C.A. No. 1:12-04158

<u>Southern District of Georgia</u>

Waddell Bishop, etc. v. Fresenius USA, Inc., et al., C.A. No. 6:12-00086

---

[1]  This schedule contains only those civil actions listed in the Schedule(s) of Actions
submitted with the docketed motion(s) for transfer.  See Panel Rules 6.1 and 6.2.  In the event
these dockets are centralized, other actions of which the Panel has been informed may be subject
to transfer pursuant to Panel Rule 7.1.

Schedule of Matters for Hearing, Session A                                    p. 2
San Diego, California


MDL No. 2428 (Continued)


        District of Massachusetts

Patricia Jones, et al. v. Fresenius Medical Care North America Inc., et al.,
   C.A. No. 1:12-12022
Edward W. Johnson, etc. v. Fresenius Medical Care North America, Inc., et al.,
    C.A. No. 1:12-12295
Stephanie Boone v. Fresenius Medical Care North America, Inc., et al.,
    C.A. No. 1:12-12296
Clarence Lee Dubose, Jr., etc. v. Fresenius Medical Care North America, Inc., et al.,
   C.A. No. 1:12-12306

        Eastern District of New York

Carmen Campbell, et al. v. Fresenius Medical Care Holdings, Inc., et al.,
   C.A. No. 1:12-05586
Elizabeth Kirk, et al. v. Fresenius Medical Care Holding, Inc., et al.,
   C.A. No. 1:12-05981

        Southern District of Ohio

Deborah Swigert, et al. v. Fresenius USA, Inc., et al., C.A. No. 2:12-01046


MDL No. 2429 - **IN RE: AUTOMATED TRANSACTIONS LLC PATENT LITIGATION**

        Motion of defendants Northfield Savings Bank, Mascoma Savings Bank, and
Southbridge Savings Bank and Green Valley Bancorp, MHC, to transfer the following actions to
the United States District Court for the District of Delaware:

        District of Delaware

Automated Transactions LLC v. IYG Holding Co., et al., C.A. No. 1:06-00043
Automated Transactions LLC v. IYG Holding Co., et al., C.A. No. 1:10-00691
Trustco Bank v. Automated Transactions LLC, C.A. No. 1:12-00613

Schedule of Matters for Hearing, Session A                                   p. 3
San Diego, California

MDL No. 2429 (Continued)

> ### District of Massachusetts

Automated Transactions LLC v. Southbridge Savings Bank, et al., C.A. No. 4:12-12194

> ### District of New Hampshire

Automated Transactions LLC v. Mascoma Savings Bank Laplante, C.A. No. 1:12-00355

> ### District of Vermont

Automated Transactions LLC v. Northfield Savings Bank, C.A. No. 2:12-00210
Automated Transactions LLC v. New England Federal Credit Union,
    C.A. No. 2:12-00269
Automated Transactions LLC v. Heritage Family Credit Union, C.A. No. 2:12-00270

MDL No. 2430 - **IN RE: GOOGLE INC. GMAIL LITIGATION**

Motion of defendant Google Inc., to transfer the following actions to the United States
District Court for the Northern District of California:

> ### Northern District of California

Keith Dunbar v. Google, Inc., C.A. No. 5:12-03305
Brad Scott, et al. v. Google, Inc., C.A. No. 5:12-03413

> ### Northern District of Florida

Brent Matthew Scott v. Google, Inc., C.A. No. 4:12-00614

> ### Southern District of Illinois

A.K. v. Google, Inc., C.A. No. 3:12-01179

Schedule of Matters for Hearing, Session A                                    p. 4
San Diego, California

MDL No. 2430 (Continued)

       District of Maryland

Matthew C. Knowles v. Google, Inc., C.A. No. 1:12-02022

       Eastern District of Pennsylvania

Kristen Brinkman v. Google, Inc., C.A. No. 2:12-06699

MDL No. 2431 - **IN RE: AMERICAN HOME REALTY NETWORK, INC., MULTIPLE
            LISTING SERVICE COPYRIGHT INFRINGEMENT LITIGATION**

Motion of defendant American Home Realty Network, Inc., to transfer the following
actions to the United States District Court for the Northern District of California:

       District of Maryland

Metropolitan Regional Information Systems, Inc. v. American Home Realty Network,
    Inc., et al., C.A. No. 8:12-00954

       District of Minnesota

Regional Multiple Listing Service of Minnesota, Inc. v. American Home Realty Network,
    Inc., C.A. No. 0:12-00965

MDL No. 2432 - **IN RE: NEUROGRAFIX ('360) PATENT LITIGATION**

Motion of defendant Philips Electronics North America Corporation d/b/a Philips
Medical Systems North America to transfer the following actions to the United States District
Court for the Central District of California:

       District of Colorado

NeuroGrafix, et al. v. Medtronic Navigation, Inc., et al., C.A. No. 1:12-02977

Schedule of Matters for Hearing, Session A                                    p. 5
San Diego, California

MDL No. 2432 (Continued)

United States Court of Federal Claims

NeuroGrafix, et al. v. United States, C.A. No. 1:12-00385

Northern District of Illinois

NeuroGrafix, et al. v. The University of Chicago Medical Center, et al.,
    C.A. No. 1:12-06068
NeuroGrafix, et al. v. Brainlab, Inc., et al., C.A. No. 1:12-06075

District of Maryland

NeuroGrafix, et al. v. The Johns Hopkins University, et al., C.A. No. 1:12-02181

District of Massachusetts

NeuroGrafix, et al. v. Philips Electronics North America Corporation, et al.,
    C.A. No. 1:12-11065
NeuroGrafix, et al. v. Beth Israel Deaconess Medical Center, Inc., et al.,
    C.A. No. 1:12-11274
NeuroGrafix, et al. v. Brigham and Womens Hospital, Inc., et al., C.A. No. 1:12-11275
NeuroGrafix, et al. v. Trustees of Boston University, et al., C.A. No. 1:12-11276
NeuroGrafix, et al. v. Trustees of Tufts College, et al., C.A. No. 1:12-11277

Southern District of New York

Neurography Institute Medical Associates, Inc. et al. v. Cornell University, et al.,
    C.A. No. 1:12-08022
Neurography Institute Medical Associates, Inc., et al. v. The Trustees of Columbia
    University in the City of New York, C.A. No. 1:12-08023

MDL No. 2433 - **IN RE: E. I. DUPONT DE NEMOURS AND COMPANY C-8 PERSONAL
INJURY LITIGATION**

Motion of defendant E. I. du Pont de Nemours and Company to transfer the following
actions to the United States District Court for the Southern District of Ohio or, in the alternative,
to the United States District Court for the Southern District of West Virginia:

<u>Southern District of Ohio</u>

Thomas Yakubik v. E. I. DuPont De Nemours and Company, C.A. No. 2:12-00815
John Borman v. E. I. du Pont de Nemours and Company, C.A. No. 2:12-01180
Betty Bragg v. E. I. du Pont de Nemours and Company, C.A. No. 2:12-01181
Lotie Cline v. E. I. du Pont de Nemours and Company, C.A. No. 2:12-01182
Elmer A. Crites v. E. I. du Pont de Nemours and Company, C.A. No. 2:12-01183
Linda Davis v. E. I. du Pont de Nemours and Company, C.A. No. 2:12-01184
Crystal Forshey v. E. I. du Pont de Nemours and Company, C.A. No. 2:12-01185
Melinda Gibson v. E. I. du Pont de Nemours and Company, C.A. No. 2:12-01186
Vicky Lightfritz v. E. I. du Pont de Nemours and Company, C.A. No. 2:12-01187
Willard Lightfritz v. E. I. du Pont de Nemours and Company, C.A. No. 2:12-01188
Kathi Lowe v. E. I. du Pont de Nemours and Company, C.A. No. 2:12-01189
Kit McPeek-Stalnaker v. E. I. du Pont de Nemours and Company, C.A. No. 2:12-01190
Thomas Eugene Molden v. E. I. du Pont de Nemours and Company,
     C.A. No. 2:12-01191
Jack Offenberger v. E. I. du Pont de Nemours and Company, C.A. No. 2:12-01192
Terry Pugh v. E. I. du Pont de Nemours and Company, C.A. No. 2:12-01193
Kay Sheridan v. E. I. du Pont de Nemours and Company, C.A. No. 2:12-01194
Herbert Short v. E. I. du Pont de Nemours and Company, C.A. No. 2:12-01195
John Wright v. E. I. du Pont de Nemours and Company, C.A. No. 2:12-01196
Amber Wriston v. E. I. du Pont de Nemours and Company, C.A. No. 2:13-00002

<u>Southern District of West Virginia</u>

Summer Mitchell v. E. I. du Pont de Nemours and Company, C.A. No. 3:12-09572
Thomas Deryl Northup v. E. I. du Pont de Nemours and Company, C.A. No. 3:12-09574
Kathy Selby v. E. I. du Pont de Nemours and Company, C.A. No. 3:12-09576
Mary Harper v. E. I. du Pont de Nemours and Company, C.A. No. 3:12-09577
Virginia Morrison, et al. v. E. I. du Pont de Nemours and Company, C.A. No. 6:12-07053
Scott Blackwell v. E. I. du Pont de Nemours and Company, C.A. No. 6:12-07054
Sandra Tennant v. E. I. du Pont de Nemours and Company, C.A. No. 6:12-07055

MDL No. 2434 - **IN RE: MIRENA IUD PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Stephanie Barnett, et al., to transfer the following actions to the United States District Court for the Northern District of Ohio:

<u>Eastern District of Arkansas</u>

Susan Harp v. Bayer Healthcare Pharmaceuticals, Inc., C.A. No. 4:13-00004

<u>Southern District of California</u>

Melody Williams, et al. v. Bayer Healthcare Pharmaceuticals, Inc., C.A. No. 3:12-02669

<u>Middle District of Georgia</u>

Carrie Richards Osborne, et al. v. Bayer Corporation, et al., C.A. No. 5:11-00421

<u>Western District of Kentucky</u>

Kara Sweet, et al. v. Bayer Healthcare Pharmaceuticals, Inc., C.A. No. 3:12-00839

<u>Northern District of Ohio</u>

Stephanie Barnett, et al. v. Bayer Healthcare Pharmaceuticals, Inc.,
    C.A. No. 1:12-02780

<u>Southern District of Ohio</u>

Desaree Johnson v. Bayer Healthcare Pharmaceuticals, Inc., C.A. No. 1:12-00852

<u>District of South Carolina</u>

Kelli Baugh, et al. v. Bayer Corporation, et al., C.A. No. 4:11-00525

<u>Southern District of Texas</u>

Siria Gonzalez v. Bayer Healthcare Pharmaceuticals, Inc., et al., C.A. No. 4:12-01412

Schedule of Matters for Hearing, Session A                                    p. 8
San Diego, California

MDL No. 2435 - **IN RE: AVON ANTI-AGING SKINCARE CREAM MARKETING AND
SALES PRACTICES LITIGATION**

Motion of plaintiff Jade Barrett to transfer the following actions to the United States
District Court for the Southern District of New York:

Central District of California

IN RE: Avon Anti-Aging Skincare Creams and Products Marketing and Sales Practices
Litigation, C.A. No. 2:12-09084

Southern District of New York

Jade Barrett v. Avon Products, Inc., C.A. No. 1:13-00150

MDL No. 2436 - **IN RE: TYLENOL (ACETAMINOPHEN) MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Lucky Pettersen; Sharyn Skursha, et al.; Marilyn Patricia
Seabochblake; Laura Ann Becker; Linda Jean Davidson; Hope Fleischer, et al.; Phillip Pewitt;
Augustina Jimenez, et al.; Madeline Speal; Lisa Barney; Alseisha Osborne; Betty Barnes; Lori
Sears; Jason E. Snyder; Angela Altimus; Kaitlyn Allen; Herbert S. Why; Maria Guadagno;
Jordan Rutkowski; Rana Terry; and Petru Abel Ursoi to transfer the following actions to the
United States District Court for the Eastern District of Pennsylvania:

Eastern District of California

Theresa Oliver, et al. v. McNeil-PPC, Inc., et al., C.A. No. 1:12-01865

Middle District of Florida

Charlotte Lee Thompson v. McNeil-PPC, Inc., et al., C.A. No. 3:12-00611

Southern District of Florida

Sandra Rudd, et al. v. McNeil-PPC, Inc., et al., C.A. No. 2:12-14307

Schedule of Matters for Hearing, Session A                                    p. 9
San Diego, California


MDL No. 2436 (Continued)


      <u>District of Massachusetts</u>

Kayleigh Sechi v. McNeil-PPC, Inc., et al., C.A. No. 3:12-12195

      <u>Southern District of Mississippi</u>

Tommie J. Coleman v. McNeil-PPC, Inc., et al., C.A. No. 3:12-00591

      <u>District of New Jersey</u>

Lilowtie Hardine v. McNeil-PPC, Inc., C.A. No. 2:12-05038

      <u>Eastern District of New York</u>

Cathleen Murphy v. McNeil Consumer & Specialty Pharmaceuticals, et al.,
   C.A. No. 2:10-05967

      <u>Eastern District of Pennsylvania</u>

Lucky Pettersen v. McNeil-PPC, Inc., et al., C.A. No. 2:12-05988
Sharyn Skursha, et al. v. McNeil-PCC, Inc., et al., C.A. No. 2:12-05989
Marilyn Patricia Seabochblake v. McNeil-PPC, Inc., et al., C.A. No. 2:12-05990
Laura Ann Becker v. McNeil-PPC, Inc., et al., C.A. No. 2:12-05991
Linda Jean Davidson v. McNeil-PPC, Inc., et al., C.A. No. 2:12-05992
Hope Fleischer, et al. v. McNeil-PPC, Inc., et al., C.A. No. 2:12-05993
Phillip Pewitt v. McNeil-PPC, Inc., et al., C.A. No. 2:12-05994
Augustina Jimenez, et al. v. McNeil-PPC, Inc., et al., C.A. No. 2:12-05996
Madeline Speal v. McNeil-PPC, Inc., et al., C.A. No. 2:12-05997
Lia Barney v. McNeil-PPC, Inc., et al., C.A. No. 2:12-07253
Alseisha Osborne v. McNeil-PPC, Inc., et al., C.A. No. 2:12-07254
Betty Barnes v. McNeil-PPC, Inc., et al., C.A. No. 2:12-07255
Lori Sears v. McNeil-PPC, Inc., et al., C.A. No. 2:12-07256
Jason E. Snyder v. McNeil-PPC, Inc., et al., C.A. No. 2:12-07257
Angela Altimus v. McNeil-PPC, Inc., et al., C.A. No. 2:12-07258
Kaitlyn Allen v. McNeil-PPC, Inc., et al., C.A. No. 2:12-07259

Schedule of Matters for Hearing, Session A                                    p. 10
San Diego, California

MDL No. 2436 (Continued)

### Eastern District of Pennsylvania (Continued)

Herbert S. Why v. McNeil-PPC, Inc., et al., C.A. No. 2:12-07260
Maria Guadagno v. McNeil-PPC, Inc., et al., C.A. No. 2:12-07261
Jordan Rutkowski v. McNeil-PPC, Inc., et al., C.A. No. 2:12-07262
Rana Terry v. McNeil-PPC, Inc., et al., C.A. No. 2:12-07263
Petru Abel Ursoi v. McNeil-PPC, Inc., et al., C.A. No. 5:12-05995

MDL No. 2437 - **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION**

Motion, as amended, of plaintiff Caceres Drywall Corporation to transfer the following
actions to the United States District Court for the Western District of North Carolina:

### Western District of North Carolina

Caceres Drywall Corporation v. National Gypsum Company, et al., C.A. No. 3:13-00031
Jerry R. Berkhous v. National Gypsum Company, et al., C.A. No. 3:13-00035

### Eastern District of Pennsylvania

Janicki Drywall, Inc. v. CertainTeed Corp., et al., C.A. No. 2:12-07106
New Deal Lumber & Millwork Co., Inc. v. USG Corporation, et al., C.A. No. 2:12-07161
Sierra Drywall Systems, Inc. v. CertainTeed Corp., et al., C.A. No. 2:13-00020
Grubb Lumber Company, Inc. v. USG Corporation, et al., C.A. No. 2:13-00249

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 - **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Opposition of plaintiffs David L. Luna, Sr.; Susan Roberts; and Jane Moss to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Northern District of Illinois

David L. Luna, Sr. v. CBS Corporation, et al., C.A. No. 1:12-09515
Susan Roberts v. A.W. Chesterton Company, et al., C.A. No. 3:12-50429

Western District of Wisconsin

Jane Moss v. CBS Corporation, et al., C.A. No. 3:13-00042

MDL No. 1932 - **IN RE: FAMILY DOLLAR STORES, INC., WAGE AND HOUR
EMPLOYMENT PRACTICES LITIGATION**

Motion of defendants Family Dollar Stores Inc., and Family Dollar Stores of West Virginia, Inc., to transfer the following action to the United States District Court for the Western District of North Carolina:

Southern District of West Virginia

Stephen Brock v. Family Dollar Stores of West Virginia, Inc., C.A. No. 2:12-09126

MDL No. 1964 - **IN RE: NUVARING PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Beatrice Burgueno, et al.; Catalina Chinchilla, et al.; Porshe Smith, et al.; Elizabeth Vasquez, et al.; Judy Hackett, et al.; Mirna Gonzalez, et al.; Aimee Axelrod, et al.; and Angelica Canales, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Missouri:

Central District of California

Beatrice Burgueno, et al. v. Organon USA, Inc., et al., C.A. No. 2:12-10883
Catalina Chinchilla, et al. v. Organon USA, Inc., et al., C.A. No. 2:13-00039
Porshe Smith, et al. v. Organon USA, Inc., et al., C.A. No. 2:13-00130
Elizabeth Vasquez, et al. v. Organon USA, Inc., et al., C.A. No. 5:13-00055
Judy Hackett, et al. v. Organon USA, Inc., et al., C.A. No. 5:13-00077

Northern District of California

Mirna Gonzalez, et al. v. Organon USA, Inc., et al., C.A. No. 4:12-06161
Aimee Axelrod, et al. v. Organon USA, Inc., et al., C.A. No. 4:13-00117

Southern District of California

Angelica Canales, et al. v. Organon USA, Inc., et al., C.A. No. 3:13-00078

MDL No. 2047 - **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS
LIABILITY LITIGATION**

Motion of defendants Lennar Homes, LLC, and U.S. Home Corporation to transfer the following action to the United States District Court for the Eastern District of Louisiana:

Southern District of Florida

Amerisure Insurance Company, et al. v. All County Drywall Service, Inc., et al.,
    C.A. No. 1:12-24454

MDL No. 2093 - **IN RE: DIRECTV, INC., EARLY CANCELLATION FEE MARKETING
AND SALES PRACTICES LITIGATION**

Opposition of plaintiff Jo Murray to transfer of the following action to the United States
District Court for the Central District of California:

Western District of Arkansas

Jo Murray v. Directv, Inc., C.A. No. 4:12-04156

MDL No. 2151 - **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION
MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY
LITIGATION**

Motion of plaintiff Lori A. Miles to transfer the following action to the United States
District Court for the Central District of California:

Western District of Missouri

Lori A. Miles v. Toyota Motor Sales, U.S.A., Inc., et al., C.A. No. 4:12-01464

MDL No. 2179 - **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN
THE GULF OF MEXICO, ON APRIL 20, 2010**

Opposition of plaintiffs Michael Abney, et al., to transfer of the following action to the
United States District Court for the Eastern District of Louisiana:

Northern District of Florida

Michael Abney, et al. v. Plant Performance Services LLC, C.A. No. 3:13-00024

Schedule of Matters for Hearing, Session B                                    p. 14
San Diego, California

**MDL No. 2187 - IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION**

Opposition of plaintiffs Colleen M. Hayes, Katheryn Hutto, Clara Evelyn Shinn, Julia L.
Reineck, Laverne May Johnson, and Violet L. Pangborn to transfer of their respective following
actions to the United States District Court for the Southern District of West Virginia:

District of Massachusetts

Colleen M. Hayes v. Covidien plc, C.A. No. 1:12-12356
Katheryn Hutto v. Covidien plc, C.A. No. 1:12-12358
Clara Evelyn Shinn v. Covidien plc, C.A. No. 1:12-12359
Julia L. Reineck v. Covidien plc, C.A. No. 1:12-12360
Laverne May Johnson v. Covidien plc, C.A. No. 1:12-12361
Violet L. Pangborn v. Covidien plc, C.A. No. 1:12-12363

**MDL No. 2226 - IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS
LIABILITY LITIGATION**

Oppositions of plaintiffs Jerald Bowen, et al.; Thomas Mitchell, et al.; and Edward
Baltazar, et al., to transfer of their respective following actions to the United States District Court
for the Eastern District of Kentucky:

Eastern District of California

Jerald Bowen, et al. v. McKesson Corporation, et al., C.A. No. 1:12-01906
Thomas Mitchell, et al. v. McKesson Corporation, et al., C.A. No. 1:12-01907
Edward Baltazar, et al. v. McKesson Corporation, et al., C.A. No. 1:12-01917

**MDL No. 2262 - IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST
LITIGATION**

Opposition of plaintiff George Maragos to transfer of the following action to the United
States District Court for the Southern District of New York:

Eastern District of New York

George Maragos v. Bank of America Corporation, et al., C.A. No. 2:12-06294

Schedule of Matters for Hearing, Session B                                    p. 15
San Diego, California


MDL No. 2295 - **IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION**

Opposition of plaintiffs Kerry Skarbakka, et al., to transfer of the following action to the United States District Court for the Southern District of California:

District of Arizona

Kerry Skarbakka, et al. v. Portfolio Recovery Associates, LLC, C.A. No. 3:12-08187


MDL No. 2323 - **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**

Opposition of plaintiff Patricia Abbruzzese to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

Southern District of New York

Patricia Abbruzzese v. The National Football League, et al., C.A. No. 1:12-09250


MDL No. 2326 - **IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Velvette Hannig and Martha Salazar, et al., to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

District of Nevada

Velvette Hannig v. Rafael G. Juarez, M.D., et al., C.A. No. 2:12-02058

Northern District of Texas

Martha Salazar, et al. v. Jorge Francisco Lopez, et al., C.A. No. 3:13-00188

Schedule of Matters for Hearing, Session B                                    p. 16
San Diego, California


MDL No. 2327 - **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION**

Opposition of plaintiffs Evora Rubio, et al., to transfer of the following action to the
United States District Court for the Southern District of West Virginia:

Eastern District of California

Evora Rubio, et al. v. Lara Jeanine Arndal, M.D., et al., C.A. No. 1:13-00027


MDL No. 2333 - **IN RE: MI WINDOWS AND DOORS, INC., PRODUCTS LIABILITY
LITIGATION**

Oppositions of defendant MI Windows and Doors, Inc., to transfer of the following
actions to the United States District Court for the District of South Carolina:

Middle District of Florida

John Oriolt v. MI Windows and Doors, Inc., C.A. No. 5:13-00003

Northern District of Georgia

James R. Lovingood, et al. v. MI Windows and Doors, Inc., C.A. No. 1:12-04369

Eastern District of Virginia

Jessica Meghan Zepeda v. MI Windows and Doors, Inc., C.A. No. 1:12-01512

Northern District of West Virginia

Larry L. Taylor v. MI Windows and Doors, Inc., C.A. No. 3:12-00165

Schedule of Matters for Hearing, Session B                                    p. 17
San Diego, California

**MDL No. 2343 - IN RE: SKELAXIN (METAXALONE) ANTITRUST LITIGATION**

Opposition of plaintiff SigmaPharm, Inc., to transfer of the following action to the United States District Court for the Eastern District of Tennessee:

Eastern District of Pennsylvania

SigmaPharm, Inc. v. Mutual Pharmaceutical Company, Inc., et al., C.A. No. 2:12-02522

**MDL No. 2358 - IN RE: GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION**

Opposition of plaintiffs Daniel Mazzone and Michael Frohberg, et al., to transfer of their respective following actions to the United States District Court for the District of Delaware:

Eastern District of New York

Daniel Mazzone v. Vibrant Media, Inc., C.A. No. 1:12-02672
Michael Frohberg, et al. v. Media Innovation Group, LLC, et al., C.A. No. 1:12-02674

**MDL No. 2385 - IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Therese Skipton, Billie S. Hilton, and Heidi Markus to transfer of their respective following actions to the United States District Court for the Southern District of Illinois:

District of Delaware

Therese Skipton v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 1:12-01679
Billie S. Hilton v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 1:13-00013
Heidi Markus v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 1:13-00014

Schedule of Matters for Hearing, Session B                                     p. 18
San Diego, California


MDL No. 2391 - **IN RE: BIOMET M2A MAGNUM HIP IMPLANT PRODUCTS
LIABILITY LITIGATION**

Opposition of plaintiff Lori Ann Davis to transfer of the following action to the United
States District Court for the Northern District of Indiana:

District of Maryland

Lori Ann Davis v. Biomet Orthopaedics, LLC, et al., C.A. No. 1:12-03738


Motion of plaintiffs Gregg Mattern, et al., to transfer the following action to the United
States District Court for the Northern District of Indiana:

District of New Jersey

Gregg Mattern, et al. v. Biomet, Inc., et al., C.A. No. 2:12-04931


MDL No. 2406 - **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION**

Opposition of plaintiff LifeWatch Services, Inc., to transfer of the following action to the
United States District Court for the Northern District of Alabama:

Eastern District of Pennsylvania

LifeWatch Services, Inc. v. Highmark, Inc., et al., C.A. No. 2:12-05146


MDL No. 2407 - **IN RE: HIGHER ONE ONEACCOUNT MARKETING AND SALES
PRACTICES LITIGATION**

Opposition of plaintiff Aisha DeClue to transfer of the following action to the United
States District Court for the District of Connecticut:

Eastern District of Missouri

Aisha DeClue v. Higher One, Inc., et al., C.A. No. 4:12-02361

Schedule of Matters for Hearing, Session B                                         p. 19
San Diego, California


MDL No. 2416 - **IN RE: CAPITAL ONE TELEPHONE CONSUMER PROTECTION
ACT LITIGATION**

Opposition of defendants Legal Recovery Law Offices, David Cotter, Mark Walsh,
Rebecca Beretta, and Lorena Ray to transfer of the following action to the United States District
Court for the Northern District of Illinois:

<u>Southern District of California</u>

Marta De La Torre v. Legal Recovery Law Office, et al., C.A. No. 3:12-02579

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)     <u>Schedule</u>.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)     <u>Oral Argument Statement</u>.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

      (i)     The parties affected by a motion to transfer may agree to waive oral argument.  The Panel will take this into consideration in determining the need for oral argument.

(c)     <u>Hearing Session</u>.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

      (i)     the dispositive issue(s) have been authoritatively decided; or

      (ii)     the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)     <u>Notification of Oral Argument</u>.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

      (i)     Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

      (ii)     The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

- 2 -

(e)     <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)     <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.