# EXHIBIT 1

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* **Blue Cross Blue Shield Antitrust Litigation**. | MDL No. 2406 |

## SCHEDULE OF RELATED ACTION

David J. Zott, P.C.
David.Zott@kirkland.com
Daniel E. Laytin, P.C.
Daniel.Laytin@kirkland.com
Ian R. Conner
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200

March 21, 2013

SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Robert Finne<br><br>**Defendants:**<br>Usable Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield<br>Blue Cross and Blue Shield Association | U.S. District Court, Eastern District of Arkansas, Northern Division | 1:13-cv-00028-BSM | Judge Brian S. Miller |

Submitted, this the 21st day of March, 2013

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200