BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDSTRICT LITIGATION

In re Blue Cross Blue Shield Antitrust Litigation              No. 2406

## NOTICE OF RELATED ACTION

To:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      Thurgood Marshall Federal Judiciary Building
      One Columbus Circle, N.E.
      Room G-255, North Lobby
      Washington, D.C. 20002-8004

Pursuant to Rule 6.2(d), defendant Blue Cross and Blue Shield of Tennessee, Inc. hereby gives notice of the filing of the following related action in the United States District Court for the Western District of Tennessee: *Danny Curlin v. Blue Cross Blue Shield of Tennessee, Inc., et al..*, No. 2:2013-cv-02181.  A Schedule of Related Action accompanies this filing.

This related action, like over two dozen related actions filed before it centralized into *In re Blue Cross Blue Shield Antitrust Litigation*, No. 2406, alleges that BCBSA's license agreements are the product of a conspiracy among the BCBSA and 38 health plans around the country to restrain trade by allocating commercial-healthcare-insurance markets in violation of antitrust laws. Thus, this related action is appropriate for centralization along with the other related cases.

2

The complaint, which was filed on March 22, 2013, is attached as Exhibit A.

Dated: March 26, 2013									Respectfully submitted,

/s/ Craig A. Hoover
Craig A. Hoover
E. Desmond Hogan
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, District of Columbia 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com

*Attorneys for Defendant Blue Cross Blue Shield of Tennessee, Inc.*