BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDSTRICT LITIGATION

In re Blue Cross Blue Shield Antitrust Litigation                    No. 2406

## SCHEDULE OF RELATED ACTION

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs**:<br>Danny Curlin<br><br>**Defendants**:<br>Blue Cross Blue Shield of Tennessee, Inc.; Blue Cross and Blue Shield Association | United States District Court for the Western District of Tennessee | No. 2:2013-cv-02181 | S. Thomas Anderson |

Dated: March 26, 2013                    Respectfully submitted,


/s/ Craig A. Hoover
Craig A. Hoover
E. Desmond Hogan
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, District of Columbia 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com


*Attorneys for Defendant Blue Cross Blue Shield of Tennessee, Inc.*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this this 26th day of March, 2013, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    /s/ Craig A. Hoover_____
Craig A. Hoover