## CERTIFICATE OF SERVICE

I do hereby certify that I have on this this 26th day of March, 2013, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Craig A. Hoover_____
Craig A. Hoover