BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDSTRICT LITIGATION

In re Blue Cross Blue Shield Antitrust Litigation            No. 2406

## NOTICE OF RELATED ACTION

To:      Clerk of the Panel
            Judicial Panel on Multidistrict Litigation
            Thurgood Marshall Federal Judiciary Building
            One Columbus Circle, N.E.
            Room G-255, North Lobby
            Washington, D.C. 20002-8004

Pursuant to Rule 6.2(d), defendants WellPoint, Inc. d/b/a Anthem Insurance Companies, Inc. hereby gives notice of the filing of the following related action in the United States District Court for the Eastern District of Missouri: *Jeffrey S. Garner v. Blue Cross and Blue Shield Association, et al.*, No. 4:2013-cv-00545. A Schedule of Related Action accompanies this filing.

This related action, like over two dozen related actions filed before it centralized into *In re Blue Cross Blue Shield Antitrust Litigation*, No. 2406, alleges that BCBSA's license agreements are the product of a conspiracy among the BCBSA and 38 health plans around the country to restrain trade by allocating commercial-healthcare-insurance markets in violation of antitrust laws. Thus, this related action is appropriate for centralization along with the other related cases.

The complaint, which was filed on March 22, 2013, is attached as Exhibit A.

Dated: March 26, 2013                           Respectfully submitted,

/s/ Craig A. Hoover
Craig A. Hoover
E. Desmond Hogan
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, District of Columbia 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com

*Attorneys for Defendant WellPoint, Inc.*
*D/B/A Anthem Insurance Companies, Inc.*