BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDSTRICT LITIGATION

In re Blue Cross Blue Shield Antitrust Litigation              No. 2406

**SCHEDULE OF RELATED ACTION**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs**:<br>Jeffrey S. Garner<br><br>**Defendants**:<br>Blue Cross and Blue Shield Association; Blue Cross and Blue Shield of Kansas City; WellPoint, Inc.; Anthem Holding Corporation, d/b/a Anthem Blue Cross and Blue Shield; RightCHOICE Managed Care, Inc.; HMO Missouri, Inc., d/b/a Anthem Blue Cross and Blue Shield; and Healthy Alliance Life Insurance Company | United States District Court for the Eastern District of Missouri | 4:2013-cv-00545 | Carol E. Jackson |

Dated: March 26, 2013

Respectfully submitted,

/s/ Craig A. Hoover_____
Craig A. Hoover
E. Desmond Hogan
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, District of Columbia 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com

*Attorneys for Defendant WellPoint, Inc.*
*D/B/A Anthem Insurance Companies, Inc.*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this this 26th day of March, 2013, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

  /s/ Craig A. Hoover_____
Craig A. Hoover