BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDSTRICT LITIGATION

In re Blue Cross Blue Shield Antitrust Litigation                    No. 2406

## NOTICE OF RELATED ACTION

To:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      Thurgood Marshall Federal Judiciary Building
      One Columbus Circle, N.E.
      Room G-255, North Lobby
      Washington, D.C. 20002-8004

Pursuant to Rule 6.2(d), defendant Blue Cross Blue Shield of Tennessee, Inc. gives notice of the filing of the following related action in the United States District Court for the Eastern District of Tennessee: *Carol Scott v. Blue Cross and Blue Shield of Tennessee, Inc.,* No. 3:13-cv-00144.  A Schedule of Related Action accompanies this filing.

This related action, like over two dozen related actions filed before it centralized into *In re Blue Cross Blue Shield Antitrust Litigation*, No. 2406, alleges that BCBSA's license agreements are the product of a conspiracy among the BCBSA and 38 health plans around the country to restrain trade by allocating commercial-healthcare-insurance markets in violation of antitrust laws. Thus, this related action is appropriate for centralization along with the other related cases.

The complaint, which was filed on March 14, 2013, is attached as Exhibit A along with the docket.

Dated: March 26, 2013					Respectfully submitted,


						/s/ Craig A. Hoover
						Craig A. Hoover
						E. Desmond Hogan
						Hogan Lovells US LLP
						Columbia Square
						555 Thirteenth Street, NW
						Washington, District of Columbia 20004
						Tel: (202) 637-5600
						Fax: (202) 637-5910
						craig.hoover@hoganlovells.com
						desmond.hogan@hoganlovells.com


						*Attorneys for Defendant Blue Cross Blue Shield of Tennessee, Inc.*