**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDSTRICT LITIGATION**

In re Blue Cross Blue Shield Antitrust Litigation          No. 2406

**SCHEDULE OF RELATED ACTION**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs**: Carol Scott<br><br>**Defendants**: Blue Cross and Blue Shield of Tennessee, Inc. | United States District Court for the Eastern District of Tennessee | No. 3:13-cv-00144 | Karen K. Caldwell |

Dated: March 26, 2013                    Respectfully submitted,


/s/ Craig A. Hoover_____
Craig A. Hoover
E. Desmond Hogan
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, District of Columbia 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com


*Attorneys for Defendant Blue Cross Blue Shield of Tennessee, Inc.*