BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* Blue Cross Blue Shield Antitrust Litigation. | MDL No. 2406 |

NOTICE OF RELATED ACTION

To: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

According, to JPML Rule 7.1(a), defendant Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company, gives notice that *Gaston CPA Firm, P.C. v. Blue Cross & Blue Shield of Mississippi*, No. 3:13-cv-00079-GHD-SAA (N.D. Miss. filed Mar. 22, 2013), the case listed in the accompanying Schedule of Related Action, is a tag-along action under Rule 1.1(h) that relates to *In re Blue Cross Blue Shield Antitrust Litigation*, MDL 2406. The action identified on the accompanying Schedule has come to the defendant's attention as a tag-along action.

The suit, like the several related actions filed before it, alleges that the license agreement between Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company, and Blue Cross & Blue Shield Association amounts to an allocation among the Blue Plans of the commercial-healthcare-insurance market in violation of antitrust laws. Thus, this case is appropriate for centralization along with the other related cases. A courtesy copy of the complaint and docket sheet for the related action identified in the schedule is likewise attached.

Dated: March 27, 2013

Respectfully submitted,

/s/ Cheri D. Green

*On behalf of Blue Cross Blue Shield of Mississippi, A Mutual Insurance Company*

CHERI D. GREEN, MSB #4988
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
cgreen@brunini.com