BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* Blue Cross Blue Shield Antitrust Litigation. | MDL No. 2406 |

## SCHEDULE OF RELATED ACTION

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Gaston CPA Firm, P.C. **Defendants:** Blue Cross & Blue Shield of Mississippi | United States District Court for the Northern District of Mississippi (Oxford Division) | No. 3:13-cv-00079 | Glen H. Davidson |

Dated: March 27, 2013

Respectfully submitted,

/s/ Cheri D. Green

*On behalf of Blue Cross Blue Shield of Mississippi, A Mutual Insurance Company*

CHERI D. GREEN, MSB #4988
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
cgreen@brunini.com