## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Cheri D. Green

*On behalf of Blue Cross Blue Shield of Mississippi, A Mutual Insurance Company*

CHERI D. GREEN, MSB #4988
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
cgreen@brunini.com