# Exhibit 1

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* **Blue Cross Blue Shield Antitrust Litigation**. | MDL No. 2406 |

# SCHEDULE OF RELATED ACTION

David J. Zott, P.C.
David.Zott@kirkland.com
Daniel E. Laytin, P.C.
Daniel.Laytin@kirkland.com
Ian R. Conner
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200

March 28, 2013

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Clint Johnston, individually<br>Clint Johnston, as representative of those similarly situated<br>Janeen Goodin<br>Janeen Goodin, as representative of those similarly situated<br>Marla Sharp, individually<br>Marla Sharp, as representative of those similarly situated<br><br>**Defendants:**<br>Blue Cross & Blue Shield of Oklahoma<br>Health Care Service Corporation<br>Blue Cross & Blue Shield Association<br>HCSC Insurance Services Company<br>GHS Property and Casualty Insurance Company<br>GHS Health Maintenance Organization Inc. *d/b/a* BlueLincs HMO | U.S. District Court, Western District of Oklahoma (Oklahoma City) | 5:13-cv-00294-D | Timothy D. DeGiusti |

Submitted, this the 28th day of March, 2013

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200

2