**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this this 26th day of March, 2013, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, including:

Kathleen Taylor Sooy, Crowell & Moring, LLP, attorney for Defendant Blue Cross and Blue Shield of Kansas City; and

Daniel Laytin, Kirkland & Ellis LLP, attorney for Defendant Blue Cross and Blue Shield Association

/s/ Craig A. Hoover_____
Craig A. Hoover
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com

*Attorneys for Defendant WellPoint, Inc. D/B/A Anthem Insurance Companies, Inc.; Anthem Holding Corporation, d/b/a Anthem Blue Cross and Blue Shield; RightCHOICE Managed Care, Inc.; HMO Missouri, Inc., d/b/a Anthem Blue Cross and Blue Shield; and Healthy Alliance Life Insurance Company*