BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) ) ) ) | MDL No.: 2406 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Whatley Kallas, LLC, Mooney, Green, Saindon, Murphy & Welch, P.C, SurgCenter Development Corp., Advanced Surgery Center of Bethesda, LLC; Bethesda Chevy Chase Surgery Center, LLC; Deer Pointe Surgical Center, LLC; Hagerstown Surgery Center, LLC; Leonardtown Surgery Center, LLC; Maple Lawn Surgery Center, LLC; Piccard Surgery Center, LLC; Riva Road SurgCenter, LLC; SurgCenter of Bel Air, LLC; SurgCenter of Glen Burnie, LLC; SurgCenter of Greenbelt, LLC; SurgCenter at National Harbor, LLC; SurgCenter of Silver Spring, LLC; SurgCenter of Southern Maryland, LLC; SurgCenter of Western Maryland, LLC; SurgCenter of White Marsh, LLC; Timonium Surgery Center, LLC; and Westminster Surgery Center, LLC (collectively, "Defendants"), by and through undersigned counsel, hereby give notice that *Carefirst of Maryland, Inc. v. Whatley Kallas, LLC, et al.* (filed on April 1, 2013 in the Circuit Court for Montgomery County, Maryland, removed to the District of Maryland, April 22, 2013, case no. 8:13-cv-01104-RWT), the case listed in the accompanying Schedule of Related Actions, is a tag-along action under Rule 1.1(h) which relates to actions previously transferred to an existing MDL, *In re Blue Cross Blue Shield Antitrust Litigation*, MDL 2406, including *Advanced Surgery Center of Bethesda, LLC et al, v CareFirst of Maryland, Inc.* which the Panel transferred under Section 1407 to the Northern District of Alabama before the Honorable R. David Proctor.  The *Advanced Surgery Center* action is

explicitly referenced and forms the entire basis of this potential tag-along action, which presents overlapping questions of both fact and law with both the MDL and the previously transferred *Advanced Surgery Center* action. The claims in this litigation are compulsory counter claims to the claims in the *Advanced Surgery Center* action. *See* Fed. R. Civ. P. 13(a).

A copy of the notice of removal with attachments, the complaint with attachments and docket sheet for the related action identified in the schedule is likewise attached.

Respectfully submitted on this the 23rd day of April, 2013.

          /s/ Joe R. Whatley, Jr.
          Joe R. Whatley, Jr.

*One of the Attorneys for Plaintiffs SurgCenter Development Corp., Advanced Surgery Center of Bethesda, LLC; Bethesda Chevy Chase Surgery Center, LLC; Deer Pointe Surgical Center, LLC; Hagerstown Surgery Center, LLC; Leonardtown Surgery Center, LLC; Maple Lawn Surgery Center, LLC; Piccard Surgery Center, LLC; Riva Road SurgCenter, LLC; SurgCenter of Bel Air, LLC; SurgCenter of Glen Burnie, LLC; SurgCenter of Greenbelt, LLC; SurgCenter at National Harbor, LLC; SurgCenter of Silver Spring, LLC; SurgCenter of Southern Maryland, LLC; SurgCenter of Western Maryland, LLC; SurgCenter of White Marsh, LLC; Timonium Surgery Center, LLC; and Westminster Surgery Center, LLC*

OF COUNSEL:

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLC
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
       tbrown@whatleykallas.com

Edith M. Kallas
Patrick J. Sheehan
WHATLEY KALLAS, LLC
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel:  (212) 447-7060
Fax:  (800) 922-4851
Email: ekallas@whatleykallas.com
            psheehan@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLC
1068 Virginia Ave, NE
Atlanta, GA 30306
Tel:  (404) 607-8222
Fax:  (404) 607-8451
Email: dwinegard@whatleykallas.com

Mark J. Murphy
MOONEY GREEN SAINDON
 MURPHY & WELCH, P.C.
1920 L Street NW, Suite 400
Washington, DC 20036
(202) 783-0010 tel.
(202) 783-6088 fax
Email: mmurphy@mooneygreen.com

*Attorneys for Law Firm Defendants:*

Alvin I. Frederick (Federal Bar #01459)
Lauren E. Marini (Federal Bar #30057)
Eccleston and Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD  21076
Telephone:  (410) 752-7474
Facsimile:  (410) 752-0611