BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  BLUE CROSS BLUE SHIELD   )
ANTITRUST LITIGATION             )   MDL No.:  2406
                                 )

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Carefirst of Maryland, Inc.<br><br>**Defendants:**<br><br>WhatleyKallas, LLC<br><br>Mooney, Green, Saindon, Murphy & Welch, P. C.<br><br>Surgical Center Development, Inc., d/b/a Surgcenter Development<br><br>Advanced Surgery Center of Bethesda, LLC<br><br>Bethesda Chevy Chase Surgery Center, LLC<br><br>Deer Point Surgical Center, LLC<br><br>Hagerstown Surgery Center, LLC<br><br>Leonardtown Surgery Center, LLC<br><br>Maple Lawn Surgery Center, LLC<br><br>Piccard Surgery Center, LLC<br><br>Riva Road Surgcenter, LLC<br><br>SurgCenter of Bel Air, LLC | District of Maryland | 8:13-cv-01104-RWT | Roger W. Titus |

| | | | |
|---|---|---|---|
| Surgcenter of Glen Burnie, LLC<br><br>Surgcenter of Greenbelt, LLC<br><br>Surgcenter at National Harbor, LLC<br><br>Surgcenter of Silver Spring, LLC<br><br>Surgcenter of Southern Maryland, LLC<br><br>Surgcenter of Western Maryland, LLC<br><br>Surgcenter of White Marsh, LLC<br><br>Timonium Surgery Center, LLC<br><br>Westminister Surgery Center, LLC | | | |

Respectfully submitted on this the 23rd day of April, 2013.

 /s/ Joe R. Whatley, Jr.
Joe R. Whatley, Jr.

*One of the Attorneys for Plaintiffs SurgCenter Development Corp., Advanced Surgery Center of Bethesda, LLC; Bethesda Chevy Chase Surgery Center, LLC; Deer Pointe Surgical Center, LLC; Hagerstown Surgery Center, LLC; Leonardtown Surgery Center, LLC; Maple Lawn Surgery Center, LLC; Piccard Surgery Center, LLC; Riva Road SurgCenter, LLC; SurgCenter of Bel Air, LLC; SurgCenter of Glen Burnie, LLC; SurgCenter of Greenbelt, LLC; SurgCenter at National Harbor, LLC; SurgCenter of Silver Spring, LLC; SurgCenter of Southern Maryland, LLC; SurgCenter of Western Maryland, LLC; SurgCenter of White Marsh, LLC; Timonium Surgery Center, LLC; and Westminster Surgery Center, LLC*

OF COUNSEL:

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLC
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel.: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
           tbrown@whatleykallas.com

Edith M. Kallas
Patrick J. Sheehan
WHATLEY KALLAS, LLC
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel:  (212) 447-7060
Fax:  (800) 922-4851
Email: ekallas@whatleykallas.com
           psheehan@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLC
1068 Virginia Ave, NE
Atlanta, GA 30306
Tel:  (404) 607-8222
Fax:  (404) 607-8451
Email: dwinegard@whatleykallas.com

Mark J. Murphy
MOONEY GREEN SAINDON
 MURPHY & WELCH, P.C.
1920 L Street NW, Suite 400
Washington, DC 20036
(202) 783-0010 tel.
(202) 783-6088 fax
Email: mmurphy@mooneygreen.com

4

*Attorneys for Law Firm Defendants:*

Alvin I. Frederick (Federal Bar #01459)
Lauren E. Marini (Federal Bar #30057)
Eccleston and Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD  21076
Telephone:  (410) 752-7474
Facsimile:  (410) 752-0611