# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) ) ) ) | MDL No.: 2406 |

## PROOF OF SERVICE

I hereby certify that on this the 23rd day of April, 2013, a copy of the foregoing Notice of Potential Tag-Along Action was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system which will send notice of electronic filing to all parties of record as well as the following:

**Via Electronic and U.S. Mail:**

**Patrick de Gravelles, Esq.**
**Litigation General Counsel**
**CareFirst BlueCross BlueShield**
**Office of Corporate Counsel**
**840 1st Street, N.E., DC12-08**
**Washington, DC 20065**
**Tel: (202) 680-7457 / Fax: (202) 680-7620**
**Email: Patrick.deGravelles@carefirst.com**

/s/ Joe R. Whatley, Jr.
Joe R. Whatley, Jr.

*One of the Attorneys for Plaintiffs Surgical Center Development Corp., Advanced Surgery Center of Bethesda, LLC; Bethesda Chevy Chase Surgery Center, LLC; Deer Pointe Surgical Center, LLC; Hagerstown Surgery Center, LLC; Leonardtown Surgery Center, LLC; Maple Lawn Surgery Center, LLC; Piccard Surgery Center, LLC; Riva Road SurgCenter, LLC; SurgCenter of Bel Air, LLC; SurgCenter of Glen Burnie, LLC; SurgCenter of Greenbelt, LLC; SurgCenter at National Harbor, LLC; SurgCenter of Silver Spring, LLC; SurgCenter of Southern Maryland, LLC; SurgCenter of Western Maryland, LLC; SurgCenter of White Marsh, LLC; Timonium Surgery Center, LLC; and Westminster Surgery Center, LLC*

OF COUNSEL:

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLC
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel.: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
       tbrown@whatleykallas.com

Edith M. Kallas
Patrick J. Sheehan
WHATLEY KALLAS, LLC
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel:  (212) 447-7060
Fax:  (800) 922-4851
Email: ekallas@whatleykallas.com
       psheehan@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLC
1068 Virginia Ave, NE
Atlanta, GA 30306
Tel:  (404) 607-8222
Fax:  (404) 607-8451
Email: dwinegard@whatleykallas.com

Mark J. Murphy
MOONEY GREEN SAINDON
 MURPHY & WELCH, P.C.
1920 L Street NW, Suite 400
Washington, DC 20036
(202) 783-0010 tel.
(202) 783-6088 fax
Email: mmurphy@mooneygreen.com

*Attorneys for Law Firm Defendants:*

Alvin I. Frederick (Federal Bar #01459)
Lauren E. Marini (Federal Bar #30057)
Eccleston and Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD  21076
Telephone:  (410) 752-7474
Facsimile:  (410) 752-0611