# ATTACHMENT 3

# U.S. District Court
## District of Maryland (Greenbelt)
### CIVIL DOCKET FOR CASE #: 8:13-cv-01104-RWT

| | |
|---|---|
| Carefirst of Maryland, Inc. v. WhatleyKallas, LLC et al | Date Filed: 04/22/2013 |
| Assigned to: Judge Roger W Titus | Jury Demand: None |
| Case in other court: Circuit Court for Montgomery County, Maryland, 375780-V | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Federal Question |
| Cause: 28:1441 Petition For Removal--Other Contract | |

**Plaintiff**

| | | |
|---|---|---|
| **Carefirst of Maryland, Inc.** | represented by | **Patrick P de Gravelles** <br> CareFirst BlueCross BlueShield <br> 840 First St NE, DC12-08 <br> Washington, DC 20065 <br> 12026807457 <br> Fax: 12026807620 <br> Email: patrick.degravelles@carefirst.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **WhatleyKallas, LLC** | represented by | **Alvin I Frederick** <br> Eccleston and Wolf PC <br> Baltimore Washington Law Center <br> 7240 Parkway Dr Fourth Fl <br> Hanover, MD 21076 <br> 14107527474 <br> Fax: 14107520611 <br> Email: frederick@ewmd.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Mooney, Green, Saindon, Murphy & Welch, P.C.** | represented by | **Alvin I Frederick** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

**Surgical Center Development , Inc.**  represented by  **Alvin I Frederick**
*doing business as*                                    (See above for address)
Surgcenter Development                                 *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Advanced Surgery Center of**        represented by  **Alvin I Frederick**
**Bethesda, LLC**                                     (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Bethesda Chevy Chase Surgery**      represented by  **Alvin I Frederick**
**Center, LLC**                                       (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Deer Pointe Surgical Center, LLC**  represented by  **Alvin I Frederick**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Hagerstown Surgery Center, LLC**    represented by  **Alvin I Frederick**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Leonardtown Surgery Center, LLC**   represented by  **Alvin I Frederick**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Maple Lawn Surgery Center, LLC**    represented by  **Alvin I Frederick**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Piccard Surgery Center, LLC**       represented by  **Alvin I Frederick**
                                                      (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Riva Road SurgCenter, LLC    represented by **Alvin I Frederick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

SurgCenter of Bel Air, LLC    represented by **Alvin I Frederick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

SurgCenter of Glen Burnie, LLC    represented by **Alvin I Frederick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

SurgCenter of Greenbelt, LLC    represented by **Alvin I Frederick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

SurgCenter at National Harbor, LLC    represented by **Alvin I Frederick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

SurgCenter of Silver Spring, LLC    represented by **Alvin I Frederick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

SurgCenter of Southern Maryland, LLC    represented by **Alvin I Frederick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Defendant** | | |
|---|---|---|
| **SurgCenter of Western Maryland, LLC** | represented by | **Alvin I Frederick** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| **Defendant** | | |
|---|---|---|
| **SurgCenter of White Marsh, LLC** | represented by | **Alvin I Frederick** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| **Defendant** | | |
|---|---|---|
| **Timonium Surgery Center, LLC** | represented by | **Alvin I Frederick** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| **Defendant** | | |
|---|---|---|
| **Westminster Surgery Center, LLC** | represented by | **Alvin I Frederick** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2013 | 1 | NOTICE OF REMOVAL from Circuit Court for Montgomery County, Maryland, case number 375780-V. ( Filing fee $ 350 receipt number 84637020987), filed by SurgCenter at National Harbor, LLC, Surgical Center Development, Inc., SurgCenter of Bel Air, LLC, Timonium Surgery Center, LLC, Piccard Surgery Center, LLC, Leonardtown Surgery Center, LLC, SurgCenter of Greenbelt, LLC, Hagerstown Surgery Center, LLC, Westminster Surgery Center, LLC, SurgCenter of Glen Burnie, LLC, WhatleyKallas, LLC, SurgCenter of White Marsh, LLC, SurgCenter of Southern Maryland, LLC, Bethesda Chevy Chase Surgery Center, LLC, Deer Pointe Surgical Center, LLC, Maple Lawn Surgery Center, LLC, SurgCenter of Western Maryland, LLC, SurgCenter of Silver Spring, LLC, Riva Road SurgCenter, LLC, Advanced Surgery Center of Bethesda, LLC, Mooney, Green, Saindon, Murphy & Welch, P.C.. (Attachments: # 1 Civil Cover Sheet, # 2 Docket Information, # 3 Declaration of Joe R. Whatley, Jr. with Exhibit 1, # 4 Documents Served on Mooney Green, # 5 Documents Served on Whatley Kallas)(rss, Deputy Clerk) (Entered: 04/23/2013) |
| 04/22/2013 | 2 | COMPLAINT against Advanced Surgery Center of Bethesda, LLC, Bethesda Chevy Chase Surgery Center, LLC, Deer Pointe Surgical Center, LLC, |

| | Hagerstown Surgery Center, LLC, Leonardtown Surgery Center, LLC, Maple Lawn Surgery Center, LLC, Mooney, Green, Saindon, Murphy & Welch, P.C., Piccard Surgery Center, LLC, Riva Road SurgCenter, LLC, SurgCenter at National Harbor, LLC, SurgCenter of Bel Air, LLC, SurgCenter of Glen Burnie, LLC, SurgCenter of Greenbelt, LLC, SurgCenter of Silver Spring, LLC, SurgCenter of Southern Maryland, LLC, SurgCenter of Western Maryland, LLC, SurgCenter of White Marsh, LLC, Surgical Center Development, Inc., Timonium Surgery Center, LLC, Westminster Surgery Center, LLC, WhatleyKallas, LLC, filed by Carefirst of Maryland, Inc.. (Attachments: # 1 Civil Non Domestic Case Information Report, # 2 Exhibit 1, # 3 Exhibit 2)(rss, Deputy Clerk) (Entered: 04/23/2013) |
|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/23/2013 10:29:11 | | | |
| **PACER Login:** | wk1077 | **Client Code:** | 07495-0000 |
| **Description:** | Docket Report | **Search Criteria:** | 8:13-cv-01104-RWT |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |