BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) ) ) ) | MDL No.: 2406 |

## NOTICE OF ERRATA RE NOTICE OF POTENTIAL TAG ALONG

Whatley Kallas, LLC, Mooney, Green, Saindon, Murphy & Welch, P.C, Surgical Center Development, Inc., d/b/a SurgCenter Development, Advanced Surgery Center of Bethesda, LLC; Bethesda Chevy Chase Surgery Center, LLC; Deer Pointe Surgical Center, LLC; Hagerstown Surgery Center, LLC; Leonardtown Surgery Center, LLC; Maple Lawn Surgery Center, LLC; Piccard Surgery Center, LLC; Riva Road SurgCenter, LLC; SurgCenter of Bel Air, LLC; SurgCenter of Glen Burnie, LLC; SurgCenter of Greenbelt, LLC; SurgCenter at National Harbor, LLC; SurgCenter of Silver Spring, LLC; SurgCenter of Southern Maryland, LLC; SurgCenter of Western Maryland, LLC; SurgCenter of White Marsh, LLC; Timonium Surgery Center, LLC; and Westminster Surgery Center, LLC (collectively, "Defendants"), by and through undersigned counsel, hereby give notice that the Notice of Potential Tag Along and supporting documents filed this date (Doc. 201) inadvertently state under the signature block that Whatley Kallas, LLC and Mooney Green Saindon Murphy & Welch, P.C. represent the SurgCenter Plaintiffs but in fact represent the SurgCenter Defendants in this action, as correctly stated in the body of the Notice.

In addition, in our original Notice of Potential Tag Along, defendant Surgical Center Development, Inc., d/b/a SurgCenter Development, was inadvertently referred to as SurgCenter Development Corp.

Respectfully submitted on this the 24th day of April, 2013.

  /s/ Joe R. Whatley, Jr.
Joe R. Whatley, Jr.

*One of the Attorneys for Defendants Surgical Center Development, Inc. d/b/a SurgCenter Development; Advanced Surgery Center of Bethesda, LLC; Bethesda Chevy Chase Surgery Center, LLC; Deer Pointe Surgical Center, LLC; Hagerstown Surgery Center, LLC; Leonardtown Surgery Center, LLC; Maple Lawn Surgery Center, LLC; Piccard Surgery Center, LLC; Riva Road SurgCenter, LLC; SurgCenter of Bel Air, LLC; SurgCenter of Glen Burnie, LLC; SurgCenter of Greenbelt, LLC; SurgCenter at National Harbor, LLC; SurgCenter of Silver Spring, LLC; SurgCenter of Southern Maryland, LLC; SurgCenter of Western Maryland, LLC; SurgCenter of White Marsh, LLC; Timonium Surgery Center, LLC; and Westminster Surgery Center, LLC*

OF COUNSEL:

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLC
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel:  (205) 488-1200
Fax:  (800) 922-4851
Email:  jwhatley@whatleykallas.com
        tbrown@whatleykallas.com

Edith M. Kallas
Patrick J. Sheehan
WHATLEY KALLAS, LLC
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel:  (212) 447-7060
Fax:  (800) 922-4851
Email:  ekallas@whatleykallas.com
        psheehan@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLC
1068 Virginia Ave, NE
Atlanta, GA 30306
Tel:  (404) 607-8222
Fax:  (404) 607-8451
Email: dwinegard@whatleykallas.com

Mark J. Murphy
MOONEY GREEN SAINDON
  MURPHY & WELCH, P.C.
1920 L Street NW, Suite 400
Washington, DC 20036
(202) 783-0010 tel.
(202) 783-6088 fax
Email: mmurphy@mooneygreen.com

*Attorneys for Law Firm Defendants:*

Alvin I. Frederick (Federal Bar #01459)
Lauren E. Marini (Federal Bar #30057)
Eccleston and Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD  21076
Telephone:  (410) 752-7474
Facsimile:  (410) 752-0611