# EXHIBIT 2

# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and a copy will be sent via overnight mail to the following:

Sean T. O'Connell
soconnell@shaheengordon.com
Shaheen & Gordon
140 Washington Street
PO Box 977
Dover, NH 03821-0977
Telephone: 603-749-5000
Fax: 603-749-1838

Edwin J. Kilpela, Jr.
Benjamin J. Sweet
DEL SOLE CAVANAUGH STROYD LLC
200 First Avenue, Suite 300
Pittsburgh, PA 15222
Tel: (412) 261-2393
Fax: (412) 261-2110

William Isaacson
Hamish Hume
Kathleen Kiernan
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Telephone No.: (202) 237-2727
Facsimile No.: (202) 237-6131

Edgar D. Gankendorff
egankendorff@provostylaw.com
Eric R.G. Belin
ebelin@ provostylaw.com
PROVOSTY & GANKENDORFF, L.L.C
650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: 504-410-2795
Facsimile: 504-410-2796

Chris T. Hellums
Jonathan S. Mann
PDH-efiling@pitmandutton.com
PITTMAN, DUTTON & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Albama 35203
Telephone 205-322-8880
Fax: 205-328-2711

Michael D. Hausfeld
mhausfeld@hausfeldllp.com
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Fax: 202-540-7201

Ben W. Gordon
bgordon@levinlaw.com
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7000
Fax: 850-435-7020

J. Robert Robertson
robby.robertson@hoganlovells.com
Craig Hoover
craig.hoover@hoganlovells.com
E. Desmond Hogan
desmond.hogan@hoganlovells.com
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington DC 20004
Telephone: 202-637-5600
Fax: 202-637-5910

Emily Yinger
emily.yinger@hoganlovells.com
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive, Ninth Floor
McLean, VA 22102
Telephone: 703-610-6100
Fax: 703-610-6200

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200