BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) ) ) ) ) | MDL No.:  2406 |

*CareFirst of Maryland, Inc. v. WhatleyKallas, LLC, et al.*, D. Maryland, C.A. No. 8:13-cv-01104-RWT

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER NUMBER 11

Pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, CareFirst of Maryland, Inc., Plaintiff in the above-styled and numbered cause, by and through the undersigned counsel, hereby gives notice of its opposition to Conditional Transfer Order Number 11.

Respectfully submitted,

/s/ Brian K. Norman
Brian K. Norman
Shamoun & Norman, LLP
1755 Wittington Place, Suite 200, LB 25
Dallas, TX 75234
Tel:  214.987.1745
bkn@snlegal.com

ATTORNEY FOR CAREFIRST OF MARYLAND, INC.


H. James Koch
ARMBRECHT JACKSON LLP
63 S. Royal Street, Suite 1300
Mobile, AL 36602
Tel:  251.405.1300
hjk@ajlaw.com

ATTORNEY FOR CAREFIRST OF MARYLAND, INC.

Kimberly R. West
WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Tel: 205.870.0555
kwest@wallacejordan.com

LIAISON COUNSEL

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

|   |   |   |
|---|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) ) ) ) | MDL No.: 2406 |

*CareFirst of Maryland, Inc. v. WhatleyKallas, LLC, et al.*, D. Maryland, C.A. No. 8:13-cv-01104-RWT

### CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of May, 2013, a copy of the foregoing Notice of Opposition to Conditional Transfer Order Number 11 was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system which will send notice of electronic filing to all parties of record.

Respectfully submitted,

/s/ Brian K. Norman
Brian K. Norman
Shamoun & Norman, LLP
1755 Wittington Place, Suite 200, LB 25
Dallas, TX 75234
Tel: 214.987.1745
bkn@snlegal.com

ATTORNEY FOR CAREFIRST OF
MARYLAND, INC.

H. James Koch
ARMBRECHT JACKSON LLP
63 S. Royal Street, Suite 1300
Mobile, AL 36602
Tel: 251.405.1300
hjk@ajlaw.com

ATTORNEY FOR CAREFIRST OF
MARYLAND, INC.

Kimberly R. West
WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Tel: 205.870.0555
kwest@wallacejordan.com

LIAISON COUNSEL