# EXHIBIT 1

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* Blue Cross Blue Shield Antitrust Litigation. | MDL No. 2406 |

## SCHEDULE OF RELATED ACTION

David J. Zott, P.C.
David.Zott@kirkland.com
Daniel E. Laytin, P.C.
Daniel.Laytin@kirkland.com
Ian R. Conner
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200

May 2, 2013

SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Judy Sheridan | U.S. District Court, Central District of California | CV13-3003 | Judge Christina A. Snyder / Magistrate Stephen J. Hillman |
| **Defendants:**<br>Blue Cross of California<br>Blue Cross of Southern California<br>Blue Cross of Northern California<br>Anthem Blue Cross Life<br>   and Health Insurance Company<br>Blue Cross of California Partnership Plan, Inc.<br>Blue Shield of California Life<br>   and Health Insurance Company<br>Anthem Life Insurance Company<br>Blue Cross and Blue Shield Association<br>WellPoint, Inc.<br>the WellPoint Companies of California, Inc.<br>the WellPoint Companies, Inc.<br>WellPoint California Services, Inc.<br>WellPoint Behavioral Health Inc.<br>California Physicians' Service<br>Blue Shield of California Life<br>   and Health Insurance Company<br>DOES 1-100 | | | |

Submitted, this the 2nd day of May, 2013

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200