# EXHIBIT 2

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and a copy will be sent via overnight mail to the following:

Craig A. Hoover
craig.hoover@hoganlovells.com
E. Desmond Hogan
desmond.hogan@hoganlovells.com
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910

*Attorneys for Defendants WellPoint, Inc., Blue Cross of California d/b/a Anthem Blue Cross, Anthem Blue Cross Life and Health Insurance Company, and Anthem Life Insurance Company*

James Carr
JCarr@yuhlcarr.com
Tyler J. Barnett
TBarnett@yuhlcarr.com
YUHL | CARR LLP
4676 Admiralty Way, Suite 550
Marina del Rey, California 90292
Telephone: (310) 827-2800

*Attorneys for Plaintiff*

Charles Sweeris
Charles.Sweeris@blueshieldca.com
Marcy St. John
marcy.st.john@blueshieldca.com
Blue Shield of California
50 Beale St.
San Francisco, CA 94109
Telephone: (415) 229-5107
Fax: (415) 229-5343

*Attorneys for Blue Shield of California and Blue Shield of California Life Insurance Company*

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200