BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* **Blue Cross Blue Shield Antitrust Litigation**. | MDL No. 2406 |

## NOTICE OF WITHDRAWAL OF CERTIFICATES OF SERVICE

To:   Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

PLEASE TAKE NOTICE that on May 1, 2013, Blue Cross & Blue Shield Association filed amended certificates of service with the Judicial Panel of Multidistrict Litigation for *Hakkert-Detaille v. Hawai'i Medical Service Association,* No. CV13-00191, Dkt. No. 208, and *GC/AA Fences, Inc. v. Anthem Health Plans of New Hampshire, Inc.,* No. 1:13-cv-00196, Dkt. No. 209.

PLEASE TAKE FURTHER NOTICE that the defendant Blue Cross & Blue Shield Association hereby withdraws these Certificates of Service.

/s/ Daniel E. Laytin
On behalf of Defendant Blue Cross & Blue Shield Association

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200