## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and a copy will be sent via overnight mail to the following:

Blue Cross & Blue Shield of Rhode Island
500 Exchange Street
Providence, RI 02903
*Defendant*

Blue Cross of Northeastern Pennsylvania
70 North Main Street
Wiles-Barre, PA 18711
*Defendant*

Highmark Inc.
Fifth Ave Place
120 Fifth Ave
Pittsburg, PA 15222-3099
*Defendant*

CareFirst of Maryland, Inc.
10455 Mill Run Circle
Owings Mills, MD 21117
*Defendant*

Blue Cross & Blue Shield of Vermont
P.O. Box 186
Montpelier, VT 05601
*Defendant*

Highmark Blue Cross
Blue Shield of West Virginia
P.O. Box 7026
Wheeling, WV 26003
*Defendant*

Christopher T. Cain
Thomas S. Scott, Jr.
BALL & SCOTT LAW OFFICES
500 Main Street, Suite 601
Knoxville, TN 37902
*Attorneys for Plaintiff*

/s/ Daniel E. Laytin
*On behalf of Defendant Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200