**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and a copy will be sent via overnight mail to the following:

Sean T. O'Connell
soconnell@shaheengordon.com
Shaheen & Gordon
140 Washington Street
PO Box 977
Dover, NH 03821-0977
Telephone: 603-749-5000
Fax: 603-749-1838

*Attorneys for Plaintiff and the Proposed Class*

Edwin J. Kilpela, Jr.
Benjamin J. Sweet
DEL SOLE CAVANAUGH STROYD LLC
200 First Avenue, Suite 300
Pittsburgh, PA 15222
Tel: (412) 261-2393
Fax: (412) 261-2110

*Attorneys for Plaintiff and the Proposed Class*

William Isaacson
Hamish Hume
Kathleen Kiernan
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Telephone No.: (202) 237-2727
Facsimile No.: (202) 237-6131

*Attorneys for Plaintiff and the Proposed Class*

Chris T. Hellums
Jonathan S. Mann
PDH-efiling@pitmandutton.com
PITTMAN, DUTTON & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Albama 35203
Telephone 205-322-8880
Fax: 205-328-2711

*Attorneys for Plaintiff and the Proposed Class*

Michael D. Hausfeld
mhausfeld@hausfeldllp.com
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Fax: 202-540-7201

*Attorneys for Plaintiff and the Proposed Class*

Ben W. Gordon
bgordon@levinlaw.com
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7000
Fax: 850-435-7020

*Attorneys for Plaintiff and the Proposed Class*

| | |
|---|---|
| Edgar D. Gankendorff<br>egankendorff@provostylaw.com<br>Eric R.G. Belin<br>ebelin@ provostylaw.com<br>PROVOSTY & GANKENDORFF, L.L.C<br>650 Poydras Street, Suite 2700<br>New Orleans, Louisiana 70130<br>Telephone: 504-410-2795<br>Facsimile: 504-410-2796<br><br>*Attorneys for Plaintiff and the Proposed Class* | J. Robert Robertson<br>robby.robertson@hoganlovells.com<br>Craig Hoover<br>craig.hoover@hoganlovells.com<br>E. Desmond Hogan<br>desmond.hogan@hoganlovells.com<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington DC 20004<br>Telephone: 202-637-5600<br>Fax: 202-637-5910<br><br>*Attorneys for Defendant Anthem Health Plans of New Hampshire, Inc.* |

Emily Yinger
emily.yinger@hoganlovells.com
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive, Ninth Floor
McLean, VA 22102
Telephone: 703-610-6100
Fax: 703-610-6200

*Attorneys for Defendant Anthem Health Plans of New Hampshire, Inc.*

<u>/s/ Daniel E. Laytin</u>
*On behalf of Defendant Blue Cross and Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200