## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and a copy will be sent via overnight mail to the following:

Craig A. Hoover
craig.hoover@hoganlovells.com
E. Desmond Hogan
desmond.hogan@hoganlovells.com
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910

*Attorneys for Defendants WellPoint, Inc., the WellPoint Companies, Inc., the WellPoint Companies of California, Inc., WellPoint Behavioral Health Inc., WellPoint California Services, Inc., Blue Cross of California d/b/a Anthem Blue Cross, Anthem Blue Cross Life and Health Insurance Company, and Anthem Life Insurance Company, Blue Cross of California Partnership Plan, Inc., Blue Cross of Northern California, and Blue Cross of Southern California*

Charles Sweeris
Charles.Sweeris@blueshieldca.com
Marcy St. John
marcy.st.john@blueshieldca.com
Blue Shield of California
50 Beale St.
San Francisco, CA 94109
Telephone: (415) 229-5107
Fax: (415) 229-5343

*Attorneys for Defendants Blue Shield of California and Blue Shield of California Life & Health Insurance Company*

James Carr
JCarr@yuhlcarr.com
Tyler J. Barnett
TBarnett@yuhlcarr.com
YUHL | CARR LLP
4676 Admiralty Way, Suite 550
Marina del Rey, California 90292
Telephone: (310) 827-2800

*Attorneys for Plaintiff*

/s/ Daniel E. Laytin
*On behalf of Defendant Blue Cross and Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200