BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* **Blue Cross Blue Shield Antitrust Litigation**. | MDL No. 2406 |

### NOTICE OF ERRATA RE AMENDED CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on May 8, 2013, Blue Cross & Blue Shield Association filed an amended certificate of service re notice of potential tag-along with the Judicial Panel of Multidistrict Litigation for *Sheridan v. Blue Cross of California, et.al.,* No. CV13-03003, Dkt. No. 216.  Blue Cross & Blue Shield Association inadvertently omitted California Physicians' Service from the Amended Certificate of Service.

PLEASE TAKE FURTHER NOTICE that the defendant Blue Cross & Blue Shield Association hereby amends the Certificate of Service.

/s/ Daniel E. Laytin
*On behalf of Defendant Blue Cross &*
*Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200