## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2013, the foregoing was electronically filed with the Clerk of

the Court using the CM/ECF system, which will send notification of such filing to all counsel of

record and a copy will be sent via overnight mail to the following:

Craig A. Hoover
craig.hoover@hoganlovells.com
E. Desmond Hogan
desmond.hogan@hoganlovells.com
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910

*Attorneys for Defendants WellPoint, Inc., the
WellPoint Companies, Inc., the WellPoint
Companies of California, Inc., WellPoint
Behavioral Health Inc., WellPoint California
Services, Inc., Blue Cross of California d/b/a
Anthem Blue Cross, Anthem Blue Cross Life and
Health Insurance Company, and Anthem Life
Insurance Company, Blue Cross of California
Partnership Plan, Inc., Blue Cross of Northern
California, and Blue Cross of Southern California*

Charles Sweeris
Charles.Sweeris@blueshieldca.com
 Marcy St. John
marcy.st.john@blueshieldca.com
Blue Shield of California
50 Beale St.
San Francisco, CA 94109
Telephone: (415) 229-5107
Fax: (415) 229-5343

*Attorneys for Defendants Blue Shield of California
and Blue Shield of California Life & Health
Insurance Company, and California Physicians'
Service*

James Carr
JCarr@yuhlcarr.com
Tyler J. Barnett
TBarnett@yuhlcarr.com
YUHL | CARR LLP
4676 Admiralty Way, Suite 550
Marina del Rey, California 90292
Telephone: (310) 827-2800

*Attorneys for Plaintiff*

/s/ Daniel E. Laytin
*On behalf of Defendant Blue Cross and Blue Shield
Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200