BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION ) ) ) ) | MDL No.: 2406 |
| CAREFIRST OF MARYLAND, INC. ) ) ) | |
| v. ) ) | MD/8:13-cv-1104 |
| WHATLEYKALLAS, LLC, et al., ) ) ) | |

**PROOF OF SERVICE**

I hereby certify that on this the 16th day of May, 2013, a copy of the foregoing Notice of Appearance was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system which will send electronic notification of this filing to all parties of record which include the following:

*Attorneys for Plaintiff Carefirst of Maryland, Inc.:*

Patrick P. de Gravelles, patrick.degravelles@carefirst.com

Brian K. Norman    bkn@snlegal.com

*Attorneys for Law Firm Defendants:*

Alvin I. Frederick, frederick@ewmd.com

Lauren E. Marini, marini@ewmd.com

In addition, I certify that on this same date a copy of the Notice of Appearance has been served on the following additional counsel of record for plaintiff, Carefirst of Maryland, Inc., via United States Mail, postage prepaid:

H. James Koch
Armbrecht Jackson, LLP
63 S. Royal Street, Suite 1300
Mobile, AL  36602

Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, LLC
800 Shades Creek Parkway, Suite 400
Birmingham, AL  35209

        Respectfully submitted

        /s/ Joe R. Whatley, Jr.
        Joe R. Whatley, Jr.
        W. Tucker Brown
        WHATLEY KALLAS, LLC
        2001 Park Place North
        1000 Park Place Tower
        Birmingham, AL 35203
        Tel.: (205) 488-1200
        Fax: (800) 922-4851
        Email: jwhatley@whatleykallas.com
              tbrown@whatleykallas.com

        Edith M. Kallas
        Patrick J. Sheehan
        WHATLEY KALLAS, LLC
        380 Madison Avenue, 23rd Floor
        New York, NY 10017
        Tel:  (212) 447-7060
        Fax:  (800) 922-4851
        Email: ekallas@whatleykallas.com
              psheehan@whatleykallas.com

        Deborah J. Winegard
        WHATLEY KALLAS, LLC
        1068 Virginia Ave, NE
        Atlanta, GA 30306
        Tel:  (404) 607-8222
        Fax:  (404) 607-8451
        Email: dwinegard@whatleykallas.com

Mark J. Murphy
MOONEY GREEN SAINDON
 MURPHY & WELCH, P.C.
1920 L Street NW, Suite 400
Washington, DC 20036
(202) 783-0010 tel.
(202) 783-6088 fax
Email: mmurphy@mooneygreen.com

*Attorneys for Defendants Surgical Center Development, Inc. d/b/a SurgCenter Development; Advanced Surgery Center of Bethesda, LLC; Bethesda Chevy Chase Surgery Center, LLC; Deer Pointe Surgical Center, LLC; Hagerstown Surgery Center, LLC; Leonardtown Surgery Center, LLC; Maple Lawn Surgery Center, LLC; Piccard Surgery Center, LLC; Riva Road SurgCenter, LLC; SurgCenter of Bel Air, LLC; SurgCenter of Glen Burnie, LLC; SurgCenter of Greenbelt, LLC; SurgCenter at National Harbor, LLC; SurgCenter of Silver Spring, LLC; SurgCenter of Southern Maryland, LLC; SurgCenter of Western Maryland, LLC; SurgCenter of White Marsh, LLC; Timonium Surgery Center, LLC; and Westminster Surgery Center, LLC*