# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. **2406** & TITLE - IN RE: **Blue Cross Blue Shield Antitrust Litigation**

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Carefirst of Maryland, Inc. v. WhatleyKallas, LLC, et al., USDC MD, 8:13-cv-01104-RWT

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for **See Attached List**, (attach list if necessary) certifies that **each** party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ **Each** party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/Joe R. Whatley, Jr.                                  Whatley Kallas, LLC
_____          _____
Signature of Attorney                                     Name of Firm

2001 Park Place Tower, Suite 1000              Birmingham, AL  35203
_____          _____
Address                                                         City/State/Zip Code

Date  May 16, 2013

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Dusclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion or Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

## CORPORATE DISCLOSURE STATEMENT ATTACHMENT

*Carefirst of Maryland, Inc. v. WhatleyKallas, LLC, et al.*
USDC MD, 8:13-cv-01104-RWT

**Joe R. Whatley, Jr. represents the following Defendants:**

Surgical Center Development, Inc., d/b/a SurgCenter Development

Advanced Surgery Center of Bethesda, LLC

Bethesda Chevy Chase Surgery Center, LLC

Deer Pointe Surgical Center, LLC

Hagerstown Surgery Center, LLC

Leonardtown Surgery Center, LLC

Maple Lawn Surgery Center, LLC

Piccard Surgery Center, LLC

Riva Road SurgCenter, LLC

SurgCenter of Bel Air, LLC

SurgCenter of Glen Burnie, LLC

SurgCenter of Greenbelt, LLC

SurgCenter at National Harbor, LLC

SurgCenter of Silver Spring, LLC

SurgCenter of Southern Maryland, LLC

SurgCenter of Western Maryland, LLC

SurgCenter of White Marsh, LLC

Timonium Surgery Center, LLC

Westminster Surgery Center, LLC