## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| | ) | |
| IN RE:  BLUE CROSS BLUE SHIELD | ) | |
| ANTITRUST LITIGATION | ) | MDL No.:  2406 |
| | ) | |
| | ) | |
| CAREFIRST OF MARYLAND, INC. | ) | |
| | ) | |
| v. | ) | MD/8:13-cv-1104 |
| | ) | |
| WHATLEYKALLAS, LLC, et al., | ) | |
| | ) | |

## PROOF OF SERVICE

I hereby certify that on this the 16th day of May, 2013, a copy of the foregoing Corporate Disclosure Statement was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system which will send electronic notification of this filing to all parties of record which include the following:

*Attorneys for Plaintiff Carefirst of Maryland, Inc.:*

Patrick P. de Gravelles, patrick.degravelles@carefirst.com

Brian K. Norman, bkn@snlegal.com

*Attorneys for Law Firm Defendants:*

Alvin I Frederick, frederick@ewmd.com

Lauren E. Marini, marini@ewmd.com

In addition, I certify that on this same date a copy of the Corporate Disclosure Statement has been served on the following additional counsel of record for plaintiff, Carefirst of Maryland, Inc., via United States Mail, postage prepaid:

H. James Koch
Armbrecht Jackson, LLP
63 S. Royal Street, Suite 1300
Mobile, AL  36602

Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, LLC
800 Shades Creek Parkway, Suite 400
Birmingham, AL  35209

Respectfully submitted

*/s/ Joe R. Whatley, Jr.*
Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLC
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel.: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
       tbrown@whatleykallas.com

Edith M. Kallas
Patrick J. Sheehan
WHATLEY KALLAS, LLC
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel:  (212) 447-7060
Fax:  (800) 922-4851
Email: ekallas@whatleykallas.com
       psheehan@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLC
1068 Virginia Ave, NE
Atlanta, GA 30306
Tel:  (404) 607-8222
Fax:  (404) 607-8451
Email: dwinegard@whatleykallas.com

Mark J. Murphy
MOONEY GREEN SAINDON
 MURPHY & WELCH, P.C.
1920 L Street NW, Suite 400
Washington, DC 20036
(202) 783-0010 tel.
(202) 783-6088 fax
Email: mmurphy@mooneygreen.com

*Attorneys for Defendants Surgical Center
Development, Inc. d/b/a SurgCenter Development;
Advanced Surgery Center of Bethesda, LLC;
Bethesda Chevy Chase Surgery Center, LLC; Deer
Pointe Surgical Center, LLC; Hagerstown Surgery
Center, LLC; Leonardtown Surgery Center, LLC;
Maple Lawn Surgery Center, LLC; Piccard Surgery
Center, LLC; Riva Road SurgCenter, LLC;
SurgCenter of Bel Air, LLC; SurgCenter of Glen
Burnie, LLC; SurgCenter of Greenbelt, LLC;
SurgCenter at National Harbor, LLC; SurgCenter
of Silver Spring, LLC; SurgCenter of Southern
Maryland, LLC; SurgCenter of Western Maryland,
LLC; SurgCenter of White Marsh, LLC; Timonium
Surgery Center, LLC; and Westminster Surgery
Center, LLC*