# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406 & TITLE - IN RE: Blue Cross Blue Shield Antitrust Litigation

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Plaintiff CareFirst of Maryland, Inc.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

CareFirst of Maryland, Inc. v. WhatleyKallas, LLC, et al., D. Maryland, C.A. No. 8:13-cv-01104-RWT

****************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| May 16, 2013 | s/Brian K. Norman |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Brian K. Norman

Telephone No.: 214-987-1745     Fax No.: 214-521-9033

Email Address: bkn@snlegal.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

_____
                                          )
IN RE:  BLUE CROSS BLUE SHIELD            )
ANTITRUST LITIGATION                      )     MDL No.:  2406
_____       )

CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of May, 2013, a copy of the foregoing Notice of Appearance was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system which will send notice of electronic filing to all parties of record, and sent to the following parties by the method indicated:

**Via CM/ECF Electronic Service:**

*Attorneys for Law Firm Defendants:*

Alvin I. Frederick
Lauren E. Marini
Eccleston and Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076
Tel: (410) 752-7474
Fax: (410) 752-0611

*Attorneys for All Other Defendants:*

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLC
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
          tbrown@whatleykallas.com
Edith M. Kallas
Patrick J. Sheehan

WHATLEY KALLAS, LLC
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851
Email: ekallas@whatleykallas.com
      psheehan@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLC
1068 Virginia Ave, NE
Atlanta, GA 30306
Tel: (404) 607-8222
Fax: (404) 607-8451
Email: dwinegard@whatleykallas.com

Mark J. Murphy
Mooney, Green, Saindon, Murphy
 & Welch, P.C.
1920 L Street NW, Suite 400
Washington, D.C. 20036
Tel: (202) 738-0010
Fax: (202) 783-6088
Email: mmurphy@mooneygreen.com

    Respectfully submitted,

    /s/ Brian K. Norman
    Brian K. Norman
    Shamoun & Norman, LLP
    1755 Wittington Place, Suite 200, LB 25
    Dallas, TX 75234
    Tel: 214.987.1745
    bkn@snlegal.com

    ATTORNEY FOR CAREFIRST OF MARYLAND, INC.

    H. James Koch
    ARMBRECHT JACKSON LLP
    63 S. Royal Street, Suite 1300
    Mobile, AL 36602
    Tel: 251.405.1300
    hjk@ajlaw.com

    ATTORNEY FOR CAREFIRST OF MARYLAND, INC.