# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406 & TITLE - IN RE: Blue Cross Blue Shield Antitrust Litigation

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

CareFirst of Maryland, Inc. v. WhatleyKallas, LLC, et al., D. Maryland, C.A. No. 8:13-cv-01104-RWT

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for CareFirst of Maryland, Inc. , (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑ This party's parent corporation(s) are listed below:

CareFirst, Inc.

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☐ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

s/Brian K. Norman                                Shamoun & Norman, LLP
_____                  _____
Signature of Attorney                            Name of Firm

1755 Wittington Place, Suite 200, LB 25          Dallas, Texas 75234
_____                  _____
Address                                          City/State/Zip Code

Date  May 16, 2013

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion or Brief to Vacate CTO.)
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

_____
                                    )
IN RE:  BLUE CROSS BLUE SHIELD      )
ANTITRUST LITIGATION                )   MDL No.:  2406
_____ )

CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of May, 2013, a copy of the foregoing Corporate Disclosure Statement was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system which will send notice of electronic filing to all parties of record, and sent to the following parties by the method indicated:

**Via CM/ECF Electronic Service:**

*Attorneys for Law Firm Defendants:*

Alvin I. Frederick
Lauren E. Marini
Eccleston and Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076
Tel: (410) 752-7474
Fax: (410) 752-0611

*Attorneys for All Other Defendants:*

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLC
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
         tbrown@whatleykallas.com
Edith M. Kallas
Patrick J. Sheehan

WHATLEY KALLAS, LLC
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851
Email: ekallas@whatleykallas.com
       psheehan@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLC
1068 Virginia Ave, NE
Atlanta, GA 30306
Tel: (404) 607-8222
Fax: (404) 607-8451
Email: dwinegard@whatleykallas.com

Mark J. Murphy
Mooney, Green, Saindon, Murphy
 & Welch, P.C.
1920 L Street NW, Suite 400
Washington, D.C. 20036
Tel: (202) 738-0010
Fax: (202) 783-6088
Email: mmurphy@mooneygreen.com

Respectfully submitted,

/s/ Brian K. Norman
Brian K. Norman
Shamoun & Norman, LLP
1755 Wittington Place, Suite 200, LB 25
Dallas, TX 75234
Tel:  214.987.1745
bkn@snlegal.com

ATTORNEY FOR CAREFIRST OF MARYLAND, INC.


H. James Koch
ARMBRECHT JACKSON LLP
63 S. Royal Street, Suite 1300
Mobile, AL 36602
Tel:  251.405.1300
hjk@ajlaw.com

ATTORNEY FOR CAREFIRST OF MARYLAND, INC.