## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

_____
                                            )
IN RE:  BLUE CROSS BLUE SHIELD              )
ANTITRUST LITIGATION                        )       MDL No.:  2406
_____)

### CAREFIRST'S UNOPPOSED MOTION FOR EXTENSION
### OF TIME TO FILE MOTION TO VACATE

CareFirst of Maryland, Inc. ("Plaintiff"), by and through the undersigned counsel, submits this Motion for Extension of Time to File its Motion to Vacate regarding the action referenced on the attached schedule of actions.

On May 16, 2013, the undersigned counsel received electronic correspondence from counsel for Defendants in the action referenced on the attached schedule of actions indicating that resolution of certain issues related to the transfer of that action into MDL No. 2406 may be imminent.  The undersigned counsel has conferred with counsel for Defendants, and counsel for all parties are in agreement that an extension of time for Plaintiff to file its Motion to Vacate will allow the parties time to potentially reach a resolution that will eliminate the need for the Panel to hear Plaintiff's Motion to Vacate.  Counsel for Defendants do not oppose this Motion. Accordingly, Plaintiff respectfully requests this court grant this Motion for Extension of Time, and extend the deadline for Plaintiff to file its motion to vacate until May 28, 2013.

Respectfully submitted,


/s/ Brian K. Norman
Brian K. Norman
Shamoun & Norman, LLP
1755 Wittington Place, Suite 200, LB 25
Dallas, TX 75234
Tel:  214.987.1745
bkn@snlegal.com

ATTORNEY FOR CAREFIRST OF
MARYLAND, INC.

H. James Koch
ARMBRECHT JACKSON LLP
63 S. Royal Street, Suite 1300
Mobile, AL 36602
Tel:  251.405.1300
hjk@ajlaw.com

ATTORNEY FOR CAREFIRST OF
MARYLAND, INC.

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| _____ ) | |
| IN RE:  BLUE CROSS BLUE SHIELD ) | |
| ANTITRUST LITIGATION ) | MDL No.:  2406 |
| _____ ) | |

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br><br>CareFirst of Maryland, Inc.<br><br>**Defendants:**<br><br>WhatleyKallas, LLC<br><br>Mooney, Green, Saindon, Murphy & Welch, P.C.<br><br>Surgical Center Development, Inc., d/b/a Surgcenter Development<br><br>Advanced Surgery Center of Bethesda, LLC<br><br>Bethesda Chevy Chase Surgery Center, LLC<br><br>Deer Point Surgical Center, LLC<br><br>Hagerstown Surgery Center, LLC<br><br>Leonardtown Surgery Center, LLC<br><br>Maple Lawn Surgery Center, LLC<br><br>Piccard Surgery Center, LLC<br><br>Riva Road Surgcenter, LLC<br><br>SurgCenter of Bel Air, LLC | District of Maryland | 8:13-cv-01104-RWT | Roger W. Titus |

| | | | |
|---|---|---|---|
| Surgcenter of Glen Burnie, LLC | | | |
| Surgcenter of Greenbelt, LLC | | | |
| Surgcenter at National Harbor, LLC | | | |
| Surgcenter of Silver Spring, LLC | | | |
| Surgcenter of Southern Maryland, LLC | | | |
| Surgcenter of Western Maryland, LLC | | | |
| Surgcenter of White Marsh, LLC | | | |
| Timonium Surgery Center, LLC | | | |
| Westminster Surgery Center, LLC | | | |

Respectfully submitted,


/s/ Brian K. Norman
Brian K. Norman
Shamoun & Norman, LLP
1755 Wittington Place, Suite 200, LB 25
Dallas, TX 75234
Tel:  214.987.1745
bkn@snlegal.com

ATTORNEY FOR CAREFIRST OF
MARYLAND, INC.


H. James Koch
ARMBRECHT JACKSON LLP
63 S. Royal Street, Suite 1300
Mobile, AL 36602
Tel:  251.405.1300
hjk@ajlaw.com

ATTORNEY FOR CAREFIRST OF
MARYLAND, INC.

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

_____
                                        )
IN RE:  BLUE CROSS BLUE SHIELD          )
ANTITRUST LITIGATION                    )        MDL No.:  2406
_____ )

### CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of May, 2013, a copy of the foregoing Motion

for Extension of Time was electronically filed with the Judicial Panel on Multidistrict Litigation

by using the CM/ECF system which will send notice of electronic filing to all parties of record,

filed with the clerk of the transferor court, and sent to the following parties by the method

indicated:

**Via CM/ECF Electronic Service:**

*Attorneys for Law Firm Defendants:*

Alvin I. Frederick
Lauren E. Marini
Eccleston and Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076
Tel: (410) 752-7474
Fax: (410) 752-0611

*Attorneys for All Other Defendants:*

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLC
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
        tbrown@whatleykallas.com

Edith M. Kallas
Patrick J. Sheehan
WHATLEY KALLAS, LLC
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851
Email: ekallas@whatleykallas.com
         psheehan@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLC
1068 Virginia Ave, NE
Atlanta, GA30306
Tel: (404) 607-8222
Fax: (404) 607-8451
Email: dwinegard@whatleykallas.com

Mark J. Murphy
Mooney, Green, Saindon, Murphy
 & Welch, P.C.
1920 L Street NW, Suite 400
Washington, D.C. 20036
Tel: (202) 738-0010
Fax: (202) 783-6088
Email: mmurphy@mooneygreen.com

Respectfully submitted,


/s/ Brian K. Norman
Brian K. Norman
Shamoun & Norman, LLP
1755 Wittington Place, Suite 200, LB 25
Dallas, TX 75234
Tel:  214.987.1745
bkn@snlegal.com

ATTORNEY FOR CAREFIRST OF
MARYLAND, INC.
H. James Koch
ARMBRECHT JACKSON LLP
63 S. Royal Street, Suite 1300
Mobile, AL 36602
Tel:  251.405.1300
hjk@ajlaw.com

ATTORNEY FOR CAREFIRST OF
MARYLAND, INC.