# Exhibit 1

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* Blue Cross Blue Shield Antitrust Litigation. | MDL No. 2406 |

## SCHEDULE OF RELATED ACTION

David J. Zott, P.C.
David.Zott@kirkland.com
Daniel E. Laytin, P.C.
Daniel.Laytin@kirkland.com
Ian R. Conner
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200

May 22, 2013

### SCHEDULE OF ACTIONS

| **Case Captions** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|
| **Plaintiffs:**<br>Beth Richardson LLC<br>Nancy Thomas | U.S. District Court,<br>District of Rhode Island | 1:13-cv-00360-S-LDA | Judge William E. Smith |
| **Defendants:**<br>Blue Cross & Blue Shield of Rhode Island<br>Blue Cross and Blue Shield Association | | | |

Submitted, this the 22nd day of May, 2013

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200