# Exhibit 2

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and a copy will be sent via overnight mail to the following:

Patrick James Quinlan, Esquire
quinlaw@verizon.net
LAW OFFICES OF PATRICK J. QUINLAN
243 North Main Street
Providence, RI 02903
Tel: (401) 272-5300
Fax: (401) 223-1401

*Attorneys for Plaintiffs Beth Richardson and Nancy Thomas*

Benjamin J. Sweet
Edwin J. Kilpela, Jr.
DEL SOLE CAVANAUGH STROYD LLC
200 First Avenue, Suite 300
Pittsburgh, PA 15222
Tel: (412) 261-2393
Fax: (412) 261-2110

*Attorneys for Plaintiffs Beth Richardson and Nancy Thomas*

Robert Weiser
Brett Stecker
Christopher Nelson
James Ficaro
THE WEISER ALW FIRM, P.C.,
22 Cassatt Avenue
Berwyn, PA 19312
Tel: (610) 225-0206
Fax: (610) 408-8206

*Attorneys for Plaintiffs Beth Richardson and Nancy Thomas*

William Isaacson
Tanya Chutkan
Hamish Hume
Kathleen Kiernan
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Tel:  (202) 237-2727
Fax:  (202) 237-6131

*Attorneys for Plaintiffs Beth Richardson and Nancy Thomas*

Blue Cross & Blue Shield of Rhode Island
500 Exchange Street
Providence, RI 02903

*Defendants*

– 2 –

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200