# Exhibit 2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and a copy will be sent via overnight mail to the following:

| | |
|---|---|
| David Stone<br>David Harrison<br>Jason Spiro<br>dstone@stonemagnalaw.com<br>dharrison@stonemagnalaw.com<br>jspiro@stonemagnalaw.com<br>STONE & MAGNANINI LLP<br>150 JFK Parkway<br>Short Hills, NJ 07078<br>Tel:  (973) 218-1111<br>Fax:  (973) 218-1106<br><br>*Attorneys for Plaintiffs* | Andrew M. Stone<br>astone@stone-law.firm.com<br>STONE LAW FIRM, LLC<br>437 Grant Street, Suite 1806<br>Pittsburgh, PA 15219<br>Tel: (412) 391-2005<br>Fax: (412) 391-0853<br><br>*Attorney for Plaintiffs* |
| Arthur H. Stroyd, Jr.<br>Steven J. Del Sole<br>Patrick K. Cavanaugh<br>Benjamin J. Sweet<br>Edwin J. Kilpela, Jr.<br>astroyd@dscslaw.com<br>sdelsoe@dscslaw.com<br>pcavanaugh@dscslaw.com<br>bsweet@dscslaw.com<br>ekilpela@dscslaw.com<br>DEL SOLE CAVANAUGH STROYD LLC<br>200 1st Avenue, Suite 300<br>Pittsburgh, PA 15222<br>Tel:  (412) 261-2393<br>Fax:  (412) 261-2110<br><br>*Attorneys for Plaintiffs* | William A. Isaacson<br>Tanya Chutkan<br>Hamish P.M. Hume<br>Kathleen Kiernan<br>wisaacson@bsfllp.com<br>tchutkan@bsfllp.com<br>hhume@bsfllp.com<br>kkiernan@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue NW, Suite 800<br>Washington, DC 20015<br>Tel:  (202) 237-2727<br>Fax:  (202) 237-6131<br><br>*Attorneys for Plaintiffs* |

− 2 −

| | |
|---|---|
| Scott M. Hare<br>scott@scottlawpgh.com<br>437 Grant Street, Suite 1806<br>Pittsburgh, PA 15219<br>Tel: (412) 338-8632<br>Fax: (412) 338-6611<br><br>*Attorney for Plaintiffs* | Highmark Inc.<br>Fifth Avenue Place<br>120 Fifth Avenue<br>Pittsburgh, PA 15222-3099<br><br>*Defendant* |
| Hospital Service Assoc. of Northeastern PA<br>d/b/a Blue Cross of Northeastern PA<br>19 North Main Street<br>Wilkes-Barre, PA 18711<br><br>*Defendant* | Independence Blue Cross<br>1901 Market Street<br>Philadelphia, PA 19103<br><br>*Defendant* |

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200