## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE:  BLUE CROSS BLUE SHIELD | ) |  |
| ANTITRUST LITIGATION | ) | MDL No.:  2406 |
|  | ) |  |

### NOTICE THAT ACTION IS NO LONGER PENDING IN THE TRANSFEROR COURT

CareFirst of Maryland, Inc., through the undersigned counsel, pursuant to Rule 7.1(g) of

the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby gives notice to the

Panel that the action styled *CareFirst of Maryland, Inc. v. WhatleyKallas, LLC, et al.*, D.

Maryland, C.A. No. 8:13-cv-01104-RWT, the subject of Conditional Transfer Order Number 11,

has been dismissed without prejudice and is no longer pending in the transferor court.

Respectfully submitted,

/s/ Brian K. Norman
Brian K. Norman
Shamoun & Norman, LLP
1755 Wittington Place, Suite 200, LB 25
Dallas, TX 75234
Tel:  214.987.1745
bkn@snlegal.com

ATTORNEY FOR CAREFIRST OF
MARYLAND, INC.

H. James Koch
ARMBRECHT JACKSON LLP
63 S. Royal Street, Suite 1300
Mobile, AL 36602
Tel:  251.405.1300
hjk@ajlaw.com

ATTORNEY FOR CAREFIRST OF
MARYLAND, INC.

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| _____ | ) |
| IN RE:  BLUE CROSS BLUE SHIELD | ) |
| ANTITRUST LITIGATION | )     MDL No.:  2406 |
| _____ | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of May, 2013, a copy of the foregoing document

was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF

system which will send notice of electronic filing to all parties of record, forwarded to the

transferor court, and sent to the following parties by the method indicated:

**Via CM/ECF Electronic Service:**

_Attorneys for Law Firm Defendants:_

Alvin I. Frederick
Lauren E. Marini
Eccleston and Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076
Tel: (410) 752-7474
Fax: (410) 752-0611

_Attorneys for All Other Defendants:_

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLC
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
        tbrown@whatleykallas.com
Edith M. Kallas
Patrick J. Sheehan

WHATLEY KALLAS, LLC
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851
Email: ekallas@whatleykallas.com
        psheehan@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLC
1068 Virginia Ave, NE
Atlanta, GA30306
Tel: (404) 607-8222
Fax: (404) 607-8451
Email: dwinegard@whatleykallas.com

Mark J. Murphy
Mooney, Green, Saindon, Murphy
 & Welch, P.C.
1920 L Street NW, Suite 400
Washington, D.C. 20036
Tel: (202) 738-0010
Fax: (202) 783-6088
Email: mmurphy@mooneygreen.com

Respectfully submitted,


/s/ Brian K. Norman
Brian K. Norman
Shamoun & Norman, LLP
1755 Wittington Place, Suite 200, LB 25
Dallas, TX 75234
Tel:  214.987.1745
bkn@snlegal.com

ATTORNEY FOR CAREFIRST OF
MARYLAND, INC.

H. James Koch
ARMBRECHT JACKSON LLP
63 S. Royal Street, Suite 1300
Mobile, AL 36602
Tel:  251.405.1300
hjk@ajlaw.com

ATTORNEY FOR CAREFIRST OF
MARYLAND, INC.