Case MDL No. 2406   Document 234   Filed 05/31/13   Page 1 of 1
Case 8:13-cv-01104-RWT   Document 29   Filed 05/30/13   Page 1 of 1
Case 8:13-cv-01104-RWT   Document 28   Filed 05/28/13   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| CAREFIRST OF MARYLAND, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 8:13-cv-01104-RWT |
| ) | |
| v. ) | |
| ) | |
| WHATLEYKALLAS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff CareFirst of Maryland, Inc. ("CareFirst"), through the undersigned counsel, hereby gives Notice that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), CareFirst is voluntarily dismissing the above captioned matter.

May 28, 2013

Respectfully submitted,

_____/s/_____
Patrick P. de Gravelles, Bar No. 29245
CareFirst BlueCross BlueShield
Litigation General Counsel
840 First St., NE
DC12-08
Washington, DC   20065
202-680-7457 (voice)
202-680-7620 (fax)
*Attorney for Plaintiff CareFirst of Maryland, Inc.*

"APPROVED" THIS 30 DAY
of May, 2013

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE