UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION

| | | |
|---|---|---|
| Carefirst of Maryland, Inc. v. WhatleyKallas, LLC et al., ) | | |
| D. Maryland, C.A. No. 8:13–01104 ) | | MDL No. 2406 |

ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Carefirst*) on April 25, 2013.  Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Carefirst* filed a notice of opposition to the proposed transfer. The Panel has now been informed that, pursuant a notice of voluntary dismissal, this action was dismissed by the Honorable Rogert W. Titus, in an order filed on May 30, 2013.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-11" filed on April 25, 2013, is VACATED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel