BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re* Blue Cross Blue Shield Antitrust Litigation. | MDL No. 2406 |

## NOTICE OF POTENTIAL TAG-ALONG

To:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      Thurgood Marshall Federal Judiciary Building
      One Columbus Circle, N.E.
      Room G-255, North Lobby
      Washington, D.C. 20002-8004

According, to JPML Rule 7.1(a), defendant Blue Cross & Blue Shield Association gives notice that *Frank Curtis v. Usable Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield*, No. 4:13-cv-00343-SWW, the case listed in the accompanying Schedule of Related Action, is a tag-along action under Rule 1.1(h) that relates to *In re Blue Cross Blue Shield Antitrust Litigation*, MDL 2406. The action identified on the accompanying Schedule has come to the defendant's attention as a tag-along action.

The suit, like the several related actions filed before it, alleges that BCBSA's license agreements amount to an allocation among the Blue Plans of the commercial-healthcare-insurance market in violation of antitrust laws. Thus, this case is appropriate for centralization along with the other related cases. A courtesy copy of the complaint and docket sheet for the related action identified in the schedule is likewise attached.

– 2 –

/s/ Daniel E. Laytin

*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200