# EXHIBIT 2

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and a copy will be sent via overnight mail to the following:

**John Doyle Nalley**
Lovell, Nalley & Ford
Post Office Box 606
Benton, AR 72015-0606
(501) 315-7491
johndoylenalley@hotmail.com

*Attorney for Plaintiffs*

**USAble Mutual Insurance Company**
d/b/a Arkansas Blue Cross and Blue Shield
601 Gaines Street
Little Rock, AR 72201

*Defendant*

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200