# EXHIBIT 2

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and a copy will be sent via overnight mail to the following:

| | |
|---|---|
| **Charles Robert Watkins** <br> DONALDSON & GUIN, LLC <br> 300 S. Wacker Drive, Suite 1700 <br> Chicago, IL 60603 <br> (312) 878-8391 <br> charlesw@dglawfirm.com <br><br> *Attorney for Plaintiffs* | **Health Care Service Corporation** <br> d/b/a Blue Cross and Blue Shield of Illinois <br> 801 Adlai Stevenson Drive <br> Springfield, IL 62703 <br><br> *Defendant* |

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200