**CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2013, the Notice of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        s/ Kenina J. Lee

                                        Kenina J. Lee, Esq.
                                        Axinn Veltrop & Harkrider, LLP
                                        950 F Street, NW
                                        Washington, DC 20004
                                        TEL:   (202) 912-4700
                                        FAX:  (202) 912-4701
                                        kjl@avhlaw.com

                                        *Attorney for Defendant Independence Blue Cross*