## AMENDED CERTIFICATE OF SERVICE

     I hereby certify that on July 1, 2013, the Notice of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and via U.S. mail on July 2, 2013 to the following parties:

     Blue Cross and Blue Shield of Rhode Island
     500 Exchange Street
     Providence, RI 02903

     Blue Cross and Blue Shield of Vermont
     P.O. Box 186
     Montpelier, VT 05601

     Blue Cross of Northeastern Pennsylvania
     70 North Main Street
     Wilkes-Barre, PA 18711

     Highmark Blue Cross, Blue Shield of West Virginia
     P.O. Box 7026
     Wheeling, WV 26003

     Highmark Inc.
     Fifth Ave Place
     120 Fifth Ave.
     Pittsburg, PA 15222-3099

     s/ Kenina J. Lee
     _____

     Kenina J. Lee, Esq.
     Axinn Veltrop & Harkrider, LLP
     950 F Street, NW
     Washington, DC 20004
     TEL:  (202) 912-4700
     FAX:  (202) 912-4701
     kjl@avhlaw.com

     *Attorney for Defendant Independence Blue Cross*