BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDSTRICT LITIGATION

In re Blue Cross Blue Shield Antitrust Litigation  　　　　　No. 2406

## NOTICE OF RELATED ACTION

To:  Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

Pursuant to Rule 7.1(a), defendant Blue Cross & Blue Shield of Rhode Island hereby gives notice of the filing of the following related action in the United States District Court for the District of Rhode Island: *Steward Health Care System LLC, et al. v. Blue Cross & Blue Shield of Rhode Island*, No. 1:13-cv-00405. A Schedule of Related Action accompanies this filing.

This related action, like the consolidated provider complaint in *In re Blue Cross Blue Shield Antitrust Litigation*, No. 2406, alleges that Blue Cross & Blue Shield of Rhode Island has market power and allegedly has engaged in conduct involving exclusive service areas and the BlueCard program to depress provider reimbursement rates in violation of the Sherman Act. Thus, this related action is appropriate for centralization along with the other related cases.

The complaint, which was filed on June 4, 2013, is attached as Exhibit A along with the docket.

Dated: July 15, 2013                                     Respectfully submitted,


/s/ Emily M. Yinger
Emily M. Yinger
N. Thomas Connally
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive
McLean, VA 22102
Tel: (703) 610-6100
Fax: (703) 610-6200
emily.yinger@hoganlovells.com
tom.connally@hoganlovells.com

*Attorneys for Defendant Blue Cross & Blue Shield of Rhode Island*

\\NORTHVA - 065430/000004 - 576389 v1