BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDSTRICT LITIGATION

In re Blue Cross Blue Shield Antitrust Litigation            No. 2406

SCHEDULE OF RELATED ACTION

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Steward Health Care System LLC;<br>Blackstone Medical Center, Inc., f/k/a Steward Medical Holding Subsidiary Four, Inc.;<br>Blackstone Rehabilitation Hospital Inc., f/k/a Steward Medical Holding Subsidiary Four Rehab, Inc.<br><br>**Defendants:**<br>Blue Cross & Blue Shield of Rhode Island | United States District Court for the District of Rhode Island | No. 1:13-cv-00405 | William E. Smith |

Dated: July 15, 2013

Respectfully submitted,

/s/ Emily M. Yinger
Emily M. Yinger
N. Thomas Connally
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive
McLean, VA 22102
Tel: (703) 610-6100
Fax: (703) 610-6200
emily.yinger@hoganlovells.com
tom.connally@hoganlovells.com

*Attorneys for Defendant Blue Cross & Blue Shield of Rhode Island*