## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 15th day of July, 2013, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and a copy will be sent via overnight mail to the following attorneys for plaintiffs in the noticed related action:

| | |
|---|---|
| Robert C. Corrente, Esq. | Brendan V. Sullivan, Jr., Esq. |
| Thomas Reith, Esq. | Steven R. Kuney, Esq. |
| Burns & Levinson LLP | Kevin Hardy, Esq. |
| One Citizens Plaza, Suite 1100 | Williams & Connolly LLP |
| Providence, RI 02903 | 725 12th Street, N.W. |
| rcorrente@burnslev.com | Washington, DC 20005 |
| treith@burnslev.com | bsullivan@wc.com |
| | skuney@wc.com |
| | khardy@wc.com |

*Attorneys for Steward Health Care System LLC; Blackstone Medical Center, Inc., f/k/a Steward Medical Holding Subsidiary Four, Inc.; Blackstone Rehabilitation Hospital Inc., f/k/a Steward Medical Holding Subsidiary Four Rehab, Inc.*

/s/ Emily M. Yinger
Emily M. Yinger
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive
McLean, VA 22102
Tel: (703) 610-6100
Fax: (703) 610-6200
emily.yinger@hoganlovells.com

*Attorneys for Defendant Blue Cross & Blue Shield of Rhode Island*