BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDSTRICT LITIGATION

In re Blue Cross Blue Shield Antitrust Litigation         No. 2406

## NOTICE OF RELATED ACTION

To:    Clerk of the Panel
        Judicial Panel on Multidistrict Litigation
        Thurgood Marshall Federal Judiciary Building
        One Columbus Circle, N.E.
        Room G-255, North Lobby
        Washington, D.C. 20002-8004

Pursuant to Rule 7.1(a), defendant Anthem, Inc. (formerly WellPoint, Inc. d/b/a Anthem Insurance Companies, Inc.) hereby gives notice of the filing of the following related action in the United States District Court for the Southern District of Indiana: *Ryan Ray v. WellPoint, Inc. d/b/a Anthem Insurance Companies, Inc.*, No. 1:14-cv-02026. A Schedule of Related Action accompanies this filing.

This related action, like the consolidated subscriber complaint in *In re Blue Cross Blue Shield Antitrust Litigation*, No. 2406, alleges that BCBSA's license agreements are the product of a conspiracy among the BCBSA and 38 health plans around the country to restrain trade by allocating commercial-healthcare-insurance markets in violation of antitrust laws. Thus, this related action is appropriate for centralization along with the other related cases.

The complaint, which was filed on December 10, 2014, is attached as Exhibit A.

Dated: December 19, 2014                                     Respectfully submitted,

/s/ Craig A. Hoover
Craig A. Hoover
E. Desmond Hogan
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, District of Columbia 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com

*Attorneys for Defendant Anthem, Inc. (formerly WellPoint, Inc. d/b/a Anthem Insurance Companies, Inc.)*