**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDSTRICT LITIGATION**

In re Blue Cross Blue Shield Antitrust Litigation              No. 2406

**SCHEDULE OF RELATED ACTION**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs**:<br>Ryan Ray; Trent Kelso<br><br>**Defendants**:<br>WellPoint, Inc. d/b/a Anthem Insurance Companies, Inc. | United States District Court for the Southern District of Indiana | 1:14-cv-02026 | Judge William T. Lawrence |

Dated: December 19, 2014                                Respectfully submitted,

/s/ Craig A. Hoover
Craig A. Hoover
E. Desmond Hogan
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, District of Columbia 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com

*Attorneys for Defendant Anthem, Inc.
(formerly WellPoint, Inc. d/b/a Anthem Insurance Companies, Inc.)*