## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 19th day of December, 2014, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and a copy will be sent via overnight mail to the following attorneys for plaintiffs in the noticed related action:

Jonathan C. Little
David Miller
SAEED & LITTLE, LLP
1433 North Meridian Street
Indianapolis, IN 46202

/s/ Craig A. Hoover
Craig A. Hoover
E. Desmond Hogan
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, District of Columbia 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com

*Attorneys for Defendant Anthem, Inc.*
*(formerly WellPoint, Inc. d/b/a Anthem*
*Insurance Companies, Inc.)*