BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re:  BLUE CROSS BLUE SHIELD    )
ANTITRUST LITIGATION              )               MDL No. 2406
                                  )

NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.5(e) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Co-Lead Counsel for the Subscriber Plaintiffs in MDL 2406 write to notify the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

Docket sheets and complaints are attached.

Very truly yours,

/s/ Michael D. Hausfeld
Michael D. Hausfeld
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeld.com

David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8200
dboies@bsfllp.com

*Subscriber Plaintiffs' Co-Lead Counsel*