**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re:  **BLUE CROSS BLUE SHIELD**     )
**ANTITRUST LITIGATION**                          )                          **MDL No. 2406**
                                                )

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

| Exhibit | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Galactic Funk Touring, Inc.; American Electric Motor Services, Inc.; CB Roofing, LLC; Linda Mills; Frank Curtis; Judy Sheridan; Jennifer Ray Davidson; Lawrence W. Cohn, AAL, ALC; Saccoccio & Lopez; Monika Bhuta; Michael E. Stark; G&S Trailer Repair Inc.; Renee E. Allie; John G. Thompson; Harry M. McCumber; Gaston CPA Firm; Jeffrey S. Garner; Erik Barstow; GC/AAA Fences, Inc.; Keith O. Cerven; Teresa M. Cerven; SHGI Corp.; Kathryn Scheller; Iron Gate Technology, Inc.; Nancy Thomas; Pioneer Farm Equipment, Inc.; Danny J. Curlin; Amedius, LLC; and Brett Watts, on behalf of themselves and all | Blue Cross and Blue Shield of Arizona, Inc. | D. Arizona | 2:15-cv-483 | Judge Paul G. Rosenblatt |

| | others similarly situated | | | | |
|---|---|---|---|---|---|
| 2. | Same as above | Blue Cross Blue Shield of Kansas | D. Kansas | 2:15-cv-02662 | Judge John W. Lungstrum |
| 3. | Same as above | HealthNow New York, Inc *d/b/a* BlueCross BlueShield of Western New York and BlueShield of Northeastern New York; and Excellus Blue Cross Blue Shield | W.D. New York | 1:15-cv-234 | Judge Richard J. Arcara |
| 4. | Same as above | Noridian Mutual Insurance Company | D. North Dakota | 3:15-cv-25 | Judge Ralph R. Erickson |
| 5. | Same as above | Capital Blue Cross and Hospital Service Association of Northeastern Pennsylvania | M.D. Pennsylvania | 1:15-cv-534 | Judge Yvette Kane |