**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **In re:  BLUE CROSS BLUE SHIELD** ) | | |
| **ANTITRUST LITIGATION** ) | **MDL No. 2406** | |
| ) | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 20th day of March, 2015, a copy of the foregoing Notice of Potential Tag-Alongs was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Subscriber Plaintiffs, which will send notice of electronic filing to all parties of record.

/s/ Michael D. Hausfeld
Michael D. Hausfeld
Hausfeld LLP
1700 K Street NW
Ste 650
Washington, DC  20006
202-540-7200
mhausfeld@hausfeld.com