**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re:  BLUE CROSS BLUE SHIELD     )
ANTITRUST LITIGATION                      )                                    **MDL No. 2406**
_____)

**SCHEDULE OF ACTIONS**

| Exhibit | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---------|-----------|-----------|----------|-----------------|-------|
| 1. | Galactic Funk Touring, Inc.; American Electric Motor Services, Inc.; CB Roofing, LLC; Linda Mills; Frank Curtis; Judy Sheridan; Jennifer Ray Davidson; Lawrence W. Cohn, AAL, ALC; Saccoccio & Lopez; Monika Bhuta; Michael E. Stark; G&S Trailer Repair Inc.; Renee E. Allie; John G. Thompson; Harry M. McCumber; Gaston CPA Firm; Jeffrey S. Garner; Erik Barstow; GC/AAA Fences, Inc.; Keith O. Cerven; Teresa M. Cerven; SHGI Corp.; Kathryn Scheller; Iron Gate Technology, Inc.; Nancy Thomas; Pioneer Farm Equipment, Inc.; Danny J. Curlin; Amedius, LLC; and Brett Watts, on behalf of themselves and all | Triple S. Salud | D. Puerto Rico | 3:15-cv-01348-CCC | Judge Carmen C. Cerezo |

| | others similarly situated | | | | |
|---|---|---|---|---|---|