BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD  )
ANTITRUST LITIGATION           )   MDL No. 2406
_____ )

## CERTIFICATE OF SERVICE

I, Michael D. Hausfeld, as one of the Co-Lead Counsel of the Subscriber Plaintiff group, hereby certify that on this the 13th day of April, 2015, a copy of the foregoing Notice of Potential Tag-Along was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Subscriber Plaintiffs, which will send notice of electronic filing to all parties of record. The Notice of Potential Tag-Along was also served by electronic mail on the following liaison counsel appointed by the transferee district court:

**PLAINTIFFS' LIAISON COUNSEL; MDL 2406**

Barry Ragsdale
SIROTE & PERMUTT, PC
2311 Highland Ave. South
Birmingham, AL 35205
TEL: 205-930-5114
FAX: 205-212-2933
bragsdale@sirote.com

**DEFENDANTS' LIAISON COUNSEL; MDL 2406**

Kimberly R. West
WALLACE JORDAN RATLIFF & BRANDT, LLC
P.O. Box 530910
Birmingham, AL 35253
TEL: 205-874-0352
FAX: 205-874-3252
kwest@wallacejordan.com

**CAPITAL BLUECROSS**

Robert K. Spotswood
Michael T. Sansbury
Joshua K. Payne
Mary G. Menge
SPOTSWOOD SANSOM & SANSBURY, LLC
One Federal Place
1819 Fifth Avenue North, Suite 1050
Birmingham, AL 35203
TEL: 205-986-3620
FAX: 205-986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com
mmenge@spotswoodllc.com

**BLUE CROSS OF NORTHEASTERN PENNSYLVANIA**

Lezlie Madden
Arthur P. Fritzinger
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
TEL: 215-665-7286
FAX: 215-701-2127
lmadden@cozen.com
afritzinger@cozen.com

**BLUE CROSS BLUE SHIELD OF ARIZONA; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC.; BLUE CROSS BLUE SHIELD OF NORTH DAKOTA; HEALTHNOW NEW YORK INC, dba BLUESHIELD OF NORTHEASTERN NEW YORK and BLUECROSS BLUESHIELD OF WESTERN NEW YORK**

Kathleen Taylor Sooy
Tracy A. Roman
Andrew D. Kaplan
April N. Ross
CROWELL & MORING, LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
TEL: 202-624-2500

FAX: 202-628-5116
ksooy@crowell.com
troman@crowell.com
akaplan@crowell.com
aross@crowell.com

John M. Johnson
Brian P. Kappel
LIGHTFOOT FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
TEL: 205-581-0716
FAX: 205-380-9116
jjohnson@lightfootlaw.com
bkappel@lightfootlaw.com

**EXCELLUS HEALTH PLAN INC., dba EXCELLUS BLUECROSS BLUESHIELD**
Edward S. Bloomberg
PHILLIPS LYTLE, LLP
One Canalside
125 Main Street
Buffalo, New York 14203-2887
TEL: 716-847-7096
FAX: 716-852-6100
ebloomberg@phillipslytle.com

D. Keith Andress
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
420 North 20th Street
1400 Wells Fargo Tower
Birmingham, AL 35203
TEL: 205-250-8367
FAX: 205-488-3767
kandress@bakerdonelson.com

/s/ Michael D. Hausfeld
Michael D. Hausfeld
Hausfeld LLP
1700 K Street NW
Ste 650
Washington, DC  20006
202-540-7200
mhausfeld@hausfeld.com