BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re Blue Cross Blue Shield Antitrust Litigation          No. 2406

**SCHEDULE OF RELATED ACTION**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff**:<br>Recovery Village at Umatilla, L.L.C.<br><br>**Defendants**:<br>Blue Cross and Blue Shield of Florida, Inc., d/b/a Florida Blue, Community Insurance Company, d/b/a Anthem Blue Cross and Blue Shield, Health Care Service Corporation, d/b/a Blue Cross Blue Shield of Illinois, Blue Cross and Blue Shield of North Carolina, Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield, Highmark, Inc., d/b/a Highmark Blue Cross Blue Shield and d/b/a Highmark Blue Shield, Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield of Kansas City | United States District Court for the Southern District of Florida | 0:15-cv-61414-KAM | Judge Kenneth A. Marra |

Dated: July 9, 2015                                  Respectfully submitted,

                                                          /s/ Craig A. Hoover
                                                          Craig A. Hoover
                                                          J. Robert Robertson
                                                          E. Desmond Hogan
                                                          HOGAN LOVELLS US LLP
                                                          Columbia Square

555 Thirteenth Street, NW
Washington, DC 20004
202-637-5600
(fax) 202-637-5910
craig.hoover@hoganlovells.com
robby.robertson@hoganlovells.com
desmond.hogan@hoganlovells.com

Emily M. Yinger
N. Thomas Connally, III
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive, Ninth Floor
McLean, VA 22102
703-610-6100
(fax) 703-610-6200
emily.yinger@hoganlovells.com
tom.connally@hoganlovells.com

*Co-Coordinating Counsel for the Defendants*