BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re Blue Cross Blue Shield Antitrust Litigation                    No. 2406

### CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Notice of Related Action electronically filed with the Clerk of Court using the CM/ECF system on 9th day of July, 2015, which will send notification to all counsel of record and by overnight mail to the following attorneys for plaintiffs in the related action:

Eileen L. Parsons, Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. Second Street, Suite 3000
Miami, FL 33131

Glenn J. Waldman, Esq.
Waldman Trigoboff Hildebrandt Marx & Calnan, P.A.
Broward Financial Centre, Suite 1700
500 East Broward Boulevard
Fort Lauderdale, FL 33394

                              /s/ Craig A. Hoover
                              Craig A. Hoover
                              J. Robert Robertson
                              E. Desmond Hogan
                              HOGAN LOVELLS US LLP
                              Columbia Square
                              555 Thirteenth Street, NW
                              Washington, DC 20004
                              202-637-5600
                              (fax) 202-637-5910
                              craig.hoover@hoganlovells.com
                              robby.robertson@hoganlovells.com
                              desmond.hogan@hoganlovells.com

                              Emily M. Yinger
                              N. Thomas Connally, III
                              HOGAN LOVELLS US LLP
                              Park Place II
                              7930 Jones Branch Drive, Ninth Floor

McLean, VA 22102  
703-610-6100  
(fax) 703-610-6200  
emily.yinger@hoganlovells.com  
tom.connally@hoganlovells.com  

*Co-Coordinating Counsel for the Defendants*