BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD      MDL No. 2406
ANTITRUST LITIGATION

NOTICE OF OPPOSITION (CTO-18)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation Plaintiff, Recovery Village at Umatilla, L.L.C. submits this opposition to conditional transfer order (CTO-18) as it relates to the following case:

**Recovery Village at Umatilla, L.L.C. v. Blue Cross and Blue Shield of Florida, Inc., d/b/a Florida Blue, Community Insurance Company, d/b/a Anthem Blue Cross and Blue Shield, Health Care Service Corporation, d/b/a Blue Cross Blue Shield of Illinois, Blue Cross and Blue Shield of North Carolina, Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield and d/b/a Anthem Blue Cross and Blue Shield in Virginia, Highmark Inc., d/b/a Highmark Blue Cross Blue Shield and d/b/a Highmark Blue Shield, Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield of Kansas City, S.D. Florida, 0:15-cv-61414-KAM.**

Dated this 17th day of July, 2015.

                                       Respectfully submitted,

                                       /s/ Eileen L. Parsons
                                       Eileen L. Parsons
                                       Jeremy L. Kahn
                                       Dale S. Dobuler
                                       Kristen A. Corpion
                                       VER PLOEG & LUMPKIN, P.A.
                                       100 S.E. Second Street, Suite 3000
                                       Miami, FL 33131
                                       Telephone: (305) 577-3996
                                       Fax: (305) 577-3559
                                       eparsons@vpl-law.com
                                       iromero@vpl-law.com
                                       jkahn@vpl-law.com
                                       ddobuler@vpl-law.com
                                       kcorpion@vpl-law.com

                                       Glenn J. Waldman, Esq.
                                       WALDMAN TRIGOBOFF
                                       HILDEBRANDT MARX &

MDL No. 2406

CALNAN, P.A.
Broward Financial Centre, Suite 1700
500 East Broward Boulevard
Fort Lauderdale, FL 33394
Telephone: (954) 467-8600 ext. 102
Facsimile: (954) 467-6222
gwaldman@waldmanlawfirm.com

*Counsel for the Plaintiff*

236268_1

MDL No. 2406

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD  MDL No. 2406
ANTITRUST LITIGATION

## PROOF OF SERVICE

In Compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion and Brief to Vacate CTO-18 were served on all parties in the following cases electronically via ECF on July 17, 2015.

**Blue Cross and Blue Shield of Florida, Inc., d/b/a Florida Blue, et al., S.D. Fla., No. 0:15-cv-61414-KAM**

Allen P. Pegg, Esq.
HOGAN LOVELLS US LLP
600 Brickell Ave., Suite 2700
Miami, FL 33131
Tel: 305-459-6500
Fax: 305-459-6550
Allen.pegg@hoganlovells.com

*Counsel for Community Insurance Company
Anthem Health Plans of Virginia, Inc.
Blue Cross Blue Shield of Florida, Inc.
Blue Cross Blue Shield of North Carolina*

Paul J. Schweip, Esq.
COFFEY BURLINGTON
2601 South Bayshore Drive, Penthouse One
Miami, FL 33133
Tel: 305-858-2900
Fax: 305-858-5261
pschweip@coffeyburlington.com

*Counsel for Blue Cross Blue Shield of Kansas City*

David A. Coulson, Esq.
Courtney B. Green, Esq.
GREENBERG TRAURIG, P.A.
333 SE 2nd Avenue, Suite 4400
Miami, Florida 33131
Tel: 305-579-0500
Fax: 305-579-0717
Coulsond@gtlaw.com
greenco@gtlaw.com
FLService@gtlaw.com

*Counsel for Health Care Service Corp.*

Timothy J. Conner
HOLLAND & KNIGHT LLP
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Tel: 904-353-2000
Fax: 904-358-1872
Timothy.conner@hklaw.com

*Counsel for Highmark, Inc.*

236268_1

Star Turner Drum, Esq.
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Tel: 205-254-1000
Fax: 205-254-1999
sdrum@maynardcooper.com

*Counsel for Blue Cross Blue Shield of Alabama*

OF COUNSEL:

Emily M. Yinger, Esq.
Thomas M. Trucksess, Esq.
HOGAN LOVELLS US LLP
7930 Jones Branch Drive, 9th FL
McLean, VA  22102
Tel: 703-610-6100
Fax: 703-610-6200
Emily.yinger@hoganlovells.com
Thomas.trucksess@hoganlovells.com
*Counsel for Community Insurance Company
Anthem Health Plans of Virginia, Inc.
Blue Cross Blue Shield of Florida, Inc.
Blue Cross Blue Shield of North Carolina*

Kathleen T. Sooy
Tracy A. Roman
April N. Ross
Michael W. Lieberman
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Tel: 202-624-2500
Fax: 202-628-5116
ksooy@crowell.com
troman@crowell.com
aross@crowell.com
mlieberman@crowell.com

*Counsel for Blue Cross Blue Shield of Kansas City*

Carl S. Burkhalter
James L. Priester
John Thomas A. Malatesta, III
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Tel: 205-254-1000
Fax: 205-254-1999
CBurkhalter@maynardcooper.com
jpriester@maynardcooper.com
jmalatesta@maynardcooper.com
*Counsel for Blue Cross Blue Shield of Alabama*

236268_1

Respectfully submitted,

/s/ Eileen L. Parsons
Eileen L. Parsons
Jeremy L. Kahn
Dale S. Dobuler
Kristen A. Corpion
VER PLOEG & LUMPKIN, P.A.
100 S.E. Second Street, Suite 3000
Miami, FL 33131
Telephone: (305) 577-3996
Fax: (305) 577-3559
eparsons@vpl-law.com
iromero@vpl-law.com
jkahn@vpl-law.com
ddobuler@vpl-law.com
kcorpion@vpl-law.com

Glenn J. Waldman, Esq.
WALDMAN TRIGOBOFF
HILDEBRANDT MARX &
CALNAN, P.A.
Broward Financial Centre, Suite 1700
500 East Broward Boulevard
Fort Lauderdale, FL 33394
Telephone: (954) 467-8600 ext. 102
Facsimile: (954) 467-6222
gwaldman@waldmanlawfirm.com

*Counsel for the Plaintiff*