**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: BLUE CROSS BLUE SHIELD                                                   MDL NO. 2406
ANTITRUST LITIGATION

To:  Clerk of the Panel
     United States Judicial Panel on Multidistrict Litigation

Plaintiff, Recovery Village at Umatilla, LLC hereby gives notice of an error in the title of the document noted on its Proof of Service filed with its Notice of Opposition (CTO-18) [Document 267]. Plaintiff hereby submits the attached corrected Proof of Service.

Dated this 17th day of July, 2015.

                                   Respectfully submitted,

                                   /s/ Eileen L. Parsons
                                   Eileen L. Parsons
                                   Jeremy L. Kahn
                                   Dale S. Dobuler
                                   Kristen A. Corpion
                                   Ver Ploeg & Lumpkin, P.A.
                                   100 SE Second Street, Suite 3000
                                   Miami, FL 33131
                                   Telephone: (305) 577-3996
                                   Fax: (305) 577-3559
                                   eparsons@vpl-law.com
                                   iromero@vpl-law.com
                                   jkahn@vpl-law.com
                                   ddobuler@vpl-law.com
                                   kcorpion@vpl-law.com

                                   Glenn J. Waldman, Esq.
                                   Waldman Trigoboff Hildebrandt
                                   Marx & Calnan, P.A.
                                   Broward Financial Center, suite 1700
                                   500 East Broward Boulevard
                                   Ft. Lauderdale, FL 33394
                                   Telephone: (954) 467-8600 ext. 102
                                   Fax: (954) 467-6222
                                   gwaldman@waldmanlawfirm.com