BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | ) ) ) ) ) | **MDL NO. 2406** |

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.5(e) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Co-Lead Counsel for the Provider Plaintiffs in MDL 2406 hereby notify the Panel of the potential tag-along actions listed on the attached Schedule of Actions. Docket sheets and complaints are also attached.

Dated: July 20, 2015                                         Respectfully submitted,

| */s/ Edith M. Kallas* | */s/ Joe R. Whatley, Jr.* |
|---|---|
| Edith M. Kallas | Joe R. Whatley, Jr. |
| WHATLEY KALLAS, LLP | WHATLEY KALLAS, LLP |
| 1180 Avenue of the Americas, 20th Floor | 2001 Park Place North |
| New York, NY 10036 | 1000 Park Place Tower |
| Tel: (212) 447-7060 | Birmingham, AL 35203 |
| Fax: (800) 922-4851 | Tel: (205) 488-1200 |
| Email: ekallas@whatleykallas.com | Fax: (800) 922-4851 |
|  | Email: jwhatley@whatleykallas.com |

*Provider Plaintiffs' Co-Lead Counsel*