BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | ) ) ) ) ) | **MDL NO. 2406** |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.5(e) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Co-Lead Counsel for the Provider Plaintiffs in MDL 2406 hereby notify the Panel of the potential tag-along action listed on the attached Schedule of Actions. The Docket sheet and complaint is also attached.

Dated:  July 21, 2015                                          Respectfully submitted,

*/s/ Edith M. Kallas*                                              */s/ Joe R. Whatley, Jr.*
Edith M. Kallas                                                      Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP                                    WHATLEY KALLAS, LLP
1180 Avenue of the Americas, 20th Floor        2001 Park Place North
New York, NY 10036                                          1000 Park Place Tower
Tel:  (212) 447-7060                                           Birmingham, AL 35203
Fax:  (800) 922-4851                                           Tel:  (205) 488-1200
Email: ekallas@whatleykallas.com                   Fax:  (800) 922-4851
                                                                               Email: jwhatley@whatleykallas.com

*Provider Plaintiffs' Co-Lead Counsel*