**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
|  | ) |  |
| **IN RE: BLUE CROSS BLUE SHIELD** | ) |  |
| **ANTITRUST LITIGATION** | ) | MDL No. 2406 |
|  | ) |  |
|  | ) |  |

**CERTIFICATE OF SERVICE**

I certify that on July 27, 2015, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Craig A. Hoover
Craig A. Hoover
J. Robert Robertson
E. Desmond Hogan
Justin Bernick
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
202-637-5600
(fax) 202-637-5910
craig.hoover@hoganlovells.com
robby.robertson@hoganlovells.com
desmond.hogan@hoganlovells.com
justin.bernick@hoganlovells.com

Emily M. Yinger
N. Thomas Connally, III
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive, Ninth Floor
McLean, VA 22102
Tel: 703-610-6100
Fax: 703-610-6200
emily.yinger@hoganlovells.com
tom.connally@hoganlovells.com

Allen P. Pegg
HOGAN LOVELLS US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131
Tel: 305-459-6500
(fax) 305-459-6550
allen.pegg@hoganlovells.com

*Counsel for Blue Cross and Blue Shield of Florida, Inc., Community Insurance Company, Blue Cross and Blue Shield of North Carolina, Anthem Health Plans of Virginia, Inc.*