**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

_____

                                 )

**IN RE: BLUE CROSS BLUE SHIELD**    )

**ANTITRUST LITIGATION**             )        **MDL No. 2406**

                                 )

_____ )

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 29, 2015, the foregoing was electronically filed with the Clerk of

Court using the CM/ECF system which will send notification of such filing to all counsel of

record.

                                  /s/ Craig A. Hoover
                                  Craig A. Hoover
                                  J. Robert Robertson
                                  E. Desmond Hogan
                                  Justin Bernick
                                  HOGAN LOVELLS US LLP
                                  Columbia Square
                                  555 Thirteenth Street, NW
                                  Washington, DC 20004
                                  202-637-5600
                                  (fax) 202-637-5910
                                  craig.hoover@hoganlovells.com
                                  robby.robertson@hoganlovells.com
                                  desmond.hogan@hoganlovells.com
                                  justin.bernick@hoganlovells.com

                                  Emily M. Yinger
                                  N. Thomas Connally, III
                                  HOGAN LOVELLS US LLP
                                  Park Place II
                                  7930 Jones Branch Drive, Ninth Floor
                                  McLean, VA 22102
                                  Tel: 703-610-6100
                                  Fax: 703-610-6200
                                  emily.yinger@hoganlovells.com
                                  tom.connally@hoganlovells.com

*Co-Coordinating Counsel for Defendants*

Allen P. Pegg
HOGAN LOVELLS US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131
Tel: 305-459-6500
(fax) 305-459-6550
allen.pegg@hoganlovells.com

*Counsel for Blue Cross and Blue Shield of Florida, Inc., Community Insurance Company, Blue Cross and Blue Shield of North Carolina, Anthem Health Plans of Virginia, Inc.*