BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION ) ) ) ) ) | MDL No. 2406 |

## CERTIFICATE OF SERVICE

I certify that on July 29, 2015, the foregoing Corporate Disclosure Statement was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

s/ Timothy J. Conner

Timothy J. Conner
Florida Bar No. 0767580
timothy.conner@hklaw.com
HOLLAND & KNIGHT
50 North Laura Street
Suite 3900
Jacksonville, FL 32202
(904) 798-7362

*Counsel for Defendant Highmark Inc.*

#36739365_v1