BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | MDL No. 2406 |

### NOTICE OF ERRATA

PLEASE TAKE NOTICE that Defendants, Blue Cross and Blue Shield of Florida, Inc., Community Insurance Company, Blue Cross and Blue Shield of North Carolina, and Anthem Health Plans of Virginia, Inc. hereby provide notice of errata and correction as follows:

Correction of the *Recovery Village v. Blue Cross and Blue Shield of Florida, Inc., et al.* case number on their respective corporate disclosure statement forms filed on July 27, 2015 (Dkt. Nos. 276, 277, 279, 280) due to inadvertently listing the incorrect case number on previous filings.  Corrected versions are attached hereto as Exhibits A-D.

Respectfully submitted,

Dated:  July 30, 2015

/s/ Craig A. Hoover
Craig A. Hoover
J. Robert Robertson
E. Desmond Hogan
Justin Bernick
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
202-637-5600
(fax) 202-637-5910
craig.hoover@hoganlovells.com
robby.robertson@hoganlovells.com
desmond.hogan@hoganlovells.com
justin.bernick@hoganlovells.com

Emily M. Yinger
N. Thomas Connally, III
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive, Ninth Floor
McLean, VA 22102
Tel: 703-610-6100
Fax: 703-610-6200
emily.yinger@hoganlovells.com
tom.connally@hoganlovells.com

Allen P. Pegg
HOGAN LOVELLS US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131
Tel: 305-459-6500
(fax) 305-459-6550
allen.pegg@hoganlovells.com

*Counsel for Blue Cross and Blue Shield of Florida, Inc., Community Insurance Company, Blue Cross and Blue Shield of North Carolina, Anthem Health Plans of Virginia, Inc.*

.