# EXHIBIT A

**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. _____ & TITLE - IN RE: _____

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

_____

**CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for _____, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

This party's parent corporation(s) are listed below:

The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_____   _____
Signature of Attorney                                                         Name of Firm

_____   _____
Address                                                                  City/State/Zip Code

Date _____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE: BLUE CROSS BLUE SHIELD** | ) | |
| **ANTITRUST LITIGATION** | ) | MDL No. 2406 |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that on July 30, 2015, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Craig A. Hoover
Craig A. Hoover
J. Robert Robertson
E. Desmond Hogan
Justin Bernick
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
202-637-5600
(fax) 202-637-5910
craig.hoover@hoganlovells.com
robby.robertson@hoganlovells.com
desmond.hogan@hoganlovells.com
justin.bernick@hoganlovells.com

Emily M. Yinger
N. Thomas Connally, III
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive, Ninth Floor
McLean, VA 22102
Tel: 703-610-6100
Fax: 703-610-6200
emily.yinger@hoganlovells.com
tom.connally@hoganlovells.com

*Co-Coordinating Counsel for Defendants*

Allen P. Pegg
HOGAN LOVELLS US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131
Tel: 305-459-6500
(fax) 305-459-6550
allen.pegg@hoganlovells.com

*Counsel for Blue Cross and Blue Shield of Florida, Inc.*