# EXHIBIT A

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | **MDL NO. 2406** |

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 30, 2015, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                           /s *Carl S. Burkhalter*
                                           Maynard Cooper & Gale PC
                                           1901 Sixth Avenue North
                                           2400 Regions Harbert Plaza
                                           Birmingham, AL 35203
                                           Phone: 205-254-1000
                                           Facsimile: 205-254-1999
                                           cburkhalter@maynardcooper.com

                                           *Counsel for Defendant Blue Cross Blue Shield of Alabama*