# EXHIBIT A

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: BLUE CROSS BLUE SHIELD**     **MDL NO. 2406**
**ANTITRUST LITIGATION**

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 30, 2015, the foregoing Corporate Disclosure Statement was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    /s *Carl S. Burkhalter*
    Maynard Cooper & Gale PC
    1901 Sixth Avenue North
    2400 Regions Harbert Plaza
    Birmingham, AL 35203
    Phone: 205-254-1000
    Facsimile: 205-254-1999
    cburkhalter@maynardcooper.com

    *Counsel for Defendant Blue Cross Blue Shield of Alabama*