| ATTACHMENT A |
| --- |
| The San Antonio Orthopaedic Group, L.L.P. |
| Orthopaedic Surgery Center of San Antonio, L.P. |
| Crenshaw Community Hospital |
| Bullock County Hospital |
| Fairhope Cosmetic Dentistry and Fresh Breath Center, P.C. |
| Sports and Ortho, P.C. |
| Northwest Florida Surgery Center, L.L.C. |
| North Jackson Pharmacy, Inc. |
| Neuromonitoring Services of America, Inc. |
| ProRehab, P.C. |
| Gaspar Physical Therapy, P.C. |
| Greater Brunswick Physical Therapy, P.A. |
| Brain and Spine, L.L.C. |
| Heritage Medical Partners, L.L.C. |
| Bauman Chiropractic Clinic of Northwest Florida, P.A. |
| Ear, Nose & Throat Consultants and Hearing Services, P.L.C. |