BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD  MDL No. 2406
ANTITRUST LITIGATION

This Filing Relates To The Following Case Only:

*Recovery Village at Umatilla, L.L.C. v. Blue Cross and Blue Shield of Florida, Inc., et al.*, S.D. Florida, Case No.: 0:15-cv-61414-JIC

## PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-18)

Pursuant to Rule 7.1(f) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Plaintiff, Recovery Village at Umatilla, L.L.C. ("Recovery Village"), by and through undersigned counsel, moves to vacate Conditional Transfer Order 18 on the grounds that 1) this action does not share common questions of fact with the Blue Cross Blue Shield antitrust multidistrict litigation and 2) transfer will not serve the convenience of the parties and witnesses nor promote the just and efficient conduct of this litigation.

Alternatively, Recovery Village requests that the Panel 1) remand all unrelated, "separable" contract claims because they share no common questions of fact with the multidistrict litigation and 2) defer ruling or stay transfer of the single count at issue to permit the original federal court to determine if this action should be remanded to state court for lack of federal subject matter jurisdiction as remand renders CTO-18 moot. In support of this Motion, Recovery Village relies upon its brief filed with this Motion and authorities cited therein, which brief is attached hereto.

Dated this 31st day of July, 2015.

MDL No. 2406

Respectfully submitted,

/s/ Eileen L. Parsons
Eileen L. Parsons
Jeremy L. Kahn
Dale S. Dobuler
Kristen A. Corpion
VER PLOEG & LUMPKIN, P.A.
100 S.E. Second Street, Suite 3000
Miami, FL 33131
Telephone: (305) 577-3996
Fax: (305) 577-3559
eparsons@vpl-law.com
iromero@vpl-law.com
jkahn@vpl-law.com
ddobuler@vpl-law.com
kcorpion@vpl-law.com

*Counsel for Plaintiff, Recovery Village at Umatilla, L.L.C.*