EXHIBIT

2

**EXHIBIT 2**

MDL No. 2406

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD      MDL No. 2406
ANTITRUST LITIGATION

### SCHEDULE OF RELATED ACTION

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Recovery Village at Umatilla, L.L.C.<br><br>**Defendants:**<br>Blue Cross and Blue Shield of Florida, Inc., d/b/a Florida Blue, Community Insurance Company, d/b/a Anthem Blue Cross and Blue Shield, Health Care Service Corporation, d/b/a Blue Cross Blue Shield of Illinois, Blue Cross and Blue Shield of North Carolina, Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield and d/b/a Anthem Blue Cross and Blue Shield in Virginia, Highmark Inc., d/b/a Highmark Blue Cross Blue Shield and d/b/a Highmark Blue Shield, Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield of Kansas City | United States District Court for the Southern District of Florida, Fort Lauderdale Division | 0:15-cv-61414-JIC | Judge James I. Cohn |

236711_1

MDL No. 2406

Dated this 31st day of July, 2015.

        Respectfully submitted,

        /s/ Eileen L. Parsons
        Eileen L. Parsons
        Jeremy L. Kahn
        Dale S. Dobuler
        Kristen A. Corpion
        VER PLOEG & LUMPKIN, P.A.
        100 S.E. Second Street, Suite 3000
        Miami, FL 33131
        Telephone: (305) 577-3996
        Fax: (305) 577-3559
        eparsons@vpl-law.com
        iromero@vpl-law.com
        jkahn@vpl-law.com
        ddobuler@vpl-law.com
        kcorpion@vpl-law.com

        *Counsel for Plaintiff, Recovery Village at Umatilla, L.L.C.*

236711_1