| ATTACHMENT A | |
| --- | --- |
| **No.** | **Provider Track Plaintiffs** |
| 1. | Jerry L. Conway, D.C. |
| 2. | Corey Musselman, M.D. |
| 3. | The San Antonio Orthopaedic Group, L.L.P. |
| 4. | Orthopaedic Surgery Center of San Antonio, L.P. |
| 5. | Charles H. Clark III, M.D. |
| 6. | Crenshaw Community Hospital |
| 7. | Bullock County Hospital |
| 8. | Fairhope Cosmetic Dentistry and Fresh Breath Center, P.C. |
| 9. | Sports and Ortho, P.C. |
| 10. | Kathleen Cain, M.D. |
| 11. | Northwest Florida Surgery Center, L.L.C. |
| 12. | Wini Hamilton, D.C. |
| 13. | North Jackson Pharmacy, Inc. |
| 14. | Neuromonitoring Services of America, Inc. |
| 15. | Cason T. Hund, D.M.D. |
| 16. | ProRehab, P.C. |
| 17. | Texas Physical Therapy Specialists, L.L.C. |
| 18. | BreakThrough Physical Therapy, Inc. |
| 19. | Dunn Physical Therapy, Inc. |
| 20. | Gaspar Physical Therapy, P.C. |
| 21. | Timothy H. Hendlin, D.C. |
| 22. | Greater Brunswick Physical Therapy, P.A. |

| 23. | Charles Barnwell, D.C. |
|-----|------------------------|
| 24. | Brain and Spine, L.L.C. |
| 25. | Heritage Medical Partners, L.L.C. |
| 26. | Judith Kanzic, D.C. |
| 27. | Brian Roadhouse, D.C. |
| 28. | Julie McCormick, M.D., L.L.C. |
| 29. | Harbir Makin, M.D. |
| 30. | Saket K. Ambasht, M.D. |
| 31. | John M. Nolte, M.D. |
| 32. | Bauman Chiropractic Clinic of Northwest Florida, P.A. |
| 33. | Joseph S. Ferezy, D.C. d/b/a Ferezy Clinic of Chiropractic and Neurology |
| 34. | Snowden Olwan Psychological Services |
| 35. | Ear, Nose & Throat Consultants and Hearing Services, P.L.C. |
| 36. | U.S. Imaging Network, L.L.C. d/b/a Imaging Network Administrators, L.L.C. |