BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| **IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | ) ) ) ) | MDL No.:  2406 |

## NOTICE OF WITHDRAWAL

Please accept this Notice to Withdraw the Corporate Disclosure Statements filed on July 31, 2015, Docket Nos. 294, 295 and 296.  Said statements were inadvertently associated to the incorrect cases.

Dated:  August 5, 2015

/s/ Joe R. Whatley, Jr.
Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel:  (205) 488-1200
Fax:  (800) 922-4851
Email: jwhatley@whatleykallas.com

Edith M. Kallas
WHATLEY KALLAS, LLP
1180 Avenue of the Americas, 20th Floor
New York, NY 10036
Tel:  (212) 447-7060
Fax:  (800) 922-4851
Email: ekallas@whatleykallas.com

*Co-Lead Counsel for Provider Plaintiffs*