BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | ) ) ) ) ) | **MDL NO. 2406** |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.5(e) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Co-Lead Counsel for the Provider Plaintiffs in MDL 2406 hereby notify the Panel of the potential tag-along action listed on the attached Schedule of Actions. The Docket sheet and complaint is also attached.

Dated:  August 10, 2015                              Respectfully submitted,


 */s/ Edith M. Kallas*                                     */s/ Joe R. Whatley, Jr.*
Edith M. Kallas                                              Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP                           WHATLEY KALLAS, LLP
1180 Avenue of the Americas, 20th Floor   2001 Park Place North
New York, NY 10036                                 1000 Park Place Tower
Tel:  (212) 447-7060                                    Birmingham, AL 35203
Fax:  (800) 922-4851                                   Tel:  (205) 488-1200
Email: ekallas@whatleykallas.com           Fax:  (800) 922-4851
                                                                      Email: jwhatley@whatleykallas.com


*Provider Plaintiffs' Co-Lead Counsel*