# UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

## NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters under 28 U.S.C. § 1407.

DATE OF HEARING SESSION:     **October 1, 2015**

LOCATION OF HEARING SESSION:     Daniel Patrick Moynihan United States Courthouse
Ceremonial Courtroom No. 9C, 9th Floor
500 Pearl Street
New York, New York  10007

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) need not attend the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the Hearing Session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **September 14, 2015.** The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc:  Clerk, United States District for the Southern District of New York

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on October 1, 2015, the Panel will convene a hearing session in New York, New York, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

_____
Sarah S. Vance
Chair

Marjorie O. Rendell          Charles R. Breyer
Lewis A. Kaplan              Ellen Segal Huvelle
R. David Proctor             Catherine D. Perry

SCHEDULE OF MATTERS FOR HEARING SESSION
October 1, 2015 -- New York, New York

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**

(This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer. See Panel Rules 6.1 and 6.2. In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.)

MDL No. 2643 - **IN RE: MOHAMMED AHMED HASSAN ABDALLAH OMRAN LITIGATION**

Motion, as amended, of plaintiff Mohammed Ahmed Hassan Abdallah Omran to transfer the following actions to the United States District Court for the District of Massachusetts:

District of Massachusetts

OMRAN v. UNITED STATES OF AMERICA, ET AL., C.A. No. 1:14-13881

District of New Hampshire

OMRAN v. BLEEZARDE, ET AL., C.A. No. 1:15-00190

MDL No. 2649 - **IN RE: HSBC TELEPHONE CONVERSATION RECORDING LITIGATION**

Motion of plaintiffs Stefan O. Lindgren and Terry J. Fanning, et al., to transfer the following actions to the United States District Court for the Central District of California:

Central District of California

LINDGREN v. HSBC CARD & RETAIL SERVICES, INC., ET AL.,
    C.A. No. 2:14-05615
FANNING, ET AL. v. HSBC CARD SERVICES, INC., ET AL.,
    C.A. No. 8:12-00885
FANNING, ET AL. v. HSBS CARD SERVICES, INC., ET AL.,
    C.A. No. 8:14-01300

Southern District of California

MEDEIROS, ET AL. v. HSBC CARD & RETAIL SERVICES, INC.,
    C.A. No. 3:14-01786

MDL No. 2650 – **IN RE: ENERGY DRILLING, LLC, CONTRACT LITIGATION**

Motion of plaintiff Energy Drilling, LLC, and defendants Gerald K. Smith a/k/a Gary Smith, Ray Ash, Robert Jennings, and Austin Smith to transfer the following actions to the United States District Court for the District of Wyoming:

District of Utah

CHRISTENSEN v. SMITH, ET AL., C.A. No. 2:14–00784

District of Wyoming

ENERGY DRILLING, LLC v. PACIFIC ENERGY & MINING COMPANY,
    C.A. No. 1:14–00186

MDL No. 2651 – **IN RE: GLOBAL TEL*LINK CORPORATION INMATE CALLING
        SERVICES LITIGATION**

Motion of defendant Global Tel*Link Corporation to transfer the following actions to the United States District Court for the Eastern District of Pennsylvania:

Western District of Arkansas

STUART v. GLOBAL TEL*LINK CORPORATION, C.A. No. 5:14–05275

District of New Jersey

JAMES, ET AL. v. GLOBAL TEL*LINK CORPORATION, ET AL.,
    C.A. No. 2:13–04989

Eastern District of Pennsylvania

REESE, ET AL. v. GLOBAL TEL*LINK CORPORATION,
    C.A. No. 2:15–02197

MDL No. 2652 – **IN RE: POWER MORCELLATOR PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Eva C. Galambos, et al.; Ruthann Smith, et al.; Arthur T. Johnson; Jennifer A. Sanders, et al.; Carla Whitehead, et al.; and Robyn L. Barnett to transfer the following actions to the United States District Court for the District of Kansas:

Eastern District of California

NIELSEN, ET AL. v. GYRUS ACMI, LP, ET AL., C.A. No. 2:14–02375

Northern District of California

SALEM–ROBINSON, ET AL. v. RICHARD WOLF MEDICAL INSTRUMENTS CORPORATION, C.A. No. 5:14–02209

District of Colorado

MINIHAN v. ETHICON, INC., ET AL., C.A. No. 1:15–00695

Southern District of Florida

KOTIS v. ETHICON, INC., ET AL., C.A. No. 0:15–60566

Northern District of Georgia

GALAMBOS, ET AL. v. ETHICON, INC., ET AL., C.A. No. 1:15–01046

District of Kansas

SHAFER, ET AL. v. ETHICON, INC., ET AL., C.A. No. 2:14–02633

Eastern District of Louisiana

PHILLIPS v. ETHICON ENDO–SURGERY, INC., ET AL., C.A. No. 2:15–01310

District of Maryland

CARADORI, ET AL. v. ETHICON, ENDO SURGERY, INC., ET AL., C.A. No. 8:14–03198

      <u>District of New Jersey</u>

WHITEHEAD, ET AL. v. ETHICON, INC., ET AL., C.A. No. 3:15−03980
SMITH, ET AL. v. ETHICON, INC., ET AL., C.A. No. 3:15−03988

      <u>Northern District of New York</u>

BOBLETZ v. KARL STORZ ENDOSCOPY−AMERICA, INC., ET AL.,
   C.A. No. 3:14−01024

      <u>Western District of New York</u>

LEUZZI, ET AL. v. ETHICON ENDO SURGERY, INC., ET AL.,
   C.A. No. 6:14−06218

      <u>Eastern District of Pennsylvania</u>

JOHNSON v. ETHICON, INC., ET AL., C.A. No. 2:15−00553
BURKART v. LINA MEDICAL US, ET AL., C.A. No. 5:14−01557

      <u>Middle District of Pennsylvania</u>

SANDERS, ET AL. v. ETHICON, INC., ET AL., C.A. No. 1:15−00782

      <u>District of South Carolina</u>

GOURDINE, ET AL. v. KARL STORZ ENDOSCOPY−AMERICA, INC., ET AL.,
   C.A. No. 2:14−04839
WATKINS v. KARL STORZ ENDOSCOPY−AMERICA, INC., ET AL.,
   C.A. No. 3:15−01585
OSTRANDER v. ETHICON, INC., ET AL., C.A. No. 6:15−00516
PHILLIPS, ET AL. v. ETHICON, INC., ET AL., C.A. No. 7:15−02114

      <u>Middle District of Tennessee</u>

SCHROEDER v. ETHICON ENDO SURGERY, INC., C.A. No. 3:14−02389

      <u>Western District of Wisconsin</u>

BARNETT v. KARL STORZ ENDOSCOPY−AMERICA, INC., ET AL.,
   C.A. No. 3:15−00242

MDL No. 2653 – **IN RE: LIFEWATCH, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Motion of plaintiff Ismael Salam to transfer the following actions to the United States District Court for the Central District of California:

Central District of California

SACCHI v. LIFEWATCH, INC., ET AL., C.A. No. 5:13–02064

Northern District of Illinois

SALAM v. LIFEWATCH, INC., C.A. No. 1:13–09305

Eastern District of New York

BANK v. LIFEWATCH, INC., ET AL., C.A. No. 1:15–02278

MDL No. 2654 – **IN RE: AMTRAK TRAIN DERAILMENT IN PHILADELPHIA, PENNSYLVANIA, ON MAY 12, 2015**

Motion of plaintiffs Blair Berman; Geralyn Ritter, et al.; Felicidad Iban, et al.; and Tom Stadnik, et al., to transfer the following actions to the United States District Court for the Eastern District of Pennsylvania:

District of New Jersey

PELLETT, ET AL. v. NATIONAL RAILROAD PASSENGER CORPORATION, C.A. No. 3:15–03792

Eastern District of New York

SHEVCHUK, ET AL. v. NATIONAL RAILROAD PASSENGER CORPORATION, ET AL., C.A. No. 1:15–03137

Southern District of New York

WALSH v. NATIONAL RAILROAD PASSENGER CORPORATION, C.A. No. 1:15–03861
SEIDLER, ET AL. v. NATIONAL RAILROAD PASSENGER CORPORATION, ET AL., C.A. No. 1:15–04068
JOHN v. NATIONAL RAILROAD PASSENGER CORPORATION, ET AL., C.A. No. 1:15–04255

KULP, ET AL. v. NATIONAL RAILROAD PASSENGER CORPORATION,
  C.A. No. 1:15−04791

  Eastern District of Pennsylvania

PHILLIPS, ET AL. v. NATIONAL RAILROAD PASSENGER CORPORATION
  (AMTRAK), C.A. No. 2:15−02694
BERMAN v. NATIONAL RAILROAD PASSENGER CORPORATION,
  C.A. No. 2:15−02741
IBAN, ET AL. v. NATIONAL RAILROAD PASSENGER CORPORATION,
  C.A. No. 2:15−02744
PICCIRILLO v. NATIONAL RAILROAD PASSENGER CORPORATION,
  C.A. No. 2:15−02762
KNOBBS, ET AL. v. NATIONAL RAILROAD PASSENGER CORPORATION,
  C.A. No. 2:15−02845
TULK, ET AL. v. NATIONAL RAILROAD PASSENGER CORPORATION, ET
  AL., C.A. No. 2:15−02849
BEDDOE, ET AL. v. NATIONAL RAILROAD PASSENGER CORPORATION, ET
  AL., C.A. No. 2:15−02861
GASPER v. NATIONAL RAILROAD PASSENGER CORPORATION,
  C.A. No. 2:15−03143
MCCANN, ET AL. v. NATIONAL RAILROAD PASSENGER CORPORATION
  (AMTRAK), C.A. No. 2:15−03259
MACFARLAND, ET AL. v. NATIONAL RAILROAD PASSENGER CORPORATION,
  ET AL., C.A. No. 2:15−03342
ZIGLAR v. NATIONAL RAILROAD PASSENGER CORPORATION,
  C.A. No. 2:15−03346
RITTER, ET AL. v. NATIONAL RAILROAD PASSENGER CORPORATION,
  C.A. No. 2:15−03478
STADNIK, ET AL. v. NATIONAL RAILROAD PASSENGER CORPORATION,
  C.A. No. 2:15−03495

MDL No. 2655 − **IN RE: FORCEFIELD ENERGY, INC., SECURITIES AND
                DERIVATIVE LITIGATION**

   Motion of Beverly Brewer to transfer the following actions to the United States District
Court for the Eastern District of New York:

   Eastern District of New York

BROWN v. FORCEFIELD ENERGY, INC., ET AL., C.A. No. 1:15−02782
SU v. ST. JULIEN, ET AL., C.A. No. 1:15−04080

Southern District of New York

ATKINSON v. FORCEFIELD ENERGY, INC., ET AL., C.A. No. 1:15–03020
MILLER v. FORCEFIELD ENERGY, INC., ET AL., C.A. No. 1:15–03141
ROSALES, ET AL. v. FORCEFIELD ENERGY, INC., ET AL., C.A. No. 1:15–03279

MDL No. 2656 – **IN RE: DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION**

Motion of plaintiffs Anooshirvan Bidgoli, et al., to transfer of the following actions to the United States District Court for the Northern District of Illinois; motion of plaintiff State-Boston Retirement System to transfer of the following actions to the United States District Court for the Eastern District of New York; motion of plaintiff Elliot J. Blumenthal to transfer of the following actions to the United States District Court for the District of Columbia; and motion of plaintiffs Christopher Devivo, et al., to transfer of the following actions to the United States District Court for the Southern District of New York:

Northern District of California

LAVIN v. AMERICAN AIRLINES, INC., ET AL., C.A. No. 3:15–03090
ANDRADE v. AMERICAN AIRLINES GROUP, INC., ET AL., C.A. No. 3:15–03111
BACKUS v. DELTA AIR LINES, INC., ET AL., C.A. No. 3:15–03137
HARTLEY v. UNITED AIRLINES, INC., ET AL., C.A. No. 3:15–03176

District of District of Columbia

BLUMENTHAL v. AMERICAN AIRLINES, INC., ET AL., C.A. No. 1:15–01056
YOUMANS v. AMERICAN AIRLINES, INC., ET AL., C.A. No. 1:15–01059
JAIN v. AMERICAN AIRLINES, INC., ET AL., C.A. No. 1:15–01072
GOLIAN v. AMERICAN AIRLINES, INC., ET AL., C.A. No. 1:15–01075
PANZINO, ET AL. v. AMERICAN AIRLINES, INC., ET AL., C.A. No. 1:15–01084

Northern District of Illinois

BIDGOLI, ET AL. v. AMERICAN AIRLINES GROUP, INC., ET AL.,
   C.A. No. 1:15–05903
SILVER v. AMERICAN AIRLINES GROUP, INC., ET AL., C.A. No. 1:15–06099

Eastern District of New York

HERSH v. DELTA AIRLINES, INC., ET AL., C.A. No. 1:15–03908
KROMAR, ET AL. v. DELTA AIRLINES, INC., ET AL., C.A. No. 1:15–03937
STATE–BOSTON RETIREMENT SYSTEM v. AMERICAN AIRLINES, INC., ET  AL.,
   C.A. No. 1:15–03974

HOWARD SLOAN KOLLER GROUP  v. AMERICAN AIRLINES, INC., ET AL.,
    C.A. No. 1:15‒04002
REPAN v. AMERICAN AIRLINES, INC., ET AL., C.A. No. 1:15‒04036
PALMER v. DELTA AIR LINES, INC., ET AL., C.A. No. 1:15‒04047
CURLEY, ET AL. v. DELTA AIRLINES, INC., ET AL., C.A. No. 1:15‒04062

      Southern District of New York

DEVIVO, ET AL. v. DELTA AIRLINES, INC., ET AL., C.A. No. 1:15‒05162
WINTON v. SOUTHWEST AIRLINES CO., ET AL., C.A. No. 1:15‒05231
 RAJI v. AMERICAN AIRLINES, INC., ET AL., C.A. No. 1:15‒05384

      Eastern District of Pennsylvania

MCENERNEY, ET AL. v. DELTA AIRLINES, INC., ET AL., C.A. No. 2:15‒03767

      Northern District of Texas

CUMMING, ET AL. v. AMERICAN AIRLINES, INC., ET AL., C.A. No. 3:15‒02253

**MDL No. 2657 ‒ IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY
               LITIGATION**

Motion of defendant GlaxoSmithKline LLC to transfer the following actions to the United
States District Court for the Eastern District of Pennsylvania:

      Northern District of Alabama

HUNTER, ET AL. v. GLAXOSMITHKLINE PLC, ET AL., C.A. No. 2:15‒00544
RAGLAND v. GLAXOSMITHKLINE LLC, C.A. No. 2:15‒01053

      Southern District of Alabama

ROBERTS v. GLAXOSMITHKLINE LLC, C.A. No. 1:15‒00320

      Eastern District of Arkansas

COX, ET AL. v. GLAXOSMITHKLINE LLC, ET AL., C.A. No. 4:15‒00284

      Eastern District of Louisiana

ALEXANDER v. GLAXOSMITHKLINE LLC, C.A. No. 2:15‒02323

Western District of Louisiana

COUGHLIN, ET AL. v. GLAXOSMITHKLINE LLC, C.A. No. 6:15−01815

District of Massachusetts

LECLAIR v. GLAXOSMITHKLINE LLC, C.A. No. 1:15−10429
DUONG v. GLAXOSMITHKLINE, LLC, C.A. No. 1:15−11627

District of Montana

MARLENEE, ET AL. v. GLAXOSMITHKLINE LLC, C.A. No. 1:15−00026

District of New Jersey

MANDOYAN, ET AL. v. GLAXOSMITHKLINE LLC, ET AL., C.A. No. 2:15−04536

Northern District of Ohio

REGAN, ET AL. v. GLAXOSMITHKLINE LLC, C.A. No. 3:15−01166

Eastern District of Texas

SHONKWILER v. GLAXOSMITHKLINE, LLC, C.A. No. 5:15−00034

**MDL No. 2660 − IN RE: PILEPRO ANTITRUST AND PATENT LITIGATION**

Motion of defendant PilePro L.L.C. to transfer the following actions to the United States District Court for the District of New Jersey:

District of New Jersey

SKYLINE STEEL, LLC v. PILEPRO L.L.C., ET AL., C.A. No. 2:13−04930

Southern District of New York

SKYLINE STEEL, LLC v. PILEPRO L.L.C., C.A. No. 1:13−08171

MDL No. 2661 – **IN RE: AMERICAN HONDA MOTOR CO., INC., CR‑V VIBRATION MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiff Linda Oakes to transfer the following actions to the United States District Court for the Central District of California:

Central District of California

ROMAYA v. AMERICAN HONDA MOTOR CO., INC., C.A. No. 2:15‑03938
OAKES v. AMERICAN HONDA MOTOR CO., INC., ET AL., C.A. No. 8:15‑01076

Southern District of Ohio

MATISCIK v. AMERICAN HONDA MOTOR COMPANY, C.A. No. 2:15‑02612

Middle District of Tennessee

WARD, ET AL. v. AMERICAN HONDA MOTOR CO., INC., C.A. No. 3:15‑00767

Western District of Virginia

CUSHING v. AMERICAN HONDA MOTOR COMPANY, C.A. No. 3:15‑00028

Western District of Washington

FLANIGAN v. AMERICAN HONDA MOTOR COMPANY, INC.,
   C.A. No. 3:15‑05390

MDL No. 2662 – **IN RE: CYMBALTA (DULOXETINE) PRODUCTS LIABILITY LITIGATION (NO. II)**

Motion of plaintiffs Christina Courtney, et al., and Yvette Beard, et al., to transfer the following actions to the United States District Court for the Southern District of Indiana:

Middle District of Alabama

MOSS, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 3:14‑01135

Central District of California

PATTERSON, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 2:14‑08527
CAPORALE, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 5:14‑01662
HOLLOWELL, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 5:14‑01663
BARRETT, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 5:14‑01675

O'SHEA, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 8:14‑01274

### Eastern District of California

CHESHIER v. ELI LILLY AND COMPANY, C.A. No. 1:14‑01265
WOODRUFF, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 2:14‑01890
NELSON‑DEVLIN, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 2:14‑02811
BEN, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 2:14‑02914
WOLFF, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 2:14‑03004

### Southern District of California

WHEELER, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 3:14‑01882

### District of Colorado

CHENEY, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 1:14‑02249
MARTIN v. ELI LILLY AND COMPANY, C.A. No. 1:14‑02800

### Middle District of Florida

LAICA‑BHOGE, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 6:14‑01286
VALENTINO v. ELI LILLY AND COMPANY, C.A. No. 6:14‑01816
KRUPP, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 8:14‑02792
BROTHERTON v. ELI LILLY AND COMPANY, C.A. No. 8:14‑02876

### Southern District of Florida

GOLLIN, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 0:14‑61810

### Northern District of Georgia

COUCH v. ELI LILLY AND COMPANY, ET AL., C.A. No. 1:14‑02564

### Southern District of Indiana

HILL, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 1:15‑00141
BOLES ET AL. v. ELI LILLY AND COMPANY, C.A. No. 1:15‑00351
DECRANE, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 1:15‑00365
BICKHAM, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 1:15‑00531
COURTNEY, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 1:15‑00643
WASHINGTON, ET AL. v. ELI LILLY AND COMPANY., C.A. No. 1:15‑00700
JONES, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 1:15‑00701
BEARD, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 1:15‑00922

    <u>Western District of Louisiana</u>

FAIRBANKS v. ELI LILLY AND COMPANY, ET AL., C.A. No. 1:14‒02469

    <u>District of Maine</u>

ORLANDO, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 1:14‒00438

    <u>District of Maryland</u>

BOLING, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 8:14‒02554

    <u>District of Minnesota</u>

MCCABE v. ELI LILLY AND COMPANY, ET AL., C.A. No. 0:14‒03132

    <u>Northern District of Mississippi</u>

SPEARMAN, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 1:15‒00006

    <u>District of Nevada</u>

WALKER v. ELI LILLY AND COMPANY, C.A. No. 2:14‒01988

    <u>District of New Hampshire</u>

CARPENTER, ET AL. v. ELI LILLY AND COMPANY, ET AL., C.A. No. 1:14‒00540

    <u>Eastern District of North Carolina</u>

WILLIAMS, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 5:14‒00460

    <u>Middle District of North Carolina</u>

HARRIS v. ELI LILLY AND COMPANY, ET AL., C.A. No. 1:14‒00682

    <u>Western District of Pennsylvania</u>

ROSSERO, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 2:14‒01084

    <u>Eastern District of Tennessee</u>

EDENS, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 3:14‒00491

Western District of Tennessee

KAPLAN, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 2:14‒02752

Southern District of Texas

PORKORNY, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 4:14‒02960

Eastern District of Washington

WAGNER, ET AL. v. ELI LILLY AND COMPANY, C.A. No. 2:14‒00270

Western District of Wisconsin

STREETER v. ELI LILLY AND COMPANY, C.A. No. 3:14‒00555

MDL No. 2663 - **IN RE: CLEAN WATER RULE: DEFINITION OF "WATERS OF THE UNITED STATES" LITIGATION**

Motion of defendant United States to transfer the following actions to the United States District Court for the District of Columbia:

Northern District of Georgia

SOUTHEASTERN LEGAL FOUNDATION, INC., ET AL. v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL., C.A. No. 1:15‒02488

Southern District of Georgia

STATE OF GEORGIA, ET AL. v. MCCARTHY, ET AL., C.A. No. 2:15‒00079

District of Minnesota

WASHINGTON CATTLEMEN'S ASSOCIATION, ET AL. v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL., C.A. No. 0:15‒03058

District of North Dakota

NORTH DAKOTA, ET AL. v. U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL., C.A. No. 3:15‒00059

Southern District of Ohio

STATE OF OHIO, ET AL. v. UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, ET AL., C.A. No. 2:15−02467

Northern District of Oklahoma

STATE OF OKLAHOMA v. UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY, ET AL., C.A. No. 4:15−00381
CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, ET AL. v.
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,
C.A. No. 4:15−00386

Southern District of Texas

STATE OF TEXAS, ET AL. v. UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, ET AL., C.A. No. 3:15−00162
AMERICAN FARM BUREAU FEDERATION, ET AL. v. U.S. ENVIRONMENTAL
PROTECTION AGENCY, ET AL., C.A. No. 3:15−00165

Northern District of West Virginia

MURRAY ENERGY CORPORATION v. UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, ET AL., C.A. No. 1:15−00110

**MDL No. 2664 − IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT CUSTOMER
DATA SECURITY BREACH LITIGATION**

Motion of defendants United States Office of Personnel Management, Beth F. Cobert, and
Donna Seymour to transfer the following actions to the United States District Court for the
District of Columbia:

Northern District of California

NATIONAL TREASURY EMPLOYEES UNION, ET AL. v. ARCHULETA,
C.A. No. 3:15−03144

District of District of Columbia

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, ET AL. v. UNITED
STATES OFFICE OF PERSONNEL MANAGEMENT, ET AL.,
C.A. No. 1:15−01015

<u>District of Kansas</u>

WOO v. UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, ET AL.,
  C.A. No. 6:15–01220

**SECTION B**
**MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT**


MDL No. 1203 – **IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/**
**DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION**

Motion of defendant Wyeth LLC to transfer the following action to the United States District Court for the Eastern District of Pennsylvania:

District of Colorado

HEINEMAN, ET AL. v. WYETH LLC, C.A. No. 1:15‒01331


MDL No. 1880 – **IN RE: PAPST LICENSING DIGITAL CAMERA PATENT**
**LITIGATION**

Opposition of plaintiff Papst Licensing GmbH & Co. KG to transfer of the following actions to the United States District Court for the District of Columbia:

District of Delaware

PAPST LICENSING GMBH & CO. KG v. CANON, INC., ET AL.,
  C.A. No. 1:15‒00495
PAPST LICENSING GMBH & CO. KG v. FUJIFILM CORPORATION, ET AL.,
  C.A. No. 1:15‒00496
PAPST LICENSING GMBH & CO. KG V JVCKENWOOD CORPORATION, ET AL.,
  C.A. No. 1:15‒00498
PAPST LICENSING GMBH & CO. KG v. NIKON CORPORATION, ET AL.,
  C.A. No. 1:15‒00499
PAPST LICENSING GMBH & CO. KG v. OLYMPUS CORPORATION, ET AL.,
  C.A. No. 1:15‒00500
PAPST LICENSING GMBH & CO. KG v. PANASONIC CORPORATION, ET AL.,
  C.A. No. 1:15‒00501


MDL No. 2181 – **IN RE: METHOD OF PROCESSING ETHANOL BYPRODUCTS AND**
**RELATED SUBSYSTEMS ('858) PATENT LITIGATION**

Motion of defendant Adkins Energy LLC to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District of Court for the Northern District of Illinois:

Northern District of Illinois

GS CLEANTECH CORPORATION v. ADKINS ENERGY LLC, C.A. No. 1:10‒04391

MDL No. 2218 – **IN RE: CAMP LEJEUNE, NORTH CAROLINA, WATER CONTAMINATION LITIGATION**

Opposition of plaintiffs Andrew U.D. Straw, et al., to transfer of the following action to the United States District Court for the Northern District of Georgia:

Northern District of Illinois

STRAW, ET AL. v. UNITED STATES OF AMERICA, C.A. No. 1:15–01756

MDL No. 2244 – **IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Vikki Timms and Richard Mugnolo to transfer of their respective following actions to the United States District Court for the Northern District of Texas:

Central District of California

TIMMS, ET AL. v. DEPUY ORTHOPAEDICS, INC., ET AL., C.A. No. 2:15–05253

Northern District of California

MUGNOLO v. DEPUY ORTHOPAEDICS, INC., ET AL., C.A. No. 4:15–02314

MDL No. 2286 – **IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Oppositions of plaintiffs Angela Basham and Anthony Reitano to transfer of their respective following actions to the United States District Court for the Southern District of California:

Eastern District of Missouri

BASHAM v. MIDLAND FUNDING, LLC, ET AL., C.A. No. 4:15–00030

Eastern District of New York

REITANO v. MIDLAND FUNDING LLC, ET AL., C.A. No. 1:15–02275

MDL No. 2327 – **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

Central District of California

BARNES v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05309
BERRY v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05311
BLACKMER v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05312
BRADLEY–LERMA v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05313
BREEDEN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05314
BUELL v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05316
COOVERT v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05318
CUNNINGHAM v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05319
DAGON v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05320
DAVIS v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05326
DULEY v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05327
EDWARDS v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05330
FESLER v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05331
FRIEL v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05334
GAUNT v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05335
GIBBS v. JOHNSON  & JOHNSON, ET AL., C.A. No. 2:15–05336
GOODMAN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05339
GUASE v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05340
HAMANN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05342
HEWLETT v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05344
HIRD v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05345
HUFFMAN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05349
KATUIN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05352
KOTZEN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05353
KRUM v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05354
LOUGHMAN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05355
MASTERS v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05357
MAY v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05359
MCCASKELL v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05360
MCMILLAN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05361
MILEUSNIC v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05362
MILLER v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05363
MOXLEY v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05364
MULLER v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05365
MURPHY v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05366
NAQUIN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05367

NEWMAN v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05368
JOANN NUNES v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05369
MEDINA OMEROVIC v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05370
PARNELL v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05372
PEARSON v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05373
PEELE v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05374
PELTIER v. JOHNSON & JOHNSON., ET AL., C.A. No. 2:15‒05375
PIAZZA v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05376
PIOTROSWSKI v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05377
QUIAMBAO v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05378
REAVIS v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05379
RENUCCI v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05380
ROBERTS v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05381
SCHULER v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05383
SCHURICHT v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05384
SPANGLER v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05386
STEWART v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05387
STEWART v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05388
TINKHAM v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05389
VOKATY v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05390
WALTON v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05391
WEST v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05392
WICK v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15‒05393

Eastern District of Kentucky

ROSE, ET AL. v. ROBERTSON, ET AL., C.A. No. 6:15‒00095

Northern District of Texas

ISHAM, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 3:15‒02295
YARBROUGH, ET AL. v. ETHICON, INC., ET AL., C.A. No. 3:15‒02297

MDL No. 2406 ‒ **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION**

Opposition of plaintiff Recovery Village at Umatilla, L.L.C., to transfer of the following action to the United States District Court for the Northern District of Alabama:

Southern District of Florida

RECOVERY VILLAGE AT UMATILLA, LLC v. BLUE CROSS AND BLUE
SHIELD OF FLORIDA, INC., ET AL., C.A. No. 0:15‒61414

MDL No. 2441 – **IN RE: STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Thane Morgan, et al., to transfer of the following action to the United States District Court for the District of Minnesota:

Northern District of Texas

MORGAN, ET AL. v. STRYKER CORPORATION, ET AL., C.A. No. 2:15–00198

MDL No. 2493 – **IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Oppositions of defendants Monitronics International, Inc., and ISI Alarms NC to remand, under 28 U.S.C. § 1407(a), of the *Giles* action to the United States District Court for the Northern District of Georgia and motion of defendant Monitronics International, Inc., to transfer the *Hurst* action to the United States District Court for the Northern District of West Virginia:

Northern District of Georgia

GILES v. ISI ALARMS NC, INC., ET AL., C.A. No. 1:13–03377
HURST v. MONITRONICS INTERNATIONAL, INC., C.A. No. 1:15–01844

MDL No. 2575 – **IN RE: FLUIDMASTER, INC., WATER CONNECTOR COMPONENTS PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Dennis Tinker, et al., to transfer of the following action to the United States District Court for the Northern District of Illinois:

Northern District of Iowa

TINKER, ET AL. v. FLUIDMASTER, INC., C.A. No. 6:15–02039

MDL No. 2581 – **IN RE: CTP INNOVATIONS, LLC, PATENT LITIGATION**

Oppositions of defendants Journal Graphics, Inc., and Cenveo Corporation to transfer of their respective following actions to the United States District Court for the District of Maryland:

District of Oregon

CTP INNOVATIONS, LLC v. JOURNAL GRAPHICS, INC., C.A. No. 3:15–01095

Eastern District of Pennsylvania

CTP INNOVATIONS, LLC v. CENVEO CORPORATION, C.A. No. 2:15–03314

**MDL No. 2592 – IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Joanne Nash, et al., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

Central District of California

NASH, ET AL. v. JANSSEN RESEARCH & DEVELOPMENT,  LLC, ET AL., C.A. No. 2:15–03868

**MDL No. 2599 – IN RE: TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Patricia Mincey in the *Mincey* action and Crystal Lynn Langlinais and defendants American Honda Motor Co., Inc., and Honda of America Mfg., Inc., in the *Langlinais* action to transfer of their respective following actions to the United States District Court for the Southern District of Florida:

Middle District of Florida

MINCEY v. AMERICAN HONDA MOTOR CO., INC., ET AL., C.A. No. 3:15–00847

Western District of Louisiana

LANGLINAIS v. HONDA MOTOR CO. LTD, ET AL., C.A. No. 6:15–01824

**MDL No. 2617 – IN RE: ANTHEM, INC., CUSTOMER DATA SECURITY BREACH LITIGATION**

Oppositions of plaintiffs Debra Smilow and Y. Michael Smilow, et al., to transfer of their respective following actions to the United States District Court for the Northern District of California:

Central District of California

SMILOW v. ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL., C.A. No. 2:15–04556

- 21 -

Eastern District of New York

SMILOW, ET AL. v. ANTHEM LIFE & DISABILTY INSURANCE COMPANY,
ET AL., C.A. No. 1:15–02380

MDL No. 2619 – **IN RE: HERBAL SUPPLEMENTS MARKETING AND SALES
PRACTICES LITIGATION**

Opposition of plaintiff Jacqueline Manning to transfer of the following action to the United
States District Court for the Northern District of Illinois:

District of District of Columbia

MANNING v. WALMART STORES, INC., C.A. No. 1:15–00439

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)      Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)      Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

(i)      The parties affected by a motion to transfer may agree to waive oral argument.  The Panel will take this into consideration in determining the need for oral argument.

(c)      Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

(i)      the dispositive issue(s) have been authoritatively decided; or
(ii)     the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)      Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

(i)      Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.
(ii)     The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

(e)      Duty to Confer.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)      Time Limit for Oral Argument.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.