BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | ) ) ) ) ) | **MDL NO. 2406** |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.5(e) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Co-Lead Counsel for the Provider Plaintiffs in MDL 2406 hereby notify the Panel of the potential tag-along action listed on the attached Schedule of Actions. The Docket sheet and complaint is also attached.

Dated: August 20, 2015                                 Respectfully submitted,

 */s/ Edith M. Kallas*                                         */s/ Joe R. Whatley, Jr.*
Edith M. Kallas                                                Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP                                WHATLEY KALLAS, LLP
1180 Avenue of the Americas, 20th Floor      2001 Park Place North
New York, NY 10036                                      1000 Park Place Tower
Tel: (212) 447-7060                                          Birmingham, AL 35203
Fax: (800) 922-4851                                         Tel: (205) 488-1200
Email: ekallas@whatleykallas.com              Fax: (800) 922-4851
                                                                           Email: jwhatley@whatleykallas.com

*Provider Plaintiffs' Co-Lead Counsel*