**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Opposition was electronically filed with the Clerk of Court using the CM/ECF system on 21st day of August, 2015, which will send notification to all counsel of record and by U.S. mail to the following attorneys for Plaintiff in the related action:

Glenn J. Waldman, Esq.
Waldman Trigoboff Hildebrandt Marx & Calnan, P.A.
Broward Financial Centre, Suite 1700
500 East Broward Boulevard
Fort Lauderdale, FL 33394

                                                /s/ Craig A. Hoover
                                                Craig A. Hoover