BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | MDL No. 2406 |

NOTICE OF ERRATA

PLEASE TAKE NOTICE that Defendants Blue Cross and Blue Shield of Florida, Inc., d/b/a Florida Blue, Community Insurance Company, d/b/a Anthem Blue Cross and Blue Shield, Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its unincorporated division Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of North Carolina, Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield, Highmark, Inc., d/b/a Highmark Blue Cross Blue Shield and d/b/a Highmark Blue Shield, Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield of Kansas City hereby provide notice of errata and correction as follows:

Correction of the signature block on their Response In Opposition To Motion To Vacate CTO-18 (Dkt. No. 311), filed on August 21, 2015, due to inadvertently omitting Health Care Service Corporation, Highmark, Inc., and Blue Cross and Blue Shield of Alabama from the signature block.  A corrected version of the signature block is attached hereto as Exhibit A.

Correction of the text of the docket entry for Dkt. No. 311, filed on August 21, 2015, to reflect that the Response In Opposition To Motion To Vacate CTO-18 is filed on behalf of Blue Cross and Blue Shield of Florida, Inc., Community Insurance Company, Health Care Service Corporation, Blue Cross and Blue Shield of North Carolina, Anthem Health Plans of Virginia,

Inc., Highmark, Inc., Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield of Kansas City.

Dated: August 21, 2015                              Respectfully submitted,

/s/ Craig A. Hoover<br>
Craig A. Hoover<br>
J. Robert Robertson<br>
E. Desmond Hogan<br>
HOGAN LOVELLS US LLP<br>
Columbia Square<br>
555 Thirteenth Street, NW<br>
Washington, DC 20004<br>
202-637-5600<br>
(fax) 202-637-5910<br>
craig.hoover@hoganlovells.com<br>
robby.robertson@hoganlovells.com<br>
desmond.hogan@hoganlovells.com

Emily M. Yinger
N. Thomas Connally, III
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive, Ninth Floor
McLean, VA 22102
703-610-6100
(fax) 703-610-6200
emily.yinger@hoganlovells.com
tom.connally@hoganlovells.com

Allen P. Pegg
HOGAN LOVELLS US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131
Tel: 305-459-6500
(fax) 305-459-6550
allen.pegg@hoganlovells.com

*Counsel for Defendants Blue Cross and Blue Shield of Florida, Inc., Community Insurance Company, Anthem Health Plans of Virginia, Inc., and Blue Cross and Blue Shield of North Carolina*

and

Kathleen T. Sooy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
202-624-2500
(fax) 202-628-5116
ksooy@crowell.com

*Counsel for Defendant Blue Cross and Blue Shield of Kansas City*

Helen E. Witt, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
hwitt@kirkland.com

*Counsel for Defendants Health Care Service Corporation and Highmark Inc.*

Carl S. Burkhalter
James L. Priester
John Thomas A. Malatesta, III
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Phone: 205-254-1000
Facsimile: 205-254-1999
cburkhalter@maynardcooper.com
jpriester@maynardcooper.com
jmalatesta@maynardcooper.com

*Counsel for Defendant Blue Cross and Blue Shield of Alabama*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Errata was electronically filed with the Clerk of Court using the CM/ECF system on 21st day of August, 2015, which will send notification to all counsel of record and by U.S. mail to the following attorneys for Plaintiff in the related action:

Glenn J. Waldman, Esq.
Waldman Trigoboff Hildebrandt Marx & Calnan, P.A.
Broward Financial Centre, Suite 1700
500 East Broward Boulevard
Fort Lauderdale, FL 33394

/s/ Craig A. Hoover
Craig A. Hoover