## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE: BLUE CROSS BLUE SHIELD**　　　　　　　　MDL No. 2406
**ANTITRUST LITIGATION**

### SCHEDULE OF RELATED ACTION

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Recovery Village at Umatilla, L.L.C.<br><br>**Defendants:**<br>Blue Cross and Blue Shield of Florida, Inc., d/b/a Florida Blue, Community Insurance Company, d/b/a Anthem Blue Cross and Blue Shield, Health Care Service Corporation, d/b/a Blue Cross Blue Shield of Illinois, Blue Cross and Blue Shield of North Carolina, Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield and d/b/a Anthem Blue Cross and Blue Shield in Virginia, Highmark Inc., d/b/a Highmark Blue Cross Blue Shield and d/b/a Highmark Blue Shield, Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield of Kansas City | United States District Court for the Southern District of Florida | 0:15-cv-61414-JIC | Judge James I. Cohn |

MDL No. 2406

Dated this 28th day of August, 2015.

Respectfully submitted,

/s/ Eileen L. Parsons
Eileen L. Parsons
Jeremy L. Kahn
Dale S. Dobuler
Kristen A. Corpion
VER PLOEG & LUMPKIN, P.A.
100 S.E. Second Street, Suite 3000
Miami, FL 33131
Telephone: (305) 577-3996
Fax: (305) 577-3559
eparsons@vpl-law.com
iromero@vpl-law.com
jkahn@vpl-law.com
ddobuler@vpl-law.com
kcorpion@vpl-law.com

Glenn J. Waldman, Esq.
WALDMAN TRIGOBOFF
HILDEBRANDT MARX &
CALNAN, P.A.
Broward Financial Centre, Suite 1700
500 East Broward Boulevard
Fort Lauderdale, FL  33394
Telephone: (954) 467-8600 ext. 102
Facsimile: (954) 467-6222
gwaldman@waldmanlawfirm.com

*Counsel for the Plaintiff*