BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD          MDL No. 2406
ANTITRUST LITIGATION

## PROOF OF SERVICE

In Compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Reply in Further Support of its Motion and Brief to Vacate CTO-18 were served on all parties in the following cases electronically via ECF on August 28th, 2015.

**Recovery Village at Umatilla, L.LC. v. Blue Cross and Blue Shield of Florida, Inc., d/b/a Florida Blue, et al., S.D. Fla., No. 0:15-cv-61414-KAM**

Allen P. Pegg, Esq.
HOGAN LOVELLS US LLP
600 Brickell Ave., Suite 2700
Miami, FL 33131
Tel: 305-459-6500
Fax: 305-459-6550
Allen.pegg@hoganlovells.com

*Counsel for Community Insurance Company*
*Anthem Health Plans of Virginia, Inc.*
*Blue Cross Blue Shield of Florida, Inc.*
*Blue Cross Blue Shield of North Carolina*

David A. Coulson, Esq.
Courtney B. Green, Esq.
GREENBERG TRAURIG, P.A.
333 SE 2nd Avenue, Suite 4400
Miami, Florida 33131
Tel: 305-579-0500
Fax: 305-579-0717
Coulsond@gtlaw.com
greenco@gtlaw.com
FLService@gtlaw.com

*Counsel for Health Care Service Corp.*

Paul J. Schweip, Esq.
COFFEY BURLINGTON
2601 South Bayshore Drive, Penthouse One
Miami, FL 33133
Tel: 305-858-2900
Fax: 305-858-5261
pschweip@coffeyburlington.com

*Counsel for Blue Cross Blue Shield of Kansas City*

Timothy J. Conner
HOLLAND & KNIGHT LLP
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Tel: 904-353-2000
Fax: 904-358-1872
Timothy.conner@hklaw.com

*Counsel for Highmark, Inc.*

Star Turner Drum, Esq.
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Tel: 205-254-1000
Fax: 205-254-1999
sdrum@maynardcooper.com

*Counsel for Blue Cross Blue Shield of Alabama*


OF COUNSEL:

Emily M. Yinger, Esq.
Thomas M. Trucksess, Esq.
HOGAN LOVELLS US LLP
7930 Jones Branch Drive, 9th FL
McLean, VA 22102
Tel: 703-610-6100
Fax: 703-610-6200
Emily.yinger@hoganlovells.com
Thomas.trucksess@hoganlovells.com
*Counsel for Community Insurance Company
Anthem Health Plans of Virginia, Inc.
Blue Cross Blue Shield of Florida, Inc.
Blue Cross Blue Shield of North Carolina*

Kathleen T. Sooy
Tracy A. Roman
April N. Ross
Michael W. Lieberman
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202-624-2500
Fax: 202-628-5116
ksooy@crowell.com
troman@crowell.com
aross@crowell.com
mlieberman@crowell.com

*Counsel for Blue Cross Blue Shield of Kansas City*

Carl S. Burkhalter
James L. Priester
John Thomas A. Malatesta, III
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Tel: 205-254-1000
Fax: 205-254-1999
CBurkhalter@maynardcooper.com
jpriester@maynardcooper.com
jmalatesta@maynardcooper.com
*Counsel for Blue Cross Blue Shield of Alabama*

Respectfully submitted,

/s/ Eileen L. Parsons
Eileen L. Parsons
Jeremy L. Kahn
Dale S. Dobuler
Kristen A. Corpion
VER PLOEG & LUMPKIN, P.A.
100 S.E. Second Street, Suite 3000
Miami, FL 33131
Telephone: (305) 577-3996
Fax: (305) 577-3559
eparsons@vpl-law.com
iromero@vpl-law.com
jkahn@vpl-law.com
ddobuler@vpl-law.com
kcorpion@vpl-law.com

Glenn J. Waldman, Esq.
WALDMAN TRIGOBOFF
HILDEBRANDT MARX &
CALNAN, P.A.
Broward Financial Centre, Suite 1700
500 East Broward Boulevard
Fort Lauderdale, FL  33394
Telephone: (954) 467-8600 ext. 102
Facsimile: (954) 467-6222
gwaldman@waldmanlawfirm.com

*Counsel for the Plaintiff*