## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE: BLUE CROSS BLUE SHIELD**                    MDL No. 2406
**ANTITRUST LITIGATION**

This Filing Relates To The Following Case Only:

*Recovery Village at Umatilla, L.L.C. v. Blue Cross and Blue Shield of Florida, Inc., et al.*, S.D. Florida, Case No.: 0:15-cv-61414-JLC

### NOTICE OF FILING ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

Pursuant to the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation 6.1(f) and 7.1(g), Plaintiff notifies the Panel of the Order Granting Plaintiff's Motion to Remand ("Remand Order") [D.E. 52], attached as Exhibit A and Transmittal Letter Sent with Certified Order to: 17th Judicial Circuit Court [D.E. 53] ("Transmittal") attached as Exhibit B, each filed today in the United States District Court for the Southern District of Florida.  As a result of the aforementioned, Plaintiff's action no longer is pending in federal court and the matters before the Panel involving CTO-18 have been rendered moot.

Respectfully submitted,

/s/ Eileen L. Parsons
Eileen L. Parsons
Dale S. Dobuler
Kristen A. Corpion
VER PLOEG & LUMPKIN, P.A.
100 S.E. Second Street, Suite 3000
Miami, FL 33131
Telephone: (305) 577-3996
Fax: (305) 577-3559
eparsons@vpl-law.com
iromero@vpl-law.com
ddobuler@vpl-law.com
kcorpion@vpl-law.com