BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD      MDL No. 2406
ANTITRUST LITIGATION

## SCHEDULE OF RELATED ACTION

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Recovery Village at Umatilla, L.L.C.<br><br>**Defendants:**<br>Blue Cross and Blue Shield of Florida, Inc., d/b/a Florida Blue, Community Insurance Company, d/b/a Anthem Blue Cross and Blue Shield, Health Care Service Corporation, d/b/a Blue Cross Blue Shield of Illinois, Blue Cross and Blue Shield of North Carolina, Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield and d/b/a Anthem Blue Cross and Blue Shield in Virginia, Highmark Inc., d/b/a Highmark Blue Cross Blue Shield and d/b/a Highmark Blue Shield, Blue Cross and Blue Shield of Alabama, and Blue Cross and Blue Shield of Kansas City | United States District Court for the Southern District of Florida | 0:15-cv-61414-JIC | Judge James I. Cohn |

MDL No. 2406

Dated this 31ST day of August, 2015.

                    Respectfully submitted,

                    /s/ Eileen L. Parsons
                    Eileen L. Parsons
                    Dale S. Dobuler
                    Kristen A. Corpion
                    VER PLOEG & LUMPKIN, P.A.
                    100 S.E. Second Street, Suite 3000
                    Miami, FL 33131
                    Telephone: (305) 577-3996
                    Fax: (305) 577-3559
                    eparsons@vpl-law.com
                    iromero@vpl-law.com
                    ddobuler@vpl-law.com
                    kcorpion@vpl-law.com

                    *Counsel for the Plaintiff*