BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD      MDL No. 2406
ANTITRUST LITIGATION

## PROOF OF SERVICE

In Compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Filing Order Granting Plaintiff's Motion to Remand were served on all parties in the following cases electronically via ECF on August 31st, 2015.

**Recovery Village at Umatilla, L.LC. v. Blue Cross and Blue Shield of Florida, Inc., d/b/a Florida Blue, et al., S.D. Fla., No. 0:15-cv-61414-KAM**

| | |
|---|---|
| Allen P. Pegg, Esq.<br>HOGAN LOVELLS US LLP<br>600 Brickell Ave., Suite 2700<br>Miami, FL 33131<br>Tel: 305-459-6500<br>Fax: 305-459-6550<br>Allen.pegg@hoganlovells.com<br><br>*Counsel for Community Insurance Company*<br>*Anthem Health Plans of Virginia, Inc.*<br>*Blue Cross Blue Shield of Florida, Inc.*<br>*Blue Cross Blue Shield of North Carolina* | Paul J. Schweip, Esq.<br>COFFEY BURLINGTON<br>2601 South Bayshore Drive, Penthouse One<br>Miami, FL 33133<br>Tel: 305-858-2900<br>Fax: 305-858-5261<br>pschweip@coffeyburlington.com<br><br>*Counsel for Blue Cross Blue Shield of Kansas City* |
| David A. Coulson, Esq.<br>Courtney B. Green, Esq.<br>GREENBERG TRAURIG, P.A.<br>333 SE 2nd Avenue, Suite 4400<br>Miami, Florida 33131<br>Tel: 305-579-0500<br>Fax: 305-579-0717<br>Coulsond@gtlaw.com<br>greenco@gtlaw.com<br>FLService@gtlaw.com<br><br>*Counsel for Health Care Service Corp.* | Timothy J. Conner<br>HOLLAND & KNIGHT LLP<br>50 North Laura Street, Suite 3900<br>Jacksonville, FL 32202<br>Tel: 904-353-2000<br>Fax: 904-358-1872<br>Timothy.conner@hklaw.com<br><br>*Counsel for Highmark, Inc.* |

Star Turner Drum, Esq.
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Tel: 205-254-1000
Fax: 205-254-1999
sdrum@maynardcooper.com

*Counsel for Blue Cross Blue Shield of Alabama*


OF COUNSEL:

Emily M. Yinger, Esq.
Thomas M. Trucksess, Esq.
HOGAN LOVELLS US LLP
7930 Jones Branch Drive, 9th FL
McLean, VA 22102
Tel: 703-610-6100
Fax: 703-610-6200
Emily.yinger@hoganlovells.com
Thomas.trucksess@hoganlovells.com
*Counsel for Community Insurance Company*
*Anthem Health Plans of Virginia, Inc.*
*Blue Cross Blue Shield of Florida, Inc.*
*Blue Cross Blue Shield of North Carolina*

Kathleen T. Sooy
Tracy A. Roman
April N. Ross
Michael W. Lieberman
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202-624-2500
Fax: 202-628-5116
ksooy@crowell.com
troman@crowell.com
aross@crowell.com
mlieberman@crowell.com

*Counsel for Blue Cross Blue Shield of Kansas City*

Carl S. Burkhalter
James L. Priester
John Thomas A. Malatesta, III
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Tel: 205-254-1000
Fax: 205-254-1999
CBurkhalter@maynardcooper.com
jpriester@maynardcooper.com
jmalatesta@maynardcooper.com
*Counsel for Blue Cross Blue Shield of Alabama*

Respectfully submitted,

/s/ Eileen L. Parsons
Eileen L. Parsons
Dale S. Dobuler
Kristen A. Corpion
VER PLOEG & LUMPKIN, P.A.
100 S.E. Second Street, Suite 3000
Miami, FL 33131
Telephone: (305) 577-3996
Fax: (305) 577-3559
eparsons@vpl-law.com
iromero@vpl-law.com
ddobuler@vpl-law.com
kcorpion@vpl-law.com

*Counsel for the Plaintiff*