UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: BLUE CROSS BLUE SHIELD**
**ANTITRUST LITIGATION**

| | | |
|---|---|---|
| Recovery Village at Umatilla, L.L.C. v. Blue Cross and Blue Shield of Florida, Inc., et al., S.D. Florida, C.A. No. 0:15-61414 | ) ) ) | MDL No. 2406 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE OCTOBER 1, 2015, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Recovery Village*) on July 10, 2015. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Recovery Village* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Recovery Village* was remanded to the Seventeenth Judicial Circuit in and for Broward County, Florida, by the Honorable James I. Cohn in an order filed on August 28, 2015.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-18" filed on July 10, 2015, is VACATED.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 14, 2015, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel