FILED
2015 Nov-02 PM 12:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ADVANCED SURGERY CENTER OF BETHESDA, LLC, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>CAREFIRST OF MARYLAND, INC.,<br><br>  Defendant. | Case No.: 2:13-cv-00562-RDP |

## SUGGESTION OF REMAND

This case is before the court on the parties' Joint Motion for Suggestion of Remand (Doc. # 11), filed October 27, 2015. The court must consider whether a Suggestion of Remand Order is appropriate with respect to *Advanced Surgery Center of Bethesda, LLC, et al. v. CareFirst of Maryland, Inc.* ("Advanced Surgery"), a tag-along action to MDL No. 2406. In Advanced Surgery, Plaintiffs allege that certain conduct by CareFirst of Maryland, Inc. ("CFMI") violates Sections 1 and 2 of the Sherman Act and certain provisions of the Maryland Antitrust Act. On March 12, 2013, Plaintiffs filed their initial Complaint in Advanced Surgery in the District of Maryland.

On March 13, 2013, Plaintiffs filed a Notice of Potential Tag-Along Action for Advanced Surgery with the Judicial Panel on Multidistrict Litigation ("JPML"), giving notice that Advanced Surgery related to actions previously transferred to an existing MDL, *In re Blue Cross Blue Shield Antitrust Litigation* (MDL No. 2406, Case No. 2:13-cv-20000-RDP). On March 15, 2013, by Conditional Transfer Order, the JPML ordered Advanced Surgery transferred from the District of Maryland to the Northern District of Alabama to be coordinated or consolidated for

pretrial proceedings with the other cases in In re Blue Cross Blue Shield Antitrust Litigation. (Case No. 2:13-cv-20000-RDP, Doc. # 19).

On September 30, 2013, CFMI filed a Motion to Dismiss the Complaint filed in Advanced Surgery. (Case No. 2:13-cv-20000-RDP, Doc. # 110). Plaintiffs responded on January 15, 2014. (*Id*. at Doc. # 152). On June 18, 2014, CFMI's Motion to Dismiss was denied without prejudice by the Court. (Case No. 2:13-cv-20000-RDP, Doc. # 205). The court ordered that "the Parties shall consult with one another as to the best method of addressing the issues raised in this motion (Doc. # 110) and file a joint report with the court related to their discussions on or before July 15, 2014." (*Id*. at Doc. # 205).

On July 15, 2014, in compliance with the court's June 18, 2014 Order, Plaintiffs and CFMI submitted a Joint Status Report to the court, wherein the parties stated their positions with respect to CFMI's Motion to Dismiss. Plaintiffs filed a Supplemental Status Report on September 2, 2014, and the parties continued to confer on the issues raised in CFMI's Motion.

Now, Plaintiffs and CFMI report that they have reached certain understandings, that they agree that the remand of Advanced Surgery to the District of Maryland is in their best interests, and that such remand will serve the interest of judicial economy and convenience at this time. The court notes that none of the parties object to a suggestion of remand of Advanced Surgery to its transferor court.

Therefore, the parties' Joint Motion for Suggestion of Remand (Doc. # 11) is **GRANTED**. Pursuant to JPML Rule 10.1(b) and 28 U.S.C. § 1407, the court issues this Order suggesting that *Advanced Surgery Center of Bethesda, LLC, et al. v. CareFirst of Maryland, Inc.*, 2:13-cv-00562 (N.D. Ala.) be remanded by the JPML to the District of Maryland where it originated as Case No. 1:13-cv-00769.

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation.

**DONE** and **ORDERED** this November 2, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE