BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| _____ | ) | |
| **IN RE: BLUE CROSS BLUE SHIELD** | ) | |
| **ANTITRUST LITIGATION** | ) | **MDL NO. 2406** |
| _____ | ) | |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.5(e) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Co-Lead Counsel for the Provider Plaintiffs in MDL 2406 hereby notify the Panel of the potential tag-along action listed on the attached Schedule of Actions. The Docket Sheet and Complaint are also attached as Exhibit 1.

Dated:  December 3, 2015                                       Respectfully submitted,


| | |
|---|---|
| */s/ Edith M. Kallas* | */s/ Joe R. Whatley, Jr.* |
| Edith M. Kallas | Joe R. Whatley, Jr. |
| WHATLEY KALLAS, LLP | WHATLEY KALLAS, LLP |
| 1180 Avenue of the Americas, 20th Floor | 2001 Park Place North |
| New York, NY 10036 | 1000 Park Place Tower |
| Tel:  (212) 447-7060 | Birmingham, AL 35203 |
| Fax:  (800) 922-4851 | Tel:  (205) 488-1200 |
| Email: ekallas@whatleykallas.com | Fax:  (800) 922-4851 |
| | Email: jwhatley@whatleykallas.com |

*Provider Plaintiffs' Co-Lead Counsel*