BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re:  BLUE CROSS BLUE SHIELD                )<br>ANTITRUST LITIGATION                              )<br>_____)  | | MDL No. 2406 |

NOTICE OF POTENTIAL TAG-ALONG ACTIONS

| Ex. | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Tom A. Goodman and Jason Goodman | Blue Cross Blue Shield of Alabama<br>Premera Blue Cross, also d/b/a Premera Blue Cross Blue Shield of Alaska<br>Blue Cross Blue Shield of Arizona<br>Usable Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield<br>Anthem, Inc., f/k/a Wellpoint, Inc. d/b/a Anthem Blue Cross Life and Health Insurance Company<br>Blue Cross of California<br>Blue Cross of Southern California<br>Blue Cross of Northern California<br>Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross Blue Shield of Colorado and Anthem Blue Cross Blue Shield of Nevada<br>Anthem Blue Cross Blue Shield of Connecticut<br>Blue Cross Blue Shield of Georgia<br>Anthem Blue Cross Blue Shield of Indiana<br>Anthem Blue Cross Blue Shield of Kentucky | D. Montana | 4:16-cv-00007 | Judge Brian Morris |

| | | | | | |
|---|---|---|---|---|---|
| | | Anthem Blue Cross Blue Shield of Maine<br>Anthem Blue Cross Blue Shield of Missouri<br>Rightchoice Managed Care, Inc.<br>HMO Missouri Inc.<br>Anthem Health Plans of New Hampshire as Anthem Blue Cross Blue Shield of New Hampshire<br>Empire Healthchoice Assurance Inc as Empire Blue Cross Blue Shield<br>Community Insurance Company as Anthem Blue Cross Blue Shield of Ohio<br>Anthem Blue Cross and Blue Shield of Virginia<br>Anthem Blue Cross Blue Shield of Wisconsin<br>California Physicians' Service d/b/a Blue Shield of California<br>Highmark Inc<br>Highmark Blue Cross Blue Shield Delaware, Inc,<br>Highmark West Virginia, Inc.<br>Carefirst, Inc.;<br>Group Hospitalization and Medical Services d/b/a Carefirst of Maryland, Inc d/b/a Carefirst Bluecross Blueshield<br>Blue Cross and Blue Shield of Florida, Inc.<br>Hawaii Medical Service Association d/b/a Blue Cross and Blue Shield of Hawaii<br>Blue Cross of Idaho Health Service, Inc.<br>Cambia Health Solutions, Inc. f/d/b/a) Regence Blueshield of Idaho<br>Regence Blue Cross Blue Shield of Oregon<br>Regence Blue Cross Blue Shield of Utah | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Regence Blue Shield (in Washington) Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Illinois Blue Cross and Blue Shield of New Mexico Blue Cross and Blue Shield of Oklahoma Blue Cross and Blue Shield of Montana Blue Cross Blue Shield of Texas Caring for Montanans, Inc. Wellmark Blue Cross and Blue Shield of Iowa Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota Blue Cross and Blue Shield of Kansas, Inc. Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana Blue Cross and Blue Shield of Massachusetts, Inc, Blue Cross Blue Shield of Michigan BCBSM, Inc. d.b.a Blue Cross and Blue Shield of Minnesota Blue Cross Blue Shield of Mississippi Blue Cross and Blue Shield of Kansas City Blue Cross and Blue Shield of Nebraska Horizon Healthcare Services, Inc.d/b/a Horizon Blue Cross and Blue Shield of New Jersey Healthnow New York, Inc. d/b/a Bluecross Blueshield of Western New York Blue Shield of Northeastern New York Excellus Health Plan Inc d/b/a Excellus Bluecross Blueshield | | | |

|  |  | Blue Cross and Blue Shield of North Carolina, Inc.<br>Noridian Mutual Insurance Company d/b/a Blue Cross Blue Shield of North Dakota<br>Hospital Service Association of Northeastern Pennsylvania d/b/a Blue Cross of Northeastern Pennsylvania<br>Capital Bluecross Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross<br>Triple-s Salud, Inc<br>Blue Cross & Blue Shield of Rhode Island<br>Blue Cross and Blue Shield of South Carolina<br>Blue Cross Blue Shield of Tennessee, Inc.<br>Blue Cross and Blue Shield of Vermont<br>Blue Cross Blue Shield of Wyoming<br>Blue Cross and Blue Shield Association |  |  |  |
|---|---|---|---|---|---|
| 2. | Mark Krieger | Same as above | S.D. Indiana | 2:16-cv-00020 | Judge William T. Lawrence |