**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **In re:  BLUE CROSS BLUE SHIELD** | ) | |
| **ANTITRUST LITIGATION** | ) | **MDL No. 2406** |
| _____ ) | | |

**ERRATA TO SCHEDULE OF ACTIONS**

On March 11, 2016, Co-Lead Counsel for the Subscriber Plaintiffs filed a Notice of Potential Tag-Along Actions and an attached Schedule of Actions regarding case number 5:16-cv-00182 in the Western District of Oklahoma and case number 3:16-cv-00021 in the Western District of Virginia.  *See* Dkt. No. 332, 332-1.  The attached Schedule of Actions lists the correct district for case number 5:16-cv-00182.

Date:  March 18, 2016                    Very truly yours,


/s/ Michael D. Hausfeld
Michael D. Hausfeld
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com

David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8200
dboies@bsfllp.com


*Subscriber Plaintiffs' Co-Lead Counsel*