BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| In re:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) ) ) | MDL No. 2406 |
|---|---|---|

## SCHEDULE OF ACTIONS

| Ex. | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Casa Blanca LLC<br>Jennifer D. Childress<br>Clint Johnston<br>Janeen Goodin<br>Marla S. Sharp | Blue Cross Blue Shield of Alabama<br>Premera Blue Cross, also d/b/a Premera Blue Cross Blue Shield of Alaska<br>Blue Cross Blue Shield of Arizona<br>Usable Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield<br>Anthem, Inc., f/k/a Wellpoint, Inc. d/b/a Anthem Blue Cross Life and Health Insurance Company<br>Blue Cross of California<br>Blue Cross of Southern California<br>Blue Cross of Northern California<br>Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross Blue Shield of Colorado and Anthem Blue Cross Blue Shield of Nevada<br>Anthem Blue Cross Blue Shield of Connecticut<br>Blue Cross Blue Shield of Georgia<br>Anthem Blue Cross Blue Shield of Indiana<br>Anthem Blue Cross Blue Shield of Kentucky | W.D. Oklahoma | 5:16-cv-00182 | Judge Joe Heaton |

| | | | | | |
|---|---|---|---|---|---|
| | | Anthem Blue Cross Blue Shield of Maine<br>Anthem Blue Cross Blue Shield of Missouri<br>Rightchoice Managed Care, Inc.<br>HMO Missouri Inc.<br>Anthem Health Plans of New Hampshire as Anthem Blue Cross Blue Shield of New Hampshire<br>Empire Healthchoice Assurance Inc as Empire Blue Cross Blue Shield<br>Community Insurance Company as Anthem Blue Cross Blue Shield of Ohio<br>Anthem Blue Cross and Blue Shield of Virginia<br>Anthem Blue Cross Blue Shield of Wisconsin<br>California Physicians' Service d/b/a Blue Shield of California<br>Highmark Inc<br>Highmark Blue Cross Blue Shield Delaware, Inc,<br>Highmark West Virginia, Inc.<br>Carefirst, Inc.;<br>Group Hospitalization and Medical Services d/b/a Carefirst of Maryland, Inc d/b/a Carefirst Bluecross Blueshield<br>Blue Cross and Blue Shield of Florida, Inc.<br>Hawaii Medical Service Association d/b/a Blue Cross and Blue Shield of Hawaii<br>Blue Cross of Idaho Health Service, Inc.<br>Cambia Health Solutions, Inc. f/d/b/a) Regence Blueshield of Idaho<br>Regence Blue Cross Blue Shield of Oregon<br>Regence Blue Cross Blue Shield of Utah | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Regence Blue Shield (in Washington) <br> Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Illinois <br> Blue Cross and Blue Shield of New Mexico <br> Blue Cross and Blue Shield of Oklahoma <br> Blue Cross and Blue Shield of Montana <br> Blue Cross Blue Shield of Texas <br> Caring for Montanans, Inc. <br> Wellmark Blue Cross and Blue Shield of Iowa <br> Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota <br> Blue Cross and Blue Shield of Kansas, Inc. <br> Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana <br> Blue Cross and Blue Shield of Massachusetts, Inc, <br> Blue Cross Blue Shield of Michigan <br> BCBSM, Inc. d.b.a Blue Cross and Blue Shield of Minnesota <br> Blue Cross Blue Shield of Mississippi <br> Blue Cross and Blue Shield of Kansas City <br> Blue Cross and Blue Shield of Nebraska <br> Horizon Healthcare Services, Inc.d/b/a Horizon Blue Cross and Blue Shield of New Jersey <br> Healthnow New York, Inc. d/b/a Bluecross Blueshield of Western New York <br> Blue Shield of Northeastern New York |  |  |  |

| | | Excellus Health Plan Inc d/b/a Excellus Bluecross Blueshield<br>Blue Cross and Blue Shield of North Carolina, Inc.<br>Noridian Mutual Insurance Company d/b/a Blue Cross Blue Shield of North Dakota<br>Hospital Service Association of Northeastern Pennsylvania d/b/a Blue Cross of Northeastern Pennsylvania<br>Capital Bluecross Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross<br>Triple-s Salud, Inc<br>Blue Cross & Blue Shield of Rhode Island<br>Blue Cross and Blue Shield of South Carolina<br>Blue Cross Blue Shield of Tennessee, Inc.<br>Blue Cross and Blue Shield of Vermont<br>Blue Cross Blue Shield of Wyoming<br>Blue Cross and Blue Shield Association | | | |
| --- | --- | --- | --- | --- | --- |
| 2. | Comet Capital LLC | Same as above | W.D. Virginia | 3:16-cv-00021 | Judge Norm K. Moon |