BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re:  BLUE CROSS BLUE SHIELD   )
ANTITRUST LITIGATION             )     MDL No. 2406
                                 )

NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.5(e) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Co-Lead Counsel for the Subscriber Plaintiffs in MDL 2406 write to notify the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

Docket sheets and complaints are attached.

Date:  March 25, 2016                    Very truly yours,

                                         /s/ Michael D. Hausfeld
                                         Michael D. Hausfeld
                                         HAUSFELD LLP
                                         1700 K Street NW, Suite 650
                                         Washington, DC 20006
                                         Tel: (202) 540-7200
                                         Fax: (202) 540-7201
                                         mhausfeld@hausfeldllp.com

                                         David Boies
                                         BOIES, SCHILLER & FLEXNER LLP
                                         333 Main Street
                                         Armonk, NY 10504
                                         Tel: (914) 749-8200
                                         Fax: (914) 749-8200
                                         dboies@bsfllp.com

                                         *Subscriber Plaintiffs' Co-Lead Counsel*