BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | ) ) ) ) ) | **MDL NO. 2406** |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.5(e) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Co-Lead Counsel for the Provider Plaintiffs in MDL 2406 hereby notify the Panel of the potential tag-along action listed on the attached Schedule of Actions. The Docket Sheet and Complaint are also attached as Exhibit 1.

Dated: April 28, 2016                                         Respectfully submitted,

 /s/ Edith M. Kallas                                             /s/ Joe R. Whatley, Jr.
Edith M. Kallas                                                  Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP                                              WHATLEY KALLAS, LLP
1180 Avenue of the Americas, 20th Floor                          2001 Park Place North
New York, NY 10036                                               1000 Park Place Tower
Tel: (212) 447-7060                                              Birmingham, AL 35203
Fax: (800) 922-4851                                              Tel: (205) 488-1200
Email: ekallas@whatleykallas.com                                 Fax: (800) 922-4851
                                                                 Email: jwhatley@whatleykallas.com

WHATLEY KALLAS, LLP

/s/ Joe R. Whatley, Jr.
Joe R. Whatley, Jr.
W. Tucker Brown
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
Email:tbrown@whatleykallas.com

/s/ Edith M. Kallas
Edith M. Kallas
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851
Email: ekallas@whatleykallas.com

REICH & BINSTOCK, LLP

/s/ Dennis C. Reich
4265 San Felipe, Suite 1000
Houston, Texas  77027
Telephone:  (713) 622-7271
Facsimile:  (713) 623-8724
Email:  dreich@rbfirm.net

*Provider Plaintiffs' Co-Lead Counsel*