BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____                      )
                                                             )
**IN RE: BLUE CROSS BLUE SHIELD**       )
**ANTITRUST LITIGATION**                )     **MDL NO. 2406**
                                                             )
_____                       )

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.5(e) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Co-Lead Counsel for the Provider Plaintiffs in MDL 2406 hereby notify the Panel of the potential tag-along action listed on the attached Schedule of Actions. The Docket Sheet and Complaint are also attached as Exhibit 1.

Dated: April 29, 2016                          Respectfully submitted,


 /s/ Edith M. Kallas                            /s/ Joe R. Whatley, Jr.
Edith M. Kallas                                Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP                            WHATLEY KALLAS, LLP
1180 Avenue of the Americas, 20th Floor        2001 Park Place North
New York, NY 10036                             1000 Park Place Tower
Tel: (212) 447-7060                            Birmingham, AL 35203
Fax: (800) 922-4851                            Tel: (205) 488-1200
Email: ekallas@whatleykallas.com               Fax: (800) 922-4851
                                               Email: jwhatley@whatleykallas.com

      WHATLEY KALLAS, LLP

      */s/ Joe R. Whatley, Jr.*
      Joe R. Whatley, Jr.
      W. Tucker Brown
      2001 Park Place North
      1000 Park Place Tower
      Birmingham, AL 35203
      Tel: (205) 488-1200
      Fax: (800) 922-4851
      Email: jwhatley@whatleykallas.com
      Email: tbrown@whatleykallas.com

      */s/ Edith M. Kallas*
      Edith M. Kallas
      380 Madison Avenue, 23rd Floor
      New York, NY 10017
      Tel: (212) 447-7060
      Fax: (800) 922-4851
      Email: ekallas@whatleykallas.com

      REICH & BINSTOCK, LLP

      */s/ Dennis C. Reich*
      4265 San Felipe, Suite 1000
      Houston, Texas  77027
      Telephone:  (713) 622-7271
      Facsimile:  (713) 623-8724
      Email:  dreich@rbfirm.net

*Provider Plaintiffs' Co-Lead Counsel*