BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | MDL No.:  2406 |

### PROOF OF SERVICE

I, Joe R. Whatley, Jr., as one of the Co-Lead Counsel for the Provider Plaintiff group, hereby certifies that on April 29, 2016, a copy of the foregoing Notice of Potential Tag-Along Action was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Provider Plaintiffs, which will send notice of electronic filing to all parties of record.  The Notice of Potential Tag-Along Action was also served by electronic mail on the following liaison counsel appointed by the transferee district court:

**PLAINTIFFS' LIAISON COUNSEL; MDL 2406**
Barry Ragsdale
SIROTE & PERMUTT, PC
2311 Highland Ave. South
Birmingham, AL 35205
TEL: 205-930-5114
FAX: 205-212-2933
bragsdale@sirote.com

**DEFENDANTS' LIAISON COUNSEL; MDL 2406**
Kimberly R. West
WALLACE JORDAN RATLIFF & BRANDT, LLC
P.O. Box 530910
Birmingham, AL 35253
TEL: 205-874-0352
FAX: 205-874-3252
kwest@wallacejordan.com

And upon the following defense counsel:

| DEFENDANTS' COUNSEL | PARTY REPRESENTED |
|---|---|
| Craig A. Hoover<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>202-637-5600<br>(fax) 202-637-5910<br>craig.hoover@hoganlovells.com<br><br>Emily M. Yinger<br>HOGAN LOVELLS US LLP<br>Park Place II<br>7930 Jones Branch Drive, Ninth Floor<br>McLean, VA 22102<br>703-610-6100<br>(fax) 703-610-6200<br>emily.yinger@hoganlovells.com<br><br><br>Cavender C. Kimble<br>BALCH & BINGHAM LLP<br>1901 6th Avenue N, Suite 1500<br>Birmingham, AL 35203-4642<br>205-226-3437<br>(fax) 205-488-5860<br>ckimble@balch.com | Anthem, Inc.;<br>Anthem Health Plans, Inc. (Anthem Blue Cross and Blue Shield of Connecticut);<br>Blue Cross and Blue Shield of Georgia, Inc.;<br>Anthem Insurance Companies, Inc. (Anthem Blue Cross and Blue Shield of Indiana);<br>Anthem Health Plans of Maine, Inc.;<br>HMO Missouri, Inc. (Anthem Blue Cross and Blue Shield of Missouri);<br>Anthem Health Plans of New Hampshire, Inc. (Anthem Blue Cross and Blue Shield of New Hampshire);<br>Anthem Health Plans of Virginia, Inc. (Anthem Blue Cross and Blue Shield of Virginia Inc.);<br>Blue Cross and Blue Shield of North Carolina, Inc.;<br>Blue Cross and Blue Shield of Florida, Inc.;<br>Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana);<br>Blue Cross and Blue Shield of Massachusetts, Inc.;<br>BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota);<br>Blue Cross and Blue Shield of South Carolina;<br>Blue Cross and Blue Shield of Tennessee, Inc.;<br>Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii);<br>Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey);<br>Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota);<br>Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa);<br>Blue Cross & Blue Shield of Rhode Island;<br>Blue Cross and Blue Shield of Vermont;<br>Anthem Health Plans of Kentucky, Inc.;<br>Anthem Blue Cross (Blue Cross of California, Blue Cross of California Partnership Plan, Inc., Blue Cross of Southern California, Blue Cross of Northern California); |

|  | Rocky Mountain Hospital & Medical Service Inc. d/b/a Anthem Blue Cross Blue Shield of Colorado;<br>Anthem Blue Cross Blue Shield of Nevada;<br>Empire BlueCross BlueShield (Empire HealthChoice Assurance, Inc.);<br>Blue Cross Blue Shield of Wisconsin (Anthem Blue Cross Blue Shield of Wisconsin);<br>Community Insurance Company as Anthem Blue Cross Blue Shield of Ohio;<br>Cambia Health Solutions, Inc.;<br>Regence Blue Shield of Idaho;<br>Regence Blue Cross Blue Shield of Utah;<br>Regence Blue Shield (of Washington);<br>Regence Blue Cross Blue Shield of Oregon |
|---|---|
| David J. Zott, P.C.<br>Daniel E. Laytin, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>312-862-2000<br>(fax) 312-862-2200<br>daniel.laytin@kirkland.com<br>david.zott@kirkland.com<br><br>and<br><br><br><br>Kimberly R. West<br>Mark H. Hogewood<br>WALLACE JORDAN RATLIFF & BRANDT LLC<br>First Commercial Bank Building<br>800 Shades Creek Parkway, Suite 400<br>PO Box 530910<br>Birmingham, AL 35253<br>Telephone: (205) 870-0555<br>Facsimile: (205) 871-7534<br>kwest@wallacejordan.com | Blue Cross and Blue Shield Association;<br>Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, and Blue Cross and Blue Shield of Oklahoma;<br>Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.;<br>Highmark, Inc., f/k/a Highmark Health Services;<br>Highmark West Virginia Inc.;<br>Highmark Blue Cross Blue Shield Delaware, Inc.;<br>California Physicians' Service d/b/a Blue Shield of California; Inc.;<br>National Account Service LLC; and<br>Consortium Health Plans, Inc. |

3

| | |
|---|---|
| Jonathan M. Redgrave<br>Victoria A. Redgrave<br>Redgrave, LLP<br>601 Pennsylvania Avenue, NW<br>Suite 900 South Building<br>Washington, DC  20004<br>Tel:  (202) 681-2505<br>Fax: (612) 332-8915<br>jredgrave@redgravellp.com | Additional Counsel for HCSC and Highmark Defendants |
| Charles L. Sweeris<br>Law Department<br>BLUE SHIELD OF CALIFORNIA<br>50 Beale Street<br>San Francisco, CA 94105<br>415-229-5107<br>(fax) 415-229-5343<br>charles.sweeris@blueshieldca.com | Additional Counsel for California Physicians' Service d/b/a Blue Shield of California; |
| Kathleen Taylor Sooy<br>Tracy A. Roman<br>Andrew D. Kaplan<br>April N. Ross<br>Michael W. Lieberman<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 624-2500<br>Fax: (202) 628-5116<br>ksooy@crowell.com<br><br>John M. Johnson<br>Brian P. Kappel<br>LIGHTFOOT FRANKLIN & WHITE LLC<br>400 20th Street North<br>Birmingham, AL 35203<br>Telephone: (205) 581-0716<br>Fax: (205) 380-9116<br>jjohnson@lightfootlaw.com<br>bkappel@lightfootlaw.com | Blue Cross of Idaho Health Service, Inc.;<br>Blue Cross and Blue Shield of Kansas, Inc.;<br>Blue Cross and Blue Shield of Kansas City;<br>Blue Cross and Blue Shield of Nebraska;<br>Blue Cross Blue Shield of Arizona;<br>Blue Cross Blue Shield of North Dakota;<br>Blue Cross Blue Shield of Wyoming;<br>HealthNow New York Inc.;<br>BlueShield of Northeastern New York; and<br>BlueCross BlueShield of Western New York |

| | |
|---|---|
| Brian K. Norman<br>SHAMOUN & NORMAN, LLP<br>1775 Wittington Place, Suite 200, LB 25<br>Dallas, Texas 75234<br>Tel: 214.987.1745<br>bkn@snlegal.com<br><br>H. James Koch<br>ARMBRECHT JACKSON LLP<br>63 S. Royal Street, Suite 1300<br>Mobile, AL 36602<br>Tel: 251.405.1300<br>hjk@ajlaw.com | Carefirst, Inc.;<br>Carefirst of Maryland, Inc.; and<br>Group Hospitalization and Medical Services, Inc. |
| James L. Priester<br>Carl S. Burkhalter<br>John Thomas A. Malatesta, III<br>MAYNARD COOPER & GALE PC<br>1901 Sixth Avenue North<br>2400 Regions Harbert Plaza<br>Birmingham, AL 35203<br>Phone: 205-254-1000<br>Facsimile: 205-254-1999<br>jpriester@maynardcooper.com<br>cburkhalter@maynardcooper.com<br>jmalatesta@maynardcooper.com<br><br>Pamela B. Slate<br>Hill Hill Carter Franco Cole & Black, PC<br>425 S. Perry Street<br>Montgomery, AL  36104<br>Tel:  334-834-7600<br>Fax: 334-386-4381 | Blue Cross and Blue Shield of Alabama |

| | |
|---|---|
| Gwendolyn C. Payton<br>Lane Powell, PC<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, Washington 98111-9402<br>Telephone: 206.223.7000 Facsimile: 206.223.7107<br>paytong@lanepowell.com<br><br>J. Bentley Owens, III<br>Wallace Ellis Fowler Head & Justice<br>P. O. Box 587<br>Columbiana, AL  35051-0587<br>Tel:  205-669-6783<br>Fax: 205-669-4932<br>bowens@wefhlaw.com | Premera Blue Cross d/b/a Premera Blue Cross Blue Shield of Alaska<br>Premera Blue Cross of Washington |
| Paul K. Leary<br>Lezlie Madden<br>Arthur P. Fritzinger<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 665-7286<br>Fax: (215) 701-2127<br>lmadden@cozen.com<br>afritzinger@cozen.com<br><br>John W. Reis<br>COZEN O'CONNOR<br>201 S. College Street, Suite 2100<br>Charlotte, NC 28202<br>Phone: (704) 376-3400<br>Fax: (704) 334-3351<br>Email: jreis@cozen.com | Blue Cross of Northeastern Pennsylvania |
| Andy P. Campbell<br>Stephen D. Wadsworth<br>A. Todd Campbell<br>Yawanna N. McDonald<br>Campbell, Guin, Williams, Guy & Gidiere, LLC<br>505 North 20th Street, Suite 1600<br>Birmingham, AL 35203<br>Telephone: (205) 224-0750<br>Fax: (205) 224-8622 | Blue Cross Blue Shield of Michigan |

| | |
|---|---|
| andrew.campbell@campbellguin.com<br>stephen.wadsworth@campbellguin.com<br>todd.campbell@campbellguin.com<br>yawanna.mcdonald@campbellguin.com<br><br>D. Bruce Hoffman<br>Todd M. Stenerson<br>Hunton & Williams LLP<br>2200 Pennsylvania Ave., NW<br>Washington, DC  20037<br>Tel: (202) 419-2184<br>Fax: (202) 778-7436<br>bhoffman@hunton.com<br>tstenerson@hunton.com | |
| M. Patrick McDowell<br>R. David Kaufman,<br>Cheri D. Green<br>M. Patrick McDowell<br>BRUNINI, GRANTHAM, GROWER & HEWES, PLLC<br>Post Office Drawer 119<br>Jackson, MS 39201<br>Telephone: (601) 948-3101<br>Facsimile: (601) 960-6902<br>dkaufman@brunini.com<br>cgreen@brunini.com<br>pmcdowell@brunini.com<br><br>Cheri D. Green,<br>Blue Cross Blue Shield of Mississippi<br>Post Office Box 1043<br>Jackson, Mississippi 39215-1043<br>Telephone: (6012) 932-3704 | Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company |

| | |
|---|---|
| Robert K. Spotswood<br>Michael T. Sansbury<br>Joshua K. Payne<br>Mary G. Menge<br>SPOTSWOOD SANSOM & SANSBURY LLC<br>One Federal Place<br>1819 Fifth Avenue North, Suite 1050<br>Birmingham, Alabama 35203<br>TEL: (205) 986-3620<br>FAX: (205) 986-3639<br>E-mail: rks@spotswoodllc.com<br>msansbury@spotswoodllc.com<br>jpayne@spotswoodllc.com<br>mmenge@spotswoodllc.com | Capital BlueCross |
| Edward S. Bloomberg, Esq.<br>Phillips Lytle LLP<br>3400 HSBC Center<br>Buffalo, New York 14203<br>(716) 847-7096<br>(fax) 716-852-6100<br>ebloomberg@phillipslytle.com<br><br><br>D. Keith Andress, Esq.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.<br>420 North 20th Street<br>1400 Wells Fargo Tower<br>(205) 250-8367<br>(fax) 205-488-3767<br>kandress@bakerdonelson.com | Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield, incorrectly sued as Excellus BlueCross BlueShield of New York |
| John Briggs<br>Rachel Adcox<br>AXINN, VELTROP & HARKRIDER, LLP<br>950 F Street, N.W.<br>Washington, DC 20004<br>Telephone: (202) 912-4700<br>Facsimile: (202) 912-4701<br>jbriggs@axinn.com<br>radcox@axinn.com | Independence Blue Cross |

| | |
|---|---|
| Stephen A. Rowe<br>Aaron G. McLeod<br>ADAMS AND REESE LLP<br>Regions Harbert Plaza<br>1901 6th Avenue North, Suite 3000<br>Birmingham, Alabama 35203<br>Telephone: (205) 250-5000<br>Facsimile: (205) 250-5034<br>steve.rowe@arlaw.com<br>aaron.mcleod@arlaw.com | |
| Carlos M. Hernández Burgos<br>Rafael Escalera Rodgriquez<br>**REICHARD & ESCALERA**<br>P.O. Box 364148<br>San Juan, PR 00936-4148<br>Tel.: (787) 777-8888<br>Fax; (787) 765-4225<br>hernandezc@reichardescalera.com | Triple-S Salud, Inc. |
| Michael A. Naranjo<br>FOLEY & LARDNER LLP<br>555 California Street, Suite 1700<br>San Francisco, CA 94104-1520<br>415-984-9847<br>(fax) 415-434-4507<br>mnaranjo@foley.com<br><br>Alan D. Rutenberg<br>Benjamin R. Dryden<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W., Suite 600<br>Washington, D.C. 20007-5109<br>Tel: 202-672-5300<br>Fax: 202-672-5399<br>arutenberg@foley.com<br>bdryden@foley.com | USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield |

Dated:  April 29, 2016                              */s/ Joe R. Whatley, Jr.*
                                                    Joe R. Whatley, Jr.
                                                    WHATLEY KALLAS, LLP
                                                    2001 Park Place North
                                                    1000 Park Place Tower
                                                    Birmingham, AL 35203
                                                    Tel:  (205) 488-1200
                                                    Fax:  (800) 922-4851
                                                    Email: jwhatley@whatleykallas.com

                                                    Edith M. Kallas
                                                    WHATLEY KALLAS, LLP
                                                    1180 Avenue of the Americas, 20th Floor
                                                    New York, NY 10036
                                                    Tel:  (212) 447-7060
                                                    Fax:  (800) 922-4851
                                                    Email: ekallas@whatleykallas.com

                                                    ***Co-Lead Counsel for Provider Plaintiffs***