## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**In re: BLUE CROSS BLUE SHIELD** )
**ANTITRUST LITIGATION** )  MDL No. 2406
_____ )

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.5(e) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Co-Lead Counsel for the Subscriber Plaintiffs in MDL 2406 write to notify the Panel of the potential tag-along action listed on the attached Schedule of Actions.

The docket sheet and complaint are attached.

Date: June 6, 2016

Very truly yours,

/s/ Michael D. Hausfeld
Michael D. Hausfeld
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com

David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8200
dboies@bsfllp.com

*Subscriber Plaintiffs' Co-Lead Counsel*

| | | | | | |
|---|---|---|---|---|---|
| | | Regence Blue Cross Blue Shield of Oregon<br>Regence Blue Cross Blue Shield of Utah<br>Regence Blue Shield (in Washington)<br>Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Illinois<br>Blue Cross and Blue Shield of New Mexico<br>Blue Cross and Blue Shield of Oklahoma<br>Blue Cross and Blue Shield of Montana<br>Blue Cross Blue Shield of Texas<br>Caring for Montanans, Inc.<br>Wellmark Blue Cross and Blue Shield of Iowa<br>Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota<br>Blue Cross and Blue Shield of Kansas, Inc.<br>Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana<br>Blue Cross and Blue Shield of Massachusetts, Inc,<br>Blue Cross Blue Shield of Michigan<br>BCBSM, Inc. d.b.a Blue Cross and Blue Shield of Minnesota<br>Blue Cross Blue Shield of Mississippi<br>Blue Cross and Blue Shield of Kansas City<br>Blue Cross and Blue Shield of Nebraska<br>Horizon Healthcare Services, Inc.d/b/a Horizon Blue Cross and Blue Shield of New Jersey | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Healthnow New York, Inc. d/b/a Bluecross Blueshield of Western New York
Blue Shield of Northeastern New York
Excellus Health Plan Inc d/b/a Excellus Bluecross Blueshield
Blue Cross and Blue Shield of North Carolina, Inc.
Noridian Mutual Insurance Company d/b/a Blue Cross Blue Shield of North Dakota
Hospital Service Association of Northeastern Pennsylvania d/b/a Blue Cross of Northeastern Pennsylvania
Capital Bluecross
Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross
Triple-s Salud, Inc
Blue Cross & Blue Shield of Rhode Island
Blue Cross and Blue Shield of South Carolina
Blue Cross Blue Shield of Tennessee, Inc.
Blue Cross and Blue Shield of Vermont
Blue Cross Blue Shield of Wyoming
Blue Cross and Blue Shield Association | | | |