BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD  )
ANTITRUST LITIGATION                      )          MDL No. 2406
                                                              )

NOTICE OF POTENTIAL TAG-ALONG ACTIONS

| Ex. | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Jacqueline Zimmerman | Blue Cross Blue Shield of Alabama<br>Premera Blue Cross, also d/b/a Premera Blue Cross Blue Shield of Alaska<br>Blue Cross Blue Shield of Arizona<br>Usable Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield<br>Anthem, Inc., f/k/a Wellpoint, Inc. d/b/a Anthem Blue Cross Life and Health Insurance Company<br>Blue Cross of California<br>Blue Cross of Southern California<br>Blue Cross of Northern California<br>Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross Blue Shield of Colorado and Anthem Blue Cross Blue Shield of Nevada<br>Anthem Blue Cross Blue Shield of Connecticut<br>Blue Cross Blue Shield of Georgia<br>Anthem Blue Cross Blue Shield of Indiana<br>Anthem Blue Cross Blue Shield of Kentucky | D.N.D. | 1:16-cv-00064-DLH-CSM | Judge Daniel L. Hovland |

|  |  | Anthem Blue Cross Blue Shield of Maine<br>Anthem Blue Cross Blue Shield of Missouri<br>Rightchoice Managed Care, Inc.<br>HMO Missouri Inc.<br>Anthem Health Plans of New Hampshire as Anthem Blue Cross Blue Shield of New Hampshire<br>Empire Healthchoice Assurance Inc as Empire Blue Cross Blue Shield<br>Community Insurance Company as Anthem Blue Cross Blue Shield of Ohio<br>Anthem Blue Cross and Blue Shield of Virginia<br>Anthem Blue Cross Blue Shield of Wisconsin<br>Compcare Health Services Insurance Corporation<br>California Physicians' Service d/b/a Blue Shield of California<br>Highmark Inc<br>Highmark Blue Cross Blue Shield Delaware, Inc,<br>Highmark West Virginia, Inc.<br>Carefirst, Inc.;<br>Group Hospitalization and Medical Services d/b/a Carefirst of Maryland, Inc d/b/a Carefirst Bluecross Blueshield<br>Blue Cross and Blue Shield of Florida, Inc.<br>Hawaii Medical Service Association d/b/a Blue Cross and Blue Shield of Hawaii<br>Blue Cross of Idaho Health Service, Inc.<br>Cambia Health Solutions, Inc. f/d/b/a) Regence Blueshield of Idaho |  |  |  |