BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) ) ) | MDL No. 2406 |

NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Counsel for Defendants Wellmark, Inc., and Blue Cross and Blue Shield Association in MDL 2406 write to notify the Panel of the potential tag-along action listed on the attached Schedule of Actions.

The docket sheets and complaints are attached.

Date: June 19, 2017

Very truly yours,

*/s/ Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Zachary D. Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
dlaytin@kirkland.com
zachary.holmstead@kirkland.com

*Counsel for Defendants Wellmark, Inc., and Blue Cross and Blue Shield Association*

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| In re: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) ) ) | MDL No. 2406 |
|---|---|---|

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

| Ex. | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Bradley A. Chicoine, D.C.; Dr. Bradley A. Chicoine, D.C., P.C.; Mark A. Niles, D.C.; Niles Chiropractic, Inc.; Rod R. Rebarcak, D.C.; Ben Winecoff, D.C.; Steven A. Mueller, D.C.; Bradley J. Brown, D.C.; Brown Chiropractic, P.C.; Mark A. Kruse, D.C.; Dr. Mark A. Kruse, D.C., P.C.; Kevin D. Miller, D.C.; and Larry E. Phipps, D.C., on behalf of themselves and those like situated | Wellmark, Inc., *d/b/a* Wellmark Blue Cross and Blue Shield of Iowa, an Iowa corporation; Wellmark Health Plan of Iowa, Inc., an Iowa corporation; and Blue Cross and Blue Shield Association (Putative Intervenor-Defendant) | S.D. Iowa | 4:17-cv-00210-JAJ-SBJ | Judge John A. Jarvey |

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** ) ) ) | **MDL No. 2406** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of June, 2017, a copy of the foregoing Notice of Potential Tag-Along Action was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Defendants Wellmark, Inc., and Blue Cross and Blue Shield Association, which will send notice of electronic filing to all parties of record:

Date: June 19, 2017

/s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Zachary D. Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
dlaytin@kirkland.com
zachary.holmstead@kirkland.com

*Counsel for Defendants Wellmark, Inc., and Blue Cross and Blue Shield Association*