BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD )
ANTITRUST LITIGATION ) MDL No. 2406
                                             )

## AMENDED CERTIFICATE OF SERVICE

I, Daniel E. Laytin, as Counsel for Defendant Blue Cross and Blue Shield Association, hereby certify that on the 19th day of June, 2017, a copy of the foregoing Notice of Potential Tag-Along Action was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Defendant Blue Cross and Blue Shield Association, which will send notice of electronic filing to all parties of record:

Glenn L. Norris
HAWKINS & NORRIS PC
2501 Grand Ave.
Des Moines, IA 50312-1791
Tel: (515) 288 6532
Fax: (515) 288-9733
gnorris@2501grand.com

Harley C. Erbe
Erbe Law Firm
2501 Grand Ave.
Des Moines, IA 50312-1791
Tel: (515) 281-1460
Fax: (515) 281-1474
erbelawfirm@aol.com

Kara Marie Simons
Steven P. Wandro
WANDRO & ASSOCIATES, P.C.
2501 Grand Ave.
Suite B
Des Moines, IA 50312-1791
Tel: (515) 281-1475
Fax: (515) 281-1474
ksimons@2501grand.com
swandro@2501grand.com

Benjamin Patrick Roach
NYEMASTER GOODE PC
700 Walnut Street
Suite 1600
Des Moines, IA 50309-3899
Tel: (515) 283-8158
Fax: (515) 283-3108
bproach@nyemaster.com

Hayward L. Draper
NYEMASTER GOODE PC
700 Walnut Street
Suite 1600
Des Moines, IA 50309-3899
Tel: (515) 283-8158
Fax: (515) 283-3108
hdraper@nyemaster.com

*Counsel for the Defendants Wellmark, Inc.* d/b/a *Wellmark Blue Cross and Blue Shield of Iowa*, an Iowa corporation, and *Wellmark Health Plan of Iowa, Inc.*, an Iowa corporation

1

| | |
|---|---|
| *Counsel for Plaintiffs* | Joan M. Fletcher |
| | Jeffrey A. Krausman |
| | DICKINSON MACKAMAN TYLER 7 HAGEN PC |
| | 699 Walnut St. |
| | 1600 Hub Tower |
| | Des Moines, IA 50309-3986 |
| | Tel: (515) 244-2600 |
| | Fax: (515) 246-4550 |
| | jfletcher@dickinsonlaw.com |
| | jkrausman@dickinsonlaw.com |
| | |
| | *Counsel for Blue Cross and Blue Shield Association* |
| | |
| Date:  June 19, 2017 | /s/ Daniel E. Laytin, P.C. |
| | Daniel E. Laytin, P.C. |
| | Zachary D. Holmstead |
| | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle Street |
| | Chicago, IL 60654 |
| | Tel: (312) 862-2000 |
| | Fax: (312) 862-2200 |
| | dlaytin@kirkland.com |
| | zachary.holmstead@kirkland.com |
| | |
| | *Counsel for Blue Cross and Blue Shield Association* |