BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re:  BLUE CROSS BLUE SHIELD  )
ANTITRUST LITIGATION            )           MDL. 2406
                                )

NOTICE OF OPPOSITION

The Conditional Transfer Order (CTO-32) entered in this case on June 20, 2017 ("Order") [Doc. 366] provides for the conditional transfer of *Chicoine et al. v. Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, et al.,* U.S. District Court for the Southern District of Iowa Case No. 17-00210 ("S.D. Iowa Case") to the Northern District of Alabama.

Plaintiffs in the S.D. Iowa Case, by and through undersigned counsel, hereby notify the Panel that they oppose transfer of the S.D. Iowa Case to the Northern District of Alabama pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. There is no federal jurisdiction for the S.D. Iowa Case; furthermore, removal of the case from the Iowa District Court for Polk County, where it was originally filed ("Iowa State Case"), was untimely. Plaintiffs have a pending Motion to Remand in the S.D. Iowa Case, filed June 20, 2017 (attached as Ex. A).

In the first place, Blue Cross and Blue Shield Association ("BCBSA"), a non-Iowa citizen, is not a named defendant in the S.D. Iowa case. BCBSA has merely sought intervention in the Iowa State Case and then on the same day, Wellmark defendants, both Iowa corporations, filed a Notice of Removal in S.D. Iowa. The class Plaintiffs propose to represent are all Iowa citizens.

Moreover, Plaintiffs object to the underlying basis stated in the Order:

1

> It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Alabama and assigned to Judge Proctor.

This case does not fit into the Master Complaints filed in MDL 2406. Plaintiffs, all of whom are or were Iowa citizens during the relevant time periods, originally filed their claims in Iowa against the two Iowa corporation Wellmark defendants. The Wellmark defendants successfully moved to stay the Iowa State Case based in large part on alleged commonality of facts and issues with MDL No. 2406. On appeal, the Iowa Supreme Court reversed the stay, citing "considerable differences" between the case and MDL No. 2406:

> On the defendants' motion, and over the plaintiffs' objection, the district court stayed the case in its entirety pending further proceedings in federal multidistrict litigation (MDL) in Alabama brought under the federal antitrust laws. *See* 15 U.S.C. §§ 1, 4 (2012). The Alabama MDL includes physicians, hospitals, and other healthcare providers from around the country as plaintiffs. As in the present case, the plaintiffs allege conspiracies by the insurers to fix prices and allocate markets. However, the MDL complaint alleges that the conspiracies have had the effect of driving down all healthcare provider reimbursements to artificially low levels. One of the plaintiffs in the Alabama MDL is an Iowa chiropractor and one of the defendants is Iowa's largest health insurer.
>
> On interlocutory review, we conclude the district court abused its discretion in staying the Iowa litigation pending further proceedings in the Alabama MDL. Resolution of the Alabama MDL, which is still in bellwether pretrial proceedings, could take years, and although there is some overlap between the two cases, there are also considerable differences in the issues they present. Accordingly, we vacate the order staying this action and remand for further proceedings.

*Chicoine v. Wellmark, Inc*., 894 N.W.2d 454, 456 (Iowa 2017) (a copy of which is attached hereto as Ex. B).

Plaintiffs will file their motion to vacate the CTO and brief in support thereof in accordance with Rule 7.1(f) and the briefing schedule issued by this Court pursuant to Rule 7.1(c).

Date: June 23, 2017

/s/ *Glenn L Norris*
Glenn L. Norris  AT0005907
HAWKINS & NORRIS, P.C.
2501 Grand Avenue, Suite C
Des Moines, Iowa 50312-5399
Telephone:  515-288-6532
Facsimile:  515-281-1474
Email: gnorris@2501grand.com
           gnorrislaw@gmail.com

/s/ *Kara M. Simons*
Steven P. Wandro  AT0008177
Kara M. Simons  AT0009876
WANDRO & ASSOCIATES, P.C.
2501 Grand Avenue, Suite B
Des Moines, Iowa 50312
Telephone:  515-281-1475
Facsimile:   515-281-1474
Email: swandro@2501grand.com
           ksimons@2501grand.com

ATTORNEYS FOR PLAINTIFFS CHICOINE ET AL. IN CASE NO. 17-00210 BEFORE THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of June, 2017, a copy of the foregoing Notice of Opposition was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Plaintiffs Chicoine et al. in Case No. 17-00210 before the U.S. District Court for the Southern District of Iowa, which will send notice of electronic filing to all parties of record.

Date: June 23, 2017

/s/ *Kara M. Simons*
Kara M. Simons