BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) ) ) | MDL No. 2406 |

NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Counsel for Defendant Blue Cross and Blue Shield Association in MDL 2406 writes to notify the Panel of the potential tag-along action listed on the attached Schedule of Actions.

The docket sheet and complaint are attached.

Date: June 27, 2017

Very truly yours,

/s/ Daniel E. Laytin, P.C.
Daniel E. Laytin, P.C.
Zachary D. Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
dlaytin@kirkland.com
zachary.holmstead@kirkland.com

*Counsel for Blue Cross and Blue Shield Association*

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD  )
ANTITRUST LITIGATION  )          MDL No. 2406
  )

## NOTICE OF POTENTIAL TAG-ALONG ACTION

| Ex. | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Opelousas General Hospital Authority, A Public Trust, *d/b/a* Opelousas General Health System | Louisiana Health Service & Indemnity Company *d/b/a* Blue Cross and Blue Shield of Louisiana; and Blue Cross and Blue Shield Association | W.D. LA | 6:17-cv-00818 | Unassigned |

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD   )
ANTITRUST LITIGATION            )           MDL No. 2406
                                )

CERTIFICATE OF SERVICE

     I, Daniel E. Laytin, as Counsel for Defendant Blue Cross and Blue Shield Association, hereby certify that on the 27th day of June, 2017, a copy of the foregoing Notice of Potential Tag-Along Action was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Defendant Blue Cross and Blue Shield Association, which will send notice of electronic filing to all parties of record:

| | |
|---|---|
| Patrick C. Morrow | Richard J. Tyler |
| James P. Ryan | Michael C. Drew |
| MORROW, MORROW, RYAN, | Mark A. Cunningham |
| BASSETT & HAIK | Graham H. Ryan |
| P.O. Drawer 1787 | JONES WALKER LLP |
| Opelousas, Louisiana 70571-1787 | 201 St. Charles Avenue, 49th Floor |
| Tel: 337-948-4483 | New Orleans, Louisiana 70170-5100 |
| Fax: 337-942-5234 | Telephone: (504) 582-8318 |
| patM@mmrblaw.com | Fax: (504) 589-8318 |
| jamesR@mmrblaw.com | rtyler@joneswalker.com |
| | mdrew@joneswalker.com |
| Stephen B. Murray, Jr. | mcunningham@joneswalker.com |
| Arthur M. Murray | gryan@joneswalker.com |
| MURRAY LAW FIRM | |
| 650 Poydras Street, Suite 2150 | Gary J. Russo |
| New Orleans, Louisiana 70130 | JONES WALKER LLP |
| Tel: (504) 525-8100 | 600 Jefferson St, Suite 1600 |
| Fax: (504) 584-5249 | Lafayette, LA 70501 |
| smurrayjr@murray-lawfirm.com | Telephone: (337) 593.7600 |
| amurray@murray-lawfirm.com | Fax: (337) 593.7601 |
| | grusso@joneswalker.com |
| *Counsel for Plaintiffs* | |
| | *Counsel for the Defendant Louisiana Health Service & Indemnity Company* d/b/a *Blue Cross and Blue Shield of Louisiana* |

                                                  Joseph C. Giglio, Jr.
                                                  William E. Kellner
                                                  LISKOW & LEWIS
                                                  822 Harding Street
                                                  Lafayette, LA 70503
                                                  Tel: (337) 232-7424
                                                  Fax: (337) 267-2398
                                                  jcgiglio@liskow.com
                                                  wekellner@liskow.com

                                                  *Counsel for Blue Cross and Blue Shield*
                                                  *Association*


Date:  June 27, 2017                         /s/ Daniel E. Laytin, P.C.
                                                  Daniel E. Laytin, P.C.
                                                  Zachary D. Holmstead
                                                  KIRKLAND & ELLIS LLP
                                                  300 North LaSalle Street
                                                  Chicago, IL 60654
                                                  Tel: (312) 862-2000
                                                  Fax: (312) 862-2200
                                                  dlaytin@kirkland.com
                                                  zachary.holmstead@kirkland.com

                                                  *Counsel for Blue Cross and Blue Shield*
                                                  *Association*