BEFORE THE JUDICIAL PANEL
FOR MULTIDISTRICT LITIGATION

**IN RE: BLUE CROSS BLUE SHIELD** )
**ANTITRUST LITIGATION** )   **MDL 2406**
　　　　　　　　　　　　　　　　 )

NOTICE OF OPPOSITION

The Conditional Transfer Order (CTO-33) entered in this case on June 28, 2017 ("Order") [Doc. 371] provides for the conditional transfer of *Opelousas General Hospital Authority v. Louisiana Health Service & Indemnity Co., et al.,* U.S. District Court for the Western District Louisiana Case No. 17-00818 ("W.D. Louisiana Case") to the Northern District of Alabama.

Plaintiff in the W.D. Louisiana Case, by and through undersigned counsel, hereby notifies the Panel that it opposes the transfer of the W.D. Louisiana Case to the Northern District of Alabama pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. There is no federal jurisdiction for the W.D. Louisiana Case; more importantly, removal of the case from the Louisiana District Court for St. Landry Parish, where it was originally filed ("Louisiana State Case"), was procedurally defective and not allowed under 28 U.S.C. § 1446 (b)(3). Plaintiff has a pending Motion to Remand in the W.D. Louisiana, filed June 27, 2017 (attached as Exhibit A). Plaintiff filed a Supplemental Memorandum in Support of its Motion to Remand on June 30, 2017 (attached as Exhibit B).

Plaintiff will file its motion to vacate the CTO and brief in support thereof in accordance with Rule 7.1(f) and the briefing schedule issued by this Court pursuant to Rule 7.1(c).

Date: July 5, 2017

Respectfully submitted,

**MURRAY LAW FIRM**

By:  /s/ Stephen B. Murray
STEPHEN B. MURRAY (#9858)
STEPHEN B. MURRAY, JR. (#23877)
ARTHUR M. MURRAY (#27694)
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
Telephone: (504) 525-8100

**MORROW, MORROW, RYAN & BASSETT**
PATRICK C. MORROW (#09748)
JAMES P. RYAN (#11560)
324 West Landry Street
Opelousas, Louisiana  70570-5120
Telephone: (337) 948-4483
Facsimile: (337) 942-5234

**COX, COX, FILO, CAMEL & WILSON L.L.C.**
THOMAS A. FILO (#18210)
723 Broad Street
Lake Charles, Louisiana  70601
Telephone: (337) 436-6611

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2017, a copy of the foregoing Notice of Opposition was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Plaintiff, in Case No. 17-00818 before the U.S. District Court for the Western District of Louisiana, which will send notice of electronic filing to all to all counsel of record who are CM/ECF participants.

  /s/ Stephen B. Murray