# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __2406__ & TITLE - IN RE: __Blue Cross Blue Shield Antitrust Litigation__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Bradley A. Chicoine, D.C., et al., v. Wellmark, Inc., et al. - S.D. IA - No. 4:17-cv-00210-JAJ-SBJ
_____

## CORPORATE DISCLOSURE STATEMENT

Blue Cross and Blue Shield Association

The undersigned counsel for _____, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐   This party's parent corporation(s) are listed below:

☐   The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑   This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ Daniel E. Laytin                                                    Kirkland & Ellis LLP
_____                    _____
    Signature of Attorney                                                     Name of Firm

300 North LaSalle                                                     Chicago, IL  60654
_____                    _____
    Address                                                                          City/State/Zip Code

Date 7/7/2017

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement.
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD   )
ANTITRUST LITIGATION            )           MDL No. 2406
                                )

CERTIFICATE OF SERVICE

I, Daniel E. Laytin, as Counsel for Defendant Blue Cross and Blue Shield Association hereby certify that on the 7th day of July, 2017, a copy of the foregoing Corporate Disclosure Statement was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Defendant Blue Cross and Blue Shield Association, which will send notice of electronic filing to all parties of record listed below.

Date: July 7, 2017                /s/ Daniel E. Laytin, P.C.
                                  David J. Zott, P.C.
                                  Daniel E. Laytin, P.C.
                                  Zachary D. Holmstead
                                  KIRKLAND & ELLIS LLP
                                  300 North LaSalle Street
                                  Chicago, IL 60654
                                  Tel: (312) 862-2000
                                  Fax: (312) 862-2200
                                  david.zott@kirkland.com
                                  dlaytin@kirkland.com
                                  zachary.holmstead@kirkland.com

                                  Joan M. Fletcher
                                  Jeffrey A. Krausman
                                  DICKINSON MACKAMAN TYLER & HAGEN PC
                                  699 Walnut St.
                                  1600 Hub Tower
                                  Des Moines, IA 50309-3986
                                  Tel: (515) 244-2600
                                  Fax: (515) 246-4550
                                  jfletcher@dickinsonlaw.com
                                  jkrausman@dickinsonlaw.com

                                  *Counsel for Blue Cross and Blue Shield Association*

<div style="column-count:2">

Glenn L. Norris
HAWKINS & NORRIS PC
2501 Grand Ave.
Des Moines, IA 50312-1791
Tel: (515) 288 6532
Fax: (515) 288-9733
gnorris@2501grand.com

Harley C. Erbe
ERBE LAW FIRM
2501 Grand Ave.
Des Moines, IA 50312-1791
Tel: (515) 281-1460
Fax: (515) 281-1474
erbelawfirm@aol.com

Kara Marie Simons
Steven P. Wandro
WANDRO & ASSOCIATES, P.C.
2501 Grand Ave.
Suite B
Des Moines, IA 50312-1791
Tel: (515) 281-1475
Fax: (515) 281-1474
ksimons@2501grand.com
swandro@2501grand.com

*Counsel for Plaintiffs*

Daniel E. Laytin, P.C.
Zachary D. Holmstead
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
dlaytin@kirkland.com
zachary.holmstead@kirkland.com

Hayward L. Draper
Benjamin Patrick Roach
NYEMASTER GOODE PC
700 Walnut Street
Suite 1600
Des Moines, IA 50309-3899
Tel: (515) 283-8158
Fax: (515) 283-3108
bproach@nyemaster.com

*Counsel for the Defendant Wellmark Inc.*
*d/b/a Wellmark Blue Cross and Blue Shield of*
*Iowa and Wellmark Health Plan of Iowa, Inc.*

</div>