# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406 & TITLE - IN RE: Blue Cross Blue Shield Antitrust Litigation

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Bradley A. Chicoine, D.C., et al., v. Wellmark, Inc., et al. - S.D. IA - No. 4:17-cv-00210-JAJ-SBJ
_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Wellmark Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa and Wellmark Health Plan of Iowa, Inc., (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ Daniel E. Laytin                              Kirkland & Ellis LLP
_____              _____
     Signature of Attorney                              Name of Firm

300 North LaSalle                                Chicago, IL  60654
_____              _____
         Address                                    City/State/Zip Code

Date  7/7/2017

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | )<br>)  MDL No. 2406<br>) |

CERTIFICATE OF SERVICE

I, Daniel E. Laytin, as Counsel for Defendant Wellmark Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa and Wellmark Health Plan of Iowa, Inc. ("Wellmark") hereby certify that on the 7th day of July, 2017, a copy of the foregoing Corporate Disclosure Statement was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Defendant Wellmark, which will send notice of electronic filing to all parties of record listed below.

Date:  July 7, 2017

/s/ Daniel E. Laytin, P.C.
Daniel E. Laytin, P.C.
Zachary D. Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
dlaytin@kirkland.com
zachary.holmstead@kirkland.com

Hayward L. Draper
Benjamin Patrick Roach
NYEMASTER GOODE PC
700 Walnut Street
Suite 1600
Des Moines, IA 50309-3899
Tel: (515) 283-8158
Fax: (515) 283-3108
bproach@nyemaster.com

*Counsel for the Defendant Wellmark Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa and Wellmark Health Plan of Iowa, Inc.*

| | |
|---|---|
| Glenn L. Norris<br>HAWKINS & NORRIS PC<br>2501 Grand Ave.<br>Des Moines, IA 50312-1791<br>Tel: (515) 288 6532<br>Fax: (515) 288-9733<br>gnorris@2501grand.com | David J. Zott, P.C.<br>Daniel E. Laytin, P.C.<br>Zachary D. Holmstead<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Tel: (312) 862-2000<br>Fax: (312) 862-2200<br>david.zott@kirkland.com |
| Harley C. Erbe<br>ERBE LAW FIRM<br>2501 Grand Ave.<br>Des Moines, IA 50312-1791<br>Tel: (515) 281-1460<br>Fax: (515) 281-1474<br>erbelawfirm@aol.com | dlaytin@kirkland.com<br>zachary.holmstead@kirkland.com<br><br>Joan M. Fletcher<br>Jeffrey A. Krausman<br>DICKINSON MACKAMAN TYLER &<br>HAGEN PC |
| Kara Marie Simons<br>Steven P. Wandro<br>WANDRO & ASSOCIATES, P.C.<br>2501 Grand Ave.<br>Suite B<br>Des Moines, IA 50312-1791<br>Tel: (515) 281-1475<br>Fax: (515) 281-1474<br>ksimons@2501grand.com<br>swandro@2501grand.com | 699 Walnut St.<br>1600 Hub Tower<br>Des Moines, IA 50309-3986<br>Tel: (515) 244-2600<br>Fax: (515) 246-4550<br>jfletcher@dickinsonlaw.com<br>jkrausman@dickinsonlaw.com<br><br>*Counsel for Blue Cross and Blue Shield Association* |

*Counsel for Plaintiffs*