**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re:  BLUE CROSS BLUE SHIELD       )
ANTITRUST LITIGATION                 )          MDL. 2406
                                     )

**PARTIES REPRESENTED**

Bradley A. Chicoine, D.C., Dr. Bradley A. Chicoine, D.C., P.C., Mark A. Niles, D.C, Niles Chiropractic, Inc., Rod R. Rebarcak, D.C., Ben Winecoff, D.C., Steven A. Mueller, D.C., Bradley J. Brown, D.C., Brown Chiropractic, P.C.; Mark A. Kruse, D.C., Dr. Mark A. Kruse, D.C., P.C., Kevin D. Miller, D.C. and Larry E. Phipps, D.C