**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| In re:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) ) ) | MDL. 2406 |

**CERTIFICATE OF SERVICE**

I, Steven P. Wandro, as counsel for Plaintiffs, Bradley A. Chicoine, D.C., Dr. Bradley A. Chicoine, D.C., P.C., Mark A. Niles, D.C, Niles Chiropractic, Inc., Rod R. Rebarcak, D.C., Ben Winecoff, D.C., Steven A. Mueller, D.C.,  Bradley J. Brown, D.C., Brown Chiropractic, P.C.; Mark A. Kruse, D.C., Dr. Mark A. Kruse, D.C., P.C., Kevin D. Miller, D.C. and Larry E. Phipps, D.C., hereby certifies that on the 7th day of July, 20176, a copy of the foregoing Notice of Appearance was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of the above Plaintiffs, which will send notice of electronic filing to all parties of record.

| | |
|---|---|
| Daniel E. Laytin, P.C. | Benjamin Patrick Roach |
| Zachary D. Holmstead | Hayward Draper |
| KIRKLAND & ELLIS LLP | NYEMASTER GOODE PC |
| 300 North LaSalle Street | 700 Walnut Street, Suite 1600 |
| Chicago, IlL 60654 | Des Moines, IA 50309-3899 |
| 312.862.2000 | 515.283.8158 |
| 312.862.2200 (f) | 515.283-3108 (f) |
| dlaytin@kirland.com | bproach@nyemaster.com |
| Zachary.holmstead@kirkland.com | hdraper@nyemaster.com |

*Counsel for Defendant Wellmark, Inc. d/b/a Wellmark Blue Cross Blue Shield of Iowa and Wellmark Health Plan of Iowa, Inc.*

| | |
|---|---|
| David J. Zott, P.C. | Jeffrey A. Krausman |
| Daniel E. Laytin, P.C. | Joan M. Fletcher |
| Zachary D. Holmstead | DICKINSON, MACKAMAN, TYLER |
| KIRKLAND & ELLIS LLP | & HAGEN, P.C. |
| 300 North LaSalle Street | 699 Walnut Street, Suite 1600 |
| Chicago, IlL 60654 | Des Moines, IA 50309 |
| 312.862.2000 | Telephone: (515) 246-4525 |
| 312.862.2200 (f) | Facsimile: (515) 246-4550 |
| david.zott@kirkland.com | Email: jkrausman@dickinsonlaw.com |
| dlaytin@kirland.com | Email: jfletcher@dickinsonlaw.com |
| Zachary.holmstead@kirkland.com | |

*Attorneys for BCBSA*

1

Date:  July 7, 2017

                                            */s/ Steven P. Wandro*
                                            Steven P. Wandro  AT0008177
                                            WANDRO & ASSOCIATES, P.C.
                                            2501 Grand Avenue, Suite B
                                            Des Moines, Iowa 50312
                                            Telephone:  515-281-1475
                                            Facsimile:   515-281-1474
                                            Email: swandro@2501grand.com

                                            Glenn L. Norris  AT0005907
                                            HAWKINS & NORRIS, P.C.
                                            2501 Grand Avenue, Suite C
                                            Des Moines, Iowa 50312-5399
                                            Telephone:  515-288-6532
                                            Facsimile:  515-281-1474
                                            Email: gnorris@2501grand.com
                                                            gnorrislaw@gmail.com

                                            ATTORNEYS FOR PLAINTIFFS