**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| In re:  BLUE CROSS BLUE SHIELD | ) | |
| ANTITRUST LITIGATION | ) | **MDL. 2406** |
| _____ | ) | |

**WITHDRAWAL OF NOTICE OF APPEARANCE**

**COMES NOW** Steven P. Wandro, and hereby files his Withdrawal of Notice of Appearance previously filed (Doc. No. 378).  In reviewing the document after receiving notification of file said document, it was determined the information entered into the document was not saved and therefore the document is blank.  Counsel states he will file another Notice of Appearance in this case.

Date: July 7, 2017

/s/ *Steven P. Wandro*
Steven P. Wandro  AT0008177
Kara M. Simons  AT0009876
WANDRO & ASSOCIATES, P.C.
2501 Grand Avenue, Suite B
Des Moines, Iowa 50312
Telephone:  515-281-1475
Facsimile:   515-281-1474
Email:  swandro@2501grand.com
            ksimons@2501grand.com

Glenn L. Norris  AT0005907
HAWKINS & NORRIS, P.C.
2501 Grand Avenue, Suite C
Des Moines, Iowa 50312-5399
Telephone:  515-288-6532
Facsimile:   515-281-1474
Email:  gnorris@2501grand.com
            gnorrislaw@gmail.com

ATTORNEYS FOR PLAINTIFFS CHICOINE ET AL. IN CASE NO. 17-00210 BEFORE THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July 7, 2017, a copy of the foregoing Withdrawal of Notice of Appearance was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Plaintiffs Chicoine et al. in Case No. 17-00210 before the U.S. District Court for the Southern District of Iowa, which will send notice of electronic filing to all parties of record.

Date: July 7, 2017

                                         */s/ Steven P. Wandro*
                                         Steven P. Wandro