# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

MDL No. 2406   & Title - **IN RE**: Blue Cross Blue Shield Antitrust Litigation

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).)

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**
Plaintiffs (see attached document)

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**
Bradley A. Chicoine, D.C., et al. v. Wellmark, Inc., et al.; No. 4:17-cv-00210 (S.D. Iowa)

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

| 7/7/2017 | /s/ Steven P. Wandro |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Telephone No.: 515-281-1475          Fax No.: 515-281-1474

Email Address: swandro@2501grand.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.

3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.

4. Enter the three or four digit MDL number (ex. 875). Select Next.

5. Verify MDL number, if correct Select Next.

6. Choose the case(s) for which the Appearance is being filed. Select Next.

7. Select Party. Select next twice.

8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).

9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**In re:  BLUE CROSS BLUE SHIELD**    )
**ANTITRUST LITIGATION**          )       **MDL. 2406**
                                         )

## PARTIES REPRESENTED

Bradley A. Chicoine, D.C., Dr. Bradley A. Chicoine, D.C., P.C., Mark A. Niles, D.C, Niles Chiropractic, Inc., Rod R. Rebarcak, D.C., Ben Winecoff, D.C., Steven A. Mueller, D.C., Bradley J. Brown, D.C., Brown Chiropractic, P.C.; Mark A. Kruse, D.C., Dr. Mark A. Kruse, D.C., P.C., Kevin D. Miller, D.C. and Larry E. Phipps, D.C

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**In re:  BLUE CROSS BLUE SHIELD** )
**ANTITRUST LITIGATION** )          **MDL. 2406**
                                   )

## CERTIFICATE OF SERVICE

I, Steven P. Wandro, as counsel for Plaintiffs, Bradley A. Chicoine, D.C., Dr. Bradley A. Chicoine, D.C., P.C., Mark A. Niles, D,C, Niles Chiropractic, Inc., Rod R. Rebarcak, D.C., Ben Winecoff, D.C., Steven A. Mueller, D.C.,  Bradley J. Brown, D.C., Brown Chiropractic, P.C.; Mark A. Kruse, D.C., Dr. Mark A. Kruse, D.C., P.C., Kevin D. Miller, D.C. and Larry E. Phipps, D.C., hereby certifies that on the 7th day of July, 20176, a copy of the foregoing Notice of Appearance was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of the above Plaintiffs, which will send notice of electronic filing to all parties of record.

| | |
|---|---|
| Daniel E. Laytin, P.C. | Benjamin Patrick Roach |
| Zachary D. Holmstead | Hayward Draper |
| KIRKLAND & ELLIS LLP | NYEMASTER GOODE PC |
| 300 North LaSalle Street | 700 Walnut Street, Suite 1600 |
| Chicago, IIL 60654 | Des Moines, IA 50309-3899 |
| 312.862.2000 | 515.283.8158 |
| 312.862.2200 (f) | 515.283-3108 (f) |
| dlaytin@kirland.com | bproach@nyemaster.com |
| Zachary.holmstead@kirkland.com | hdraper@nyemaster.com |

*Counsel for Defendant Wellmark, Inc. d/b/a Wellmark Blue Cross Blue Shield of
Iowa and Wellmark Health Plan of Iowa, Inc.*

| | |
|---|---|
| David J. Zott, P.C. | Jeffrey A. Krausman |
| Daniel E. Laytin, P.C. | Joan M. Fletcher |
| Zachary D. Holmstead | DICKINSON, MACKAMAN, TYLER |
| KIRKLAND & ELLIS LLP | & HAGEN, P.C. |
| 300 North LaSalle Street | 699 Walnut Street, Suite 1600 |
| Chicago, IIL 60654 | Des Moines, IA 50309 |
| 312.862.2000 | Telephone: (515) 246-4525 |
| 312.862.2200 (f) | Facsimile: (515) 246-4550 |
| david.zott@kirkland.com | Email: jkrausman@dickinsonlaw.com |
| dlaytin@kirland.com | Email: jfletcher@dickinsonlaw.com |
| Zachary.holmstead@kirkland.com | |

*Attorneys for BCBSA*

1

Date:  July 7, 2017

/s/ Steven P. Wandro
Steven P. Wandro  AT0008177
WANDRO & ASSOCIATES, P.C.
2501 Grand Avenue, Suite B
Des Moines, Iowa 50312
Telephone:  515-281-1475
Facsimile:   515-281-1474
Email: swandro@2501grand.com

Glenn L. Norris  AT0005907
HAWKINS & NORRIS, P.C.
2501 Grand Avenue, Suite C
Des Moines, Iowa 50312-5399
Telephone:  515-288-6532
Facsimile:  515-281-1474
Email: gnorris@2501grand.com
        gnorrislaw@gmail.com

ATTORNEYS FOR PLAINTIFFS