BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION _____ | ) ) ) ) | MDL. 2406 |

This filing relates to the following case only:

*Chicoine et al. v. Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, et al.,*
S.D. Iowa, Case No. 4:17-cv-00210

SCHEDULE PER RULE 6.1(b)(ii)
REGARDING MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-32)

| Action Involved | District Court | Civil Action | Assigned Judge |
|---|---|---|---|
| Bradley A. Chicoine, D.C., Mark A. Niles, D.C., Rod R. Rebarcak, D.C., and Ben Winecoff, D.C., on behalf of themselves and those like situated, AND Steven A. Mueller, D.C., Bradley J. Brown, D.C., Mark A. Kruse, D.C., Kevin D. Miller, D.C., and Larry E. Phipps, D.C., on behalf of themselves and those like situated, PLAINTIFFS, vs. Wellmark, Inc. d/b/a Wellmark Blue Cross and BlueShield of Iowa and Wellmark Health Plan of Iowa, Inc., DEFENDANTS | United States for the Southern District of Iowa | No. 4:17-cv-00210-JAJ-SBJ | Chief Judge John A. Jarvey And Magistrate Judge Stephen B. Jackson |

Attached hereto is the is the docket sheet for this case, which is provided as required in JPML Rule 6.1(b)(iv). This rule also requires the inclusion of the operative complaint, which has been filed concurrently as Exhibits 1 (Petition at Law) and 2 (First Amendment to Petition).

Date: July 7, 2017

        /s/ *Steven P. Wandro*
Steven P. Wandro   AT0008177
Kara M. Simons   AT0009876
WANDRO & ASSOCIATES, P.C.
2501 Grand Avenue, Suite B
Des Moines, Iowa 50312
Telephone:  515-281-1475
Facsimile:   515-281-1474
Email: swandro@2501grand.com
       ksimons@2501grand.com

Glenn L. Norris   AT0005907
HAWKINS & NORRIS, P.C.
2501 Grand Avenue, Suite C
Des Moines, Iowa 50312-5399
Telephone:  515-288-6532
Facsimile:   515-281-1474
Email: gnorris@2501grand.com
       gnorrislaw@gmail.com

ATTORNEYS FOR PLAINTIFFS CHICOINE ET AL. IN CASE NO. 4:17-cv-00210 BEFORE THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2017, a copy of the foregoing was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Plaintiffs Bradley A. Chicoine, D.C., Mark A. Niles, D.C., Rod R. Rebarcak, D.C., and Ben Winecoff, D.C., on behalf of themselves and those like situated, and Steven A. Mueller, D.C., Bradley J. Brown, D.C., Mark A. Kruse, D.C., Kevin D. Miller, D.C., and Larry E. Phipps, D.C., on behalf of themselves and those like situated, which will send notice of electronic filing to counsel for all parties of record: Defendants Wellmark, Inc. d/b/a Wellmark Blue Cross and BlueShield of Iowa and Wellmark Health Plan of Iowa, Inc., and Applicant Intervenor Blue Cross Blue Shield Association.

Date: July 7, 2017

        */s/ Steven P. Wandro*
        Steven P. Wandro

REMOVAL

# U.S. District Court
## Southern District of Iowa (Central)
### CIVIL DOCKET FOR CASE #: 4:17-cv-00210-JAJ-SBJ

Chicoine et al v. Wellmark, Inc. et al  
Assigned to: Chief Judge John A. Jarvey  
Referred to: Magistrate Judge Stephen B. Jackson, Jr  
Case in other court:  Iowa District Court for Polk County, CVCV050638  
Cause: 28:1453 Class Action Fairness Act

Date Filed: 06/14/2017  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**Bradley A. Chicoine**  
*D.C.*

represented by **Alison Kanne**  
WANDRO & ASSOCIATES, P.C.  
2501 GRAND AVE  
SUITE B  
DES MOINES, IA 50312  
515-281-1475  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Glenn L Norris**  
HAWKINS & NORRIS PC  
2501 GRAND AVE  
DES MOINES, IA 50312-1791  
515 288 6532  
Fax: 515 288 9733  
Email: gnorris@2501grand.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Harley C Erbe**  
ERBE LAW FIRM  
2501 GRAND AVENUE  
DES MOINES, IA 50312  
515 281-1460  
Fax: 515 281-1474  
Email: erbelawfirm@aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kara Marie Simons**  
WANDRO & ASSOCIATES, P.C.  
2501 GRAND AVE  
SUITE B  
DES MOINES, IA 50312  
515-281-1475  
Fax: 515-281-1474  
Email: ksimons@2501grand.com  
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Steven P Wandro**
WANDRO & ASSOCIATES, P.C.
2501 GRAND AVE
SUITE B
DES MOINES, IA 50312
515 281 1475
Fax: 515 281 1474
Email: swandro@2501grand.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bradley A. Chicoine, D.C., P.C.** represented by **Alison Kanne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn L Norris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harley C Erbe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kara Marie Simons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven P Wandro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark A. Niles** represented by **Alison Kanne**
*D.C.* (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn L Norris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harley C Erbe**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Kara Marie Simons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven P Wandro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Niles Chiropractic, Inc.**     represented by     **Alison Kanne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn L Norris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harley C Erbe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kara Marie Simons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven P Wandro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rod R. Rebarcak**     represented by     **Alison Kanne**
*D.C.*                                      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn L Norris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harley C Erbe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                                            **Kara Marie Simons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven P Wandro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Ben Winecoff**      represented by    **Alison Kanne**
*D.C.*                                                                         (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn L Norris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harley C Erbe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kara Marie Simons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven P Wandro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Steven A. Mueller**      represented by    **Alison Kanne**
*D.C.*                                      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn L Norris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harley C Erbe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Kara Marie Simons**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Steven P Wandro**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Bradley J. Brown**<br>*D.C.* | represented by | **Alison Kanne**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Glenn L Norris**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Harley C Erbe**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kara Marie Simons**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Steven P Wandro**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brown Chiropractic, P.C.** | represented by | **Alison Kanne**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Glenn L Norris**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Harley C Erbe**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kara Marie Simons** |

          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Steven P Wandro**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark A. Kruse**       represented by  **Alison Kanne**
*D.C.*                 (See above for address)
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Glenn L Norris**
                   (See above for address)
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Harley C Erbe**
                   (See above for address)
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Kara Marie Simons**
                   (See above for address)
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Steven P Wandro**
                   (See above for address)
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dr. Mark A. Kruse, D.C., P.C.**    represented by  **Alison Kanne**
                   (See above for address)
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Glenn L Norris**
                   (See above for address)
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Harley C Erbe**
                   (See above for address)
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

                   **Kara Marie Simons**
                   (See above for address)

                                                           *LEAD ATTORNEY*
                         *ATTORNEY TO BE NOTICED*

**Steven P Wandro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin D. Miller**        represented by        **Alison Kanne**
D.C                                              (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Glenn L Norris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harley C Erbe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kara Marie Simons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven P Wandro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry E. Phipps**        represented by        **Alison Kanne**
D.C.                                             (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Glenn L Norris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harley C Erbe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kara Marie Simons**
(See above for address)
*LEAD ATTORNEY*

                                          *ATTORNEY TO BE NOTICED*

                                          **Steven P Wandro**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Wellmark, Inc.**<br>*doing business as*<br>Wellmark Blue Cross and Blue Shield of Iowa | represented by | **Benjamin Patrick Roach**<br>NYEMASTER GOODE PC<br>700 WALNUT STREET<br>SUITE 1600<br>DES MOINES, IA 50309-3899<br>515 283 8158<br>Fax: 283 3108<br>Email: bproach@nyemaster.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Hayward L Draper**<br>NYEMASTER GOODE PC<br>700 WALNUT STREET<br>SUITE 1600<br>DES MOINES, IA 50309-3899<br>515 283 3100<br>Fax: 515 283 8045<br>Email: hdraper@nyemaster.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Wellmark Health Plan of Iowa, Inc.**<br>*an Iowa corporation* | represented by | **Benjamin Patrick Roach**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Hayward L Draper**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Intervenor Defendant**

| | | |
|---|---|---|
| **Blue Cross and Blue Shield Association** | represented by | **Joan M Fletcher**<br>DICKINSON MACKAMAN TYLER &<br>HAGEN PC<br>699 WALNUT ST<br>1600 HUB TOWER<br>DES MOINES, IA 50309-3986<br>515 244 2600 |

Fax: 515 246 4550
Email: jfletcher@dickinsonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2017 | 11 | RESPONSE to Motion re 5 MOTION to Intervene *by BCBSA* filed by Bradley A. Chicoine, D.C., P.C., Bradley J. Brown, Brown Chiropractic, P.C., Bradley A. Chicoine, Dr. Mark A. Kruse, D.C., P.C., Mark A. Kruse, Kevin D. Miller, Steven A. Mueller, Mark A. Niles, Niles Chiropractic, Inc., Larry E. Phipps, Rod R. Rebarcak. Replies due by 7/5/2017. (Attachments: # 1 Brief in Support of Plaintiffs' Resistance to BCBSA's Motion to Intervene, # 2 Exhibit 1 to Plaintiffs' Resistance to BCBSA's Motion to Intervene) (Simons, Kara) (Entered: 06/28/2017) |
| 06/28/2017 | 10 | BRIEF Plaintiffs' Agreement to Stay in this Court While Issue of Removal to MDL No. 2406 Is Before the JPML by Bradley A. Chicoine, D.C., P.C., Bradley J. Brown, Brown Chiropractic, P.C., Bradley A. Chicoine, Dr. Mark A. Kruse, D.C., P.C., Mark A. Kruse, Kevin D. Miller, Steven A. Mueller, Mark A. Niles, Niles Chiropractic, Inc., Larry E. Phipps, Rod R. Rebarcak, Ben Winecoff . (Simons, Kara) (Entered: 06/28/2017) |
| 06/28/2017 | 9 | Letter to MDL Panel Potential Tag-Along Action. Letter and Removal paperwork emailed to MDL. (don, ) (Entered: 06/28/2017) |
| 06/23/2017 | 8 | MOTION to Stay by Wellmark Health Plan of Iowa, Inc., Wellmark, Inc..Motions referred to Stephen B. Jackson, Jr. Responses due by 7/7/2017. If service was made under FRCP 5(b)(2)(C) (mail), (D) (leaving with the clerk of court), or (F) (by delivering by other means consented to in writing), an additional three days is added after the period would otherwise expire under FRCP 6(a). The additional three days does not apply to service done electronically. (Attachments: # 1 Brief in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L)(Draper, Hayward) (Entered: 06/23/2017) |
| 06/20/2017 | 7 | MOTION to Remand by Bradley A. Chicoine, D.C., P.C., Brown Chiropractic, P.C., Bradley J. Brown, D.C., Bradley A. Chicoine, D.C., Mark A. Kruse, D.C., Mark A. Kruse, D.C., P.C., Kevin D. Mueller, D.C., Steven A. Mueller, D.C., Niles Chiropractic, Inc., Mark A. Niles, D.C., Larry E Phipps, Rod R. Rebarcak, D.C., Ben Winecoff, D.C.. Responses due by 7/5/2017. If service was made under FRCP 5(b)(2)(C) (mail), (D) (leaving with the clerk of court), or (F) (by delivering by other means consented to in writing), an additional three days is added after the period would otherwise expire under FRCP 6(a). The additional three days does not apply to service done electronically. (Simons, Kara) (Entered: 06/20/2017) |
| 06/16/2017 | | Set Deadlines: Corporate Disclosure Statement deadline set for applicable plaintiffs 7/7/2017. Corporate Disclosure Statement deadline set for defendants 7/7/2017. (rmj) (Entered: 06/16/2017) |
| 06/16/2017 | 6 | PUBLIC DOCKET ANNOTATION: It appears Local Rule 7.1 applies in this case. Attached is this Court's Local Rule 7.1 packet. Deadlines are set accordingly by the Clerk's office. (rmj) (Entered: 06/16/2017) |
| 06/15/2017 | | Magistrate Judge Stephen B. Jackson, Jr added. Chief Magistrate Judge Helen C. Adams no longer assigned to case. (ml) (Entered: 06/15/2017) |
| 06/14/2017 | 5 | MOTION to Intervene filed by Blue Cross and Blue Shield Association. Motion referred |

| | | |
|---|---|---|
| | | to Helen C. Adams. Responses due by 6/28/2017. If service was made under FRCP 5(b)(2)(C) (mail), (D) (leaving with the clerk of court), or (F) (by delivering by other means consented to in writing), an additional three days is added after the period would otherwise expire under FRCP 6(a). The additional three days does not apply to service done electronically. (dmh) (Entered: 06/14/2017) |
| 06/14/2017 | 4 | TEXT ORDER: ORDER granting 3 defendants' motion for extension of time to move or plead (unopposed). Defendants shall have to and including 7/21/2017 to move or plead in response to the removed Petition. Signed by Chief Magistrate Judge Helen C. Adams on 6/14/2017. (kln) (Entered: 06/14/2017) |
| 06/14/2017 | 3 | Unresisted MOTION for Extension of Time to File Answer by Wellmark Health Plan of Iowa, Inc., Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa.Motions referred to Helen C. Adams. (Roach, Benjamin) (Entered: 06/14/2017) |
| 06/14/2017 | 2 | NOTICE by Wellmark Health Plan of Iowa, Inc., Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa re 1 Notice of Removal,,,, *Supplemental Local Rule 81.a Statement* (Attachments: # 1 Exhibit LL)(Roach, Benjamin) (Entered: 06/14/2017) |
| 06/14/2017 | 1 | NOTICE OF REMOVAL by Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, Wellmark Health Plan of Iowa, Inc. from Iowa District Court for Polk County, case number CVCV050638. Filing fee paid in the amount of $ 400, receipt number 0863-3228051., filed by Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, Wellmark Health Plan of Iowa, Inc.. Rule 16 Notice of Dismissal set for 9/14/2017. (Attachments: # 1 Local Rule 81.a Statement, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Exhibit Y, # 27 Exhibit Z, # 28 Exhibit AA, # 29 Exhibit BB, # 30 Exhibit CC, # 31 Exhibit DD, # 32 Exhibit EE, # 33 Exhibit FF, # 34 Exhibit GG, # 35 Exhibit HH, # 36 Exhibit II, # 37 Exhibit JJ, # 38 Exhibit KK)(Roach, Benjamin) (Entered: 06/14/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/04/2017 11:55:08 | | | |
| **PACER Login:** | wa2515:4079844:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:17-cv-00210-JAJ-SBJ Start date: 1/1/1970 End date: 7/5/2017 |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |