UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BRADLEY A. CHICOINE, D.C., DR. BRADLEY A. CHICOINE, D.C., P.C., MARK A. NILES, D.C., NILES CHIROPRACTIC, INC., ROD R. REBARCAK, D.C., and BEN WINECOFF, D.C., on behalf of themselves and those like situated,<br><br>    Plaintiffs,<br><br>and<br><br>STEVEN A. MUELLER, D.C., BRADLEY J. BROWN, D.C., BROWN CHIROPRACTIC, P.C., MARK A. KRUSE, D.C., DR. MARK A. KRUSE, D.C., P.C., KEVIN D. MILLER, D.C., and  LARRY E. PHIPPS, D.C., on behalf of themselves and those like situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLMARK INC. d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA, an Iowa corporation, and WELLMARK HEALTH PLAN OF IOWA, INC., an Iowa corporation,<br><br>    Defendants. | Civil Action No.  4:17-cv-00210<br><br><br><br>**DEFENDANT WELLMARK'S MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**[1] |

COME NOW, Defendants Wellmark, Inc. d/b/a Wellmark Blue Cross and

Blue Shield of Iowa and Wellmark Health Plan of Iowa, Inc. ("Wellmark") and move

---

[1] Blue Cross and Blue Shield Association joins Wellmark in this motion to stay pending decision by the Judicial Panel of Multidistrict Litigation.

1

**EXHIBIT 7**

this Court to (1) vacate the July 5, 2017 date for defendants' response to plaintiffs'

motion to remand; and (2) stay all proceedings in this action until the Judicial Panel

on Multidistrict Litigation determines whether this action should be transferred to

the United States District Court for the Northern District of Alabama for

consolidated and coordinated pretrial proceedings under the Rules of Procedure of

the Joint Panel on Multidistrict Litigation. In support of this motion, defendants

submit the attached memorandum of law.


Dated: June 23, 2017

By: /s/ *Hayward Draper*
Hayward L. Draper
Benjamin P. Roach
NYEMASTER, GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Phone: 515-283-3100
Fax: 515-283-8045
hdraper@nyemaster.com
broach@nyemaster.com

ATTORNEYS FOR DEFENDANTS
WELLMARK, INC. d/b/a WELLMARK
BLUE CROSS AND BLUE SHIELD OF
IOWA, an Iowa corporation, and
WELLMARK HEALTH PLAN OF IOWA,
INC., an Iowa corporation.

Jeffrey A. Krausman
Joan M. Fletcher
DICKINSON, MACKAMAN, TYLER &
HAGEN, P.C.
699 Walnut Street, Suite 1600
Des Moines, IA 50309-3986
Phone: 515-246-4518
Fax: 515-246-4550
jkrausman@dickinsonlaw.com
jfletcher@dickinsonlaw.com

ATTORNEYS FOR PROPOSED
INTERVENOR BLUE CROSS AND BLUE
SHIELD ASSOCIATION

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2017, I presented the foregoing document to the Clerk of the Court for filing and uploading into the ECF system, which will send notification to the following ECF system participants.

Glenn L. Norris
HAWKINS & NORRIS, P.C.
2501 Grand Avenue, Suite C
Des Moines, IA 50312-5399
Telephone: (515) 288-6532
Facsimile: (515) 281-1474
Email:        gnorris@2501grand.com
Email:        gnorrislaw@gmail.com

Jeffrey A. Krausman
Joan M. Fletcher
DICKINSON, MACKAMAN, TYLER
  & HAGEN, P.C.
699 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 246-4525
Facsimile: (515) 246-4550
Email: jkrausman@dickinsonlaw.com
Email: jfletcher@dickinsonlaw.com

ATTORNEYS FOR INTERVENOR

Steven P. Wandro
Kara M. Simons
Alison F. Kanne
WANDRO & ASSOCIATES, P.C.
2501 Grand Avenue
Des Moines, IA 50312
Telephone: (515) 281-1475
Facsimile: (515) 281-1474
Email: swandro@2501grand.com
Email: ksimons@2501grand.com
Email: akanne@2501grand.com

Harley C. Erbe
ERBE LAW FIRM
2501 Grand Avenue
Des Moines, IA 50312-5399
Telephone: (515) 281-1460
Facsimile: (515) 281-1474
Email: herbelaw@aol.com

ATTORNEYS FOR PLAINTIFFS

*/s/ Hayward Draper*