# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| BRADLEY A. CHICOINE, D.C., DR. BRADLEY A. CHICOINE, D.C., P.C., MARK A. NILES, D.C, NILES CHIROPRACTIC, INC., ROD R. REBARCAK, D.C., and BEN WINECOFF, D.C., on behalf of themselves and those like situated, <br><br>     Plaintiffs, <br><br> and <br><br> STEVEN A. MUELLER, D.C., BRADLEY J. BROWN, D.C., BROWN CHIROPRACTIC, P.C.; MARK A. KRUSE, D.C., DR. MARK A. KRUSE, D.C., P.C., KEVIN D. MILLER, D.C., and LARRY E. PHIPPS, D.C., on behalf of themselves and those like situated, <br><br>     Plaintiffs, <br><br> vs. <br><br> WELLMARK, INC d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA, an Iowa corporation, and WELLMARK HEALTH PLAN OF IOWA, INC., an Iowa corporation, <br><br>     Defendants. | No. 4:17-cv-00210 |

## Plaintiffs' Agreement to Stay in This Court While Issue of Removal to MDL No. 2406 Is Before the JPML

Plaintiffs hereby agree with Wellmark defendants' Motion to Stay (docket item no. 8) that matters in this Court should be stayed while the issue of removal to United States District Court for the Northern District of Alabama, MDL No. 2406, is before the

**EXHIBIT 8**

Judicial Panel on Multidistrict Litigation.  The stay should include the Motion to Re-

mand (docket item no.7) and responses and the Motion to Intervene (Ex. KK to docket

item no. 1-1) and responses. Plaintiffs continue to maintain in this Court and before the

JPML that the federal courts do not have subject matter jurisdiction of this action.

       Dated June 28, 2017.

                            _/s/ Glenn L Norris_____
                            Glenn L. Norris  AT0005907
                            HAWKINS & NORRIS, P.C.
                            2501 Grand Avenue, Suite C
                            Des Moines, Iowa 50312-5399
                            Telephone:  515-288-6532
                            Facsimile:  515-281-1474
                            Email: gnorris@2501grand.com
                                    gnorrislaw@gmail.com

                            _/s/ Kara M. Simons_____
                            Steven P. Wandro  AT0008177
                            Kara M. Simons  AT0009876
                            WANDRO & ASSOCIATES, P.C.
                            2501 Grand Avenue, Suite B
                            Des Moines, Iowa 50312
                            Telephone:  515-281-1475
                            Facsimile:   515-281-1474
                            Email: swandro@2501grand.com
                                    ksimons@2501grand.com

                        ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify I or someone acting on my behalf, on June 28, 2017, presented the foregoing document to the Clerk of the Court for filing and uploading into the ECF system, which will send notification to the fol-lowing ECF system participants.

Benjamin P. Roach
Hayward L. Draper
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
E-mail: bproach@nyemaster.com
E-mail: hdraper@nyemaster.com
ATTORNEYS FOR WELLMARK

Jeffrey A. Krausman
Joan M. Fletcher
DICKINSON, MACKAMAN, TYLER
& HAGEN, P.C.
699 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 246-4525
Facsimile: (515) 246-4550
Email: jkrausman@dickinsonlaw.com
Email: jfletcher@dickinsonlaw.com
ATTORNEYS FOR BCBSA

_____/s/ Kara M. Simons_____