# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| BRADLEY A. CHICOINE, D.C., DR. BRADLEY A. CHICOINE, D.C., P.C., MARK A. NILES, D.C, NILES CHIROPRACTIC, INC., ROD R. REBARCAK, D.C., and BEN WINECOFF, D.C., on behalf of themselves and those like situated, | |
|     Plaintiffs, | No. 4:17-cv-00210 |
| and | |
| STEVEN A. MUELLER, D.C., BRADLEY J. BROWN, D.C., BROWN CHIROPRACTIC, P.C.; MARK A. KRUSE, D.C., DR. MARK A. KRUSE, D.C., P.C., KEVIN D. MILLER, D.C., and LARRY E. PHIPPS, D.C., on behalf of themselves and those like situated, | |
|     Plaintiffs, | |
| vs. | |
| WELLMARK, INC d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA, an Iowa corporation, and WELLMARK HEALTH PLAN OF IOWA, INC., an Iowa corporation, | |
|     Defendants. | |

## Plaintiffs' Resistance to Applicant Intervenor Blue Cross and Blue Shield Association's Motion to Intervene

Plaintiffs hereby resist the Applicant Intervenor Blue Cross and Blue Shield Association's ("BCBSA") Motion to Intervene for the following grounds and reasons.

**EXHIBIT 9**

Case 4.17-cv-00210-JAJ-SBJ Document 11 Filed 06/28/17 Page 2 of 4

Case MDL No. 2406 Document 381-11 Filed 07/07/17 Page 2 of 4

1.      This Court has no authority to decide BCBSA's Motion to Intervene because it lacks subject matter jurisdiction over this matter under 28 U.S.C. § 1332(a) or (d). BCBSA's Motion to Intervene was pending in the Iowa District Court for Polk County when Defendants Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, and Wellmark Health Plan of Iowa, Inc. ("Wellmark") prematurely filed their Notice of Removal on June 14, 2017. *See generally* Plaintiffs' Motion to Remand [Doc. 7]. BCBSA's intervention request is under Iowa law and should be decided by the Polk County court following remand.

2.      Regardless, BCBSA should not be granted intervention as a matter of right or permissive intervention under Iowa R. Civ. P. 1.407(1) or (2).

3.      Plaintiffs' First Amendment to Petition at Law, filed prior to Wellmark's Notice of Removal, is the operative petition in this matter under Iowa R. Civ. P. 1.402(4). [Ex. LL to Loc. R. 81.A filing]. BCBSA has never been named as a defendant, and the First Amendment takes all allegations of BCBSA horizontal territorial allocation out of the case. It does not support BCBSA's intervention request.

4.      Plaintiffs in this case are not attacking the validity of BCBSA's trademarks, underlying licensing system or the BlueCard Program. There is no need for BCBSA to intervene in this action to protect its interest in the same. Rather, Plaintiffs' allegations center on discriminatory treatment of Iowa chiropractors through price fixing and coverage limitations in Iowa by Iowa actors—the Wellmark Iowa defendants.

5.      BCBSA's intervention request is motivated by a desire to create diversity jurisdiction where none exists in order to pigeonhole this case into MDL No. 2406 in the Northern District of Alabama where it will languish for years because it does not fit into

2

the mainstream master complaints on file. Indeed, the Iowa Supreme Court already ruled that there are "considerable differences" between this action and MDL No. 2406 when it reversed the stay Wellmark obtained from the trial court based in large part on alleged commonality of facts and issues. *Chicoine v. Wellmark, Inc.*, 894 N.W.2d 454, 456 (Iowa 2017). The Iowa Supreme Court noted that MDL No. 2406 "is still in bellweather pretrial proceedings" and "could take years." *Id.* BCBSA should not be allowed to intervene in order to aid Wellmark in circumventing this Iowa Supreme Court ruling by routing the case to MDL No. 2406 anyway. Doing so would absolutely prejudice Plaintiffs' rights and cause undue delay.

6.      This resistance is supported by the accompanying brief in support.

Dated June 28, 2017.

/s/ Glenn L. Norris
Glenn L. Norris  AT0005907
HAWKINS & NORRIS, P.C.
2501 Grand Avenue, Suite C
Des Moines, Iowa 50312-5399
Telephone:  515-288-6532
Facsimile:  515-281-1474
Email: gnorris@2501grand.com
        gnorrislaw@gmail.com

/s/ Kara M. Simons
Steven P. Wandro  AT0008177
Kara M. Simons  AT0009876
WANDRO & ASSOCIATES, P.C.
2501 Grand Avenue, Suite B
Des Moines, Iowa 50312
Telephone:  515-281-1475
Facsimile:  515-281-1474
Email: swandro@2501grand.com
        ksimons@2501grand.com


ATTORNEYS FOR PLAINTIFFS

3

Case 4.17-cv-00210-JAJ-SBJ Document 11 Filed 06/28/17 Page 4 of 4

CERTIFICATE OF SERVICE

I hereby certify I or someone acting on my behalf, on June 28, 2017, presented the foregoing document to the Clerk of the Court for filing and uploading into the ECF system, which will send notification to the following ECF system participants.

Benjamin P. Roach
Hayward L. Draper
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
E-mail: bproach@nyemaster.com
E-mail: hdraper@nyemaster.com
ATTORNEYS FOR WELLMARK

Jeffrey A. Krausman
Joan M. Fletcher
DICKINSON, MACKAMAN, TYLER
& HAGEN, P.C.
699 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 246-4525
Facsimile: (515) 246-4550
Email: jkrausman@dickinsonlaw.com
Email: jfletcher@dickinsonlaw.com
ATTORNEYS FOR BCBSA

__/s/ Kara M. Simons_____