**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| In re:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) ) ) | MDL. 2406 |

**CERTIFICATE OF SERVICE**

I, Steven P. Wandro, as counsel for Plaintiffs, Bradley A. Chicoine, D.C., Dr. Bradley A. Chicoine, D.C., P.C., Mark A. Niles, D.C, Niles Chiropractic, Inc., Rod R. Rebarcak, D.C., Ben Winecoff, D.C., Steven A. Mueller, D.C.,  Bradley J. Brown, D.C., Brown Chiropractic, P.C.; Mark A. Kruse, D.C., Dr. Mark A. Kruse, D.C., P.C., Kevin D. Miller, D.C. and Larry E. Phipps, D.C., hereby certifies that on the 7th day of July, 20176, a copy of the foregoing Motion to Vacate (with attachments) was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of the above Plaintiffs, which will send notice of electronic filing to all parties of record.

| | |
|---|---|
| Daniel E. Laytin, P.C. | Benjamin Patrick Roach |
| Zachary D. Holmstead | Hayward Draper |
| KIRKLAND & ELLIS LLP | NYEMASTER GOODE PC |
| 300 North LaSalle Street | 700 Walnut Street, Suite 1600 |
| Chicago, IlL 60654 | Des Moines, IA 50309-3899 |
| 312.862.2000 | 515.283.8158 |
| 312.862.2200 (f) | 515.283-3108 (f) |
| dlaytin@kirland.com | bproach@nyemaster.com |
| Zachary.holmstead@kirkland.com | hdraper@nyemaster.com |

*Counsel for Defendant Wellmark, Inc. d/b/a Wellmark Blue Cross Blue Shield of Iowa and Wellmark Health Plan of Iowa, Inc.*

| | |
|---|---|
| David J. Zott, P.C. | Jeffrey A. Krausman |
| Daniel E. Laytin, P.C. | Joan M. Fletcher |
| Zachary D. Holmstead | DICKINSON, MACKAMAN, TYLER |
| KIRKLAND & ELLIS LLP | & HAGEN, P.C. |
| 300 North LaSalle Street | 699 Walnut Street, Suite 1600 |
| Chicago, IlL 60654 | Des Moines, IA 50309 |
| 312.862.2000 | Telephone: (515) 246-4525 |
| 312.862.2200 (f) | Facsimile: (515) 246-4550 |
| david.zott@kirkland.com | Email: jkrausman@dickinsonlaw.com |
| dlaytin@kirland.com | Email: jfletcher@dickinsonlaw.com |
| Zachary.holmstead@kirkland.com | |

*Attorneys for BCBSA*

Date:  July 7, 2017

/s/ Steven P. Wandro
Steven P. Wandro  AT0008177
WANDRO & ASSOCIATES, P.C.
2501 Grand Avenue, Suite B
Des Moines, Iowa 50312
Telephone:  515-281-1475
Facsimile:   515-281-1474
Email: swandro@2501grand.com

Glenn L. Norris  AT0005907
HAWKINS & NORRIS, P.C.
2501 Grand Avenue, Suite C
Des Moines, Iowa 50312-5399
Telephone:  515-288-6532
Facsimile:  515-281-1474
Email: gnorris@2501grand.com
            gnorrislaw@gmail.com

ATTORNEYS FOR PLAINTIFFS