**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 18, 2017, the foregoing Notice of Appearance was electronically

filed the Clerk of Court using the CM/ECF system which will send notification of such filing to all

counsel of record.

Dated: July 18, 2017
         New Orleans, Louisiana

                                      /s/ Stephen B. Murray
                                   Stephen B. Murray
                                   MURRAY LAW FIRM
                                   650 Poydras Street, Suite 2150
                                   New Orleans, Louisiana 70130
                                   Telephone: (504) 525-8100
                                   Facsimile: (504) 584-5249
                                   smurray@murray-lawfirm.com

                                   Attorneys for Opelousas General Hospital
                                   Authority, a Public Trust, d/b/a Opelousas
                                   General Health System