BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406                                    IN RE: Blue Cross Blue Shield
                                                Antitrust Litigation

This Filing Relates To The Following Case Only:

*Opelousas General Hospital Authority v. Louisiana Health Service & Ind. Co.*
USDC WD of LA Case No. 17-00818

SCHEDULE PER RULE 6.1(b)(ii)
REGARDING MEMORANDUM IN SUPPORT OF MOTION TO VACATE CTO-33

| Action Involved | District Court | Civil Action | Assigned Judge |
|---|---|---|---|
| *Opelousas General Hospital Authority* PLAINTIFFS *v.* *Louisiana Health Service & Indemnity Co., et al.,* DEFENDANTS | U.S. District Court for the Western District Louisiana | Case No. 17-00818 | Judge Rebecca F. Doherty and Magistrate Judge Patrick J. Hanna |