BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| MDL No. 2406 | IN RE: Blue Cross Blue Shield Antitrust Litigation |

This Filing Relates To The Following Case Only:

*Opelousas General Hospital Authority v. Louisiana Health Service & Ind. Co.*
USDC WD of LA Case No. 17-00818

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-33)

COME NOW, Plaintiff in Opelousas General Hospital Authority, U.S. District Court for the Western District of Louisiana Case No. 17-00818, and, pursuant to Rule 7.1(f) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), hereby move this Panel to vacate the Conditional Transfer Order (CTO-33) entered on June 28, 2017, [Doc. 371] for transfer to the United States District Court for the Northern District of Alabama.

For the reasons set forth in the accompanying brief, in the interests of fundamental fairness and judicial efficiency, this Court should vacate CTO-33. The removal of the instant case to federal court was facially improper, and transfer of this matter to MDL 2406 will only serve to delay expeditious remand of a matter in which only Louisiana state courts have jurisdiction.

RESPECTFULLY SUBMITTED:

　/s/ Stephen B. Murray　
STEPHEN B. MURRAY
Louisiana Bar No. 9858
MURRAY LAW FIRM

650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel: (504)525-8100
smurray@murray-lawfirm.com

COUNSEL FOR PLAINTIFF
Opelousas General Hospital Authority