## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406                                    IN RE: Blue Cross Blue Shield
                                                Antitrust Litigation

This Filing Relates To The Following Case Only:

*Opelousas General Hospital Authority v. Louisiana Health Service & Ind. Co.*
USDC WD of LA Case No. 17-00818

## CERTIFICATE OF SERVICE

I, Stephen B. Murray, as counsel for Plaintiff Opelousas General Hospital Authority, hereby certifies that on the 18th day of July, 2017, a copy of the foregoing Memorandum in Support of Plaintiffs' Motion to Vacate CTO - 33 (with attachments) was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of the above Plaintiff, which will send notice of electronic filing to all parties of record.

Dated: July 18, 2017

New Orleans, Louisiana

/s/ Stephen B. Murray
Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249
smurray@murray-lawfirm.com

Attorneys for Opelousas General Hospital Authority, a Public Trust, d/b/a Opelousas General Health System