| | |
|---|---|
| OPELOUSAS GENERAL HOSPITAL AUTHORITY, A PUBLIC TRUST, d/b/a OPELOUSAS GENERAL HEALTH SYSTEM | CIVIL DOCKET NO. 16-C-3647-C<br><br>27TH JUDICIAL DISTRICT COURT |
| VERSUS | |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY d/b/a BLUE CROSS/BLUE SHIELD OF LOUISIANA | PARISH OF ST. LANDRY<br><br>STATE OF LOUISIANA |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JUDGMENT

This matter came on for hearing, pursuant to regular assignment, on January 27, 2017 on Exceptions of Prematurity and Alternative Motion to Compel Arbitration filed by Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana, defendant herein.

The Court, considering the law, evidence and argument of counsel, and for reasons set forth in the Court's Reasons for Judgment rendered February 27, 2017,

IT IS ORDERED, ADJUDGED AND DECREED that the Exceptions of Prematurity and Alternative Motion to Compel Arbitration filed by Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana, defendant herein, be and same is hereby denied.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all costs of court associated with the Exceptions of Prematurity and Alternative Motion to Compel Arbitration be and same are hereby assessed to Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana.

JUDGMENT READ, RENDERED AND SIGNED at Opelousas, Louisiana, this 8th day of March, 2017.

_____
HONORABLE ALONZO HARRIS, DISTRICT JUDGE

St. Landry Parish Clerk of Court's Office
Filed _March 8_, 20_17_
_____
Dy. Clerk

OPELOUSAS, LOUISIANA _March 8_, 20_17_
This is to certify that the above is a true and correct copy of the original on file in the office of the Clerk of Court of St. Landry Parish.
_____
Deputy Clerk of Court

**Exhibit B**
Opelousas Gen. Hosp. Authority v. BCBS of LA
MDL 2406
Memo in Support of Pl.'s Mtn to Vacate CTO 33

MORROW, MORROW, RYAN & BASSETT
PERSONAL INJURY / MARITIME LAW
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Arnaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrblawoffice.com