UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| OPELOUSAS GENERAL HOSPITAL AUTHORITY, A PUBLIC TRUST, d/b/a OPELOUSAS GENERAL HEALTH SYSTEM | CIVIL ACTION NO.   6:17-cv-00818 |
| Plaintiff, | JUDGE REBECCA F. DOHERTY |
| v. | |
| | MAG. JUDGE PATRICK J. HANNA |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY d/b/a BLUE CROSS/BLUE SHIELD OF LOUISIANA, | |
| Defendant. | |

## EMERGENCY MOTION FOR REMAND

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Opelousas General Hospital Authority, a Public Trust, d/b/a Opelousas General Health System, individually and on behalf of all persons similarly situated, and respectfully moves this Court for emergency remand for the reasons set forth in the accompanying memorandum.

Emergency consideration of this remand motion is necessary, as this action was improperly removed on the eve of a class certification hearing scheduled to commence on June 29, 2017 at 9:00 am before the 29th Judicial District Court of Louisiana for the Parish of St. Landry.  Witnesses and counsel have made extensive arrangements to attend the hearing, and will be unfairly prejudiced if the hearing is delayed by virtue of an improper removal.



Opelousas Gen. Hosp.
Authority v. BCBS of LA
MDL 2406

Exhibit E

Memo in Support of Pl.'s Mtn to Vacate CTO 33

exhibitsticker.com

Respectfully submitted,

**MURRAY LAW FIRM**


By: /s/ Stephen B. Murray, Jr.
STEPHEN B. MURRAY, JR. (#23877)
STEPHEN B. MURRAY (#9858)
ARTHUR M. MURRAY (#27694)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 525-8100

**MORROW, MORROW, RYAN & BASSETT**
PATRICK C. MORROW (#09748)
JAMES P. RYAN (#11560)
324 West Landry Street
Opelousas, Louisiana 70570-5120
Telephone: (337)948-4483
Facsimile: (337)942-5234

**COX, COX, FILO, CAMEL & WILSON L.L.C.**
THOMAS A. FILO (#18210)
723 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 436-6611

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 27, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Stephen B. Murray, Jr.