
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE                            *   2:13-cv-20000
                                 *   2-21-13
BLUE CROSS BLUE SHIELD           *   Birmingham, Alabama
ANTITRUST LITIGATION MDL         *   9:35 a.m.
2406                             *
                                 *
                                 *
                                 *
                                 *
                                 *

*****************************************

TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE

Opelousas Gen. Hosp.
Authority v. BCBS of LA
MDL 2406

Exhibit I

exhibitsticker.com

Memo in Support of Pl.'s Mtn to Vacate CTO 33

1    to add the Association since, after all, the complaint is

2    challenging the licensing of the Association's marks.  And we

3    were able, and every court to consider it has allowed the

4    Association to intervene.

5            We then removed those cases to federal court under the

6    Minimal Diversity Rules of CAFA, and a couple other motions to

7    remand have now been filed.  Others have not been filed.

8    Those cases are stayed.

9            And what we're hoping in light of what we've heard

10   here today -- and antitrust is the case.  But we ought to flag

11   it as that, at least as to those cases going forward, since we

12   have all the lawyers here, and we're going to have

13   consolidated complaints here, that they are going to proceed

14   in this court and bring the Association in --

15           THE COURT:  Are those tagged-along yet?  Are they

16   still in Illinois?

17           MR. ZOTT:  Yeah, they are all here.

18           THE COURT:  They are all here.  Okay.

19           MR. ZOTT:  Yes.  But that we're not going to go

20   through that drill again.

21           And I don't know what their intention is, but I'm

22   assuming they are here; we're going to file a federal

23   complaint; those cases belong in federal court.

24           THE COURT:  Where do we stand on the Motion to

25   Remand in those cases?  Is that Ms. Murphy, Mr. Foote, or

1    somebody else?

2              MS. MURPHY:  I'm not involved in those, Judge.

3              MR. FOOTE:  First off, I think because of the way

4    it's come here, it's obviously your decision on the remand

5    issue.  I think they're Mr. Pendley's cases.

6              THE COURT:  Mr. Pendley.  Thank you.

7              MR. PENDLEY:  May it please the Court, Patrick

8    Pendley, Your Honor.  The Motions to Remand in those state

9    cases are effectively stayed because of the tag-along notice

10   to the clerk, the MDL clerk, and to my knowledge, no judge has

11   ruled on any of the Motions to Remand that were filed.

12             THE COURT:  Are you still wanting to prosecute the

13   motions?  That's one question, I guess.

14             MR. PENDLEY:  Well, Judge, let me hedge my bet and

15   say they are out there and they are pending, and I think we

16   should address those with the leadership on the Plaintiffs'

17   side at some point.

18             THE COURT:  All right.  So you wanted to see what I

19   looked like before you decided.

20             MR. PENDLEY:  Yes, sir.

21             THE COURT:  All right.

22             MR. PENDLEY:  I cannot lie to a federal judge.

23             THE COURT:  All right.  Fair enough.  I would think

24   that's something we'll need to address, but I want the parties

25   to address that and see if we can agree to it.  If not, I get