# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. _____ & Title - **IN RE:** _____

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____
Date                              Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Telephone No.: _____   Fax No.: _____

Email Address: _____

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.)

The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which

the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).

9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re:  BLUE CROSS BLUE SHIELD )
ANTITRUST LITIGATION ) MDL No. 2406
  )

CERTIFICATE OF SERVICE

I, Daniel E. Laytin, as Counsel for Defendant Blue Cross and Blue Shield Association, hereby certify that on the 19th day of July, 2017, a copy of the foregoing Notice of Appearance was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Defendant Blue Cross and Blue Shield Association, which will send notice of electronic filing to all parties of record:

| | |
|---|---|
| Patrick C. Morrow<br>James P. Ryan<br>MORROW, MORROW, RYAN,<br>BASSETT & HAIK<br>P.O. Drawer 1787<br>Opelousas, Louisiana 70571-1787<br>Tel: 337-948-4483<br>Fax: 337-942-5234<br>patM@mmrblaw.com<br>jamesR@mmrblaw.com | Richard J. Tyler<br>Michael C. Drew<br>Mark A. Cunningham<br>Graham H. Ryan<br>JONES WALKER LLP<br>201 St. Charles Avenue, 49th Floor<br>New Orleans, Louisiana 70170-5100<br>Telephone: (504) 582-8318<br>Fax: (504) 589-8318<br>rtyler@joneswalker.com<br>mdrew@joneswalker.com<br>mcunningham@joneswalker.com<br>gryan@joneswalker.com |
| Stephen B. Murray, Jr.<br>Arthur M. Murray<br>MURRAY LAW FIRM<br>650 Poydras Street, Suite 2150<br>New Orleans, Louisiana 70130<br>Tel: (504) 525-8100<br>Fax: (504) 584-5249<br>smurrayjr@murray-lawfirm.com<br>amurray@murray-lawfirm.com<br><br>*Counsel for Plaintiffs* | Gary J. Russo<br>JONES WALKER LLP<br>600 Jefferson St, Suite 1600<br>Lafayette, LA 70501<br>Telephone: (337) 593.7600<br>Fax: (337) 593.7601<br>grusso@joneswalker.com<br><br>*Counsel for the Defendant Louisiana Health Service & Indemnity Company* d/b/a *Blue Cross and Blue Shield of Louisiana* |

1

2

Date:  July 19, 2017	/s/ Daniel E. Laytin, P.C.
Daniel E. Laytin, P.C.
Zachary D. Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
dlaytin@kirkland.com
zachary.holmstead@kirkland.com

Joseph C. Giglio, Jr.
William E. Kellner
LISKOW & LEWIS
822 Harding Street
Lafayette, LA 70503
Tel: (337) 232-7424
Fax: (337) 267-2398
jcgiglio@liskow.com
wekellner@liskow.com

*Counsel for Blue Cross and Blue Shield Association*