IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARY MORRISSEY, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 12-2359 |
| BLUE CROSS AND BLUE SHIELD OF TENNESSEE, INC., | ) ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING MOTION TO INTERVENE**

Before the Court is the Blue Cross and Blue Shield Association's ("BCBSA") June 12, 2012 motion to intervene. (Mot., ECF No. 7.) Plaintiff Mary Morrissey ("Morrisey") responded in opposition on June 29, 2012 (Resp., ECF No. 13), and BCBSA replied on July 25, 2012. (Reply, ECF No. 25.) For the following reasons, the Court GRANTS BCBSA's Motion.

The gravamen of Morrissey's complaint is that Blue Cross and Blue Shield of Tennessee, Inc. ("BCBS-TN") has inflated premiums as a result of a conspiracy in violation of the Sherman Antitrust Act between BCBS-TN and other Blue Cross and Blue Shield entities that are acting in concert through BCBSA. (Am. Compl. ¶ 1.) Morrissey alleges that BCBSA was created to coordinate the plans of Blue Cross and Blue Shield entities in

thirty-eight states. (Id. ¶ 11.) She alleges that the market share allocation agreements between BCBS-TN and BCBSA, reflecting this coordination, are illegal. (Id. ¶¶ 2, 6.)

BCBSA moves to intervene to defend the legality of contracts to which it is a party. For good cause shown, the motion to intervene is GRANTED.

So ordered this 30th day of July, 2012.

/s Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE