FILED
2013 Jan-18  PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM LEE SOSEBEE, individually and on behalf of all others similarly situated, **Plaintiffs,** v. USABLE MUTUAL INSURANCE COMPANY, d/b/a ARKANSAS BLUE CROSS AND BLUE SHIELD, **Defendant.** | Case No.: 2:13-CV-00014-RDP |

## ORDER

This case is before the court on Blue Cross and Blue Shield Association's Motion to Intervene (Doc. # 3). For good cause shown, and because the Motion is unopposed, Blue Cross and Blue Shield Association's Motion to Intervene (Doc. # 3) is **GRANTED**.

**DONE** and **ORDERED** this        18th         day of January, 2013.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE