## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| BRADLEY A. CHICOINE, D.C., DR. BRADLEY A. CHICOINE, D.C., P.C., MARK A. NILES, D.C, NILES CHIROPRACTIC, INC., ROD R. REBARCAK, D.C., and BEN WINECOFF, D.C., on behalf of themselves and those like situated, <br><br> Plaintiffs, <br><br> and <br><br> STEVEN A. MUELLER, D.C., BRADLEY J. BROWN, D.C., BROWN CHIROPRACTIC, P.C.; MARK A. KRUSE, D.C., DR. MARK A. KRUSE, D.C., P.C., KEVIN D. MILLER, D.C., and LARRY E. PHIPPS, D.C., on behalf of themselves and those like situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLMARK, INC d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA, an Iowa corporation, and WELLMARK HEALTH PLAN OF IOWA, INC., an Iowa corporation, <br><br> Defendants. | Law No. CVCV050638 |

## Plaintiffs' First Amendment to Petition at Law

**COME NOW** Plaintiffs, by and through their undersigned counsel, and hereby files, pursuant to Iowa R. Civ. P. 1.402(4), this Plaintiffs' First Amendment to Petition at Law by stating:

1


EXHIBIT LL

1. Plaintiffs hereby strike the following paragraphs from the Petition at Law filed October 5, 2015:

    a. ¶ 3(b);

    b. The first sentence of ¶12 stating "The Blue Cross and Blue Shield Association is a non-party co-conspirator with the Wellmark defendants for purposes of the Iowa Competition Act."

    c. ¶ 15. Plaintiffs allege as substituted ¶15 as follows: "15. By agreements between Wellmark defendants and each of the other 38 (now 36) BCBSA licensees, Wellmark processes and pays Iowa providers for out-of-state licensees member claims for provider services for each of the other BCBSA licensees. Wellmark defendants have agreed with each of the other licensees to fix the price of Iowa chiropractic services in accordance with the prices set by Wellmark defendants under terms of the Practitioner Services Agreements and the agreement with Iowa Chiropractic Physicians Clinic.";

    d. ¶ 21(b);

    e. ¶39(b);

Dated June 14, 2017.

                                               /s/ Glenn L Norris
                                              Glenn L. Norris  AT0005907
                                              HAWKINS & NORRIS, P.C.
                                              2501 Grand Avenue, Suite C
                                              Des Moines, Iowa 50312-5399
                                              Telephone:  515-288-6532
                                              Facsimile:  515-281-1474
                                              Email: gnorris@2501grand.com

gnorrislaw@gmail.com

Steven P. Wandro  AT0008177
Kara M. Simons  AT0009876
WANDRO & ASSOCIATES, P.C.
2501 Grand Avenue, Suite B
Des Moines, Iowa 50312
Telephone:  515-281-1475
Facsimile:   515-281-1474
Email: swandro@2501grand.com
ksimons@2501grand.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was filed on the 14th day of February, 2017 with the Clerk of Court using the EDMS system, which will send notification of such filing to the counsel of record.

　　/s/ Glenn L Norris  AT0005907_____

Hayward L. Draper AT0002075
Benjamin P. Roach AT0006588
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
E-mail: hdraper@nyemaster.com
bproach@nyemaster.com

3