IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| BRADLEY A. CHICOINE, D.C., DR. BRADLEY A. CHICOINE, D.C., P.C., MARK A. NILES, D.C., NILES CHIROPRACTIC, INC., ROD R. REBARCAK, D.C., and BEN WINECOFF, D.C., on behalf of themselves and those like situated,<br><br>    Plaintiffs,<br>and<br><br>STEVEN A. MUELLER, D.C., BRADLEY J. BROWN, D.C., BROWN CHIROPRACTIC, P.C., MARK A KRUSE, D.C., DR. MARK A. KRUSE, D.C., P.C., KEVIN D. MUELLER, D.C., and LARRY D. PHIPPS, D.C., on behalf of themselves and those like situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>WELLMARK, INC d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA, an Iowa corporation, and WELLMARK HEALTH PLAN OF IOWA, INC., an Iowa corporation,<br><br>    Defendants. | Law No. CVCV050638 |

## MOTION TO INTERVENE

**COMES NOW** Applicant Intervenor Blue Cross and Blue Shield Association ("BCBSA"), and pursuant to Iowa R. Civ. P. 1.407(1), moves the Court for permission to intervene as a matter of right in this case, for the following grounds and reasons:

1. The name and address of the applicant intervenor defendant is:

      a.    Blue Cross and Blue Shield Association, 225 Michigan Avenue, Chicago, IL 60601

2. The applicant intervenor defendant is the owner of the famous Blue Cross® and Blue Shield® trademarks,[1] and licenses those trademarks to a national federation of thirty-six Blue Cross and Blue Shield companies ("Blue Plans"), including named defendant Wellmark, Inc., d/b/a Wellmark Blue Cross and Blue Shield of Iowa and Wellmark Health Plan of Iowa, Inc. ("Wellmark").  Collectively, the thirty-six Blue Plans provide healthcare coverage for more than 100 million Americans.

3. According to Plaintiffs' complaint, Wellmark, Blue Cross and Blue Shield Association ("BCBSA"), BCBSA's other 35 Blue Plan licensees, and some of Wellmark's customers have conspired to suppress fees for chiropractors in violation of the Iowa Competition Act.  Specifically, Plaintiffs challenge BCBSA's licensing structure and the rules and procedures governing its BlueCard Program.

4. Under Iowa Rule of Civil Procedure 1.407(1), anyone shall be permitted to intervene in an action "[w]hen the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties." Iowa R. Civ. P. 1.407(1)(b).  "The court shall grant interventions of right unless the applicant's interest is adequately represented by existing parties." Iowa R. Civ. P. 1.407(4).

---

[1] Use of these trademarks includes both the design marks and the trade name.

5. BCBSA has a substantial legal interest in defending its trademarks, licensing structure, and BlueCard program. BCBSA's ability to protect its interests will necessarily be impacted by disposition of this action.

6. Wellmark may not adequately represent BCBSA's interests because BCBSA is the sole owner and licensor of the Blue Cross® and Blue Shield® trademarks. BCBSA is also the exclusive administrator of the BlueCard Program. The remedy for the alleged harm sought, if granted, necessarily would affect BCBSA's license agreements across the country, as well as the BlueCard Program.

7. Allowing BCBSA to intervene will not unduly delay the adjudication of the rights of the original parties and will not prejudice any of the original parties.

8. In the alternative, the Court should allow BCBSA to intervene under Iowa Rule of Civil Procedure 1.407(2). An application for intervention is allowed "[w]hen an applicant's claim or defense and the main action have a question of law or fact in common." Iowa R. Civ. P. 1.407(2)(b). As in dozens of suits across the country that have been consolidated into a federal Multi-District Litigation, plaintiffs implicate BCBSA as an alleged co-conspirator with defendant Wellmark and the other Blue Plans. Moreover, the fact that both Wellmark and BCBSA are already defending the validity of BCBSA's licensing system and BlueCard program in dozens of similar suits further demonstrates the connection between BCBSA's interests and the claims and defenses in the current litigation. This justifies BCBSA's permissive intervention.

9. This motion is supported by the accompanying brief in support.

Dated: June 14, 2017                    **DICKINSON, MACKAMAN, TYLER & HAGEN, P.C.**

/s/ *Joan M. Fletcher*
Jeffrey A. Krausman
Joan M. Fletcher
699 Walnut Street, Suite 1600
Des Moines, Iowa 50309-3986
Telephone: 515-246-4518
Fax: 515-246-4550
jkrausman@dickinsonlaw.com
jfletcher@dickinsonlaw.com

*Counsel for Blue Cross and Blue Shield Association*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on the 14th day of June, 2017.

By:   ____ U.S. Mail          ____ Facsimile       ____ Hand Delivery

       ____ Overnight Courier     ____ Fedex or UPS     ____ E-mail        __X__ eFiling


                                          /s/ *Joan M. Fletcher*
                                          Joan M. Fletcher


Glenn L. Norris AT0005907
HAWKINS & NORRIS, P.C.
2501 Grand Avenue, Suite C
Des Moines, Iowa 50312-5399
Telephone: 515-288-6532
Facsimile: 515-281-1474
Email: gnorris@2501grand.com

Steven P. Wandro
Kara M. Simons
Alison F. Kanne
WANDRO & ASSOCIATES, P.C.
2501 Grand Avenue
Des Moines, IA 50312
Telephone: (515) 281-1475
Facsimile: (515) 281-1474
Email: swandro@2501grand.com
Email: ksimons@2501grand.com
Email: akanne@2501grand.com

*Counsel for Plaintiffs*

Hayward L. Draper
Benjamin P. Roach
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
Email: hdraper@nyemaster.com
Email: bproach@nyemaster.com

*Counsel for Defendants, Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, and Wellmark Health Plan of Iowa, Inc.*