IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BRADLEY A. CHICOINE, D.C., DR. BRADLEY A. CHICOINE, D.C., P.C., MARK A. NILES, D.C., NILES CHIROPRACTIC, INC., ROD R. REBARCAK, D.C., and BEN WINECOFF, D.C., on behalf of themselves and those like situated, <br><br> Plaintiffs, <br><br> and <br><br> STEVEN A. MUELLER, D.C., BRADLEY J. BROWN, D.C., BROWN CHIROPRACTIC, P.C., MARK A. KRUSE, D.C., DR. MARK A. KRUSE, D.C., P.C., KEVIN D. MILLER, D.C., and LARRY E. PHIPPS, D.C., on behalf of themselves and those like situated, <br><br> Plaintiffs, <br><br> v. <br><br> WELLMARK INC. *dba* WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA, an Iowa corporation, and WELLMARK HEALTH PLAN OF IOWA, INC., an Iowa corporation, <br><br> Defendants. | No. 4:17cv0210-JAJ <br><br><br><br><br><br><br><br> **ORDER** |

This matter comes before the court pursuant to defendant Wellmark's unresisted June 23, 2017 Motion to Stay All Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation. [Dkt. 8]

**IT IS ORDERED** that the Motion to Stay is granted.  Wellmark shall immediately inform the court upon any action from the Judicial Panel on Multidistrict Litigation concerning this case.

**DATED** this 19th day of July, 2017.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA