FILED
2013 Jan-18  PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM LEE SOSEBEE,** individually and on behalf of all others similarly situated, | }<br>}<br>}<br>} |
| Plaintiffs, | }  Case No.: **2:13-CV-00014-RDP** |
| v. | }<br>} |
| **USABLE MUTUAL INSURANCE COMPANY, d/b/a ARKANSAS BLUE CROSS AND BLUE SHIELD,** | }<br>}<br>}<br>} |
| Defendant. | } |

## ORDER

This case is before the court on Blue Cross and Blue Shield Association's Motion to Intervene (Doc. # 3). For good cause shown, and because the Motion is unopposed, Blue Cross and Blue Shield Association's Motion to Intervene (Doc. # 3) is **GRANTED**.

**DONE** and **ORDERED** this     18th     day of January, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE