Reference

Basics

Submitted by:   Antionette Carter/ALND/11/USCOURTS

Subject:   Fw: MDL 2406 Transfer Order IMMEDIATE ACTION REQUIRED

Antionette Carter, Deputy Clerk
United States District Court
Northern District of Alabama
Phone: (205) 278-1725
----- Forwarded by Antionette Carter/ALND/11/USCOURTS on 12/26/2012 05:01 PM -----

From:   Antionette Carter/ALND/11/USCOURTS
To:   Jeremy Wright/FLND/11/USCOURTS@USCOURTS, docketingilnd@uscourts.gov, insd_mdl_inbox@insd.uscourts.gov, Celia Furlong/KYWD/06/USCOURTS. laedmdl@laed.uscourts.gov, Gloria Frayer/MIWD/06/USCOURTS@USCOURTS, MSSDdb_InterdistrictTransfer_MSSD/MSSD/05/USCOURTS@USCOURTS, Sonia VanCamp/TXND/05/USCOURTS@USCOURTS
Date:   12/26/2012 04:40 PM
Subject: MDL 2406 Transfer Order IMMEDIATE ACTION REQUIRED

PLEASE FORWARD THIS MDL TRANSFER REQUEST TO THE APPROPRIATE INDIVIDUAL FOR PROCESSING.
THANK YOU.

Good afternoon:

Attached is a Conditional Transfer Order received from the Multidistrict Litigation Panel in Washington, D.C. The order instructs that the listed cases be transferred to our district for disposition pursuant to Title 28, United States Code, Section 1407.   Judge R. David Proctor is presiding over the litigation.



certified cto-1.pdf

The following cases are pending in the following districts:

FLN   5 12-00370   Davidson v. Blue Cross and Blue Shield of Alabama et al

ILN   1 12-08448   Lawrence Cohn LLC v. HMSA BSH et al

INS   1 12-01576   Ray v. WELLPOINT INC

KYW   3 12-00636  Ridge v. Anthem Health Plans of Kentucky , Inc. et al

LAE   2 12-02410   Plessy v. Blue Cross and Blue Shield of Alabama et al

LAM   3 12-00421   Jarreau v. Louisiana Health Service & Indemnity
          3 12-00709   Galactic Funk Touring, Inc. et al v. Blue Cross and Blue Shield of Louisiana and BC/BS Association

MIW   2 12-00420 Thompson v. Blue Cross Blue Shield of Michigan et al

MSS  3 12-00684 McCumber v. Blue Cross and Blue Shield of Missippi

TXN  3 12-04256 Watts et al v. Blue Cross and Blue Shield of Texas et al

When the cases have been closed in your District, please follow these procedures:

1.	Initiate the civil case transfer functionality in CM/ECF: Extract Civil Case
2.	When prompted to select the Court, choose Alabama Northern
3.	In the Remarks section, please indicate the name of the contact person(s) in your court regarding this case.

We will retrieve the cases upon receipt of the e-mail.  If your court does not utilize the CM/ECF transfer functionality, please contact our court via e-mail at:

proctor_helpdesk@alnd.uscourts.gov

If you have any questions, please contact Antionette Carter 205-278-1725

Thank you.

Message:   Antionette Carter, Deputy Clerk
United States District Court
Northern District of Alabama
Phone: (205) 278-1725
----- Forwarded by Antionette Carter/ALND/11/USCOURTS on 12/26/2012 05:01 PM -----

From: Antionette Carter/ALND/11/USCOURTS
To: Jeremy Wright/FLND/11/USCOURTS@USCOURTS, docketingilnd@uscourts.gov, insd_mdl_inbox@insd.uscourts.gov, Celia Furlong/KYWD/06/USCOURTS. laedmdl@laed.uscourts.gov, Gloria Frayer/MIWD/06/USCOURTS@USCOURTS, MSSDdb_InterdistrictTransfer_MSSD/MSSD/05/USCOURTS@USCOURTS, Sonia VanCamp/TXND/05/USCOURTS@USCOURTS
Date: 12/26/2012 04:40 PM
Subject: MDL 2406 Transfer Order IMMEDIATE ACTION REQUIRED

PLEASE FORWARD THIS MDL TRANSFER REQUEST TO THE APPROPRIATE INDIVIDUAL FOR PROCESSING.
THANK YOU.

Good afternoon:

Attached  is a Conditional Transfer Order received from the Multidistrict
Litigation Panel in Washington, D.C.  The order instructs that the listed cases
be transferred to our district for disposition pursuant to Title 28, United
States Code, Section 1407.   Judge R. David Proctor is presiding over the
litigation.

The following cases are pending in the following districts:

FLN   5 12-00370  Davidson v. Blue Cross and Blue Shield of Alabama et al

ILN    1 12-08448   Lawrence Cohn LLC v. HMSA BSH et al

INS   1 12-01576  Ray v. WELLPOINT INC

Case 3:12-cv-00421-JJB-SCR   Document 50   12/27/12   Page 3 of 3

KYW  3 12-00636 Ridge v. Anthem Health Plans of Kentucky, Inc. et al

LAE   2 12-02410  Plessy v. Blue Cross and Blue Shield of Alabama et al

LAM  3 12-00421  Jarreau v. Louisiana Health Service & Indemnity
         3 12-00709  Galactic Funk Touring, Inc. et al v. Blue Cross and Blue Shield of Louisiana and BC/BS Association

MIW  2 12-00420 Thompson v. Blue Cross Blue Shield of Michigan et al

MSS  3 12-00684 McCumber v. Blue Cross and Blue Shield of Missippi

TXN   3 12-04256 Watts et al v. Blue Cross and Blue Shield of Texas et al

When the cases have been closed in your District, please follow these procedures:

1. Initiate the civil case transfer functionality in CM/ECF: Extract Civil Case
2. When prompted to select the Court, choose Alabama Northern
3. In the Remarks section, please indicate the name of the contact person(s) in your court regarding this case.

We will retrieve the cases upon receipt of the e-mail.  If your court does not utilize the CM/ECF transfer functionality, please contact our court via e-mail at:

proctor_helpdesk@alnd.uscourts.gov

If you have any questions, please contact Antionette Carter 205-278-1725

Thank you.

Processed By:    on

Advanced

Case 3:12-cv-00421-JJB-SCR   Document 50-1   12/27/12   Page 1 of 3
Case 2:12-cv-01133-RDP   Document 195   Filed 12/26/12   Page 1 of 3
Case MDL No. 2406   Document 144   Filed 12/21/12   Page 1 of 3

FILED
2012 Dec-26 PM 02:1
U.S. DISTRICT COURT
N.D. OF ALABAMA



2012 DEC 26  P 1:59

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION                                      MDL No. 2406

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −1)

On December 12, 2012, the Panel transferred 2 civil action(s) to the United States District Court for the Northern District of Alabama for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* ___ F.Supp.2d ___ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Northern District of Alabama. With the consent of that court, all such actions have been assigned to the Honorable R. David Proctor.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Alabama and assigned to Judge Proctor.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Alabama for the reasons stated in the order of December 12, 2012, and, with the consent of that court, assigned to the Honorable R. David Proctor.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Alabama. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted. |
|---|
| Dec 21, 2012 |
| CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: _____
DEPUTY CLERK

Case MDL No. 2406   Document 391-6   Filed 08/08/17   Page 5 of 6
Case 3:12-cv-00421-JJB-SCR   Document 50-1   12/27/12   Page 2 of 3
Case 2:12-cv-01132-RDP   Document 195   Filed 12/26/12   Page 2 of 3
Case MDL No. 2406   Document 144   Filed 12/21/12   Page 2 of 3

IN RE: BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION                                                MDL No. 2406

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **FLORIDA NORTHERN** | | | |
| FLN | 5 | 12-00370 | DAVIDSON v. BLUE CROSS AND BLUE SHIELD OF ALABAMA et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 12-08448 | Lawrence Cohn LLC v. HMSA BSH et al |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 12-01576 | RAY v. WELLPOINT INC |
| **KENTUCKY WESTERN** | | | |
| KYW | 3 | 12-00636 | Ridge v. Anthem Health Plans of Kentucky, Inc. et al |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 12-02410 | Plessy v. Blue Cross and Blue Shield of Alabama et al |
| **LOUISIANA MIDDLE** | | | |
| LAM | 3 | 12-00421 | Jarreau v. Louisiana Health Service & Indemnity Company |
| LAM | 3 | 12-00709 | Galactic Funk Touring, Inc. et al v. Blue Cross and Blue Shield of Louisiana and Blue Cross Blue Shield Association |
| **MICHIGAN WESTERN** | | | |
| MIW | 2 | 12-00420 | Thompson v. Blue Cross Blue Shield of Michigan et al |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 3 | 12-00684 | McCumber v. Blue Cross and Blue Shield of Mississippi |

Case MDL No. 2406 Document 391-6 Filed 08/08/17 Page 6 of 6

Case 3:12-cv-00421-JJB-SCR Document 50-1 12/27/12 Page 3 of 3
Case 2:12-cv-01133-RDP Document 195 Filed 12/26/12 Page 3 of 3
Case MDL No. 2406 Document 144 Filed 12/21/12 Page 3 of 3

PENNSYLVANIA EASTERN

| ~~PAE~~ | ~~2~~ | ~~12-05146~~ | ~~LIFEWATCH SERVICES, INC. v. HIGHMARK, INC. et al~~ | Opposed 12/20/12 |

TEXAS NORTHERN

| TXN | 3 | 12-04256 | Watts et al v. Blue Cross and Blue Shield of Texas et al |