BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406                                     IN RE: Blue Cross Blue Shield
                                                 Antitrust Litigation

This Filing Relates To The Following Case Only:

*Opelousas General Hospital Authority v. Louisiana Health Service & Ind. Co.*
USDC WD of LA Case No. 17-00818

### MOTION TO SET HEARING ON MOTION FOR REMAND

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Opelousas General Hospital Authority, a Public Trust, d/b/a Opelousas General Health System, individually and on behalf of all persons similarly situated, and respectfully moves this Court to set a hearing on the Motion for Remand filed in the USDC Western District of Louisiana 6:17-cv-00818. Plaintiff's Motion for Remand was pending at the time of transfer to this Court and has been briefed extensively by all parties.

For these reasons, we pray the Court grant our request for hearing on Plaintiff, Opelousas General Hospital Authority's Motion for Remand.

                                                 Respectfully Submitted:


                                                 ___/s/ *Stephen B. Murray*_____
                                                 **MURRAY LAW FIRM**
                                                 STEPHEN B. MURRAY (#9858)
                                                 STEPHEN B. MURRAY, JR. (#23877)

1

ARTHUR M. MURRAY (#27694)
650 Poydras Street
Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 525-8100

**COX, COX, FILO, CAMEL & WILSON L.L.C.**
THOMAS A. FILO (#18210)
723 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 436-6611

**MORROW, RYAN, BASSETT & HAIK**
RICK C. MORROW (#09748)
JAMES P. RYAN (#11560)
324 West Landry Street
Opelousas, Louisiana 70570
Telephone: (337) 948-4483

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2017, I served a copy of the foregoing pleadings with the Clerk fo Court by using the CM/EF system, which will send notice of electronic filing to the known counsel of record who are participants.

/s/ *Stephen B. Murray*
STEPHEN B. MURRAY