BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406                                            IN RE: Blue Cross Blue Shield
                                                        Antitrust Litigation

This Filing Relates To The Following Case Only:

*Opelousas General Hospital Authority v. Louisiana Health Service & Ind. Co.*
USDC WD of LA Case No. 17-00818

## PROPOSED ORDER

Considering the foregoing Plaintiff's Motion to Set Hearing on Motion for Remand,

**IT IS HEREBY ORDERED** that Plaintiff, Opelousas General Hospital Authority, A Public Trust d/b/a Opelousas General Health System's request for hearing on it's Motion for Remand be GRANTED.  A hearing on this matter will take place on the _____, day of _____ 2017 at _____o'clock.

SO ORDERED, on this _____ day of _____, 2017.

                                    _____
                                                    Judge