BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406                IN RE: Blue Cross Blue Shield
                                               Antitrust Litigation

This Filing Relates To The Following Case Only:

*Opelousas General Hospital Authority v. Louisiana Health Service & Ind. Co.*
USDC WD of LA Case No. 17-00818

### NOTICE OF WITHDRAWAL OF MOTION TO SET HEARING ON MOTION FOR REMAND

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Opelousas General Hospital Authority, a Public Trust, d/b/a Opelousas General Health System, individually and on behalf of all persons similarly situated, and respectfully moves this Court to withdraw Plaintiff's Motion to Set Hearing on Motion for Remand, document number 394, unintentional filed in the into the record of this Court.

Respectfully Submitted:

   /s/ *Stephen B. Murray*
**MURRAY LAW FIRM**
STEPHEN B. MURRAY (#9858)
STEPHEN B. MURRAY, JR. (#23877)
ARTHUR M. MURRAY (#27694)
650 Poydras Street
Suite 2150
New Orleans, Louisiana 70130

1

Telephone: (504) 525-8100

**COX, COX, FILO, CAMEL & WILSON L.L.C.**
THOMAS A. FILO (#18210)
723 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 436-6611

**MORROW, RYAN, BASSETT & HAIK**
RICK C. MORROW (#09748)
JAMES P. RYAN (#11560)
324 West Landry Street
Opelousas, Louisiana 70570
Telephone: (337) 948-4483

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2017, I served a copy of the foregoing pleadings with the Clerk fo Court by using the CM/EF system, which will send notice of electronic filing to the known counsel of record who are participants.

/s/ *Stephen B. Murray*
STEPHEN B. MURRAY