BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**In re Blue Cross Blue Shield Antitrust Litigation**     **No. 2406**

**SCHEDULE OF RELATED ACTION**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>Reva Inc.<br><br>Defendants:<br>Healthkeepers, Inc., Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Texas, a Division of Health Care Service Corporation, Blue Cross And Blue Shield of Kansas City, Anthem Insurance Companies, Inc., Health Options, Inc. d/b/a Florida Blue HMO, Blue Cross Blue Shield of Michigan Mutual Insurance Company, Blue Cross and Blue Shield of Georgia, Inc., Bluecross Blueshield of South Carolina, and Blue Cross and Blue Shield of Alabama | United States District Court for the Southern District of Florida | 1:17-cv-24158 | Judge Federico A. Moreno |

Dated: January 8, 2018

Respectfully Submitted,

By <u>/s/ Craig A. Hoover</u>
Craig A. Hoover
J. Robert Robertson
E. Desmond Hogan
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone :  202-637-5600
Facsimile :  202-637-5910
craig.hoover@hoganlovells.com
robby.robertson@hoganlovells.com
desmond.hogan@hoganlovells.com

Emily M. Yinger
N. Thomas Connally, III
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive, Ninth Floor
McLean, VA 22102
Telephone :  703-610-6100
Facsimile :  703-610-6200
emily.yinger@hoganlovells.com
tom.connally@hoganlovells.com

*Co-Coordinating Counsel for the Defendants*