BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**In re Blue Cross Blue Shield Antitrust Litigation**                              **No. 2406**

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Notice of Potential Tag-Along Action was electronically filed with the Clerk of Court using the CM/ECF system on this 8th day of January, 2018, which will send notification to all counsel of record and by overnight mail to the following attorneys for plaintiffs in the related action:

Douglas A. Wolfe
Fla. Bar No. 28671
Danya J. Pincavage
Fla. Bar No. 14616
Rebecca Greenfield
Fla. Bar No. 0117739
WOLFE PINCAVAGE
2980 McFarlane Road
Miami, FL  33133
doug@wolfepincavage.com
danya@wolfepincavage.com
becky@wolfepincavage.com

                                        By  /s/ Craig A. Hoover
                                        Craig A. Hoover
                                        J. Robert Robertson
                                        E. Desmond Hogan
                                        HOGAN LOVELLS US LLP
                                        Columbia Square
                                        555 Thirteenth Street, NW
                                        Washington, DC 20004
                                        Telephone :  202-637-5600
                                        Facsimile :   202-637-5910
                                        craig.hoover@hoganlovells.com
                                        robby.robertson@hoganlovells.com
                                        desmond.hogan@hoganlovells.com

Emily M. Yinger
N. Thomas Connally, III
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive, Ninth Floor
McLean, VA 22102
Telephone :  703-610-6100
Facsimile :   703-610-6200
emily.yinger@hoganlovells.com
tom.connally@hoganlovells.com

*Co-Coordinating Counsel for the Defendants*