BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD             MDL No. 2406
ANTITRUST LITIGATION

## NOTICE OF OPPOSITION (CTO-34)

       In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff, REVA, Inc., submits this opposition to conditional transfer order (CTO-34) as it relates to the following case:

**REVA, Inc. v. Healthkeepers, Inc., Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Texas, a division of Health Care Service Corporation, Blue Cross and Blue Shield of Kansas City, Anthem Insurance Companies, Inc., Health Options, Inc. d/b/a Florida Blue HMO, Blue Cross Blue Shield of Michigan Mutual Insurance Company, Blue Cross and Blue Shield of Georgia, Inc., BlueCross BlueShield of South Carolina, and Blue Cross and Blue Shield of Alabama, Case No. 17-24158-CIV-Moreno in the U.S. District Court for the Southern District of Florida, Miami Division.**

Dated this 16th day of January, 2018.

                                            Respectfully submitted,

                                            WOLFE | PINCAVAGE
                                            2980 McFarlane Road
                                            Miami, Florida 33133
                                            Telephone: 786.509.8874

                              By:   /s/ Danya J. Pincavage
                                            Danya J. Pincavage
                                            danya@wolfepincavage.com
                                            Fla. Bar No.: 14616
                                            Douglas A. Wolfe
                                            doug@wolfepincavage.com
                                            Fla. Bar No.: 28671
                                            *Counsel for Plaintiff, REVA, Inc.*

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD                          MDL No. 2406
ANTITRUST LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Opposition (CTO-34) were served on all parties in the following cases electronically via ECF and via email on January 16, 2018.

**REVA, Inc. v. Healthkeepers, Inc., et. al., Case No. 17-24158-CIV-Moreno (S.D. Fla.)**

Allen P. Pegg
allen.pegg@hoganlovells.com
Daniel Balmori
daniel.balmori@hoganlovells.com
Paige Comparato
paige.comparato@hoganlovells.com
Hogan Lovells US LLP
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Tel: 305-459-6500 / Fax: 305-459-6550
*Counsel for Anthem Insurance Companies, Inc., Blue Cross Blue Shield of Georgia, Inc., Healthkeepers, Inc., Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue, Health Options, Inc., BlueCross BlueShield of South Carolina, and Blue Cross and Blue Shield of North Carolina*

Lisa M. Baird
lbaird@reedsmith.com
Reed Smith LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Tel: 786-747-0200 / Fax: 786-747-0299
Martin J. Bishop
mbishop@reedsmith.com
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
Tel: 312-207-1000 / Fax: 312-207-6400
*Counsel for Blue Cross and Blue Shield of Texas*

Alan J. Perlman
aperlman@dickinson-wright.com
Dickinson Wright PLLC
350 East Las Olas Blvd., Suite 1750
Ft. Lauderdale, FL 33301
Tel: 954-991-5420 / Fax: 844-670-6009
Scott R. Knapp
sknapp@dickinson-wright.com
Dickinson Wright PLLC
215 S. Washington Square, Suite 200
Lansing, MI 48933
Tel: 517-371-1730 / Fax: 844-670-6009
*Counsel for Blue Cross Blue Shield of Michigan Mutual Insurance Company*

Gregory R. Hawran
gregory.hawran@ogletree.com
Ogletree Deakins Nash Smoak & Stewart P.C.
701 Brickell Avenue, Suite 1600
Miami, FL 33131
Tel: 305-455-3803 / Fax: 305-374-0456
Tim A. Palmer
tim.palmer@ogletree.com
Ogletree Deakins Nash Smoak & Stewart P.C.
SunTrust Plaza – Suite 1200
401 Commerce Street
Nashville, TN 37219
Tel: 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 / Fax: 615-254-1908
*Counsel for Blue Cross and Blue Shield of Alabama*

Dated this 16th day of January, 2018.

                                    Respectfully submitted,

                                    WOLFE | PINCAVAGE
                                    2980 McFarlane Road
                                    Miami, Florida 33133
                                    Telephone: 786.509.8874

By:  /s/ Danya J. Pincavage
       Danya J. Pincavage
       danya@wolfepincavage.com
       Fla. Bar No.: 14616
       Douglas A. Wolfe
       doug@wolfepincavage.com
       Fla. Bar No.: 28671
       *Counsel for Plaintiff, REVA, Inc.*