BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD          MDL No. 2406
ANTITRUST LITIGATION

## CERTIFICATE OF SERVICE

I certify that on January 24, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record, and also served via regular U.S. Mail on the following counsel of record:

| | |
|---|---|
| Danya J. Pincavage<br>danya@wolfepincavage.com<br>Fla. Bar No. 14616<br>Douglas A. Wolfe<br>doug@wolfepincavage.com<br>Fla. Bar No. 28671<br>WOLFE PINCAVAGE<br>2980 McFarlane Road<br>Miami, FL 33133<br>Telephone:  786-509-8874<br><br>*Counsel for Plaintiff Reva, Inc.* | Alan J. Perlman<br>aperlman@dickinson-wright.com<br>Fla. Bar No. 826006<br>DICKINSON WRIGHT PLLC<br>350 East Las Olas Blvd., Suite 1750<br>Ft. Lauderdale, FL 33301<br>Telephone: 954-991-5420<br>Facsimile:  844-670-6009<br><br>Scott R. Knapp<br>sknapp@dickinson-wright.com<br>DICKINSON WRIGHT PLLC<br>215 S. Washington Square, Suite 200<br>Lansing, MI 48933<br>Telephone:  517-371-1730<br>Facsimile:  844-670-6009<br><br>*Counsel for Blue Cross Blue Shield of Michigan Mutual Insurance Company* |
| Lisa M. Baird<br>lbaird@reedsmith.com<br>Fla. Bar No. 961191<br>REED SMITH LLP<br>1001 Brickell Bay Drive, Suite 900<br>Miami, FL 33133<br>Telephone:  786-747-0220<br>Facsimile: 786-747-0299 | Gregory R. Hawran<br>gregory.hawran@ogletree.com<br>Fla. Bar No. 55989<br>OGLETREE DEAKINS NASH SMOAK<br>& STEWART P.C.<br>701 Brickell Avenue, Suite 1600<br>Miami, FL  33131<br>Telephone:  305-455-3803<br>Facsimile:  305-374-0456 |

| | |
|---|---|
| Martin J. Bishop<br>mbishop@reedsmith.com<br>REED SMITH LLP<br>10 South Wacker Drive<br>Chicago, IL 60606<br>Telephone:  312-207-1000<br>Facsimile:   312-207-6400<br><br>*Counsel for Blue Cross and Blue Shield of Texas* | Tim A. Palmer<br>tim.palmer@ogletree.com<br>OGLETREE DEAKINS NASH SMOAK & STEWART P.C.<br>SunTrust Plaza – Suite 1200<br>401 Commerce Street<br>Nashville, TN 37219<br>Telephone:  615-254-1900<br>Facsimile:  615-254-1908<br><br>*Counsel for Blue Cross and Blue Shield of Alabama* |

Dated: January 24, 2018

Respectfully Submitted,

By */s/ Allen P. Pegg*_____
Allen P. Pegg
Fla. Bar No. 597821
Daniel Balmori
Fla. Bar No. 0112830
Paige Comparato
Fla. Bar No. 1002942
HOGAN LOVELLS US LLP
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Telephone: 305-459-6500
Facsimile:  305-459-6550
allen.pegg@hoganlovells.com
daniel.balmori@hoganlovells.com
paige.comparato@hoganlovells.com

Craig A. Hoover
J. Robert Robertson
E. Desmond Hogan
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone:  202-637-5600
Facsimile :   202-637-5910
craig.hoover@hoganlovells.com
robby.robertson@hoganlovells.com
desmond.hogan@hoganlovells.com

Emily M. Yinger
N. Thomas Connally, III
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive, Ninth Floor
McLean, VA 22102
Telephone :  703-610-6100
Facsimile :   703-610-6200
emily.yinger@hoganlovells.com
tom.connally@hoganlovells.com

*Counsel for Blue Cross and Blue Shield of Florida, Inc., Health Options, Inc., Healthkeepers, Inc., Blue Cross and Blue Shield of North Carolina, Anthem Insurance Companies, Inc., Blue Cross and Blue Shield of Georgia, Inc., and Blue Cross and Blue Shield of South Carolina*