BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE: BLUE CROSS BLUE SHIELD**           **MDL No. 2406**
**ANTITRUST LITIGATION**

This Filing Relates To The Following Case Only:

*REVA, Inc. v. Healthkeepers, Inc., et. al.,* U.S. District Court, Southern District of Florida Case No. 17-24158-CIV-Moreno

## **PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-34)**

Pursuant to Rule 7.1(f) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiff, REVA, Inc. ("REVA"), by and through the undersigned counsel, moves to vacate Conditional Transfer Order 34 ("CTO-34") because this action does not share common questions of fact with the Blue Cross Blue Shield antitrust litigation. In addition, transfer will neither serve the convenience of the parties and witnesses, nor promote the just and efficient conduct of this litigation.

Alternatively, REVA requests that the Judicial Panel on Multidistrict Litigation defer ruling on CTO-34 until the district court in the Southern District of Florida has had an opportunity to rule upon REVA's pending motion for remand. In support of this Motion, REVA relies upon its brief, which is attached hereto.

Dated this 30th day of January, 2018.

Respectfully submitted,

WOLFE | PINCAVAGE
2980 McFarlane Road
Miami, Florida 33133
Telephone: 786.509.8874

By: /s/ Danya J. Pincavage
Danya J. Pincavage
danya@wolfepincavage.com
Fla. Bar No.: 14616
*Counsel for Plaintiff, REVA, Inc.*