# EXHIBIT 2

## Schedule of Actions

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD                            MDL No. 2406
ANTITRUST LITIGATION

## SCHEDULE OF RELATED ACTION

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>REVA, Inc.<br><br>Defendants:<br>Healthkeepers, Inc., Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Texas, a Division of Health Care Service Corporation, Blue Cross and Blue Shield of Kansas City, Anthem Insurance Companies, Inc., Health Options, Inc. d/b/a Florida Blue HMO, Blue Cross Blue Shield of Michigan Mutual Insurance Company, Blue Cross and Blue Shield of Georgia, Inc., Blue Cross and Blue Shield of South Carolina, and Blue Cross and Blue Shield of Alabama | United States District Court for the Southern District of Florida | 1:17-cv-24158 | Judge Federico A. Moreno |

Dated this 30th day of January, 2018.

                              Respectfully submitted,

                              WOLFE | PINCAVAGE
                              2980 McFarlane Road
                              Miami, Florida 33133
                              Telephone: 786.509.8874

By:  /s/ Danya J. Pincavage
       Danya J. Pincavage
       danya@wolfepincavage.com
       Fla. Bar No.: 14616
       *Counsel for Plaintiff, REVA, Inc.*