# EXHIBIT 3

**Docket in *REVA, Inc. v. Healthkeepers, Inc. et. al.***

# U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:17-cv-24158-FAM

Reva Inc. v. Healthkeepers Inc. et al
Assigned to: Judge Federico A. Moreno
Case in other court:  11th Judicial Circuit for Miami-Dade County,
       FL, 2017022282CA01
       11th Judicial Circuit, 2017022282CA01
Cause: 28:1441 Notice of Removal-Breach of Contract

Date Filed: 11/13/2017
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Federal Question

**Plaintiff**

**Reva Inc.**

    represented by    **Danya Pincavage**
Wolfe Pincavage, LLP
2980 McFarlane Road
Miami, FL 33133
7865098874
Email: danya@wolfepincavage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Wolfe**
Douglas Wolfe Law
P.O. Box 566090
Miami, FL 33256-6090
786-509-9755
Email: doug@douglaswolfelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gabriela Rosell**
Wolfe Pincavage, LLP
2980 McFarlane Road
Miami, FL 33133
786-529-8281
Email: gabriela@wolfepincavage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Healthkeepers Inc.**

    represented by    **Daniel Balmori**
Hogan Lovells US LLP
600 Brickell Ave
Ste. 2700
Miami, FL 33131
9546084679
Email: daniel.balmori@hoganlovells.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Paige Pegg**
Hogan Lovells LLP
600 Brickell Avenue
27th Floor
Miami, FL 33131
305-459-6641
Fax: 305-459-6550
Email: allen.pegg@hoganlovells.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Blue Cross And Blue Shield of Florida Inc.**
*doing business as*
Florida Blue

represented by   **Daniel Balmori**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Paige Pegg**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Blue Cross and Blue Shield of North Carolina**

represented by   **Daniel Balmori**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Paige Pegg**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Blue Cross and Blue Shield of Texas**
*a division of Health Care Service Corporation*

represented by   **Allen Paige Pegg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa Marie Baird**
Reed Smith LLP
1001 Brickell Avenue
Suite 900
Miami, FL 33131
786-747-0200
Fax: 786-747-0299
Email: lbaird@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin J. Bishop**
Reed Smith, LLP
10 South Wacker Drive

40th Floor
Chicago, IL 60606
312-207-1000
Fax: 312-207-6400
Email: mbishop@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Cross and Blue Shield of Kansas City**
*TERMINATED: 11/27/2017*

represented by   **Allen Paige Pegg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Joseph Schwiep**
Coffey Burlington, P.L.
2601 S Bayshore Drive
Penthouse
Miami, FL 33133
305-858-2900
Fax: 305-858-5261
Email: pschwiep@coffeyburlington.com
*TERMINATED: 01/03/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anthem Insurance Companies Inc.**

represented by   **Daniel Balmori**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Paige Pegg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Health Options Inc.**
*doing business as*
Florida Blue HMO

represented by   **Daniel Balmori**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Paige Pegg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Cross Blue Shield of Michigan Mutual Insurance Company**

represented by   **Alan J. Perlman**
Dickinson Wright PLLC
350 East Las Olas Blvd
Suite 1750
Ft Lauderdale, FL 33301
954-991-5420

Fax: 1-844-670-6009
Email: aperlman@dickinsonwright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Paige Pegg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vijay Gibran Brijbasi**
Dickinson Wright PLLC
350 East Las Olas Boulevard
Las Olas Centre I
Suite 1750
Ft. Lauderdale, FL 33301
954-991-5424
Fax: 844-670-6009
Email: vbrijbasi@dickinson-wright.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| **Blue Cross and Blue Shield of Georgia Inc.** | represented by | **Daniel Balmori** |
|---|---|---|

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Paige Pegg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| **BlueCross BlueShield of South Carolina** | represented by | **Daniel Balmori** |
|---|---|---|

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Paige Pegg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| **Blue Cross and Blue Shield of Alabama** | represented by | **Allen Paige Pegg** |
|---|---|---|

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Robert Hawran**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Brickell Avenue
Suite 1600
Miami, FL 33131

305 374 0506
Email:
gregory.hawran@ogletreedeakins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2017 | 1 | NOTICE OF REMOVAL (STATE COURT COMPLAINT) Filing fees $ 400.00 receipt number 113C-10185324, filed by Blue Cross and Blue Shield of Kansas City, BlueCross BlueShield of South Carolina, Blue Cross and Blue Shield of Florida Inc. dba Florida Blue, Anthem Insurance Companies Inc., Blue Cross Blue Shield of Michigan Mutual Insurance Company, Healthkeepers Inc., Blue Cross and Blue Shield of Alabama, Health Options Inc. dba Florida Blue HMO, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Georgia Inc., Blue Cross and Blue Shield of Texas. (Attachments: # 1 Exhibit A - Complaint, # 2 Exhibit B - Declaration of Lise Strother with Exhs, # 3 Exhibit C - Declaration of Michelle Kersey, # 4 Exhibit C - Declaration of Michelle Kersey Exh. 1, # 5 Exhibit C - Declaration of Michelle Kersey Exh. 2, # 6 Exhibit C - Declaration of Michelle Kersey Exh. 3, # 7 Exhibit C - Declaration of Michelle Kersey Exh. 4, # 8 Exhibit C - Declaration of Michelle Kersey Exh. 5, # 9 Exhibit C - Declaration of Michelle Kersey Exh. 6, # 10 Exhibit C - Declaration of Michelle Kersey Exh. 7, # 11 Exhibit C - Declaration of Michelle Kersey Exh. 8, # 12 Exhibit C - Declaration of Michelle Kersey Exh. 9, # 13 Exhibit C - Declaration of Michelle Kersey Exh. 10, # 14 Exhibit D - Declaration of Jesse Eptin from Blue Cross and Blue Shield of South Carolina with Exhs, # 15 Exhibit E - Declaration of Wade Cox from Blue Cross and Blue Shield of Alabama, # 16 Exhibit F - Docket & all materials filed in State Court Action - Part 1 of 2, # 17 Exhibit F - Docket & all materials filed in State Court Action - Part 2 of 2)(Pegg, Allen) (Entered: 11/13/2017) |
| 11/13/2017 | 2 | Clerks Notice of Judge Assignment to Judge Federico A. Moreno.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge William C. Turnoff is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent.<br><br>Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (rms1) (Entered: 11/14/2017) |
| 11/13/2017 | 3 | Clerks Notice to Filer re: Electronic Case. No Civil Cover Sheet. Filer is instructed to file a Notice (Other) with the Civil Cover Sheet attached within 24 hours of the notice. (rms1) (Entered: 11/14/2017) |
| 11/14/2017 | 4 | NOTICE of Filing: Civil Cover Sheet by Anthem Insurance Companies Inc., Blue Cross And Blue Shield of Florida Inc., Blue Cross Blue Shield of Michigan Mutual Insurance Company, Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Georgia Inc., Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Texas, BlueCross BlueShield of South Carolina, Health Options Inc., Healthkeepers Inc. re 1 Notice of Removal (State Court Complaint), 3 Clerks Notice to Filer re: Electronic Case / *Defendants' Notice of Filing Civil Cover Sheet*. Attorney Allen Paige Pegg added to party Blue Cross Blue Shield of Michigan Mutual Insurance Company(pty:dft), Attorney Allen Paige Pegg added to party Blue Cross and Blue Shield of Alabama(pty:dft), Attorney Allen Paige Pegg added to party Blue Cross and |

| | | Blue Shield of Kansas City(pty:dft), Attorney Allen Paige Pegg added to party Blue Cross and Blue Shield of Texas(pty:dft). (Attachments: # 1 Civil Cover Sheet A - Fed. Civil Cover Sheet) (Pegg, Allen) Modified text to match document on 11/14/2017 (vmz). (Entered: 11/14/2017) |
|---|---|---|
| 11/15/2017 | 5 | Notice of Court Practice re Removal Cases Response due by December 6, 2017. Signed by Judge Federico A. Moreno on 11/15/2017. (lfs) (Entered: 11/15/2017) |
| 11/16/2017 | 6 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 1 Notice of Removal (State Court Complaint),,,,,, *Certain Defendants' Unopposed Motion for Brief Enlargement of Time to Respond to the Complaint* by Anthem Insurance Companies Inc., Blue Cross And Blue Shield of Florida Inc., Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Georgia Inc., Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Texas, BlueCross BlueShield of South Carolina, Health Options Inc., Healthkeepers Inc.. (Attachments: # 1 Text of Proposed Order Exh. A. - Proposed Order Granting Certain Defendants' Unopp Mot to Enlarge Time to Respond to Complaint)(Pegg, Allen) (Entered: 11/16/2017) |
| 11/17/2017 | 7 | ENDORSED ORDER granting 6 Motion for Extension of Time to File Answer to Complaint for ALL DEFENDANTS EXCEPT BLUE CROSS AND BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE COMPANY. AnswerS due 11/29/2017. Signed by Judge Federico A. Moreno on 11/17/2017. (lfs) (Entered: 11/17/2017) |
| 11/20/2017 | 8 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 1 Notice of Removal (State Court Complaint),,,,,, by Blue Cross Blue Shield of Michigan Mutual Insurance Company. Attorney Vijay Gibran Brijbasi added to party Blue Cross Blue Shield of Michigan Mutual Insurance Company(pty:dft). (Brijbasi, Vijay) (Entered: 11/20/2017) |
| 11/22/2017 | 9 | NOTICE of Voluntary Dismissal *as to Defendant, Blue Cross and Blue Shield of Kansas City, Only* by Reva Inc. (Pincavage, Danya) (Entered: 11/22/2017) |
| 11/27/2017 | 10 | Order Dismissing Party Blue Cross and Blue Shield of Kansas City re 9 Notice of Voluntary Dismissal Signed by Judge Federico A. Moreno on 11/27/2017. (lfs) (Entered: 11/27/2017) |
| 11/29/2017 | 11 | Corporate Disclosure Statement by Anthem Insurance Companies Inc. identifying Corporate Parent Anthem Inc. for Anthem Insurance Companies Inc. (Pegg, Allen) (Entered: 11/29/2017) |
| 11/29/2017 | 12 | Corporate Disclosure Statement by Blue Cross And Blue Shield of Florida Inc. identifying Corporate Parent GuideWell Mutual Holding Corporation for Blue Cross And Blue Shield of Florida Inc. (Pegg, Allen) (Entered: 11/29/2017) |
| 11/29/2017 | 13 | Corporate Disclosure Statement by Blue Cross and Blue Shield of Georgia Inc. identifying Corporate Parent Anthem Inc. for Blue Cross and Blue Shield of Georgia Inc. (Pegg, Allen) (Entered: 11/29/2017) |
| 11/29/2017 | 14 | Corporate Disclosure Statement by Blue Cross and Blue Shield of North Carolina (Pegg, Allen) (Entered: 11/29/2017) |
| 11/29/2017 | 15 | Corporate Disclosure Statement by BlueCross BlueShield of South Carolina (Pegg, Allen) (Entered: 11/29/2017) |
| 11/29/2017 | 16 | Corporate Disclosure Statement by Health Options Inc. identifying Corporate Parent GuideWell Mutual Holding Corporation for Health Options Inc. (Pegg, Allen) (Entered: 11/29/2017) |
| 11/29/2017 | 17 | Corporate Disclosure Statement by Healthkeepers Inc. identifying Corporate Parent Anthem Inc. for Healthkeepers Inc. (Pegg, Allen) (Entered: 11/29/2017) |

| 11/29/2017 | 18 | Defendant's MOTION to Dismiss for Lack of Jurisdiction 1 Notice of Removal (State Court Complaint),,,,,, *for Lack of Personal Jurisdiction* by Blue Cross and Blue Shield of Alabama. Responses due by 12/13/2017 (Hawran, Gregory) (Entered: 11/29/2017) |
|---|---|---|
| 11/29/2017 | 19 | Defendant's MOTION to Dismiss for Lack of Jurisdiction 1 Notice of Removal (State Court Complaint),,,,,, 7 Order on Motion for Extension of Time to File Response/Reply/Answer, by Anthem Insurance Companies Inc., Blue Cross and Blue Shield of Georgia Inc., Blue Cross and Blue Shield of North Carolina, Healthkeepers Inc.. Responses due by 12/13/2017 (Attachments: # 1 Exhibit A - BCBSNC Declaration from Roy E. Watson Jr., # 2 Exhibit B - BCBSGa Declaration from Michelle Kersey, # 3 Exhibit C - Healthkeepers Inc. Declaration from Michelle Kersey, # 4 Exhibit D - AICI Declaration from Michelle Kersey)(Pegg, Allen) (Entered: 11/29/2017) |
| 11/29/2017 | 20 | Defendant's MOTION TO DISMISS 1 Notice of Removal (State Court Complaint),,,,,, 7 Order on Motion for Extension of Time to File Response/Reply/Answer, FOR FAILURE TO STATE A CLAIM by Anthem Insurance Companies Inc., Blue Cross And Blue Shield of Florida Inc., Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Georgia Inc., Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Texas, BlueCross BlueShield of South Carolina, Health Options Inc., Healthkeepers Inc.. Responses due by 12/13/2017 (Pegg, Allen) (Entered: 11/29/2017) |
| 11/30/2017 | 21 | Corporate Disclosure Statement by Blue Cross and Blue Shield of Texas (Baird, Lisa) (Entered: 11/30/2017) |
| 11/30/2017 | 22 | Corporate Disclosure Statement by Blue Cross and Blue Shield of Alabama (Hawran, Gregory) (Entered: 11/30/2017) |
| 11/30/2017 | 23 | NOTICE by Blue Cross and Blue Shield of Kansas City re 10 Order Dismissing Party, 9 Notice of Voluntary Dismissal *Notice of Removal from CM/ECF Service List* (Schwiep, Paul) (Entered: 11/30/2017) |
| 12/01/2017 | 24 | Clerks Notice to Filer re 21 Certificate of Interested Parties/Corporate Disclosure Statement. **Parties Not Added**; ERROR - The Filer failed to add all interested parties. Filer is instructed to file a Notice of Entry of Parties and add the additional party (Health Care Service Corporation) to the case in the role of interested party. (asl) (Entered: 12/01/2017) |
| 12/04/2017 | 25 | Corporate Disclosure Statement by Reva Inc. identifying Corporate Parent Aero Jet Intermediate Holdings, Inc., Corporate Parent Aero Medical International, Inc. for Reva Inc. (Pincavage, Danya) (Entered: 12/04/2017) |
| 12/04/2017 | 26 | NOTICE by Blue Cross and Blue Shield of Alabama re 18 Defendant's MOTION to Dismiss for Lack of Jurisdiction 1 Notice of Removal (State Court Complaint),,,,,, *for Lack of Personal Jurisdiction Defendant Blue Cross Blue Shield of Alabama's Notice of Filing Exhibit A to its Motion to Dismiss for Lack of Personal Jurisdiction* (Attachments: # 1 Exhibit A) (Hawran, Gregory) (Entered: 12/04/2017) |
| 12/05/2017 | 27 | ENDORSED ORDER granting 8 Defendant BCBS of Michigan's Motion for Extension of Time to File Answer to Complaint Answer due 12/7/2017. Signed by Judge Federico A. Moreno on 12/5/2017. (lfs) (Entered: 12/05/2017) |
| 12/05/2017 | 28 | Notice of Entry of Parties Listed on 21 Certificate of Interested Parties/Corporate Disclosure Statement into CM/ECF. NOTE: New Filer(s) will appear twice, since they are also a new party in the case. New Filer(s)/Party(s): Health Care Service Corporation. (Baird, Lisa) (Entered: 12/05/2017) |
| 12/05/2017 | 29 | STATUS REPORT *Removal Status Report* by Anthem Insurance Companies Inc., Blue Cross And Blue Shield of Florida Inc., Blue Cross Blue Shield of Michigan Mutual |

| | | |
|---|---|---|
| | | Insurance Company, Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Georgia Inc., Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Texas, BlueCross BlueShield of South Carolina, Health Options Inc., Healthkeepers Inc. (Pegg, Allen) (Entered: 12/05/2017) |
| 12/07/2017 | 30 | MOTION to Dismiss the State Court Complaint contained within the Notice of Removal with Prejudice 1 Notice of Removal (State Court Complaint),,,,,, by Blue Cross Blue Shield of Michigan Mutual Insurance Company. Responses due by 12/21/2017 (Perlman, Alan) (Entered: 12/07/2017) |
| 12/07/2017 | 31 | MOTION to Withdraw as Attorney *Coffey Burlington's Motion to be Removed from the CM/ECF Service List* by Paul J. Schwiep. by Blue Cross and Blue Shield of Kansas City. Responses due by 12/21/2017 (Attachments: # 1 Text of Proposed Order)(Schwiep, Paul) (Entered: 12/07/2017) |
| 12/07/2017 | 32 | Statement of: *Rule 7.1* by Blue Cross Blue Shield of Michigan Mutual Insurance Company (Brijbasi, Vijay) (Entered: 12/07/2017) |
| 12/13/2017 | 33 | Plaintiff's MOTION to Remand by Reva Inc.. (Attachments: # 1 Exhibit Exhibit A - Declaration of Michael Labinski)(Pincavage, Danya) (Entered: 12/13/2017) |
| 12/13/2017 | 34 | Plaintiff's MOTION to Stay re 19 Defendant's MOTION to Dismiss for Lack of Jurisdiction 1 Notice of Removal (State Court Complaint),,,,,, 7 Order on Motion for Extension of Time to File Response/Reply/Answer, , 30 MOTION to Dismiss the State Court Complaint contained within the Notice of Removal with Prejudice 1 Notice of Removal (State Court Complaint),,,,,, , 18 Defendant's MOTION to Dismiss for Lack of Jurisdiction 1 Notice of Removal (State Court Complaint),,,,,, *for Lack of Personal Jurisdiction*, 20 Defendant's MOTION TO DISMISS 1 Notice of Removal (State Court Complaint),,,,,, 7 Order on Motion for Extension of Time to File Response/Reply/Answer, FOR FAILURE TO STATE A CLAIM by Reva Inc.. Responses due by 12/27/2017 (Attachments: # 1 Text of Proposed Order Exhibit A - Proposed Order on Plaintiff's Motion for Stay, # 2 Exhibit Exhibit B - Sheridan v. UHC - Order on Motion for Extension)(Pincavage, Danya) (Entered: 12/13/2017) |
| 12/19/2017 | 35 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 33 Plaintiff's MOTION to Remand by Anthem Insurance Companies Inc., Blue Cross And Blue Shield of Florida Inc., Blue Cross Blue Shield of Michigan Mutual Insurance Company, Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Georgia Inc., Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Texas, BlueCross BlueShield of South Carolina, Health Options Inc., Healthkeepers Inc.. (Attachments: # 1 Text of Proposed Order Ex. A - Proposed Order)(Pegg, Allen) (Entered: 12/19/2017) |
| 12/20/2017 | 36 | ENDORSED ORDER granting 35 Defendants' Motion for Extension of Time to File Response to 33 Plaintiff's MOTION to Remand. Responses due by 1/16/2018. Signed by Judge Federico A. Moreno on 12/20/2017. (lfs) (Entered: 12/20/2017) |
| 12/27/2017 | 37 | RESPONSE in Opposition re 34 Plaintiff's MOTION to Stay re 19 Defendant's MOTION to Dismiss for Lack of Jurisdiction 1 Notice of Removal (State Court Complaint),,,,,, 7 Order on Motion for Extension of Time to File Response/Reply/Answer, , 30 MOTIO / *Defendants' Response in Opposition to Plaintiff's Motion for Stay, or Enlargement, or Discovery* filed by Anthem Insurance Companies Inc., Blue Cross And Blue Shield of Florida Inc., Blue Cross Blue Shield of Michigan Mutual Insurance Company, Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Georgia Inc., Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Texas, BlueCross BlueShield of South Carolina, Health Options Inc., Healthkeepers Inc.. Replies due by 1/3/2018. (Pegg, Allen) (Entered: 12/27/2017) |

| | | |
|---|---|---|
| 01/03/2018 | 38 | ORDER granting 31 Motion to Withdraw as Attorney. Attorney Paul Joseph Schwiep terminated. Signed by Judge Federico A. Moreno on 12/29/2017. (lfs) (Entered: 01/03/2018) |
| 01/03/2018 | 39 | REPLY to Response to Motion re 34 Plaintiff's MOTION to Stay re 19 Defendant's MOTION to Dismiss for Lack of Jurisdiction 1 Notice of Removal (State Court Complaint),,,,,, 7 Order on Motion for Extension of Time to File Response/Reply/Answer, , 30 MOTIO filed by Reva Inc.. (Attachments: # 1 Exhibit A - Paperless Order, # 2 Exhibit B - The BlueCard Program BCBSNC, # 3 Exhibit C - BCBSAL Answer)(Pincavage, Danya) (Entered: 01/03/2018) |
| 01/09/2018 | 40 | NOTICE by Anthem Insurance Companies Inc., Blue Cross And Blue Shield of Florida Inc., Blue Cross and Blue Shield of Georgia Inc., Blue Cross and Blue Shield of North Carolina, BlueCross BlueShield of South Carolina, Health Options Inc., Healthkeepers Inc. re 1 Notice of Removal (State Court Complaint),,,,,, *Certain Defendants' Notice of Filing Notice of Potential Tag-Along Action* (Attachments: # 1 Exhibit A - Notice of Potential Tag-Along Action) (Pegg, Allen) (Entered: 01/09/2018) |
| 01/09/2018 | 41 | NOTICE by Anthem Insurance Companies Inc., Blue Cross And Blue Shield of Florida Inc., Blue Cross and Blue Shield of Georgia Inc., Blue Cross and Blue Shield of North Carolina, BlueCross BlueShield of South Carolina, Health Options Inc., Healthkeepers Inc. re 40 Notice (Other), *Certain Defendants' Notice of Filing Conditional Transfer Order entered by the Joint Panel on Multidistrict Litigation* (Attachments: # 1 Exhibit A - Conditional Transfer Order) (Pegg, Allen) (Entered: 01/09/2018) |
| 01/16/2018 | 42 | RESPONSE in Opposition re 33 Plaintiff's MOTION to Remand / *Defendants' Opposition to Plaintiff's Motion for Remand* filed by Anthem Insurance Companies Inc., Blue Cross And Blue Shield of Florida Inc., Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Georgia Inc., Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Texas, BlueCross BlueShield of South Carolina, Health Options Inc., Healthkeepers Inc.. Replies due by 1/23/2018. (Pegg, Allen) (Entered: 01/16/2018) |
| 01/23/2018 | 43 | REPLY to Response to Motion re 33 Plaintiff's MOTION to Remand filed by Reva Inc.. (Pincavage, Danya) (Entered: 01/23/2018) |
| 01/23/2018 | 44 | NOTICE by Blue Cross Blue Shield of Michigan Mutual Insurance Company re 42 Response in Opposition to Motion,, *for Remand* (Perlman, Alan) (Entered: 01/23/2018) |
| 01/24/2018 | 45 | NOTICE of Attorney Appearance by Gabriela Rosell on behalf of Reva Inc.. Attorney Gabriela Rosell added to party Reva Inc.(pty:pla). (Rosell, Gabriela) (Entered: 01/24/2018) |
| 01/29/2018 | 46 | Defendant's MOTION for Hearing re 33 Plaintiff's MOTION to Remand / *Defendants' Request for Hearing on Motion for Remand* by Anthem Insurance Companies Inc., Blue Cross And Blue Shield of Florida Inc., Blue Cross Blue Shield of Michigan Mutual Insurance Company, Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Georgia Inc., Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Texas, BlueCross BlueShield of South Carolina, Health Options Inc., Healthkeepers Inc.. (Pegg, Allen) (Entered: 01/29/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/30/2018 13:41:11 | | |
| **PACER Login:** | dpincavage14616:4723711:4722116 | **Client Code:** |

| Description: | Docket Report | Search Criteria: | 1:17-cv-24158-FAM |
|---|---|---|---|
| Billable Pages: | 10 | Cost: | 1.00 |