# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____ & TITLE - IN RE: _____

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

This party's parent corporation(s) are listed below:

The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_____      _____
Signature of Attorney                                            Name of Firm

_____      _____
Address                                                          City/State/Zip Code

Date _____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD              MDL No. 2406
ANTITRUST LITIGATION

## CERTIFICATE OF SERVICE

I certify that on January 30, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record listed below:

| | |
|---|---|
| Danya J. Pincavage, Esq.<br>Fla. Bar No. 14616<br>Douglas A. Wolfe, Esq.<br>Fla. Bar No. 28671<br>WOLFE PINCAVAGE<br>2980 McFarlane Road<br>Miami, FL 33133<br>Telephone: 786-509-8874<br>danya@wolfepincavage.com<br>doug@wolfepincavage.com<br>*Counsel for Plaintiff, Reva, Inc.* | Alan J. Perlman, Esq.<br>Fla. Bar No. 826006<br>Vijay G. Brijbasi, Esq.<br>Fla. Bar No. 15037<br>DICKINSON WRIGHT PLLC<br>350 East Las Olas Blvd., Suite 1750<br>Fort Lauderdale, FL 33301<br>Telephone: 954-991-5420<br>Facsimile: 844-670-6009<br>aperlman@dickinsonwright.com<br>vbrijbasi@diskinsonwright.com<br>*Counsel for Blue Cross Blue Shield of Michigan Mutual Insurance Company* |
| Lisa M. Baird, Esq.<br>Fla. Bar No. 961191<br>REED SMITH LLP<br>1001 Brickell Bay Drive, Suite 900<br>Miami, FL 33133<br>Telephone: 786-747-0220<br>Facsimile: 786-747-0299<br>lbaird@reedsmith.com | Tim Palmer<br>OGLETREE DEAKINS NASH SMOAK & STEWART P.C.<br>SunTrust Plaza – Suite 1200<br>401 Commerce Street<br>Nashville, TN 37219<br>Telephone: 615-254-1900<br>Facsimile: 615-254-1908<br>Tim.palmer@ogletree.com<br>*Counsel for Blue Cross Blue Shield of Alabama* |
| Martin Bishop, Esq.<br>REED SMITH LLP<br>10 South Wacke Drive<br>Chicago, IL 60606<br>Telephone: 312-207-1000<br>Facsimile: 312-207-6400<br>mbishop@reedsmith.com<br>*Counsel for Blue Cross and Blue Shield of Texas* | Allen Pegg, Esq.<br>Fla. Bar No. 597821<br>HOGAN LOVELLS US LLP<br>600 Brickell Ave., Suite 2700<br>Miami, FL 33131<br>Telephone: 305-459-6500<br>Facsimile: 305-459-6550<br>allen.pegg@hoganlovells.com |

| | |
|---|---|
| Emily M. Yinger, Esq.<br>N. Thomas Connally, III<br>HOGAN LOVELLS US LLP<br>Park Place II<br>7930 Jones Branch Drive, Ninth Floor<br>McLean, VA 22102<br>Telephone: 703-610-6100<br>Facsimile: 703-610-6200<br>emily.yinger@hoganlovells.com<br>tom.connally@hoganlovells.com | Craig A. Hoover, Esq.<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Telephone: 202-637-5600<br>Facsimile: 202-637-5910<br>craig.hoover@hoganlovells.com<br>desmond.hogan@hoganlovells.com |

Respectfully submitted,

OGLETREE DEAKINS NASH AMOAK & STEWART P.C.

701 Brickell Ave., Suite 1600
Miami, FL 33131
Telephone: 305-374-0506
Facsimile: 305-374-0456

*s/* Gregory R. Hawran
Gregory R. Hawran
Fla. Bar No. 55989
gregory.hawran@ogletree.com
*Counsel for Blue Cross Blue Shield of Alabama*