BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD      MDL No. 2406
ANTITRUST LITIGATION

### NOTICE OF WITHDRAWAL OF JANUARY 30, 2018 NOTICE OF APPEARANCE AND JANUARY 30, 2018 CORPORATE DISCLOSURE STATEMENT

Defendant Blue Cross and Blue Shield of Alabama, hereby files this Notice of Withdrawal of its Notice of Appearance (ECF Docket No. 414), and Corporate Disclosure Statement (ECF Docket No. 415), which were filed with the panel on January 30, 2018. The Notice of Appearance, and Corporate Disclosure Statement are being withdrawn because the docket entries were not spread per PACER/ECF filing.

Respectfully submitted,

OGLETREE DEAKINS NASH AMOAK & STEWART P.C.

701 Brickell Ave., Suite 1600
Miami, FL 33131
Telephone: 305-374-0506
Facsimile: 305-374-0456

*s/* Gregory R. Hawran
Gregory R. Hawran
Fla. Bar No. 55989
gregory.hawran@ogletree.com
*Counsel for Blue Cross Blue Shield of Alabama*

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD            MDL No. 2406
ANTITRUST LITIGATION

## CERTIFICATE OF SERVICE

I certify that on February 1, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record listed below:

| | |
|---|---|
| Danya J. Pincavage, Esq.<br>Fla. Bar No. 14616<br>Douglas A. Wolfe, Esq.<br>Fla. Bar No. 28671<br>WOLFE PINCAVAGE<br>2980 McFarlane Road<br>Miami, FL 33133<br>Telephone: 786-509-8874<br>danya@wolfepincavage.com<br>doug@wolfepincavage.com<br>*Counsel for Plaintiff, Reva, Inc.* | Alan J. Perlman, Esq.<br>Fla. Bar No. 826006<br>Vijay G. Brijbasi, Esq.<br>Fla. Bar No. 15037<br>DICKINSON WRIGHT PLLC<br>350 East Las Olas Blvd., Suite 1750<br>Fort Lauderdale, FL 33301<br>Telephone: 954-991-5420<br>Facsimile: 844-670-6009<br>aperlman@dickinsonwright.com<br>vbrijbasi@diskinsonwright.com<br>*Counsel for Blue Cross Blue Shield of Michigan Mutual Insurance Company* |
| Lisa M. Baird, Esq.<br>Fla. Bar No. 961191<br>REED SMITH LLP<br>1001 Brickell Bay Drive, Suite 900<br>Miami, FL 33133<br>Telephone: 786-747-0220<br>Facsimile: 786-747-0299<br>lbaird@reedsmith.com | Tim Palmer<br>OGLETREE DEAKINS NASH SMOAK & STEWART P.C.<br>SunTrust Plaza – Suite 1200<br>401 Commerce Street<br>Nashville, TN 37219<br>Telephone: 615-254-1900<br>Facsimile: 615-254-1908<br>Tim.palmer@ogletree.com<br>*Counsel for Blue Cross Blue Shield of Alabama* |
| Martin Bishop, Esq.<br>REED SMITH LLP<br>10 South Wacke Drive<br>Chicago, IL 60606<br>Telephone: 312-207-1000<br>Facsimile: 312-207-6400<br>mbishop@reedsmith.com<br>*Counsel for Blue Cross and Blue Shield of Texas* | Allen Pegg, Esq.<br>Fla. Bar No. 597821<br>HOGAN LOVELLS US LLP<br>600 Brickell Ave., Suite 2700<br>Miami, FL 33131<br>Telephone: 305-459-6500<br>Facsimile: 305-459-6550<br>allen.pegg@hoganlovells.com |

| | |
|---|---|
| Emily M. Yinger, Esq.<br>N. Thomas Connally, III<br>HOGAN LOVELLS US LLP<br>Park Place II<br>7930 Jones Branch Drive, Ninth Floor<br>McLean, VA 22102<br>Telephone: 703-610-6100<br>Facsimile: 703-610-6200<br>emily.yinger@hoganlovells.com<br>tom.connally@hoganlovells.com | Craig A. Hoover, Esq.<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Telephone: 202-637-5600<br>Facsimile: 202-637-5910<br>craig.hoover@hoganlovells.com<br>desmond.hogan@hoganlovells.com |

Respectfully submitted,

OGLETREE DEAKINS NASH AMOAK & STEWART P.C.

701 Brickell Ave., Suite 1600
Miami, FL 33131
Telephone: 305-374-0506
Facsimile: 305-374-0456

*s/* Gregory R. Hawran
Gregory R. Hawran
Fla. Bar No. 55989
gregory.hawran@ogletree.com
*Counsel for Blue Cross Blue Shield of Alabama*