**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. _____ & TITLE - IN RE: _____

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

|                        |                                    |
|------------------------|------------------------------------|
| Date                   | Signature of Attorney or Designee  |

**Name and Address of Designated Attorney:**

Telephone No.: _____     Fax No.: _____

Email Address: _____

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format.  (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance.  Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD    MDL No. 2406
ANTITRUST LITIGATION

## CERTIFICATE OF SERVICE

I certify that on February 1, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record listed below:

| | |
|---|---|
| Danya J. Pincavage, Esq.<br>Fla. Bar No. 14616<br>Douglas A. Wolfe, Esq.<br>Fla. Bar No. 28671<br>WOLFE PINCAVAGE<br>2980 McFarlane Road<br>Miami, FL 33133<br>Telephone: 786-509-8874<br>danya@wolfepincavage.com<br>doug@wolfepincavage.com<br>*Counsel for Plaintiff, Reva, Inc.* | Alan J. Perlman, Esq.<br>Fla. Bar No. 826006<br>Vijay G. Brijbasi, Esq.<br>Fla. Bar No. 15037<br>DICKINSON WRIGHT PLLC<br>350 East Las Olas Blvd., Suite 1750<br>Fort Lauderdale, FL 33301<br>Telephone: 954-991-5420<br>Facsimile: 844-670-6009<br>aperlman@dickinsonwright.com<br>vbrijbasi@diskinsonwright.com<br>*Counsel for Blue Cross Blue Shield of Michigan Mutual Insurance Company* |
| Lisa M. Baird, Esq.<br>Fla. Bar No. 961191<br>REED SMITH LLP<br>1001 Brickell Bay Drive, Suite 900<br>Miami, FL 33133<br>Telephone: 786-747-0220<br>Facsimile: 786-747-0299<br>lbaird@reedsmith.com | Tim Palmer<br>OGLETREE DEAKINS NASH SMOAK & STEWART P.C.<br>SunTrust Plaza – Suite 1200<br>401 Commerce Street<br>Nashville, TN 37219<br>Telephone: 615-254-1900<br>Facsimile: 615-254-1908<br>Tim.palmer@ogletree.com<br>*Counsel for Blue Cross Blue Shield of Alabama* |
| Martin Bishop, Esq.<br>REED SMITH LLP<br>10 South Wacke Drive<br>Chicago, IL 60606<br>Telephone: 312-207-1000<br>Facsimile: 312-207-6400<br>mbishop@reedsmith.com<br>*Counsel for Blue Cross and Blue Shield of Texas* | Allen Pegg, Esq.<br>Fla. Bar No. 597821<br>HOGAN LOVELLS US LLP<br>600 Brickell Ave., Suite 2700<br>Miami, FL 33131<br>Telephone: 305-459-6500<br>Facsimile: 305-459-6550<br>allen.pegg@hoganlovells.com |

| | |
|---|---|
| Emily M. Yinger, Esq.<br>N. Thomas Connally, III<br>HOGAN LOVELLS US LLP<br>Park Place II<br>7930 Jones Branch Drive, Ninth Floor<br>McLean, VA 22102<br>Telephone: 703-610-6100<br>Facsimile: 703-610-6200<br>emily.yinger@hoganlovells.com<br>tom.connally@hoganlovells.com | Craig A. Hoover, Esq.<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Telephone: 202-637-5600<br>Facsimile: 202-637-5910<br>craig.hoover@hoganlovells.com<br>desmond.hogan@hoganlovells.com |

Respectfully submitted,

OGLETREE DEAKINS NASH AMOAK & STEWART P.C.

701 Brickell Ave., Suite 1600
Miami, FL 33131
Telephone: 305-374-0506
Facsimile: 305-374-0456

*s/* Gregory R. Hawran
Gregory R. Hawran
Fla. Bar No. 55989
gregory.hawran@ogletree.com
*Counsel for Blue Cross Blue Shield of Alabama*