# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406 & TITLE - IN RE: **Blue Cross and Blue Shield Antitrust Litigation**

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Reva Inc. v. Healthkeepers, Inc. et al. (S.D. Fla. Case No. 1:17-cv-24158

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Blue Cross and Blue Shield of Texas, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock. Blue Cross and Blue Shield of Texas is an unincorporated division of Health Care Service Corporation, an Illinois mutual legal reserve company. No publicly traded corporation owns more than 10% of the stock in Health Care Service Corporation.

| /s/ Lisa M. Baird | Reed Smith, LLP |
|---|---|
| Signature of Attorney | Name of Firm |
| 1001 Brickell Bay Drive, Suite 900 | Miami, FL 33131 |
| Address | City/State/Zip Code |

Date: 02/15/18

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD　　　　　　MDL No. 2406
ANTITRUST LITIGATION

## CERTIFICATE OF SERVICE

I CERTIFY that on February 16, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record below:

| | |
|---|---|
| Danya J. Pincavage, Esq.<br>Douglas A. Wolfe, Esq.<br>Gabriela Rosell, Esq.<br>WOLFE PINCAVAGE<br>2980 McFarlane Road<br>Miami, FL  33133<br>Telephone No: (786) 509-8874<br>danya@wolfepincavage.com<br>doug@wolfepincavage.com<br>gabriela@wolfepincavage.com<br>service@wolfepincavage.com<br><br>*Counsel for Plaintiff, Reva, Inc.* | Alan J. Perlman, Esq.<br>Vijay G. Brijbasi, Esq.<br>DICKINSON WRIGHT PLLC<br>350 East Las Olas Blvd., Suite 1750<br>Ft. Lauderdale, FL  33301<br>Telephone No.: (954) 99`-5420<br>Facsimile No.:  (844) 670-6009<br>aperlman@dickinsonwright.com<br>vbrijbasi@dickinson-wright.com<br><br>*Counsel for Blue Cross Blue Shield of Michigan Mutual Insurance Company* |
| Tim Palmer, Esq.<br>Gregory Robert Hawran, Esq.<br>OGLETREE DEAKINS NASH SMOAK & STEWARD, P.C.<br>SunTrust Plaza – Suite 1200<br>401 Commerce Street<br>Nashville, TN  37219<br>Telephone No.: (615) 254-1900<br>Facsimile No.:  (615) 254-1908<br>Tim.palmer@ogletree.com<br>Gregory.hawran@ogletreedeakins.com<br><br>*Counsel for Blue Cross Blue Shield of Alabama* | Allen Pegg, Esq.<br>Daniel Balmori, Esq.<br>Paige Comparato, Esq.<br>HOGAN LOVELLS US LLP<br>600 Brickell Avenue, Suite 2700<br>Miami, FL 33131<br>Telephone No.: (305) 459-6500<br>Facsimile No.:  (305) 459-6550<br>allenpegg@hoganlovells.com<br>daniel.balmori@hoganlovells.com<br>paige.comparato@hoganlovells.com<br><br>*Counsel for Blue Cross and Blue Shield of North Carolina; Blue Cross and Blue Shield of Georgia, Inc.; Anthem Insurance Companies, Inc.; Blue Cross and Blue Shield* |

|  | *of Florida, Inc.; Blue Cross and Blue Shield of South Carolina; Health Options, Inc. d/b/a Florida Blue HMO; Healthkeepers, Inc.* |
|---|---|
| Paul J. Schwiep, Esq.<br>COFFEY BURLINGTON<br>2601 South Bayshore Drive<br>Penthouse 1<br>Miami, FL 33133<br>Telephone No.: (305) 858-2900<br>PSchwiep@coffeyburlington.com<br><br>*Counsel for Defendant Blue Cross and Blue Shield of Kansas City* |  |

    Respectfully submitted,

    */s/ Lisa M. Baird*
    Lisa M. Baird
    Florida Bar No.: 0961191
    lbaird@reedsmith.com
    REED SMITH, LLP
    1001 Brickell Bay Drive
    Suite 900
    Miami, FL  33131
    Telephone No.:  (786) 747-0200
    Facsimile No.:    (786) 747-0299


    Martin J. Bishop
    Florida Bar No.: 14996
    mbishop@reedsmith.com
    Bryan Webster
    bwebster@reedsmith.com
    REED SMITH, LLP
    10 South Wacker Drive
    Chicago, IL 60606-7507
    Telephone No.:  (312) 207 1000
    Facsimile No.:    (312) 207 6400

    *Counsel for Defendant Blue Cross and Blue Shield of Texas, an unincorporated division of Health Care Service Corporation*