# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____ & TITLE - IN RE: _____

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

*****************************************************

     In compliance with **<u>Rule 4.1(c)</u>**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

_____

                                    Date   Signature of Attorney or Designee

### Name and Address of Designated Attorney:
Martin J. Bishop, Esq., Reed Smith, LLP, 10 South Wacker Drive, 40th Floor, Chicago, IL 60606

Bruce M. Webster, Esq., Reed Smith, LLP, 10 South Wacker Drive, 40th Floor, Chicago, IL 60606

Telephone No.: _____       Fax No.:_____

Email Address: _____       ; mbishop@reedsmith. com; bwebster@reedsmith.com;

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format.  (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD                    MDL No. 2406
ANTITRUST LITIGATION

## CERTIFICATE OF SERVICE

I CERTIFY that on February 16, 2018, the foregoing was electronically filed with the

Clerk of Court using the CM/ECF system which will send notification of such filing to all

counsel of record below:

| | |
|---|---|
| Danya J. Pincavage, Esq.<br>Douglas A. Wolfe, Esq.<br>Gabriela Rosell, Esq.<br>WOLFE PINCAVAGE<br>2980 McFarlane Road<br>Miami, FL  33133<br>Telephone No: (786) 509-8874<br>danya@wolfepincavage.com<br>doug@wolfepincavage.com<br>gabriela@wolfepincavage.com<br>service@wolfepincavage.com<br><br>***Counsel for Plaintiff, Reva, Inc.*** | Alan J. Perlman, Esq.<br>Vijay G. Brijbasi, Esq.<br>DICKINSON WRIGHT PLLC<br>350 East Las Olas Blvd., Suite 1750<br>Ft. Lauderdale, FL  33301<br>Telephone No.: (954) 99`-5420<br>Facsimile No.:  (844) 670-6009<br>aperlman@dickinsonwright.com<br>vbrijbasi@dickinson-wright.com<br><br>***Counsel for Blue Cross Blue Shield of<br>Michigan Mutual Insurance Company*** |
| Tim Palmer, Esq.<br>Gregory Robert Hawran, Esq.<br>OGLETREE DEAKINS NASH SMOAK &<br>STEWARD, P.C.<br>SunTrust Plaza – Suite 1200<br>401 Commerce Street<br>Nashville, TN  37219<br>Telephone No.: (615) 254-1900<br>Facsimile No.:  (615) 254-1908<br>Tim.palmer@ogletree.com<br>Gregory.hawran@ogletreedeakins.com<br><br>***Counsel for Blue Cross Blue Shield of<br>Alabama*** | Allen Pegg, Esq.<br>Daniel Balmori, Esq.<br>Paige Comparato, Esq.<br>HOGAN LOVELLS US LLP<br>600 Brickell Avenue, Suite 2700<br>Miami, FL 33131<br>Telephone No.: (305) 459-6500<br>Facsimile No.:  (305) 459-6550<br>allenpegg@hoganlovells.com<br>daniel.balmori@hoganlovells.com<br>paige.comparato@hoganlovells.com<br><br>***Counsel for Blue Cross and Blue Shield of<br>North Carolina; Blue Cross and Blue Shield<br>of Georgia, Inc.; Anthem Insurance<br>Companies, Inc.; Blue Cross and Blue Shield*** |

| | *of Florida, Inc.; Blue Cross and Blue Shield of South Carolina; Health Options, Inc. d/b/a Florida Blue HMO; Healthkeepers, Inc.* |
|---|---|
| Paul J. Schwiep, Esq.<br>COFFEY BURLINGTON<br>2601 South Bayshore Drive<br>Penthouse 1<br>Miami, FL 33133<br>Telephone No.: (305) 858-2900<br>PSchwiep@coffeyburlington.com<br><br>*Counsel for Defendant Blue Cross and Blue Shield of Kansas City* | |

Respectfully submitted,

*/s/ Lisa M. Baird*
Lisa M. Baird
Florida Bar No.: 0961191
lbaird@reedsmith.com
REED SMITH, LLP
1001 Brickell Bay Drive
Suite 900
Miami, FL  33131
Telephone No.:  (786) 747-0200
Facsimile No.:   (786) 747-0299


Martin J. Bishop
Florida Bar No.: 14996
mbishop@reedsmith.com
Bryan Webster
bwebster@reedsmith.com
REED SMITH, LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone No.:  (312) 207 1000
Facsimile No.:   (312) 207 6400

*Counsel for Defendant Blue Cross and Blue Shield of Texas, an unincorporated division of Health Care Service Corporation*