# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-24158-CIV-MORENO

REVA, INC.,

       Plaintiff,

vs.

HEALTHKEEPERS, INC. et al,

       Defendants.

_____/

## ORDER DENYING MOTION FOR HEARING AND CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon Defendants' Request for Hearing on Motion for Remand **(D.E. 46)**, filed on **January 29, 2018**.

The Court finds it advisable to place the cause in civil suspense, pending the Multidistrict Litigation Panel's decision to transfer this case to the *In Re Blue Cross Blue Shield Antitrust Litigation*, MDL No. 2406. Accordingly, it is

**ADJUDGED** that:

I.     The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

II.    The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III.   This order shall not prejudice the rights of the parties to this litigation.

IV. Plaintiff SHALL notify the Court of the Multidistrict Litigation Panel's decision to transfer this case no later than **14 days** after the panel's decision. If the panel has not rendered a decision by **April 30, 2018**, Plaintiff SHALL notify the Court of the current status of the proceedings on that date and every three months thereafter.

V. Defendants' Motion for a Hearing on Motion for Remand is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of January 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2