BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD          MDL No. 2406
ANTITRUST LITIGATION

## CERTIFICATE OF SERVICE

I certify that on February 20, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record, and also served via regular U.S. Mail on the following counsel of record:

| | |
|---|---|
| Danya J. Pincavage<br>danya@wolfepincavage.com<br>Fla. Bar No. 14616<br>Douglas A. Wolfe<br>doug@wolfepincavage.com<br>Fla. Bar No. 28671<br>WOLFE PINCAVAGE<br>2980 McFarlane Road<br>Miami, FL 33133<br>Telephone:  786-509-8874<br><br>*Counsel for Plaintiff Reva, Inc.* | Alan J. Perlman<br>aperlman@dickinson-wright.com<br>Fla. Bar No. 826006<br>DICKINSON WRIGHT PLLC<br>350 East Las Olas Blvd., Suite 1750<br>Ft. Lauderdale, FL 33301<br>Telephone: 954-991-5420<br>Facsimile:  844-670-6009<br><br>Scott R. Knapp<br>sknapp@dickinson-wright.com<br>DICKINSON WRIGHT PLLC<br>215 S. Washington Square, Suite 200<br>Lansing, MI 48933<br>Telephone:  517-371-1730<br>Facsimile:  844-670-6009<br><br>*Counsel for Blue Cross Blue Shield of Michigan Mutual Insurance Company* |
| Lisa M. Baird<br>lbaird@reedsmith.com<br>Fla. Bar No. 961191<br>REED SMITH LLP<br>1001 Brickell Bay Drive, Suite 900<br>Miami, FL 33133<br>Telephone:  786-747-0220<br>Facsimile: 786-747-0299 | Gregory R. Hawran<br>gregory.hawran@ogletree.com<br>Fla. Bar No. 55989<br>OGLETREE DEAKINS NASH SMOAK<br>& STEWART P.C.<br>701 Brickell Avenue, Suite 1600<br>Miami, FL  33131<br>Telephone:  305-455-3803<br>Facsimile:  305-374-0456 |

| | |
|---|---|
| Martin J. Bishop<br>mbishop@reedsmith.com<br>REED SMITH LLP<br>10 South Wacker Drive<br>Chicago, IL 60606<br>Telephone:  312-207-1000<br>Facsimile:   312-207-6400<br><br>*Counsel for Blue Cross and Blue Shield of Texas* | Tim A. Palmer<br>tim.palmer@ogletree.com<br>OGLETREE DEAKINS NASH SMOAK & STEWART P.C.<br>SunTrust Plaza – Suite 1200<br>401 Commerce Street<br>Nashville, TN 37219<br>Telephone:  615-254-1900<br>Facsimile:  615-254-1908<br><br>*Counsel for Blue Cross and Blue Shield of Alabama* |

Dated: February 20, 2018

Respectfully Submitted,

By */s/ Allen P. Pegg*  
Allen P. Pegg  
Fla. Bar No. 597821  
Daniel Balmori  
Fla. Bar No. 0112830  
Paige Comparato  
Fla. Bar No. 1002942  
HOGAN LOVELLS US LLP  
600 Brickell Avenue, Suite 2700  
Miami, FL 33131  
Telephone: 305-459-6500  
Facsimile:  305-459-6550  
allen.pegg@hoganlovells.com  
daniel.balmori@hoganlovells.com  
paige.comparato@hoganlovells.com  

Craig A. Hoover  
J. Robert Robertson  
E. Desmond Hogan  
HOGAN LOVELLS US LLP  
Columbia Square  
555 Thirteenth Street, NW  
Washington, DC 20004  
Telephone:  202-637-5600  
Facsimile :   202-637-5910  
craig.hoover@hoganlovells.com  
robby.robertson@hoganlovells.com  
desmond.hogan@hoganlovells.com

        Emily M. Yinger
        N. Thomas Connally, III
        HOGAN LOVELLS US LLP
        Park Place II
        7930 Jones Branch Drive, Ninth Floor
        McLean, VA 22102
        Telephone :  703-610-6100
        Facsimile :   703-610-6200
        emily.yinger@hoganlovells.com
        tom.connally@hoganlovells.com

*Counsel for Blue Cross and Blue Shield of Florida, Inc., Health Options, Inc., Healthkeepers, Inc., Blue Cross and Blue Shield of North Carolina, Anthem Insurance Companies, Inc., Blue Cross and Blue Shield of Georgia, Inc., and Blue Cross and Blue Shield of South Carolina*