# EXHIBIT 1
## Proof of Service

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD                    MDL No. 2406
ANTITRUST LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Reply in Support of Motion to Vacate Conditional Transfer Order (CTO-34) were served on all parties in the following cases electronically via ECF on February 27, 2018.

*REVA, Inc. v. Healthkeepers, Inc., et. al.*, Case No. 17-24158-CIV-Moreno (S.D. Fla.)

Allen P. Pegg
allen.pegg@hoganlovells.com
Daniel Balmori
daniel.balmori@hoganlovells.com
Paige Comparato
paige.comparato@hoganlovells.com
Hogan Lovells US LLP
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Tel: 305-459-6500 / Fax: 305-459-6550
*Counsel for Anthem Insurance Companies, Inc., Blue Cross Blue Shield of Georgia, Inc., Healthkeepers, Inc., Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue, Health Options, Inc., BlueCross BlueShield of South Carolina, and Blue Cross and Blue Shield of North Carolina*

Lisa M. Baird
lbaird@reedsmith.com
Reed Smith LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Tel: 786-747-0200 / Fax: 786-747-0299
Martin J. Bishop
mbishop@reedsmith.com
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
Tel: 312-207-1000 / Fax: 312-207-6400
*Counsel for Blue Cross and Blue Shield of Texas*

Alan J. Perlman
aperlman@dickinson-wright.com
Dickinson Wright PLLC
350 East Las Olas Blvd., Suite 1750
Ft. Lauderdale, FL 33301
Tel: 954-991-5420 / Fax: 844-670-6009
Scott R. Knapp
sknapp@dickinson-wright.com
Dickinson Wright PLLC
215 S. Washington Square, Suite 200
Lansing, MI 48933
Tel: 517-371-1730 / Fax: 844-670-6009
*Counsel for Blue Cross Blue Shield of Michigan Mutual Insurance Company*

Gregory R. Hawran
gregory.hawran@ogletree.com
Ogletree Deakins Nash Smoak & Stewart P.C.
701 Brickell Avenue, Suite 1600
Miami, FL 33131
Tel: 305-455-3803 / Fax: 305-374-0456
Tim A. Palmer
tim.palmer@ogletree.com
Ogletree Deakins Nash Smoak & Stewart P.C.
SunTrust Plaza – Suite 1200
401 Commerce Street
Nashville, TN 37219
Tel: 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 / Fax: 615-254-1908
*Counsel for Blue Cross and Blue Shield of Alabama*

Dated this 27th day of February, 2018.

                                    Respectfully submitted,

                                    WOLFE | PINCAVAGE
                                    2980 McFarlane Road
                                    Miami, Florida 33133
                                    Telephone: 786.509.8874

                By:   /s/ Danya J. Pincavage
                        Danya J. Pincavage
                        danya@wolfepincavage.com
                        Fla. Bar No.: 14616
                        *Counsel for Plaintiff, REVA, Inc.*