BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDSTRICT LITIGATION

**In re Blue Cross Blue Shield Antitrust Litigation**          No. 2406

## NOTICE OF POTENTIAL TAG-ALONG ACTION

To:   Clerk of the Panel
       Judicial Panel on Multidistrict Litigation
       Thurgood Marshall Federal Judiciary Building
       One Columbus Circle, N.E.
       Room G-255, North Lobby
       Washington, D.C. 20002-8004

Pursuant to Rule 7.1(a), the undersigned Defendants hereby give notice of the filing of the following related action in the United States District Court for the Southern District of Texas: *Houston Home Dialysis, LP v. BCBSAL, et al.*, No. 4:19-cv-03791. A Schedule of Related Action accompanies this filing.

This related action, like the Consolidated Fourth Amended Provider Complaint in *In re Blue Cross Blue Shield Antitrust Litigation*, No. 2406, alleges that BCBSA's license agreements are the product of an agreement among the BCBSA and 36 Blue Cross and/or Blue Shield health benefit companies around the country to restrain trade by allocating commercial-healthcare-insurance markets in violation of antitrust laws. The Defendants named in the related action are the same Defendants in MDL 2406. Accordingly, this related action is appropriate for centralization in the MDL.

The complaint, which was filed on October 2, 2019 is attached as Exhibit A, and the docket sheet is attached as Exhibit B.

Dated: October 10, 2019

Respectfully submitted,

/s/ Craig A. Hoover
Craig A. Hoover
E. Desmond Hogan
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, District of Columbia 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com

*Counsel for Blue Cross and Blue Shield of North Carolina, Inc.; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon; Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this consolidated action.*