BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDSTRICT LITIGATION

**In re Blue Cross Blue Shield Antitrust Litigation**                    **No. 2406**

SCHEDULE OF RELATED ACTION

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs**:<br>Houston Home Dialysis, LP<br><br>**Defendants**:<br>Blue Cross Blue Shield of Alabama; Premera Blue Cross d/b/a Premera Blue Cross Blue Shield of Alaska;  Blue Cross Blue Shield of Arizona;  USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield;  Anthem, Inc., f/k/a WellPoint, Inc., d/b/a Anthem Blue Cross Life and Health Insurance Company and Blue Cross of California as well as Blue Cross of Southern California and Blue Cross of Northern California;  Rocky Mountain Hospital & Medical Service Inc., d/b/a Anthem Blue Cross Blue Shield of Colorado and Anthem Blue Cross Blue Shield of Nevada; Anthem Blue Cross Blue Shield of Connecticut;  Blue Cross Blue Shield of Georgia; Anthem Blue Cross Blue Shield of Indiana; Anthem Blue Cross Blue Shield of Kentucky; Anthem Blue Cross Blue Shield of Maine; Anthem Blue Cross Blue Shield of Missouri as well as RightCHOICE Managed Care, Inc. and HMO Missouri Inc.; Anthem Health Plans of New Hampshire as Anthem Blue Cross Blue Shield of New Hampshire; Empire HealthChoice Assurance, Inc. as Empire Blue Cross Blue Shield; Community Insurance Company as Anthem Blue Cross Blue Shield of Ohio; Anthem Blue Cross and Blue Shield of Virginia; Anthem Blue Cross Blue Shield of Wisconsin; California Physicians' Service, d/b/a Blue Shield of California; Highmark, Inc.; Highmark West Virginia, Inc.; Highmark Blue Cross Blue Shield Delaware, Inc.; CareFirst, Inc. (a/k/a | United States District Court for the Southern District of Texas, Houston Division | No. 4:19-cv-03791 | Judge George C. Hanks, Jr. |

| | | | |
|---|---|---|---|
| CareFirst BlueCross BlueShield); Group Hospitalization and Medical Services, Inc., d/b/a CareFirst BlueCross BlueShield; CareFirst of Maryland, Inc., d/b/a Carefirst BlueCross BlueShield; Blue Cross Blue and Shield of Florida, Inc.; Hawai'i Medical Service Association d/b/a Blue Cross and Blue Shield of Hawai'i; Blue Cross of Idaho Health Service, Inc. d/b/a Blue Cross of Idaho; Cambia Health Solutions, Inc., f/d/b/a Regence BlueShield of Idaho, Regence Blue Cross Blue Shield of Oregon, Regence Blue Cross Blue Shield of Utah, and Regence Blue Shield (in Washington); Health Care Service Corporation, d/b/a Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Montana, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma as well as GHS Property and Casualty Insurance Company and GHS Health Maintenance Organization, and Blue Cross and Blue Shield of Texas; Caring for Montanans, Inc.;  Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa; Wellmark of South Dakota, Inc., d/b/a Blue Cross and Blue Shield of South Dakota; Blue Cross and Blue Shield of Kansas, Inc.; Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross Blue Shield of Michigan; BCBSM, Inc., d/b/a Blue Cross and Blue Shield of Minnesota ("BCBS-MN"); Blue Cross Blue Shield of Mississippi ("BCBS-MS"); Blue Cross and Blue Shield of Kansas City ("BCBS-KC"); Blue Cross and Blue Shield of Nebraska; Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey; HealthNow New York, Inc., d/b/a BlueCross BlueShield of Western New York and BlueShield of Northeastern New York; Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield; Blue Cross and Blue Shield of North Carolina, Inc.; Noridian Mutual Insurance Company d/b/a Blue Cross | | | |

| Blue Shield of North Dakota; Hospital Service Association of Northeastern Pennsylvania d/b/a Blue Cross of Northeastern Pennsylvania; Capital BlueCross; Independence Hospital Indemnity Plan, Inc., f/k/a Independence Blue Cross; Triple S-Salud, Inc.; Blue Cross and Blue Shield of Rhode Island; Blue Cross and Blue Shield of South Carolina; Blue Cross Blue Shield of Tennessee, Inc.; Blue Cross and Blue Shield of Vermont; Blue Cross Blue Shield of Wyoming;  Blue Cross and Blue Shield Association | | | |
|---|---|---|---|

Dated: October 10, 2019

Respectfully submitted,


/s/ Craig A. Hoover_____
Craig A. Hoover
E. Desmond Hogan
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, District of Columbia 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com

*Counsel for Blue Cross and Blue Shield of North Carolina, Inc.; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue*

*Shield (of Washington); Regence Blue Cross Blue Shield of Oregon; Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this consolidated action.*