**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: BLUE CROSS BLUE SHIELD )<br>ANTITRUST LITIGATION               )<br>                                                         ) | MDL No. 2406 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Counsel for Defendant Blue Cross and Blue Shield Association in MDL 2406 writes to notify the Panel of the potential tag-along action listed on the attached Schedule of Action.

The docket sheet and complaint are attached.

Date: October 8, 2020

Very truly yours,

/s/ Daniel E. Laytin, P.C.
Daniel E. Laytin, P.C.
Zachary D. Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200
dlaytin@kirkland.com
zachary.holmstead@kirkland.com

*Counsel for Blue Cross
Blue Shield Association*