BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re:  BLUE CROSS BLUE SHIELD    )
ANTITRUST LITIGATION              )       MDL No. 2406
                                  )

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

| Ex. | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Women's Recovery Center, LLC, a California limited liability company; TML Recovery, LLC, a California limited liability company; Southern California Recovery Centers Oceanside, LLC, a California limited liability company; MMR Services, LLC, a California limited liability company; Southern California Addiction Center, Inc., a California corporation; Kool Living, Inc., a California corporation; Pacific Palms Recovery, LLC, a California limited liability company; Addiction Health Alliance, LLC, a California limited liability company; DR Recovery Encinitas, LLC, a California limited liability company; Inland Detox, Inc., a California corporation; 12 South, LLC, a California limited liability company; and NTR Resources, LLC, a California limited liability company | Anthem Blue Cross Life and Health Insurance Company, a California corporation; Anthem Inc., an Indiana corporation, d/b in California as Anthem Health, Inc.; The Anthem Companies of California, a California corporation; The Anthem Companies, Inc., an Indiana corporation, d/b in Wisconsin as Blue Cross and Blue Shield of Wisconsin; Anthem Insurance Companies, Inc., an Indiana corporation, d/b in Indiana as Anthem Blue Cross and Blue Shield of Indiana; Blue Cross of California, a California corporation; Viant, Inc., a Nevada corporation; Multiplan, Inc., a New York corporation; Blue Cross and Blue Shield of Alabama, an Alabama corporation; Blue Cross and Blue Shield of Arizona, Inc., an Arizona corporation; USAble Mutual Insurance Company, an Arkansas corporation, d/b in Arkansas as Arkansas Blue Cross and Blue Shield; Anthem Health Plans, Inc., a Connecticut corporation, d/b in Connecticut as Anthem Blue Cross and Blue Shield of Connecticut; Blue Cross and Blue Shield of Florida, Inc., a | U.S.D.C. C.D. of Cal. | 20-cv-00102 | Holcomb |

| Ex. | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | | Florida corporation; Blue Cross and Blue Shield of Georgia, Inc., a Georgia corporation; Health Care Service Corporation, an Illinois corporation, d/b in Illinois as Blue Cross Blue Shield of Illinois, in Oklahoma as Blue Cross and Blue Shield of Oklahoma and in Texas as Blue Cross and Blue Shield of Texas; Blue Cross and Blue Shield of Kanas City, Inc., a Missouri corporation; Anthem Health Plans of Kentucky, Inc., a Kentucky corporation, d/b in Kentucky as Blue Cross Blue Shield of Kentucky; HMO Louisiana, Inc., d/b in Louisiana as Blue Cross and Blue Shield of Louisiana; Blue Cross and Blue Shield of Massachusetts, Inc., a Massachusetts corporation; BCBSM, Inc., a Minnesota corporation, d/b in Minnesota as Blue Cross and Blue Shield of Minnesota, Inc.; HMO Missouri, Inc., a Missouri corporation, d/b in Missouri as Anthem Blue Cross and Blue Shield of Missouri; Blue Cross and Blue Shield of Nebraska, Inc., a Nebraska corporation; Blue Cross and Blue Shield of North Carolina, a North Carolina corporation; Community Insurance Company, an Ohio corporation, d/b in Ohio as Anthem Blue Cross and Blue Shield of Ohio; Blue Cross and Blue Shield of Rhode Island, a Rhode Island corporation; Blue Cross and Blue Shield of South Carolina, a South Carolina corporation; Blue Cross Blue | | | |
| Ex. | Plaintiffs | Defendants | District | Civil Action No. | Judge |

| Ex. | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
|  |  | Shield of Tennessee, Inc., a Tennessee corporation; Anthem Health Plans of Virginia, Inc., a Virginia corporation, d/b in Virginia as Anthem Blue Cross and Blue Shield of Virginia, Inc.; Capital Blue Cross, a Pennsylvania corporation; CareFirst BlueChoice, Inc., a District of Columbia corporation; CareFirst of Maryland, Inc., is a Maryland corporation, d/b in Maryland as CareFirst Blue Cross Blue Shield; Empire HealthChoice Assurance, Inc., a New York corporation, d/b in New York as Empire Blue Cross Blue Shield; Excellus Health Plan, Inc., a New York corporation, d/b in New York as Excellus Blue Cross Blue Shield; HealthKeepers, Inc., a Virginia corporation; Healthy Alliance Life Insurance Company, a Missouri corporation; Highmark Blue Cross Blue Shield, a Pennsylvania corporation, d/b in Pennsylvania as Blue Cross Blue Shield of Western Pennsylvania; Highmark Blue Shield, a Pennsylvania corporation, d/b in Pennsylvania as Pennsylvania Blue Shield; Independence Hospital Indemnity Plan, Inc., a Pennsylvania corporation, formerly known as Independence Blue Cross; Premera Blue Cross, a Washington corporation; Regence Blue Cross Blue Shield of Oregon, an Oregon corporation, d/b in Oregon as Blue Cross Blue Shield of Oregon; Regence Blue Shield, a Washington corporation; |  |  |  |
| Ex. | Plaintiffs | Defendants | District | Civil Action No. | Judge |

| Ex. | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
|  |  | Rocky Mountain Hospital and Medical Service, Inc., a Colorado corporation, d/b in Colorado as Anthem Blue Cross and Blue Shield of Colorado; and Blue Cross and Blue Shield Association, an Illinois corporation, inclusive |  |  |  |