BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD )
ANTITRUST LITIGATION ) MDL No. 2406
)

CERTIFICATE OF SERVICE

I, Daniel E. Laytin, as Counsel for Defendant Blue Cross and Blue Shield Association, hereby certify that on the 8th day of October, 2020, a copy of the foregoing Notice of Potential Tag-Along Action was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Defendant Blue Cross Blue Shield Association, which will send notice of electronic filing to all parties of record.

By overnight service and by email, a copy of the foregoing Notice of Potential Tag-Along Action was sent to Women's Recovery Center, LLC's counsel of record:

Daniel J. Callahan
Edward Susolik
Richard T. Collins
Damon D. Eisenbrey
Adrian L. Canzoneri
CALAHAN & BLAINE, APLC
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
dcallahan@callahan-law.com
esusolik@callahan-law.com
rcollins@callahan-law.com
deisenbrey@callahan-law.com
acanzoneri@callahan-law.com

Date:  October 8, 2020            /s/ Daniel E. Laytin, P.C.
                                  Daniel E. Laytin, P.C.
                                  Zachary D. Holmstead
                                  KIRKLAND & ELLIS LLP
                                  300 North LaSalle Street
                                  Chicago, IL 60654
                                  Telephone:  (312) 862-2000
                                  Fax:  (312) 862-2200
                                  dlaytin@kirkland.com
                                  zachary.holmstead@kirkland.com

                                  *Counsel for Blue Cross
                                  Blue Shield Association*