## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

In re:  **BLUE CROSS BLUE SHIELD**    )
**ANTITRUST LITIGATION**    )        **MDL No. 2406**
    )

## AMENDED CERTIFICATE OF SERVICE

I, Daniel E. Laytin, as Counsel for Defendant Blue Cross Blue Shield Association, hereby certify that on the 9th day of October, 2020, a Notice of Potential Tag-Along Action was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Defendant Blue Cross Blue Shield Association.

By overnight service today, October 12, a copy of the foregoing Notice of Potential Tag-Along Action was sent to the clerk of the affected district court:

> Clerk of the Court
> United States District Court
> Central District of California — Southern Division
> Ronald Reagan Federal Building and United States Courthouse
> 411 West 4th Street, Room 1053
> Santa Ana, CA  92701-4516

By overnight service today, October 12, and by email, a copy of the foregoing Notice of Potential Tag-Along Action was sent to Plaintiffs' counsel of record:

> Daniel J. Callahan
> Edward Susolik
> Richard T. Collins
> Damon D. Eisenbrey
> Adrian L. Canzoneri
> CALLAHAN & BLAINE, APLC
> 3 Hutton Centre Drive, Ninth Floor
> Santa Ana, CA  92707
> dcallahan@callahan-law.com
> esusolik@callahan-law.com
> rcollins@callahan-law.com
> deisenbrey@callahan-law.com
> acanzoneri@callahan-law.com
>
> *Attorneys for Plaintiffs* Women's Recovery Center, LLC, a California limited liability company; TML Recovery, LLC, a California limited liability company; Southern California Recovery Centers Oceanside, LLC, a California limited liability company; MMR Services, LLC, a California limited liability company; Southern California Addiction Center, Inc., a California corporation; Kool Living, Inc., a California

corporation; Pacific Palms Recovery, LLC, a California limited liability company; Addiction Health Alliance, LLC, a California limited liability company; DR Recovery Encinitas, LLC, a California limited liability company; Inland Detox, Inc., a California corporation; 12 South, LLC, a California limited liability company; and NTR Resources, LLC, a California limited liability company

The Notice of Potential Tag-Along Action was also served by electronic mail on the following liaison counsel appointed by the transferee district court:

Barry Alan Ragsdale
SIROTE & PERMUTT P.C.
P.O. Box 55727
Birmingham, AL  35255-5727
Tel:  (205) 930-5114
Fax:  (205) 212-2932
bragsdale@sirote.com

And upon the following defense counsel by email:

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| Amir Shlesinger<br>Kenneth N. Smersfelt<br>Lorenzo E. Gasparetti<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA  90071-1514<br>Tel:  (213) 457-8000<br>Fax:  (213) 457-8080<br>ashlesinger@reedsmith.com<br>ksmersfelt@reedsmith.com<br>lgasparetti@reedsmith.com | Anthem Blue Cross Life and Health Insurance Company, a California corporation;<br><br>Anthem Inc., an Indiana corporation doing business as Anthem Health, Inc.;<br><br>The Anthem Companies of California, a California corporation;<br><br>The Anthem Companies, Inc., an Indiana corporation, doing business in Wisconsin doing business as Blue Cross and Blue Shield of Wisconsin;<br><br>Anthem Insurance Companies, Inc., an Indiana corporation, doing business in Indiana as Anthem Blue Cross and Blue Shield of Indiana<br><br>Blue Cross of California, a California corporation<br><br>Anthem Health Plans Inc., a Connecticut corporation, doing business in Connecticut as Anthem Blue Cross and Blue Shield of Connecticut<br><br>Blue Cross and Blue Shield of Georgia, Inc., a Georgia corporation |

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| | Anthem Health Plans of Kentucky Inc., a Kentucky corporation, doing business in Kentucky as Blue Cross Blue Shield of Kentucky<br><br>HMO Missouri Inc., a Missouri corporation, doing business in Missouri as Anthem Blue Cross and Blue Shield of Missouri<br><br>Community Insurance Company, an Ohio corporation, doing business in Ohio as Anthem Blue Cross and Blue Shield of Ohio<br><br>Anthem Health Plans of Virginia Inc., a Virginia corporation, doing business in Virginia as Anthem Blue Cross and Blue Shield of Virginia, Inc.<br><br>Empire HealthChoice Assurance Inc., a New York corporation doing business in New York as Empire Blue Cross Blue Shield<br><br>HealthKeepers Inc., a Virginia corporation<br><br>Healthy Alliance Life Insurance Company, a Missouri corporation<br><br>Rocky Mountain Hospital and Medical Service Inc., a Colorado corporation, doing business in Colorado as Anthem Blue Cross and Blue Shield of Colorado |
| Errol J. King<br>PHELPS DUNBAR LLP<br>II City Plaza<br>400 Convention Street, Suite 1100<br>Baton Rouge, LA  70802<br>Tel:  (225) 376-0207<br>Fax:  (225) 381-9197<br>errol.king@phelps.com<br><br>Jenifer C. Wallis<br>MUNCK WILSON MANDALA<br>1925 Century Park East Suite 2300<br>Los Angeles, CA 90067<br>Tel:  (310) 286-0377<br>Fax:  (972) 628-3616<br>jwallis@munckwilson.com | Viant, Inc., a Nevada corporation;<br><br>Multiplan, Inc., a New York corporation |

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| Evan Chesler<br>Karin DeMasi<br>Lauren Kennedy<br>CRAVATH SWAINE & MOORE LLP<br>825 8th Avenue<br>New York, NY  10019<br>Tel:  (212) 474-1000<br>Fax:  (212) 474-3700<br>cvarney@cravath.com<br>echesler@cravath.com<br>kdemasi@cravath.com<br>lkennedy@cravath.com | Blue Cross and Blue Shield of Alabama,<br>an Alabama corporation;<br><br>Blue Shield of Florida Inc., a Florida corporation;<br><br>Blue Cross and Blue Shield of Massachusetts<br>Inc., a Massachusetts corporation;<br><br>Blue Cross Blue Shield of Tennessee Inc., a<br>Tennessee corporation |
| Kathleen Taylor Sooy<br>Tracy A. Roman<br>April N. Ross<br>Michael W. Lieberman<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>Tel: (202) 624-2500<br>Fax: (202) 628-5116<br>ksooy@crowell.com<br>troman@crowell.com<br>aross@crowell.com<br>mlieberman@crowell.com | Blue Cross and Blue Shield of Arizona Inc.,<br>an Arizona corporation;<br><br>Blue Cross and Blue Shield of Kansas<br>City Inc., a Missouri corporation;<br><br>Blue Cross and Blue Shield of<br>Nebraska Inc., Nebraska corporation |
| Michael A. Naranjo<br>FOLEY & LARDNER LLP<br>555 California Street, Suite 1700<br>San Francisco, CA  94104<br>Tel:  (415) 984-9847<br>Fax:  (415) 434-4507<br>mnaranjo@foley.com<br><br>Alan D. Rutenberg<br>Benjamin R. Dryden<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W., Suite 600<br>Washington, DC  20007<br>Tel:  (202) 672-5300<br>Fax:  (202) 672-5399<br>arutenberg@foley.com<br>bdryden@foley.com | USAble Mutual Insurance Company, an Arkansas<br>corporation doing business in Arkansas as<br>Arkansas Blue Cross and Blue Shield |

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| Helen E. Witt, P.C.<br>Jeffrey J. Zeiger, P.C.<br>Erica B. Zolner<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>Tel:  (312) 862-2000<br>Fax:  (312) 862-2200<br>hwitt@kirkland.com<br>jzeiger@kirkland.com<br>ezolner@kirkland.com | Health Care Service Corporation, an Illinois corporation, doing business in Illinois as Blue Cross Blue Shield of Illinois, in Oklahoma as Blue Cross and Blue Shield of Oklahoma, and in Texas as Blue Cross and Blue Shield of Texas<br><br>Highmark Blue Cross Blue Shield, a Pennsylvania corporation, doing business in Pennsylvania as Blue Cross Blue Shield of Western Pennsylvania<br><br>Highmark Blue Shield, a Pennsylvania corporation, doing business in Pennsylvania as Pennsylvania Blue Shield |
| Craig A. Hoover<br>E. Desmond Hogan<br>Justin Bernick<br>Peter Bisio<br>Elizabeth Jose<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 13th Street, N.W.<br>Washington, DC  20004<br>Tel:  (202) 637-5600<br>Fax:  (202) 637-5910<br>craig.hoover@hoganlovells.com<br>desmond.hogan@hoganlovells.com<br>justin.bernick@hoganlovells.com<br>peter.bisio@hoganlovells.com<br>elizabeth.jose@hoganlovells.com | HMO Louisiana Inc., doing business in Louisiana as Blue Cross and Blue Shield of Louisiana;<br><br>BCBSM Inc., a Minnesota corporation, doing business in Minnesota as Blue Cross and Blue Shield of Minnesota, Inc.;<br><br>Blue Cross and Blue Shield of North Carolina, a North Carolina corporation;<br><br>Blue Cross and Blue Shield of South Carolina, a South Carolina corporation;<br><br>Blue Cross and Blue Shield of Rhode Island, a Rhode Island corporation;<br><br>Regence Blue Cross Blue Shield of Oregon, an Oregon corporation, doing business in Oregon as Blue Cross Blue Shield of Oregon;<br><br>Regence Blue Shield, a Washington corporation |

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| Robert K. Spotswood<br>Michael T. Sansbury<br>Joshua K. Payne<br>Jess R. Nix<br>Morgan B. Franz<br>SPOTSWOOD SANSOM & SANSBURY LLC<br>One Federal Place<br>1819 5th Avenue North, Suite 1050<br>Birmingham, AL  35203<br>Tel:  (205) 986-3620<br>Fax:  (205) 986-3639<br>rks@spotswoodllc.com<br>msansbury@spotswoodllc.com<br>jpayne@spotswoodllc.com<br>jnix@spotswoodllc.com<br>mfranz@spotswoodllc.com | Capital Blue Cross, a Pennsylvania corporation |
| Brian K. Norman<br>SHAMOUN & NORMAN, LLP<br>1800 Valley View Lane, Suite 200<br>Farmers Branch, TX  75234<br>Tel:  (214) 987-1745<br>Fax:  (214) 521-9033<br>bkn@snlegal.com | Carefirst Bluechoice Inc., a District of Columbia corporation;<br><br>Carefirst of Maryland Inc., a Maryland corporation, doing business in Maryland as CareFirst Blue Cross Blue Shield |
| Edward S. Bloomberg<br>John G. Schmidt<br>Anna Mercado Clark<br>PHILLIPS LYTLE LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY  14203<br>Tel:  (716) 847-8400<br>Fax:  (716) 852-6100<br>ebloomberg@phillipslytle.com<br>jschmidt@phillipslytle.com<br>aclark@phillipslytle.com | Excellus Health Plan Inc., a New York corporation, doing business in New York as Excellus Blue Cross Blue Shield |
| John Briggs<br>Rachel Adcox<br>AXINN, VELTROP & HARKRIDER, LLP<br>950 F Street, N.W.<br>Washington, DC  20004<br>Tel:  (202) 912-4700<br>Fax:  (202) 912-4701<br>jbriggs@axinn.com<br>radcox@axinn.com | Independence Hospital Indemnity Plan Inc., a Pennsylvania corporation formerly known as Independence Blue Cross |

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| Gwendolyn Payton<br>KILPATRICK TOWNSEND &<br>STOCKTON LLP<br>1420 Fifth Avenue, Suite 3700<br>Seattle, WA  98101<br>Tel:  (206) 626-7714<br>Fax:  (206) 299-0414<br>gpayton@kilpatricktownsend.com | Premera Blue Cross, a Washington corporation |

Date:  October 12, 2020                              /s/ Daniel E. Laytin, P.C.
                                                     Daniel E. Laytin, P.C.
                                                     Zachary D. Holmstead
                                                     KIRKLAND & ELLIS LLP
                                                     300 North LaSalle Street
                                                     Chicago, IL  60654
                                                     Tel:  (312) 862-2000
                                                     Fax:  (312) 862-2200
                                                     dlaytin@kirkland.com
                                                     zachary.holmstead@kirkland.com

                                                     *Counsel for Blue Cross*
                                                     *Blue Shield Association*