BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re:  BLUE CROSS BLUE SHIELD      )
ANTITRUST LITIGATION                )          MDL No. 2406
                                    )

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

| Ex. | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | VHS Liquidating Trust; Prime Healthcare Services, Inc.; Prime Healthcare Foundation, Inc.; Prime Healthcare Management, Inc. | Blue Cross of California; Anthem Blue Cross Life and Health Insurance Company; California Physicians' Service *d/b/a* Blue Shield of California; Blue Cross and Blue Shield of Alabama; Premera and Premera Blue Cross, also *d/b/a* Premera Blue Cross Blue Shield of Alaska; Blue Cross Blue Shield of Arizona, Inc.; Usable Mutual Insurance Company *d/b/a* Arkansas Blue Cross and Blue Shield; Anthem, Inc. *f/k/a* Wellpoint, Inc. *d/b/a* Anthem Blue Cross Life and Health Insurance Company; Anthem Health Plans, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Connecticut; Blue Cross and Blue Shield of Georgia; Rocky Mountain Hospital & Medical Service Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Colorado; Anthem Blue Cross and Blue Shield of Nevada; Anthem Insurance Companies, Inc. *d/b/a* Anthem Blue Cross Blue | The United States Bankruptcy Court for the Northern District of California | 4:21-ap-4034 | Judge _____ |

20

|  |  | Shield of Indiana; Anthem Health Plans of Kentucky, Inc. *d/b/a* Anthem Blue Cross Blue Shield of Kentucky; Anthem Health Plans of Maine, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Maine; HMO Missouri Inc., *d/b/a* Anthem Blue Cross Blue Shield of Missouri; RightCHOICE Managed Care, Inc.; Healthy Alliance Life Insurance Company; Anthem Health Plans of New Hampshire, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of New Hampshire; Empire HealthChoice Assurance, Inc. *d/b/a* Empire Blue Cross Blue Shield; Community Insurance Company *d/b/a* Anthem Blue Cross and Blue Shield of Ohio; Anthem Health Plans of Virginia, Inc., *d/b/a* Anthem Blue Cross and Blue Shield of Virginia, Inc.; Blue Cross Blue Shield of Wisconsin, *d/b/a* Anthem Blue Cross Blue Shield of Wisconsin; Compcare Health Services Insurance Corporation; Highmark Health Services and Highmark Inc. *d/b/a* Highmark Blue Shield and Highmark Blue Cross Blue Shield including Highmark Inc. predecessor Hospital Service Association of Northeastern Pennsylvania *f/d/b/a* Blue Cross of Northeastern Pennsylvania; Highmark Blue Cross Blue Shield Delaware Inc. *d/b/a* Highmark Blue Cross Blue |  |  |  |

21

| | | Shield Delaware; Highmark West Virginia Inc. *d/b/a* Highmark Blue Cross Blue Shield West Virginia; CareFirst, Inc., Group Hospitalization and Medical Services, Inc., CareFirst of Maryland, Inc., CareFirst BlueChoice, Inc., which collectively *d/b/a* CareFirst BlueCross BlueShield; Guidewell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida Inc.; Hawaii Medical Service Association *d/b/a* Blue Cross and Blue Shield of Hawaii; Regence BlueShield of Idaho, Inc.; Blue Cross of Idaho Health Service, Inc. *d/b/a* Blue Cross of Idaho; Cambia Health Solutions, Inc. *d/b/a* Regence BlueShield of Idaho, Inc., Regence Blue Cross Blue Shield of Oregon, Regence Blue Cross Blue Shield of Utah, Regence Blue Shield (Washington); Health Care Service Corporation *d/b/a* Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Montana, including its predecessor, Caring for Montanans, Inc., Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, Blue Cross and Blue Shield of Texas, Inc.; Wellmark, Inc. and Wellmark Blue Cross and Blue Shield of Iowa, Wellmark of South Dakota, Inc. *d/b/a* Wellmark Blue Cross and Blue Shield of | | | |

22

| | | South Dakota; Blue Cross and Blue Shield of Kansas, Inc.; Louisiana Health Service & Indemnity Company *d/b/a* Blue Cross and Blue Shield of Louisiana; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross Blue Shield of Michigan Mutual Insurance Company; Aware Integrated, Inc., BCBSM, Inc. collectively *d/b/a* Blue Cross and Blue Shield of Minnesota; Blue Cross & Blue Shield of Mississippi; Blue Cross and Blue Shield of Kansas City; GoodLife Partners, Inc. and Blue Cross and Blue Shield of Nebraska; Horizon healthcare Services, Inc. *d/b/a* Horizon Blue Cross Blue Shield of New Jersey; HealthNow Systems, Inc., HealthNow New York, Inc. *d/b/a* BlueCross BlueShield of Western New York and BlueShield of Northeastern New York, Lifetime Healthcare, Inc., Excellus Health Plan, Inc. collectively *d/b/a* Excellus BlueCross BlueShield; Blue Cross and Blue Shield of North Carolina, Inc.; Noridian Mutual Insurance Company and HealthyDakota Mutual Holdings collectively *d/b/a* Blue Cross Blue Shield of North Dakota; Capital Blue Cross, Independence Health Group, Inc., Independence Hospital Indemnity Plan, Inc. *f/k/a* Independence Blue Cross; | | | |

23

| | | | | | |
|---|---|---|---|---|---|
| | | Triple-S Management Corporation, Triple-S Salud, Inc.; Blue Cross & Blue Shield of Rhode Island; Blue Cross Blue Shield of South Carolina; BlueCross BlueShield of Tennessee; Blue Cross and Blue Shield of Vermont; Blue Cross Blue Shield of Wyoming; Blue Cross and Blue Shield Association | | | |