# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD  )
ANTITRUST LITIGATION           )     MDL No. 2406
                               )

## CERTIFICATE OF SERVICE

I, Daniel E. Laytin, as Counsel for Defendant Blue Cross and Blue Shield Association, hereby certify that on the 22nd day of September, 2021, a copy of the foregoing Notice of Potential Tag-Along Action was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Defendant Blue Cross and Blue Shield Association, which will send notice of electronic filing to all parties of record. A copy of the foregoing Notice of Potential Tag-Along Action will also be sent by overnight mail.

Patrick M. Ryan
Patrick E. O'Shaughnessy
John F. McLean
Oliver Q. Dunlap
Sean R. McTigue
BARTKO, ZANKEL, BUNZEL, & MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Tel: (415) 956-1900
Fax: (415) 956-1152
pryan@bzbm.com
poshaughnessy@bzbm.com
jmclean@bzbm.com
odunlap@bzbm.com
smctigue@bzbm.com

*Counsel for Plaintiffs*

Date: September 22, 2021            /s/ Daniel E. Laytin, P.C.
                                    Daniel E. Laytin, P.C.
                                    Zachary D. Holmstead
                                    KIRKLAND & ELLIS LLP
                                    300 North LaSalle Street
                                    Chicago, IL 60654
                                    Tel: (312) 862-2000
                                    Fax: (312) 862-2200

dlaytin@kirkland.com
zachary.holmstead@kirkland.com

*Counsel for Blue Cross Blue Shield Association*