# Exhibits 1C-1E