BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: BLUE CROSS BLUE SHIELD ANTITRUST LILTIGATION | CASE NO. MDL No. 2406 |

VHS Liquidating Trust, et al vs. California Physcians [sic] Service, et al, N.D. Bankruptcy Court, California, Adv. Proc. No. 4:21-ap-4034

## NOTICE OF OPPOSITION TO CTO

I represent plaintiffs in the above captioned action[1] which is included on the conditional transfer order (CTO). Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Date: October 6, 2021

By: */s/ Patrick M. Ryan*
Patrick M. Ryan
Sean R. McTigue
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
pryan@bzbm.com
smctigue@bzbm.com

Attorneys for VHS LIQUIDATING TRUST, PRIME HEALTHCARE SERVICES, INC., PRIME HEALTHCARE FOUNDATION, INC. and PRIME HEALTHCARE MANAGEMENT, INC.

---

[1] The Notice of Potential Tag-Along Action captions the case as "*VHS Liquidating Trust v. Blue Cross of California*, No. 21-04034." The adversary proceeding is captioned as "*VHS Liquidating Trust, et al., v. Blue Cross of California, et al.*, Adv. Proc. No. 21-04034."

1