BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re:  BLUE CROSS BLUE SHIELD ANTITRUST LILTIGATION | MDL No. 2406 |

## CERTIFICATE OF SERVICE

     I, Patrick M. Ryan, as Counsel for Plaintiffs VHS Liquidating Trust, Prime Healthcare Services, Inc., Prime Healthcare Foundation, Inc. and Prime Healthcare Management, Inc., hereby certify that on the 6th day of October, 2021, a copy of the foregoing **NOTICE OF OPPOSITION TO CTO** was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Plaintiffs VHS Liquidating Trust, Prime Healthcare Services, Inc., Prime Healthcare Foundation, Inc. and Prime Healthcare Management, Inc., which will send notice of electronic filing to all parties of record.

Date:  October 6, 2021

By: /s/ Patrick M. Ryan
    Patrick M. Ryan
    Sean R. McTigue
    BARTKO ZANKEL BUNZEL & MILLER
    One Embarcadero Center, Suite 800
    San Francisco, California 94111
    Telephone: (415) 956-1900
    Facsimile: (415) 956-1152
    pryan@bzbm.com
    smctigue@bzbm.com

    Counsel for VHS Liquidating Trust, Prime Healthcare Services, Inc., Prime Healthcare Foundation, Inc. and Prime Healthcare Management, Inc.