BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD  )
ANTITRUST LITIGATION  )  MDL No. 2406
 )

CERTIFICATE OF SERVICE

I, Daniel E. Laytin, as Counsel for Defendants Blue Cross Blue Shield Association, Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota, Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, Hawaii Medical Service Association d/b/a Blue Cross and Blue Shield of Hawaii, Triple-S Salud, Inc., and Triple-S Management Corporation, hereby certify that on the 21st day of October, 2021, a copy of the foregoing Notice of Appearance was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system. The foregoing was also served electronically on the following counsel:

Patrick M. Ryan
Patrick E. O'Shaughnessy
John F. McLean
Oliver Q. Dunlap
Sean R. McTigue
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
pryan@bzbm.com
poshaughnessy@bzbm.com
jmclean@bzbm.com
odunlap@bzbm.com
smctigue@bzbm.com

*Counsel for Plaintiffs*

Craig A. Hoover
E. Desmond Hogan
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com

Christopher J. Cox
HOGAN LOVELLS US LLP
4085 Campbell Avenue

Christopher J. Kelly
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Tel: (650) 331-2025
Fax: (650) 331-2060
cjkelly@mayerbrown.com

Evan R. Chesler
Christine A. Varney
Karin A. DeMasi
Lauren R. Kennedy
David H. Korn
CRAVATH, SWAINE &
MOORE LLP

Suite 100
Menlo Park, CA 94025
Tel: (650) 463-4078
Fax: (650) 463-4199
chris.cox@hoganlovells.com

*Counsel for Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this action; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Aware Integrated, Inc.; Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon; Blue Cross and Blue Shield of Georgia; Blue Cross of California; Compare Health Services Insurance Corporation; HMO Missouri Inc.; Healthy Alliance Life Insurance Company; Rightcoice Managed Care, Inc.*

Gwendolyn Payton
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
Tel: (206) 626-7714
Fax: (206) 299-0414
gpayton@kilpatricktownsend.com

*Counsel for Defendants Premera and Premera Blue Cross, d/b/a Premera Blue Cross Blue Shield of Alaska*

R. David Kaufman
M. Patrick McDowell
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street
The Pinnacle Building, Suite 100
Jackson, MS  39201
Tel: (601) 948-3101
Fax: (601) 960-6902

Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
cvarney@cravath.com
kdemasi@cravath.com
lkennedy@cravath.com
dkorn@cravath.com

*Counsel for Defendants Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Florida, Inc.; Guidewell Mutual Holding Corp.; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina, Inc.; BlueCross BlueShield of Tennessee, Inc.; California Physicians' Service d/b/a Blue Shield of California; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.*

James L. Priester
Carl S. Burkhalter
John Thomas A. Malatesta, III
MAYNARD COOPER & GALE PC
1901 6th Avenue North, Suite 2400
Regions Harbert Plaza
Birmingham, AL  35203
Tel: (205) 254-1000
Fax: (205) 254-1999
jpriester@maynardcooper.com
cburkhalter@maynardcooper.com
jmalatesta@maynardcooper.com

Nicholas J. Boos

dkaufman@brunini.com
pmcdowell@brunini.com

Cheri D. Green
BLUE CROSS & BLUE SHIELD OF
MISSISSIPPI, A MUTUAL
INSURANCE COMPANY
P.O. Box 1043
Jackson, MS  39215
Tel: (601) 932-3704
cdgreen@bcbsms.com

*Counsel for Defendant Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company*


Shane J. Moses
Michael A. Naranjo
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA  94104
Tel: (415) 434-4484
Fax: (415) 434-4507
mnaranjo@foley.com
smoses@foley.com

*Counsel for Defendant USAble Mutual Insurance Company, doing business as Arkansas Blue Cross and Blue Shield*


Shane J. Moses
Michael A. Naranjo
Foley & Lardner LLP
555 California Street, Suite 1700
San Francisco, CA 94104
Tel: (415) 434-4484
Fax: (415) 434-4507
mnaranjo@foley.com
smoses@foley.com

M. Patrick McDowell
James A. McCullough
BRUNINI, GRANTHAM, GROWER
& HEWES, PLLC
190 East Capitol Street
The Pinnacle Building, Suite 100
Jackson, MS 39201
Tel: (601) 948-3101
Fax: (601) 960-6902
pmcdowell@brunini.com
jmccullough@brunini.com

MAYNARD, COOPER & GALE PC
2 Embarcadero Center, Suite 1450
San Francisco, CA 94111
Tel: (415) 646-4674
Fax: (205) 714-6709
nboos@maynardcooper.com

Pamela B. Slate
HILL CARTER FRANCO COLE & BLACK, P.C.
425 South Perry Street
Montgomery, AL  36104
Tel: (334) 834-7600
Fax: (334) 386-4381
pslate@hillhillcarter.com

*With Cravath, Swaine & Moore LLP, counsel for Defendant Blue Cross Blue Shield of Alabama*


Mark McKane
mmckane@kirkland.com
Michael P. Esser
michael.esser@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Tel: (415) 439-1400
Fax:  (415) 439-1500

Helen E. Witt, P.C.
Jeffrey J. Zeiger, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
Fax: (312) 862-2200
hwitt@kirkland.com
jzeiger@kirkland.com

*Counsel for Defendants Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Inc., f/k/a Highmark Health Services; Highmark West Virginia Inc.;*

*Counsel for Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company*

Douglas A. Pettit
dpettit@pettitkohn.com
Grant Waterkotte
gwaterkotte@pettitkohn.com
PETTIT KOHN INGRASSIA LUTZ & DOLIN PC
5901 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Tel: (310) 649-5772
Fax: (310) 649-5777
gwaterkotte@pettitkohn.com

Robert K. Spotswood
Joshua K. Payne
Jess R. Nix
SPOTSWOOD SANSOM & SANSBURY LLC
505 20th Street North, Suite 700
Birmingham, AL 35203
Tel: (205) 986-3620
Fax: (205) 986-3639
rks@spotswoodllc.com
jpayne@spotswoodllc.com
jnix@spotswoodllc.com

*Counsel for Defendant Capital BlueCross*

Edward S. Bloomberg
John G. Schmidt Jr.
Anna Mercado Clark
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, NY 14203
Tel: (716) 847-8400
Fax: (716) 852-6100
ebloomberg@phillipslytle.com
jschmidt@phillipslytle.com
aclark@phillipslytle.com

Mark Punzalan
Lawrence Ng
CHAN PUNZALAN LLP
22 Battery Street, Suite 401
San Francisco, CA 94111
Tel: (415) 839-0063
mark@chanpunzalan.com
lawrence@chanpunzalan.com

Jane Kim
Danisha Brar

*Highmark Blue Cross Blue Shield Delaware Inc.; Highmark Inc. predecessor Hospital Service Association of Northeastern Pennsylvania*

Jonathan M. Redgrave
REDGRAVE, LLP
14555 Avion Parkway, Suite 275
Chantilly, VA 20151
Tel: (703) 592-1155
Fax: (612) 332-8915
jredgrave@redgravellp.com

*Additional Counsel for HCSC and Highmark Defendants*

Todd M. Stenerson
Brian C. Hauser
Edmund Y. Saw
SHEARMAN & STERLING LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Tel: (202) 508-8000
Fax: (202) 508-8100
todd.stenerson@shearman.com
brian.hauser@shearman.com
edmund.saw@shearman.com

John F. Cove, Jr.
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105-2997
Tel: (415) 616-1100
Fax: (415) 616-1199
john.cove@shearman.com

*Counsel for Defendant Blue Cross and Blue Shield of Michigan; Blue Cross Blue Shield of Michigan Mutual Insurance Company*

John DeQ.Briggs
Rachel J. Adcox
Jeny M. Maier
AXINN, VELTROP & HARKRIDER, LLP
1901 L Street, N.W.
Washington, DC 20036
Tel: (202) 912-4700
Fax: (202) 912-4701
jbriggs@axinn.com
radcox@axinn.com

KELLER BENVENUTTI KIM LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251
jkim@kbkllp.com
dbrar@kbkllp.com

*Counsel for Defendants, Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield; and Lifetime Healthcare, Inc.*

Rebecca M. Suarez
rsuarez@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Kathleen Taylor Sooy
ksooy@crowell.com
Tracy A. Roman
troman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116

Sarah M. Gilbert
sgilbert@crowell.com
Honor R. Costello
hcostello@crowell.com
CROWELL & MORING LLP
590 Madison Ave., 20th Floor
New York, NY 10022
Tel: (212) 223-4000
Fax: (212) 223-4134

*Counsel for Defendants Blue Cross of Idaho Health Service, Inc.; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Kansas City; GoodLife Partners, Inc.; Blue Cross and Blue Shield of Nebraska; Blue Cross Blue Shield of Arizona; HealthyDakota Mutual Holdings; Blue Cross Blue Shield of North Dakota; Blue Cross Blue Shield of Wyoming; HealthNow Systems, Inc.; Highmark Western and Northeastern New York Inc.; Healthnow New York, Inc.; Noridian Mutual Insurance Company*

jmaier@axinn.com

Daniel S. Bitton
AXINN, VELTROP &
HARKRIDER LLP
560 Mission Street
San Francisco, CA 94105
Tel: (415) 490-1486
Fax: (415) 490-2001
dbitton@axinn.com

*Counsel for Defendant Independence Blue Cross; Independence Health Group, Inc.*

| | |
|---|---|
| Date: October 21, 2021 | /s/ Daniel E. Laytin, P.C. |
| | Daniel E. Laytin, P.C. |
| | Zachary D. Holmstead |
| | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle Street |
| | Chicago, IL 60654 |
| | Tel: (312) 862-2000 |
| | Fax: (312) 862-2200 |
| | dlaytin@kirkland.com |
| | zachary.holmstead@kirkland.com |
| | |
| | *Counsel for Blue Cross Blue Shield Association; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Triple-S Salud, Inc.; Triple-S Management Corporation* |