<u>Parties Represented</u>

Defendant Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana

Defendant Caring for Montanans, Inc. f/k/a Blue Cross and Blue Shield of Montana, Inc.

Defendant Highmark Inc. f/k/a Highmark Health Services

Defendant Highmark BCBSD Inc.

Defendant Highmark West Virginia Inc.