<u>Corporate Disclosure Statement</u>

  Defendants Highmark BCBSD Inc. and Highmark West Virginia Inc. are controlled affiliates of Highmark Inc. f/k/a Highmark Health Services. Highmark Inc.'s parent is Highmark Health, a Pennsylvania non-profit organization. No public corporation directly or indirectly owns 10% or more of any class of equity interests of Highmark BCBSD Inc., Highmark West Virginia Inc. or Highmark Inc.[1]

---

[1] Plaintiffs improperly include on the caption or allege in the Complaint that the following entities are also Defendants: Highmark Health Services, Highmark Blue Cross and Blue Shield and Hospital Service Association of Northeastern Pennsylvania f/d/b/a Blue Cross of Northeastern Pennsylvania ("NEPA"). Highmark Inc. was formerly known as Highmark Health Services. Highmark Blue Cross and Blue Shield is Highmark Inc.'s trade name. NEPA merged into Highmark Inc.