BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: BLUE CROSS BLUE SHIELD ) <br> ANTITRUST LITIGATION            ) <br> ) | MDL No. 2406 |

**PARTIES REPRESENTED**

1. Defendant Blue Cross Blue Shield Association

2. Defendant Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota

3. Defendant Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa

4. Defendant Hawaii Medical Service Association d/b/a Blue Cross and Blue Shield of Hawaii

5. Defendant Triple-S Salud, Inc.

6. Defendant Triple-S Management Corporation