BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | MDL No. 2406 |

**Parties Represented by Kathleen Taylor Sooy**

Blue Cross Blue Shield of Arizona
Blue Cross and Blue Shield of Kansas City
Blue Cross and Blue Shield of Kansas, Inc.
Blue Cross of Idaho Health Service, Inc.
Blue Cross Blue Shield of Wyoming
HealthNow Systems, Inc.
Highmark Western and Northeastern New York Inc.
GoodLife Partners, Inc.
Blue Cross and Blue Shield of Nebraska
HealthyDakota Mutual Holdings
Blue Cross Blue Shield of North Dakota