**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | MDL No. 2406 |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2021, the foregoing Notice of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Kathleen Taylor Sooy
Kathleen Taylor Sooy
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
ksooy@crowell.com

*Attorney for Defendants Blue Cross Blue Shield of Arizona, Blue Cross of Idaho Health Service, Inc., Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Nebraska, GoodLife Partners, Inc., Blue Cross Blue Shield of North Dakota, HealthyDakota Mutual Holdings, HealthNow Systems, Inc., Highmark Western and Northeastern New York Inc., Blue Cross Blue Shield of Wyoming*