**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | MDL No. 2406 |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2021, the foregoing Corporate Disclosure Statement was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    /s/ Kathleen Taylor Sooy
    Kathleen Taylor Sooy
    Crowell & Moring LLP
    1001 Pennsylvania Ave., N.W.
    Washington, D.C. 20004
    Tel: (202) 624-2500
    Fax: (202) 628-5116
    ksooy@crowell.com

    *Attorney for Defendant Blue Cross and
    Blue Shield of Kansas City*