**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | MDL No. 2406 |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2021, the foregoing Corporate Disclosure Statement was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Kathleen Taylor Sooy
Kathleen Taylor Sooy
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
ksooy@crowell.com

*Attorney for Defendant Blue Cross and Blue Shield of Kansas, Inc.*