BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | CASE NO. MDL No. 2406 |

VHS Liquidating Trust, et al vs. California Physcians [sic] Service, et al, N.D. Bankruptcy Court, California, Adv. Proc. No. 4:21-ap-4034

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Plaintiffs VHS LIQUIDATING TRUST, PRIME HEALTHCARE SERVICES, INC., PRIME HEALTHCARE FOUNDATION, INC. and PRIME HEALTHCARE MANAGEMENT, INC., pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby move the Panel to vacate its order of September 29, 2021, conditionally transferring the above-captioned case to the United States District Court for the Northern District of Alabama.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This motion is based upon the Memorandum in Support of Motion to Vacate Conditional Transfer Order and such additional materials as may properly be presented to the Panel at the time of hearing on the motion.

Date: October 21, 2021

By: */s/ Patrick M. Ryan*
Patrick M. Ryan
Sean R. McTigue
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
pryan@bzbm.com
smctigue@bzbm.com

Attorneys for VHS LIQUIDATING TRUST, PRIME HEALTHCARE SERVICES, INC., PRIME HEALTHCARE FOUNDATION, INC. and PRIME HEALTHCARE MANAGEMENT, INC.