BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | MDL No. 2406 |

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October 2021, Plaintiffs' **MOTION TO VACATE CONDITIONAL TRANSFER ORDER, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER and SCHEDULE OF ACTIONS** were electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Date:  October 21, 2021

By: */s/ Patrick M. Ryan*
Patrick M. Ryan
Sean R. McTigue
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
pryan@bzbm.com
smctigue@bzbm.com

Counsel for VHS Liquidating Trust, Prime Healthcare Services, Inc., Prime Healthcare Foundation, Inc. and Prime Healthcare Management, Inc.