BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION

MDL No. 2406

**Revised List of Parties Represented by Kathleen Taylor Sooy**

Blue Cross Blue Shield of Arizona
Blue Cross and Blue Shield of Kansas City
Blue Cross and Blue Shield of Kansas, Inc.
Blue Cross of Idaho Health Service, Inc.
Blue Cross Blue Shield of Wyoming
HealthNow Systems, Inc.
Highmark Western and Northeastern New York Inc.[1]
GoodLife Partners, Inc.
Blue Cross and Blue Shield of Nebraska
HealthyDakota Mutual Holdings
Blue Cross Blue Shield of North Dakota

---

[1] Highmark Western and Northeastern New York Inc. was formerly known as HealthNow New York Inc. d/b/a BlueCross BlueShield of Western New York and BlueShield of Northeastern New York.