**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | MDL No. 2406 |
|---|---|

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2021, the foregoing Corporate Disclosure Statement was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Kathleen Taylor Sooy
Kathleen Taylor Sooy
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
ksooy@crowell.com

*Attorney for Defendant Highmark Western and Northeastern New York Inc. f/k/a HealthNow New York Inc. d/b/a BlueCross BlueShield of Western New York and BlueShield of Northeastern New York*