## **CERTIFICATE OF SERVICE**

      I certify that on the 26th day of October 2021, the foregoing was filed electronically with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                         */s/ Jeffrey J. Zeiger*
                                                              Jeffrey J. Zeiger