**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | MDL No. 2406 |

## NOTICE OF ERRATA

PLEASE TAKE NOTICE that Defendant Anthem, Inc., and all of its named subsidiaries in this action, hereby provide notice of errata and correction as follows:

Revising the corporate disclosure statement for *VHS Liquidating Trust, et al. v. California Physcians Service, et al.* filed on October 21, 2021 (Dkt. No. 487), to clarify that Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. d/b/a/ Anthem Blue Cross and Blue Shield is the entity that remained after a merger between Blue Cross Blue Shield of Georgia, Inc.—the entity named in Plaintiffs' complaint—and Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. A corrected version of the corporate disclosure statement is attached hereto as Exhibit A.

Dated: November 3, 2021                    Respectfully submitted,

                                           */s/ Craig A. Hoover*
                                           Craig A. Hoover
                                           HOGAN LOVELLS US LLP
                                           Columbia Square
                                           555 13th Street, N.W.
                                           Washington, DC 20004
                                           Tel: (202) 637-5600
                                           Fax: (202) 637-5910
                                           craig.hoover@hoganlovells.com

                                           *Counsel for Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this action; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Aware*

*Integrated, Inc.; Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon*