# EXHIBIT A

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____2406_____ & TITLE - IN RE: ____Blue Cross Blue Shield Antitrust Litigation_____

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

VHS Liquidating Trust, et al. v. California Physcians Service, et al. (Bankr. N.D. Cal. 4:21-ap-04034)
_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____See attached list_____, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑  This party's parent corporation(s) are listed below:

See attached list

☑  The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

See attached list

**OR**

☐  This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

| | |
|---|---|
| /s/Craig A. Hoover | Hogan Lovells US LLP |
| Signature of Attorney | Name of Firm |
| 555 Thirteenth Street NW | Washington, DC 20004 |
| Address | City/State/Zip Code |

Date ___11/3/2021_____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document.  All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

**Parent corporations, all of which are publicly-held corporations which own 10% or more of the party's stock**:

1. Anthem, Inc. (ANTM), f/k/a Wellpoint, Inc., has no parent corporation and no corporation owns ten percent or more of its stock.

2. Anthem Blue Cross Life and Health Insurance Company has parent companies WellPoint California Services, Inc., Anthem Holding Corp., and Anthem, Inc.

3. Anthem Health Plans, Inc., d/b/a Anthem Blue Cross and Blue Shield of Connecticut, has parent companies ATH Holding Company, LLC and Anthem, Inc.

4. Anthem Health Plans of Kentucky, Inc., d/b/a Anthem Blue Cross and Blue Shield of Kentucky, has parent companies ATH Holding Company, LLC and Anthem, Inc.

5. Anthem Health Plans of Maine, Inc., d/b/a Anthem Blue Cross and Blue Shield of Maine, has parent companies ATH Holding Company, LLC and Anthem, Inc.

6. Anthem Health Plans of New Hampshire, Inc., d/b/a Anthem Blue Cross and Blue Shield of New Hampshire, has parent companies ATH Holding Company, LLC and Anthem, Inc.

7. Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield of Virginia, Inc., has parent companies Anthem Southeast, Inc. and Anthem, Inc.

8. Anthem Insurance Companies, Inc., d/b/a Anthem Blue Cross and Blue Shield of Indiana, has parent company Anthem, Inc.

9. Blue Cross of California, d/b/a Anthem Blue Cross, has parent companies WellPoint California Services, Inc., Anthem Holding Corp., and Anthem, Inc.

10. Blue Cross Blue Shield of Georgia, Inc. merged with Blue Cross Blue Shield Healthcare Plan of Georgia, Inc., to form Blue Cross Blue Shield Healthcare Plan of

Georgia, Inc. d/b/a Anthem Blue Cross and Blue Shield, which has parent companies Cerulean Companies, Inc., Anthem Holding Corp., and Anthem, Inc.

11. Blue Cross Blue Shield of Wisconsin, d/b/a Anthem Blue Cross and Blue Shield of Wisconsin, has parent companies Crossroads Acquisition Corp., Anthem Holding Corp., and Anthem, Inc.

12. Compcare Health Services Insurance Corporation has parent companies Blue Cross Blue Shield of Wisconsin, Crossroads Acquisition Corp., Anthem Holding Corp., and Anthem, Inc.

13. Community Insurance Company, d/b/a Anthem Blue Cross and Blue Shield of Ohio, has parent companies ATH Holding Company, LLC and Anthem, Inc.

14. Empire HealthChoice Assurance, Inc., d/b/a Empire BlueCross BlueShield, has parent companies WellPoint Holding, Corp. and Anthem, Inc.

15. Healthy Alliance Life Insurance Company has parent companies RightCHOICE Managed Care, Inc., Anthem Holding Corp., and Anthem, Inc.

16. HMO Missouri, Inc., d/b/a Anthem Blue Cross and Blue Shield of Missouri, has parent companies RightCHOICE Managed Care, Inc., Anthem Holding Corp., and Anthem, Inc.

17. RightCHOICE Managed Care, Inc. has parent companies Anthem Holding Corp. and Anthem, Inc.

18. Rocky Mountain Hospital and Medical Service, Inc., d/b/a/ Anthem Blue Cross and Blue Shield of Colorado in Colorado and d/b/a Anthem Blue Cross and Blue Shield of Nevada in Nevada, has parent companies ATH Holding Company, LLC and Anthem, Inc.

**Defendants Represented:[1]**

- Anthem, Inc. (ANTM), f/k/a Wellpoint, Inc.
- Anthem Blue Cross Life and Health Insurance Company
- Anthem Health Plans, Inc., d/b/a Anthem Blue Cross and Blue Shield of Connecticut
- Anthem Health Plans of Kentucky, Inc., d/b/a Anthem Blue Cross and Blue Shield of Kentucky
- Anthem Health Plans of Maine, Inc., d/b/a Anthem Blue Cross and Blue Shield of Maine
- Anthem Health Plans of New Hampshire, Inc., d/b/a Anthem Blue Cross and Blue Shield of New Hampshire
- Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield of Virginia, Inc.
- Anthem Insurance Companies, Inc., d/b/a Anthem Blue Cross and Blue Shield of Indiana
- Blue Cross of California, d/b/a Anthem Blue Cross
- Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. d/b/a Anthem Blue Cross and Blue Shield[2]
- Blue Cross Blue Shield of Wisconsin, d/b/a Anthem Blue Cross and Blue Shield of Wisconsin
- Compcare Health Services Insurance Corporation
- Community Insurance Company, d/b/a Anthem Blue Cross and Blue Shield of Ohio
- Empire HealthChoice Assurance, Inc., d/b/a Empire BlueCross BlueShield
- Healthy Alliance Life Insurance Company

---

[1] These are the correct legal names of the entities that Plaintiffs have named or appear to have named in their Complaint.

[2] The Complaint incorrectly names Blue Cross Blue Shield of Georgia, Inc., which has merged with Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. to form Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. d/b/a Anthem Blue Cross and Blue Shield.

- HMO Missouri, Inc., d/b/a Anthem Blue Cross and Blue Shield of Missouri

- RightCHOICE Managed Care, Inc.

- Rocky Mountain Hospital and Medical Service, Inc., d/b/a/ Anthem Blue Cross and Blue Shield of Colorado in Colorado and d/b/a Anthem Blue Cross and Blue Shield of Nevada in Nevada