BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD    )
ANTITRUST LITIGATION             )         MDL No. 2406
                                 )

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

| Ex. | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | John Hoover; Sharon Zelbley; Erick Gibbs; Darin Griffin; Edward Inglesby; Matt Motta; Frank Melchiore; Donald Cosgrove; Bob Farohideh; Tiana Kelley; Iman Jones; Terra Scott Dannison; Alvin McCray; Michael Leach; Douglas Howie; Sandra Styles Horvath; Valery Rivera; Catalina Dinovo; Kevan Watkins; Winford House; Peter Zitoli; Dave Barth; Danny Beltran; Sue-ling Rosario; Eva Clark; Barbara Dicks; Mary Floyd; David Sexton; Jeannine Noll; Tiffany Duke; Justin Duke; Brendan Price; James | Blue Cross and Blue Shield Ass'n; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Alabama; Louisiana Health Service & Indemnity Co. d/b/a Blue Cross Blue Shield of Louisiana; Blue Cross and Blue Shield of Massachusetts, Inc.; Group Hospitalization and Medical Services, Inc. d/b/a CareFirst BlueCross BlueShield; HMO Missouri, Inc. d/b/a/ Anthem Blue Cross Blue Shield of Missouri; Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey; Blue Cross and Blue Shield of North Carolina; Health Care Service Corp. d/b/a Blue Cross and Blue Shield of Illinois; and, Highmark, Inc. d/b/a BlueShield of Northeastern New York. | Southern District of Florida | 1:21-cv-23448 | Judge K. Michael Moore |

14

| | | | | | |
|---|---|---|---|---|---|
| | Moore; and, Sara Corcoran. | | | | |