BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD    )
ANTITRUST LITIGATION             )    MDL No. 2406
                                 )

CERTIFICATE OF SERVICE

I, Daniel E. Laytin, as Counsel for Defendant Blue Cross Blue Shield Association, hereby certify that on this fourth day of November 2021, a copy of the foregoing Notice of Potential Tag-Along Action was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Defendant Blue Cross Blue Shield Association, which will send notice of electronic filing to all parties of record. A copy of the foregoing Notice of Potential Tag-Along Action will also be sent by overnight mail to the following counsel:

Michael Gulisano
GULISANO LAW, PLLC
5645 Coral Ridge Drive, Suite 207
Coral Springs, FL 33076
Tel: (954) 947-3972
michael@gulisanolaw.com

*Counsel for Plaintiffs*

I, Daniel E. Laytin, further certify that a copy of the foregoing Notice of Potential Tag-Along Action was transmitted to the clerk of the district court where the action is currently pending, as listed in the Schedule of Actions.

Clerk of the Court
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL  33128

The Notice of Potential Tag-Along Action was also served by electronic mail on the following defense counsel:

| | |
|---|---|
| Craig A. Hoover | Christopher J. Kelly |
| E. Desmond Hogan | MAYER BROWN LLP |
| HOGAN LOVELLS US LLP | Two Palo Alto Square |
| Columbia Square | 3000 El Camino Real |
| 555 13th Street, N.W. | Palo Alto, CA 94306 |

Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com

*Counsel for HMO Missouri, Inc. d/b/a/ Anthem Blue Cross Blue Shield of Missouri, Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey)*

Jonathan M. Redgrave
REDGRAVE, LLP
14555 Avion Parkway, Suite 275
Chantilly, VA  20151
Tel: (703) 592-1155
Fax: (612) 332-8915
jredgrave@redgravellp.com

*Additional Counsel for HCSC and Highmark Defendants*

Kathleen Taylor Sooy
ksooy@crowell.com
Tracy A. Roman
troman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, D.C. 20004
Tel: (202) 624-2500
Fax: (202) 628-5116

Sarah M. Gilbert
sgilbert@crowell.com
Honor R. Costello
hcostello@crowell.com
CROWELL & MORING LLP
590 Madison Ave., 20th Floor
New York, NY 10022
Tel: (212) 223-4000
Fax: (212) 223-4134

Tel: (650) 331-2025
Fax:  (650) 331-2060
cjkelly@mayerbrown.com

Evan R. Chesler
Christine A. Varney
Karin A. DeMasi
Lauren R. Kennedy
David H. Korn
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
cvarney@cravath.com
kdemasi@cravath.com
lkennedy@cravath.com
dkorn@cravath.com

*Counsel for Defendants Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina, Inc.; Group Hospitalization and Medical Services, Inc.; Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its division Blue Cross and Blue Shield of Illinois*

James L. Priester
Carl S. Burkhalter
John Thomas A. Malatesta, III
MAYNARD COOPER & GALE PC
1901 6th Avenue North, Suite 2400
Regions Harbert Plaza
Birmingham, AL  35203
Tel: (205) 254-1000
Fax: (205) 254-1999
jpriester@maynardcooper.com
cburkhalter@maynardcooper.com
jmalatesta@maynardcooper.com
Nicholas J. Boos

| | |
|---|---|
| *Counsel for Defendant Highmark Western and Northeastern New York Inc. (incorrectly sued as "Highmark, Inc. d/b/a BlueShield of Northeastern New York")* | MAYNARD, COOPER & GALE PC<br>2 Embarcadero Center, Suite 1450<br>San Francisco, CA 94111<br>Tel: (415) 646-4674<br>Fax: (205) 714-6709<br>nboos@maynardcooper.com |
| Helen E. Witt, P.C.<br>Jeffrey J. Zeiger, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>Tel: (312) 862-2000<br>Fax: (312) 862-2200<br>hwitt@kirkland.com<br>jzeiger@kirkland.com | Pamela B. Slate<br>HILL CARTER FRANCO COLE & BLACK, P.C.<br>425 South Perry Street<br>Montgomery, AL  36104<br>Tel: (334) 834-7600<br>Fax: (334) 386-4381<br>pslate@hillhillcarter.com |
| *Counsel for Defendant Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its division Blue Cross and Blue Shield of Illinois* | *With Cravath, Swaine & Moore LLP, counsel for Defendant Blue Cross Blue Shield of Alabama* |
| Date:  November 4, 2021 | /s/ Daniel E. Laytin, P.C.<br>Daniel E. Laytin, P.C.<br>Zachary D. Holmstead<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Tel: (312) 862-2000<br>Fax: (312) 862-2200<br>dlaytin@kirkland.com<br>zachary.holmstead@kirkland.com<br><br>*Counsel for Blue Cross Blue Shield Association* |