# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | MDL No. 2406 |

## NOTICE IDENTIFYING CHANGE IN CIRCUMSTANCES

Please take notice that the Bankruptcy Court for the Northern District of California has remanded this matter to California State Court due to lack of federal subject matter jurisdiction. The order denying the motion to stay and granting the motion to remand is attached as Exhibit A.

Date: November 23, 2021

By: */s/ Sean R. McTigue*
Patrick M. Ryan
Sean R. McTigue
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
pryan@bzbm.com
smctigue@bzbm.com

Counsel for VHS Liquidating Trust, Prime Healthcare Services, Inc., Prime Healthcare Foundation, Inc. and Prime Healthcare Management, Inc.

1