## CERTIFICATE OF SERVICE

I hereby certify that on 23rd day of November 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Sean R. McTigue*
Sean R. McTigue

2

2854.003/1672044.1