JJO,REF_DISCOV

# U.S. District Court
# Southern District of Florida (Miami)
# CIVIL DOCKET FOR CASE #: 1:21-cv-23448-KMM

| | |
|---|---|
| Hoover et al v. Blue Cross and Blue Shield Association et al | Date Filed: 09/27/2021 |
| Assigned to: Judge K. Michael Moore | Jury Demand: Plaintiff |
| Referred to: Ch. Magistrate Judge John J. O'Sullivan | Nature of Suit: 410 Anti-Trust |
| Cause: 28:1331 Fed. Question: Anti-trust | Jurisdiction: Federal Question |

**Plaintiff**

**John Hoover** represented by **Michael Gulisano**
The Law Offices of Michael Gulisano, PLLC
5613 NW 117th Ave
Coral Springs, FL 33076
954-947-3972
Email: michael@gulisanolaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Zebley** represented by **Michael Gulisano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erick Gibbs** represented by **Michael Gulisano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darin Griffin** represented by **Michael Gulisano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Inglesby** represented by **Michael Gulisano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matt Motta** represented by **Michael Gulisano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Frank Melchiore** | represented by | **Michael Gulisano** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Donald Cosgrove** | represented by | **Michael Gulisano** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Bob Farohideh** | represented by | **Michael Gulisano** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tiana Kelley** | represented by | **Michael Gulisano** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Iman Jones** | represented by | **Michael Gulisano** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Terra Scott Dannison** | represented by | **Michael Gulisano** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alvin McCray** | represented by | **Michael Gulisano** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Leach** | represented by | **Michael Gulisano** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Douglas Howie** | represented by | **Michael Gulisano** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Sandra Styles Horvath**  represented by  **Michael Gulisano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valery Rivera**  represented by  **Michael Gulisano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catalina Dinovo**  represented by  **Michael Gulisano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevan Watkins**  represented by  **Michael Gulisano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Winford House**  represented by  **Michael Gulisano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Zitoli**  represented by  **Michael Gulisano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dave Barth**  represented by  **Michael Gulisano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danny Beltran**  represented by  **Michael Gulisano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sue-Ling Rosario**  represented by  **Michael Gulisano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Eva Clark** | represented by | **Michael Gulisano** (See above for address) *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Barbara Dicks** | represented by | **Michael Gulisano** (See above for address) *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Floyd** | represented by | **Michael Gulisano** (See above for address) *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **David Sexton** | represented by | **Michael Gulisano** (See above for address) *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jeannine Noll** | represented by | **Michael Gulisano** (See above for address) *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tiffany Duke** | represented by | **Michael Gulisano** (See above for address) *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Justin Duke** | represented by | **Michael Gulisano** (See above for address) *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brendan Price** | represented by | **Michael Gulisano** (See above for address) *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James Moore** | represented by | **Michael Gulisano** (See above for address) *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | |
|---|---|
| **Sara Corcoran** | represented by **Michael Gulisano** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | |
|---|---|
| **Blue Cross and Blue Shield Association** | represented by **Brendan E. Ryan** <br> Kirkland & Ellis LLP <br> 300 N. LaSalle <br> Chicago, IL 60654 <br> 312-862-3620 <br> Email: brendan.ryan@kirkland.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

**Blue Cross and Blue Shield of Florida, Inc.**

**Defendant**

**Blue Cross and Blue Shield of Alabama**

**Defendant**

**HMO Missouri, Inc.**
*doing business as*
Anthem Blue Cross Blue Shield of Missouri

**Defendant**

**Louisiana Health Service & Indemnity Co.**
*doing business as*
Blue Cross and Blue Shield of Louisiana

**Defendant**

**Blue Cross and Blue Shield of Massachusetts, Inc.**

**Defendant**

**Group Hospitalization and Medical Services, Inc.**
*doing business as*
CareFirst BlueCross BlueShield

**Defendant**

**Horizon Healthcare Services, Inc.**
*doing business as*
Horizon Blue Cross Blue Shield of New Jersey

**Defendant**

**Blue Cross and Blue Shield of North Carolina**

**Defendant**

**Health Care Service Corp.**
*doing business as*
Blue Cross and Blue Shield of Illinois

**Defendant**

**Highmark, Inc.**
*doing business as*
BlueShield of Northeastern New York
*formerly known as*
HealthNow Systems, Inc.
*formerly known as*
HealthNow New York, Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2021 | 1 | COMPLAINT against All Defendants. Filing fees $ 402.00 receipt number AFLSDC-15044867, filed by Brendan Price, James Moore, Peter Zitoli, Frank Melchiore, Barbara Dicks, Sharon Zebley, Valery Rivera, John Hoover, Catalina Dinovo, Tiffany Duke, Sandra Styles Horvath, Eva Clark, Mary Floyd, David Sexton, Michael Leach, Winford House, Sue-Ling Rosario, Tiana Kelley, Justin Duke, Iman Jones, Dave Barth, Danny Beltran, Alvin McCray, Jeannine Noll, Matt Motta, Erick Gibbs, Bob Farohideh, Terra Scott Dannison, Douglas Howie, Donald Cosgrove, Darin Griffin, Sara Corcoran, Kevan Watkins, Edward Inglesby. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s), # 3 Summon(s), # 4 Summon(s), # 5 Summon(s), # 6 Summon(s), # 7 Summon(s), # 8 Summon(s), # 9 Summon(s), # 10 Summon(s), # 11 Summon(s), # 12 Summon(s)) (Gulisano, Michael) (Entered: 09/27/2021) |
| 09/27/2021 | 2 | Clerks Notice of Judge Assignment to Judge K. Michael Moore.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Lauren F. Louis is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent.<br><br>Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of |

| | | |
|---|---|---|
| | | our website. (pcs) (Entered: 09/27/2021) |
| 09/27/2021 | [3](#) | Summons Issued as to Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Florida, Inc., Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of North Carolina, Group Hospitalization and Medical Services, Inc., HMO Missouri, Inc., Health Care Service Corp., Highmark, Inc., Horizon Healthcare Services, Inc., Louisiana Health Service & Indemnity Co.. (pcs) (Entered: 09/27/2021) |
| 09/28/2021 | 4 | PAPERLESS PRETRIAL ORDER. This order has been entered upon the filing of the complaint. Plaintiff's counsel is hereby ORDERED to forward to all defendants, upon receipt of a responsive pleading, a copy of this Order. It is further ORDERED that S.D. Fla. L.R. 16.1 shall apply to this case and the parties shall hold a scheduling conference no later than twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of the complaint, whichever occurs first. However, if all defendants have not been served by the expiration of this deadline, Plaintiff shall move for an enlargement of time to hold the scheduling conference, not to exceed 90 days from the filing of the Complaint. Within ten (10) days of the scheduling conference, counsel shall file a joint scheduling report. Failure of counsel to file a joint scheduling report within the deadlines set forth above may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs. The parties should note that the time period for filing a joint scheduling report is not tolled by the filing of any other pleading, such as an amended complaint or Rule 12 motion. The scheduling conference may be held via telephone. At the conference, the parties shall comply with the following agenda that the Court adopts from S.D. Fla. L.R. 16.1: (1) Documents (S.D. Fla. L.R. 16.1.B.1 and 2) - The parties shall determine the procedure for exchanging a copy of, or a description by category and location of, all documents and other evidence that is reasonably available and that a party expects to offer or may offer if the need arises. Fed. R. Civ. P. 26(a)(1)(B). (a) Documents include computations of the nature and extent of any category of damages claimed by the disclosing party unless the computations are privileged or otherwise protected from disclosure. Fed. R. Civ. P. 26(a)(1)(C). (b) Documents include insurance agreements which may be at issue with the satisfaction of the judgment. Fed. R. Civ. P. 26(a)(1)(D). (2) List of Witnesses - The parties shall exchange the name, address and telephone number of each individual known to have knowledge of the facts supporting the material allegations of the pleading filed by the party. Fed. R. Civ. P. 26(a)(1)(A). The parties have a continuing obligation to disclose this information. (3) Discussions and Deadlines (S.D. Fla. L.R. 16.1.B.2) - The parties shall discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case. Failure to comply with this Order or to exchange the information listed above may result in sanctions and/or the exclusion of documents or witnesses at the time of trial. S.D. Fla. L.R. 16.1.I.<br><br>Pursuant to Administrative Order 2016-70 of the Southern District of Florida and consistent with the Court of Appeals for the Eleventh Circuit's Local Rules and Internal Operating Procedures, within three days of the conclusion of a trial or other proceeding, parties must file via CM/ECF electronic versions of documentary exhibits admitted into evidence, including photographs of non-documentary physical exhibits. The Parties are |

| | | |
|---|---|---|
| | | directed to comply with each of the requirements set forth in Administrative Order 2016-70 unless directed otherwise by the Court.<br><br>Telephonic appearances are not permitted for any purpose. Upon reaching a settlement in this matter the parties are instructed to notify the Court by telephone and to file a Notice of Settlement within twenty-four (24) hours. Signed by Judge K. Michael Moore on 9/28/2021. (tgr) (Entered: 09/28/2021) |
| 09/28/2021 | 5 | PAPERLESS ORDER REFERRING PRETRIAL DISCOVERY MATTERS TO MAGISTRATE JUDGE LAUREN F. LOUIS. PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge Lauren F. Louis to take all necessary and proper action as required by law with respect to any and all pretrial discovery matters. Any motion affecting deadlines set by the Court's Scheduling Order is excluded from this referral, unless specifically referred by separate Order. It is FURTHER ORDERED that the parties shall comply with Magistrate Judge Lauren F. Louis's discovery procedures. Signed by Judge K. Michael Moore on 9/28/2021. (tgr) (Entered: 09/28/2021) |
| 10/22/2021 | 6 | NOTICE by Dave Barth, Danny Beltran, Eva Clark, Sara Corcoran, Donald Cosgrove, Barbara Dicks, Catalina Dinovo, Justin Duke, Tiffany Duke, Bob Farohideh, Mary Floyd, Erick Gibbs, Darin Griffin, John Hoover, Winford House, Douglas Howie, Edward Inglesby, Iman Jones, Tiana Kelley, Michael Leach, Alvin McCray, Frank Melchiore, James Moore, Matt Motta, Jeannine Noll, Brendan Price, Valery Rivera, Sue-Ling Rosario, Terra Scott Dannison, David Sexton, Sandra Styles Horvath, Kevan Watkins, Sharon Zebley, Peter Zitoli *OF FILING LICENSE AGREEMENTS USED BY DEFENDANTS* (Attachments: # 1 Exhibit, # 2 Exhibit) (Gulisano, Michael) (Entered: 10/22/2021) |
| 10/23/2021 | 7 | SUMMONS (Affidavit) Returned Executed on 1 Complaint,,, with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Brendan Price, James Moore, Peter Zitoli, Frank Melchiore, Barbara Dicks, Sharon Zebley, Valery Rivera, John Hoover, Catalina Dinovo, Tiffany Duke, Sandra Styles Horvath, Eva Clark, Mary Floyd, David Sexton, Michael Leach, Winford House, Sue-Ling Rosario, Tiana Kelley, Justin Duke, Iman Jones, Dave Barth, Danny Beltran, Alvin McCray, Jeannine Noll, Matt Motta, Erick Gibbs, Bob Farohideh, Terra Scott Dannison, Douglas Howie, Donald Cosgrove, Darin Griffin, Sara Corcoran, Kevan Watkins, Edward Inglesby. Health Care Service Corp. served on 10/20/2021, response/answer due 11/10/2021. (Gulisano, Michael) (Entered: 10/23/2021) |
| 10/23/2021 | 8 | REQUEST FOR WAIVER of Service sent to BLUE CROSS AND BLUE SHIELD ASS'N on 10/08/2021 by Dave Barth, Danny Beltran, Eva Clark, Sara Corcoran, Donald Cosgrove, Barbara Dicks, Catalina Dinovo, Justin Duke, Tiffany Duke, Bob Farohideh, Mary Floyd, Erick Gibbs, Darin Griffin, John Hoover, Winford House, Douglas Howie, Edward Inglesby, Iman Jones, Tiana Kelley, Michael Leach, Alvin McCray, Frank Melchiore, James Moore, Matt Motta, Jeannine Noll, Brendan Price, Valery Rivera, Sue-Ling Rosario, Terra Scott Dannison, David Sexton, Sandra Styles Horvath, Kevan Watkins, Sharon Zebley. Waiver of Service due by 11/8/2021. (Gulisano, Michael) (Entered: 10/23/2021) |

| | | |
|---|---|---|
| 10/23/2021 | 9 | REQUEST FOR WAIVER of Service sent to BLUE CROSS AND BLUE SHIELD OF ALABAMA on 10/08/2021 by Dave Barth, Danny Beltran, Eva Clark, Sara Corcoran, Donald Cosgrove, Barbara Dicks, Catalina Dinovo, Justin Duke, Tiffany Duke, Bob Farohideh, Mary Floyd, Erick Gibbs, Darin Griffin, John Hoover, Winford House, Douglas Howie, Edward Inglesby, Iman Jones, Tiana Kelley, Michael Leach, Alvin McCray, Frank Melchiore, James Moore, Matt Motta, Jeannine Noll, Brendan Price, Valery Rivera, Sue-Ling Rosario, Terra Scott Dannison, David Sexton. Waiver of Service due by 11/8/2021. (Gulisano, Michael) (Entered: 10/23/2021) |
| 10/23/2021 | 10 | REQUEST FOR WAIVER of Service sent to LOUISIANA HEALTH SERVICE & INDEMNITY CO. on 10/08/2021 by Dave Barth, Danny Beltran, Eva Clark, Sara Corcoran, Donald Cosgrove, Barbara Dicks, Catalina Dinovo, Justin Duke, Tiffany Duke, Bob Farohideh, Mary Floyd, Erick Gibbs, Darin Griffin, John Hoover, Winford House, Douglas Howie, Edward Inglesby, Iman Jones, Tiana Kelley, Michael Leach, Alvin McCray, Frank Melchiore, James Moore, Matt Motta, Jeannine Noll, Brendan Price, Valery Rivera, Sue-Ling Rosario, Terra Scott Dannison, David Sexton, Sandra Styles Horvath, Kevan Watkins, Sharon Zebley, Peter Zitoli. Waiver of Service due by 11/8/2021. (Gulisano, Michael) (Entered: 10/23/2021) |
| 10/23/2021 | 11 | REQUEST FOR WAIVER of Service sent to HIGHMARK, INC. d/b/a BLUESHIELD OF NORTHEASTERN NEW YORK on 10/08/2021 by Dave Barth, Danny Beltran, Eva Clark, Sara Corcoran, Donald Cosgrove, Barbara Dicks, Catalina Dinovo, Justin Duke, Tiffany Duke, Bob Farohideh, Mary Floyd, Erick Gibbs, Darin Griffin, John Hoover, Winford House, Douglas Howie, Edward Inglesby, Iman Jones, Tiana Kelley, Michael Leach, Alvin McCray, Frank Melchiore, James Moore, Matt Motta, Jeannine Noll, Brendan Price, Valery Rivera, Sue-Ling Rosario, Terra Scott Dannison, David Sexton, Sandra Styles Horvath, Kevan Watkins, Sharon Zebley, Peter Zitoli. Waiver of Service due by 11/8/2021. (Gulisano, Michael) (Entered: 10/23/2021) |
| 10/23/2021 | 12 | REQUEST FOR WAIVER of Service sent to BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA on 10/08/2021 by Dave Barth, Danny Beltran, Eva Clark, Sara Corcoran, Donald Cosgrove, Barbara Dicks, Catalina Dinovo, Justin Duke, Tiffany Duke, Bob Farohideh, Mary Floyd, Erick Gibbs, Darin Griffin, John Hoover, Winford House, Douglas Howie, Edward Inglesby, Iman Jones, Tiana Kelley, Michael Leach, Alvin McCray, Frank Melchiore, James Moore, Matt Motta, Jeannine Noll, Brendan Price, Valery Rivera, Sue-Ling Rosario, Terra Scott Dannison, David Sexton, Sandra Styles Horvath, Kevan Watkins, Sharon Zebley, Peter Zitoli. Waiver of Service due by 11/8/2021. (Gulisano, Michael) (Entered: 10/23/2021) |
| 10/23/2021 | 13 | REQUEST FOR WAIVER of Service sent to BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC. on 10/12/2021 by Dave Barth, Danny Beltran, Eva Clark, Sara Corcoran, Donald Cosgrove, Barbara Dicks, Catalina Dinovo, Justin Duke, Tiffany Duke, Bob Farohideh, Mary Floyd, Erick Gibbs, Darin Griffin, John Hoover, Winford House, Douglas Howie, Edward Inglesby, Iman Jones, Tiana Kelley, Michael Leach, Alvin McCray, Frank Melchiore, James Moore, Matt Motta, Jeannine Noll, Brendan Price, Valery Rivera, Sue-Ling Rosario, Terra Scott Dannison, David Sexton, Sandra Styles Horvath, Kevan Watkins, Sharon Zebley, Peter Zitoli. Waiver of Service due by 11/15/2021. (Gulisano, Michael) (Entered: 10/23/2021) |

| | | |
|---|---|---|
| 10/23/2021 | 14 | REQUEST FOR WAIVER of Service sent to ANTHEM BLUE CROSS BLUE SHIELD OF MISSOURI on 10/12/2021 by Dave Barth, Danny Beltran, Eva Clark, Sara Corcoran, Donald Cosgrove, Barbara Dicks, Catalina Dinovo, Justin Duke, Tiffany Duke, Bob Farohideh, Mary Floyd, Erick Gibbs, Darin Griffin, John Hoover, Winford House, Douglas Howie, Edward Inglesby, Iman Jones, Tiana Kelley, Michael Leach, Alvin McCray, Frank Melchiore, James Moore, Matt Motta, Jeannine Noll, Brendan Price, Valery Rivera, Sue-Ling Rosario, Terra Scott Dannison, David Sexton, Sandra Styles Horvath, Kevan Watkins, Sharon Zebley, Peter Zitoli. Waiver of Service due by 11/15/2021. (Gulisano, Michael) (Entered: 10/23/2021) |
| 10/23/2021 | 15 | REQUEST FOR WAIVER of Service sent to HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY on 10/12/2021 by Dave Barth, Danny Beltran, Eva Clark, Sara Corcoran, Donald Cosgrove, Barbara Dicks, Catalina Dinovo, Justin Duke, Tiffany Duke, Bob Farohideh, Mary Floyd, Erick Gibbs, Darin Griffin, John Hoover, Winford House, Douglas Howie, Edward Inglesby, Iman Jones, Tiana Kelley, Michael Leach, Alvin McCray, Frank Melchiore, James Moore, Matt Motta, Jeannine Noll, Brendan Price, Valery Rivera, Sue-Ling Rosario, Terra Scott Dannison, David Sexton, Sandra Styles Horvath, Kevan Watkins, Sharon Zebley, Peter Zitoli. Waiver of Service due by 11/15/2021. (Gulisano, Michael) (Entered: 10/23/2021) |
| 10/23/2021 | 16 | REQUEST FOR WAIVER of Service sent to CAREFIRST BLUECROSS BLUESHIELD on 10/12/2021 by Dave Barth, Danny Beltran, Eva Clark, Sara Corcoran, Donald Cosgrove, Barbara Dicks, Catalina Dinovo, Justin Duke, Tiffany Duke, Bob Farohideh, Mary Floyd, Erick Gibbs, Darin Griffin, John Hoover, Winford House, Douglas Howie, Edward Inglesby, Iman Jones, Tiana Kelley, Michael Leach, Alvin McCray, Frank Melchiore, James Moore, Matt Motta, Jeannine Noll, Brendan Price, Valery Rivera, Sue-Ling Rosario, Terra Scott Dannison, David Sexton, Sandra Styles Horvath, Kevan Watkins, Sharon Zebley, Peter Zitoli. Waiver of Service due by 11/15/2021. (Gulisano, Michael) (Entered: 10/23/2021) |
| 10/25/2021 | 17 | SUMMONS (Affidavit) Returned Executed on 1 Complaint,,, with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Brendan Price, James Moore, Frank Melchiore, Barbara Dicks, Valery Rivera, John Hoover, Catalina Dinovo, Tiffany Duke, Sandra Styles Horvath, Eva Clark, Mary Floyd, David Sexton, Michael Leach, Winford House, Sue-Ling Rosario, Tiana Kelley, Justin Duke, Iman Jones, Dave Barth, Danny Beltran, Alvin McCray, Jeannine Noll, Matt Motta, Erick Gibbs, Bob Farohideh, Terra Scott Dannison, Douglas Howie, Donald Cosgrove, Darin Griffin, Sara Corcoran, Kevan Watkins, Edward Inglesby. Blue Cross and Blue Shield of Florida, Inc. served on 10/20/2021, response/answer due 11/10/2021. (Gulisano, Michael) (Entered: 10/25/2021) |
| 11/04/2021 | 18 | NOTICE by Blue Cross and Blue Shield Association *Defendant's Notice of Potential Tag-Along Action*. Attorney Brendan E. Ryan added to party Blue Cross and Blue Shield Association(pty:dft). (Attachments: # 1 Exhibit A - JPML Notice of Potential Tag-Along Action) (Ryan, Brendan) (Entered: 11/04/2021) |
| 11/04/2021 | 19 | Corporate Disclosure Statement by Blue Cross and Blue Shield Association (Ryan, Brendan) (Entered: 11/04/2021) |

| 11/08/2021 | 20 | WAIVER OF SERVICE Returned Executed by Brendan Price, James Moore, Peter Zitoli, Frank Melchiore, Barbara Dicks, Sharon Zebley, Valery Rivera, John Hoover, Catalina Dinovo, Tiffany Duke, Sandra Styles Horvath, Eva Clark, Mary Floyd, David Sexton, Michael Leach, Winford House, Sue-Ling Rosario, Tiana Kelley, Justin Duke, Iman Jones, Dave Barth, Danny Beltran, Alvin McCray, Jeannine Noll, Matt Motta, Erick Gibbs, Bob Farohideh, Terra Scott Dannison, Douglas Howie, Donald Cosgrove, Darin Griffin, Sara Corcoran, Kevan Watkins, Edward Inglesby. Blue Cross and Blue Shield Association waiver sent on 10/13/2021, response/answer due 12/13/2021. (Gulisano, Michael) (Entered: 11/08/2021) |
|---|---|---|
| 11/08/2021 | 21 | WAIVER OF SERVICE Returned Executed by Brendan Price, James Moore, Frank Melchiore, Barbara Dicks, Valery Rivera, John Hoover, Catalina Dinovo, Tiffany Duke, Sandra Styles Horvath, Eva Clark, Mary Floyd, David Sexton, Michael Leach, Winford House, Sue-Ling Rosario, Tiana Kelley, Justin Duke, Iman Jones, Dave Barth, Danny Beltran, Alvin McCray, Jeannine Noll, Matt Motta, Erick Gibbs, Bob Farohideh, Terra Scott Dannison, Douglas Howie, Donald Cosgrove, Darin Griffin, Sara Corcoran, Kevan Watkins, Edward Inglesby. Louisiana Health Service & Indemnity Co. waiver sent on 10/13/2021, response/answer due 12/13/2021. (Gulisano, Michael) (Entered: 11/08/2021) |
| 11/08/2021 | 22 | WAIVER OF SERVICE Returned Executed by Brendan Price, James Moore, Peter Zitoli, Frank Melchiore, Barbara Dicks, Sharon Zebley, Valery Rivera, John Hoover, Catalina Dinovo, Tiffany Duke, Sandra Styles Horvath, Eva Clark, Mary Floyd, David Sexton, Michael Leach, Winford House, Sue-Ling Rosario, Tiana Kelley, Justin Duke, Iman Jones, Dave Barth, Danny Beltran, Alvin McCray, Jeannine Noll, Matt Motta, Erick Gibbs, Bob Farohideh, Terra Scott Dannison, Douglas Howie, Donald Cosgrove, Darin Griffin, Sara Corcoran, Kevan Watkins, Edward Inglesby. HMO Missouri, Inc. waiver sent on 10/13/2021, response/answer due 12/13/2021. (Gulisano, Michael) (Entered: 11/08/2021) |
| 11/08/2021 | 23 | WAIVER OF SERVICE Returned Executed by Brendan Price, James Moore, Peter Zitoli, Frank Melchiore, Barbara Dicks, Sharon Zebley, Valery Rivera, John Hoover, Catalina Dinovo, Tiffany Duke, Sandra Styles Horvath, Eva Clark, Mary Floyd, David Sexton, Michael Leach, Winford House, Sue-Ling Rosario, Tiana Kelley, Justin Duke, Iman Jones, Dave Barth, Danny Beltran, Alvin McCray, Jeannine Noll, Matt Motta, Erick Gibbs, Bob Farohideh, Terra Scott Dannison, Douglas Howie, Donald Cosgrove, Darin Griffin, Sara Corcoran, Kevan Watkins, Edward Inglesby. Highmark, Inc. waiver sent on 10/13/2021, response/answer due 12/13/2021. (Gulisano, Michael) (Entered: 11/08/2021) |
| 11/08/2021 | 24 | WAIVER OF SERVICE Returned Executed by Brendan Price, James Moore, Peter Zitoli, Frank Melchiore, Barbara Dicks, Sharon Zebley, Valery Rivera, John Hoover, Catalina Dinovo, Tiffany Duke, Sandra Styles Horvath, Eva Clark, Mary Floyd, David Sexton, Michael Leach, Winford House, Sue-Ling Rosario, Tiana Kelley, Justin Duke, Iman Jones, Dave Barth, Danny Beltran, Alvin McCray, Jeannine Noll, Matt Motta, Erick Gibbs, Bob Farohideh, Terra Scott Dannison, Douglas Howie, Donald Cosgrove, Darin Griffin, Sara Corcoran, Kevan Watkins, Edward Inglesby. Blue Cross and Blue Shield of Alabama waiver sent on 10/13/2021, response/answer due 12/13/2021. (Gulisano, Michael) (Entered: 11/08/2021) |

| | | |
|---|---|---|
| 11/08/2021 | 25 | WAIVER OF SERVICE Returned Executed by Brendan Price, James Moore, Peter Zitoli, Frank Melchiore, Barbara Dicks, Sharon Zebley, Valery Rivera, John Hoover, Catalina Dinovo, Tiffany Duke, Sandra Styles Horvath, Eva Clark, Mary Floyd, David Sexton, Michael Leach, Winford House, Sue-Ling Rosario, Tiana Kelley, Justin Duke, Iman Jones, Dave Barth, Danny Beltran, Alvin McCray, Jeannine Noll, Matt Motta, Erick Gibbs, Bob Farohideh, Terra Scott Dannison, Douglas Howie, Donald Cosgrove, Darin Griffin, Sara Corcoran, Kevan Watkins, Edward Inglesby. Blue Cross and Blue Shield of Massachusetts, Inc. waiver sent on 10/13/2021, response/answer due 12/13/2021. (Gulisano, Michael) (Entered: 11/08/2021) |
| 11/08/2021 | 26 | WAIVER OF SERVICE Returned Executed by Brendan Price, James Moore, Peter Zitoli, Frank Melchiore, Barbara Dicks, Sharon Zebley, Valery Rivera, John Hoover, Catalina Dinovo, Tiffany Duke, Sandra Styles Horvath, Eva Clark, Mary Floyd, David Sexton, Michael Leach, Winford House, Sue-Ling Rosario, Tiana Kelley, Justin Duke, Iman Jones, Dave Barth, Danny Beltran, Alvin McCray, Jeannine Noll, Matt Motta, Erick Gibbs, Bob Farohideh, Terra Scott Dannison, Douglas Howie, Donald Cosgrove, Darin Griffin, Sara Corcoran, Kevan Watkins, Edward Inglesby. Blue Cross and Blue Shield of North Carolina waiver sent on 10/13/2021, response/answer due 12/13/2021. (Gulisano, Michael) (Entered: 11/08/2021) |
| 11/08/2021 | 27 | WAIVER OF SERVICE Returned Executed by Brendan Price, James Moore, Peter Zitoli, Frank Melchiore, Barbara Dicks, Sharon Zebley, Valery Rivera, John Hoover, Catalina Dinovo, Tiffany Duke, Sandra Styles Horvath, Eva Clark, Mary Floyd, David Sexton, Michael Leach, Winford House, Sue-Ling Rosario, Tiana Kelley, Justin Duke, Iman Jones, Dave Barth, Danny Beltran, Alvin McCray, Jeannine Noll, Matt Motta, Erick Gibbs, Bob Farohideh, Terra Scott Dannison, Douglas Howie, Donald Cosgrove, Darin Griffin, Sara Corcoran, Kevan Watkins, Edward Inglesby. Group Hospitalization and Medical Services, Inc. waiver sent on 10/13/2021, response/answer due 12/13/2021. (Gulisano, Michael) (Entered: 11/08/2021) |
| 11/08/2021 | 28 | WAIVER OF SERVICE Returned Executed by Brendan Price, James Moore, Peter Zitoli, Frank Melchiore, Barbara Dicks, Sharon Zebley, Valery Rivera, John Hoover, Catalina Dinovo, Tiffany Duke, Sandra Styles Horvath, Eva Clark, Mary Floyd, David Sexton, Michael Leach, Winford House, Sue-Ling Rosario, Tiana Kelley, Justin Duke, Iman Jones, Dave Barth, Danny Beltran, Alvin McCray, Jeannine Noll, Matt Motta, Erick Gibbs, Bob Farohideh, Terra Scott Dannison, Douglas Howie, Donald Cosgrove, Darin Griffin, Sara Corcoran, Kevan Watkins, Edward Inglesby. Horizon Healthcare Services, Inc. waiver sent on 10/13/2021, response/answer due 12/13/2021. (Gulisano, Michael) (Entered: 11/08/2021) |
| 11/09/2021 | 29 | STIPULATION *Joint Stipulation for Extension of Time to Respond to Complaint* by Blue Cross and Blue Shield Association (Attachments: # 1 Text of Proposed Order) (Ryan, Brendan) (Entered: 11/09/2021) |
| 11/10/2021 | 30 | ORDER OF RECUSAL AND REASSIGNMENT. Magistrate Judge Lauren Fleischer Louis recused. Case reassigned to Ch. Magistrate Judge John J. O'Sullivan for all further proceedings. Signed by Magistrate Judge Lauren Fleischer Louis on 11/10/2021. *See attached document for full details.* (vjk) (Entered: 11/10/2021) |

| | | |
|---|---|---|
| 11/10/2021 | 31 | PAPERLESS ORDER. THIS CAUSE came before the Court upon the Parties' Joint Stipulation for Extension of Time to Respond to Complaint 29 . The Court construes the Stipulation as an unopposed, joint motion for extension of time. Therein, the Parties request that the Court set December 13, 2021 as the uniform deadline for Defendants to respond to Plaintiffs' Complaint. 29 at 2. Rule 6(b) of the Federal Rules of Civil Procedure provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1). Here, the Parties argue that good cause exists because Defendants have different deadlines to respond to Plaintiffs' Complaint, and a uniform deadline would "promote judicial economy and efficiency for all Parties." 29 at 2. The Court finds good cause to grant the timely, unopposed request for a uniform response deadline because a uniform deadline would promote judicial economy and the efficient resolution of this case. Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Parties' Motion 29 is GRANTED. Defendants shall respond to Plaintiffs' Complaint on or before December 13, 2021. Signed by Judge K. Michael Moore on 11/10/2021. (elm) (Entered: 11/10/2021) |
| 11/23/2021 | 32 | MOTION for Extension of Time to File Response/Reply/Answer *Joint Motion for Extension of Time to Respond to Complaint* by Blue Cross and Blue Shield Association. (Attachments: # 1 Text of Proposed Order)(Ryan, Brendan) (Entered: 11/23/2021) |
| 11/24/2021 | 33 | PAPERLESS ORDER. THIS CAUSE came before the Court upon the Parties' Joint Motion for Extension of Time to Respond to Complaint. 32 . Therein, the Parties request that the Court extend the deadline for Defendants to respond to Plaintiffs' Complaint by one (1) month. Id. at 2. The Court previously granted the Parties' request to set the current, uniform response deadline of December 13, 2021. See 31 . Now, the Parties inform the Court that Defendants filed a Notice of Potential Tag-Along Action with the Clerk of the Judicial Panel on Multidistrict Litigation ("the Panel"), the Panel entered a Conditional Transfer Order ("CTO") that would transfer this case to the Northern District of Alabama, Plaintiffs filed a Notice of Opposition to the CTO, and, if Plaintiffs move to vacate the CTO, briefing will not close as to that motion until December 27, 2021. 32 at 1. The Parties argue that it "would be efficient for Defendants' deadline to respond to the Complaint to be extended while the [Panel] process proceeds." Id. The Court finds good cause to grant the timely, unopposed request for an extension of the response deadline. See Fed. R. Civ. P. 6(b). Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Parties' Motion 32 is GRANTED. Defendants shall respond to Plaintiffs' Complaint on or before January 13, 2022. Signed by Judge K. Michael Moore on 11/24/2021. (elm) (Entered: 11/24/2021) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/28/2021 13:58:43 | | |
| **PACER Login:** | gulisanolaw | **Client Code:** |

| **Description:** | Docket Report | **Search Criteria:** | 1:21-cv-23448-KMM |
|---|---|---|---|
| **Billable Pages:** | 11 | **Cost:** | 1.10 |

| **Description:** | Docket Report | **Search Criteria:** | 1:21-cv-23448-KMM |
|---|---|---|---|
| **Billable Pages:** | 11 | **Cost:** | 1.10 |