**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 29th day of November 2021, the foregoing was filed electronically with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jeffrey J. Zeiger*

Jeffrey J. Zeiger
