BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re:  BLUE CROSS BLUE SHIELD   )
ANTITRUST LITIGATION             )     MDL No. 2406
                                 )

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

| Ex. | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Metropolitan Transportation Authority, New York City Transit Authority, Manhattan and Bronx Surface Transit Operating Authority, Triborough Bridge and Tunnel Authority, The Long Island Rail Road Company, Metro-North Commuter Railroad Company, MTA Bus Company, MTA Construction and Development Company, and Staten Island Rapid Transit Operating Authority. | Blue Cross and Blue Shield of Alabama; Premera and Premera Blue Cross, also *d/b/a* Premera Blue Cross Blue Shield of Alaska; Blue Cross Blue Shield of Arizona, Inc.; USAble Mutual Insurance Company *d/b/a* Arkansas Blue Cross and Blue Shield; Anthem, Inc. *f/k/a* Wellpoint, Inc. *d/b/a* Anthem Blue Cross Life and Health Insurance Company; Blue Cross of California, Blue Cross of Southern California, Blue Cross of Northern California, and Blue Cross Blue Shield of Georgia, and also doing business through its subsidiaries or divisions, including, Anthem Health Plans, Inc. *d/b/a* Anthem Blue Cross Blue Shield of Connecticut; Rocky Mountain Hospital & Medical Service Inc. *d/b/a* Anthem Blue Cross Blue Shield of Colorado and Anthem Blue Cross Blue Shield of Nevada, Anthem | Southern District of New York | 1:21-cv-09101 | Judge John P. Cronan |

| | | Insurance Companies, Inc. *d/b/a* Anthem Blue Cross Blue Shield of Indiana, Anthem Health Plans of Kentucky, Inc. *d/b/a* Anthem Blue Cross Blue Shield of Kentucky, Anthem Health Plans of Maine, Inc. *d/b/a* Anthem Blue Cross Blue Shield of Maine, Anthem Blue Cross Blue Shield of Missouri, RightCHOICE Managed Care, Inc., Healthy Alliance Life Insurance Company, HMO Missouri Inc., Anthem Health Plans of New Hampshire, Inc. *d/b/a* Anthem Blue Cross Blue Shield of New Hampshire, Empire HealthChoice Assurance, Inc. *d/b/a* Empire Blue Cross Blue Shield, Community Insurance Company *d/b/a* Anthem Blue Cross Blue Shield of Ohio, Anthem Health Plans of Virginia, Inc., *d/b/a* Anthem Blue Cross and Blue Shield of Virginia, Anthem Blue Cross Blue Shield of Wisconsin, and Compcare Health Services Insurance Corporation; California Physicians' Service *d/b/a* Blue Shield of California; Highmark Health and Highmark Inc. *d/b/a* Highmark Blue Shield and Highmark Blue Cross Blue Shield including Highmark Inc. predecessor Hospital Service Association of Northeastern Pennsylvania *f/d/b/a* Blue Cross of Northeastern Pennsylvania ("BC-Northeastern PA") | | | |
|---|---|---|---|---|---|

| | | (together, "Highmark BCBS"); Highmark Blue Cross Blue Shield Delaware Inc. *d/b/a* Highmark Blue Cross Blue Shield Delaware; Highmark West Virginia Inc. *d/b/a* Highmark Blue Cross Blue Shield West Virginia; CareFirst, Inc. and its subsidiaries or affiliates Group Hospitalization and Medical Services, Inc., CareFirst of Maryland, Inc., and CareFirst BlueChoice, Inc., which collectively *d/b/a* CareFirst BlueCross BlueShield; Guidewell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida Inc.; Hawaii Medical Service Association *d/b/a* Blue Cross and Blue Shield of Hawaii; Regence BlueShield of Idaho and Blue Cross of Idaho Health Service, Inc. *d/b/a* Blue Cross of Idaho; Cambia Health Solutions, Inc. *d/b/a* Regence BlueShield of Idaho, Regence Blue Cross Blue Shield of Oregon, Regence Blue Cross Blue Shield of Utah, and Regence Blue Shield (Washington); Health Care Service Corporation, a Mutual Legal Reserve company, *d/b/a* Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Montana, including its predecessor, Caring for Montanans, Inc., Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield | | | |

| | | |
|---|---|---|
| | of Texas; Wellmark, Inc. including its subsidiaries and/or divisions, Wellmark Blue Cross and Blue Shield of Iowa, Wellmark of South Dakota, Inc. *d/b/a* Wellmark Blue Cross and Blue Shield of South Dakota; Blue Cross and Blue Shield of Kansas, Inc.; Louisiana Health Service & Indemnity Company *d/b/a* Blue Cross and Blue Shield of Louisiana; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross Blue Shield of Michigan Mutual Insurance Company; Aware Integrated, Inc., and BCBSM, Inc. *d/b/a* Blue Cross and Blue Shield of Minnesota; Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company; Blue Cross and Blue Shield of Kansas City; GoodLife Partners, Inc.; Blue Cross and Blue Shield of Nebraska; Horizon Healthcare Services, Inc. *d/b/a* Horizon Blue Cross Blue Shield of New Jersey; HealthNow Systems, Inc., HealthNow New York, Inc. *d/b/a* BlueCross BlueShield of Western New York and BlueShield of Northeastern New York; Lifetime Healthcare, Inc. and Excellus Health Plan, Inc. *d/b/a* Excellus BlueCross BlueShield; Blue Cross and Blue Shield of North Carolina; Noridian Mutual Insurance Company and HealthyDakota Mutual Holdings *d/b/a* Blue Cross | |

| | | Blue Shield of North Dakota; Capital Blue Cross; Independence Health Group, Inc. and Independence Hospital Indemnity Plan, Inc. *f/k/a* Independence Blue Cross; Triple-S Management Corporation and Triple-S Salud, Inc.; Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of South Carolina; BlueCross BlueShield of Tennessee, Inc.; Blue Cross and Blue Shield of Vermont; Blue Cross and Blue Shield of Wyoming; and the Blue Cross and Blue Shield Association. | | | |
|---|---|---|---|---|---|