**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: BLUE CROSS AND BLUE SHIELD           MDL No.: 2406
ANTITRUST LITIGATION

_____/

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Reply in Support of Motion and Brief to Vacate CTO-37 were served on all parties in the following cases electronically via ECF, or as indicated below, on December 27, 2021.

| | |
|---|---|
| Clerk of the Court<br>United States District Court<br>Southern District of Florida<br>Wilkie D. Ferguson, Jr. U.S. Courthouse<br>400 North Miami Avenue<br>Miami, FL 33128 | Chantilly, VA 20151<br>Tel: (703) 592-1155<br>Fax: (612) 332-8915<br>jredgrave@redgravellp.com<br><br>Additional Counsel for HCSC and Highmark Defendants |
| Craig A. Hoover<br>E. Desmond Hogan<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 13th Street, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br>craig.hoover@hoganlovells.com<br>desmond.hogan@hoganlovells.com | Kathleen Taylor Sooy<br>ksooy@crowell.com<br>Tracy A. Roman<br>troman@crowell.com<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave. NW<br>Washington, D.C. 20004<br>Tel: (202) 624-2500<br>Fax: (202) 628-5116 |
| Counsel for HMO Missouri, Inc. d/b/a/ Anthem Blue Cross Blue Shield of Missouri, Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey) | Sarah M. Gilbert<br>sgilbert@crowell.com<br>Honor R. Costello<br>hcostello@crowell.com<br>CROWELL & MORING LLP<br>590 Madison Ave., 20th Floor<br>New York, NY 10022<br>Tel: (212) 223-4000<br>Fax: (212) 223-4134 |
| Jonathan M. Redgrave<br>REDGRAVE, LLP<br>14555 Avion Parkway, Suite 275 | Counsel for Defendant Highmark Western |

and Northeastern New York Inc. (incorrectly sued as "Highmark, Inc. d/b/a BlueShield of Northeastern New York")

Christopher J. Kelly
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Tel: (650) 331-2025
Fax: (650) 331-2060
cjkelly@mayerbrown.com

Evan R. Chesler
Christine A. Varney
Karin A. DeMasi
Lauren R. Kennedy
David H. Korn
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
cvarney@cravath.com
kdemasi@cravath.com
lkennedy@cravath.com
dkorn@cravath.com

Counsel for Defendants Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina, Inc.; Group Hospitalization and Medical Services, Inc.; Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its division Blue Cross and Blue Shield of Illinois

James L. Priester
Carl S. Burkhalter
John Thomas A. Malatesta, III
MAYNARD COOPER & GALE PC

1901 6th Avenue North, Suite 2400
Regions Harbert Plaza
Birmingham, AL 35203
Tel: (205) 254-1000
Fax: (205) 254-1999
jpriester@maynardcooper.com
cburkhalter@maynardcooper.com
jmalatesta@maynardcooper.com

Nicholas J. Boos
MAYNARD, COOPER & GALE PC
2 Embarcadero Center, Suite 1450
San Francisco, CA 94111
Tel: (415) 646-4674
Fax: (205) 714-6709
nboos@maynardcooper.com

Pamela B. Slate
HILL CARTER FRANCO COLE & BLACK, P.C.
425 South Perry Street
Montgomery, AL 36104
Tel: (334) 834-7600
Fax: (334) 386-4381
pslate@hillhillcarter.com

With Cravath, Swaine & Moore LLP, counsel for Defendant Blue Cross Blue Shield of Alabama

Helen E. Witt, P.C.
Jeffrey J. Zeiger, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
hwitt@kirkland.com
jzeiger@kirkland.com

Counsel for Defendant Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its division Blue Cross and Blue Shield of Illinois

Gulisano Law, PLLC
5645 Coral Ridge Drive, Suite 207
Coral Springs, FL 33076
954-947-3972 – office
michael@gulisanolaw.com – email

s/ Michael Gulisano
Michael Gulisano, Esquire
Florida Bar No.: 87573

Counsel for Plaintiffs, John Hoover, *et al.*