**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | MDL No. 2406 |

**AMENDED CERTIFICATE OF SERVICE**

I, Daniel E. Laytin, as Counsel for Defendant Blue Cross Blue Shield Association, hereby certify that on the 29th day of March, 2022, a Notice of Potential Tag-Along Action was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Defendant Blue Cross Blue Shield Association.

By overnight service today, March 29, 2022, a copy of the foregoing Notice of Potential Tag-Along Action was sent to the clerk of the affected district court:

Clerk of the Court
United States District Court
Central District of California — Southern Division
Ronald Reagan Federal Building and United States Courthouse
411 West 4th Street, Room 1053
Santa Ana, CA  92701-4516

By overnight service today, March 29, 2022, and by email, a copy of the foregoing Notice of Potential Tag-Along Action was sent to Plaintiffs' counsel of record:

Daniel J. Callahan
Edward Susolik
Richard T. Collins
Damon D. Eisenbrey
CALLAHAN & BLAINE, APLC
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
dcallahan@callahan-law.com
esusolik@callahan-law.com
rcollins@callahan-law.com
deisenbrey@callahan-law.com

*Attorneys for Plaintiffs* Women's Recovery Center, LLC, a California limited liability company; TML Recovery, LLC, a California limited liability company; Southern California Recovery Centers Oceanside, LLC, a California limited liability company; MMR Services, LLC, a California limited liability company; Southern California Addiction Center, Inc., a California corporation; Kool Living, Inc., a California corporation; Pacific Palms Recovery, LLC, a California limited liability company;

Addiction Health Alliance, LLC, a California limited liability company; DR Recovery Encinitas, LLC, a California limited liability company; Inland Detox, Inc., a California corporation; 12 South, LLC, a California limited liability company; and NTR Resources, LLC, a California limited liability company

The Notice of Potential Tag-Along Action was also served by electronic mail on the following liaison counsel appointed by the transferee district court:

Barry Alan Ragsdale
SIROTE & PERMUTT P.C.
P.O. Box 55727
Birmingham, AL  35255-5727
Tel:  (205) 930-5114
Fax:  (205) 212-2932
bragsdale@sirote.com

And upon the Special Master by email:

Stephen G. Larson
LARSON LLP
555 South Flower Street Suite 4400
Los Angeles, CA 90071
Tel:  (213) 436-4888
slarson@larsonobrienlaw.com

And upon a Creditor by email:

Wells Fargo Bank, National Association
c/o Ken Ito
Hemar Rousso Heald LLP
15910 Ventura Blvd., 12th Floor
Encino, CA  91436
Tel:  (818) 501-3800
Fax:  (818) 501-2985
kito@hrhlaw.com

And upon the following defense counsel by email:

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| Amir Shlesinger<br>Kenneth N. Smersfelt<br>Lorenzo E. Gasparetti<br>Avraham E. Aizenman<br>Jarrad Lucian Wood<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900 | Anthem Blue Cross Life and Health Insurance Company, a California corporation;<br><br>Anthem Inc., an Indiana corporation doing business as Anthem Health, Inc.; |

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| Los Angeles, CA  90071-1514<br>Tel:  (213) 457-8000<br>Fax:  (213) 457-8080<br>ashlesinger@reedsmith.com<br>ksmersfelt@reedsmith.com<br>lgasparetti@reedsmith.com<br>eaizenman@reedsmith.com<br>jlwood@reedsmith.com | The Anthem Companies of California, a California corporation;<br><br>The Anthem Companies, Inc., an Indiana corporation, doing business in Wisconsin doing business as Blue Cross and Blue Shield of Wisconsin;<br><br>Anthem Insurance Companies, Inc., an Indiana corporation, doing business in Indiana as Anthem Blue Cross and Blue Shield of Indiana<br><br>Blue Cross of California, a California corporation<br><br>Blue Cross and Blue Shield of Alabama, an Alabama corporation;<br><br>Blue Cross and Blue Shield of Arizona Inc., an Arizona corporation;<br><br>Anthem Health Plans Inc., a Connecticut corporation, doing business in Connecticut as Anthem Blue Cross and Blue Shield of Connecticut<br><br>Blue Cross and Blue Shield of Georgia, Inc., a Georgia corporation<br><br>Health Care Service Corporation, an Illinois corporation, doing business in Illinois as Blue Cross Blue Shield of Illinois, in Oklahoma as Blue Cross and Blue Shield of Oklahoma, and in Texas as Blue Cross and Blue Shield of Texas;<br><br>Blue Cross and Blue Shield of Kansas City Inc., a Missouri corporation;<br><br>Anthem Health Plans of Kentucky Inc., a Kentucky corporation, doing business in Kentucky as Blue Cross Blue Shield of Kentucky;<br><br>HMO Missouri Inc., a Missouri corporation, doing business in Missouri as Anthem Blue Cross and Blue Shield of Missouri;<br><br>Blue Cross and Blue Shield of Nebraska Inc., Nebraska corporation; |

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
|  | Community Insurance Company, an Ohio corporation, doing business in Ohio as Anthem Blue Cross and Blue Shield of Ohio; <br><br> Anthem Health Plans of Virginia Inc., a Virginia corporation, doing business in Virginia as Anthem Blue Cross and Blue Shield of Virginia, Inc.; <br><br> Empire HealthChoice Assurance Inc., a New York corporation doing business in New York as Empire Blue Cross Blue Shield; <br><br> HealthKeepers Inc., a Virginia corporation; <br><br> Healthy Alliance Life Insurance Company, a Missouri corporation; <br><br> Highmark Blue Cross Blue Shield, a Pennsylvania corporation, doing business in Pennsylvania as Blue Cross Blue Shield of Western Pennsylvania; <br><br> Highmark Blue Shield, a Pennsylvania corporation, doing business in Pennsylvania as Pennsylvania Blue Shield; <br><br> Rocky Mountain Hospital and Medical Service Inc., a Colorado corporation, doing business in Colorado as Anthem Blue Cross and Blue Shield of Colorado |
| Errol J. King <br> Katherine C. Mannino <br> Taylor J. Crousillac <br> PHELPS DUNBAR LLP <br> II City Plaza <br> 400 Convention Street, Suite 1100 <br> Baton Rouge, LA  70802 <br> Tel:  (225) 376-0207 <br> Fax:  (225) 381-9197 <br> errol.king@phelps.com <br> katie.mannino@phelps.com <br> taylor.crousillac@phelps.com <br><br> Jenifer C. Wallis <br> MUNCK WILSON MANDALA <br> 1925 Century Park East Suite 2300 <br> Los Angeles, CA 90067 | Viant, Inc., a Nevada corporation; <br><br> Multiplan, Inc., a New York corporation |

| **DEFENDANTS' COUNSEL** | **PARTIES REPRESENTED** |
|---|---|
| Tel:  (310) 286-0377<br>Fax:  (972) 628-3616<br>jwallis@munckwilson.com | |
| William E von Behren<br>Carol B. Lewis<br>VON BEHREN AND HUNTER LLP<br>2041 Rosecrans Avenue Suite 367<br>El Segundo, CA 90245<br>Tel:  (310) 607-9111<br>Fax:  (310) 615-3006<br>Bvonbehren@vbhlaw.com<br>clewis@vbhlaw.com | USAble Mutual Insurance Company, an Arkansas corporation doing business in Arkansas as Arkansas Blue Cross and Blue Shield;<br><br>Blue Cross and Blue Shield of Massachusetts Inc., a Massachusetts corporation;<br><br>BCBSM Inc., a Minnesota corporation, doing business in Minnesota as Blue Cross and Blue Shield of Minnesota, Inc.;<br><br>Blue Cross and Blue Shield of North Carolina, a North Carolina corporation;<br><br>Blue Cross and Blue Shield of South Carolina, a South Carolina corporation;<br><br>Blue Cross and Blue Shield of Rhode Island, a Rhode Island corporation;<br><br>Blue Cross Blue Shield of Tennessee Inc., a Tennessee corporation;<br><br>Carefirst Bluechoice Inc., a District of Columbia corporation;<br><br>Carefirst of Maryland Inc., a Maryland corporation, doing business in Maryland as CareFirst Blue Cross Blue Shield;<br><br>Premera Blue Cross, a Washington corporation;<br><br>Regence Blue Cross Blue Shield of Oregon, an Oregon corporation, doing business in Oregon as Blue Cross Blue Shield of Oregon;<br><br>Blue Shield of Florida Inc., a Florida corporation;<br><br>Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, and wholly-owned subsidiary HMO Louisiana, Inc.;<br><br>Regence Blue Shield, a Washington corporation |

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| Michael A. Naranjo<br>Jason Yon-Wai Wu<br>Kimberly Ann Klinsport<br>FOLEY & LARDNER LLP<br>555 California Street, Suite 1700<br>San Francisco, CA  94104<br>Tel:  (415) 984-9847<br>Fax:  (415) 434-4507<br>mnaranjo@foley.com<br>jwu@foley.com<br>kklinsport@foley.com | Capital Blue Cross, a Pennsylvania corporation;<br>Excellus Health Plan Inc., a New York corporation, doing business in New York as Excellus Blue Cross Blue Shield;<br><br>Independence Hospital Indemnity Plan Inc., a Pennsylvania corporation formerly known as Independence Blue Cross |
| Craig A. Hoover<br>E. Desmond Hogan<br>Justin Bernick<br>Peter Bisio<br>Elizabeth Jose<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 13th Street, N.W.<br>Washington, DC  20004<br>Tel:  (202) 637-5600<br>Fax:  (202) 637-5910<br>craig.hoover@hoganlovells.com<br>desmond.hogan@hoganlovells.com<br>justin.bernick@hoganlovells.com<br>peter.bisio@hoganlovells.com<br>elizabeth.jose@hoganlovells.com | Anthem, Inc., f/k/a WellPoint, Inc.;<br><br>Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana);<br><br>BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota);<br><br>Blue Cross and Blue Shield of South Carolina;<br><br>Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey);<br><br>Blue Cross & Blue Shield of Rhode Island;<br><br>Blue Cross and Blue Shield of Vermont;<br><br>Cambia Health Solutions, Inc.;<br><br>Regence Blue Shield of Idaho;<br><br>Regence Blue Cross Blue Shield of Utah;<br><br>Regence Blue Shield (of Washington);<br><br>Regence Blue Cross Blue Shield of Oregon |
| Evan Chesler<br>Karin DeMasi<br>Lauren Kennedy<br>CRAVATH SWAINE & MOORE LLP<br>825 8th Avenue<br>New York, NY  10019<br>Tel:  (212) 474-1000<br>Fax:  (212) 474-3700<br>cvarney@cravath.com<br>echesler@cravath.com | Blue Cross Blue Shield Association;<br><br>Defendants Blue Cross and Blue Shield of Alabama;<br><br>Blue Cross Blue Shield of Arizona;<br><br>Blue Cross and Blue Shield of Florida, Inc.; |

| **DEFENDANTS' COUNSEL** | **PARTIES REPRESENTED** |
|---|---|
| kdemasi@cravath.com<br>lkennedy@cravath.com | Blue Cross and Blue Shield of Massachusetts, Inc.;<br><br>Blue Cross and Blue Shield of North Carolina, Inc.;<br><br>BlueCross BlueShield of Tennessee, Inc.;<br><br>California Physicians' Service d/b/a Blue Shield of California;<br><br>CareFirst, Inc.;<br><br>CareFirst of Maryland, Inc.;<br><br>Group Hospitalization and Medical Services, Inc.;<br><br>CareFirst BlueChoice, Inc.;<br><br>Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii);<br><br>Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana;<br><br>Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.;<br><br>Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota);<br><br>Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa) |
| Kathleen Taylor Sooy<br>Tracy A. Roman<br>April N. Ross<br>Michael W. Lieberman<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>Tel: (202) 624-2500<br>Fax: (202) 628-5116<br>ksooy@crowell.com | Blue Cross of Idaho Health Service, Inc.;<br><br>Blue Cross and Blue Shield of Kansas, Inc.;<br><br>Blue Cross and Blue Shield of Kansas City;<br><br>Blue Cross and Blue Shield of Nebraska;<br><br>Blue Cross Blue Shield of North Dakota; |

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| troman@crowell.com<br>aross@crowell.com<br>mlieberman@crowell.com | Blue Cross Blue Shield of Wyoming;<br><br>Highmark Western and Northeastern New York Inc. |
| Helen E. Witt, P.C.<br>Jeffrey J. Zeiger, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>Tel:  (312) 862-2000<br>Fax:  (312) 862-2200<br>hwitt@kirkland.com<br>jzeiger@kirkland.com | Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana;<br><br>Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.;<br><br>Highmark Inc., f/k/a Highmark Health Services;<br><br>Highmark West Virginia Inc.;<br><br>Highmark Blue Cross Blue Shield Delaware Inc. |
| Robert K. Spotswood<br>Michael T. Sansbury<br>Joshua K. Payne<br>Jess R. Nix<br>Morgan B. Franz<br>SPOTSWOOD SANSOM & SANSBURY LLC<br>One Federal Place<br>1819 5th Avenue North, Suite 1050<br>Birmingham, AL  35203<br>Tel:  (205) 986-3620<br>Fax:  (205) 986-3639<br>rks@spotswoodllc.com<br>msansbury@spotswoodllc.com<br>jpayne@spotswoodllc.com<br>jnix@spotswoodllc.com<br>mfranz@spotswoodllc.com | Capital BlueCross |
| Brian K. Norman<br>SHAMOUN & NORMAN, LLP<br>1800 Valley View Lane, Suite 200<br>Farmers Branch, TX  75234<br>Tel:  (214) 987-1745<br>Fax:  (214) 521-9033<br>bkn@snlegal.com | CareFirst, Inc.;<br><br>CareFirst of Maryland, Inc.;<br><br>Group Hospitalization and Medical Services, Inc.;<br><br>CareFirst BlueChoice, Inc. |
| Edward S. Bloomberg<br>John G. Schmidt<br>Anna Mercado Clark<br>PHILLIPS LYTLE LLP | Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield, incorrectly sued as Excellus BlueCross BlueShield of New York |

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| One Canalside<br>125 Main Street<br>Buffalo, NY  14203<br>Tel:  (716) 847-8400<br>Fax:  (716) 852-6100<br>ebloomberg@phillipslytle.com<br>jschmidt@phillipslytle.com<br>aclark@phillipslytle.com | |
| John Briggs<br>Rachel Adcox<br>AXINN, VELTROP & HARKRIDER, LLP<br>950 F Street, N.W.<br>Washington, DC  20004<br>Tel:  (202) 912-4700<br>Fax:  (202) 912-4701<br>jbriggs@axinn.com<br>radcox@axinn.com | Independence Blue Cross |
| Gwendolyn Payton<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1420 Fifth Avenue, Suite 3700<br>Seattle, WA  98101<br>Tel:  (206) 626-7714<br>Fax:  (206) 299-0414<br>gpayton@kilpatricktownsend.com | Premera Blue Cross, d/b/a Premera Blue Cross Blue Shield of Alaska |
| Michael A. Naranjo<br>FOLEY & LARDNER LLP<br>555 California Street, Suite 1700<br>San Francisco, CA  94104<br>Tel:  (415) 984-9847<br>Fax:  (415) 434-4507<br>mnaranjo@foley.com<br>jwu@foley.com<br>kklinsport@foley.com<br><br>Alan D. Rutenberg<br>Benjamin R. Dryden<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W., Suite 600<br>Washington, DC  20007<br>Tel:  (202) 672-5300<br>Fax:  (202) 672-5399<br>arutenberg@foley.com<br>bdryden@foley.com | USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield |
| John D. Martin | Anthem, Inc., f/k/a WellPoint, Inc., and all of its |

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| Lucile H. Cohen<br>Travis A. Bustamante<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>1320 Main Street, 17th Floor<br>Columbia, SC  29201<br>Tel: (803) 255-9421<br>Fax: (803) 256-7500<br>john.martin@nelsonmullins.com<br>lucie.cohen@nelsonmullins.com<br>travis.bustamante@nelsonmullins.com | named subsidiaries in this consolidated action;<br><br>Blue Cross and Blue Shield of North Carolina, Inc.;<br><br>Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana);<br><br>BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota);<br><br>Blue Cross and Blue Shield of South Carolina;<br><br>Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey);<br><br>Blue Cross & Blue Shield of Rhode Island;<br><br>Blue Cross and Blue Shield of Vermont;<br><br>Cambia Health Solutions, Inc.;<br><br>Regence Blue Shield of Idaho;<br><br>Regence Blue Cross Blue Shield of Utah;<br><br>Regence Blue Shield (of Washington);<br><br>Regence Blue Cross Blue Shield of Oregon;<br><br>Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company;<br><br>Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota);<br><br>Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa);<br><br>Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii);<br><br>Triple-S Salud, Inc;<br><br>Defendants Blue Cross and Blue Shield of Florida, Inc.;<br><br>Blue Cross and Blue Shield of Massachusetts, Inc.; |

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| | BlueCross BlueShield of Tennessee, Inc. |
| Kimberly R. West<br>Mark M. Hogewood<br>WALLACE, JORDAN, RATLIFF & BRANDT, LLC<br>First Commercial Bank Building<br>800 Shades Creek Parkway, Suite 400<br>Birmingham, AL  35209<br>Tel: (205) 870-0555<br>Fax: (205) 871-7534<br>kwest@wallacejordan.com<br>mhogewood@wallacejordan.com | Blue Cross Blue Shield Association;<br><br>Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana;<br><br>Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.;<br><br>Highmark Inc., f/k/a Highmark Health Services;<br><br>Highmark West Virginia Inc.;<br><br>Highmark Blue Cross Blue Shield Delaware Inc.;<br><br>California Physicians' Service d/b/a Blue Shield of California;<br><br>Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota);<br><br>Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa);<br><br>Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii) |
| Cavender C. Kimble<br>BALCH & BINGHAM LLP<br>1901 6th Avenue North, Suite 1500<br>Birmingham, AL 35203 4642<br>Tel: (205) 226 3437<br>Fax: (205) 488 5860<br>ckimble@balch.com | Anthem, Inc., f/k/a WellPoint, Inc., and all of its named subsidiaries in this consolidated action;<br><br>Blue Cross and Blue Shield of North Carolina, Inc.;<br><br>Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana);<br><br>BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota);<br><br>Blue Cross and Blue Shield of South Carolina;<br><br>Horizon Healthcare Services, Inc. (Horizon Blue |

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| | Cross and Blue Shield of New Jersey); <br><br> Blue Cross & Blue Shield of Rhode Island; <br><br> Blue Cross and Blue Shield of Vermont; <br><br> Cambia Health Solutions, Inc.; <br><br> Regence Blue Shield of Idaho; <br><br> Regence Blue Cross Blue Shield of Utah; <br><br> Regence Blue Shield (of Washington); <br><br> Regence Blue Cross Blue Shield of Oregon |
| James L. Priester <br> Carl S. Burkhalter <br> John Thomas A. Malatesta, III <br> MAYNARD COOPER & GALE PC <br> 1901 6th Avenue North, Suite 2400 <br> Regions Harbert Plaza <br> Birmingham, AL  35203 <br> Tel: (205) 254-1000 <br> Fax: (205) 254-1999 <br> jpriester@maynardcooper.com <br> cburkhalter@maynardcooper.com <br> jmalatesta@maynardcooper.com | Blue Cross Blue Shield of Alabama |
| Jonathan M. Redgrave <br> REDGRAVE, LLP <br> 14555 Avion Parkway, Suite 275 <br> Chantilly, VA  20151 <br> Tel: (703) 592-1155 <br> Fax: (612) 332-8915 <br> jredgrave@redgravellp.com | HCSC and Highmark Defendants |
| R. David Kaufman <br> M. Patrick McDowell <br> BRUNINI, GRANTHAM, GROWER & HEWES, PLLC <br> 190 East Capitol Street <br> The Pinnacle Building, Suite 100 <br> Jackson, MS  39201 <br> Tel: (601) 948-3101 <br> Fax: (601) 960-6902 <br> dkaufman@brunini.com <br> pmcdowell@brunini.com | Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company |
| **DEFENDANTS' COUNSEL** | **PARTIES REPRESENTED** |

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| Cheri D. Green<br>BLUE CROSS & BLUE SHIELD OF MISSISSIPPI, A MUTUAL INSURANCE COMPANY<br>P.O. Box 1043<br>Jackson, MS  39215<br>Tel: (601) 932-3704<br>cdgreen@bcbsms.com | |
| Todd M. Stenerson<br>Brian C. Hauser<br>Edmund Y. Saw<br>SHEARMAN & STERLING LLP<br>401 9th Street, N.W., Suite 800<br>Washington, DC  20004<br>Tel: (202) 508-8000<br>Fax: (202) 508-8100<br>todd.stenerson@shearman.com<br>brian.hauser@shearman.com<br>edmund.saw@shearman.com | Blue Cross and Blue Shield of Michigan |
| Robert R. Riley, Jr.<br>RILEY & JACKSON, P.C.<br>3530 Independence Drive<br>Birmingham, AL  35209<br>Tel: (205) 879-5000<br>Fax: (205) 879-5901<br>rob@rileyjacksonlaw.com | Blue Cross and Blue Shield of Florida, Inc.;<br><br>Blue Cross and Blue Shield of Massachusetts, Inc.;<br><br>BlueCross BlueShield of Tennessee, Inc. |

Date:  March 29, 2022

/s/ Daniel E. Laytin, P.C.
Daniel E. Laytin, P.C.
Zachary D. Holmstead
Anne I. Salomon
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
Tel:  (312) 862-2000
Fax:  (312) 862-2200
dlaytin@kirkland.com
zachary.holmstead@kirkland.com
anne.salomon@kirkland.com

*Counsel for Blue Cross Blue Shield Association*