BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD  )
   ANTITRUST LITIGATION          )        MDL No. 2406
                                          )

NOTICE OF POTENTIAL TAG-ALONG ACTION

To:    Clerk of the Panel
        Judicial Panel on Multidistrict Litigation
        Thurgood Marshall Federal Judiciary Building
        One Columbus Circle, N.E.
        Room G-255, North Lobby
        Washington, D.C. 20002-8004

| Ex. | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Anesthesia Associates of Ann Arbor PLLC | Blue Cross Blue Shield of Michigan | Eastern District of Michigan | 2:20-cv-12916 | Judge Terrence G. Berg |