BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD  )
ANTITRUST LITIGATION            )   MDL No. 2406
                                )

CERTIFICATE OF SERVICE

I, Todd Stenerson, as Counsel for the below-listed Defendant, hereby certify that on this 6th day of January, a copy of the foregoing Notice of Potential Tag-Along Action was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system, which will send notice of electronic filing to all parties of record. A copy of the foregoing Notice of Potential tag-Along Action will also be sent via email and overnight mail to the following counsel:

    Jonathan Schiller, Esq.
    David Barillari, Esq.
    BOIES SCHILLER FLEXNER LLP
    55 Hudson Yards
    New York, NY 10001
    (212) 446-2300
    jschiller@bsfllp.com
    dbarillari@bsfllp.com


    Richard A. Feinstein
    1401 New York Ave., NW
    Washington, D.C. 20005
    (202) 895-5243
    rfeinstein@bsfllp.com

    Gregory L. Curtner
    Matthew Kennison
    RILEY SAFER HOLMES & CANCILA LLP
    121 W. Washington Street, Suite 402
    Ann Arbor, MI 48104
    (734) 773-4900
    gcurtner@rshc-law.com
    mkennison@rshc-law.com

    *Counsel for Anesthesia Associates of Ann Arbor,*
    *PLLC*

Dated: January 6, 2023

Respectfully submitted,

*/s/ Todd M. Stenerson*
Todd M. Stenerson
Brian Hauser
SHEARMAN & STERLING LLP
401 9th Street, Suite 800
Washington, DC 20004
(202) 508-8000
todd.stenerson@shearman.com

Rachel Mossman Zieminski
2601 Olive Street, Suite 1700
Dallas, TX 75201
(214) 271-5777

Thomas J. Rheaume
Sarah L. Cylkowski
Alexandra C. Markel
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
trheaume@bodmanlaw.com

*Attorneys for Defendant Blue Cross Blue Shield of Michigan*