BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) ) ) | MDL No. 2406 |

INDEX OF EXHIBITS FOR NOTICE OF POTENTIAL TAG-ALONG ACTION

| Ex. | Description |
|---|---|
| 1A | Docket Report of A4 Action |
| 1B | Annotated Amended Complaint of A4 Action |
| 2 | MDL Consolidated Fourth Amended Provider Complaint (Unsealed Per Text Order ECF No. 1113) |
| 3 | Dec. 6, 2022 A4's Second Requests for Production of Documents to BCBSM |
| 4 | June 9, 2021 BCBSM Initial Disclosures |