# Exhibit 1A

# U.S. District Court
## Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:20-cv-12916-TGB-APP

| | |
|---|---|
| Anesthesia Associates of Ann Arbor PLLC v. Blue Cross Blue Shield of Michigan | Date Filed: 10/29/2020 |
| Assigned to: District Judge Terrence G. Berg | Jury Demand: Both |
| Referred to: Magistrate Judge Anthony P. Patti | Nature of Suit: 410 Anti-Trust |
| Cause: 15:1 Antitrust Litigation | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Anesthesia Associates of Ann Arbor PLLC** | represented by | **David Paul George Barillari**<br>Boies Schiller Flexner LLP<br>55 Hudson Yards<br>New York, NY 10001<br>212-446-2300<br>Email: dbarillari@bsfllp.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Jonathan D. Schiller**<br>Boies Schiller Flexner LLP<br>55 Hudson Yards<br>New York, NY 10001<br>212-446-2300<br>Email: jschiller@bsfllp.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard A. Feinstein**<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Avenue<br>Ste 800<br>Washington, DC 20015<br>202-895-5243<br>Email: rfeinstein@bsfllp.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Gregory L. Curtner**<br>Riley Safer Holmes & Cancila LLP<br>121 W. Washington<br>Suite 402<br>Ann Arbor, MI 48104<br>734-773-4900<br>Fax: 734-773-4901<br>Email: gcurtner@rshc-law.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Blue Cross Blue Shield of Michigan** | represented by | **Alexandra C. Markel**<br>Bodman PLC |

6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226
313-393-7511
Email: amarkel@bodmanlaw.com
*ATTORNEY TO BE NOTICED*

**G. Christopher Bernard**
Blue Cross Blue Shield of Michigan
600 E. Lafayette Blvd.
MC 1925
Detroit, MI 48226
313-225-6541
Email: cbernard@bcbsm.com
*ATTORNEY TO BE NOTICED*

**Michael L. Ossy**
Blue Cross Blue Shield of MI
600 E. Lafayette Blvd
MC 1925
Detroit, MI 48226
Email: mossy@bcbsm.com
*ATTORNEY TO BE NOTICED*

**Rachel Mossman Zieminski**
Shearman & Sterling LLP
2601 Olive St, 17th Floor
Dallas, TX 75201
214-271-5777
Email: rachel.zieminski@shearman.com
*ATTORNEY TO BE NOTICED*

**Rebecca D. O'Reilly**
Bodman
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226
(313) 392-1050
Fax: (313) 393-7579
Email: roreilly@bodmanlaw.com
*ATTORNEY TO BE NOTICED*

**Sarah L. Cylkowski**
Bodman PLC
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, MI 48226
313-392-1077
Email: scylkowski@bodmanlaw.com
*ATTORNEY TO BE NOTICED*

**Thomas J. Rheaume , Jr.**
Bodman PLC
6th Floor at Ford Field

1901 St. Antoine Street
Detroit, MI 48226
313-259-7777
Fax: 313-393-7579
Email: trheaume@bodmanlaw.com
*ATTORNEY TO BE NOTICED*

**Todd M. Stenerson**
Shearman & Sterling LLP
401 9th Street, NW
Suite 800
Washington, DC 20004-2128
United Sta
202-508-8093
Email: todd.stenerson@shearman.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Blue Cross Blue Shield of Michigan**　　　　　　represented by **Alexandra C. Markel**
*TERMINATED: 03/31/2022*　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**G. Christopher Bernard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael L. Ossy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Mossman Zieminski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca D. O'Reilly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah L. Cylkowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas J. Rheaume , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd M. Stenerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Anesthesia Associates of Ann Arbor PLLC**
*TERMINATED: 03/31/2022*

represented by **Richard A. Feinstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory L. Curtner**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2020 | 1 | COMPLAINT filed by Anesthesia Associates of Ann Arbor PLLC against Blue Cross Blue Shield of Michigan with Jury Demand. Plaintiff requests summons issued. Receipt No: AMIEDC-8136696 - Fee: $ 400. County of 1st Plaintiff: Washtenaw - County Where Action Arose: Washtenaw - County of 1st Defendant: Wayne. [Previously dismissed case: No] [Possible companion case(s): None] (Curtner, Gregory) (Entered: 10/29/2020) |
| 10/29/2020 | 2 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Anesthesia Associates of Ann Arbor PLLC (Curtner, Gregory) (Entered: 10/29/2020) |
| 10/30/2020 | 3 | SUMMONS Issued for *Blue Cross Blue Shield of Michigan* (NAhm) (Entered: 10/30/2020) |
| 10/30/2020 | | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (NAhm) (Entered: 10/30/2020) |
| 11/09/2020 | 4 | ATTORNEY APPEARANCE: G. Christopher Bernard appearing on behalf of Blue Cross Blue Shield of Michigan (Bernard, G.) (Entered: 11/09/2020) |
| 11/09/2020 | 5 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Blue Cross Blue Shield of Michigan (Bernard, G.) (Entered: 11/09/2020) |
| 11/09/2020 | 6 | MOTION for Extension of Time to File Answer by Blue Cross Blue Shield of Michigan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11) (Bernard, G.) (Entered: 11/09/2020) |
| 11/10/2020 | 7 | ATTORNEY APPEARANCE: Michael L. Ossy appearing on behalf of Blue Cross Blue Shield of Michigan (Ossy, Michael) (Entered: 11/10/2020) |
| 11/10/2020 | | TEXT-ONLY ORDER GRANTING 6 MOTION for Extension of Time to File Answer filed by Blue Cross Blue Shield of Michigan. ( **Response due by 1/4/2021**) Issued by District Judge Terrence G. Berg. (AChu) (Entered: 11/10/2020) |
| 12/30/2020 | 8 | NOTICE of Appearance by Sarah L. Cylkowski on behalf of Blue Cross Blue Shield of Michigan. (Cylkowski, Sarah) (Entered: 12/30/2020) |
| 12/30/2020 | 9 | NOTICE of Appearance by Todd M. Stenerson on behalf of Blue Cross Blue Shield of Michigan. (Stenerson, Todd) (Entered: 12/30/2020) |
| 12/30/2020 | 10 | NOTICE of Appearance by Rebecca D. O'Reilly on behalf of Blue Cross Blue Shield of Michigan. (O'Reilly, Rebecca) (Entered: 12/30/2020) |
| 12/30/2020 | 11 | NOTICE of Appearance by Rachel E. Mossman on behalf of Blue Cross Blue Shield of Michigan. (Mossman, Rachel) (Entered: 12/30/2020) |

| 01/04/2021 | 12 | NOTICE of Appearance by Alexandra C. Markel on behalf of Blue Cross Blue Shield of Michigan. (Markel, Alexandra) (Entered: 01/04/2021) |
|---|---|---|
| 01/04/2021 | 13 | MOTION to Dismiss *Plaintiff's Complaint* by Blue Cross Blue Shield of Michigan. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8) (Stenerson, Todd) (Entered: 01/04/2021) |
| 01/04/2021 | 14 | MOTION to Stay *Discovery Pending Resolution of its Motion to Dismiss* by Blue Cross Blue Shield of Michigan. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4) (Stenerson, Todd) (Entered: 01/04/2021) |
| 01/05/2021 | 15 | Notice of Determination of Motion Without Oral Argument re 14 MOTION to Stay *Discovery Pending Resolution of its Motion to Dismiss.* **See notice for page limitations.** (AChu) (Entered: 01/05/2021) |
| 01/05/2021 | 16 | NOTICE OF HEARING on 13 MOTION to Dismiss *Plaintiff's Complaint.* **Motion Hearing set for 5/26/2021 02:00 PM before District Judge Terrence G. Berg** (AChu) (Entered: 01/05/2021) |
| 01/14/2021 | 17 | MOTION for Extension of Time to File Response/Reply by Anesthesia Associates of Ann Arbor PLLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit) (Curtner, Gregory) (Entered: 01/14/2021) |
| 01/14/2021 | | TEXT-ONLY ORDER GRANTING 17 MOTION for Extension of Time to File Response/Reply filed by Anesthesia Associates of Ann Arbor PLLC. Issued by District Judge Terrence G. Berg. (AChu) (Entered: 01/14/2021) |
| 01/22/2021 | 18 | RESPONSE to 14 MOTION to Stay *Discovery Pending Resolution of its Motion to Dismiss* filed by Anesthesia Associates of Ann Arbor PLLC. (Curtner, Gregory) (Entered: 01/22/2021) |
| 02/01/2021 | 19 | REPLY to Response re 14 MOTION to Stay *Discovery Pending Resolution of its Motion to Dismiss* filed by Blue Cross Blue Shield of Michigan. (Stenerson, Todd) (Entered: 02/01/2021) |
| 02/23/2021 | 20 | ORDER Directing Defendant to Answer and Denying 14 Defendant's MOTION to Stay Discovery. Signed by District Judge Terrence G. Berg. (AChu) (Entered: 02/23/2021) |
| 03/01/2021 | 21 | Joint MOTION for Leave to File Excess Pages , Joint MOTION for Extension of Time to File Response/Reply by Anesthesia Associates of Ann Arbor PLLC. (Curtner, Gregory) (Entered: 03/01/2021) |
| 03/02/2021 | | TEXT-ONLY ORDER GRANTING IN PART 21 Joint MOTION for Leave to File Excess Pages, Joint MOTION for Extension of Time to File Response/Reply filed by Anesthesia Associates of Ann Arbor PLLC. The extension of time to file response/reply is granted. The request for leave to file excess pages is granted in part. The response is limited to 35 pages and the reply is limited to 12 pages. Issued by District Judge Terrence G. Berg. (AChu) (Entered: 03/02/2021) |
| 03/05/2021 | 22 | RESPONSE to 13 MOTION to Dismiss *Plaintiff's Complaint* filed by Anesthesia Associates of Ann Arbor PLLC. (Curtner, Gregory) (Entered: 03/05/2021) |
| 03/05/2021 | 23 | INDEX of Exhibits re 22 Response to Motion by Anesthesia Associates of Ann Arbor PLLC (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit) (Curtner, Gregory) (Entered: 03/05/2021) |

| 04/02/2021 | 24 | REPLY to Response re 13 MOTION to Dismiss *Plaintiff's Complaint* filed by Blue Cross Blue Shield of Michigan. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2) (Stenerson, Todd) (Entered: 04/02/2021) |
|---|---|---|
| 04/09/2021 | 25 | ANSWER to Complaint with Affirmative Defenses with Jury Demand by Blue Cross Blue Shield of Michigan. (Stenerson, Todd) (Entered: 04/09/2021) |
| 04/30/2021 | 26 | ANSWER to Complaint with Affirmative Defenses with Jury Demand *[AMENDED] AND*, COUNTERCLAIM filed by Blue Cross Blue Shield of Michigan against Anesthesia Associates of Ann Arbor PLLC by Blue Cross Blue Shield of Michigan. (Stenerson, Todd) (Entered: 04/30/2021) |
| 05/18/2021 | 27 | NOTICE OF HEARING BY VIDEO CONFERENCE on 13 MOTION to Dismiss *Plaintiff's Complaint*. **Motion Hearing set for 5/26/2021 02:00 PM before District Judge Terrence G. Berg** \|Zoom Webinar Information: https://www.zoomgov.com/j/1615089606? pwd=M1ZmTXJlbGpNMWpVc0M2U2FMbHkxUT09 Passcode: 977022 Or One tap mobile : US: +16692545252,,1615089606# or +16468287666,,1615089606#\| (AChu) (Entered: 05/18/2021) |
| 05/20/2021 | 28 | NOTICE of Appearance by Richard A. Feinstein on behalf of Anesthesia Associates of Ann Arbor PLLC. (Feinstein, Richard) (Entered: 05/20/2021) |
| 05/20/2021 | 29 | Joint MOTION for Extension of Time to File Answer , Joint MOTION for Extension of Time to File Response/Reply by Anesthesia Associates of Ann Arbor PLLC. (Feinstein, Richard) Modified on 5/20/2021 (AChu). (Entered: 05/20/2021) |
| 05/20/2021 | | TEXT-ONLY ORDER GRANTING 29 Joint MOTION for Extension of Time to File Answer Joint MOTION for Extension of Time to File Response/Reply filed by Anesthesia Associates of Ann Arbor PLLC. Issued by District Judge Terrence G. Berg. (AChu) (Entered: 05/20/2021) |
| 05/26/2021 | | Minute Entry for proceedings before District Judge Terrence G. Berg: Motion Hearing held on 5/26/2021 re 13 MOTION to Dismiss *Plaintiff's Complaint* filed by Blue Cross Blue Shield of Michigan. Disposition: Motion taken under advisement (Court Reporter: Linda Cavanagh) (AChu) (Entered: 06/01/2021) |
| 05/27/2021 | 30 | NOTICE by Anesthesia Associates of Ann Arbor PLLC *(Letter to Judge Terrence G. Berg with demonstratives from 5/26/2021 oral argument)* (Attachments: # 1 Plaintiff's demonstratives) (Feinstein, Richard) (Entered: 05/27/2021) |
| 06/03/2021 | 31 | TRANSCRIPT of Motion to Dismiss Plaintiff's Complaint held on 05/26/2021. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 69) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 6/24/2021. Redacted Transcript Deadline set for 7/6/2021. Release of Transcript Restriction set for 9/1/2021. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 06/03/2021) |
| 06/07/2021 | 32 | SUPPLEMENTAL BRIEF re 13 MOTION to Dismiss *Plaintiff's Complaint* filed by Blue Cross Blue Shield of Michigan. (Attachments: # 1 Exhibit 1) (Stenerson, Todd) (Entered: 06/07/2021) |
| 06/29/2021 | 33 | MOTION to Dismiss *Counterclaim* by Anesthesia Associates of Ann Arbor PLLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 |

| | | |
|---|---|---|
| | | Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O) (Feinstein, Richard) (Entered: 06/29/2021) |
| 07/07/2021 | 34 | Notice of Determination of Motion Without Oral Argument re 33 MOTION to Dismiss *Counterclaim* (AChu) (Entered: 07/07/2021) |
| 07/23/2021 | 35 | STIPULATION AND ORDER re Protocol Regarding Production Format for Documents and Electronically-Stored Information. Signed by District Judge Terrence G. Berg. (AChu) (Entered: 07/23/2021) |
| 07/27/2021 | 36 | RESPONSE to 33 MOTION to Dismiss *Counterclaim* filed by Blue Cross Blue Shield of Michigan. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4) (Stenerson, Todd) (Entered: 07/27/2021) |
| 08/04/2021 | 37 | STIPULATED PROTECTIVE ORDER Under Federal Rule of Evidence 502(d) Regarding Non-waiver of Information Subject to Attorney-Client Privilege or Work Product Protection. Signed by District Judge Terrence G. Berg. (AChu) (Entered: 08/04/2021) |
| 08/06/2021 | 38 | DISCOVERY plan jointly filed pursuant to Federal Rules of Civil Procedure 26(f) (Feinstein, Richard) (Entered: 08/06/2021) |
| 08/17/2021 | 39 | REPLY to Response re 33 MOTION to Dismiss *Counterclaim* filed by Anesthesia Associates of Ann Arbor PLLC. (Feinstein, Richard) (Entered: 08/17/2021) |
| 08/30/2021 | 40 | STIPULATED PROTECTIVE ORDER Concerning Confidentiality. Signed by District Judge Terrence G. Berg. (AChu) (Entered: 08/30/2021) |
| 09/14/2021 | 41 | ORDER granting 13 Motion to Dismiss. Signed by District Judge Terrence G. Berg. (AChu) (Entered: 09/14/2021) |
| 09/28/2021 | 42 | MOTION TO EXTEND the time for A4 to move for leave to amend its Complaint re 1 Complaint,, *and to set a briefing schedule* by Anesthesia Associates of Ann Arbor PLLC. (Feinstein, Richard) (Entered: 09/28/2021) |
| 10/05/2021 | | TEXT-ONLY ORDER GRANTING 42 MOTION TO EXTEND the time for A4 to move for leave to amend its Complaint. Issued by District Judge Terrence G. Berg. (AChu) (Entered: 10/05/2021) |
| 10/15/2021 | 43 | MOTION for Leave to File *Amended Complaint* by Anesthesia Associates of Ann Arbor PLLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit) (Curtner, Gregory) (Entered: 10/15/2021) |
| 10/15/2021 | 44 | MOTION to Seal *Amended Complaint* by Anesthesia Associates of Ann Arbor PLLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit, # 3 Exhibit) (Curtner, Gregory) (Entered: 10/15/2021) |
| 10/15/2021 | 45 | SEALED EXHIBIT *Pages of Amended Complaint* re 44 MOTION to Seal *Amended Complaint* by Anesthesia Associates of Ann Arbor PLLC. (Curtner, Gregory) (Entered: 10/15/2021) |
| 10/18/2021 | | TEXT-ONLY ORDER GRANTING 44 MOTION to Seal *Amended Complaint* filed by Anesthesia Associates of Ann Arbor PLLC. Signed by District Judge Terrence G. Berg. (AChu) (Entered: 10/18/2021) |
| 11/12/2021 | 46 | RESPONSE to 43 MOTION for Leave to File *Amended Complaint* filed by Blue Cross Blue Shield of Michigan. (Attachments: # 1 Exhibit A - Appendix of Unreported Cases) (Stenerson, Todd) (Entered: 11/12/2021) |
| 11/23/2021 | 47 | REPLY to Response re 43 MOTION for Leave to File *Amended Complaint* filed by Anesthesia Associates of Ann Arbor PLLC. (Attachments: # 1 Index of Exhibits, # 2 |

| | | Exhibit I, # 3 Exhibit II, # 4 Exhibit III) (Feinstein, Richard) (Entered: 11/23/2021) |
|---|---|---|
| 03/31/2022 | 48 | ORDER granting 33 Plaintiff's Motion to Dismiss Counterclaim. Signed by District Judge Terrence G. Berg. (AChu) (Entered: 03/31/2022) |
| 06/01/2022 | 49 | Notice of Determination of Motion Without Oral Argument re 43 MOTION for Leave to File *Amended Complaint* (AChu) (Entered: 06/01/2022) |
| 08/23/2022 | 50 | NOTICE TO APPEAR BY TELEPHONE: **Miscellaneous Hearing set for 9/7/2022 11:00 AM before District Judge Terrence G. Berg** (AChu) (Entered: 08/23/2022) |
| 08/23/2022 | | TEXT-ONLY ORDER re 50 Notice to Appear. Parties are ORDERED to meet and confer telephonically or in-person on or before 09/02/2022 regarding the discovery dispute in this matter. Parties are directed to make good faith efforts to resolve the dispute and to narrow the issues that will be presented. A total of fifteen minutes will be allocated for the conference before the Court and parties are instructed to be prepared to present in a concise manner within that time limit. In the event that parties are able to resolve the dispute, they directed to contact chambers to cancel the telephone conference. Signed by District Judge Terrence G. Berg. (AChu) (Entered: 08/23/2022) |
| 09/01/2022 | 51 | NOTICE of Appearance by David Paul George Barillari on behalf of Anesthesia Associates of Ann Arbor PLLC. (Barillari, David) (Entered: 09/01/2022) |
| 09/07/2022 | | Minute Entry for telephonic proceedings before District Judge Terrence G. Berg: Miscellaneous Hearing held on 9/7/2022 (Court Reporter: None Present, Not on the Record) (AChu) (Entered: 09/08/2022) |
| 09/28/2022 | 52 | ORDER Denying in Part and Granting in Part Plaintiff's Motion for Leave to File Amended Complaint (ECF NO. 43 ). Signed by District Judge Terrence G. Berg. (KSan) (Entered: 09/28/2022) |
| 10/07/2022 | 53 | AMENDED COMPLAINT with Jury Demand filed by Anesthesia Associates of Ann Arbor PLLC against Blue Cross Blue Shield of Michigan. NO NEW PARTIES ADDED. (Barillari, David) (Entered: 10/07/2022) |
| 10/14/2022 | 54 | NOTICE of Appearance by Jonathan D. Schiller on behalf of Anesthesia Associates of Ann Arbor PLLC. (Schiller, Jonathan) (Entered: 10/14/2022) |
| 10/18/2022 | 55 | NOTICE TO APPEAR BY TELEPHONE: **Status Conference set for 10/28/2022 10:00 AM before District Judge Terrence G. Berg** (AChu) (Entered: 10/18/2022) |
| 10/18/2022 | | TEXT-ONLY ORDER re 55 Notice to Appear. Parties are ORDERED to meet and confer telephonically or in-person on or before 10/27/2022 regarding the discovery dispute in this matter. Parties are directed to make good faith efforts to resolve the dispute and to narrow the issues that will be presented. A total of fifteen minutes will be allocated for the conference before the Court and parties are instructed to be prepared to present in a concise manner within that time limit. In the event that parties are able to resolve the dispute, they directed to contact chambers to cancel the telephone conference. Signed by District Judge Terrence G. Berg. (AChu) Modified on 10/28/2022 (AChu). (Entered: 10/18/2022) |
| 10/21/2022 | 56 | ANSWER to Amended Complaint with Affirmative Defenses with Jury Demand by Blue Cross Blue Shield of Michigan. (Stenerson, Todd) (Entered: 10/21/2022) |
| 10/21/2022 | 57 | MOTION to Dismiss *and to Strike* by Blue Cross Blue Shield of Michigan. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (Stenerson, Todd) (Entered: 10/21/2022) |

| 10/21/2022 | 58 | MOTION to Expedite *Briefing Schedule of its Partial Motion to Dismiss and to Strike* by Blue Cross Blue Shield of Michigan. (Stenerson, Todd) (Entered: 10/21/2022) |
|---|---|---|
| 10/28/2022 | 59 | ATTORNEY APPEARANCE: Thomas J. Rheaume, Jr appearing on behalf of Blue Cross Blue Shield of Michigan (Rheaume, Thomas) (Entered: 10/28/2022) |
| 10/28/2022 | | Minute Entry for telephonic proceedings before District Judge Terrence G. Berg: Telephonic Status Conference held on 10/28/2022 (Court Reporter: None Present, Not on the Record) (AChu) (Entered: 10/28/2022) |
| 11/08/2022 | 60 | RESPONSE to 57 MOTION to Dismiss *and to Strike* filed by Anesthesia Associates of Ann Arbor PLLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12) (Feinstein, Richard) (Entered: 11/08/2022) |
| 11/18/2022 | 61 | REPLY to Response re 57 MOTION to Dismiss *and to Strike* filed by Blue Cross Blue Shield of Michigan. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B) (Stenerson, Todd) (Entered: 11/18/2022) |
| 12/20/2022 | 62 | STIPULATION AND ORDER -- Amended Qualified Protective Order Concerning Confidentiality. Signed by District Judge Terrence G. Berg. (AChu) (Entered: 12/20/2022) |
| 12/29/2022 | 63 | ORDER granting 57 Defendant's Partial Motion to Dismiss and Motion to Strike. Signed by District Judge Terrence G. Berg. (AChu) (Entered: 12/29/2022) |