# Exhibit 4

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ANESTHESIA ASSOCIATES OF ANN ARBOR, PLLC, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 2:20-cv-12916 |
| vs. | )<br>) Judge: Hon. Terrence G. Berg |
| BLUE CROSS BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE COMPANY, a Michigan nonprofit mutual insurance company, | )<br>) Magistrate Judge: Hon. Anthony P.<br>) Patti |
| Defendant. | ) |

## DEFENDANT BLUE CROSS BLUE SHIELD OF MICHIGAN'S INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Blue Cross Blue Shield of Michigan ("BCBSM") makes the following disclosures. These disclosures are based on information presently and reasonably available. BCBSM reserves the right to supplement or correct these disclosures to include information later acquired. BCBSM further notes that it has filed a motion to dismiss all claims in Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), which remains pending before this Court. *See* ECF No. 13,

PageID.238–275. BCBSM reserves the right to amend and supplement these disclosures following this Court's ruling on BCBSM's Motion to Dismiss.

Further, pursuant to the Parties' agreement, any necessary additional disclosures related BCBSM's Counterclaim, ECF No. 26, PageID.887–908, will be provided at a later date as agreed by the parties. BCBSM objects to providing disclosures related to A4's allegations concerning BCBSM's use of most favored nations clauses, as summarized in ¶¶ 31–34 of Plaintiff Anesthesia Associates of Ann Arbor, PLLC's ("A4") Complaint, ECF No. 1, PageID.18–19 or BCBSM's participation in an "amended license agreement," as summarized in ¶¶ 35–39 of A4's Complaint, *id*. at PageID.19–21.

## **PRELIMINARY STATEMENT**

1. BCBSM's disclosures are made without waiving the right to object on the grounds of competency, privilege, relevance, hearsay, or any other proper ground, or the right to object to the use of any information disclosed for any purpose, in whole or in part, in any subsequent proceedings in this action or in any other action.

2. BCBSM's disclosures are made without waiving the right to object on any and all proper grounds to any discovery requests pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Michigan, in this

action or in any other action. BCBSM specifically reserves all objections to the use of these disclosures.

3. BCBSM's disclosures are made subject to its denial of any wrongdoing and its position that Plaintiff's allegations are without merit.

4. BCBSM provides these disclosures without prejudice to its right to introduce at trial any evidence that is subsequently discovered or recognized to be material. BCBSM reserves the right to refer to, conduct discovery with reference to, or offer as evidence at trial any and all facts, documents, and other information related to this matter, notwithstanding the initial statements herein.

5. Each of the foregoing statements in this Preliminary Statement is incorporated by reference into each of the specific disclosures below.

## INITIAL DISCLOSURES

**A.     Disclosure Under Rule 26(a)(1)(A)(i)**

The following current or former BCBSM employees are likely to have discoverable information that BCBSM may use to support its defenses to Plaintiff's claims in this case. A general description of the subject(s) on which each individual may have information is also provided. As discovery proceeds, it is likely that BCBSM will identify additional individuals employed by or affiliated with BCBSM who may testify concerning health insurance products and

competition for the sale of such products, BCBSM's commitment to improving Michigan health care, and BCBSM's hospital and provider contracting.

| Name | Title | Address | Subject Matter |
|---|---|---|---|
| Ahmad, Richard | Medical Director, Value Partnership Programs | 600 E. Lafayette Blvd., Detroit, MI 48226 | Professional provider reimbursement and quality initiatives; BCBSM's commitment to providing quality healthcare |
| Avian, Richard | Health Care Manager | 600 E. Lafayette Blvd., Detroit, MI 48226 | Professional provider reimbursement and quality initiatives |
| Barbone, Steve | Manager, Reimbursement Administration | 600 E. Lafayette Blvd., Detroit, MI 48226 | Professional provider reimbursement and quality initiatives |
| Burns, Sue | Director, Physician Group Incentive Program | 600 E. Lafayette Blvd., Detroit, MI 48226 | Professional provider quality initiatives; BCBSM's response to A4's 2019 notice of termination |
| Cleaver, Maya | Director, Health Care Value | 600 E. Lafayette Blvd., Detroit, MI 48226 | Professional provider contracting; BCBSM's response to A4's 2019 notice of termination |
| Grant, James | Senior Vice President & Chief Medical Officer | 600 E. Lafayette Blvd., Detroit, MI 48226 | Professional provider reimbursement and quality initiatives; BCBSM's commitment to providing quality healthcare |
| Leyden, Thomas | Director II, Value Partnerships | 600 E. Lafayette Blvd., Detroit, MI | Provider quality initiatives; BCBSM's |

| | | 48226 | commitment to providing quality healthcare |
|---|---|---|---|
| Simmer, Thomas | Former Senior Vice President & Chief Medical Officer | 600 E. Lafayette Blvd., Detroit, MI 48226 | Professional provider contracting and reimbursement; BCBSM's response to A4's 2019 notice of termination; BCBSM's commitment to providing quality healthcare |
| Syrjamaki, Karen | Health Care Manager | 600 E. Lafayette Blvd., Detroit, MI 48226 | Professional provider reimbursement and quality initiatives |
| Van Putten, Michael | Director II, Provider Contracting & Network Administration | 600 E. Lafayette Blvd., Detroit, MI 48226 | Professional provider contracting; BCBSM's response to A4's 2019 notice of termination |

In addition, the following individuals affiliated with A4 or third parties may possess discoverable information that BCBSM may use to support its defenses to A4's claims.

| Name | Title | Address | Subject Matter |
|---|---|---|---|
| Bock, Gregory | A4 Chief Executive Officer/ Siromed Physician Services Chief Operating Officer | 5301 E Huron River Dr., Ann Arbor, MI 48104 | A4's contracts with payors, hospitals and its member anesthesiologists; A4's 2019 notice of termination to BCBSM; A4 business and competitive analyses |
| Coffman, Traci | A4 President/ Siromed Physician | 5301 E Huron River Dr., Ann | A4's contracts with payors, hospitals and its member |

|  | Services Chief Clinical Officer | Arbor, MI 48104 | anesthesiologists; A4's 2019 notice of termination to BCBSM; A4 business and competitive analyses |
| --- | --- | --- | --- |
| Gold, Lewis | Siromed Physician Services Founder and Board of Directors Member | 5301 E Huron River Dr., Ann Arbor, MI 48104 | A4's contracts with payors, hospitals and its member anesthesiologists; A4's 2019 notice of termination to BCBSM; A4 business and competitive analyses |
| Nicoli, Daniel | Former A4 President/Siromed Physician Services SVP of Business Development and Board of Directors Member | 5301 E Huron River Dr., Ann Arbor, MI 48104 | A4's contracts with payors, hospitals and its member anesthesiologists; A4's 2019 notice of termination to BCBSM; A4 business and competitive analyses |
| Tammara-Cohen, Deana | Siromed Physician Services SVP of Managed Care | 5301 E Huron River Dr., Ann Arbor, MI 48104 | A4's contracts with payors, hospitals and its member anesthesiologists; A4's 2019 notice of termination to BCBSM; A4 business and competitive analyses |

BCBSM believes that additional individuals associated with the following entities are likely to have discoverable information that BCBSM may use to support its defenses to A4's claims:

1.  **Michigan Hospitals**: individuals associated with the following Michigan hospitals and hospital systems are likely to have discoverable information concerning: contract negotiations with BCBSM and other health insurance payors; contracts and contract negotiations with physicians, physician

groups and individual practitioners, including A4; the appropriate product and geographic markets at issue; the costs of anesthesiology-related services provided by those hospitals; and the reasons for increases, if any, in those costs:

    a.     Beaumont Health

    b.     Trinity Health

    c.     Other hospitals with whom A4 contracted to provide anesthesiology-related services.

Additionally, hospitals throughout Michigan are likely to have discoverable information concerning their relationships with physician groups and individual practitioners providing anesthesiology-related services, and payments for such services.

2.    **Physician Groups**: individuals associated with physician groups practicing in Michigan are likely to have discoverable information concerning: competition among anesthesia providers in Michigan; terms of employment with practitioners; contracting with hospitals and healthcare payors; the appropriate product and geographic markets at issue; the costs of various anesthesiology-related services provided by those groups; and the reasons for increases, if any, in those costs. Such physician groups include, but are not limited to, the following:

    a.     NorthStar Anesthesiologists

    b.     Anesthesia Practice Consultants

      c.      Midwest Anesthesia Consultants

3.    **Healthcare Payors**: individuals associated with the following commercial healthcare payors who are licensed to sell health insurance in Michigan are likely to have discoverable information concerning: contract negotiations with A4 and other providers of anesthesiology-related services, and payments for such services; the appropriate product and geographic markets at issue; the costs of various healthcare services offered to customers/members; and the reasons for increases, if any, in those costs:

      a.      Aetna, Inc.

      b.      Priority Health

Additionally, other non-BCBSM commercial healthcare payors who are licensed to sell health insurance in Michigan are likely to have discoverable information concerning their relationships with physician groups and individual practitioners providing anesthesiology-related services, and payments for such services.

Further, BCBSM expects that the following individuals are likely to have discoverable information that BCBSM may use to support its defenses to A4's claims:

- Persons identified in A4's disclosures under Rule 26(a);

- Persons identified by any party or non-party in responses to interrogatories, depositions, or other discovery;

- All expert witnesses designated by any party;

- A4's current and former employees in various agencies, departments, groups, or divisions with knowledge concerning A4's provision of anesthesiology-related services at any Michigan hospital or hospital system, A4's contracts with commercial payors, and A4's contracts with its employees and independent contractors;

- A4's parent, affiliates, partners, strategic allies, or marketing affiliates, including but not limited to Siromed Physician Services, Inc.

Other individuals not specifically known to BCBSM at this time may possess relevant information. Many of these individuals may be employed by A4 or third parties. BCBSM reserves the right to supplement these disclosures, if necessary, should additional information become available. BCBSM reserves the right to call any and all witnesses identified by A4. In addition, BCBSM reserves the right to identify rebuttal witnesses based on information later discovered, offered, or introduced.

**B.     Disclosure Under Rule 26(a)(1)(A)(ii)**

BCBSM provides the following description by category and location of all documents, electronically stored information, and tangible things in its possession, custody, or control that may be used to support its defenses to A4's claims:

- Contracts between BCBSM and A4 or A4-affiliated providers;

- Contracts between BCBSM and hospitals or hospital systems with whom A4 contracts or contracted for the provision of anesthesia-related services;

- Documents relating to BCBSM's reimbursement to providers for anesthesiology-related services;

- Documents relating to the provision of anesthesiology-related services in Michigan;

- Documents concerning BCBSM's mission and commitment to providing quality health care;

- Documents concerning the provision of commercial health insurance in Michigan by entities other than BCBSM, including but not limited to pricing and rates for anesthesiology-related services.

The above categories of documents are those that BCBSM currently believes may be relevant to A4's claims and BCBSM's defenses in this case. As discovery

proceeds, it is likely that BCBSM will identify additional documents or categories of relevant documents.

The above categories of documents are generally located at BCBSM, 600 Lafayette East, Detroit, Michigan 48226.

BCBSM reserves the right to withhold from production documents protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity, and further reserves its rights to supplement or amend these disclosures contained herein as further information becomes available. BCBSM also reserves the right to object to the collection or production of electronically stored information that is not reasonably accessible due to undue burden or cost. BCBSM reserves all objections to the admission, use and relevance of all documents referenced in this section.

In addition to the items identified above, BCBSM identifies all copies and categories of documents, electronically stored information, and tangible things identified by A4 in its disclosures under Rule 26(a).

## C.   Disclosure Under Rule 26(a)(1)(A)(iii)

BCBSM will supplement these disclosures at a later date as agreed by the parties with information relating to any and all damages claimed by BCBSM.

D.     **Disclosure Under Rule 26(a)(1)(A)(iv)**

BCBSM is continuing to investigate whether any insurance agreement exists under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy the judgment and will make any such agreement available for inspection and copying. Further information will be provided in BCBSM's supplemental initial disclosures, *see supra* p. 2.

| | |
|---|---|
| Date: June 9, 2021 | Respectfully submitted, |
| | BODMAN PLC<br>By: /s/ *Sarah L. Cylkowski*<br>Sarah L. Cylkowski (P75952)<br>Rebecca D. O'Reilly (P70645)<br>Alexandra C. Markel (P81705)<br>6th Floor at Ford Field<br>1901 Saint Antoine Street<br>Detroit, Michigan 48226<br>(313) 392-1074<br>scylkowski@bodmanlaw.com |
| | SHEARMAN & STERLING LLP<br>Todd M. Stenerson (P51953)<br>Rachel Mossman (Adm. E.D. MI, DC Bar 1016255)<br>401 9th Street, Suite 800<br>Washington, DC 20004<br>(202) 508-8000<br>todd.stenerson@shearman.com<br>*Attorneys for Defendant* |

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 9, 2021, she caused to be served a copy of the foregoing responses on all counsel of record by email:

| | |
|---|---|
| Richard A. Feinstein<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave., NW<br>Washington, D.C. 20005<br>(202) 895-5243<br>rfeinstein@bsfllp.com | Gregory L. Curtner<br>RILEY SAFER HOLMES & CANCILA LLP<br>121 W. Washington, Suite 402<br>Ann Arbor, MI 48104<br>734-773-4900<br>gcurtner@rshc-law.com |

By:   */s/ Sarah L. Cylkowski*
Sarah L. Cylkowski (P75952)
BODMAN PLC
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, MI 48226
 (202) 508-8000
scylkowski@bodmanlaw.com