**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | MDL No. 2406 |
|---|---|

*Anesthesia Associates of Ann Arbor, PLLC v. Blue Cross Blue Shield of Michigan*, No. 2:20-cv-12916-TGB-APP (E.D. Mich. 2020)

**SCHEDULE OF ACTIONS**

| Caption | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| *Anesthesia Associates of Ann Arbor, PLLC v. Blue Cross Blue Shield of Michigan* | Anesthesia Associates of Ann Arbor, PLLC | Blue Cross Blue Shield of Michigan | The United States District Court for the Eastern District of Michigan | 2:20-cv-12916-TGB-APP | Hon. Terrence G. Berg |

Date: February 2, 2023

Respectfully submitted,

*/s/ Jonathan D. Schiller*
BOIES SCHILLER FLEXNER LLP
Jonathan D. Schiller, Esq. (N.Y. Bar No. 4523460)
David Barillari, Esq. (N.Y. Bar No. 5448410)
55 Hudson Yards
New York, NY 10001
(212) 446-2300
jschiller@bsfllp.com
dbarillari@bsfllp.com

RILEY SAFER HOLMES & CANCILA LLP
Gregory L. Curtner (Mich. Bar No. P12414)
Matthew Kennison (Mich. Bar No. P79653)
121 W. Washington Street, Suite 402
Ann Arbor, MI 48104
(734) 773-4900
gcurtner@rshc-law.com
mkennison@rshc-law.com

*Counsel for Anesthesia Associates of Ann Arbor, PLLC*