BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | |
|---|---|
| | MDL No. 2406 |

*Anesthesia Associates of Ann Arbor, PLLC v. Blue Cross Blue Shield of Michigan*, No. 2:20-cv-12916-TGB-APP (E.D. Mich. 2020)

INDEX OF EXHIBITS TO
PLAINTIFF ANESTHESIA ASSOCIATES OF ANN ARBOR, PLLC'S
<u>MOTION TO VACATE CONDITIONAL TRANSFER ORDER 39</u>

| Exhibit A | *In Re: Blue Cross Blue Shield Antitrust Litig.*, Case No. 2:13-cv-20000-RDP, Consolidated Fourth Amended Provider Complaint, ECF 1083 (N.D. Ala. Apr. 28, 2017) |
|---|---|
| Exhibit B | *In Re: Blue Cross Blue Shield Antitrust Litig.*, Case No. 2:13-cv-20000-RDP, Defendant's Answer to Fourth Amended Complaint, ECF 1335 (N.D. Ala. July 12, 2017) |
| Exhibit C | *Anesthesia Associates of Ann Arbor v. Blue Cross Blue Shield of Michigan*, Case No. 2:20-CV 12916, Complaint, ECF 1 (E.D. Mich. Oct. 29, 2020) |
| Exhibit D | *In Re: Blue Cross Blue Shield Antitrust Litig.*, Case No. 2:13-cv-20000-RDP, Defendants' Reply on the Antitrust Standard of Review, ECF 2772 (N.D. Ala. July 12, 2021) |
| Exhibit E | *In Re: Blue Cross Blue Shield Antitrust Litig.*, MDL 2406, Notice of Potential Tag-Along Action, ECF 555 (U.S. Jud. Pan. Mult. Lit. Mar. 22, 2022) |
| Exhibit F | *In Re: Blue Cross Blue Shield Antitrust Litig.*, MDL 2406, Attachment to Notice of Potential Tag-Along Action, ECF 555-3 (U.S. Jud. Pan. Mult. Lit. Mar. 22, 2022) |
| Exhibit G | *Anesthesia Associates of Ann Arbor v. Blue Cross Blue Shield of Michigan*, Case No. 2:20-CV 12916, Order Granting Plaintiff's Motion to Dismiss Counterclaim, ECF 48 (E.D. Mich. Mar. 31, 2022) |
| Exhibit H | *Anesthesia Associates of Ann Arbor v. Blue Cross Blue Shield of Michigan*, Case No. 2:20-CV 12916, Order Denying in Part and Granting in Part Plaintiff's Motion for Leave to File Amended Complaint, ECF 52 (E.D. Mich. Sept. 28, 2022) |
| Exhibit I | *Anesthesia Associates of Ann Arbor v. Blue Cross Blue Shield of Michigan*, Case No. 2:20-CV 12916, Amended Complaint, ECF 53 (E.D. Mich. Oct. 7, 2022) |
| Exhibit J | *Anesthesia Associates of Ann Arbor v. Blue Cross Blue Shield of Michigan*, Case No. 2:20-CV 12916, Answer to Amended Complaint, ECF 56 (E.D. Mich. Oct. 21, 2022) |

| | |
|---|---|
| Exhibit K | *Anesthesia Associates of Ann Arbor v. Blue Cross Blue Shield of Michigan*, Case No. 2:20-CV 12916, Order Granting Defendant's Partial Motion to Dismiss and to Strike, ECF 63 (E.D. Mich. Dec. 29, 2022) |
| Exhibit L | *Anesthesia Associates of Ann Arbor v. Blue Cross Blue Shield of Michigan*, Plaintiff's Motion for Entry of Partial Final Judgment, Case No. 2:20-CV 12916, ECF 64 (E.D. Mich. Jan. 13, 2023) |
| Exhibit M | *Anesthesia Associates of Ann Arbor v. Blue Cross Blue Shield of Michigan*, Case No. 2:20-CV 12916, Defendant's Response to Motion for Entry of Partial Final Judgment, ECF 65 (E.D. Mich. Jan. 27, 2023) |
| Exhibit N | *Anesthesia Associates of Ann Arbor v. Blue Cross Blue Shield of Michigan*, Case No. 2:20-CV 12916, Defendant's Counter-Motion for Partial Final Judgment, ECF 66 (E.D. Mich. Jan. 27, 2023) |