BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | |
|---|---|
| | MDL No. 2406 |

*Anesthesia Associates of Ann Arbor, PLLC v. Blue Cross Blue Shield of Michigan*, No. 2:20-cv-12916-TGB-APP (E.D. Mich. 2020)

INDEX OF EXHIBITS TO
PLAINTIFF ANESTHESIA ASSOCIATES OF ANN ARBOR, PLLC'S REPLY
MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO VACATE CONDITIONAL TRANSFER ORDER 39

| Exhibit 1 | Transcript, *In Re: Blue Cross Blue Shield Antitrust Litig.*, No. 2:13-cv-20000-RDP, ECF 2921 (N.D. Ala. May 23, 2022) (highlighting added) |
|---|---|
| Exhibit 2 | Letter from Blue Cross Blue Shield of Michigan Counsel (Dec. 29, 2020) |
| Exhibit 3 | Amended Qualified Protective Order, *Anesthesia Associates of Ann Arbor, PLLC v. Blue Cross Blue Shield of Michigan*, No. 2:20-cv-12916-TB-APP, ECF 62 (E.D. Mich. Dec. 20, 2022) |
| Exhibit 4 | Qualified Protective Order, *In Re: Blue Cross Blue Shield Antitrust Litig.*, No. 2:13-cv-20000-RDP, ECF 550 (N.D. Ala. Feb. 23, 2016) |