**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| In re: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | ) ) ) | MDL No. 2406 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

To: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20544-0005

Blue Cross Blue Shield Association ("BCBSA") and Blue Cross Blue Shield of Michigan ("BCBSM" and, collectively with BCBSA, "Defendants") write pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation (the Judicial Panel "JPML" and the Rules of Procedure "JPML Rules"), to notify the Clerk of the Panel of a "potential tag-along action" to an "action[] previously transferred under Section 1407"—specifically, *In re Blue Cross Blue Shield Antitrust Litigation* (MDL No. 2406), No. 13-cv-20000-RDP (N.D. Ala.) (the "MDL"). The potentially related action is *Ford Motor Co. v. Blue Cross Blue Shield of Michigan Mutual Insurance Co.*, No. 2:23-cv-11286-LVP-EAS (E.D. Mich.) (the "Ford Action"), which was filed in the Eastern District of Michigan in May 2023. Although it is related to MDL No. 2406 as set forth below, Defendants do not seek to transfer the Ford Action to the MDL, *see* Rule 7.1(b) of the JPML Rules. Ford plaintiffs agree with this position.

On December 12, 2012, the Judicial Panel on Multidistrict Litigation created MDL No. 2406 and consolidated a series of antitrust actions against BCBSA and various Blue Plans challenging certain Blue-system rules in the Northern District of Alabama (the "MDL Court"). *See In re Blue Cross Blue Shield Antitrust Litig.*, 908 F. Supp. 2d 1373 (J.P.M.L. 2012). Since that

time, the MDL has proceeded in two tracks: a Subscriber track (claims by a putative class of fully-insured Blue members), and a Provider track (claims by a putative class of various types of hospitals, physicians and other professionals). In November 2020, the MDL Court preliminarily approved a settlement of the Subscriber track of the MDL ("Subscriber Settlement").[1] (MDL Dkt. 2641.) On August 9, 2022, the MDL Court entered an order of final approval over the Subscriber Settlement. (MDL Dkt. 2931.)

On July 27, 2021, Ford Motor Co. ("Ford") sent a notice of intent to exclude itself from the damages class of the Subscriber Settlement.[2] (*See* MDL Dkt. 2928 at 13.) Subsequently, on May 31, 2023, Ford commenced the Ford Action in the Eastern District of Michigan alleging that Defendants "divided territory and fixed prices thereby increasing the cost of health services". (Ford Action Dkt 1 ¶ 1.) The Ford Action names only BCBSA and BCBSM as Defendants; focuses primarily on alleged antitrust injury arising out of the state of Michigan; and brings a narrower set of claims than is alleged in other complaints consolidated in the MDL. (*See generally* Ford Action Dkt 1.)

Accordingly, although Defendants write to the Clerk of the Panel to notify it of the Ford Action in compliance with the JPML Rules, Defendants are not asking the Clerk to take any action as Defendants do not seek to transfer the Ford Action to the MDL. Defendants have met and conferred with Ford plaintiffs, and they have indicated they likewise believe JMPL action is not required.

---

[1] Litigation in the Provider track remains ongoing.

[2] Notwithstanding this notice, Ford remains a member of the mandatory Rule 23(b)(2) settlement class.

Dated: August 25, 2023

Respectfully submitted,

<u>s/ Karin A. DeMasi</u>
Karin A. DeMasi
Lauren R. Kennedy
David H. Korn
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
Tel: (212) 474-1000
Fax: (212) 474-3700
kdemasi@cravath.com
lkennedy@cravath.com
dkorn@cravath.com

*Attorneys for Defendant Blue Cross Blue Shield Association*

Todd M. Stenerson
SHEARMAN & STERLING LLP
401 9th Street, N.W., Suite 800
Washington, DC  20004
Tel: (202) 508-8000
Fax: (202) 508-8100
todd.stenerson@shearman.com

Rachel Mossman Zieminski
SHEARMAN & STERLING LLP
2601 Olive Street, Suite 1700
Dallas, TX 75201
Tel: (214) 271-5777
Fax: (214) 271-5778
rachel.zieminski@shearman.com

*Attorneys for Defendant Blue Cross and Blue Shield of Michigan*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re:  BLUE CROSS BLUE SHIELD     )
ANTITRUST LITIGATION                      )          **MDL No. 2406**
                                                                )

**SCHEDULE OF POTENTIAL TAG-ALONG ACTION**

| Plaintiff | Defendants | District | Case No. | Judge |
|---|---|---|---|---|
| Ford Motor Company | Blue Cross Blue Shield of Michigan Mutual Insurance Company; Blue Cross Blue Shield Association | Eastern District of Michigan (Detroit) | 2:23-cv-11286-LVP-EAS | District Judge Linda V. Parker, Magistrate Judge Elizabeth A. Stafford |

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD   )
ANTITRUST LITIGATION              )        MDL No. 2406
                                  )

**PROOF OF SERVICE**

I, Karin A. DeMasi, as Counsel for the below-listed Defendant, hereby certify that on this 25th day of August, a copy of the foregoing Notice of Potential Tag-Along Action was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system, which will send notice of electronic filing to all parties of record. A copy of the Notice of Potential Tag-Along Action will also be sent via electronic mail to the following counsel:

Dinsmore & Shohl LLP
William A. Sherman, II
Sunni Harris
801 Pennsylvania Ave, NW, Suite 610
Washington, D.C. 20004
(202) 372-9100
william.sherman@dinsmore.com
sunni.harris@dinsmore.com

J. Travis Mihelick
900 Wilshire Drive, Suite 300
Troy, MI 48084
(248) 203-1655
travis.mihelick@dinsmore.com

*Attorneys for the Ford Motor Company*

Dated: August 25, 2023                    Respectfully Submitted,

                                          *s/ Karin A. DeMasi*
                                          Karin A. DeMasi
                                          Lauren R. Kennedy
                                          David H. Korn
                                          CRAVATH, SWAINE & MOORE LLP
                                          Worldwide Plaza

825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
kdemasi@cravath.com
lkennedy@cravath.com
dkorn@cravath.com

*Attorneys for Defendant Blue Cross Blue Shield Association*

Todd M. Stenerson
SHEARMAN & STERLING LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Tel: (202) 508-8000
Fax: (202) 508-8100
todd.stenerson@shearman.com

Rachel Mossman Zieminski
SHEARMAN & STERLING LLP
2601 Olive Street, Suite 1700
Dallas, TX 75201
Tel: (214) 271-5777
Fax: (214) 271-5778
rachel.zieminski@shearman.com

*Attorneys for Defendant Blue Cross and Blue Shield of Michigan*