**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re:  BLUE CROSS BLUE SHIELD     )
ANTITRUST LITIGATION               )          MDL No. 2406
                                   )

**SCHEDULE OF POTENTIAL TAG-ALONG ACTION**

| Plaintiff | Defendants | District | Case No. | Judge |
|---|---|---|---|---|
| Ford Motor Company | Blue Cross Blue Shield of Michigan Mutual Insurance Company; Blue Cross Blue Shield Association | Eastern District of Michigan (Detroit) | 2:23-cv-11286-LVP-EAS | District Judge Linda V. Parker, Magistrate Judge Elizabeth A. Stafford |