**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re:  **BLUE CROSS BLUE SHIELD**　　）
**ANTITRUST LITIGATION**　　　　　）　　　　MDL No. 2406
　　　　　　　　　　　　　　　　　　　）

**PROOF OF SERVICE**

I, Karin A. DeMasi, as Counsel for the below-listed Defendant, hereby certify that on this 28th day of August, a copy of the foregoing Notice of Potential Tag-Along Action was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system, which will send notice of electronic filing to all parties of record.  A copy of the Notice of Potential Tag-Along Action will also be sent via electronic mail to the following counsel:

> Dinsmore & Shohl LLP
> William A. Sherman, II
> Sunni Harris
> 801 Pennsylvania Ave, NW, Suite 610
> Washington, D.C. 20004
> (202) 372-9100
> william.sherman@dinsmore.com
> sunni.harris@dinsmore.com
>
> J. Travis Mihelick
> 900 Wilshire Drive, Suite 300
> Troy, MI 48084
> (248) 203-1655
> travis.mihelick@dinsmore.com

*Attorneys for the Ford Motor Company*

Dated: August 28, 2023　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*s/ Karin A. DeMasi*
　　　　　　　　　　　　　　　　　　　Karin A. DeMasi
　　　　　　　　　　　　　　　　　　　Lauren R. Kennedy
　　　　　　　　　　　　　　　　　　　David H. Korn
　　　　　　　　　　　　　　　　　　　CRAVATH, SWAINE & MOORE LLP
　　　　　　　　　　　　　　　　　　　Worldwide Plaza

825 Eighth Avenue
New York, NY  10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
kdemasi@cravath.com
lkennedy@cravath.com
dkorn@cravath.com

*Attorneys for Defendant Blue Cross Blue Shield Association*

Todd M. Stenerson
SHEARMAN & STERLING LLP
401 9th Street, N.W., Suite 800
Washington, DC  20004
Tel: (202) 508-8000
Fax: (202) 508-8100
todd.stenerson@shearman.com

Rachel Mossman Zieminski
SHEARMAN & STERLING LLP
2601 Olive Street, Suite 1700
Dallas, TX 75201
Tel: (214) 271-5777
Fax: (214) 271-5778
rachel.zieminski@shearman.com

*Attorneys for Defendant Blue Cross and Blue Shield of Michigan*