**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | )<br>)<br>) |

MDL No. 2406

## SCHEDULE OF POTENTIAL TAG-ALONG ACTIONS

| Ex. | Plaintiffs | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| 1 | Adventist Health System Sunbelt Healthcare Corporate *d/b/a* AdventHealth; Adventist Health System/West; Ardent Health Partners, Inc.; Banner Health; Beverly Community Hospital Association *d/b/a* Beverly Hospital; Christiana Care Health Services Inc.; City of Hope; CHS/Community Health Systems; Corewell Health; Henry Ford Health System *d/b/a* Henry Ford Health; Hospital Sisters Health System; Inova Health Care Services; Iowa Health System *d/b/a* UnityPoint Health; Knight Health Holdings, LLC; LifePoint Health, Inc.; Mass General Brigham Incorporated; Mercy Hospital, Iowa City; Iowa and Mercy Service Iowa City, Inc.; Northeast Georgia Health System; Novant Health, Inc.; Rochester Regional Health; Sound Inpatient Physicians, Inc.; Sutter Health; and The University of Wisconsin Hospitals and Clinics Authority. | Blue Cross and Blue shield Association; Blue Cross and Blue Shield of Illinois; Anthem, Inc. *d/b/a* Anthem Blue Cross Life and Health Insurance Company; Elevance Health, Inc. *f/k/a* Anthem, Inc.; Health Care Service Corporation; Cambia Health Solutions, Inc.; CareFirst, Inc.; Premera Blue Cross; Blue Cross and Blue shield of Alabama, Premera Blue Cross *d/b/a* Blue Cross Blue shield of Alaska; Prosano, Inc., and Blue Cross Blue Shield of Arizona, Inc.; Usable Mutual Insurance Company *d/b/a* Arkansas Blue Cross and Blue Shield; Blue Cross of California *d/b/a* Anthem Blue Cross; California Physicians' Service, Inc. *d/b/a* Blue Shield of California; Rocky Mountain Hospital and Medical Service, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Colorado; Anthem Health Plans, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Connecticut; Highmark, Inc. *f/k/a* Highmark Health Services; Highmark BCBSD, Inc. *d/b/a* Highmark Blue Cross Blue Shield Delaware; Group Hospitalization and Medical Services, Inc. *d/b/a* CareFirst BlueCross BlueShield; GuideWell Mutual Holding Corporation and Blue Cross and Blue Shield of Florida, Inc.; Blue Cross Blue Shield of Georgia, Inc.; Hawaii | Northern District of Illinois | 1:25-cv-02367 | Hon. Thomas M. Durkin |

| Ex. | Plaintiffs | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| | | Medical Service Association *d/b/a* Blue Cross and Blue Shield of Hawaii; Blue Cross of Idaho Health Service, Inc.; Regence BlueShield of Idaho, Inc.; Anthem Insurance Companies, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Indiana; Wellmark, Inc. *d/b/a* Wellmark Blue Cross and Blue Shield of Iowa; Blue Cross and Blue Shield of Kansas, Inc.; Anthem Health Plans of Kentucky, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Kentucky; Louisiana Health Service and Indemnity Company *d/b/a* Blue Cross and Blue Shield of Louisiana; Anthem Health Plans of Maine, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Maine and *d/b/a* Associated Hospital Service; CareFirst of Maryland, Inc. *d/b/a* CareFirst BlueCross BlueShield; Blue Cross Blue Shield of Massachusetts, Inc.; Blue Cross Blue Shield of Michigan; Aware Integrated, Inc. *d/b/a* Blue Cross and Blue Shield of Minnesota; BlueCross BlueShield of Mississippi; HMO Missouri, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Missouri; Blue Cross Blue Shield of Kansas City, Inc.; BlueCross BlueShield of Montana; Caring For Montanans, Inc. *d/b/a* Blue Cross Blue Shield of Montana, Inc.; Goodlife Partners, Inc., and Blue Cross Blue Shield of Nebraska; Rocky Mountain Hospital and Medical Service, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Nevada; Anthem Health Plans of New Hampshire, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of New Hampshire; Horizon Healthcare Services, Inc. *d/b/a* Horizon Blue Cross Blue Shield of New | | | |

| Ex. | Plaintiffs | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| | | Jersey; Blue Cross and Blue Shield of New Mexico; HealthNow New York Inc.; BlueShield of Northeastern New York; BlueCross BlueShield of Western New York, Inc.; Anthem HealthChoice Assurance, Inc. *f/k/a* Empire HealthChoice Assurance, Inc. *d/b/a* Empire BlueCross BlueShield, Excellus Health Plan, Inc. *d/b/a* Excellus BlueCross BlueShield; Blue Cross and Blue Shield Of North Carolina, Inc.; Noridian Mutual Insurance Company *d/b/a* Blue Cross Blue Shield of North Dakota; Community Insurance Company *d/b/a* Anthem Blue Cross and Blue Shield of Ohio; Blue Cross and Blue Shield of Oklahoma, Regence BlueCross BlueShield of Oregon; Capital Blue Cross; Highmark Health Services, Inc. *d/b/a* Highmark Blue Cross Blue Shield and *d/b/a* Highmark Blue Shield; Independence Blue Cross; Triple-S Salud, Inc.; Blue Cross and Blue Shield of Rhode Island; Blue Cross Blue Shield of South Carolina Inc; Wellmark of South Dakota, Inc. *d/b/a* Wellmark Blue Cross and Blue Shield of South Dakota; BlueCross BlueShield of Tennessee, Inc., Blue Cross and Blue Shield of Texas; Regence BlueCross BlueShield of Utah; Blue Cross and Blue Shield of Vermont; Anthem Health Plans of Virginia, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Virginia, Inc.; Regence BlueShield; Highmark West Virginia, Inc. *d/b/a* Highmark Blue Cross Blue Shield West Virginia; Blue Cross Blue Shield of Wisconsin *d/b/a* Anthem Blue Cross and Blue Shield | | | |

| Ex. | Plaintiffs | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| | | of Wisconsin; and Blue Cross Blue Shield of Wyoming. | | | |

| Ex. | Plaintiffs | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| 2 | AmeriTeam Services; Southeastern Emergency Physicians, LLC; Texas Medicine Resources, LLP; Emergency Coverage, LLC; Florida Emergency Physicians Kang & Associates, M.D., LLC; Longhorn Emergency Medical Associates, P.A.; Mid−Ohio Emergency Services LLC; ACS Primary Care Physicians Southeast, P.C.; Fremont Emergency Services (Scherr), Ltd.; Texas Physician Resources, LLP; InPhyNet South Broward, LLC; Paragon Contracting Services, LLC; Paragon Emergency Services, LLC; ACS Primary Care Physicians Southwest, P.A.; Southeastern Emergency Physicians of Memphis, LLC; Emergency Services of Oklahoma, P.C. | Blue Cross and Blue Shield Association; Blue Cross and Blue Shield of Illinois; Anthem, Inc. *d/b/a* Anthem Blue Cross Life and Health Insurance Company; Elevance Health, Inc. *f/k/a* Anthem, Inc.; Health Care Service Corporation; Cambia Health Solutions, Inc.,; Carefirst, Inc.; Premera Blue Cross, Blue Cross and Blue Shield of Alabama; Premera Blue Cross *d/b/a* Blue Cross Blue Shield of Alaska; Prosano, Inc., and Blue Cross Blue Shield Of Arizona, Inc.; USAble Mutual Insurance Company *d/b/a* Arkansas Blue Cross and Blue Shield; Blue Cross Of California *d/b/a* Anthem Blue Cross; California Physicians' Service, Inc. *d/b/a* Blue Shield of California; Rocky Mountain Hospital and Medical Service, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Colorado; Anthem Health Plans, Inc. *d/b/a* Anthem Blue Cross and Blue Shield Of Connecticut; Highmark, Inc. *f/k/a* Highmark Health Services; Highmark BCBSD, Inc. *d/b/a* Highmark Blue Cross Blue Shield Delaware; Group Hospitalization and Medical Services, Inc. *d/b/a* CareFirst BlueCross BlueShield; GuideWell Mutual Holding Corporation and Blue Cross and Blue Shield of Florida, Inc.; Blue Cross Blue Shield of Georgia, Inc.; Hawaii Medical Service Association *d/b/a* Blue Cross and Blue Shield of Hawaii, Blue Cross of Idaho Health Service, Inc.; Regence BlueShield Of Idaho, Inc.; Anthem Insurance Companies, Inc. *d/b/a* Anthem Blue Cross | Northern District of Illinois | 1:25-cv-02295 | Hon. Steven C. Seeger |

| Ex. | Plaintiffs | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| | | And Blue Shield Of Indiana; Wellmark, Inc. *d/b/a* Wellmark Blue Cross and Blue Shield Of Iowa; Blue Cross And Blue Shield of Kansas, Inc.; Anthem Health Plans of Kentucky, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Kentucky; Louisiana Health Service and Indemnity Company *d/b/a* Blue Cross and Blue Shield of Louisiana; Anthem Health Plans of Maine, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Maine and *d/b/a* Associated Hospital Service; CareFirst of Maryland, Inc. *d/b/a* CareFirst BlueCross BlueShield; Blue Cross Blue Shield of Massachusetts, Inc.; Blue Cross Blue Shield of Michigan; Aware Integrated, Inc. *d/b/a* Blue Cross And Blue Shield of Minnesota; BlueCross BlueShield of Mississippi; HMO Missouri, Inc. *d/b/a* Anthem Blue Cross and Blue Shield Of Missouri; Blue Cross Blue Shield of Kansas City, Inc.; BlueCross BlueShield of Montana; Caring for Montanans, Inc. *d/b/a* Blue Cross Blue Shield of Montana, Inc.; Goodlife Partners, Inc., and Blue Cross Blue Shield of Nebraska; Rocky Mountain Hospital and Medical Service, Inc. *d/b/a* Anthem Blue Cross And Blue Shield of Nevada; Anthem Health Plans of New Hampshire, Inc. *d/b/a* Anthem Blue Cross and Blue Shield Of New Hampshire; Horizon Healthcare Services, Inc. *d/b/a* Horizon Blue Cross Blue Shield of New Jersey; Blue Cross and Blue Shield of New Mexico; HealthNow New York Inc.; BlueShield Of Northeastern New York; BlueCross BlueShield of Western New York, Inc.; Anthem HealthChoice Assurance, Inc. *f/k/a* Empire HealthChoice Assurance, Inc. *d/b/a* Empire BlueCross | | | |

| Ex. | Plaintiffs | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| | | BlueShield, Excellus Health Plan, Inc. *d/b/a* Excellus BlueCross BlueShield; Blue Cross and Blue Shield of North Carolina, Inc.; Noridian Mutual Insurance Company *d/b/a* Blue Cross Blue Shield of North Dakota; Community Insurance Company *d/b/a* Anthem Blue Cross and Blue Shield of Ohio; Blue Cross and Blue Shield of Oklahoma; Regence BlueCross BlueShield of Oregon;  Capital Blue Cross, Highmark Health Services, Inc. *d/b/a* Highmark Blue Cross Blue Shield and *d/b/a* Highmark Blue Shield; Independence Blue Cross; Triple-S Salud, Inc.; Blue Cross and Blue Shield of Rhode Island; Blue Cross Blue Shield of South Carolina Inc.; Wellmark of South Dakota, Inc. *d/b/a* Wellmark Blue Cross and Blue Shield of South Dakota; BlueCross BlueShield of Tennessee, Inc.; Blue Cross and Blue Shield of Texas; Regence BlueCross BlueShield of Utah; Blue Cross and Blue Shield of Vermont; Anthem Health Plans of Virginia, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Virginia, Inc. Regence BlueShield; Highmark West Virginia, Inc. *d/b/a* Highmark Blue Cross Blue Shield West Virginia; Blue Cross Blue Shield of Wisconsin *d/b/a* Anthem Blue Cross and Blue Shield of Wisconsin; and Blue Cross Blue Shield of Wyoming. | | | |

| Ex. | Plaintiffs | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| 3 | Bon Secours Mercy Health, Inc.; University Health Systems of Eastern Carolina, Inc.; Endeavor Health; Integris Health, Inc.; Main Line Health, Inc., Medical University Hospital Authority; Mercy | Blue Cross Blue Shield Association; Elevance Health, Inc.; Blue Cross of California *d/b/a* Anthem Blue Cross; Anthem Blue Cross Life and Health Insurance Company; Blue Cross of Northern California; Blue Cross of Southern | Northern District of California | 5:25-cv-2231-NW | Hon. Noel Wise

Hon. Virgina K. DeMarchi |

| Ex. | Plaintiffs | Defendants | District | Case No. | Judge |
|-----|-----------|-----------|----------|----------|-------|
| | Health; Norton Healthcare, Inc.; Providence St. Joseph Health; Roper St. Francis Healthcare; Sanford; Thomas Jefferson University; The Regents of the University of Michigan on Behalf of University of Michigan Health; University of North Carolina Health Care System; University of Rochester; and West Virginia United Health System, Inc. | California; Rocky Mountain Hospital and Medical Service, Inc. *d/b/a* Anthem Blue Cross and Blue Shield Of Colorado; Anthem Health Plans, Inc. *d/b/a* Anthem Blue Cross and Blue Shield; Blue Cross and Blue Shield Healthcare Plan of Georgia, Inc.; Anthem Insurance Companies, Inc. *d/b/a* Blue Cross and Blue Shield Of Indiana and Anthem Blue Cross and Blue Shield; Anthem Health Plans of Kentucky, Inc. *d/b/a* Anthem Blue Cross and Blue Shield; Anthem Health Plans of Maine, Inc. *d/b/a* Anthem Blue Cross and Blue Shield and *d/b/a* Associated Hospital Service; HMO Missouri, Inc. *d/b/a* Anthem Blue Cross and Blue Shield Of Missouri; Health Alliance Life Insurance Company *d/b/a* Anthem Blue Cross and Blue Shield; Rocky Mountain Hospital and Medical Service, Inc. *d/b/a* Anthem Blue Cross and Blue Shield Nevada; Anthem Health Plans of New Hampshire, Inc. *d/b/a* Anthem Blue Cross and Blue Shield; Anthem HealthChoice Assurance, Inc.; Anthem HealthChoice HMO, Inc.; Community Insurance Company *d/b/a* Anthem Blue Cross and Blue Shield of Ohio; Anthem Health Plans of Virginia, Inc. *d/b/a* Anthem Blue Cross and Blue Shield; Blue Cross Blue Shield of Wisconsin *d/b/a* Anthem Blue Cross and Blue Shield; Aware Integrated, Inc.; BCBSM, Inc. *d/b/a* Blue Cross and Blue Shield of Minnesota; Blue Cross and Blue Shield of Alabama; Hawaii Medical Service Association *d/b/a* Blue Cross and Blue Shield of Hawaii; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Kansas City; Louisiana Health Service & Indemnity Company *d/b/a* Blue | | | |

| Ex. | Plaintiffs | Defendants | District | Case No. | Judge |
|-----|-----------|-----------|----------|----------|-------|
|  |  | Cross and Blue Shield of Louisiana; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc.; Blue Cross Blue Shield of Michigan Mutual Insurance Company; Blue Cross & Blue Shield of Mississippi, A Mutual Insurance Company; Blue Cross and Blue Shield of North Carolina, Inc.; Blue Cross Blue Shield of Rhode Island; BlueCross BlueShieldof South Carolina; BlueCross BlueShield of Tennessee, Inc.; Blue Cross and Blue Shield of Vermont; Blue Cross Blue Shield of Wyoming; California Physicians' Service, Inc. *d/b/a* Blue Shield of California; Cambia Health Solutions, Inc.; Regence BlueShield of Idaho, Inc.; Regence BlueCross BlueShield of Oregon; Regence BlueCross BlueShield of Utah; Regence BlueShield; Capital Blue Cross; CareFirst, Inc. *d/b/a* CareFirst BlueCross BlueShield; CareFirst BlueChoice, Inc. *d/b/a* CareFirst BlueCross BlueShield; Group Hospitalization and Medical Services, Inc. and CareFirst BlueCross BlueShield; CareFirst of Maryland, Inc. *d/b/a* CareFirst BlueCross BlueShield; Lifetime Healthcare, Inc.; Excellus Health Plan, Inc. *d/b/a* Excellus BlueCross BlueShield; Gemstone Holdings, Inc.; Blue Cross of Idaho Health Service, Inc. *d/b/a* Blue Cross of Idaho; Goodlife Partners, Inc.; Blue Cross And Blue Shield Of Nebraska; GuideWell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida, Inc.; Triple-S Management Corporation; Triple-S Salud, Inc.; Health Care Service Corporation; Blue Cross and Blue Shield of Illinois; Blue Cross and Blue Shield of Montana; Caring For Montanans, |  |  |  |

| Ex. | Plaintiffs | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| | | Inc.; Blue Cross and Blue Shield of New Mexico; Blue Cross and Blue Shield of Oklahoma; Blue Cross and Blue Shield of Texas; HealthyDakota Mutual Holdings; Blue Cross Blue Shield of North Dakota; Highmark Health; Highmark BCBSD Inc. *d/b/a* Highmark Blue Cross and Blue Shield Delaware; Highmark Western and Northeastern New York Inc. *d/b/a* Highmark Blue Cross Blue Shield of Western New York and *d/b/a* Highmark Blue Shield of Northeastern New York; Highmark Inc.; Highmark West Virginia Inc. *d/b/a* Highmark Blue Cross Blue Shield West Virginia; Horizon Healthcare Services, Inc. *d/b/a* Horizon Blue Cross Blue Shield of New Jersey; Independence Health Group, Inc.; Premera; Premera Blue Cross Blue Shield of Alaska; Premera Blue Cross; Prosano, Inc.; Blue Cross and Blue Shield of Arizona, Inc.; USAble Mutual Insurance Company *d/b/a* Arkansas Blue Cross and Blue Shield and Blue Advantage Administrators of Arkansas; Wellmark, Inc.; Wellmark, Inc. *d/b/a* Wellmark Blue Cross and Blue Shield Of Iowa; and Wellmark Of South Dakota, Inc. *d/b/a* Wellmark Blue Cross and Blue Shield of South Dakota. | | | |

| Ex. | Plaintiffs | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| 4 | CommonSpirit Health; Dignity Health; Dignity Community Care; Virginia Mason Franciscan Health; Catholic Health Initiatives Colorado; St. Luke's Health System Corporation *d/b/a* CHI St. Luke's Health; CHI Nebraska *d/b/a* CHI Health; and KentuckyOne | Blue Cross and Blue Shield of Alabama; Anthem, Inc.; Elevance Health, Inc.; Health Care Service Corporation; Cambia Health Solutions, Inc.; CareFirst, Inc.; Caring for Montanans, Inc. *f/k/a* Blue Cross Blue Shield of Montana, Inc.; Premera Blue Cross *d/b/a* Premera Blue Cross and Premera Blue Cross Blue Shield of Alaska; | Northern District of Illinois | 1:25-cv-02296 | Hon. Georgia N. Alexakis |

| | | | | |
|---|---|---|---|---|
| Health, Inc. | Blue Cross Blue Shield of Arizona, Inc.; Usable Mutual Insurance Company *d/b/a* Arkansas Blue Cross Blue Shield; Blue Cross of California *d/b/a* Anthem Blue Cross of California; California Physicians' Service *d/b/a* Blue Shield of California; Rocky Mountain Hospital and Medical Service, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Colorado and Anthem Blue Cross and Blue Shield of Nevada; Anthem Blue Cross and Blue Shield of Colorado; Anthem Health Plans, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Connecticut; Highmark, Inc.; Highmark BCBSD, Inc. *d/b/a* Highmark Blue Cross and Blue Shield Delaware; Group Hospitalization and Medical Services, Inc. *d/b/a* CareFirst BlueCross BlueShield; Blue Cross and Blue Shield of Florida, Inc. *d/b/a* Florida Blue; Blue Cross and Blue Shield Healthcare Plan of Georgia, Inc.; Blue Cross and Blue Shield of Georgia, Inc.; Hawaii Medical Service Association *d/b/a* Blue Cross and Blue Shield of Hawaii; Blue Cross of Idaho Health Service, Inc. *d/b/a* Blue Cross of Idaho; Regence BlueShield of Idaho, Inc.; Anthem Insurance Companies, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Indiana; Wellmark, Inc. *d/b/a* Wellmark Blue Cross and Blue Shield of Iowa; Blue Cross and Blue Shield of Kansas, Inc.; Anthem Health Plans of Kentucky, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Kentucky; Louisiana Health Service and Indemnity Company *d/b/a* Blue Cross and Blue Shield of Louisiana; Anthem Health Plans of Maine, Inc. *d/b/a* Anthem | | | |

| | | Blue Cross and Blue Shield of Maine; CareFirst of Maryland, Inc. *d/b/a* CareFirst BlueCross BlueShield; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of Michigan; Blue Care Network of Michigan; BCBSM, Inc. *d/b/a* Blue Cross and Blue Shield of Minnesota; Blue Cross and Blue Shield of Mississippi; HMO Missouri, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Missouri; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Nebraska, Inc.; Anthem Health Plans of New Hampshire, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of New Hampshire; Horizon Health Care Services, Inc. *d/b/a* Horizon Blue Cross and Blue Shield of New Jersey; Highmark Western and Northeastern New York Inc.; Anthem HealthChoice Assurance, Inc.; Excellus Health Plan, Inc. *d/b/a* Excellus BlueCross BlueShield of New York; Blue Cross and Blue Shield of North Carolina; Noridian Mutual Insurance Company *d/b/a* Blue Cross Blue Shield of North Dakota; Community Insurance Company *d/b/a* Anthem Blue Cross and Blue Shield of Ohio; Regence BlueCross BlueShield of Oregon; Capital Blue Cross; Independence Blue Cross, LLC; Triple- S Salud, Inc.; Blue Cross and Blue Shield of Rhode Island; Blue Cross and Blue Shield of South Carolina; Wellmark of South Dakota, Inc. *d/b/a* Wellmark Blue Cross and Blue Shield of South Dakota; BlueCross BlueShield of Tennessee, Inc.; Regence BlueCross BlueShield of Utah; Blue Cross and Blue Shield of Vermont; Anthem Health | | | |
|---|---|---|---|---|---|

Plans of Virginia, Inc. *d/b/a*
Anthem Blue Cross and Blue
Shield of Virginia; Regence
BlueShield; Highmark West
Virginia, Inc. *d/b/a* Highmark
Blue Cross Blue Shield West
Virginia; Blue Cross Blue
Shield of Wisconsin *d/b/a*
Anthem Blue Cross and Blue
Shield of Wisconsin; Blue
Cross & Blue Shield of
Wyoming; and Blue Cross
and Blue Shield Association.

| Ex. | Plaintiffs | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| 5 | IES Central Texas PLLC; IES HSP Indiana LLC; IAS Arizona PLLC; IAS Oklahoma LLC; IES Alabama PLLC; IES Arizona PLLC; IES Colorado PLLC; IES Carrollton PLLC; IES Florida PLLC; Integrative Emergency Services Physician Group - Houston, PLLC; IES HSP Oklahoma LLC; IES Hospitalists PLLC; IES Oklahoma LLC; IES South Carolina LLC; Integrative Health Arizona LLC; Integrative Care Services Florida LLC; IES OBS Colorado PLLC; Integrative Emergency Services Physician Group, P.A.; IES Arkansas PLLC; IES Hsp Arkansas PLLC; IES Missouri LLC; IES Hsp Missouri LLC; and Integrative Health Texas PLLC. | Blue Cross and Blue Shield of Alabama; Anthem, Inc.; Elevance Health, Inc.; Health Care Service Corporation; Cambia Health Solutions, Inc.; CareFirst, Inc.; Caring for Montanans, Inc. *f/k/a* Blue Cross Blue Shield of Montana, Inc.; Premera Blue Cross *d/b/a* Premera Blue Cross and Premera Blue Cross Blue Shield of Alaska; Blue Cross Blue Shield of Arizona, Inc.; Usable Mutual Insurance  Company *d/b/a* Arkansas Blue Cross Blue Shield; Blue Cross of California *d/b/a* Anthem Blue Cross of California; California Physicians' Service *d/b/a* Blue Shield of California; Rocky Mountain Hospital and Medical Service, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Colorado and Anthem Blue Cross and Blue Shield of Nevada; Anthem Blue Cross and Blue Shield of Colorado; Anthem Health Plans, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Connecticut; Highmark, Inc.; Highmark BCBSD, Inc. *d/b/a* Highmark Blue Cross and Blue Shield Delaware; Group Hospitalization and Medical Services, Inc. *d/b/a* CareFirst BlueCross BlueShield; Blue Cross and Blue Shield of Florida, Inc. *d/b/a* Florida Blue; Blue Cross and Blue Shield | Northern District of Illinois (Chicago) | 1:25-cv-02267 | Hon. Edmond E. Chang |

| Ex. | Plaintiffs | Defendants | District | Case No. | Judge |
|-----|-----------|------------|----------|----------|-------|
| | | Healthcare Plan of Georgia, Inc.; Blue Cross and Blue Shield of Georgia, Inc.; Hawaii Medical Service Association *d/b/a* Blue Cross and Blue Shield of Hawaii; Blue Cross of Idaho Health Service, Inc. *d/b/a* Blue Cross of Idaho; Regence BlueShield of Idaho, Inc.; Anthem Insurance Companies, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Indiana; Wellmark, Inc. *d/b/a* Wellmark Blue Cross and Blue Shield of Iowa; Blue Cross and Blue Shield of Kansas, Inc.; Anthem Health Plans of Kentucky, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Kentucky; Louisiana Health Service and Indemnity Company *d/b/a* Blue Cross and Blue Shield of Louisiana; Anthem Health Plans of Maine, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Maine; CareFirst of Maryland, Inc. *d/b/a* CareFirst BlueCross BlueShield; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of Michigan; Blue Care Network of Michigan; BCBSM, Inc. *d/b/a* Blue Cross and Blue Shield of Minnesota; Blue Cross and Blue Shield of Mississippi; HMO Missouri, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Missouri; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Nebraska, Inc.; Anthem Health Plans of New Hampshire, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of New Hampshire; Horizon Health Care Services, Inc. *d/b/a* Horizon Blue Cross and Blue Shield of New Jersey; Highmark Western and Northeastern New York Inc.; Anthem HealthChoice Assurance, Inc.; Excellus Health Plan, Inc. *d/b/a* Excellus BlueCross BlueShield of New York; Blue Cross and Blue Shield of North | | | |

| Ex. | Plaintiff | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| | | Carolina; Noridian Mutual Insurance Company *d/b/a* Blue Cross Blue Shield of North Dakota; Community Insurance Company *d/b/a* Anthem Blue Cross and Blue Shield of Ohio; Regence BlueCross BlueShield of Oregon; Capital Blue Cross; Independence Blue Cross, LLC; Triple-S Salud, Inc.; Blue Cross and Blue Shield of Rhode Island; Blue Cross and Blue Shield of South Carolina; Wellmark of South Dakota, Inc. *d/b/a* Wellmark Blue Cross and Blue Shield of South Dakota; BlueCross BlueShield of Tennessee, Inc.; Regence BlueCross BlueShield of Utah; Blue Cross and Blue Shield of Vermont; Anthem Health Plans of Virginia, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Virginia; Regence BlueShield; Highmark West Virginia, Inc. *d/b/a* Highmark Blue Cross Blue Shield West Virginia; Blue Cross Blue Shield of Wisconsin *d/b/a* Anthem Blue Cross and Blue Shield of Wisconsin; Blue Cross & Blue Shield of Wyoming; and Blue Cross and Blue Shield Association. | | | |

| Ex. | Plaintiff | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| 6 | LHHealth, LLC | Blue Cross Blue Shield Association, Anthem, Inc., *f/k/a* WellPoint, Inc. *d/b/a* Anthem Blue Cross Life and Health Insurance Company, Blue Cross of California, Blue Cross of Southern California, Blue Cross of Northern California, and Blue Cross Blue Shield of Georgia, also doing business through its subsidiaries or divisions, including, Anthem Health Plans, Inc. *d/b/a* Anthem Blue Cross Blue Shield of Connecticut, Rocky Mountain Hospital & Medical Service, Inc. *d/b/a* Anthem Blue Cross | Eastern District of Pennsylvania (Allentown) | 5:25-cv-01158-JLS | Hon. Jeffrey L. Schmehl |

14

| Ex. | Plaintiff | Defendants | District | Case No. | Judge |
|-----|-----------|------------|----------|----------|-------|
| | | Blue Shield of Colorado and Anthem Blue Cross Blue Shield of Nevada, Anthem Insurance Companies, Inc. *d/b/a/* Anthem Blue Cross Blue Shield of Indiana, Anthem Health Plans of Kentucky, Inc. *d/b/a* Anthem Blue Cross Blue Shield of Kentucky, Anthem Health Plans of Maine, Inc. *d/b/a* Anthem Blue Cross Blue Shield of Maine, Anthem Blue Cross Blue Shield of Missouri, RightCHOICE Managed Care, Inc., Healthy Alliance Life Insurance Company and HMO Missouri Inc., Anthem Health Plans of New Hampshire, Inc. *d/b/a* Anthem Blue Cross Blue Shield of New Hampshire, Empire HealthChoice Assurance, Inc. *d/b/a* Empire Blue Cross Blue Shield, Community Insurance Company *d/b/a* Anthem Blue Cross Blue Shield of Ohio, Anthem Health Plans of Virginia, Inc. *d/b/a* Anthem Blue Cross Blue Shield of Virginia, Anthem Blue Cross Blue Shield of Wisconsin, and Compcare Health Services Insurance Corporation, Elevance Health, Inc., Aware Integrated and BCBSM, Inc., *d/b/a* Blue Cross Blue Shield of Minnesota, Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Arizona, Blue Cross of Idaho Health Service, Inc. *d/b/a* Blue Cross of Idaho, Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Kansas City, Inc., Blue Cross and Blue Shield of Massachusetts, Blue Cross Blue Shield of Michigan Mutual Insurance Company, Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Rhode | | | |

| | | Island, Blue Cross and Blue Shield of South Carolina, Blue Cross Blue Shield of Tennessee, Inc., Blue Cross and Blue Shield of Vermont, Blue Cross and Blue Shield of Wyoming, California Physicians' Service, *d/b/a* Blue Shield of California, Cambia Health Solutions, Inc., and its affiliates and/or assumed names Regence Blue Shield of Idaho, Regence Blue Cross Blue Shield of Oregon, Regence Blue Cross of Utah, and Regence Blue Shield of Washington, Capital Blue Cross, CareFirst, Inc. and its subsidiaries or affiliates Group Hospitalization and Medical Services, Inc., CareFirst of Maryland, Inc., and CareFirst Blue Choice, Inc., which collectively *d/b/a* CareFirst BlueCross BlueShield, GoodLife Partners, Inc. and Blue Cross Blue Shield of Nebraska, GuideWell Mutual Holding Corporation and Blue Cross and Blue Shield of Florida, Inc. *d/b/a* Florida Blue, Hawaii Medical Service Association *d/b/a* Blue Cross and Blue Shield of Hawaii, Health Care Service Corporation, a Mutual Legal Reserve Company *d/b/a* Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Montana, including its predecessor Caring for Montanans, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Texas, a Division of Health Care Service Corporation, HealthyDakota Mutual Holdings and Noridian Mutual Insurance Company *d/b/a* Blue Cross Blue Shield of North Dakota, Highmark, Inc. and Highmark Health both *d/b/a* Highmark Blue Shield and Highmark Blue Cross | | | |

| Ex. | Plaintiff | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| | | Blue Shield and including Highmark Inc. predecessor Hospital Service Association of Northeastern Pennsylvania f/d/b/a Blue Cross of Northeastern Pennsylvania, Highmark Blue Cross Blue Shield Delaware Inc. d/b/a Highmark Blue Cross Blue Shield Delaware, Highmark West Virginia Inc. d/b/a Highmark Blue Cross Blue Shield West Virginia, Highmark Inc. affiliates HealthNow New York Inc. and HealthNow Systems, Inc. together d/b/a Highmark Blue Cross Blue Shield of Western New York and f/d/b/a BlueCross BlueShield of Western New York, and Highmark Blue Shield of Northeastern New York f/d/b/a BlueShield of Northeastern New York, Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey, Independence Health Group, Inc. and Independence Hospital Indemnity Plan, Inc., its subsidiary or division Independence Blue Cross, and QCC Insurance Company, Lifetime Healthcare, Inc. and Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield, Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, Premera and Premera Blue Cross, which also does business as Premera Blue Cross Blue Shield of Alaska, Premera and Premera Blue Cross d/b/a Washington, Triple-S Management Corporation and Triple S-Salud, Inc., USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield and as Blue Advantage Administrators of Arkansas, Wellmark, Inc., including its subsidiaries and/or divisions, | | | |

| Ex. | Plaintiff | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| | | Wellmark Blue Cross and Blue Shield of Iowa and Wellmark of South Dakota, Inc. *d/b/a/* Wellmark Blue Cross and Blue Shield of South Dakota. | | | |

| Ex. | Plaintiffs | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| 7 | Temple University Health System, Inc; The Trustees of the University of Pennsylvania; The Children's Hospital of Philadelphia; Penn State Health; WellSpan Health; Geisinger Health; MedStar Health, Inc.; Tower Health; Doylestown Hospital; Grand View Hospital *d/b/a* Grand View Health; Halifax Hospital Medical Center; Hunterdon Healthcare System, Inc.; Meadville Medical Center; St. Clair Health Corporation; Penn Highlands Healthcare, Inc.; Holy Redeemer Health System; St. Luke's Health Network, Inc. *d/b/a* St. Luke's University Health Network; Independence Health System; Eastern Maine Healthcare Systems *d/b/a* Northern Light Health; Temple University Hospital, Inc.; Temple Faculty Practice Plan, Inc.; CHH Community Health, Inc. *d/b/a* Temple Health - Chestnut Hill Hospital; The Institute for Cancer Research *d/b/a* The Research Institute of Fox Chase Cancer Center; The American Oncologic Hospital *d/b/a* Hospital of the Fox Chase Cancer Center; Fox Chase Cancer | Blue Cross Blue Shield Association, Anthem, Inc., *f/k/a* WellPoint, Inc. *d/b/a* Anthem Blue Cross Life and Health Insurance Company, Blue Cross of California, Blue Cross of Southern California, Blue Cross of Northern California, and Blue Cross Blue Shield of Georgia, also doing business through its subsidiaries or divisions, including, Anthem Health Plans, Inc. *d/b/a* Anthem Blue Cross Blue Shield of Connecticut, Rocky Mountain Hospital & Medical Service, Inc. *d/b/a* Anthem Blue Cross Blue Shield of Colorado and Anthem Blue Cross Blue Shield of Nevada, Anthem Insurance Companies, Inc. *d/b/a/* Anthem Blue Cross Blue Shield of Indiana, Anthem Health Plans of Kentucky, Inc. *d/b/a* Anthem Blue Cross Blue Shield of Kentucky, Anthem Health Plans of Maine, Inc. *d/b/a* Anthem Blue Cross Blue Shield of Maine, Anthem Blue Cross Blue Shield of Missouri, RightCHOICE Managed Care, Inc., Healthy Alliance Life Insurance Company and HMO Missouri Inc., Anthem Health Plans of New Hampshire, Inc. *d/b/a* Anthem Blue Cross Blue Shield of New Hampshire, Empire HealthChoice Assurance, Inc. *d/b/a* Empire Blue Cross Blue Shield, Community Insurance Company *d/b/a* | Eastern District of Pennsylvania | 5:25-cv-01156-JLS | Hon. Jeffrey L. Schmehl |

Center Medical Group, Inc.; Temple University Hospital - Jeanes Campus, Temple University Hospital - Northeastern Campus, Temple University – Of The Commonwealth System of Higher Education *d/b/a* Temple University Physicians, Temple Health System Transport Team, Inc. *d/b/a* Temple Transport Team, Temple Physicians, Inc., Chestnut Hill Clinic Company LLC *d/b/a* Chestnut Hill Physicians, Temple University Hospital - Episcopal Campus, The University of Pennsylvania Health System, Hospital of the University of Pennsylvania, Penn Home Infusion Therapy, Penn Star Flight, Pennsylvania Hospital, Penn Presbyterian Medical Center, Penn Presbyterian Medical Center *d/b/a* Penn Care at Home, Penn Medicine – PMA, Clinical Care Associates of the University of Pennsylvania Health System, Clinical Practices of the University of Pennsylvania, Lancaster General Medical Group, The Heart Group of Lancaster General Health, Lancaster General Hospital, Lancaster General Health – Columbia Center, Chester County Hospital, Princeton HealthCare System, Princeton Healthcare Affiliated Physicians (*d/b/a* Princeton Medicine), Princeton House Provider

Anthem Blue Cross Blue Shield of Ohio, Anthem Health Plans of Virginia, Inc. *d/b/a* Anthem Blue Cross Blue Shield of Virginia, Anthem Blue Cross Blue Shield of Wisconsin, and Compcare Health Services Insurance Corporation, Elevance Health, Inc., Aware Integrated and BCBSM, Inc., *d/b/a* Blue Cross Blue Shield of Minnesota, Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Arizona, Blue Cross of Idaho Health Service, Inc. *d/b/a* Blue Cross of Idaho, Blue Cross and Blue Shield of Kansas, Inc., Blue Cross and Blue Shield of Kansas City, Inc., Blue Cross and Blue Shield of Massachusetts, Blue Cross Blue Shield of Michigan Mutual Insurance Company, Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company, Blue Cross and Blue Shield of North Carolina, Blue Cross and Blue Shield of Rhode Island, Blue Cross and Blue Shield of South Carolina, Blue Cross Blue Shield of Tennessee, Inc., Blue Cross and Blue Shield of Vermont, Blue Cross and Blue Shield of Wyoming, California Physicians' Service, *d/b/a* Blue Shield of California, Cambia Health Solutions, Inc., and its affiliates and/or assumed names Regence Blue Shield of Idaho, Regence Blue Cross Blue Shield of Oregon, Regence Blue Cross of Utah, and Regence Blue Shield of Washington, Capital Blue Cross, CareFirst, Inc. and its subsidiaries or affiliates Group Hospitalization and Medical Services, Inc., CareFirst of Maryland, Inc., and CareFirst Blue Choice,

| | |
|---|---|
| Group LLC, Princeton Healthcare Provider Group LLC, Clinical Health Care Associates of New Jersey, P.C., Wissahickon Hospice, The NeuroSpine Center, LLC, Affilia Home Health, Children's Anesthesiology Associates, Ltd., Children's Anesthesiology Associates of New Jersey, Inc., Children's Health Care Associates, Inc., Children's Health Care Associates of New Jersey, P.C., Children's Surgical Associates, Ltd., Children's Surgical Associates of New Jersey, Inc., Radiology Associates of Children's Hospital, Inc., Children's Radiology Associates of New Jersey, P.C., The Children's Hospital of Philadelphia Practice Association, CHOP Clinical Associates, Inc., Penn State Health Community Medical Group, LLC, The Milton S. Hershey Medical Center, St. Joseph Regional Health Network, Penn State Health Holy Spirit Medical Center, Penn State Health Lancaster Medical Center, Penn State Health Hampden Medical Center, St. Joseph Medical Group, Spirit Physician Services Inc., Pennsylvania Psychiatric Institute, WellSpan Medical Group, WellSpan Hearing Center, Inc., WellSpan Pharmacy, Inc., WellSpan Surgery and Rehabilitation Hospital, WellSpan CityGate Surgery Center, LLC, WellSpan EMS, LLC, WellSpan | Inc., which collectively *d/b/a* CareFirst BlueCross BlueShield, GoodLife Partners, Inc. and Blue Cross Blue Shield of Nebraska, GuideWell Mutual Holding Corporation and Blue Cross and Blue Shield of Florida, Inc. *d/b/a* Florida Blue, Hawaii Medical Service Association *d/b/a* Blue Cross and Blue Shield of Hawaii, Health Care Service Corporation, a Mutual Legal Reserve Company *d/b/a* Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Montana, including its predecessor Caring for Montanans, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Texas, a Division of Health Care Service Corporation, HealthyDakota Mutual Holdings and Noridian Mutual Insurance Company *d/b/a* Blue Cross Blue Shield of North Dakota, Highmark, Inc. and Highmark Health both *d/b/a* Highmark Blue Shield and Highmark Blue Cross Blue Shield and including Highmark Inc. predecessor Hospital Service Association of Northeastern Pennsylvania f/*d/b/a* Blue Cross of Northeastern Pennsylvania, Highmark Blue Cross Blue Shield Delaware Inc. *d/b/a* Highmark Blue Cross Blue Shield Delaware, Highmark West Virginia Inc. *d/b/a* Highmark Blue Cross Blue Shield West Virginia, Highmark Inc. affiliates HealthNow New York Inc. and HealthNow Systems, Inc. together *d/b/a* Highmark Blue Cross Blue Shield of Western New York and f/*d/b/a* BlueCross BlueShield of Western New York, and Highmark Blue |

| | |
|---|---|
| Endoscopy Center LLC, WellSpan Chambersburg Endoscopy Center, LLC, Apple Hill Surgical Center Partners L.P., Apple Hill Surgical Center, Inc., Ephrata Community Hospital, Evangelical Community Hospital, Evangelical Regional Mobile Medical Services, LLC, Good Samaritan Physician Services, GSH Home Med Care, LLC, Philhaven, Summit Surgery Center, L.P., The Chambersburg Hospital, The Gettysburg Hospital, The Good Samaritan Hospital of Lebanon, Pennsylvania, VNA Home Health Services, Waynesboro Hospital, York Hospital, Geisinger Medical Center, Geisinger Clinic, Geisinger Wyoming Valley Medical Center, Community Medical Center *d/b/a* Geisinger, Community Medical Center, Geisinger Lewistown Hospital, Geisinger Bloomsburg Hospital, Geisinger Medical Center Muncy, Geisinger Jersey Shore Hospital, Geisinger-HM Joint Venture, LLC, Family Health Associates, Lackawanna Surgery Center LLC, Geisinger Community Health Services, Marworth Treatment Center, West Shore Advanced Life Support Services, Inc. *d/b/a* Geisinger Emergency Medical Services, Evangelical-Geisinger, LLC, Spirit Physician Services, Inc. *d/b/a* Geisinger Holy Spirit Medical Group, | Shield of Northeastern New York f/*d/b/a* BlueShield of Northeastern New York, Horizon Healthcare Services, Inc., *d/b/a* Horizon Blue Cross Blue Shield of New Jersey, Independence Health Group, Inc. and Independence Hospital Indemnity Plan, Inc., its subsidiary or division Independence Blue Cross, and QCC Insurance Company, Lifetime Healthcare, Inc. and Excellus Health Plan, Inc., *d/b/a* Excellus BlueCross BlueShield, Louisiana Health Service & Indemnity Company *d/b/a* Blue Cross and Blue Shield of Louisiana, Premera and Premera Blue Cross, which also does business as Premera Blue Cross Blue Shield of Alaska, Premera and Premera Blue Cross *d/b/a* Washington, Triple-S Management Corporation and Triple S-Salud, Inc., USAble Mutual Insurance Company *d/b/a* Arkansas Blue Cross and Blue Shield and as Blue Advantage Administrators of Arkansas, Wellmark, Inc., including its subsidiaries and/or divisions, Wellmark Blue Cross and Blue Shield of Iowa and Wellmark of South Dakota, Inc. *d/b/a/* Wellmark Blue Cross and Blue Shield of South Dakota. | |

Holy Spirit Hospital of the Sisters of Christian Charity *d/b/a* Geisinger Holy Spirit Hospital, Geisinger Pharmacy, LLC, Caring Community Health Center, Capitol Endoscopy, LLC, Cardiology Associates, LLC, CASI, Chesapeake Cardiology Associates, LLC, Franklin Square Hospital Center, Inc., Harbor Hospital, Inc., Hospice of St. Mary's, Inc., MedStar Endoscopy Center at Lutherville, LLC, MedStar Franklin Square Physicians, LLC, MedStar Georgetown Medical Center, Inc., MedStar Good Samaritan Physicians, LLC, MedStar Harbor Hospital Physicians, LLC, MedStar Health Endoscopy Center - Silver Spring, MedStar Health Physical Therapy at Home, LLC, MedStar Health Visiting Nurse Association, Inc., MedStar Heart Institute, LLC, MedStar Medical Group Anesthesiology, LLC, MedStar Medical Group II, LLC, MedStar Medical Group Radiology, LLC, MedStar Medical Group Southern Maryland, LLC, MedStar Medical Group – Southern Maryland, LLC, MedStar Southern Maryland Hospital Center, MedStar Southern Maryland Physicians, LLC, MedStar Surgery Center at Brandywine, LLC, MedStar Surgery Center at Lafayette Centre, MedStar Surgery Center at Timonium, LLC, MedStar Surgery Center I, LLC, MedStar Total Elder

Care, Inc., MedStar Union Memorial Physicians, LLC, MedStar Urgent Care, LLC, MGMC, LLC, Montgomery General Hospital, Inc., National Rehabilitation Hospital, Inc., NRH Regional Rehab at Olney, Inc., One MedStar Primary Care, LLC, Parkway Ventures, Inc., Physicians Imaging of Washington Hospital Center, LLC, St. Mary's Hospital of St. Mary's County, Inc., Suburban/NRH Medical Rehabilitation Services, Inc., The Good Samaritan Hospital of Maryland, Inc., The Union Memorial Hospital, Washington Hospital Center Corp., Washington Hospital Center Physician Group LLC, Washington Hospital Center Corporation, Brandywine Hospital, LLC, Chestnut Hill Clinic Company, LLC, Chestnut Hill Hospital, LLC, Coatesville Cardiology Clinic, LLC, Coatesville Clinic Company, LLC, Coventry Clinic Company, LLC, Coventry Clinic, LLC, Jennersville Family Medicine, LLC, Jennersville Hospital, LLC, Phoenixville Clinic Company, LLC, Phoenixville Hospital, LLC, Phoenixville Orthopedic Specialists, LLC, Pottstown Clinic Company, LLC, Pottstown Hospital, LLC, Reading Hospital, Schuylkill Internal Medicine Associates, LLC, STC OpCo, LLC *d/b/a* St. Christopher's Hospital for

Children's STC Pediatrics, LLC, Tower-Drexel Academic Medical Group, LLC, Tower Health Medical Group, Village Medical Center Associates, LLC, West Grove Clinic Company, LLC, West Grove Family Practice, LLC, The Village Improvement Association of Doylestown, VIA Affiliates, Doylestown Hospital, DH Physicians Ambulatory Services, Grand View Urgent Care, LLC, Halifax Healthcare Systems, Inc., Medical Center of Deltona, Inc., Daytona Area Senior Services *d/b/a* Halifax Care at Home, Halifax Hospice, Inc., Hunterdon Medical Center, Inc., Hunterdon Primary Care, P.C., Hunterdon Specialty Care, P.C., Hunterdon Urgent Care, P.C. Hunterdon Family Practice & Obstetrics, P.A., Meadville Physician Services, Orthopedic Associates of Meadville, Primary Care Services, Titusville Area Hospital, Titusville Area Health Services, Inc., St. Clair Memorial Hospital, St. Clair Anesthesiology Associates, Inc., St. Clair Professional Services, Inc., St. Clair Medical Services, Inc., Penn Highlands DuBois, Penn Highlands Clearfield, Penn Highlands Elk, Penn Highlands Brookville, Penn Highlands Services Inc., Penn Highlands State College, Penn Highlands Tyrone, Tyrone Rural Health Center, Houtzdale

Rural Health Center, Penn Highlands Medical Service, Penn Highlands Jefferson Manor, Pinecrest Manor, WRC Pennsylvania Memorial Home, Penn Highlands Community Nurses Home Health & Hospice, Pennsylvania Highland Health Inc./DRMC, Penn Highlands Life's Journey, Penn Highlands Professional Group – The Rehabilitation Center of Penn Highlands Healthcare, Penn Highlands Connellsville, Holy Redeemer Ambulatory Surgery Center LLC, HR Physician Services, Orthopaedic Surgery & Rehabilitation Associates LLC, Redeemer Cancer Care Physicians Network LLC, Redeemer Life Care *d/b/a* Little Flower Manor, Saint Luke's Hospital of Bethlehem, Pennsylvania *d/b/a* St. Luke's Hospital – Bethlehem Campus, Saint Luke's Hospital of Bethlehem, Pennsylvania *d/b/a* St. Luke's Hospital – Allentown Campus, Saint Luke's Hospital of Bethlehem, Pennsylvania *d/b/a* St. Luke's Hospital - Sacred Heart Campus, Saint Luke's Hospital of Bethlehem, Pennsylvania *d/b/a* St. Luke's Hospital - Lehighton Campus, Saint Luke's Hospital of Bethlehem, Pennsylvania *d/b/a* The Summit at Blue Mountain Nursing & Rehab Center, Saint Luke's Hospital of Bethlehem, Pennsylvania *d/b/a* St. Luke's Orthopedic Hospital -

West End Campus, St. Luke's Quakertown Hospital *d/b/a* St. Luke's Hospital – Quakertown Campus, St. Luke's Quakertown Hospital *d/b/a* St. Luke's Hospital – Upper Bucks Campus, Carbon-Schuylkill Community Hospital, Inc. *d/b/a* St. Luke's Hospital – Miners Campus, St. Luke's Hospital - Anderson Campus, St. Luke's Hospital - Monroe Campus, St. Luke's Hospital - Easton Campus, St. Luke's Hospital - Carbon Campus, St. Luke's Warren Hospital, Inc. *d/b/a* St. Luke's Hospital – Warren Campus, Penn Foundation Inc. *d/b/a* St. Luke's Penn Foundation, Visiting Nurse Association of St. Luke's Home Health/Hospice, Inc. *d/b/a* St. Luke's Home Health, Visiting Nurse Association of St. Luke's Home Health/Hospice, Inc. *d/b/a* St. Luke's Hospice, St. Luke's HomeStar Services, LLC, St. Luke's Emergency & Transport Services, Inc., St. Luke's Ambulatory Services, Inc., GSL Hospital, Sacred Heart Hospital of Allentown *d/b/a* St. Luke's Hospital – Sacred Heart Campus, Blue Mountain Hospital *d/b/a* St. Luke's Hospital – Blue Mountain Campus, Blue Mountain Hospital *d/b/a* St. Luke's Hospital – Gnaden Huetten Campus, Blue Mountain Hospital *d/b/a* The Summit at Blue Mountain Nursing & Rehab Center,

St. Luke's Physician Group, Inc., St. Luke's Warren Physician Group, P.C., GSLPG, Inc., Butler Healthcare Providers, Butler Medical Providers, Clarion Hospital, Excela Health Physician Practices, Inc., Frick Hospital, Latrobe Area Hospital, Inc., Westmoreland Regional Hospital, Excela Health Home Care & Hospice, Butler Health System, Inc., Excela Health, Primary Care Associates of Butler, P.C., Butler Imaging and Interventional Associates, LLC, Butler Ambulatory Surgery Center, LLC, BHS FasterCare, PLLC, BHS FastERCare Lab, LLC, Acadia Hospital, Corp., Acadia Healthcare, Inc., The Blue Hill Memorial Hospital, Charles A. Dean Memorial Hospital, Eastern Maine Medical Center, Inland Hospital, Lakewood, Maine Coast Regional Health Facilities *d/b/a* Northern Light Maine Coast Hospital, M Drug, LLC, Mercy Hospital, MRH Corp. *d/b/a* Northern Light Mayo Hospital, Northern Light Medical Transport, Sebasticook Valley Health, The Aroostook Medical Center, VNA Home Health & Hospice