BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD   )
ANTITRUST LITIGATION   )   MDL No. 2406
   )

### CERTIFICATE OF SERVICE

I, Karin A. DeMasi, as Counsel for the below-listed Defendants, hereby certify that on this 14th day of March, a copy of the foregoing Notice of Potential Tag-Along Actions was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system, which will send notice of electronic filing to all parties of record.  A copy of the Notice of Potential Tag-Along Actions also will be sent via electronic mail and first class mail to the following counsel:

PAUL HASTINGS LLP
Barry G. Sher
Avi W. Weitzman
200 Park Avenue
New York, NY 10166
aviweitzman@paulhastings.com
barrysher@paulhastings.com

Christopher C. Brewer
Emma Jane Hutchinson
Michael F. Murray
Ryan Patrick Phair
Carter C. Simpson
2050 M Street NW
Washington, DC 20036
chrisbrewer@paulhastings.com
emmahutchinson@paulhastings.com
michaelmurray@paulhastings.com
ryanphair@paulhastings.com
cartersimpson@paulhastings.com

Kiaura Clark
Navi S. Dhillon
James Michael Pearl
1999 Avenue of the Stars
Floor 27
Los Angeles, CA 90067
kiauraclark@paulhastings.com
navidhillon@paulhastings.com
jamespearl@paulhastings.com

Michael Niekrash Morrill
71 S. Wacker Drive
45th Floor
Chicago, IL 60606
michaelmorrill@paulhastings.com
*Attorneys for Adventist Plaintiffs*

WHEELER TRIGG O'DONNELL LLP
Galen D. Bellamy
Michael Roger Krantz
Joel Steven Neckers
Kathryn A. Reilly
Michael T. Wiliams
Judith Pace Youngman
370 Seventeenth Street
Suite 4500
Denver, CO 80202
bellamy@wtotrial.com
krantz@wtotrial.com
neckers@wtotrial.com
reilly@wtotrial.com
williams@wtotrial.com
youngman@wtotrial.com
*Attorneys for Adventist Plaintiffs*

PEARSON WARSHAW LLP
Michael H. Pearson
Bobby Pouya
Daniel Warshaw
15165 Ventura Blvd.
Suite 400
Sherman Oaks, CA 91403
mpearson@pwfirm.com
bpouya@pwfirm.com
dwarshaw@pwfirm.com
*Attorneys for AmeriTeam, CommonSpirit and IES Plaintiffs*

K&L GATES
Michael James Stortz
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Michael.Stortz@klgates.com
*Attorney for Bon Secours Plaintiffs*

DUANE MORRIS LLP

Sarah O'Laughlin Kulik
Sean Patrick McConnell
Sean Zabaneh
30 South 17th Street
Philadelphia, PA 19103
sckulik@duanemorris.com
spmcconnell@duanemorris.com
sszabaneh@duanemorris.com
*Attorneys for LHHealth and Temple Plaintiffs*

Dated: March 14, 2025

Respectfully submitted,

By */s/ Karin A. DeMasi*

Karin A. DeMasi
Lauren R. Kennedy
David H. Korn
Lillian S. Grossbard
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 474-1000
Fax: (212) 474-3700
kdemasi@cravath.com
lkennedy@cravath.com
dkorn@cravath.com
lgrossbard@cravath.com

*Lead Counsel for the Blue Cross Blue Shield System; Counsel for Defendants Blue Cross Blue Shield Association; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; GuideWell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina; BlueCross BlueShield of South Carolina; BlueCross BlueShield of Tennessee, Inc.; Blue Cross Blue Shield of Wyoming; California Physicians' Service d/b/a Blue Shield of California; Capital Blue Cross; CareFirst, Inc.; CareFirst of Maryland,*

*Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Triple-S Management Corporation; Triple-S Salud, Inc.*