# Exhibit B

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD    )
ANTITRUST LITIGATION             )                MDL No. 2406
                                 )

**AMENDED CERTIFICATE OF SERVICE**

       I, Karin A. DeMasi, as Counsel for the below-listed Defendants, hereby certify that on this 14th day of March, a copy of the foregoing Notice of Potential Tag-Along Actions was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system, which will send notice of electronic filing to all parties of record. A copy of the Notice of Potential Tag-Along Actions will also be sent via electronic mail and first class mail to the following counsel:

    PAUL HASTINGS LLP
    Barry G. Sher
    Avi W. Weitzman
    200 Park Avenue
    New York, NY 10166
    aviweitzman@paulhastings.com
    barrysher@paulhastings.com

    Christopher C. Brewer
    Emma Jane Hutchinson
    Michael F. Murray
    Ryan Patrick Phair
    Carter C. Simpson
    2050 M Street NW
    Washington, DC 20036
    chrisbrewer@paulhastings.com
    emmahutchinson@paulhastings.com
    michaelmurray@paulhastings.com
    ryanphair@paulhastings.com
    cartersimpson@paulhastings.com

    Kiaura Clark
    Navi S. Dhillon
    James Michael Pearl
    1999 Avenue of the Stars
    Floor 27
    Los Angeles, CA 90067
    kiauraclark@paulhastings.com
    navidhillon@paulhastings.com
    jamespearl@paulhastings.com

Michael Niekrash Morrill
71 S. Wacker Drive
45th Floor
Chicago, IL 60606
michaelmorrill@paulhastings.com

WHEELER TRIGG O'DONNELL LLP
Galen D. Bellamy
Michael Roger Krantz
Joel Steven Neckers
Kathryn A. Reilly
Michael T. Wiliams
Judith Pace Youngman
370 Seventeenth Street
Suite 4500
Denver, CO 80202
bellamy@wtotrial.com
krantz@wtotrial.com
neckers@wtotrial.com
reilly@wtotrial.com
williams@wtotrial.com
youngman@wtotrial.com

*Attorneys for Plaintiffs* Adventist Health System Sunbelt Healthcare Corporate *d/b/a* AdventHealth; Adventist Health System/West; Ardent Health Partners, Inc.; Banner Health; Beverly Community Hospital Association *d/b/a* Beverly Hospital; Christiana Care Health Services, Inc.; City of Hope; CHS/Community Health Systems; Corewell Health; Henry Ford Health System *d/b/a* Henry Ford Health; Hospital Sisters Health System; Inova Health Care Services; Iowa Health System *d/b/a* UnityPoint Health; Knight Health Holdings, LLC; LifePoint Health, Inc.; Mass General Brigham Incorporated; Mercy Hospital Iowa City, Iowa; Mercy Service Iowa City, Inc.; Northeast Georgia Health System; Novant Health, Inc.; Rochester Regional Health; Sound Inpatient Physicians, Inc.; Sutter Health; and The University of Wisconsin Hospitals and Clinics Authority.

PEARSON WARSHAW LLP
Michael H. Pearson
Bobby Pouya
Daniel Warshaw
15165 Ventura Blvd.
Suite 400
Sherman Oaks, CA 91403
mpearson@pwfirm.com
bpouya@pwfirm.com
dwarshaw@pwfirm.com

*Attorneys for Plaintiffs* AmeriTeam Services; Southeastern Emergency Physicians LLC; Texas Medicine Resources, LLP; Emergency Coverage, LLC; Florida Emergency Physicians Kang & Associates, M.D., LLC; Longhorn Emergency Medicine Associates, P.A.; Mid-Ohio Emergency Services, LLC; ACS Primary Care Physicians – Southeast, P.C.; Fremont Emergency Services (Scherr), Ltd.; Texas Physician Resources, LLP; InPhyNet South Broward, LLC; Paragon Emergency Services LLC; Paragon Contracting Services, LLC; ACS Primary Care Physicians Southwest, P.A.; Southeastern Emergency Physicians of Memphis, LLC; Emergency Services of Oklahoma, P.C.; and

*Attorneys for Plaintiffs* CommonSpirit Health; Dignity Health; Dignity Community Care; Virginia Mason Franciscan Health; Catholic Health Initiatives Colorado; St. Luke's Health System Corporation *d/b/a* CHI St. Luke's Health; CHI Nebraska *d/b/a* CHI Health; and KentuckyOne Health, Inc.; and

*Attorneys for Plaintiffs* IES Central Texas PLLC; IES HSP Indiana LLC; IAS Arizona PLLC; IAS Oklahoma LLC; IES Alabama PLLC; IES Arizona PLLC; IES Colorado PLLC; IES Carrollton PLLC; IES Florida PLLC; Integrative Emergency Services Physician Group – Houston, PLLC; IES HSP Oklahoma LLC; IES Hospitalists PLLC; IES Oklahoma LLC; IES South Carolina LLC; Integrative Health Arizona LLC; Integrative Care Services Florida LLC; IES OBS Colorado PLLC; Integrative Emergency Services Physician Group, P.A.; IES Arkansas PLLC; IES Hsp Arkansas PLLC; IES Missouri LLC; IES Hsp Missouri LLC; and Integrative Health Texas PLLC.

K&L GATES LLP
Michael James Stortz
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Michael.Stortz@klgates.com

*Attorney for Plaintiffs* Bon Secours Mercy Health, Inc.; University Health Systems of Eastern Carolina, Inc.; Endeavor Health; Integris Health, Inc.; Main Line Health, Inc.; Medical University Hospital Authority; Mercy Health; Norton Healthcare, Inc.; Providence St. Joseph Health; Roper St. Francis Healthcare; Sanford; Thomas Jefferson University; The Regents of the University of Michigan on Behalf of University of Michigan Health; University of North Carolina Health Care System; University of Rochester; and West Virginia United Health System, Inc.

DUANE MORRIS LLP
Sarah O'Laughlin Kulik
Sean Patrick McConnell
Sean Zabaneh

3

30 South 17th Street
Philadelphia, PA 19103
sckulik@duanemorris.com
spmcconnell@duanemorris.com
sszabaneh@duanemorris.com

*Attorneys for Plaintiff* LHHealth, LLC; and

*Attorneys for Plaintiffs* Temple University Health System, Inc; The Trustees of the University of Pennsylvania; The Children's Hospital of Philadelphia; Penn State Health; WellSpan Health; Geisinger Health; MedStar Health, Inc.; Tower Health; Doylestown Hospital; Grand View Hospital *d/b/a* Grand View Health; Halifax Hospital Medical Center; Hunterdon Healthcare System, Inc.; Meadville Medical Center; St. Clair Health Corporation; Penn Highlands Healthcare, Inc.; Holy Redeemer Health System; St. Luke's Health Network, Inc. *d/b/a* St. Luke's University Health Network; Independence Health System; Eastern Maine Healthcare Systems *d/b/a* Northern Light Health; Temple University Hospital, Inc.; Temple Faculty Practice Plan, Inc.; CHH Community Health, Inc. *d/b/a* Temple Health - Chestnut Hill Hospital; The Institute for Cancer Research *d/b/a* The Research Institute of Fox Chase Cancer Center; The American Oncologic Hospital *d/b/a* Hospital of the Fox Chase Cancer Center; Fox Chase Cancer Center Medical Group, Inc.; Temple University Hospital - Jeanes Campus; Temple University Hospital - Northeastern Campus; Temple University – Of The Commonwealth System of Higher Education *d/b/a* Temple University Physicians; Temple Health System Transport Team, Inc. *d/b/a* Temple Transport Team; Temple Physicians, Inc.; Chestnut Hill Clinic Company LLC *d/b/a* Chestnut Hill Physicians; Temple University Hospital - Episcopal Campus; The University of Pennsylvania Health System; Hospital of the University of Pennsylvania; Penn Home Infusion Therapy; Penn Star Flight; Pennsylvania Hospital; Penn Presbyterian Medical Center; Penn Presbyterian Medical Center *d/b/a* Penn Care at Home; Penn Medicine – PMA; Clinical Care Associates of the University of Pennsylvania Health System; Clinical Practices of the University of Pennsylvania; Lancaster General Medical Group; The Heart Group of Lancaster General Health; Lancaster General Hospital; Lancaster General Health – Columbia Center; Chester County Hospital; Princeton HealthCare System; Princeton Healthcare Affiliated Physicians (*d/b/a* Princeton Medicine); Princeton House Provider Group LLC; Princeton Healthcare Provider Group LLC; Clinical Health Care Associates of New Jersey, P.C.; Wissahickon Hospice; The NeuroSpine Center, LLC; Affilia Home Health; Children's Anesthesiology Associates, Ltd.; Children's Anesthesiology Associates of New Jersey, Inc.; Children's Health Care Associates, Inc.; Children's Health Care Associates of New Jersey, P.C.; Children's Surgical Associates, Ltd.; Children's Surgical Associates of New Jersey, Inc.; Radiology Associates of Children's Hospital, Inc.; Children's Radiology Associates of New Jersey, P.C.; The Children's Hospital of Philadelphia Practice Association; CHOP Clinical Associates, Inc.; Penn State Health Community Medical Group, LLC; The Milton S. Hershey Medical Center; St. Joseph Regional Health Network; Penn State Health Holy Spirit Medical

Center; Penn State Health Lancaster Medical Center; Penn State Health Hampden Medical Center; St. Joseph Medical Group; Spirit Physician Services Inc.; Pennsylvania Psychiatric Institute; WellSpan Medical Group; WellSpan Hearing Center, Inc.; WellSpan Pharmacy, Inc.; WellSpan Surgery and Rehabilitation Hospital; WellSpan CityGate Surgery Center, LLC; WellSpan EMS, LLC; WellSpan Endoscopy Center, LLC; WellSpan Chambersburg Endoscopy Center, LLC; Apple Hill Surgical Center Partners L.P.; Apple Hill Surgical Center, Inc.; Ephrata Community Hospital; Evangelical Community Hospital; Evangelical Regional Mobile Medical Services, LLC; Good Samaritan Physician Services; GSH Home Med Care, LLC; Philhaven; Summit Surgery Center, L.P.; The Chambersburg Hospital; The Gettysburg Hospital; The Good Samaritan Hospital of Lebanon, Pennsylvania; VNA Home Health Services; Waynesboro Hospital; York Hospital; Geisinger Medical Center; Geisinger Clinic; Geisinger Wyoming Valley Medical Center; Community Medical Center d/b/a Geisinger, Community Medical Center; Geisinger Lewistown Hospital; Geisinger Bloomsburg Hospital; Geisinger Medical Center Muncy; Geisinger Jersey Shore Hospital; Geisinger-HM Joint Venture, LLC; Family Health Associates; Lackawanna Surgery Center LLC; Geisinger Community Health Services; Marworth Treatment Center; West Shore Advanced Life Support Services, Inc. d/b/a Geisinger Emergency Medical Services; Evangelical-Geisinger, LLC; Spirit Physician Services, Inc. d/b/a Geisinger Holy Spirit Medical Group; Holy Spirit Hospital of the Sisters of Christian Charity d/b/a Geisinger Holy Spirit Hospital; Geisinger Pharmacy, LLC; Caring Community Health Center; Capitol Endoscopy, LLC; Cardiology Associates, LLC; CASI; Chesapeake Cardiology Associates, LLC; Franklin Square Hospital Center, Inc.; Harbor Hospital, Inc.; Hospice of St. Mary's, Inc.; MedStar Endoscopy Center at Lutherville, LLC; MedStar Franklin Square Physicians, LLC; MedStar Georgetown Medical Center, Inc.; MedStar Good Samaritan Physicians, LLC; MedStar Harbor Hospital Physicians, LLC; MedStar Health Endoscopy Center - Silver Spring; MedStar Health Physical Therapy at Home, LLC; MedStar Health Visiting Nurse Association, Inc.; MedStar Heart Institute, LLC; MedStar Medical Group Anesthesiology, LLC; MedStar Medical Group II, LLC; MedStar Medical Group Radiology, LLC; MedStar Medical Group Southern Maryland, LLC; MedStar Medical Group – Southern Maryland, LLC; MedStar Southern Maryland Hospital Center; MedStar Southern Maryland Physicians, LLC; MedStar Surgery Center at Brandywine, LLC; MedStar Surgery Center at Lafayette Centre; MedStar Surgery Center at Timonium, LLC; MedStar Surgery Center I, LLC; MedStar Total Elder Care, Inc.; MedStar Union Memorial Physicians, LLC; MedStar Urgent Care, LLC; MGMC, LLC; Montgomery General Hospital, Inc.; National Rehabilitation Hospital, Inc.; NRH Regional Rehab at Olney, Inc.; One MedStar Primary Care, LLC; Parkway Ventures, Inc.; Physicians Imaging of Washington Hospital Center, LLC; St. Mary's Hospital of St. Mary's County, Inc.; Suburban/NRH Medical Rehabilitation Services, Inc.; The Good Samaritan Hospital of Maryland, Inc.; The Union Memorial Hospital; Washington Hospital Center Corp.; Washington Hospital Center Physician Group LLC; Washington Hospital Center Corporation; Brandywine Hospital, LLC; Chestnut Hill Clinic Company, LLC; Chestnut Hill Hospital, LLC; Coatesville Cardiology Clinic, LLC; Coatesville Clinic Company, LLC; Coventry Clinic Company, LLC; Coventry Clinic, LLC; Jennersville Family Medicine, LLC;

Jennersville Hospital, LLC; Phoenixville Clinic Company, LLC; Phoenixville Hospital, LLC; Phoenixville Orthopedic Specialists, LLC; Pottstown Clinic Company, LLC; Pottstown Hospital, LLC; Reading Hospital; Schuylkill Internal Medicine Associates, LLC; STC OpCo, LLC *d/b/a* St. Christopher's Hospital for Children; STC Pediatrics, LLC; Tower-Drexel Academic Medical Group, LLC; Tower Health Medical Group; Village Medical Center Associates, LLC; West Grove Clinic Company, LLC; West Grove Family Practice, LLC; The Village Improvement Association of Doylestown; VIA Affiliates; Doylestown Hospital; DH Physicians Ambulatory Services; Grand View Urgent Care, LLC; Halifax Healthcare Systems, Inc.; Medical Center of Deltona, Inc.; Daytona Area Senior Services *d/b/a* Halifax Care at Home; Halifax Hospice, Inc.; Hunterdon Medical Center, Inc.; Hunterdon Primary Care, P.C.; Hunterdon Specialty Care, P.C.; Hunterdon Urgent Care, P.C.; Hunterdon Family Practice & Obstetrics, P.A.; Meadville Physician Services; Orthopedic Associates of Meadville; Primary Care Services; Titusville Area Hospital; Titusville Area Health Services, Inc.; St. Clair Memorial Hospital; St. Clair Anesthesiology Associates, Inc.; St. Clair Professional Services, Inc.; St. Clair Medical Services, Inc.; Penn Highlands DuBois; Penn Highlands Clearfield; Penn Highlands Elk; Penn Highlands Brookville; Penn Highlands Services Inc.; Penn Highlands State College; Penn Highlands Tyrone; Tyrone Rural Health Center; Houtzdale Rural Health Center; Penn Highlands Medical Service; Penn Highlands Jefferson Manor; Pinecrest Manor; WRC Pennsylvania Memorial Home; Penn Highlands Community Nurses Home Health & Hospice; Pennsylvania Highland Health Inc./DRMC; Penn Highlands Life's Journey; Penn Highlands Professional Group – The Rehabilitation Center of Penn Highlands Healthcare; Penn Highlands Connellsville; Holy Redeemer Ambulatory Surgery Center LLC; HR Physician Services; Orthopaedic Surgery & Rehabilitation Associates LLC; Redeemer Cancer Care Physicians Network LLC; Redeemer Life Care *d/b/a* Little Flower Manor; Saint Luke's Hospital of Bethlehem, Pennsylvania *d/b/a* St. Luke's Hospital – Bethlehem Campus; Saint Luke's Hospital of Bethlehem, Pennsylvania *d/b/a* St. Luke's Hospital – Allentown Campus; Saint Luke's Hospital of Bethlehem, Pennsylvania *d/b/a* St. Luke's Hospital - Sacred Heart Campus; Saint Luke's Hospital of Bethlehem, Pennsylvania *d/b/a* St. Luke's Hospital - Lehighton Campus; Saint Luke's Hospital of Bethlehem, Pennsylvania *d/b/a* The Summit at Blue Mountain Nursing & Rehab Center; Saint Luke's Hospital of Bethlehem, Pennsylvania *d/b/a* St. Luke's Orthopedic Hospital - West End Campus; St. Luke's Quakertown Hospital *d/b/a* St. Luke's Hospital – Quakertown Campus; St. Luke's Quakertown Hospital *d/b/a* St. Luke's Hospital – Upper Bucks Campus; Carbon-Schuylkill Community Hospital, Inc. *d/b/a* St. Luke's Hospital – Miners Campus; St. Luke's Hospital - Anderson Campus; St. Luke's Hospital - Monroe Campus; St. Luke's Hospital - Easton Campus; St. Luke's Hospital - Carbon Campus; St. Luke's Warren Hospital, Inc. *d/b/a* St. Luke's Hospital – Warren Campus; Penn Foundation Inc. *d/b/a* St. Luke's Penn Foundation; Visiting Nurse Association of St. Luke's Home Health/Hospice, Inc. *d/b/a* St. Luke's Home Health; Visiting Nurse Association of St. Luke's Home Health/Hospice, Inc. *d/b/a* St. Luke's Hospice; St. Luke's HomeStar Services, LLC; St. Luke's Emergency & Transport Services, Inc.; St. Luke's Ambulatory Services, Inc.; GSL Hospital; Sacred Heart

Hospital of Allentown *d/b/a* St. Luke's Hospital – Sacred Heart Campus; Blue Mountain Hospital *d/b/a* St. Luke's Hospital – Blue Mountain Campus; Blue Mountain Hospital *d/b/a* St. Luke's Hospital – Gnaden Huetten Campus; Blue Mountain Hospital *d/b/a* The Summit at Blue Mountain Nursing & Rehab Center; St. Luke's Physician Group, Inc.; St. Luke's Warren Physician Group, P.C., GSLPG, Inc.; Butler Healthcare Providers; Butler Medical Providers; Clarion Hospital; Excela Health Physician Practices, Inc.; Frick Hospital; Latrobe Area Hospital, Inc.; Westmoreland Regional Hospital; Excela Health Home Care & Hospice; Butler Health System, Inc.; Excela Health; Primary Care Associates of Butler, P.C.; Butler Imaging and Interventional Associates, LLC; Butler Ambulatory Surgery Center, LLC; BHS FasterCare, PLLC; BHS FastERCare Lab, LLC; Acadia Hospital, Corp.; Acadia Healthcare, Inc.; The Blue Hill Memorial Hospital; Charles A. Dean Memorial Hospital; Eastern Maine Medical Center; Inland Hospital; Lakewood; Maine Coast Regional Health Facilities *d/b/a* Northern Light Maine Coast Hospital; M Drug, LLC; Mercy Hospital; MRH Corp. *d/b/a* Northern Light Mayo Hospital; Northern Light Medical Transport; Sebasticook Valley Health; The Aroostook Medical Center; and VNA Home Health & Hospice.

And upon the following defense counsel by email:

| **DEFENDANTS' COUNSEL** | **PARTIES REPRESENTED** |
|---|---|
| Craig A. Hoover<br>E. Desmond Hogan<br>Justin Bernick Elizabeth Jose<br>W. David Maxwell<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 13th Street, N.W.<br>Washington, DC 20004<br>Tel: (202) 637-5600<br><br>Fax: (202) 637-5910<br>craig.hoover@hoganlovells.com<br>desmond.hogan@hoganlovells.com<br>justin.bernick@hoganlovells.com<br>elizabeth.jose@hoganlovells.com<br>david.maxwell@hoganlovells.com | Elevance Health *f/k/a* Anthem, Inc.;<br><br>Anthem, Inc.;<br><br>Anthem Insurance Companies, Inc.<br><br>Anthem, Inc. *d/b/a* Anthem Blue Cross Life and Health Insurance Company;<br><br>Anthem Health Plans, Inc. *d/b/a* Anthem Blue Cross and Blue Shield;<br><br>Blue Cross of California *d/b/a* Anthem Blue Cross;<br><br>Blue Cross of Northern California;<br><br>Blue Cross of Southern California;<br><br>Rocky Mountain Hospital and Medical Service;<br><br>Rocky Mountain Hospital and Medical Service, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Colorado; |

7

|  | Rocky Mountain Hospital and Medical Service, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Nevada; |
|---|---|
|  | Anthem Blue Cross and Blue Shield of Colorado; |
|  | Anthem Blue Cross Blue Shield of Nevada; |
|  | Anthem Health Plans, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Connecticut; |
|  | Anthem Blue Cross Blue Shield of Missouri |
|  | HMO Missouri, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Missouri; |
|  | Healthy Alliance Life Insurance Company *d/b/a* Anthem Blue Cross and Blue Shield; |
|  | Anthem Insurance Companies, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Indiana; |
|  | Anthem Health Plans of Kentucky, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Kentucky; |
|  | Anthem Health Plans of Maine, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Maine and *d/b/a* Associated Hospital Service; |
|  | Anthem Health Plans of New Hampshire, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of New Hampshire; |
|  | Anthem Health Plans of Virginia, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Virginia; |
|  | Anthem HealthChoice Assurance, Inc. *f/k/a* Empire HealthChoice Assurance, Inc. *d/b/a* Empire BlueCross BlueShield; |
|  | Anthem HealthChoice HMO, Inc. |
|  | Community Insurance Company *d/b/a* Anthem Blue Cross Blue Shield of Ohio; |

| | |
|---|---|
| | Blue Cross Blue Shield of Wisconsin *d/b/a* Anthem Blue Cross and Blue Shield of Wisconsin; |
| | Blue Cross and Blue Shield Healthcare Plan of Georgia, Inc.; |
| | Blue Shield of Georgia; |
| | Blue Cross and Blue Shield of Georgia, Inc; |
| | Compcare Health Insurance Corporation; |
| | RightChoice Managed Care, Inc.; |
| | Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); |
| | BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); |
| | Aware Integrated, Inc. *d/b/a* Blue Cross and Blue Shield of Minnesota and *d/b/a* Aware Integrated, Inc. and BCBSM, Inc. |
| | Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); |
| | Blue Cross & Blue Shield of Rhode Island; |
| | Cambia Health Solutions, Inc.; |
| | Regence Blue Shield of Idaho; |
| | Regence Blue Cross Blue Shield of Utah; |
| | Regence Blue Shield; |
| | Regence Blue Shield of Washington; |
| | Regence Blue Cross Blue Shield of Oregon |
| Kimberly R. West (Liaison Counsel)<br>Mark M. Hogewood<br>WALLACE, JORDAN, RATLIFF & BRANDT, LLC<br>First Commercial Bank Building<br>800 Shades Creek Parkway, Suite 400<br>Birmingham, AL 35209 | Blue Cross Blue Shield Association;<br><br>Blue Cross and Blue Shield of Arizona, Inc.;<br><br>Blue Cross and Blue Shield of Kansas City; |

| | |
|---|---|
| Tel: (205) 870-0555<br>Fax: (205) 871-7534<br>kwest@wallacejordan.com<br>mhogewood@wallacejordan.com | BlueCross BlueShield of South Carolina;<br><br>Blue Cross and Blue Shield of Wyoming;<br><br>Capital Blue Cross;<br><br>CareFirst, Inc.;<br><br>CareFirst of Maryland, Inc.;<br><br>Group Hospitalization and Medical Services, Inc.;<br><br>Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana;<br><br>Caring for Montanans, Inc., *f/k/a* Blue Cross and Blue Shield of Montana, Inc.;<br><br>Highmark Health;<br><br>Highmark Inc., *f/k/a* Highmark Health Services;<br><br>Highmark West Virginia Inc.;<br><br>Highmark BCBSD Inc.;<br><br>California Physicians' Service *d/b/a* Blue Shield of California;<br><br>Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota);<br><br>Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa);<br><br>Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii) |
| John D. Martin<br>Lucile H. Cohen<br>Travis A. Bustamante<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>1320 Main Street, 17th Floor | Elevance Health *f/k/a* Anthem, Inc.;<br><br>Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); |

| | |
|---|---|
| Columbia, SC 29201<br>Tel: (803) 255-9421<br>Fax: (803) 256-7500<br>john.martin@nelsonmullins.com<br>lucie.cohen@nelsonmullins.com<br>travis.bustamante@nelsonmullins.com | BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota);<br><br>BlueCross BlueShield of South Carolina;<br><br>Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey);<br><br>Blue Cross & Blue Shield of Rhode Island;<br><br>Blue Cross and Blue Shield of Vermont;<br><br>Cambia Health Solutions, Inc.;<br><br>Regence Blue Shield of Idaho;<br><br>Regence Blue Cross Blue Shield of Utah;<br><br>Regence Blue Shield;<br><br>Regence Blue Cross Blue Shield of Oregon;<br><br>Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company;<br><br>Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota);<br><br>Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa);<br><br>Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii);<br><br>Triple-S Salud, Inc;<br><br>Blue Cross and Blue Shield of Florida, Inc.;<br><br>Blue Cross and Blue Shield of Massachusetts, Inc.;<br><br>BlueCross BlueShield of Tennessee, Inc. |
| Carl S. Burkhalter<br>MAYNARD NEXSEN PC<br>1901 6th Avenue North, Suite 2400<br>Regions Harbert Plaza<br>Birmingham, AL 35203<br>Tel: (205) 254-1000<br>Fax: (205) 254-1999 | Blue Cross and Blue Shield of Alabama |

11

| | |
|---|---|
| cburkhalter@maynardnexsen.com | |
| Pamela B. Slate<br>HILL CARTER FRANCO COLE & BLACK, P.C.<br>425 South Perry Street<br>Montgomery, AL 36104<br>Tel: (334) 834-7600<br>Fax: (334) 386-4381<br>pslate@hillhillcarter.com | Blue Cross and Blue Shield of Alabama |
| Cavender C. Kimble<br>BALCH & BINGHAM LLP<br>1901 6th Avenue North, Suite 1500<br>Birmingham, AL 35203-4642<br>Tel: (205) 226-3437<br>Fax: (205) 488-5860<br>ckimble@balch.com | Elevance Health, *f/k/a* Anthem, Inc.;<br><br>Blue Cross and Blue Shield of North Carolina;<br><br>Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana);<br><br>BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota);<br><br>Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey);<br><br>Blue Cross & Blue Shield of Rhode Island;<br><br>Cambia Health Solutions, Inc.;<br><br>Regence BlueShield of Idaho;<br><br>Regence BlueCross BlueShield of Utah;<br><br>Regence BlueShield;<br><br>Regence BlueCross BlueShield of Oregon |
| Jeffrey J. Zeiger, P.C.<br>Helen E. Witt<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Tel: (312) 862-2000<br>Fax: (312) 862-2200<br>jzeiger@kirkland.com | Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana;<br><br>Caring for Montanans, Inc., *f/k/a* Blue Cross and Blue Shield of Montana, Inc.;<br><br>Highmark Health; |

| | |
|---|---|
| | Highmark Inc., *f/k/a* Highmark Health Services; |
| | Highmark West Virginia Inc.; |
| | Highmark BCBSD Inc.; |
| | Highmark Western and Northeastern New York; |
| | HealthNow New York, Inc.; |
| | HealthNow Systems, Inc.; |
| | Highmark Blueshield of Northeastern New York *f/k/a* Blueshield of Northeastern New York; |
| | Blueshield of Northeastern New York; |
| | Highmark BlueCross BlueShield of Western New York *f/k/a* BlueCross BlueShield of Western New York; |
| | BlueCross BlueShield of Western New York, Inc.; |
| | Hospital Service Association of Northeastern Pennsylvania *d/b/a* Blue Cross of Northeastern Pennsylvania; |
| | Highmark Blue Cross Blue Shield of Delaware, Inc. *d/b/a* Highmark Blue Cross Blue Shield of Delaware |
| Gwendolyn Payton<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1420 Fifth Avenue, Suite 3700<br>Seattle, WA 98101<br>Tel: (206) 626-7714<br>Fax: (206) 299-0414<br>gpayton@kilpatricktownsend.com | Premera Blue Cross *d/b/a* Premera Blue Cross Blue Shield of Alaska |
| Jonathan M. Redgrave<br>REDGRAVE, LLP<br>4800 Westfields Blvd, Suite 250<br>Chantilly, VA 20151<br>Tel: (703) 592-1155<br>Fax: (612) 332-8915<br>jredgrave@redgravellp.com | Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana |

13

| | |
|---|---|
| | Highmark Health; <br><br> Highmark Inc., *f/k/a* Highmark Health Services; <br><br> Highmark West Virginia Inc.; <br><br> Highmark BCBSD Inc.; <br><br> Highmark Western and Northeastern New York <br><br> California Physicians' Service *d/b/a* Blue Shield of California |
| Brian K. Norman <br> SHAMOUN & NORMAN, LLP <br> 1800 Valley View Lane, Suite 200 <br> Farmers Branch, TX 75234 <br> Tel: (214) 987-1745 <br> Fax: (214) 521-9033 <br> bkn@snlegal.com | CareFirst, Inc.; <br><br> CareFirst of Maryland, Inc.; <br><br> Group Hospitalization and Medical Services, Inc.; <br><br> CareFirst BlueChoice, Inc. |
| H. James Koch <br> ARMBRECHT JACKSON LLP <br> RSA Tower, 27th Floor <br> 11 North Water Street <br> Mobile, AL 36602 <br> Tel: (251) 405-1300 <br> Fax: (251) 432-6843 <br> hjk@ajlaw.com | CareFirst, Inc.; <br><br> CareFirst of Maryland, Inc.; <br><br> Group Hospitalization and Medical Services, Inc.; <br><br> CareFirst BlueChoice, Inc. |
| Todd M. Stenerson <br> Brian C. Hauser <br> ALLEN OVERY SHEARMAN STERLING US LLP <br> 1101 New York Avenue N.W. <br> Washington, DC 20005 <br> Tel: (202) 508-8000 <br> Fax: (202) 508-8100 <br> todd.stenerson@aoshearman.com <br> brian.hauser@aoshearman.com | Blue Cross and Blue Shield of Michigan; <br><br> Blue Care Network of Michigan; <br><br> Blue Cross and Blue Shield of Vermont |
| Rachel Mossman Zieminski <br> ALLEN OVERY SHEARMAN STERLING US LLP <br> 2601 Olive Street, Suite 1700 Dallas, TX 75201 <br> Tel: (214) 271-5777 Fax: (214) 271-5778 <br> rachel.zieminski@aoshearman.com | Blue Cross and Blue Shield of Michigan; <br><br> Blue Care Network of Michigan; <br><br> Blue Cross and Blue Shield of Vermont |
| M. Patrick McDowell <br> Norman E. "Benje" Bailey, Jr. | Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company |

| | |
|---|---|
| BRUNINI, GRANTHAM, GROWER & HEWES, PLLC<br>190 East Capitol Street<br>The Pinnacle Building, Suite 100<br>Jackson, MS 39201<br>Tel: (601) 948-3101<br>Fax: (601) 960-6902<br>pmcdowell@brunini.com<br>bbailey@brunini.com | |
| Sarah L. Cylkowski<br>Thomas J. Rheaume, Jr.<br>BODMAN PLC<br>1901 Saint Antoine Street<br>6th Floor at Ford Field<br>Detroit, MI 48226<br>Tel: (313) 259-7777<br>Fax: (734) 930-2494<br>scylkowski@bodmanlaw.com<br>trheaume@bodmanlaw.com | Blue Cross and Blue Shield of Michigan;<br><br>Blue Care Network of Michigan;<br><br>Blue Cross and Blue Shield of Vermont |
| Cheri D. Green<br>BLUE CROSS & BLUE SHIELD OF MISSISSIPPI, A MUTUAL INSURANCE COMPANY<br>P.O. Box 1043<br>Jackson, MS 39215<br>Tel: (601) 932-3704<br>cdgreen@bcbsms.com | Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company |
| Andy P. Campbell<br>A. Todd Campbell<br>Yawanna N. McDonald<br>CAMPBELL PARTNERS LLC<br>505 North 20th Street, Suite 1600<br>Birmingham, AL 35203<br>Tel: (205) 224-0750<br>Fax: (205) 224-8622<br>andy@campbellpartnerslaw.com<br>todd@campbellpartnerslaw.com<br>yawanna@campbellpartnerslaw.com | Blue Cross and Blue Shield of Michigan;<br><br>Blue Care Network of Michigan;<br><br>Blue Cross and Blue Shield of Vermont |
| Alan D. Rutenberg<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W., Suite 600<br>Washington, DC 20007<br>Tel: (202) 672-5491<br>arutenberg@foley.com | USAble Mutual Insurance Company, *d/b/a* Arkansas Blue Cross and Blue Shield and as BlueAdvantage Administrators of Arkansas |
| Diane R. Hazel<br>FOLEY & LARDNER LLP<br>1400 16th Street, Suite 200<br>Denver, CO 80202 | USAble Mutual Insurance Company, *d/b/a* Arkansas Blue Cross and Blue Shield and as BlueAdvantage Administrators of Arkansas |

15

| | |
|---|---|
| Tel: (720) 437-2034<br>dhazel@foley.com | |
| Ryan M. Hodinka<br>BALCH & BINGHAM, LLP<br>1901 6th Avenue North, Suite 1500<br>Birmingham, AL 35203-4642<br>Tel: (205) 226-3464<br>Fax: (205) 488-5848<br>rhodinka@balch.com | USAble Mutual Insurance Company, *d/b/a* Arkansas Blue Cross and Blue Shield and as BlueAdvantage Administrators of Arkansas |
| John DeQ. Briggs<br>Jeny M. Maier<br>Kenina J. Lee<br>AXINN, VELTROP & HARKRIDER, LLP<br>1901 L Street, N.W.<br>Washington, DC 20036<br>Tel: (202) 912-4700<br>Fax: (202) 912-4701<br>jbriggs@axinn.com<br>jmaier@axinn.com<br>klee@axinn.com | Independence Hospital Indemnity Plan, Inc. *f/k/a* Independence Blue Cross;<br><br>Independence Health Group, Inc.;<br><br>QCC Insurance Company |
| Kail J. Jethmalani<br>Victoria J. Lu<br>AXINN, VELTROP & HARKRIDER, LLP<br>630 Fifth Avenue, 33rd Floor<br>New York, NY 10111<br>Tel: (212) 728-2200<br>Fax: (212) 728-2201<br>kjethmalani@axinn.com<br>vlu@axinn.com | Independence Hospital Indemnity Plan, Inc. *f/k/a* Independence Blue Cross;<br><br>Independence Health Group, Inc.;<br><br>QCC Insurance Company |
| Stephen A. Rowe<br>Aaron G. McLeod<br>ADAMS AND REESE LLP 1901<br>Sixth Avenue North, Suite 3000<br>Birmingham, AL 35203<br>Tel: (205) 250-5080<br>Fax: (205) 250-5034<br>steve.rowe@arlaw.com<br>aaron.mcleod@arlaw.com | Independence Hospital Indemnity Plan, Inc. *f/k/a* Independence Blue Cross;<br><br>Independence Health Group, Inc.;<br><br>QCC Insurance Company |
| Robert R. Riley, Jr.<br>RILEY & JACKSON, P.C.<br>3530 Independence Drive<br>Birmingham, AL 35209<br>Tel: (205) 879-5000<br>Fax: (205) 879-5901<br>rob@rileyjacksonlaw.com | Blue Cross and Blue Shield of Florida, Inc.;<br><br>Blue Cross and Blue Shield of Massachusetts, Inc.;<br><br>BlueCross BlueShield of Tennessee, Inc. |
| Edward S. Bloomberg<br>John G. Schmidt Jr.<br>Anna Mercado Clark | Excellus Health Plan, Inc., *d/b/a* Excellus BlueCross BlueShield; |

| | |
|---|---|
| PHILLIPS LYTLE LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY 14203<br>Tel: (716) 847-8400<br>Fax: (716) 852-6100<br>ebloomberg@phillipslytle.com<br>jschmidt@phillipslytle.com<br>aclark@phillipslytle.com | Lifetime Healthcare, Inc. |
| Morris Wade Richardson<br>(ASB-8581-S78M)<br>Charles T. Grimes<br>(ASB-3224-S77C)<br>RICHARDSON CLEMENT PC<br>22 Inverness Center Parkway, Suite 500<br>Birmingham, Alabama 35242<br>Tel: (205) 729-7000<br>Facsimile: (205) 905-7009<br>wade@richardson.law<br>charley@richardson.law | Excellus Health Plan, Inc., *d/b/a* Excellus BlueCross BlueShield;<br><br>Lifetime Healthcare, Inc. |
| Tracy A. Roman<br>Jay P. DeSanto<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel: (202) 624-2500<br>Fax: (202) 628-5116<br>troman@crowell.com<br>jdesanto@crowell.com | Blue Cross and Blue Shield of Nebraska;<br><br>GoodLife Partners, Inc.;<br><br>Blue Cross of Idaho Health Service, Inc.;<br><br>Blue Cross and Blue Shield of Kansas, Inc.;<br><br>Blue Cross Blue Shield of North Dakota;<br><br>Noridian Mutual Insurance Company *d/b/a* Blue Cross Blue Shield of North Dakota;<br><br>HealthyDakota Mutual Holdings *d/b/a* Blue Cross Blue Shield of North Dakota;<br><br>Gemstone Holdings, Inc. |
| Sarah Gilbert<br>Honor Costello<br>CROWELL & MORING LLP<br>Two Manhattan West<br>375 Ninth Ave.<br>New York, NY 10001<br>Tel: (212) 223-4000<br>Fax: (212) 223-4134<br>sgilbert@crowell.com<br>hcostello@crowell.com | Blue Cross and Blue Shield of Nebraska;<br><br>GoodLife Partners, Inc.;<br><br>Blue Cross of Idaho Health Service, Inc.;<br><br>Blue Cross and Blue Shield of Kansas, Inc.;<br><br>Blue Cross Blue Shield of North Dakota; |

| | |
|---|---|
| | Noridian Mutual Insurance Company *d/b/a* Blue Cross Blue Shield of North Dakota;<br><br>HealthyDakota Mutual Holdings *d/b/a* Blue Cross Blue Shield of North Dakota;<br><br>Gemstone Holdings, Inc. |
| John M. Johnson<br>Brian P. Kappel<br>LIGHTFOOT FRANKLIN & WHITE LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203<br>Tel: (205) 581-0700<br>Fax: (205) 581-0799<br>jjohnson@lightfootlaw.com<br>bkappel@lightfootlaw.com | Blue Cross and Blue Shield of Nebraska;<br><br>GoodLife Partners, Inc.;<br><br>Blue Cross of Idaho Health Service, Inc.;<br><br>Blue Cross and Blue Shield of Kansas, Inc.;<br><br>Blue Cross Blue Shield of North Dakota;<br><br>Noridian Mutual Insurance Company *d/b/a* Blue Cross Blue Shield of North Dakota;<br><br>HealthyDakota Mutual Holdings *d/b/a* Blue Cross Blue Shield of North Dakota;<br><br>Gemstone Holdings, Inc. |

Dated: March 14, 2025

Respectfully submitted,

By */s/ Karin A. DeMasi*

Karin A. DeMasi
Lauren R. Kennedy
David H. Korn
Lillian S. Grossbard
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 474-1000
Fax: (212) 474-3700
kdemasi@cravath.com
lkennedy@cravath.com
dkorn@cravath.com
lgrossbard@cravath.com

*Lead Counsel for the Blue Cross Blue Shield System; Counsel for Defendants*

*Blue Cross Blue Shield Association; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; Prosano, Inc.; GuideWell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of Massachusetts, HMO Blue, Inc.; Blue Cross and Blue Shield of North Carolina; BlueCross BlueShield of South Carolina; BlueCross BlueShield of Tennessee, Inc.; Blue Cross Blue Shield of Wyoming; California Physicians' Service d/b/a Blue Shield of California; Capital Blue Cross; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Triple-S Management Corporation; Triple-S Salud, Inc.*

19