BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION ) ) ) | MDL No. 2406 |

To:    Clerk of the Panel
       Judicial Panel on Multidistrict Litigation
       Thurgood Marshall Federal Judiciary Building
       One Columbus Circle, N.E.
       Room G-255, North Lobby
       Washington, D.C. 20544-0005

Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Blue Cross Blue Shield Association ("BCBSA") and Defendants in MDL No. 2406 (collectively with BCBSA, "Defendants" or "Blue Plans") hereby give notice of a tag-along action filed in the United States District Court for the Northern District of California: *NorthBay Healthcare Corporation et al. v. Blue Cross Blue Shield Association et al.*, No. 3:25-cv-3570-JCS (N.D. Cal.) (the "*NorthBay* Action"). A copy of the docket sheet is attached as Exhibit 1A. A copy of the complaint is attached as Exhibit 1B.

This case, like the Consolidated Fourth Amended Provider Complaint in *In re Blue Cross Blue Shield Antitrust Litigation*, No. 2:13-cv-20000-RDP, MDL No. 2406 (N.D. Ala.) (the "MDL"), challenges certain provisions of the Blue Cross Blue Shield license agreements and alleges that Defendants violated the antitrust laws by, among other things, allocating exclusive service areas and establishing revenue restrictions and price controls. *See In re Blue Cross Blue Shield Antitrust Litig.*, 908 F. Supp. 2d 1373 (J.P.M.L. 2012).

In the time that the MDL has been pending, the Panel has transferred 69 actions to be centralized with the original consolidated cases in the Northern District of Alabama. Most recently, in April 2023, the Panel transferred a direct action substantially similar to this one, filed by an opt-out member of the putative "Provider Track" class of the MDL (a putative class of

1

hospitals, physicians and other healthcare providers).[1] That direct action is still pending in the MDL.

On December 4, 2024, Judge R. David Proctor of the Northern District of Alabama preliminarily approved a settlement in the Provider Track of the MDL. (MDL Dkt. 3225). Recently, eleven direct actions have been filed against Defendants in six district courts by plaintiffs claiming to be opt-out members of the putative Provider settlement class. Defendants have filed Notices of Potential Tag-Along Actions regarding these opt-out suits (Dkts. 580, 584, 587, 754), and the Clerk of the Panel has entered conditional transfer orders directing that ten of the eleven actions be consolidated with the MDL (Dkts. 582, 585, 596).[2]

The *NorthBay* Action shares Defendants, claims, theories of liability and a core fact pattern with all eleven of the other Provider opt-out cases and the Provider Track cases of the MDL. Just as the other Provider lawsuits do, the *NorthBay* Plaintiffs allege that the Blue Plans formed market-allocation and price-fixing conspiracies (Ex. 1B (*NorthBay* Compl. ¶¶ 1-2)); that Defendants use BCBSA as a vehicle to coordinate their unlawful conduct (*id.* ¶ 10); and that Defendants exploit their market dominance to extract surplus profits through the BlueCard and National Accounts programs (*id.* ¶¶ 326, 330, 353). Thus, for all the same reasons Defendants have articulated in their prior Notices of Potential Tag-Along Actions regarding the

---

[1] That case is: *Anesthesia Associates of Ann Arbor, PLLC v. Blue Cross Blue Shield of Michigan*, No. 2:20-cv-12916-TBD-APP (complaint filed in the E.D. Mich.). (*See* Final Transfer Order, *In re Blue Cross Blue Shield Antitrust Litig.*, MDL No. 2406 (J.P.M.L. Apr. 7, 2023) (Dkt. 572).)

[2] Defendants filed a Notice of Potential Tag-Along Action as to *Phoebe Putney Memorial Hospital, Inc. et al. v. Blue Cross Blue Shield Association et al.*, No. 1:25-cv-00062-LAG (M.D. Ga.) on April 24, 2025 and are awaiting action from the Clerk of the Panel.

Provider opt-out cases, the *NorthBay* Action too should be transferred to the Northern District of Alabama and consolidated with MDL No. 2406.

Dated: April 30, 2025

Respectfully submitted,

By */s/ Karin A. DeMasi*

Karin A. DeMasi
Lauren R. Kennedy
David H. Korn
Lillian S. Grossbard
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 474-1000
Fax: (212) 474-3700
kdemasi@cravath.com
lkennedy@cravath.com
dkorn@cravath.com
lgrossbard@cravath.com

*Lead Counsel for the Blue Cross Blue Shield System; Counsel for Defendants Blue Cross Blue Shield Association; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; Prosano, Inc; GuideWell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina; BlueCross BlueShield of South Carolina; BlueCross BlueShield of Tennessee, Inc.; Blue Cross Blue Shield of Wyoming; California Physicians' Service d/b/a Blue Shield of California; Capital Blue Cross; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of*

| | |
|---|---|
| Craig A. Hoover<br>E. Desmond Hogan<br>Justin Bernick<br>Elizabeth Jose<br>W. David Maxwell<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 13th Street, N.W.<br>Washington, DC  20004<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br>craig.hoover@hoganlovells.com<br>desmond.hogan@hoganlovells.com<br>justin.bernick@hoganlovells.com<br>elizabeth.jose@hoganlovells.com<br>david.maxwell@hoganlovells.com<br>*Counsel for Elevance Health f/k/a Anthem, Inc.; Anthem, Inc.; Anthem Insurance Companies, Inc. Anthem, Inc. d/b/a Anthem Blue Cross Life and Health Insurance Company; Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield; Blue Cross of California d/b/a Anthem Blue Cross; Blue Cross of Northern California; Blue Cross of Southern California; Rocky Mountain Hospital and Medical Service; Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield of Colorado; Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield of Nevada; Anthem Blue Cross and Blue Shield of Colorado; Anthem Blue Cross Blue Shield of Nevada; Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield of Connecticut; Anthem* | *Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Triple-S Management Corporation; Triple-S Salud, Inc.*<br><br>Kimberly R. West (Liaison Counsel)<br>Mark M. Hogewood<br>WALLACE, JORDAN, RATLIFF & BRANDT, LLC<br>First Commercial Bank Building<br>800 Shades Creek Parkway, Suite 400<br>Birmingham, AL  35209<br>Tel: (205) 870-0555<br>Fax: (205) 871-7534<br>kwest@wallacejordan.com<br>mhogewood@wallacejordan.com<br>*Counsel for Defendants Blue Cross Blue Shield Association; Blue Cross and Blue Shield of Arizona, Inc.; Blue Cross and Blue Shield of Kansas City; BlueCross BlueShield of South Carolina; Blue Cross and Blue Shield of Wyoming; Capital Blue Cross; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Health; Highmark Inc., f/k/a Highmark Health Services; Highmark West Virginia Inc.; Highmark BCBSD Inc.; California Physicians' Service d/b/a Blue Shield of California; Wellmark of South Dakota, Inc.* |

4

*Blue Cross Blue Shield of Missouri;
HMO Missouri, Inc. d/b/a Anthem Blue Cross
and Blue Shield of Missouri; Healthy Alliance
Life Insurance Company d/b/a Anthem Blue
Cross and Blue Shield; Anthem Insurance
Companies, Inc. d/b/a Anthem Blue Cross and
Blue Shield of Indiana; Anthem Health
Plans of Kentucky, Inc. d/b/a Anthem Blue Cross
and Blue Shield of Kentucky; Anthem Health
Plans of Maine, Inc. d/b/a Anthem Blue Cross
and Blue Shield of Maine and d/b/a Associated
Hospital Service; Anthem Health Plans of New
Hampshire, Inc. d/b/a Anthem Blue Cross and
Blue Shield of New Hampshire; Anthem Health
Plans of Virginia, Inc. d/b/a Anthem Blue Cross
and Blue Shield of Virginia; Anthem
HealthChoice Assurance, Inc. f/k/a Empire
HealthChoice Assurance, Inc. d/b/a Empire
BlueCross BlueShield; Anthem HealthChoice
HMO, Inc. Community Insurance Company
d/b/a Anthem Blue Cross Blue Shield of Ohio;
Blue Cross Blue Shield of Wisconsin d/b/a
Anthem Blue Cross and Blue Shield of
Wisconsin; Blue Cross and Blue Shield
Healthcare Plan of Georgia, Inc.; Blue Shield of
Georgia; Blue Cross and Blue Shield
of Georgia, Inc; Compcare Health Insurance
Corporation; RightChoice Managed Care, Inc.;
Louisiana Health Service & Indemnity Company
(Blue Cross and Blue Shield of Louisiana);
BCBSM, Inc. (Blue Cross and
Blue Shield of Minnesota); Aware Integrated,
Inc. d/b/a Blue Cross and Blue Shield of
Minnesota and d/b/a Aware Integrated, Inc. and
BCBSM, Inc; Horizon Healthcare Services, Inc.
(Horizon Blue Cross and Blue Shield of New
Jersey); Blue Cross & Blue Shield of Rhode
Island; Cambia Health Solutions, Inc.; Regence
Blue Shield of Idaho; Regence Blue Cross Blue
Shield of Utah; Regence Blue Shield; Regence
Blue Shield of Washington; and Regence Blue
Cross Blue Shield of Oregon*

John D. Martin
Lucile H. Cohen
Travis A. Bustamante

*(Wellmark Blue Cross and Blue Shield of
South Dakota); Wellmark, Inc. (Wellmark
Blue Cross and Blue Shield of Iowa);
Hawaii Medical Service Association (Blue
Cross and Blue Shield of Hawaii)*

Carl S. Burkhalter
MAYNARD NEXSEN PC
1901 6th Avenue North, Suite 2400
Regions Harbert Plaza
Birmingham, AL  35203
Tel: (205) 254-1000
Fax: (205) 254-1999
cburkhalter@maynardnexsen.com

Pamela B. Slate
HILL CARTER FRANCO COLE &
BLACK, P.C.
425 South Perry Street
Montgomery, AL  36104
Tel: (334) 834-7600
Fax: (334) 386-4381
pslate@hillhillcarter.com
*With Cravath, Swaine & Moore LLP,
counsel for Defendant Blue Cross Blue
Shield of Alabama*

Jeffrey J. Zeiger, P.C.
Helen E. Witt
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
Tel: (312) 862-2000
Fax: (312) 862-2200
jzeiger@kirkland.com
*Counsel for Defendants Health Care
Service Corporation, an Illinois Mutual
Legal Reserve Company, including its
divisions Blue Cross and Blue Shield of
Illinois, Blue Cross and Blue Shield of
Texas, Blue Cross and Blue Shield of New
Mexico, Blue Cross and Blue Shield of
Oklahoma, and Blue Cross and Blue Shield
of Montana; Caring for Montanans, Inc.,
f/k/a Blue Cross and Blue Shield of
Montana, Inc.; Highmark Health;*

5

NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC  29201
Tel: (803) 255-9421
Fax: (803) 256-7500
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com
travis.bustamante@nelsonmullins.com
*Counsel for Elevance Health f/k/a
 Anthem, Inc., and all of its
named subsidiaries in this action;  Louisiana
Health Service & Indemnity Company (Blue
Cross and Blue Shield of Louisiana); BCBSM,
Inc. (Blue Cross and Blue Shield of Minnesota);
BlueCross BlueShield of South Carolina;
Horizon Healthcare Services, Inc. (Horizon Blue
Cross and Blue Shield of New Jersey); Blue
Cross & Blue Shield of Rhode Island; Blue Cross
and Blue Shield of Vermont; Cambia Health
Solutions, Inc.; Regence Blue Shield of Idaho;
Regence Blue Cross Blue Shield of Utah;
Regence Blue Shield; Regence Blue Cross Blue
Shield of Oregon; Blue Cross & Blue Shield of
Mississippi, a Mutual Insurance Company;
Wellmark of South Dakota, Inc. (Wellmark Blue
Cross and Blue Shield of South Dakota);
Wellmark, Inc. (Wellmark Blue Cross and Blue
Shield of Iowa); Hawaii Medical Service
Association (Blue Cross and Blue Shield of
Hawaii); Triple-S Salud, Inc; Defendants Blue
Cross and Blue Shield of Florida, Inc.; Blue
Cross and Blue Shield of Massachusetts, Inc.;
BlueCross BlueShield of Tennessee, Inc.*

Cavender C. Kimble
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203-4642
Tel: (205) 226-3437
Fax: (205) 488-5860
ckimble@balch.com
*Counsel for Elevance Health, f/k/a Anthem, Inc.,
and all of its named subsidiaries in this action;
Blue Cross and Blue Shield of North Carolina;
Louisiana Health Service & Indemnity*

*Highmark Inc., f/k/a Highmark Health
Services; Highmark West Virginia Inc.;
Highmark BCBSD Inc.; Highmark Western
and Northeastern New York; HealthNow
New York, Inc.; HealthNow Systems, Inc.;
Highmark Blueshield of Northeastern New
York f/k/a Blueshield of Northeastern New
York; Blueshield of Northeastern New York;
Highmark BlueCross BlueShield of Western
New York f/k/a BlueCross BlueShield of
Western New York; BlueCross BlueShield of
Western New York, Inc.; Hospital Service
Association of Northeastern Pennsylvania
d/b/a Blue Cross of Northeastern
Pennsylvania; Highmark Blue Cross Blue
Shield of Delaware, Inc. d/b/a Highmark
Blue Cross Blue Shield of Delaware.*

Jonathan M. Redgrave
REDGRAVE, LLP
4800 Westfields Blvd, Suite 250
Chantilly, VA  20151
Tel: (703) 592-1155
Fax: (612) 332-8915
jredgrave@redgravellp.com
*Additional Counsel for HCSC and
Highmark Defendants and California
Physicians' Service d/b/a Blue Shield of
California*

Todd M. Stenerson
Brian C. Hauser
ALLEN OVERY SHEARMAN
STERLING US LLP
1101 New York Avenue N.W.
Washington, DC  20005
Tel: (202) 508-8000
Fax: (202) 508-8100
todd.stenerson@aoshearman.com
brian.hauser@aoshearman.com

Rachel Mossman Zieminski
ALLEN OVERY Shearman  Sterling US
LLP
2601 Olive Street, Suite 1700
Dallas, TX 75201

6

*Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Cambia Health Solutions, Inc.; Regence BlueShield of Idaho; Regence BlueCross BlueShield of Utah; Regence BlueShield; Regence BlueCross BlueShield of Oregon*

Gwendolyn Payton
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Tel: (206) 626-7714
Fax: (206) 299-0414
gpayton@kilpatricktownsend.com
*Counsel for Defendant Premera Blue Cross, d/b/a Premera Blue Cross Blue Shield of Alaska*

Brian K. Norman
SHAMOUN & NORMAN, LLP
1800 Valley View Lane, Suite 200
Farmers Branch, TX 75234
Tel: (214) 987-1745
Fax: (214) 521-9033
bkn@snlegal.com

H. James Koch
ARMBRECHT JACKSON LLP
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602
Tel: (251) 405-1300
Fax: (251) 432-6843
hjk@ajlaw.com
*Counsel for Defendants CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.*

M. Patrick McDowell
Norman E. "Benje" Bailey, Jr.
BRUNINI, GRANTHAM, GROWER

Tel: (214) 271-5777
Fax: (214) 271-5778
rachel.zieminski@aoshearman.com

Sarah L. Cylkowski
Thomas J. Rheaume, Jr.
BODMAN PLC
1901 Saint Antoine Street
6th Floor at Ford Field
Detroit, MI 48226
Tel: (313) 259-7777
Fax: (734) 930-2494
scylkowski@bodmanlaw.com
trheaume@bodmanlaw.com

Andy P. Campbell
A. Todd Campbell
Yawanna N. McDonald
CAMPBELL PARTNERS LLC
505 North 20th Street, Suite 1600
Birmingham, AL 35203
Tel: (205) 224-0750
Fax: (205) 224-8622
andy@campbellpartnerslaw.com
todd@campbellpartnerslaw.com
yawanna@campbellpartnerslaw.com
*Counsel for Defendants Blue Cross and Blue Shield of Michigan; Blue Care Network of Michigan; Blue Cross and Blue Shield of Vermont*

John DeQ. Briggs
Jeny M. Maier
Kenina J. Lee
AXINN, VELTROP & HARKRIDER, LLP
1901 L Street, N.W.
Washington, DC 20036
Tel: (202) 912-4700
Fax: (202) 912-4701
jbriggs@axinn.com
jmaier@axinn.com
klee@axinn.com
Kail J. Jethmalani
Victoria J. Lu

AXINN, VELTROP & HARKRIDER, LLP

7

& HEWES, PLLC
190 East Capitol Street
The Pinnacle Building, Suite 100
Jackson, MS 39201
Tel: (601) 948-3101
Fax: (601) 960-6902
pmcdowell@brunini.com
bbailey@brunini.com

Cheri D. Green
BLUE CROSS & BLUE SHIELD OF
MISSISSIPPI, A MUTUAL INSURANCE
COMPANY
P.O. Box 1043
Jackson, MS 39215
Tel: (601) 932-3704
cdgreen@bcbsms.com
*Counsel for Defendant Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company*

Alan D. Rutenberg
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, DC 20007
Tel: (202) 672-5491
arutenberg@foley.com

Diane R. Hazel
FOLEY & LARDNER LLP
1400 16th Street, Suite 200
Denver, CO 80202
Tel: (720) 437-2034
dhazel@foley.com

Ryan M. Hodinka
BALCH & BINGHAM, LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203-4642
Tel: (205) 226-3464
Fax: (205) 488-5848
rhodinka@balch.com

*Counsel for Defendant USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield and as BlueAdvantage Administrators of Arkansas*

630 Fifth Avenue, 33rd Floor
New York, NY 10111
Tel: (212) 728-2200
Fax: (212) 728-2201
kjethmalani@axinn.com
vlu@axinn.com

Stephen A. Rowe
Aaron G. McLeod
ADAMS AND REESE LLP
1901 Sixth Avenue North, Suite 3000
Birmingham, AL 35203
Tel: (205) 250-5080
Fax: (205) 250-5034
steve.rowe@arlaw.com
aaron.mcleod@arlaw.com
*Counsel for Defendants Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross; Independence Health Group, Inc.; QCC Insurance Company*

Tracy A. Roman
Jay P. DeSanto
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
troman@crowell.com
jdesanto@crowell.com

Sarah Gilbert
Honor Costello
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Ave.
New York, NY 10001
Tel: (212) 223-4000
Fax: (212) 223-4134
sgilbert@crowell.com
hcostello@crowell.com

John M. Johnson
Brian P. Kappel
LIGHTFOOT FRANKLIN & WHITE LLC

8

Robert R. Riley, Jr.
RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, AL 35209
Tel: (205) 879-5000
Fax: (205) 879-5901
rob@rileyjacksonlaw.com
*Counsel for Defendants Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; BlueCross BlueShield of Tennessee, Inc.*

Edward S. Bloomberg
John G. Schmidt Jr.
Anna Mercado Clark
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, NY 14203
Tel: (716) 847-8400
Fax: (716) 852-6100
ebloomberg@phillipslytle.com
jschmidt@phillipslytle.com
aclark@phillipslytle.com

Morris Wade Richardson
(ASB-8581-S78M)
Charles T. Grimes
(ASB-3224-S77C)
RICHARDSON CLEMENT PC
22 Inverness Center Parkway, Suite 500
Birmingham, Alabama 35242
Tel: (205) 729-7000
Facsimile: (205) 905-7009
wade@richardson.law
charley@richardson.law
*Counsel for Defendant Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield; Lifetime Healthcare, Inc.*

The Clark Building
400 20th Street North
Birmingham, AL 35203
Tel: (205) 581-0700
Fax: (205) 581-0799
jjohnson@lightfootlaw.com
bkappel@lightfootlaw.com
*Counsel for Defendants Blue Cross and Blue Shield of Nebraska; GoodLife Partners, Inc.; Blue Cross of Idaho Health Service, Inc.; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross Blue Shield of North Dakota; Noridian Mutual Insurance Company d/b/a Blue Cross Blue Shield of North Dakota; HealthyDakota Mutual Holdings d/b/a Blue Cross Blue Shield of North Dakota; Gemstone Holdings*