**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: BLUE CROSS BLUE SHIELD ANTIRUST LITIGATION**

Northwell Health, Inc. et al. )
v. Blue Cross Blue Shield Association et al., )
E.D. Pennsylvania, C.A. No. 2:25-03631 ) MDL No. 2406

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the above-captioned action on July 24, 2025. Prior to expiration of that order’s 7-day stay of transmittal, plaintiffs filed a notice of opposition to the proposed transfer. Subsequently, plaintiffs notified the Panel that they wish to withdraw their opposition to transfer of the action.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as “CTO-46” filed on July 24, 2025, is LIFTED. This action is transferred to the Northern District of Alabama for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable R. David Proctor.

FOR THE PANEL:

James V. Ingold
Clerk of the Panel